# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

In Re: Tasigna (Nilotinib) Products
Liability Litigation

             Plaintiffs,

v.                                                                                    Case No: 6:21-md-3006-RBD-DAB

NOVARTIS PHARMACEUTICALS
CORPORATION

             Defendant.

| | | |
|---|---|---|
| **JUDGE:** | Roy B. Dalton, Jr. (U.S. District Judge) David A. Baker (U.S. Magistrate Judge) | **COUNSEL FOR PLAINTIFF:** Richard M. Elias, Lawana S. Wichmann, Raymond C. Silverman, Todd R. Friedman, Harrison M. Biggs, and Christopher Oxx. |
| **DEPUTY CLERK:** | Bianca Acevedo | |
| **COURT REPORTER:** | Amie First amiefirst.courtreporter@gmail.com | **COUNSEL FOR DEFENDANT:** Robert Johnston, Elyse A. Shimada, Joe G. Hollingsworth, and Grant Hollingsworth. |
| **SCHEDULED DATE/TIME:** | December 6, 2021 at 1:30 PM | |

## MINUTES
### Status Conference

Case called; Appearances made by counsel. (Judge Harz – telephone appearance).
Extend deadline due date for the production of the plaintiff's PFS forms and document discovery to January 7, 2022.
Status conference scheduled for Tuesday, February 1, 2022, at 1:30 PM.

Time in court: 1:30 PM – 2:17 PM; Total time in court: 47 Minutes