UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re: Tasigna (Nilotinib) Products Liability Litigation

ROBERT MERCED, ROBERT WITT, TERESA GUSTIN, PAMELA GUSTIN, CHARLOTTE DEAN, RANDY POITRA, DOUGLAS ISAACSON, JEFFREY GIANCASPRO, RONALD HURD, ALLEN GARLAND, ANNETTE SCHIMMING, ESTATE OF GERALD MIELKE, DEBRA CRAIG, CURTIS PEDERSON, BRUCE BECKER, SHEILA COLELLA, RONALD TONGE, STEPHEN LALLY, ROBIN DAVIS, ROGER BURKE, BILLY MILLER, LISA PINSON, EMILY RILEY, MARY ELLEN GALE, POLLY HARRIS and GREGORY FITCH,

   Plaintiffs,

v.            Case No. 6:21-md-3006-RBD-DAB

NOVARTIS PHARMACEUTICALS CORPORATION,

   Defendant.

| UNITED STATES MAGISTRATE JUDGE: | David A. Baker | COURTROOM: | VIDEO CONFERENCE |
|---|---|---|---|
| DEPUTY CLERK: | Edward Jackson | COUNSEL FOR PLAINTIFF: | Richard M. Elias<br>Raymond Silverman<br>Christopher Oxx<br>Harrison Biggs<br>Lawana S. Wichmann<br>Todd R. Friedman |
| AUDIO RECORDING: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov | COUNSEL FOR DEFENDANT: | Robert Johnston<br>Andrew Reissaus<br>Joe Hollingsworth<br>Kelly Howell |
| DATE/TIME:<br><br>TOTAL TIME: | February 7, 2022<br>1:30-2:21<br>51 minutes | | |

# CLERK'S MINUTES

**STATUS CONFERENCE**

Case called; appearances taken; procedural setting by the Court.
Issues were addressed.
Briefing schedule and response to be filed.
Order to be entered.