# Exhibit 3



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Food and Drug Administration
Silver Spring  MD  20993

NDA 022068/S-017

**SUPPLEMENT APPROVAL**

Novartis Pharmaceuticals Corporation
Attention:  Katie Chon, Pharm.D.
Director, Drug Regulatory Affairs
One Health Plaza
East Hanover, NJ  07936-1080

Dear Dr. Chon:

Please refer to your Supplemental New Drug Application (sNDA) dated March 22, 2013, received March 22, 2013, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act (FDCA) for Tasigna® (nilotinib) Capsules, 150 mg and 200 mg.

We acknowledge receipt of your amendments dated June 13, 27, September 27, October 11, November 13, 21, 25, December 10, 20 and 24, 2013 and January 16 and 22, 2014.

This Prior Approval supplemental new drug application updates the Tasigna® (nilotinib) Capsules labeling based on the interim report at 48 months for the use of nilotinib in adult patients with newly diagnosed Philadelphia chromosome positive (Ph+) chronic myelogenous leukemia in chronic phase (CML-CP), Study CAMN107A2303 titled "A Phase III Multi-Center, Open-Label, Randomized Study of Imatinib Versus Nilotinib in Adults Patients with Newly Diagnosed Philadelphia Chromosome Positive (Ph+) Chronic Myelogenous Leukemia in Chronic Phase (CML-CP)."

## APPROVAL & LABELING

We have completed our review of this supplemental application, as amended.  It is approved, effective on the date of this letter, for use as recommended in the enclosed, agreed-upon labeling text.

## WAIVER OF HIGHLIGHTS SECTION

Please note that we have previously granted a waiver of the requirements of 21 CFR 201.57(d)(8) regarding the length of Highlights of prescribing information.

## CONTENT OF LABELING

As soon as possible, but no later than 14 days from the date of this letter, submit the content of labeling [21 CFR 314.50(l)] in structured product labeling (SPL) format using the FDA

NDA 022068/S-017
Page 2

automated drug registration and listing system (eLIST), as described at http://www.fda.gov/ForIndustry/DataStandards/StructuredProductLabeling/default.htm.  Content of labeling must be identical to the enclosed labeling (text for the package insert, Medication Guide) with the addition of any labeling changes in pending "Changes Being Effected" (CBE) supplements, as well as annual reportable changes not included in the enclosed labeling.

Information on submitting SPL files using eLIST may be found in the guidance for industry titled "SPL Standard for Content of Labeling Technical Qs and As" at http://www.fda.gov/downloads/DrugsGuidanceComplianceRegulatoryInformation/Guidances/UCM072392.pdf.

The SPL will be accessible via publicly available labeling repositories.

Also within 14 days, amend all pending supplemental applications for this NDA, including CBE supplements for which FDA has not yet issued an action letter, with the content of labeling [21 CFR 314.50(l)(1)(i)] in MS Word format, that includes the changes approved in this supplemental application, as well as annual reportable changes, and annotate each change.  To facilitate review of your submission, provide a highlighted or marked-up copy that shows all changes, as well as a clean Microsoft Word version.  The marked-up copy should provide appropriate annotations, including supplement number(s) and annual report date(s).

**REQUIRED PEDIATRIC ASSESSMENTS**

Under the Pediatric Research Equity Act (PREA) (21 U.S.C. 355c), all applications for new active ingredients, new indications, new dosage forms, new dosing regimens, or new routes of administration are required to contain an assessment of the safety and effectiveness of the product for the claimed indication(s) in pediatric patients unless this requirement is waived, deferred, or inapplicable.

Because none of these criteria apply to your application, you are exempt from this requirement.

**PROMOTIONAL MATERIALS**

You may request advisory comments on proposed introductory advertising and promotional labeling. To do so, submit the following, in triplicate, (1) a cover letter requesting advisory comments, (2) the proposed materials in draft or mock-up form with annotated references, and (3) the package insert(s) to:

> Food and Drug Administration
> Center for Drug Evaluation and Research
> Office of Prescription Drug Promotion (OPDP)
> 5901-B Ammendale Road
> Beltsville, MD 20705-1266

You must submit final promotional materials and package insert(s), accompanied by a Form FDA 2253, at the time of initial dissemination or publication [21 CFR 314.81(b)(3)(i)].  Form

Reference ID: 3439642

NDA 022068/S-017
Page 3

FDA 2253 is available at
http://www.fda.gov/downloads/AboutFDA/ReportsManualsForms/Forms/UCM083570.pdf.
Information and Instructions for completing the form can be found at
http://www.fda.gov/downloads/AboutFDA/ReportsManualsForms/Forms/UCM375154.pdf.  For
more information about submission of promotional materials to the Office of Prescription Drug
Promotion (OPDP), see http://www.fda.gov/AboutFDA/CentersOffices/CDER/ucm090142.htm.

All promotional materials that include representations about your drug product must be promptly
revised to be consistent with the labeling changes approved in this supplement, including any
new safety information [21 CFR 314.70(a)(4)].  The revisions in your promotional materials
should include prominent disclosure of the important new safety information that appears in the
revised package labeling.  Within 7 days of receipt of this letter, submit your statement of intent
to comply with 21 CFR 314.70(a)(4) to the address above or by fax to 301-847-8444.

**REPORTING REQUIREMENTS**

We remind you that you must comply with reporting requirements for an approved NDA
(21 CFR 314.80 and 314.81).

If you have any questions, please contact Patricia Garvey, Senior Regulatory Project Manager, at
(301) 796-8493.

                      Sincerely,

                      *{See appended electronic signature page}*

                      Edvardas Kaminskas, M.D.
                      Deputy Director
                      Division of Hematology Products
                      Office of Hematology and Oncology Products
                      Center for Drug Evaluation and Research

ENCLOSURE(S):
    Content of Labeling

---------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---------------------------------------------------------------------------------------------

/s/

--------------------------------------------------

ANN T FARRELL
01/22/2014
Farrell for Kaminskas

Reference ID: 3439642

**HIGHLIGHTS OF PRESCRIBING INFORMATION**

**These highlights do not include all the information needed to use TASIGNA safely and effectively. See full prescribing information for TASIGNA.**

**TASIGNA® (nilotinib) Capsules for oral use**
**Initial U.S. Approval: 2007**

---

**WARNING: QT PROLONGATION AND SUDDEN DEATHS**
*See full prescribing information for complete boxed warning.*
- Tasigna prolongs the QT interval. Prior to Tasigna administration and periodically, monitor for hypokalemia or hypomagnesemia and correct deficiencies (5.2). Obtain ECGs to monitor the QTc at baseline, seven days after initiation, and periodically thereafter, and following any dose adjustments (5.2, 5.3, 5.7, 5.14).
- Sudden deaths have been reported in patients receiving nilotinib (5.3). Do not administer Tasigna to patients with hypokalemia, hypomagnesemia, or long QT syndrome (4, 5.2).
- Avoid use of concomitant drugs known to prolong the QT interval and strong CYP3A4 inhibitors (5.8).
- Avoid food 2 hours before and 1 hour after taking the dose (5.9).

---

-----------------RECENT MAJOR CHANGES-------------------------

Dosage and Administration (2.1, 2.2)………………………………. 9/2013

Warnings and Precautions (5)…………………………………………1/2014

---------------INDICATIONS AND USAGE--------------------

Tasigna is a kinase inhibitor indicated for:
The treatment of newly diagnosed adult patients with Philadelphia chromosome positive chronic myeloid leukemia (Ph+ CML) in chronic phase. The study is ongoing and further data will be required to determine long-term outcome. (1.1)
The treatment of chronic phase (CP) and accelerated phase (AP) Ph+ CML in adult patients resistant to or intolerant to prior therapy that included imatinib. (1.2)

-------------DOSAGE AND ADMINISTRATION-------------
- Recommended Dose: Newly diagnosed Ph+ CML-CP: 300 mg orally twice daily. Resistant or intolerant Ph+ CML-CP and CML-AP: 400 mg orally twice daily. (2.1)
- Take each Tasigna dose approximately 12 hours apart. Tasigna must be taken on an empty stomach. Avoid food for at least 2 hours before the dose is taken and avoid food for at least 1 hour after the dose is taken. (2.1)
- Swallow the capsules whole with water. (2.1)
- Dose adjustment may be required for hematologic and non-hematologic toxicities, and drug interactions. (2.2)
- A lower starting dose is recommended in patients with hepatic impairment (at baseline). (2.2)

-----------DOSAGE FORMS AND STRENGTHS------------

150 mg and 200 mg hard capsules (3)

------------------CONTRAINDICATIONS---------------------

Do not use in patients with hypokalemia, hypomagnesemia, or long QT syndrome. (4)

---------------WARNINGS AND PRECAUTIONS-------------
- Myelosuppression: Associated with neutropenia, thrombocytopenia and anemia. CBC should be done every 2 weeks for the first 2 months, then monthly. Reversible by withholding dose. Dose reduction may be required. (5.1)
- QT Prolongation: Tasigna prolongs the QT interval. Correct hypokalemia or hypomagnesemia prior to administration and monitor periodically. (5.2) Avoid drugs known to prolong the QT interval and strong CYP3A4 inhibitors. (5.8) Use with caution in patients with hepatic impairment (5.10). Obtain ECGs at baseline, seven days after initiation, and periodically thereafter, as well as following any dose adjustments. (5.2, 5.3, 5.7, 5.14)

- Sudden deaths: Sudden deaths have been reported in patients with resistant or intolerant Ph+ CML receiving nilotinib. Ventricular repolarization abnormalities may have contributed to their occurrence. (5.3)
- Cardiac and Vascular Events: Cardiovascular events including ischemic heart disease, peripheral arterial occlusive disease and ischemic cerebrovascular events have been reported in patients with newly diagnosed Ph+CML receiving nilotinib. Cardiovascular status should be evaluated and cardiovascular risk factors monitored and managed during Tasigna therapy. (5.4)
- Pancreatitis and elevated serum lipase: Monitor serum lipase monthly or as clinically indicated. In case lipase elevations are accompanied by abdominal symptoms, interrupt doses and consider appropriate diagnostics to exclude pancreatitis. (5.5)
- Hepatotoxicity: Tasigna may result in elevations in bilirubin, AST/ALT, and alkaline phosphatase. Monitor hepatic function tests monthly or as clinically indicated. (5.6)
- Electrolyte abnormalities: Tasigna can cause hypophosphatemia, hypokalemia, hyperkalemia, hypocalcemia, and hyponatremia. Correct electrolyte abnormalities prior to initiating Tasigna and monitor periodically during therapy. (5.7, 5.14)
- Hepatic impairment: Nilotinib exposure is increased in patients with impaired hepatic function (at baseline). A dose reduction is recommended in these patients and QT interval should be monitored closely. (5.10)
- Tumor lysis syndrome: Tumor lysis syndrome cases have been reported in Tasigna treated patients with resistant or intolerant CML. Due to potential for tumor lysis syndrome, maintain adequate hydration and correct uric acid levels prior to initiating therapy with Tasigna. (5.11)
- Drug interactions: Avoid concomitant use of strong inhibitors or inducers of CYP3A4. If patients must be coadministered a strong CYP3A4 inhibitor, dose reduction should be considered and the QT interval should be monitored closely. (5.8)
- Food effects: Food increases blood levels of Tasigna. Avoid food 2 hours before and 1 hour after a dose. (5.9 )
- Total gastrectomy: More frequent follow-up of these patients should be considered. If necessary, dose increase may be considered (5.12).
- Embryo-fetal toxicity: Fetal harm can occur when administered to a pregnant woman. Women should be advised not to become pregnant when taking Tasigna. (5.15)

-------------------ADVERSE REACTIONS--------------

The most commonly reported non-hematologic adverse reactions (≥20% in patients with newly diagnosed Ph+ CML-CP, resistant or intolerant Ph+ CML-CP, or resistant or intolerant Ph+ CML-AP) were nausea, rash, headache, fatigue, pruritus, vomiting, diarrhea, cough, constipation, arthralgia, nasopharyngitis, pyrexia, and night sweats. Hematologic adverse drug reactions include myelosuppression: thrombocytopenia, neutropenia and anemia. (6.1)

**To report SUSPECTED ADVERSE REACTIONS, contact NOVARTIS Pharmaceuticals Corporation at 1-888-669-6682 or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

--------------------DRUG INTERACTIONS---------------
- Tasigna is an inhibitor of CYP3A4, CYP2C8, CYP2C9, and CYP2D6. It may also induce CYP2B6, CYP2C8 and CYP2C9. Therefore, Tasigna may alter serum concentration of other drugs (7.1)
- CYP3A4 inhibitors may affect serum concentration (7.2)
- CYP3A4 inducers may affect serum concentration (7.2)

-------------USE IN SPECIFIC POPULATIONS-------------
- Should not breastfeed (8.3)
- No data to support use in pediatrics (8.4)
- A lower starting dose is recommended in patients with hepatic impairment (at baseline). (2.2, 8.7)

**See 17 for PATIENT COUNSELING INFORMATION and Medication Guide.**

**Revised: 1/2014**

**FULL PRESCRIBING INFORMATION: CONTENTS***
**WARNING: QT PROLONGATION AND SUDDEN DEATHS**
**1 INDICATIONS AND USAGE**
    1.1 Newly Diagnosed Ph+ CML-CP
    1.2 Resistant or Intolerant Ph+ CML-CP and CML-AP
**2 DOSAGE AND ADMINISTRATION**
    2.1 Recommended Dosing
    2.2 Dose Adjustments or Modifications
**3 DOSAGE FORMS AND STRENGTHS**
**4 CONTRAINDICATIONS**
**5 WARNINGS AND PRECAUTIONS**
    5.1 Myelosuppression
    5.2 QT Prolongation
    5.3 Sudden Deaths
    5.4 Cardiac and Vascular Events
    5.5 Pancreatitis and Elevated Serum Lipase
    5.6 Hepatotoxicity
    5.7 Electrolyte Abnormalities
    5.8 Drug Interactions
    5.9 Food Effects
    5.10 Hepatic Impairment
    5.11 Tumor Lysis Syndrome
    5.12 Total Gastrectomy
    5.13 Lactose
    5.14 Monitoring Laboratory Tests
    5.15 Embryo-Fetal Toxicity
**6 ADVERSE REACTIONS**
    6.1 Clinical Trials Experience
    6.2 Additional Data from Clinical Trials
**7 DRUG INTERACTIONS**
    7.1 Effects of Nilotinib on Drug Metabolizing Enzymes and Drug Transport Systems
    7.2 Drugs that Inhibit or Induce Cytochrome P450 3A4 Enzymes
    7.3 Drugs that Affect Gastric pH
    7.4 Drugs that Inhibit Drug Transport Systems
    7.5 Drugs that May Prolong the QT Interval
**8 USE IN SPECIFIC POPULATIONS**
    8.1 Pregnancy
    8.3 Nursing Mothers
    8.4 Pediatric Use
    8.5 Geriatric Use
    8.6 Cardiac Disorders
    8.7 Hepatic Impairment
    8.8 Renal Impairment
**10 OVERDOSAGE**
**11 DESCRIPTION**
**12 CLINICAL PHARMACOLOGY**
    12.1 Mechanism of Action
    12.3 Pharmacokinetics
    12.5 Pharmacogenomics
    12.6 QT/QTc Prolongation
**13 NONCLINICAL TOXICOLOGY**
    13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility
**14 CLINICAL STUDIES**
    14.1 Newly Diagnosed Ph+ CML-CP
    14.2 Patients with Resistant or Intolerant Ph+ CML-CP and CML-AP
**16 HOW SUPPLIED/STORAGE AND HANDLING**
**17 PATIENT COUNSELING INFORMATION**

* Sections or subsections omitted from the full prescribing information are not listed.