# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: TASIGNA (NILOTINIB)
PRODUCTS LIABILITY LITIGATION

Case No. 6:21-md-03006-RBD-DAB
(MDL No. 3006)

This document relates to all actions.

**DECLARATION OF RICHARD DENNIN IN SUPPORT OF NOVARTIS PHARMACEUTICALS CORPORATION'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION FROM NOVARTIS PHARMACEUTICALS CORPORATION'S NON-CUSTODIAL SOURCES**

I, Richard Dennin, hereby declare as follows:

1. I am currently employed by Novartis Pharmaceuticals Corporation ("NPC") as a Global Program Management ("GPM") / Global Program Director ("GPD") in the Oncology-Hematology Development Unit assigned to the Established Products Global Program Team ("GPT"). The Established Products GPT has managed the Tasigna® program since September 2020.

2. I have been in Global Program Management at NPC from April 1997 to present. I have been at NPC for over thirty-eight years.[1]

3. I have a Bachelor of Science degree from Union College in Chemistry.

4. In my role as Global Program Director ("GPD"), I manage organizational alignment and cross-functional execution of tasks assigned to the

---

[1] I was hired in 1983 by Ciba-Geigy. In 1997, Ciba-Geigy merged with Sandoz Pharmaceuticals and became known as Novartis Pharmaceuticals Corporation.

1

Established Products Global Program Team ("GPT"). GPD is responsible for all Global Program Management ("GPM") deliverables including but not limited to the management of a project's timeline, budget and objectives.

5. I submit this declaration in support of NPC's Opposition to Plaintiff's Motion to Compel Production from NPC's Non-Custodial Sources.

6. Except as otherwise noted, I have personal knowledge of the following facts and, if called as a witness, I could and would testify to the matters within my personal knowledge.

7. I understand that plaintiffs have requested raw clinical data from thirty-eight clinical trials. I have reviewed the list of these thirty-eight clinical trials and, under my direction, my cross-functional team looked into various systems at NPC to identify whether or not NPC has the raw clinical data for these trials.

8. NPC houses raw source data in a secure Good Clinical Practice ("GCP") compliant programming environment, Global Programming and Statistics ("GPS").

9. Source data is raw and non-aggregated data regarding patients in clinical trials. Source data is one component of what is submitted to the United States Food and Drug Administration ("FDA") for clinical trials, which also includes various supporting documentation, including, but not limited to, the study protocol, statistical analysis plan, and clinical study report.

10. The supporting documentation for clinical trials is kept in multiple systems at NPC, including, but not limited to, GPS, CREDI, and REDI.

11. Under my direction, my cross-functional team determined that seven of the thirty-eight clinical trials requested by plaintiffs were conducted by third parties, not Novartis.[2] My team performed a reasonable investigation into these seven trials and determined that NPC does not have the raw data for these clinical trials. These third-party trials are not included in any of the counts discussed below.

12. My cross-functional team and I also determined that six of the clinical trials requested by the plaintiffs are currently ongoing (CAMN107ADE20, CAMN107I2201, CAMN107A2409, CAMN107A2408, CAMN107DDE06, and CABL001E2201 (which is a trial for another NPC product with a nilotinib arm)), and therefore, complete clinical trial data from these trials are not yet available.

13. Six of the clinical trials that plaintiffs requested (CAMN107DDE05, CAMN107B2301, CAMN107G2301, CAMN107DDE06, CAMN107DBR01, and CAMN107D1201) are trials that evaluated whether Tasigna® can be used as a treatment for something other than chronic myeloid leukemia ("CML"), such as gastrointestinal stromal tumors and melanoma.

14. Six of the trials that plaintiffs requested are registration trials (CAMN107A2203, CAMN107I2201, CAMN107A2408, CAMN107A2303, CAMN107A1101, and CAMN107A2101). Registration trials are clinical trials

---

[2] The seven clinical trials are: NCT04126681, NCT03332511, NCT02891395, NCT02627677, NCT02086487, NCT01140568, and NCT00129740.

submitted to the FDA to support registration of a pharmaceutical product or to support a new indication for an existing product. These clinical trials are packaged with the supporting documentation of what has been submitted to FDA, including, but not limited to, the statistical programming specifications (a document that explains the programming logic for statistical analyses), the study protocol, the statistical analysis plan, and the clinical study report.

15.   Eighteen of the clinical trials that plaintiffs requested are trials that do not have any U.S. patients.[3] These trials are often used for publications and are generally not used to support approval of a pharmaceutical product or to support a new indication for a marketed pharmaceutical product by the U.S. FDA. Patients from at least thirty-six countries have been enrolled in the clinical trials on plaintiff's list.

16.   There are considerable data privacy concerns with sharing raw patient-level data, both from trials conducted within the United States and from trials conducted outside the United States. Compounding the task of reviewing the data for privacy concerns is that each country has its own data privacy laws and regulations that can restrict how patient-level data can be used and disclosed. Local country data privacy laws may limit how much identifying information can be

---

[3] These eighteen clinical trials are: CAMN107ADE20, CAMN107ECN02E1, CAMN107AIC05, CAMN107DDE05, CAMN107A1101E1, CAMN107ECN02, CAMN107ETR02, CAMN107E2401, CAMN107AKR02, CAMN107EIC01, CAMN107FJP01, CAMN107A2404, CAMN107ABR03, CAMN107A2405, CAMN107DDE06, CAMN107DBR01, CAMN107D1201, and CAMN107A1101.

disclosed about patients, including age, date of birth, and other potential identifying information. In addition, because CML is a rare disease, these varied privacy laws might be even more restrictive because of the few number of individuals with the disease enrolled in the trial(s). Thus, before NPC could produce data from any trials, NPC would have to undertake an analysis of what data, if any, from particular trials would have to be redacted. It is not possible for NPC to undertake such an analysis until the data is retrieved.

17. I hereby declare under penalty of perjury that the facts set forth herein after true and correct. Executed this 23rd day of February 2022 in East Hanover, New Jersey.

I certify that I have the signed original of this document that is available for inspection during normal business hours by the court of a party to this action.

By: */s/ Richard Dennin*
Richard Dennin

By: */s/ Robert E. Johnston*
Robert E. Johnston, Esq.