**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| IN RE: TASIGNA (NILOTINIB) PRODUCTS LIABILITY LITIGATION<br><br>This document relates to all actions. | Case No. 6:21-md-03006-RBD-DAB<br>(MDL No. 3006) |

**DECLARATION OF KEVIN POIRIER IN SUPPORT OF**
**NOVARTIS PHARMACEUTICALS CORPORATION'S MOTION**
**TO SHIFT COSTS FOR CLINICAL TRIAL DATA ANONYMIZATION**

I, Kevin Poirier, hereby declare as follows:

1. I am employed by Novartis Pharmaceuticals Corporation ("NPC") as Director and Data Sharing Portfolio Officer. I am responsible for Novartis' Clinical Trial Data Sharing initiative. I submit this declaration in support of NPC's Motion To Shift Costs For Clinical Trial Data Anonymization.

2. Except as otherwise noted, I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently to these matters.

3. I have been involved with NPC's efforts to comply with the Court's Order that compelled the production of raw statistical data from twenty-six specified clinical studies (ECF No. 95).

4. The raw statistical data include patient identifiers and information that could be used to re-identify individuals who participated in the clinical studies. NPC must comply with privacy laws and regulations, and obligations arising from

study participants' informed consents, that prohibit disclosure of identifiable patient information.

5. Data anonymization is a process regularly used in the pharmaceutical industry to ensure compliance with privacy obligations not to disclose identifiable patient information, which arise under U.S. and foreign data privacy laws and study participants' informed consents.

6. NPC does not maintain raw datasets from clinical trials containing data that can be produced to third parties without first undergoing anonymization processes.

7. NPC works with a third-party company, Privacy Analytics, to anonymize personal data contained in raw study databases.

8. NPC obtained a quote for $320,000 from Privacy Analytics to complete required data anonymization of the raw datasets from twenty studies on an expedited basis for use specifically within SAS's secured lockbox platform. NPC had not anonymized the data from these twenty studies previously, and would not be doing so but for plaintiffs' production requests.

9. Privacy Analytics projects that, with expediting, it can complete 4 studies in May, 4 studies in June, six studies in July, and 6 studies in August, although Privacy Analytics has indicated it will work to complete this work as expeditiously as possible.

10. The quote for $320,000 from Privacy Analytics includes a discount based on NPC's and Privacy Analytics existing relationship and the volume of work involved in this project, and notwithstanding the fact that Privacy Analytics does not usually perform data anonymization of raw datasets for more than four studies per month for NPC.

11. This quote does not include six studies for which the required data anonymization was already completed outside of litigation and have been provided to plaintiff without NPC incurring additional expense to comply with privacy requirements.

12. This quote does not include possible "complexity uplift" fees for studies that have large numbers of data tables or data fields. In its review to date, Privacy Analytics has identified three studies – CAMN107D1201, CAMN107A2203, and CAMN107AIC05 – that require uplift fees of $11,480 in total, which is in addition to the $320,000 quote.

13. NPC has provided data to Privacy Analytics for seventeen of the remaining twenty studies. NPC is continuing its work to collect, process, and transmit to Privacy Analytics available data regarding the remaining three studies.

14. NPC has instructed Privacy Analytics to begin its work and Privacy Analytics will provide anonymized data on a rolling basis, which Privacy Analytics projects will take approximately four months. NPC has instructed

Privacy Analytics to begin its work and to begin with the studies involving the largest numbers of patients first.

_____
KEVIN POIRIER