# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE: TASIGNA (NILOTINIB)
PRODUCTS LIABILITY LITIGATION

Case No. 6:21-md-3006-RBD-DAB
(MDL No. 3006)

This document relates to all actions.
_____

## PRETRIAL ORDER NO. 6

A status conference for this matter was held recently. (Doc. 132.) This Order memorializes the Court's oral pronouncements at that hearing.

Plaintiffs' Motion to Extend Case Management Deadlines (Doc. 117) is **GRANTED IN PART**. The remaining deadlines are extended as follows, per the Court's oral ruling:

| | |
|---|---|
| Fact Discovery | Tuesday, September 13, 2022 |
| Plaintiffs' Expert Witness Disclosures and Reports | Tuesday, October 18, 2022 |
| Defendant's Expert Witness Disclosures and Reports | Tuesday, November 15, 2022 |
| Expert Discovery | Tuesday, January 17, 2023 |

The Motion is **DENIED** in all other respects.

The next status conference in this matter is set for **Wednesday, August 10, 2022, at 10:00 a.m.**

**IT IS SO ORDERED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 29, 2022.

ROY B. DALTON JR.
United States District Judge