# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| IN RE: TASIGNA (NILOTINIB) PRODUCTS LIABILITY LITIGATION | Case No. 6:21-md-03006-RBD-DAB (MDL No. 3006) |
| This document relates to all actions. | |

## NOTICE OF JOINT PROPOSED AGENDA AND STATUS BRIEFING FOR AUGUST 10, 2022 CONFERENCE

Pursuant to Pretrial Order No. 3 (ECF No. 47), which states that "agendas will be due at least ten days prior to status conferences," plaintiffs and Defendant Novartis Pharmaceuticals Corporation ("NPC") hereby submit this proposed agenda and status briefing for this Court's August 10, 2022 Status Conference:

- **Status of Depositions (discovery-related)**

To date, the parties have completed twelve depositions jointly noticed in this MDL and the NJ Multicounty Litigation.[1] Additional depositions have been scheduled or will be scheduled shortly.[2] The parties will provide a further update on the current status of taken and scheduled depositions in the parties' joint 10-day

---

[1] Those depositions are: Karen Habucky (April 28), Leila Alland (May 10), Robert Miranda (May 12), Michael Petroutsas (May 13), Neil Gallagher (May 20), David Domsic (May 25), Laurie Letvak (June 9), Frank Hong (June 30), Reshema Kemps-Polanco (July 8), Danielle Roman (July 13), Paul Manley (July 15), and Philippe Drouet (July 26).

[2] Katie Chon (Aug. 2), Richard D'Addabbo (Sept. 8), Christi Shaw (Sept. 13), Alessandro Riva (Oct. 1), Jane Vesotsky (TBD), Reshema Kemps-Polanco (continuation, TBD), and Hugh O'Dowd (TBD).

discovery status submission that is due on Monday, August 8, in advance of the upcoming Status Conference.

- **Status of Document Production (discovery-related)**

During the privilege log process, NPC identified a group of custodial documents for which NPC is not claiming privilege. NPC is completing a supplemental production for those documents, which NPC expects to provide to plaintiffs as soon as possible, and in advance of the August 10 status conference baring unanticipated developments. NPC has continued to make rolling productions of anonymized raw clinical trial data, and anticipates it will complete production of all available raw data sets subject to the Court's order by the end of August. There is one study conducted outside of the United States in Brazil for which there is an issue with the raw data (CAMN107ABR03). NPC will provide plaintiffs with additional information regarding this specific study. The parties will provide a further update as necessary on the current status of document production in the parties' joint 10-day discovery status submission that is due on Monday, August 8, in advance of the upcoming Status Conference.

- **Plaintiffs' Rule 30(b)(6) Notice on NPC (discovery-related)**

In the July 28, 2022 Joint Notice of Discovery Status (ECF No. 140), the parties requested that the Court set a briefing schedule to address unresolved disputes regarding Plaintiffs' amended Rule 30(b)(6) notice. The parties will submit any

briefing by 10am on August 4, as ordered, in advance of the remote hearing before Judge Baker on August 5.

Dated August 1, 2022          Respectfully Submitted,

By: */s/ Raymond C. Silverman*
Raymond C. Silverman, Esq.
Christopher Oxx, Esq.
Parker Waichman, LLP
6 Harbor Park Drive
Port Washington, NY 11050
(516) 466-6500
(516) 466-6665 (fax)
rsilverman@yourlawyer.com
oxx@yourlawyer.com

By: */s/ Richard M. Elias*
Richard M. Elias, Fla. Bar No. 38471
Elias LLC
231 S. Bemiston Ave. Ste. 800
St. Louis, MO 63105
314-391-6820
relias@EliasLLC.com

By: */s/ Lawana S. Wichmann*
Lawana S. Wichmann, Esq.
OnderLaw, LLC
110 E. Lockwood
St. Louis, MO 63119
314-963-9000
314-963-1700 (fax)
wichmann@onderlaw.com

*Attorneys for Plaintiffs*

By: */s/ Robert E. Johnston*
Joe G. Hollingsworth, Esq.
Robert E. Johnston, Esq.
Andrew L. Reissaus, Esq.
Grant W. Hollingsworth, Esq.
HOLLINGSWORTH LLP
1350 I Street Northwest
Washington, District of Columbia 20005
(202) 898-5800

*Attorneys for Defendant
Novartis Pharmaceuticals Corporation*

## **CERTIFICATE OF SERVICE**

I certify that on this 1st day of August 2022, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, causing all counsel of record be served by electronic means.

/s/ Robert E. Johnston
Robert E. Johnston, Esq.
*Attorney for Defendant*
*Novartis Pharmaceuticals Corporation*