# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE: TASIGNA (NILOTINIB)
PRODUCTS LIABILITY LITIGATION

Case No. 6:21-md-03006-RBD-DAB
(MDL No. 3006)

This document relates to all actions.

## JOINT NOTICE OF DISCOVERY STATUS AS OF AUGUST 8, 2022

Pursuant to Pretrial Order No. 5 (ECF No. 107), Plaintiffs and Defendant Novartis Pharmaceuticals Corporation ("NPC") submit this notice regarding the status of discovery.

To date, thirteen depositions have occurred.[1] Additional depositions have been scheduled.[2]

Regarding NPC's document production, as noted in the proposed agenda for the upcoming status conference, NPC identified a group of custodial documents during the privilege log process for which NPC is not claiming privilege. As a result, NPC produced an additional 4,588 custodial documents to plaintiffs initially

---

[1] Those depositions are NPC employees Karen Habucky (April 28), Reshema Kemps-Polanco (July 8), Danielle Roman (July 13), and Paul Manley (July 15), and nine former employees: Leila Alland (May 10), Robert Miranda (May 12), Michael Petroutsas (May 13), Neil Gallagher (May 20), David Domsic (May 25), Laurie Letvak (June 9), Frank Hong (June 30), Philippe Drouet (July 26), and Katie Chon (Aug. 2).

[2] Richard D'Addabbo (Sept. 8), Hugh O'Dowd (Sept. 8), Christi Shaw (Sept. 13), Reshema Kemps-Polanco (continuation, Sept. 28), Alessandro Riva (Oct. 1), and Jane Vesotsky (Oct. 1).

withheld as privileged on August 8, 2022.[3] NPC will also be producing a small number of documents initially withheld as privileged that it is no longer claiming as privileged from custodians based in Switzerland.

Plaintiffs were unaware they would be receiving this document production at this late stage in fact discovery until this issue was identified in the agenda filed on August 1, 2022. Importantly, Plaintiffs were never informed prior to moving forward with the depositions of the witnesses taken to date that some of their documents were still undergoing privilege review. Plaintiffs will begin their review of this production with haste, but note that, depending on its content, additional depositions of new witnesses and/or continued depositions of prior witnesses may be necessary.

Also, as noted in the proposed agenda regarding the production of anonymized raw data, there is an issue with the raw data with a phase IV study located in Brazil (CAMN107ABR03). The data from this study is not in NPC's possession, custody, or control. On August 5, 2022, NPC sent a letter informing plaintiffs that it did not have the raw dataset for this study. CAMN107ABR03 closed in 2012 and was conducted outside of the United States in Brazil by a third-party, clinical research organization that is no longer in business. After the Court's ruling in March, NPC contacted a Novartis affiliate in Brazil, Novartis Biociencias S.A.,

---

[3] NPC produced full families with the 4,588 documents initially withheld as privileged, including 10,445 documents previously produced.

to obtain the raw dataset for this local Brazil study. The affiliate was unable to locate the raw dataset after an extensive search of its electronic and physical storage at the Brazil office, and an off-site storage facility operated by a third-party vendor. NPC was able to locate and produce the statistical analysis reports for the Brazilian study. NPC has not received a response from plaintiffs to its August 5, 2022 letter.

Dated:  August 8, 2022

By: */s/ Raymond C. Silverman*
Raymond C. Silverman, Esq.
Christopher Oxx, Esq.
Parker Waichman, LLP
6 Harbor Park Drive
Port Washington, NY 11050
(516) 466-6500
(516) 466-6665 (fax)
rsilverman@yourlawyer.com
oxx@yourlawyer.com

By: */s/ Richard M. Elias*
Richard M. Elias, Fla. Bar No. 38471
Elias LLC
231 S. Bemiston Avenue, Ste. 800
St. Louis, MO 63105
(314) 391-6820
relias@EliasLLC.com

By: */s/ Lawana S. Wichmann*
Lawana S. Wichmann, Esq.
OnderLaw, LLC
110 E. Lockwood Avenue
St. Louis, MO 63119
(314) 963-9000
(314) 963-1700 (fax)
wichmann@onderlaw.com

*Attorneys for Plaintiffs*

Respectfully Submitted,

By: */s/ Robert E. Johnston*
Joe G. Hollingsworth, Esq.
Robert E. Johnston, Esq.
Andrew L. Reissaus, Esq.
Grant W. Hollingsworth, Esq.
HOLLINGSWORTH LLP
1350 I Street Northwest
Washington, District of Columbia 20005
(202) 898-5800

*Attorneys for Defendant
Novartis Pharmaceuticals Corporation*

**CERTIFICATE OF SERVICE**

I certify that on this 8th day of August 2022, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, causing all counsel of record be served by electronic means.

/s/ Robert E. Johnston
Robert E. Johnston, Esq.
*Attorney for Defendant*
*Novartis Pharmaceuticals Corporation*
