# UNITED STATES JUDICIAL PANEL
### on
# MULTIDISTRICT LITIGATION

**IN RE: TASIGNA (NILOTINIB) PRODUCTS
LIABILITY LITIGATION**

MDL No. 3006

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −5)

On August 10, 2021, the Panel transferred 15 civil action(s) to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 555 F.Supp.3d 1363 (J.P.M.L. 2021). Since that time, 5 additional action(s) have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Roy B. Dalton, Jr.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Dalton.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of August 10, 2021, and, with the consent of that court, assigned to the Honorable Roy B. Dalton, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Aug 09, 2022**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

**IN RE: TASIGNA (NILOTINIB) PRODUCTS**
**LIABILITY LITIGATION**                                         MDL No. 3006

### SCHEDULE CTO−5 − TAG−ALONG ACTIONS

| <u>DIST</u> | <u>DIV.</u> | <u>C.A.NO.</u> | <u>CASE CAPTION</u> |
|---|---|---|---|
| **FLORIDA SOUTHERN** | | | |
| FLS | 9 | 22−80982 | Mcmahon v. Novartis Pharmaceuticals Corporation |
| **SOUTH CAROLINA** | | | |
| SC | 7 | 22−02350 | O'Shields v. Novartis Pharmaceuticals Corporation |
| **WISCONSIN EASTERN** | | | |
| WIE | 1 | 22−00838 | The Estate of Terry Cavins et al v. Novartis Pharmaceuticals Corporation |
| **WISCONSIN WESTERN** | | | |
| WIW | 3 | 22−00407 | Caston, Bruce v. Novartis Pharmaceuticals Corporation |
| WIW | 3 | 22−00408 | Kirschbaum, Christine v. Novartis Pharmaceuticals Corporation |