# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| IN RE: TASIGNA (NILOTINIB)<br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to all actions. | Case No. 6:21-md-03006-RBD-DAB<br>(MDL No. 3006) |

## **JOINT NOTICE OF DISCOVERY STATUS AS OF NOVEMBER 15, 2022**

Pursuant to Pretrial Order No. 5 (ECF No. 107), Plaintiffs and Defendant Novartis Pharmaceuticals Corporation submit this joint notice of discovery status. On November 4, 2022, the parties filed a proposed agenda for the upcoming status conference on November 15, 2022 (ECF No. 159) that includes a status update on the progress of discovery. The parties will be prepared to discuss these topics with the Court at the status conference on November 15, 2022.

Dated: November 10, 2022　　　　　　　　　　Respectfully Submitted,

By: */s/ Raymond C. Silverman*　　　　　　　By: */s/ Robert E. Johnston*
Raymond C. Silverman, Esq.　　　　　　　　　Joe G. Hollingsworth, Esq.
Christopher Oxx, Esq.　　　　　　　　　　　　Robert E. Johnston, Esq.
Parker Waichman, LLP　　　　　　　　　　　　Andrew L. Reissaus, Esq.
6 Harbor Park Drive　　　　　　　　　　　　　Grant W. Hollingsworth, Esq.
Port Washington, NY 11050　　　　　　　　　HOLLINGSWORTH$_{LLP}$
(516) 466-6500　　　　　　　　　　　　　　　1350 I Street Northwest
(516) 466-6665 (fax)　　　　　　　　　　　　Washington, District of Columbia 20005
rsilverman@yourlawyer.com　　　　　　　　　(202) 898-5800
oxx@yourlawyer.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
By: */s/ Richard M. Elias*　　　　　　　　　　*Novartis Pharmaceuticals Corporation*
Richard M. Elias, Fla. Bar No. 38471
Elias LLC
231 S. Bemiston Avenue, Ste. 800
St. Louis, MO 63105
(314) 391-6820
relias@EliasLLC.com

By: */s/ Lawana S. Wichmann*
Lawana S. Wichmann, Esq.
OnderLaw, LLC
110 E. Lockwood Avenue
St. Louis, MO 63119
(314) 963-9000
(314) 963-1700 (fax)
wichmann@onderlaw.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on this 10th day of November 2022, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, causing all counsel of record be served by electronic means.

/s/ Robert E. Johnston
Robert E. Johnston, Esq.
*Attorney for Defendant*
*Novartis Pharmaceuticals Corporation*
