**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE: TASIGNA (NILOTINIB)
PRODUCTS LIABILITY LITIGATION

Case No. 6:21-md-3006-RBD-DAB
(MDL No. 3006)

This document relates to all actions.
_____

# ORDER

This matter comes before the Court following the Status Conference held November 15, 2022. At issue is proper handling of cases in the MDL and the associated Multi County Litigation in New Jersey in which the person claiming injury from the prescribed medication is deceased. The parties have, at least tentatively identified the cases where this is an issue and are undertaking steps to assure that proper parties are in place to pursue claims. To that end, the parties anticipate some cases will need to be dismissed without prejudice and then re-filed in the name of an appropriate and authorized representative. In other cases, the authority of representative parties needs to be verified or proper representatives need to be duly authorized.

Plaintiffs' counsel in all such cases is **DIRECTED** to proceed forthwith to provide verification of representative authority and, where necessary, obtain proper appointment or authorization of representatives to substitute as parties-plaintiff. Because the time required to complete these activities, is not necessarily

predictable or controllable, Plaintiffs' counsel is **ORDERED** to prepare an initial list and status report of the affected cases in both the MDL and the MCL. After review by the Defendant, the list and report shall be filed by **December 1, 2022.** A follow-up status report shall be filed by **March 15, 2022.**

**DONE** and **ORDERED** in Orlando, Florida on November 15, 2022.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record