**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| IN RE: TASIGNA (NILOTINIB) PRODUCTS LIABILITY LITIGATION<br><br>This document relates to all actions. | Case No. 6:21-md-03006-RBD-DAB<br>(MDL No. 3006) |

**DECLARATION OF KEVIN POIRIER IN SUPPORT OF
NOVARTIS PHARMACEUTICALS CORPORATION'S
RENEWED MOTION TO SHIFT COSTS FOR
CLINICAL TRIAL DATA ANONYMIZATION**

I, Kevin Poirier, hereby declare as follows:

1. I am employed by Novartis Pharmaceuticals Corporation ("NPC") as Director and Data Sharing Portfolio Officer. I am responsible for Novartis' Clinical Trial Data Sharing initiative. I submit this declaration in support of NPC's Renewed Motion To Shift Costs For Clinical Trial Data Anonymization.

2. Except as otherwise noted, I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently to these matters.

3. I was involved with NPC's efforts to comply with the Court's Order that compelled the production of raw statistical data from twenty-five specified clinical studies (ECF No. 95).[1]

---

[1] Plaintiffs initially sought the raw datasets from thirty-eight clinical trials. The Court's order, however, denied plaintiffs' demand for data from twelve studies that were ongoing or were conducted by a third party. NPC ultimately located and produced raw datasets for twenty-five

4. The raw statistical data include patient identifiers and information that could be used to reidentify individuals who participated in the clinical studies. NPC must comply with privacy laws and regulations that prohibit disclosure of identifiable patient information before the raw datasets can be produced.

5. Data anonymization is a process regularly used in the pharmaceutical industry to ensure compliance with privacy obligations not to disclose identifiable patient information, which arise under U.S. and foreign data privacy laws and study participants' informed consents.

6. NPC does not maintain raw datasets from clinical trials containing data that can be produced to non-governmental third parties without first undergoing anonymization processes in its normal course of business.

7. Data anonymization is separate from any expense NPC incurs in reviewing documents such as emails for production in litigation.

8. NPC worked with a third-party company, Privacy Analytics, to anonymize personal data contained in raw study databases for nineteen clinical trials as ordered by the Court[2].

---

clinical trials. *See* Notice of J. Proposed Agenda & Status Briefing for Aug. 10, 2022 Conf., at 2 (ECF No. 145).

[2] NPC initially produced to plaintiffs in May the required data anonymization for six studies that had already been completed independent of this litigation. Those clinical trials were: CAMN107ECN02, CAMN107E2401, CAMN107A2404, CAMN107A2405, CAMN107A2303, and CAMN107A2101. Those six studies' raw datasets could be produced without incurring new expenses to comply with privacy requirements. I received a forwarded email from plaintiffs' counsel about one of the studies NPC produced in May (CAMN107A2404) on October 11, 2022,

9. NPC produced raw datasets from the nineteen clinical trials on a rolling basis on May 2, June 10, July 6, August 3, September 4, and October 1, 2022. NPC completed its production of those nineteen studies to plaintiffs on October 1, 2022.

10. The total cost for Privacy Analytics to anonymize these nineteen clinical trials on an expedited basis was $526,615.25. Novartis' legal function was invoiced for $335,538.37– the portion of the total that Novartis incurred to comply with the Court's order and plaintiffs' litigation request.

11. The total cost included a discount based on NPC's and Privacy Analytics' existing relationship and the volume of work involved in this project, and notwithstanding the fact that Privacy Analytics does not usually perform data anonymization of raw datasets for more than four studies per month for NPC.

12. The total cost of $526,615.25 to anonymize the nineteen clinical trials does not include the six studies for which the required data anonymization was already completed outside of litigation.

13. The total cost of $526,615.25 also does not include the significant time spent by Novartis employees to assist with the anonymization process (including

---

over five months after NPC produced the raw data for the clinical trial. The email relayed for the first time that plaintiffs' expert believed an issue with a variable in a table prevented him from being able to match treatment assignment in the study. My team and I evaluated the issue and produced a replacement data table on November 2, 2022. Plaintiffs raised an issue concerning the updated table. We were unable to replicate the issue, and my team and I provided detailed steps to plaintiffs' expert on how to use the data. We did not receive any further inquiries after we provided those instructions.

review of each study for quality control) and to respond to plaintiffs' August 2022 and October 2022 inquiries regarding some of the variables in some of the clinical trial datasets.

14. I personally spent 24 business hours to locate and review documents plaintiffs claimed their expert, Dr. Madigan, needed to analyze the raw datasets NPC produced.

15. Other Novartis employees spent an estimated 370 business hours to assist with the anonymization and address plaintiffs' inquiries regarding variables in some of the raw datasets.

16. The litigation request also impacted NPC's normal business operations.

17. NPC is contracted with Privacy Analytics to anonymize four studies a month.

18. Because NPC is contracted for a specific number of projects each year with Privacy Analytics, the litigation request used resources that ordinarily would have gone to an academic research group to investigate data for a novel research project.

19. In addition, because NPC prioritized the anonymization of the data for litigation, the projects of five separate research teams was adversely impacted by the litigation request.

20. There has been no request outside of the litigation by any research group for the nineteen clinical trials that were anonymized for the litigation.

_____
KEVIN POIRIER