# EXHIBIT A

# Quzack, Douglas

**From:** Biggs, Harrison M. <hbiggs@yourlawyer.com>
**Sent:** Monday, November 7, 2022 3:37 PM
**To:** Johnston, Robert E. <RJohnston@Hollingsworthllp.com>; Reissaus, Andrew L. <AReissaus@Hollingsworthllp.com>; Hollingsworth, Joe G. <jhollingsworth@hollingsworthllp.com>
**Cc:** Silverman, Raymond <rsilverman@yourlawyer.com>; Richard Elias <relias@eliasllc.com>; 'Lawana S. Wichmann' <Wichmann@onderlaw.com>; Oxx, Christopher <oxx@yourlawyer.com>
**Subject:** RE: In re Tasigna - Plaintiffs' Expert Disclosures

**[External Message]**

Counsel,

Please find attached Plaintiffs' Amended Expert Witness Disclosures. As you can see, we have withdrawn Dr. Madigan as an affirmative expert.

Regards,

Harrison M. Biggs
Senior Litigation Counsel
Parker Waichman LLP
6 Harbor Park Drive
Port Washington, New York 11050
516-723-4633
516-723-4733 Fax
www.yourlawyer.com
hbiggs@yourlawyer.com

This electronic message transmission contains information that is PRIVILEGED AND CONFIDENTIAL including information protected by the ATTORNEY CLIENT PRIVILEGE.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. No email shall be deemed notice of any activity, filing or communication unless and until it is confirmed by answering email to the writer.

All e-mail to Parker Waichman LLP or any individual thereat should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender.  Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.

If this email relates to a claimed client loan or lien, Parker Waichman LLP does not accept notice of client loans or liens by email.  Notice of a client loan or lien, along with an acknowledgement signed by the client, must be sent to Parker Waichman LLP at 6 Harbor Park Drive, Port Washington, New York 11050 by regular mail, certified, registered mail or overnight mail.

**From:** Oxx, Christopher <oxx@yourlawyer.com>
**Sent:** Tuesday, October 18, 2022 9:48 PM
**To:** 'Johnston, Robert E.' <RJohnston@Hollingsworthllp.com>; Reissaus, Andrew L. <AReissaus@Hollingsworthllp.com>; 'Hollingsworth, Joe G.' <jhollingsworth@hollingsworthllp.com>
**Cc:** Silverman, Raymond <rsilverman@yourlawyer.com>; Richard Elias <relias@eliasllc.com>; 'Lawana S. Wichmann'

<Wichmann@onderlaw.com>; Biggs, Harrison M. <hbiggs@yourlawyer.com>
**Subject:** In re Tasigna - Plaintiffs' Expert Disclosures

Counsel,

Attached please find Plaintiffs' Expert Witness Disclosures.

Christopher Oxx
Senior Litigation Counsel
Parker Waichman LLP
6 Harbor Park Drive
Port Washington, New York 11050
516-723-4632
516-723-4732 Fax
www.yourlawyer.com
Oxx@yourlawyer.com

This electronic message transmission contains information that is PRIVILEGED AND CONFIDENTIAL including information protected by the ATTORNEY CLIENT PRIVILEGE.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. No email shall be deemed notice of any activity, filing or communication unless and until it is confirmed by answering email to the writer.

All e-mail to Parker Waichman LLP or any individual thereat should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender.  Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.

If this email relates to a claimed client loan or lien, Parker Waichman LLP does not accept notice of client loans or liens by email.  Notice of a client loan or lien, along with an acknowledgement signed by the client, must be sent to Parker Waichman LLP at 6 Harbor Park Drive, Port Washington, New York 11050 by regular mail, certified, registered mail or overnight mail.

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| IN RE: TASIGNA (NILOTINIB) PRODUCTS LIABILITY LITIGATION | Case No. 6:21-md-03006-RBD-DAB (MDL No. 3006) |
| This document relates to all actions. | |

---

**SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION: BERGEN COUNTY**

| | |
|---|---|
| IN RE: TASIGNA PRODUCTS LIABILITY LITIGATION | Case No. 635 |
| | Master Docket No.: BER-L-5018-21 |
| This document relates to all actions. | |

**AMENDED EXPERT WITNESS DISCLOSURES**

Pursuant to PTO No. 6, Plaintiffs submit the following disclosures, identifying those individuals who may provide expert testimony in the above captioned litigations.

| EXPERTS | AREA OF EXPERTISE |
|---|---|
| Sonal Singh, MD, MPH, FACP | Epidemiology |
| Richard Van Etten, MD, PhD | Hematology/Oncology |
| Darren Scheer, PhD, MPH, RAC | Regulatory Affairs |
| Caitlin Hicks, MD, MS | Vascular Surgery |

Plaintiffs reserve the right to amend and/or supplement this disclosure.

Dated: November 7, 2022               Respectfully Submitted,

By: */s/ Raymond C. Silverman*
Raymond C. Silverman, Esq.
Christopher Oxx, Esq.
Harrison M. Biggs, Esq.
Parker Waichman, LLP
6 Harbor Park Drive
Port Washington, NY 11050
(516) 466-6500
(516) 466-6665 (fax)
rsilverman@yourlawyer.com
oxx@yourlawyer.com
hbiggs@yourlawyer.com

By: */s/ Richard Elias*
Richard Elias
Elias LLC
231 S. Bemiston Ave. Ste. 800
St. Louis, MO 63105
314-391-6820
relias@EliasLLC.com

By: */s/ Lawana S. Wichmann*
Lawana S. Wichmann, Esq.
OnderLaw, LLC
110 E. Lockwood
St. Louis, MO 63119
314-963-9000
314-963-1700 (fax)
wichmann@onderlaw.com

*Attorneys for Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

I certify that on this 7th day of November 2022, I caused a copy of the foregoing to be served on counsel of record for Novartis Pharmaceuticals Corporation via electronic mail.

*/s/ Raymond C. Silverman*
Raymond C. Silverman, Esq.
*Attorney for Plaintiffs*
