# EXHIBIT B

| | |
|---|---|
| **From:** | Quzack, Douglas |
| **To:** | Oxx, Christopher; Reissaus, Andrew L.; Shimada, Elyse |
| **Cc:** | Biggs, Harrison M. |
| **Subject:** | RE: Quick Call Tomorrow |
| **Date:** | Thursday, September 22, 2022 3:48:40 PM |

Chris,

We are available for call tomorrow after 1pm. If that works for your side, please circulate an invite.

Thanks,
Doug

---

**From:** Oxx, Christopher <oxx@yourlawyer.com>
**Sent:** Thursday, September 22, 2022 1:30 PM
**To:** Reissaus, Andrew L. <AReissaus@Hollingsworthllp.com>; Quzack, Douglas <djquzack@Hollingsworthllp.com>; Shimada, Elyse <eshimada@Hollingsworthllp.com>
**Cc:** Biggs, Harrison M. <hbiggs@yourlawyer.com>
**Subject:** Quick Call Tomorrow

---

**[External Message]**

Drew,

Given the ongoing production of the raw clinical trial data I wanted to see if your side was available for a quick call tomorrow to discuss the following:

1. A brief extension on the deadline to submit Dr. Madigan's report
2. Postponing Roger Waltzman's deposition until a reasonable time after all data has been received

Thanks,

Christopher Oxx
Senior Litigation Counsel
Parker Waichman LLP
6 Harbor Park Drive
Port Washington, New York 11050
516-723-4632
516-723-4732 Fax
www.yourlawyer.com
Oxx@yourlawyer.com

This electronic message transmission contains information that is PRIVILEGED AND CONFIDENTIAL including information protected by the ATTORNEY CLIENT PRIVILEGE.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. No email shall be deemed notice of any activity, filing or communication unless and until it is confirmed by answering

email to the writer.

All e-mail to Parker Waichman LLP or any individual thereat should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender.  Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.

If this email relates to a claimed client loan or lien, Parker Waichman LLP does not accept notice of client loans or liens by email.  Notice of a client loan or lien, along with an acknowledgement signed by the client, must be sent to Parker Waichman LLP at 6 Harbor Park Drive, Port Washington, New York 11050 by regular mail, certified, registered mail or overnight mail.