# EXHIBIT C

Confidential - Aby Buchbinder, M.D.

```
 1              UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
 2                   ORLANDO DIVISION
 3         CASE NO. Case No. 6:21-md-03006-RBD-DAB
 4   IN RE:  TASIGNA (NILOTINIB)
     PRODUCTS LIABILITY LITIGATION
 5   _____/
 6           SUPERIOR COURT OF NEW JERSEY
             LAW DIVISION:  BERGEN COUNTY
 7
                    Case No. 635
 8
          Master Docket No.:  BER-L-5018-21
 9
10   IN RE:  TASIGNA PRODUCTS LIABILITY
     LITIGATION
11   _____/
12
                  C O N F I D E N T I A L
13
                    Boca Raton Marriott at Boca Center
14                  5150 Town Center Circle
                    Boca Raton, Florida 33486
15                  Thursday October 13, 2022
                    9:33 a.m. - 3:31 a.m.
16
17         CONFIDENTIAL VIDEOTAPED DEPOSITION
               OF ABY BUCHBINDER, M.D.
18
19         Taken before Darline M. West,
20   Registered Professional Reporter, Florida
21   Professional Reporter, and Notary Public in and for
22   the State of Florida At Large, pursuant to Notice of
23   Taking Deposition filed by the Plaintiff in the above
24   cause.
25                      -  -  -
```

```
 1    APPEARANCES:

 2    On behalf of the Plaintiff:

 3         PARKER WAICHMAN

 4         6 Harbor Park Drive

 5         Port Washington, New York 11050

 6         Phone:  516.466.6500

 7         E-mail:  Hbiggs@yourlawyer.com

 8               Oxx@yourlawyer.com

 9         By:  HARRISON M. BIGGS, ESQ.

10              CHRISTOPHER OXX, ESQ.

11

12    On behalf of the Defendant:

13         HOLLINGSWORTH, LLP

14         1350 I Street, N.W.

15         Washington, D.C. 20005

16         Phone:  202.898.5800

17         E-mail:  Areissaus@hollingsworthllp.com

18         By:  ANDREW L. REISSAUS, ESQ.

19              DOUGLAS QUZACK, ESQ.

20

21    On behalf of Novartis Pharmaceuticals:

22         ERIC MEYER, ESQ.

23         (In-house counsel for Novartis)

24         (Appearing telephonically)

25
```

```
 1    APPEARANCES:  (Continued)

 2    ALSO PRESENT:

 3         WALLACE ZACCAGNINO - Video Technician

 4

 5                         -  -  -

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                  I N D E X
 2   WITNESS:                              PAGE:
 3   ABY BUCHBINDER, M.D.
 4   DIRECT EXAMINATION                       7
     BY MR. BIGGS:
 5
     CROSS-EXAMINATION                       162
 6   BY MR. QUZACK:
 7   REDIRECT EXAMINATION                    181
     BY MR. BIGGS:
 8
     CERTIFICATE OF OATH                     184
 9
     REPORTER'S CERTIFICATE                  185
10
11
                    -  -  -
12
               E X H I B I T S
13
         C O N F I D E N T I A L
14
                    -  -  -
15
16              Description              Page
17   Aby Buchbinder, M.D.    Notice of Deposition     7
     Deposition Exhibit 1    for Aby Buchbinder,
18                           M.D.
19   Aby Buchbinder, M.D.    Cover e-mail with a     38
     Deposition Exhibit 2    PowerPoint attached
20                           to it
21   Aby Buchbinder, M.D.    E-mail chain            65
     Deposition Exhibit 3
22
     Aby Buchbinder, M.D.    E-mail from Charisse    80
23   Deposition Exhibit 4    Kemp dated July 5th,
                             2013
24
25
```

Confidential - Aby Buchbinder, M.D.

| | | | |
|---|---|---|---|
| 1 | Aby Buchbinder, M.D. Deposition Exhibit 5 | E-mail from Dr. Buchbinder dated July 12th, 2013 to Karen Habucky. Subject: Re: "RTI Report" | 89 |
| 4 | Aby Buchbinder, M.D. Deposition Exhibit 6 | E-mail from Xiaolin Fan, dated October 29, 2013 Alessandro Riva, Dr. Buchbinder, and a number of other individuals | 102 |
| 8 | Aby Buchbinder, M.D. Deposition Exhibit 7 | ENESTnd (CMAN107A2303) SMC Meeting Minutes May 12, 2014 | 110 |
| 11 | Aby Buchbinder, M.D. Deposition Exhibit 8 | E-mail from Hans Menssen dated August 27, 2014 | 124 |
| 13 | Aby Buchbinder, M.D. Deposition Exhibit 9 | E-mails with various attachments and a letter from Novartis to the FDA | 137 |
| 15 | Aby Buchbinder, M.D. Deposition Exhibit 10 | E-mail from Dr. Buchbinder dated March 18, 2016 with a PowerPoint attached | 146 |
| 18 | Aby Buchbinder, M.D. Deposition Exhibit 11 | Cover e-mail that attaches some GPT monthly status report as well as a slide deck | 152 |

- - -

Confidential - Aby Buchbinder, M.D.

```
 1              P R O C E E D I N G S

 2                    -  -  -

 3          VIDEO TECHNICIAN:  We are now on the

 4     video record.  The current time is 9:33 a.m.

 5     on October 13th, 2022.  This is the

 6     videotape deposition of Aby Buchbinder,

 7     M.D., taken in the matter of Tasigna

 8     Products Liability Litigation.  This

 9     deposition is being held at Boca Raton

10     Marriott, Boca Center, 5150 Town Center

11     Circle, Boca Raton, Florida, 33486.  This is

12     Golkow No. 320614.

13          My name is Wallace Zaccagnino, and I'm

14     the videographer.  The court reporter is

15     Darline West.  At this time, the attorneys

16     please announce their appearances for the

17     record.

18          MR. BIGGS:  Harrison Biggs from Parker

19     Waichman.  I'm accompanied by Chris Oxx for

20     the Plaintiffs.

21          MR. QUZACK:  Doug Quzack on behalf of

22     Novartis Pharmaceutical Corporations with

23     Andrew Reissaus.

24          MR. REISSAUS:  Oh, Eric Meyer, in-house

25     counsel for Novartis will be joining.  I
```

1       don't believe he's -- he will be joining

2       remotely.

3              THE COURT REPORTER:  Okay.  Doctor,

4       would you raise your right hand, please.

5              Doctor, do you swear to tell the truth,

6       the whole truth, and nothing but the truth?

7              THE WITNESS:  Yes, I do.

8              THE COURT REPORTER:  Thank you.

9    THEREUPON,

10                  ABY BUCHBINDER, M.D.,

11   called as a witness on behalf of Plaintiffs herein,

12   having been first duly sworn, was examined and

13   testified as follows:

14                  DIRECT EXAMINATION

15   BY MR. BIGGS:

16      Q.   Good morning, Doctor.  I appreciate you

17   being here today.  Again, my name is Harrison Biggs.

18   I represent the Plaintiffs in these matters.

19              Could you please state your full name for

20   the record.

21      A.   Aby Buchbinder.

22              (Aby Buchbinder, M.D. Deposition Exhibit 1,

23   Notice of Deposition for Aby Buchbinder, M.D., was

24   marked for identification.)

25

Confidential - Aby Buchbinder, M.D.

```
 1   BY MR. BIGGS:

 2       Q.   Doctor, I want to hand you the first

 3   exhibit to your deposition today.  It is your Notice

 4   of Deposition.

 5            Have you seen this notice before?

 6       A.   No.

 7       Q.   And, Doctor, is there any reason you can't

 8   give truthful and accurate testimony today?

 9       A.   No, there is no such reason.

10       Q.   And, Doctor, are you represented by

11   Novartis counsel today?

12       A.   Yes, I am.

13       Q.   Have you been deposed previously?

14       A.   No, I have not.

15       Q.   Okay.  So just a couple of ground rules

16   about depositions and -- in normal conversations

17   people tend to talk over one another.  Here we have a

18   court reporter taking down everything we're saying.

19   So if you can let me finish my answer -- er, sorry,

20   finish my question, give a slight pause in case your

21   counsel wants to object and then proceed with your

22   answer, it will help the court reporter to be able to

23   take everything down cleanly.

24            Fair enough?

25       A.   Yes.
```

```
 1        Q.    If you don't understand one of my questions

 2   today, please ask me to rephrase it.  I don't want

 3   you to guess at anything.  I don't want you to not

 4   understand a question.  If you answer a question that

 5   I've asked, I'm going to assume that you understood

 6   it.  Okay?

 7        A.    Yeah.

 8        Q.    And, Doctor, without disclosing the

 9   substance of any of your conversations with your

10   attorneys, what did you do to prepare for your

11   deposition today?

12        A.    I met with attorneys and -- uh-huh.

13        Q.    And how many times did you meet?

14        A.    We met maybe four, five times, and the last

15   time was yesterday.

16        Q.    Okay.  And how long did those meetings last

17   on average?

18        A.    On average, they lasted about one hour,

19   sometimes one-and-a-half hours.  Yesterday the

20   meeting lasted four, five hours.

21        Q.    Doctor, I want to start by asking you a

22   couple of background questions regarding your

23   employment with Novartis Pharmaceuticals Corporation.

24              When were you first employed by Novartis?

25        A.    In 2013.
```

```
 1          Q.    In 2013?

 2          A.    Yes.

 3          Q.    Okay.  And where were you employed prior to

 4    Novartis Pharmaceuticals Corporation?

 5          A.    My immediate prior employment was with

 6    Enzon Pharmaceuticals.

 7          Q.    And what did you do at Enzon

 8    Pharmaceuticals?

 9          A.    I led the development team for products

10    that were in development at -- at Enzon

11    Pharmaceuticals.

12          Q.    Were those oncology products?

13          A.    Most of them were.  Some were not.

14          Q.    And when you started working at Novartis,

15    what was your job title?

16          A.    Senior Global -- sorry.  Senior Clinical --

17    Senior Global Clinical Program Head.

18          Q.    Okay.  That's a mouthful.  I understand.

19          A.    Yes.  Sorry about that.  It just changed

20    over years, yeah.

21          Q.    No worries, Doctor.  I appreciate that.

22                And when you began at Novartis, did you

23    begin working on Tasigna right away?

24          A.    Yes.

25          Q.    Okay.  And how would you describe your role
```

1  as it pertains to Tasigna?

2      A.    So it was in clinical development, which

3  means that I worked on clinical studies, clinical

4  trials that were being conducted with Tasigna, and

5  there were many such studies.  My role was to create

6  a Clinical Development Plan, to review protocols as

7  they were being designed, to supervise the clinical

8  operations team that was conducting the studies, and

9  as data came in from the studies and was being

10  reported, to help review the -- the -- the

11  interpretations of the data; and in doing so, there

12  was a team of clinicians that each were conducting a

13  various study, as well as clinical operations team

14  that were conducting the studies.

15      Q.    And you mentioned a team of clinicians and

16  a clinical operations teams.

17            You oversaw those teams, in your role?

18      A.    Yes.

19      Q.    Okay.  And, Doctor, in general, can you

20  explain the purpose of a Clinical Development Plan.

21      A.    The Clinical Development Plan is the plan

22  that defines what clinical studies are going to be

23  done in what diseases, what setting of each one of

24  the diseases, and identifies when a study may start,

25  when a study may end, and working again with the

1    clinicians and clinical operations help define what

2    are the resources that will be needed in order to be

3    able to conduct the plans.

4         Q.   And in terms of individual clinical trials,

5    can you generally explain what the purpose of a

6    clinical trial is.

7              MR. QUZACK:  Objection.  Vague.

8              You can answer.

9              THE WITNESS:  So the purpose of the

10             clinical trial is to answer a question that

11             is also stated in the clinical trial.  Often

12             the purpose is to find out whether a certain

13             drug has the ability to work against a given

14             disease.

15   BY MR. BIGGS:

16        Q.   And are clinical trials utilized to

17   understand the risk/benefit ratio of a drug?

18        A.   Clinical trials are used to understand the

19   benefit-risk ratio for a drug.

20        Q.   Doctor, during your time as the Global

21   Clinical Program Head at Novartis, do you recall

22   investigating incidents of peripheral arterial

23   occlusive disease in patients taking Tasigna?

24        A.   I'm not sure what you mean by

25   "investigating incidents of."

Confidential - Aby Buchbinder, M.D.

```
 1          As part of clinical trials, there are
 2   various adverse events that are reported.  These
 3   adverse events are reviewed by the team to be able to
 4   understand what they mean, and as such, yes, I -- I
 5   do look at all adverse events that are ongoing in
 6   clinical trials.
 7      Q.   And just to -- to back up a little bit.
 8          In terms of the -- the clinical trials,
 9   when you receive data from a clinical trial,
10   patient-level data, where is it held in Novartis?
11          MR. QUZACK:  Objection.  Vague.
12          THE WITNESS:  I can answer?
13          MR. QUZACK:  You can answer.
14          THE WITNESS:  Okay.  Sorry.
15          So patient-level data is not what I
16      review.  So just to clarify that.
17          You asked a complex question.
18      Patient-level data is not what I review.  I
19      do happen to know that patient-level data is
20      stored in the database related to the
21      clinical trial for that data.
22   BY MR. BIGGS:
23      Q.   And who reviews the patient-level data
24   within a clinical trial?
25      A.   So the patient-level data is reviewed at
```

 1    multiple levels.  It is first reviewed at the site

 2    itself by the people who are entering the data in the

 3    database.  Sometimes there are reviewers to make sure

 4    that whatever another person has entered is also over

 5    there.  It is reviewed by the physician that has to

 6    sign off on the clinical report form.  That is the

 7    clinical investigator physician at the site.

 8          When the data is then present in the

 9    database, there are various level of reviews that

10    take place first by data management, and then there

11    are reviews that take place by members of clinical

12    operations, by statistics, as well as by members of

13    the clinical team.

14       Q.   Okay.  And when Novartis wants to conduct

15    an analysis of the data from one of its clinical

16    studies, is patient-level data what it -- what

17    Novartis uses to conduct such analysis?

18          MR. QUZACK:  Objection.  Vague.

19          THE WITNESS:  The analysis is conducted

20       after the patient-level data has gone

21       through what is in the statistical analysis

22       plan, which is to create tables, listings,

23       and graphs to be able to understand what is

24       ongoing in the database.

25          You, again, bring up the concept of

Confidential - Aby Buchbinder, M.D.

```
 1        patient-level data, and usually that is not
 2        the way that a study itself is analyzed.
 3        What is done is to analyze the tables,
 4        listings, and graphs.  Patient-level data is
 5        sometimes reviewed for individual patients
 6        or for individual events that may be
 7        happening.  But to understand what is
 8        happening in the study, both components are
 9        needed.
10   BY MR. BIGGS:
11        Q.   Okay.  Doctor, are you familiar with the
12   clinical trial that was referred to as ENESTnd?
13        A.   Yes.
14        Q.   Let me back up.
15             Is the -- so the process that you just
16   discussed with the patient-level data going through
17   several layers of review and then ending up in a
18   database.
19             Is that data ever produced to anyone
20   outside of the company?
21             MR. QUZACK:  Objection.  Vague.  Calls
22        for speculation, and mischaracterizes his
23        prior testimony.
24   BY MR. BIGGS:
25        Q.   You can answer.
```

Confidential - Aby Buchbinder, M.D.

```
 1              MR. QUZACK:  You can answer.

 2              THE WITNESS:  Okay.  No.  It is usually

 3         looked at by the people who are going to

 4         interpret the data.  If anything, to try to

 5         be complete -- to be complete, in the

 6         conduct of a study, there also is a steering

 7         committee.  These are people who are not

 8         Novartis employees.  They are medical

 9         experts.  They are people who help write the

10         protocol.  They are people who monitor the

11         ongoing study.  They are people who take a

12         look at the data at regular interval.

13              And should they request it, they have

14         the ability to take a look at patient-level

15         data.  But even the members of the steering

16         committee will go through the process that I

17         described before, namely in order to

18         understand what is going on with respect to

19         the questions asked in this study, to take a

20         look at one cell in a spreadsheet that may

21         have hundreds of millions of cells does not

22         help them in understanding what is

23         happening.  So it is -- by looking at the

24         tables, listings, and graphs that they have

25         the ability to understand what is going on
```

1        in a study.

2   BY MR. BIGGS:

3        Q.   And is there anyone outside of Novartis and

4   the steering committee that would have access to

5   those tables, listings, and graphs?

6             MR. QUZACK:  Objection.  Vague.

7             THE WITNESS:  Not to my knowledge.

8   BY MR. BIGGS:

9        Q.   Okay.  So those tables, listings, and

10  graphs don't go to health authorities, correct?

11            MR. QUZACK:  Objection.  Vague.

12            THE WITNESS:  So the tables, listings,

13       and graphs will go to health authorities in

14       various documents that are sent to health

15       authorities.  So there will be a -- a

16       document that is created that has

17       descriptions, right, sentences that will

18       refer to tables that are in the documents.

19       These will be tables, listings, and graphs

20       that have been generated by the

21       statistician, and there will also be an

22       appendix that will have all of the tables,

23       listings, and graphs that are appropriate

24       for -- for that analysis and for that

25       report.  Um...

```
 1    BY MR. BIGGS:

 2        Q.    Are you -- are you done with that answer?

 3        A.    Yeah.

 4        Q.    I didn't want to cut you off.

 5        A.    No, no.

 6        Q.    Okay.  So the health authorities don't have

 7   access to patient-level data, correct?

 8              MR. QUZACK:  Objection.  Vague.  Calls

 9        for speculation.

10              You can answer.

11              THE WITNESS:  Yeah, I -- you know,

12        again, so there is access and there is

13        access.  If a health authority requests

14        information, the information is provided to

15        them.  The word "access" can also mean a

16        person, when they want to, has the ability

17        to go and access the information.  Yes?  And

18        for that, there are a very limited number of

19        people who have access to the data.

20              So depending on the interpretation of

21        the word "access," if the health authority

22        requests the information, the health

23        authority gets the information.  But it's

24        not the same thing as saying there is access

25        in the general sense of the word.
```

```
 1    BY MR. BIGGS:

 2        Q.   Understood, Doctor.  And I appreciate that

 3    clarification.

 4            So absent a request from the health

 5    authority, employees of Novartis and the steering --

 6    members of the steer committee would be the only

 7    individuals that have access to the patient-level

 8    data we're discussing?

 9            MR. QUZACK:  Objection.  Incomplete

10        hypothetical, and mischaracterizes his prior

11        testimony.

12            THE WITNESS:  Right.

13            So, no, that is not the case.  So in my

14        role, for example, to give -- to give an

15        example, I -- I am a Novartis employee

16        during the conduct of the study.  And as

17        I've said before, one of my roles is to take

18        a look at the information coming out of the

19        study in order to be able to help understand

20        what is going on, to review other people who

21        have also done the interpretation prior to

22        me.

23            I would not say that I have access to

24        that data even myself.  So it is not

25        everybody that has access to patient-level
```

1     information.

2   BY MR. BIGGS:

3       Q.   Okay.  Understood.  Okay.

4            And, Doctor, to go back to the ENESTnd

5   trial.  That was a randomized control trial, correct?

6            MR. QUZACK:  Objection.  Lacks

7       foundation.

8            THE WITNESS:  Yes, it was.

9   BY MR. BIGGS:

10      Q.   And can you explain what a randomized

11  control trial is.

12      A.   Uh-huh.  So it is a clinical study which

13  means that there is a question that has been asked.

14  The question that was being asked for ENESTnd was the

15  question what was the effect of nilotinib on the

16  disease called chronic myelogenous leukemia.  ENESTnd

17  in particular evaluated this question in patients who

18  had newly diagnosed chronic myelogenous leukemia.

19           The study asked the question what was the

20  effect of Tasigna at two different doses in that

21  clinical setting, and also asked what was the effect

22  of Gleevec or imatinib in the same patient

23  population.  So the clinical trials asks a study --

24  and I have just stated what was the questions that

25  were being asked in ENESTnd.

1                The question is an important question for a

2    clinical trial.  We are talking about clinical

3    trials, not preclinical trials, which means that we

4    are talking about a clinical study that has to be

5    done in patients.  And clinical trials have to ask

6    important questions, relevant questions, for the

7    patients that are participating in the study.

8                In this case, the question was being asked

9    in patients with newly diagnosed chronic myelogenous

10   leukemia.  Chronic myelogenous leukemia, if

11   untreated, is a deadly disease.  And so it is an

12   important question to ask.

13               A controlled study is one in which you are

14   asking a question about whether the effect of your

15   drug, which you do not know the effect of, how does

16   it compare with the effect of a drug or another

17   therapy which is known or a standard.  Yes?  So that

18   is the idea of a control.  You're not only seeing

19   what is the effect of Tasigna, but you're also going

20   to be controlling this effect to be able to

21   understand this effect as compared to a standard of

22   care that is appropriate for patients at the time

23   during which the study is conducted.  And that is the

24   details of the control in the study ENESTnd.

25               A randomized study is one in which a choice

1    of whether the patient receives the study drug or

2    receives the control drug is determined by chance.

3    So that is what a randomized study is.  And in the

4    study ENESTnd the choice of whether patients were to

5    receive nilotinib or imatinib was randomized, was

6    determined by chance.

7            So to sum everything up, ENESTnd is a

8    randomized clinical trial, because it is a trial.  It

9    asks a question.  It is a clinical trial because it

10   asks a question in patients, in human beings.  It is

11   a controlled trial because there is the study drug,

12   as well as a standard of care, and it is randomized

13   because the determination of what patients will

14   receive is done by chance.

15       Q.   And, Doctor, a randomized control trial is

16   the highest level of evidence available?

17           MR. QUZACK:  Objection.  Lacks

18       foundation.

19           You can answer.

20           THE WITNESS:  So highest?  Yes.  It's

21       not this.  It's -- is it the highest?  It's

22       difficult to say highest, not highest.  It

23       is a high level.  It is a high level.

24           There are different ways that one can

25       randomize.  There are -- there are other