# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE: TASIGNA (NILOTINIB)
PRODUCTS LIABILITY LITIGATION

Case No. 6:21-md-03006-RBD-DAB
(MDL No. 3006)

This document relates to all actions.

## JOINT NOTICE OF DISCOVERY STATUS AS OF DECEMBER 22, 2022

Pursuant to Pretrial Order No. 5 (ECF No. 107), Plaintiffs and Defendant Novartis Pharmaceuticals Corporation ("NPC) submit this joint notice of discovery status.

The parties continue to schedule depositions in the limited case-specific discovery pool. Yesterday, NPC took the deposition of a second prescriber. NPC has provided the Court with the transcript. NPC is awaiting dates from three plaintiffs for their depositions. Two additional plaintiff depositions with previously agreed dates will be rescheduled – one due to a plaintiff health issue and the other because NPC is awaiting receipt of records from healthcare providers.

Dated: December 22, 2022

By: */s/ Raymond C. Silverman*
Raymond C. Silverman, Esq.
Christopher Oxx, Esq.
Parker Waichman, LLP
6 Harbor Park Drive
Port Washington, NY 11050
(516) 466-6500
(516) 466-6665 (fax)
rsilverman@yourlawyer.com
oxx@yourlawyer.com

By: */s/ Richard M. Elias*
Richard M. Elias, Fla. Bar No. 38471
Elias LLC
231 S. Bemiston Avenue, Ste. 800
St. Louis, MO 63105
(314) 391-6820
relias@EliasLLC.com

By: */s/ Lawana S. Wichmann*
Lawana S. Wichmann, Esq.
OnderLaw, LLC
110 E. Lockwood Avenue
St. Louis, MO 63119
(314) 963-9000
(314) 963-1700 (fax)
wichmann@onderlaw.com

*Attorneys for Plaintiffs*

Respectfully Submitted,

By: */s/ Robert E. Johnston*
Joe G. Hollingsworth, Esq.
Robert E. Johnston, Esq.
Andrew L. Reissaus, Esq.
Grant W. Hollingsworth, Esq.
Hollingsworth LLP
1350 I Street Northwest
Washington, District of Columbia 20005
(202) 898-5800

*Attorneys for Defendant*
*Novartis Pharmaceuticals Corporation*

## CERTIFICATE OF SERVICE

I certify that on this 22nd day of December 2022, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, causing all counsel of record to be served by electronic means.

/s/ Robert E. Johnston
Robert E. Johnston, Esq.
*Attorney for Defendant*
*Novartis Pharmaceuticals Corporation*
