# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE: TASIGNA (NILOTINIB)
PRODUCTS LIABILITY LITIGATION

This document relates to all actions.

Case No. 6:21-md-03006-RBD-DAB
(MDL No. 3006)

## JOINT NOTICE OF DISCOVERY STATUS AS OF JANUARY 3, 2023

Pursuant to Pretrial Order No. 5 (ECF No. 107), Plaintiffs and Defendant Novartis Pharmaceuticals Corporation ("NPC) submit this joint notice of discovery status.

The parties continue to schedule depositions in the limited case-specific discovery pool. Five plaintiff depositions have occurred.[1] Five plaintiff depositions need to be scheduled.[2] Two prescriber depositions have occurred. Two additional prescriber depositions have confirmed dates.[3] The parties have also scheduled expert depositions.[4]

---

[1] Jeffrey Giancaspro (Dec. 2), Stacy Cook (Dec. 6), Darren Chase (Dec. 13), Robert Lambert (Dec. 14), and Robert Merced (Aug. 21, 2021).

[2] NPC is awaiting dates for plaintiffs Ronald Tonge, and Vishnu Chowbay, and Tommy Raxter. The parties are awaiting receipt of additional records before deposing Kathleen Martin, and Linda Trudeau's deposition needs to be rescheduled due to a health issue.

[3] Cases with confirmed dates for prescriber depositions: Allen Menear (Jan. 13) and Ronald Tonge (Feb. 10). NPC informed plaintiffs that Emily Riley's oncologist is available for deposition on Feb. 1. NPC is awaiting plaintiffs' response.

[4] Plaintiffs' experts: Caitlin Hicks (Jan. 16), Richard Van Etten (Jan. 27), Darren Scheer (Feb. 9), and Sonal Singh (Feb. 2). NPC's experts: Stuart L. Goldberg (Feb. 3), Chitra Venkatasubramanian (Feb. 7), Mitchell Levine (Feb. 9), Dr. Morrissey (Feb. 13), and David W. Feigal (Feb. 15).

The parties have also set a mediation date with mediator Dominic Caparello for January 11, 2023.

Dated: January 3, 2023

Respectfully Submitted,

By: /s/ Raymond C. Silverman
Raymond C. Silverman, Esq.
Christopher Oxx, Esq.
Parker Waichman, LLP
6 Harbor Park Drive
Port Washington, NY 11050
(516) 466-6500
(516) 466-6665 (fax)
rsilverman@yourlawyer.com
oxx@yourlawyer.com

By: /s/ Richard M. Elias
Richard M. Elias, Fla. Bar No. 38471
Elias LLC
231 S. Bemiston Avenue, Ste. 800
St. Louis, MO 63105
(314) 391-6820
relias@EliasLLC.com

By: /s/ Lawana S. Wichmann
Lawana S. Wichmann, Esq.
OnderLaw, LLC
110 E. Lockwood Avenue
St. Louis, MO 63119
(314) 963-9000
(314) 963-1700 (fax)
wichmann@onderlaw.com

*Attorneys for Plaintiffs*

By: /s/ Robert E. Johnston
Joe G. Hollingsworth, Esq.
Robert E. Johnston, Esq.
Andrew L. Reissaus, Esq.
Grant W. Hollingsworth, Esq.
HOLLINGSWORTH LLP
1350 I Street Northwest
Washington, District of Columbia 20005
(202) 898-5800

*Attorneys for Defendant
Novartis Pharmaceuticals Corporation*

## CERTIFICATE OF SERVICE

I certify that on this 3rd day of January 2023, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, causing all counsel of record to be served by electronic means.

/s/ Robert E. Johnston
Robert E. Johnston, Esq.
*Attorney for Defendant*
*Novartis Pharmaceuticals Corporation*
