**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE: TASIGNA (NILOTINIB)
PRODUCTS LIABILITY LITIGATION      Case No. 6:21-md-03006-RBD-DAB
                                                (MDL No. 3006)

This document relates to all actions.

---

**PLAINTIFFS' UNOPPOSED MOTION REQUESTING THAT RICHARD M. ELIAS BE EXCUSED FROM UPCOMING CASE MANAGEMENT CONFFERENCE**

Pursuant to Pretrial Order No. 2 [ECF No. 26] (the "Order"), Your Honor appointed Richard M. Elias as one of three Co-Lead Counsel for Plaintiffs in the above-referenced matter. The Order also requires Lead and Liaison counsel to appear in person at all hearings in this matter, unless otherwise ordered.

In that regard, Plaintiffs submit this motion respectfully requesting that Mr. Elias be excused from attending the upcoming Case Management Conference scheduled for January 31, 2023, due to a scheduling conflict. Co-Lead Counsel Raymond Silverman and Lawana S. Wichmann will be in attendance, as well as two (2) other members of Parker Waichman LLP: Christopher Oxx (Liaison Counsel for Plaintiffs) and Harrison M. Biggs, both of whom are fully briefed on all matters set forth in the joint proposed agenda filed with the Court.

Dated: January 23, 2023        Respectfully Submitted,

By: */s/ Richard M. Elias*
Richard M. Elias, Fla. Bar No. 38471
Elias LLC
231 S. Bemiston Ave.
Suite 800
St. Louis, MO 63105
(314) 391-6820
relias@eliasllc.com


By: */s/ Raymond C. Silverman*
Raymond C. Silverman, Esq.
Christopher Oxx, Esq.
Harrison M. Biggs, Esq.
Parker Waichman, LLP
6 Harbor Park Drive
Port Washington, NY 11050
(516) 466-6500
(516) 466-6665 (fax)
rsilverman@yourlawyer.com
oxx@yourlawyer.com
hbiggs@yourlawyer.com


By: */s/ Lawana S. Wichmann*
Lawana S. Wichmann, Esq.
OnderLaw, LLC
110 E. Lockwood Avenue
St. Louis, MO 63119
(314) 963-9000
(314) 963-1700 (fax)
wichmann@onderlaw.com

*Attorneys for Plaintiffs*

## LOCAL RULE 3.01(g) CERTIFICATION

In accordance with Local Rule 3.01(g), counsel for Plaintiffs certify that they have conferred by email with counsel for NPC on the issue raised in this motion. NPC consented to Plaintiffs filing this unopposed motion.

## CERTIFICATE OF SERVICE

I certify that on this 23rd day of January 2023, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, causing all counsel of record be served by electronic means.

/s/ *Richard M. Elias*
Richard M. Elias

*Attorney for Plaintiffs*

3