# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

IN RE: TASIGNA (NILOTINIB)
PRODUCTS LIABILITY LITIGATION

Case No. 6:21-md-03006-RBD-DAB
(MDL No. 3006)

This document relates to all actions.

---

## DECLARATION OF SONAL SINGH, MD, MPH, FACP

I, Sonal Singh, MD, MPH, FACP do hereby swear and affirm as follows:

1.      I am a medical doctor and professional epidemiologist.  I have issued an expert report in this case dated October 18, 2022, a copy of which is attached hereto as Exhibit 1.

2.      The attached report and all statements contained therein are, to the best of my knowledge and belief, truthful and accurate.  I incorporate the report and all statements therein into this sworn declaration.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on April 3, 2023.


Sonal Singh, MD, MPH, FACP

# Exhibit 1

(To Singh Declaration)

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE: TASIGNA (NILOTINIB)
PRODUCTS LIABILITY LITIGATION

Case No. 6:21-md-03006-RBD-DAB
(MDL No. 3006)

This document relates to all actions.

-------------------------------------------------------------------------------------------------------------------

**SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION: BERGEN COUNTY**

IN RE: TASIGNA PRODUCTS LIABILITY
LITIGATION

Case No. 635

Master Docket No.: BER-L-5018-21

This document relates to all actions.

# EXPERT REPORT OF SONAL SINGH MD MPH FACP

**SECTION A. Introduction and Summary of Opinions** .................................................................... **1-11**
  1.  Summary of Opinions ........................................................................................... 1-2
  2.  Background and Qualifications ............................................................................ 2-3
  3.  Relevant Publications .......................................................................................... 3-4
  4.  Atherosclerosis, Risk factors and Etiology ........................................................ 4-5
  5.  Incidence of Myocardial Infarction, Stroke and Peripheral Arterial Disease in the Population....................5
  6.  Chronic Myeloid Leukemia and Cardiovascular Disease .................................... 5-6
  7.  Study Design Considerations ............................................................................... 6-7
  8.  Role of Chance, Bias, and Confounding ............................................................. 7-8
  9.  Bradford Hill Viewpoints and Assessment of a Causal association ..................... 8-11

**SECTION B. Methods of Systematic Review and Meta-analysis on Nilotinib and Cardiovascular Events** ......................................................................................................................... **12-14**
  1.  Systematic Search................................................................................................12
  2.  Study Selection.............................................................................................. 12-13
  3.  Data Extraction...................................................................................................13
  4.  Meta-analysis of Randomized Controlled Trials of Nilotinib vs. Imatinib on Ischemic cardiovascular Events .......................................................................................................13
  5.  Assessment of Statistical Heterogeneity ...........................................................13
  6.  Subgroup and Sensitivity Analysis ............................................................... 13-14
  7.  Risks of Bias assessment of RCTs using the Cochrane Collaboration Tool ...............................14
  8.  Risk of Bias Assessment of Observational Studies using NewCastle Ottawa Score ..................14
  9.  Assessment of Cumulative body of evidence using the Bradford Hill viewpoints .....................14

**SECTION C. Results of Systematic Review and Meta-analysis on Nilotinib and Cardiovascular Events** ......................................................................................................................... **15-51**
  1.  Systematic Search on Nilotinib and Cardiovascular Events ................................15
  2.  Meta-analysis of Randomized Controlled Trials on Ischemic Cardiovascular Events with Nilotinib vs Imatinib ........................................................................................... 16-29
  3.  Systematic Reviews and Meta-analysis reporting on Nilotinib and Cardiovascular Events................ 29-30
  4.  Adjusted Controlled Studies on Nilotinib and Cardiovascular Events................ 30-35
  5.  Unadjusted Controlled Observational Studies of Nilotinib vs other Tyrosine Kinase Inhibitors ......... 35-38
  6.  Uncontrolled Studies Reporting on Nilotinib and Cardiovascular Events ........................................... 38-42
  7.  Cardiovascular Events with Nilotinib in Disproportionality Analysis .................43
  8.  Cardiovascular Events with Nilotinib in Case reports/Case Series ..................... 43-44
  9.  Studies reporting on Plausible Biological Mechanisms on Nilotinib and Cardiovascular Events ........ 44-49
  10. Assessment of Dose and Duration Responsiveness of Nilotinib and Cardiovascular Events .............. 49-50
  11. Assessment of Time to Cardiovascular Event.....................................................50
  12. Assessment of Atherosclerosis with Nilotinib by Federal Agencies/Other Societies .......................... 50-51

**SECTION D. Limitations in the Body of Evidence** .................................................................... **51-53**
  1.  Systematic Search................................................................................................51
  2.  Combining Long Term RCTs with Short Term RCTs in Meta-Analysis ...............51
  3.  Confounding in observational studies ........................................................... 51-52
  4.  Adjudication of Cardiovascular Endpoints..........................................................52
  5.  Increased Incidence of Atherosclerosis in Patients with CML.............................52
  6.  Comparisons with other TKIs ...................................................................... 52-53

**SECTION E. Assessment of the Association Between Nilotinib and Cardiovascular Events Using Bradford Hill Viewpoints** ................................................................................................................ **53-56**
   1.   Strength of Association ................................................................................................ 53
   2.   Consistency ............................................................................................................. 53-54
   3.   Specificity ....................................................................................................................... 54
   4.   Temporality .................................................................................................................... 54
   5.   Biological Gradient ........................................................................................................ 55
   6.   Plausibility ...................................................................................................................... 55
   7.   Coherence ................................................................................................................. 55-56
   8.   Experiment ..................................................................................................................... 56
   9.   Analogy ........................................................................................................................... 56

**SECTION F. Summary and Conclusions** .................................................................................... **56-57**

**SECTION G. Supplementary Materials and Cited References** ............................................... **58-108**
   1.   References ................................................................................................................. 58-71
   2.   Supplementary Table 1. Bias Assessment of Adjusted Controlled Observational Studies Using the NewCastle-Ottawa Score ............................................................................. 72-73
   3.   Materials Considered ................................................................................................. 74-77
   4.   Curriculum Vitae ...................................................................................................... 78-107
   5.   Expert Testimony ......................................................................................................... 108

**SECTION A. Introduction and Summary of Opinions.**

**A.1.  Summary of Opinions**. *Background and Context*. I have been retained to review and analyze the epidemiological data and based on these data, to provide my professional opinion about whether Tasigna (nilotinib) is causally related to the development of atherosclerosis-related conditions, including peripheral arterial occlusive disease (PAD/PAOD), ischemic heart disease (IHD), cerebrovascular disease( including ischemic stroke), and other vascular events, collectively referred to herein as cardiovascular events (CVEs) among patients with chronic myeloid leukemia (CML). My rate for this consultation is $600/hr.

*Methods*. I have relied upon my own systematic review and meta-analysis (SR and MA) of the peer reviewed literature, the basis upon which I provide my opinions. Using these materials, my education, and my prior clinical and research experiences, I have employed the methods accepted by the scientific community and that would be used to develop a peer reviewed manuscript. My opinion is based on a rigorous systematic review and meta-analysis of the peer reviewed literature related to this topic. I conducted a systematic search of 5 databases including PubMed, Embase including Scopus, Science Direct and Cochrane Central Register of Clinical Trials.  I conducted an independent meta-analysis of four randomized controlled trials (RCTs) of nilotinib vs. Gleevec (imatinib) that reported on the occurrence of composite and individual outcomes of ischemic CVEs, including IHD, PAD, and ischemic stroke.[1-4] I conducted a dose-response analysis to determine whether nilotinib 400 mg orally (PO) twice a day (BID) was associated with a higher risk of  CV events than nilotinib 300 mg PO BID and several sensitivity analyses to check the robustness of the primary meta-analysis. I evaluated additional systematic reviews and meta-analyses, controlled and uncontrolled cohort studies, disproportionality analyses, case series, and case reports of studies of nilotinib and cardiovascular events. I evaluated the quality of the RCTs using the Cochrane Collaboration's tool for assessing risk of bias and the quality of controlled observational studies using the New Castle Ottawa Scale. I also evaluated in vivo, in vitro, animal studies, and studies in human which provided evidence either in support or against the association between nilotinib and cardiovascular events. I also evaluated relevant regulatory documents and guidelines on this topic. The cumulative body of evidence above was subjected to a transparent and qualitative causality assessment based on the systematic application of the viewpoints set forth by a seminal article written in 1965 by Austin B. Hill, Professor of Medical Statistics, which include (1) strength of association, (2) consistency, (3) specificity, (4) temporality, (5) biological gradient, (6) plausibility, (7) coherence, (8) experiment, and (9) analogy.[5]

*Summary on Bradford Hill Viewpoints*. Applying the Hill viewpoints, it is my opinion based, to a reasonable degree of scientific certainty, that the data strongly supports that nilotinib causes the development of atherosclerotic-related cardiovascular events, including peripheral arterial occlusive disease, ischemic heart disease, and ischemic stroke. There is a **strong association** between nilotinib, and ischemic CV events as manifest by a statistically significant increased risk of CV events (> 4-fold), heart disease, ischemic stroke, and PAOD (> 5-fold) events in meta-analysis of RCTs.[6]  The support for a causal association is also supported by **evidence of consistency** as manifest by a consistently increased risk of nilotinib in meta-analyses of RCTs, which do not show any evidence of statistical heterogeneity, in fact show perfect homogeneity for all meta-analysis across the range of outcomes. Other systematic reviews and meta-analyses of trials,[6] and studies conducted by different investigators, using different study designs in different times, places, and settings have consistently replicated similar findings of an increased risk of ischemic cardiovascular events with nilotinib.[7,8]   A consistently increased risk of CV events is also seen among participants with both high and low risk Framingham risk scores. **Temporality** is established in multiple RCTs and prospective studies which report an excess risk of CV events with nilotinib.[1-4] **Specificity** is a minor consideration in multicausal diseases such as atherosclerosis but the occurrence of CV events is consistently higher in nilotinib patients in RCTs, where, according to principles of randomization, the patients with higher risk for CV are evenly distributed among both the nilotinib and imatinib arm indicating that ischemic CV events are specifically attributable to nilotinib exposure, despite the presence of multiple risk factors ( which are balanced in an RCT at baseline). Evidence of **dose-response** effects in RCTs and meta-analyses of RCTs with higher dose (400 mg PO twice a day orally of nilotinib) resulting in an increased risk of CV events compared to imatinib compared to the lower dose of nilotinib (300 mg PO BID).[6] The ENESTnd trial also reported a higher risk of CV events with the higher dose of nilotinib 400 mg PO BID compared to the 300 mg PO BID dose overall as well as across levels of Framingham risk scores. There is also supportive evidence from dose and duration responsiveness from observational studies, which showed that HR of the 800 mg dose of nilotinib was higher and statistically significant [HR 4.96, 1.46 to

16.93, P=0.01] compared to the 300-400 mg dose and also report an accumulation of events over time.[9,10] No study shows dose-reversal with higher risk with lower dose of nilotinib. Guidelines agencies have acknowledged that nilotinib causes a dose-dependent increase in the risk of PAOD. There are multiple **plausible biological mechanisms** through which nilotinib contributes to the development of atherosclerotic cardiovascular events. Nilotinib raises proinflammatory and proatherogenic inflammatory markers,[11,12] exerts direct pro-atherogenic and antiangiogenic effects on vascular endothelial cells and contributes to endothelial cell activation.[10,13] Nilotinib has also been shown to induce platelet thrombus formation,[14] development of atherosclerotic plaque,[15] insulin resistance and hyperglycemia,[16] hyperlipidemia[17,18] and arterial hypertension,[19,20] all of which constitute plausible biological mechanisms for the development of atherosclerosis. There is evidence supporting **coherence** because the natural history of cardiovascular events among patients with CML is consistent with findings of an increased risk of cardiovascular events with nilotinib. There is **experimental** evidence of an increased risk of cardiovascular events with nilotinib from RCTs in the ENESTnd trial, despite the lack of a prospective placebo controlled RCT powered on CV events (which would be unethical). The indisputable association between an increased risk of cardiovascular events with ponatinib, another tyrosine kinase inhibitor provides  strong evidence of **analogy**. [21]

**Conclusions.** It is my opinion with a reasonable degree of scientific certainty that nilotinib causes ischemic CV events, including PAOD, IHD and ischemic stroke based on the cumulative body of evidence from RCTs, meta-analysis of RCTs, controlled and uncontrolled observational studies, disproportionality analyses, case reports, and mechanistic studies. I emphasize causation rather than the non-specific term association. This opinion is based on my systematic application of scientific and epidemiological principles that I have learned through my education, my past 20 years of my professional life conducting epidemiological research and analysis, the practice of clinical medicine, and contributing to the medical literature. I reserve the right to supplement this report if new or significantly, modified information is provided at any point.

**A.2. Background and Qualifications.** I received my M.B.B.S. (equivalent to M.D) in 1998 from Patna Medical College, India, completed my internal medicine internship and residency in the Department of Medicine at the Unity Health Center, affiliated with the University of Rochester School of Medicine in 2005. I obtained my Master's in Public Health from the Johns Hopkins Bloomberg School of Public Health in 2008.

I have been an Associate Professor at the UMass Chan Medical School in the Department of Family Medicine and Community Health since 2016. I have a joint appointment in the Division of Health System Sciences in the Department of Medicine, and  Department of Quantitative Health Sciences since 2016. I served as an Assistant Professor in the School of Medicine at Johns Hopkins University from 2009 through 2016. I also served as the Associate Director at the Center for Drug Safety and Effectiveness at Johns Hopkins University and was core faculty of the Johns Hopkins Evidence Based Practice Center. Prior to that, I served on the Faculty as an Instructor of Medicine at Wake Forest University until 2007, and then as an Assistant Professor of Medicine and Epidemiology at Wake Forest University until 2009.

I have published more than 150 peer reviewed original research and educational articles, which have been cited more than 20,000 times and my h-index is sixty [h number of papers which has been cited by others at least h times]. These include more than 45 peer reviewed systematic reviews and meta-analysis, and several observational studies published in prominent medical journals including such as the *Journal of American Medical Association, NEJM Journal of American Medical Association-Internal Medicine,* and *British Medical Journal* and the Lancet. My work has been featured in Science, and media outlets such as the NYTIMES, Wall Street Journal and the Washington Post. I am a member of the Guideline committee for the American College of Chest Physicians. I have been a key member in the development of the PRISMA-HARMS (Preferred Item for Reporting Harm in Systematic Reviews and Meta-Analysis) checklist, which was developed by a international panel to improve the reporting of systematic reviews and meta-analysis of harms.

I am a recipient of the Johns Hopkins Clinical Research Scholars Award from the National Institute of Health and the Tinsley. R Harrison Master Teachers Award at Wake Forest University School of Medicine. My paper on varenicline and the risk of cardiovascular events published in the prestigious Canadian Medical Association Journal was awarded the Best Research Paper of the year among hundreds of articles submitted to the Journal. I also serve

as a peer reviewer for more than 50 journals and serve on the editorial board of prominent journals such as Evidence Based Medicine (British Medical Journal Group), Frontiers in Drug Safety and Frontiers in Primary Care and Family Medicine. I served on the DSMB of the TOGETHER trial which received the David Sackett Clinical Trial of the Year Award from the Society of Clinical Trials in 2022.[22]

In my current position, I devote the majority my professional time to epidemiologic research. I conduct clinical research with a focus on epidemiology, evidence synthesis, and shared decision making. The major focus of my research is understanding the conduct of safety studies and standards for observational research. I have led or participated in epidemiologic studies funded by national and international agencies. These include peer reviewed studies supported by the FDA, Agency for Health Care Research and Quality, Patient Centered Outcomes Institute, and the World Bank. I am currently leading a project funded by the Reagan Udall Foundation for the FDA supported by multiple pharmaceutical sponsors and the Food and Drug Administration to develop standards for validation studies for real world evidence. I am also funded by the National Institute on Aging to conduct a large pragmatic trial to promote optimal prescribing among patients with dementia, and the National Institute for Health ("NIH") to promote COVID-vaccination among vaccine hesitant individuals. I have also been funded by the FDA, the Agency for Health Care Research and Quality, the NIH, and the Patient Centered Outcomes Research Institute and pharmaceutical sponsors. I have reviewed grants for numerous federal and international organizations and served on the Data Safety Monitoring Board of several large multicenter randomized controlled trials.   In 2013, I participated in the development of the   developed the IARC monograph No 108 as an epidemiologic expert as a part of World Health Organization International Agency for Research (WHO-IARC) panel which evaluated the carcinogenicity of 14 drugs and herbal products in the IARC monograph No 108. [23]

The remainder of my professional effort is dedicated to practicing general medicine and teaching activities. I have taught courses in systematic reviews, pharmacoepidemiology, and the practice of general internal medicine to medical students, interns, residents, and public health students at Johns Hopkins University and Wake Forest University. I have also taught epidemiological research methods to researchers in the Bloomberg School of Public Health at Johns Hopkins University and trainees at the UMass Chan Medical School. My training in clinical medicine and epidemiology, along with the use of epidemiological research methods, membership on several national and international panels and editorial board of medical journals are relevant to the present scenario.

**A.3. Relevant Publications.** I have authored or co-authored more than 150 original peer-reviewed scientific articles. Below is a representative sampling of those articles. Please refer to my curriculum vitae in **Supplementary Section G3** for a complete listing of all publications.

a) **Singh S**, Loke YK, Furberg CD. Long-term risk of cardiovascular events with rosiglitazone: A meta-analysis. *JAMA* 2007; 298: 1189-1195.

b) **Singh S**, Loke YK. Furberg CD. Inhaled anticholinergics and risk of major adverse cardiovascular events in patients with chronic obstructive pulmonary disease: A systematic review and meta-analysis. *JAMA* 2008; 300: 1439-1450 (CME Article in JAMA).

c) Mills EJ, Wu P, Chong G, Ghement I, **Singh S**, et al. Efficacy and safety of statin treatment for cardiovascular disease: a network meta-analysis of 170 255 patients from 76 randomized trials. *Q J Med* 2011; 104: 109-24.

d) **Singh S**, Loke YK, Enright PL, Furberg CD. Mortality associated with tiotropium mist inhaler in patients with chronic obstructive pulmonary disease: systematic review and meta-analysis of randomized controlled trials. *BMJ* 2011; 342: d3215.

e) **Singh S**, Loke YK, Spangler JG, Furberg CD. Risk of serious adverse cardiovascular events with varenicline: a systematic review and meta-analysis. *CMAJ* 2011; 183: 1359-66.

f) **Singh S**, Loke YK. Drug safety assessment in clinical trials: methodologic challenges and opportunities. *Trials* 2012; 13: 138.

g) Grosse Y, Loomis D, Lauby-Secretan B, El Ghissassi F, Bouvard V, Benbrahim-Tallaa L, Guha N, Baan R, Mattock H, Straif K; International Agency for Research on Cancer Monograph Working Group. Collaborators: Stewart BW, Biggar RJ, Lachenmeier DW, **Singh S**, Tsuda H, Baguley B, Marques MM, Tseng CH, Knight TL, Beland FA, Betz JM, Carcache de Blanco EJ, Cunningham ML, Dunnick JK, Guo L, Jameson CW, Karagas M, Lunn RM, McCormick DL, Witt KL, Zhou S. Carcinogenicity of some drugs and herbal products. *Lancet Oncol* 2013; 14(9):807-8.

h) Onasanya O, Iyer G, Lucas E, Lin D, **Singh S**, Alexander GC. Association between exogenous testosterone and cardiovascular events: an overview of systematic reviews. *Lancet Diabetes Endocrinol* 2016; 4: 943-956.

i) Zorzela, L., Loke, Y.K., Ioannidis, J.P., Golder, S., Santaguida, P., Altman, D.G., Moher, D., Vohra, S., Boon, H., Clark, J., Derry, S., Gallivan, J., Gardiner, P., Gøtzsche, P., Loder, E., Napoli, M., Pilkington, K., Shekelle, P., **Singh S,** Witt, C., Lasserson, T., Wu, T., Shamseer, L., Mulrow, C. PRISMA harms checklist: improving harms reporting in systematic reviews. *BMJ* 2016;352: i157.

**A.4. Atherosclerosis, Risk Factors and Etiology.** Atherosclerosis is a multifocal arterial disease which is one of the leading causes of death in the United States. The lesions of atherosclerosis occur in the large and medium sized arteries of the heart, brain and extremities which can lead to MI, stroke and PAD.[24] It is a chronic progressive disease, often manifesting as clinical CV events.[25]

Major modifiable risk factors include **smoking, diabetes, hyperlipidemia, hypertension, obesity, and physical inactivity**. **High quantities of LDL cholesterol** are considered one of the principal risk factors of the disease.[26] **Small dense LDL cholesterol** is considered the most atherogenic subfraction among all LDL subfractions and is associated with CAD.[27] Inflammatory disease such as rheumatoid arthritis also raise the risk of atherosclerosis. [28]Some risk factors for atherosclerosis are non-modifiable including increasing age, male sex, family history of atherosclerosis and genetic conditions such as familiar hyperlipidemia.

**Plaque buildup** in the arteries starts with damage to the arteries. The risk factors above can lead to this damage.[29] Inflammatory cells travel to the damaged areas of the artery and release chemical signals. The signals cause cholesterol and cell waste to collect at the damaged spots. This buildup attracts white blood cells that eat the cholesterol and clump together, forming plaque. The artery narrows as the plaque grows, reducing the flow of oxygen-rich blood to the limbs and organs. Over time, the plaque can break and flow into the bloodstream. This may lead to formation of blood clots, which can block blood flow. If this happens, nearby tissue cannot get enough oxygen and may die. After decades of slow progression, plaques may rupture and precipitate coronary thrombosis.[30]

**Inflammation** also plays a role in the development of atherosclerosis. Atherosclerosis is now considered a chronic inflammatory disease. The imbalance in the levels of reactive oxygen species and antioxidants results in the conversion of LDL to the highly atherogenic oxidized LDL.[31] The sub-endothelial deposition of ox-LDL, formation of foamy macrophages, vascular smooth muscle cell (VSMC) proliferation and migration, and deposition of collagen are central to the formation of atherosclerotic plaque. [31]Ox-LDL exerts its action through several different scavenger receptors, the most important of which is LOX-1 in atherogenesis.[32] Lectin-like oxidized low-density lipoprotein receptor-1 (LOX-1), a receptor of oxidized low-density lipoprotein (ox-LDL) found in various cells, plays a crucial role in the formation and progression of atherosclerotic plaques. [32]Animal studies have suggested that LOX-1 mediates the balance between internalization and degeneration of endothelial cells, thereby contributing to various steps in the atherosclerotic process, from initiation to plaque rupture

Elevated CRP levels and IL-6 levels have been noted in patients with ACS.[33,34] In many patients with ACS, a plaque with a lipid-rich necrotic tissue, can be activated by inflammatory cytokines, such as interleukin (IL-1, IL2, IL 6) and Tumor Necrosis Factor-α (TNFα). They facilitate transport of the lipids and may increase permeability.[35] Mast cell–derived interleukin-6 and IFN-γ act as pro-inflammatory mediators that contribute to evolution of the atherosclerotic lesion.[36] **Highly sensitive-CRP** may also contribute to the progression of atherosclerosis.

**Endothelial cell activation** is also associated with atherosclerosis.[37,38] An early event may include alteration in endothelial function with increased expression of cellular adhesion molecules and proatherogenic changes in vessel wall also play a role in the development of atherosclerosis.[38] Recruitment of circulating leukocytes at sites of atherosclerosis is mediated by adhesion molecules-vascular cell adhesion molecules-1 (VCAM-1), endothelial leukocyte adhesion molecule-1 (E-selection) and intercellular adhesion molecule 1(ICAM-1).[39] Plasma levels of E-selectin and VCAM-1 increase the risk of carotid artery atherosclerosis in the Atherosclerosis Risk in Community Study.[39] Increased Rho associated Kinase activity is associated with endothelial dysfunction, cerebral ischemia, coronary vasospasms and metabolic syndrome and is an important mediator of atherosclerosis and vascular disease.[40]

**A.5. Incidence of Myocardial Infarction, Stroke and Peripheral Arterial Disease in the Population.** The incidence of **MI** has continued to evolve over time. The incidence of MI/10,000 person years (PYs) for males in the Framingham Heart Study was 24.71 for the age group 40-49 and rising to 166.9 in the 80-89 group in 1990-1999.[41] Secular trends over time since then and the use of cardioprotective therapies have resulted in decreasing incidence of coronary heart disease and coronary heart disease death. [42]

The age adjusted incidence rate (IR) of **stroke** has also declined with time and also differs by age and sex. In a population-based study from Norway (1997-2010), the age adjusted IR of incident ischemic stroke in the 30–49-year age group /1000 PYs was 0.67 compared to 25.55 among men above 85 years.[43] The incidence rates of stroke are lower among females.

**PAD** is the third most common manifestation of atherosclerosis after MI and stroke and remains underdiagnosed. Screening is performed with ABI (Ankle-Branchial Index) measurements, and results less than < 0.9 are considered indicative of PAD. Critical limb ischemia (CLI) is a severe form of PAD that includes limb pain at rest, nonhealing wounds, or tissue loss. The 1-year incidence of mortality and amputation is ~20% each for patients with CLI. CLI prevalence is estimated at 1.3%, accounting for 11% of all diagnosed PAD cases.[44] PAD as initial manifestation of atherosclerotic disease diagnosed in a hospital-based setting conferred a high risk: one in eight patients experienced a major CV event and one in six patients died within 1 year.[45] There are very few studies of incident PAD. The weighted mean age-standardized prevalence and incidence of outpatient PAD was 11.8% (95% CI 11.5–12.1) and 22.4 per 1000 person-years (95% CI 20.8–24.0), respectively in an older sample of participants in the Atherosclerosis Risk in Community Study linked to Medicare Claims.[46] A global systematic review noted that the prevalence of PAD in high income countries at age 45-49 years was 5·28% (95% CI 3.38-8.17%) in women and 5·41% (3·41-8·49%) in men, and at age 85-89 years, it was 18·38% (11·16-28·76%) in women and 18·83% (12·03-28·25%) in men. [47]

**A.6. Chronic Myeloid Leukemia and Cardiovascular disease.** CML is a myeloproliferative neoplasm of haematopoetic stem cells characterized by the Philadelphia chromosome that is created by the reciprocal translocation t (9;22). The resulting fusion protein, BCR/ABL, is critical to the development of CML. When a single, pluripotential, hematopoietic stem cell acquires a Ph chromosome carrying the BCR-ABL fusion gene, it gives it a proliferative advantage compared to other cell lines.[48]

An association between CV events and CML has been reported in some studies.[49,50] However, the inferences that can be drawn from such studies are limited because of lack of adequate age and sex-matched controls, and the inadequate adjustment for confounders. Secular changes over time in the incidence and prevalence of CVD and treatment of CV risk factors may also limit inferences that can be drawn from these studies. One needs to carefully consider the effects of TKIs themselves on increasing the incidence of CV events among patients with CML before attributing any potential increase in CVD to the disease itself.

- In a study in a commercial claims database in the US from 2006-2013, the prevalence of comorbid heart disease among patients with CML who initiated TKI treatment (imatinib, dasatinib or nilotinib n=2296; mean age 56 years) was 23%.[49] The most frequently initiated TKI was imatinib (72%), followed by dasatinib (16%) and nilotinib (2%). However, limitations include the lack of information on the validity of

ICD-9 codes used to diagnose "heart disease" and the lack of an adequate comparator. The specific nature of CV events associated with the term 'heart disease' is unknown.

- A population-based study among the of community-based oncology practices in the International Oncology Network in the US from 2005 to 2014 reported that the prevalence of MI increased from 10.4% at baseline to 16.2% at 5 years follow up, atherosclerosis increased from 9.6% at baseline to 15.6% at 5-year follow-up, and stroke increased from 2.9% at baseline to 6.2% at 5 years follow up. The prevalence of PAD was measured by ICD-9 codes and EMR terms was low at baseline (1%) and increased to 2.9% at 5 years follow up.[50] International Classification of Disease (ICD)-9 codes supplemented with the electronic medical record were used to diagnose CVD using previously published algorithms.[51] The absence of a control group and the lack of adjustment for confounders limits the inferences can be drawn from the study. The increase in prevalence in these outcomes may reflect secular changes over time.

- In contrast, a population-based study from Canada discussed below (**Section C.4.**), suggested that after the introduction of TKI and after adjustment for CV risk factors, the risk of major adverse cardiovascular events (MACE) for patients with CML was similar to age-matched and sex-matched patients in the general population.[52] In the same study, the lower risk of MACE compared to controls in the pre-TKI time period was likely due to competing risk of CML mortality. However, rates of PAD and ischemic stroke were elevated in the CML population after the introduction of TKIs in 2001.

- The Incident rate ratio (IRR) for CV events among CML patients was significantly higher compared to age and sex matched controls (IRR 1.5, 95% CI 1.1 to 2.1) in a Swedish cohort of 896 patients followed for 4.2 years. [53] Only limited can be drawn are given lack of adjustment of confounders for cardiovascular disease.

- A cross sectional study using (78 CML patients and 156 controls) reported a higher prevalence of PAOD among patients with CML.[54] However the risk of pathologic ABI among patients with CML was not significantly different from controls (RR 2.09, 95% CI 0.71-6.21; P 0.18). Higher glycated hemoglobin levels were also significantly associated with PAOD.

**A.7. Study Design Considerations.** I will discuss the various study designs and their strengths and limitations.

**Randomized controlled trials.** They provide the highest level of evidence. In masked randomized controlled trials (RCTs), both the investigator and the participant are blinded to treatment assignment. As a result of **random allocation**, any differences in incidence of outcome can be inferred to be a consequence of the exposure itself (i.e., causative) because random allocation controls for both known and unknown confounders.

**Systematic reviews and meta-analysis.** A systematic review and meta-analysis is a study design wherein systematic searches are conducted to identify studies reporting on a question of interest. The meta-analytic point estimate represents the sum of evidence from all of the included studies. The strengths of a meta-analysis include the ability to overcome issues of limited statistical power of individual studies and evaluate consistency of effects across studies. A systematic review and meta-analysis of RCTs provides high quality evidence although meta-analyses, particularly those of observational studies, cannot overcome issues of bias and confounding inherent in the observational studies.

There are some key statistical considerations when conducting meta-analyses. [55] When events are rare, estimates of odds and risks are near identical, and results of both can be interpreted as ratios of probabilities. Bradburn et al. found that many of the other most commonly used meta-analytical methods were biased when events were rare.[56] At low event rates, the Peto one-step OR method was found to be the least biased and most powerful method and provided the best confidence interval coverage. This finding was consistently observed across three different meta-analytical scenarios and was also observed by Sweeting et al.[57] The inverse variance and DerSimonian and Laird and the Mantel-Haenszel method using a 0.5 zero-cell correction were shown to be biased with either wide confidence intervals (CIs) or inadequate statistical power to detect differences. Risk difference meta-analytical

methods are inappropriate and show conservative confidence interval coverage and low statistical power when risks of events were low.

**Observational studies. Prospective cohort studies** are study designs in which subjects with and without the exposure of interest are recruited and followed up in time for the development of outcomes. This study design establishes temporality wherein the exposure precedes the outcome. It is important to determine the latency and induction between the exposure and the disease to assess the duration of follow- up. Prospective cohort studies may be limited by the short duration of follow-up which may be insufficient to ascertain the effect of exposure on long-term outcomes and bias their findings towards the null, and the disenrollment of participants resulting in selection bias. **Case-control studies** involve subjects with the outcome (the "cases"), and a suitable number of subjects without the disease (the "controls"). Exposure is ascertained retrospectively among both cases and controls. The results are then analyzed to see if there is an association between the exposure and the disease. Once cases and controls have been established, one can evaluate the association between multiple exposures and outcomes. Case-control studies are more efficient for rare diseases. However, these are prone to recall bias.

**Disproportionality analysis.** These represent analyses of spontaneous adverse events reported to FDA and other regulatory agencies by patients, physicians, and manufacturers. Because the data only contains limited information on other variables (*e.g.,* age, sex) and lacks a denominator, these analyses cannot measure incidence or establish causality. There are various measures reported as a result of disproportionality analysis such as a proportional reporting ratio (PRR).[58] This is the degree of adverse reporting for a drug compared to the same event for all drugs in a given database. The entire database serves as a background for this analysis. Another method such as the Multi-item Gamma Poisson Shrinker (MGPS) generates an Empirical Bayesian Geometric Mean score (EGBM) score.[59] This applies Bayesian "shrinkage" when data are limited, and number of cases is small. The EBGM 90% confidence interval (CI) is defined by EB05 and EB95. Higher EBGM or EB05 values indicate higher probability of an association, warranting further evaluation. EB05>2 is commonly used for identifying drug-event associations warranting further investigation.

**A.8. Role of Chance, Bias, and Confounding.** It is important to consider issues of chance, bias, and confounding in the interpretation of data from epidemiologic studies.

**Chance and the role of P-values and confidence intervals and statistical significance**. I have followed the general principles laid out by the American Statistical Association on the interpretation of P-values and statistical significance.[60] P values represent the probability of obtaining a result as or more extreme given the null hypothesis is true. P-values can only indicate how incompatible data are with a statistical model and do not indicate the probability that the studied hypothesis is true or the probability that data were produced by random chance alone. A P-value does not measure the size of an effect, or the importance of a result and undue reliance should not be placed on whether a P-value passes a specific threshold and strong associations may have small P values in small studies. There is slight difference between two near identical p values (P=0.04 and P=0.06). Large studies can generate small P values. The primary objective of conducting meta-analyses of RCTs on safety outcomes such as atherosclerosis is to detect an effect if one exists. Thus, statistical significance is usually set at P=0.05.

 **Confidence intervals (CI)** measure statistical significance and indicate the precision and degree of uncertainty associated with a sample statistic. A 95% CI means that if  one used the same sampling method to select different samples and computed an interval estimate for each sample, one would expect the true population parameter to fall within the interval estimates 95% of the time. CIs that remain elevated above 1 for relative risks (RRs) or odds ratios (ORs) are considered statistically significant. A narrow CI indicates a higher level of precision. Non-overlapping CIs across two studies suggest a statistically significant difference, whereas overlapping CIs may suggest consistent results. Thus, it is not necessary, and it is highly unlikely, to have identical point estimates across studies to establish the presence of a consistent association.

**Random errors** are statistical fluctuations in the measured data due to the limitations of the measurement instrument. They may occur in both directions because of the inability to measure exposure and outcomes in precisely the same manner. There is also the possibility of measurement error in the measurement of outcome and

exposure, particularly in observational studies. If the measurement error is non-differential, such misclassification of exposure or outcomes usually biases findings towards the null in an observational study. **Systematic errors**, by contrast, are reproducible inaccuracies that are consistently in the same direction, often due to a problem which persists throughout the entire study and are difficult to correct (e.g., malfunctioning blood pressure cuff in a study that measures BP as an outcome).

**Confounders.** A variable is considered a confounder only when ALL three criteria are present: a) the confounder is associated with the exposure in the population; b) the variable is related to the disease in the population; and c) the variable is not a link in the causal pathway to the disease. Confounding is common in observational studies. To address confounding, confounders of the disease-outcome relationship need to be adjusted for in the analysis. These methods of adjustment include regression or propensity score methods. However observational studies may also be susceptible to unmeasured confounding. One important distinction to note is between risk factors for the disease and confounders. A risk factor is an exposure which may explain the development or cause of disease in the population.[61] Risk factors that do not meet all the above three criteria for confounding are not considered confounders of the exposure-outcome relationships (and thus may not require adjustment in the analysis).

**Bias**. Both case control and cohort study designs are susceptible to **selection bias** when the selection of the participants into the study results in a biased estimate. In other words, the exposure-outcome relationship in controls or cases may be different from the target population. This can arise due to selection of controls not representative of the target population, non-response that is related to exposure and outcome, or differential loss to follow-up in a cohort study. Selection bias can bias findings either away from the null or towards the null. Case-control studies are susceptible to **recall bias**, i.e., the concern that subjects with the disease may be more diligent in recollecting past uses. In contrast, prospective cohort studies in which subjects are recruited and then followed up for the development of outcomes are less susceptible to recall bias. Cohort studies are also susceptible to **attrition bias**. **Lead time bias** refers to fact that diseases detected as a result of screening may confer an 'apparent' improvement in survival without affecting the outcome of disease due to earlier detection of asymptomatic cases.

**A.9. Bradford Hill's Viewpoints and Assessment of A Causal Association.** Although there have been several advances in the frameworks to assess causality since that time, it is important to understand the Bradford Hill viewpoints as originally set forth in 1965.[5] *These viewpoints are applicable for epidemiologic studies when one has ruled out the role of chance (i.e., findings are noted to be statistically significant).* Although none of these are considered absolute, except temporality, each viewpoint provides support for or argued against a causal effect. It is always important to consider non-causal explanations including chance, bias, and confounding, as well as misclassification of exposure and outcomes. I have followed the Hill's viewpoints in the assessment of causality. However, I have also incorporated additional interpretations of these viewpoints based on recent developments in causality assessment.[62]

1)  **Strength of association.** Hill's viewpoints state that *a large increase in risk increases the confidence that association is not due to chance alone.* As conceptualized, this reflects the relative risk or the odds ratio of the relationship between the exposure and outcome. It encompasses the magnitude of the association and the strength of statistical association. **Hill did not provide what constitutes a measure of "strong"** although weak associations could be more reflective of bias and confounding. Some have proposed cutoffs for relative risks (RRs) on the premise of quantitative significance rather than statistical significance.[63] Some argue that RR above 2 are indicative of specific causation because the risk of the causal factor (>100%) exceeds the background risk of 1. In contrast, RRs below 2 may indicate that excess risk is less than the background risk and less indicative of specific causation.[64] **However, it is indisputable that RRs above 2 constitute strong evidence in support of a causal association.** A large strength of association is supportive of a causal association as it is less likely to be prone to chance, bias, or confounding.

Similar weak statistical findings can also arise from bias or confounding. Hill acknowledges "*[w]e must not be too ready to dismiss a cause and effect because the association appears to be slight.*" Thus, strong associations are neither necessary or sufficient for causality or weak associations indicative of the absence of a causal association. The strength of association is dependent on the underlying biological process which supports or refutes the

association. There are examples in epidemiology where causal associations have small risk ratios, such as the association between smoking and cardiovascular disease. According to International Agency for Research on Cancer, the association between passive smoking and lung cancer is causal with a small magnitude of effect of 20% because it is plausible.[65] A low strength of association may simply be reflective of low incidence of a disease or low exposure. The strength of a causal association depends on the relative prevalence of other component causes for the same disease. Weak associations may sometimes be strengthened by restricting attention to people at low risk.[66]  In contrast, several large associations have been attributed to bias and confounding.[67,68]

Susser's conceptualization for strength of association included the size of the effect within the constraints of probability levels and confidence intervals.[69] According to Fedak, "*[s]trength is no longer interpreted as simply the magnitude of an association. Fedak argues that statistical significance—not the magnitude of association—is the accepted benchmark for judging the strength of an observed association, and thus its potential causality.*"[62] All statistically significant results are not necessarily biologically meaningful or causal. In summary, assessing the strength of association requires examination of methods, comparison of the weight of evidence and other contextual factors, as well as attention to the other viewpoints below. The converse is also true as "*[t]he failure to mathematically demonstrate statistical significance in a single study does not preclude the possibility of a meaningful exposure-response relationship.*"[62]

2) **Consistency.** It can be viewed as the fact that the association has been *repeatedly observed by different persons at different places at different times.*[5] Repeated observations of an association by different investigators in different populations, using different methods and study designs under different circumstances are indicative of consistency. A consistency of effects across multiple studies argues for a causal association because it is unlikely that similar sources of bias or an unmeasured confounder is operable across multiple studies when findings from such studies are consistent. However, consistency is not an absolute viewpoint necessary for causation. Hill notes that there may be instances when such replication may be absent or not be possible, but we should not hesitate to draw conclusions. Lack of consistency does not preclude a causal association because some effects are produced by their causes only under specific circumstances (e.g., transfusion causing disease only in the presence of HIV).

One way to measure consistency is to examine overlapping confidence intervals with point estimates suggesting a positive or negative association. Identical point estimates, and corresponding measures of statistical significance and effect sizes, are neither required, nor realistically possible given differences in sample size and study population across studies. An erroneous line of reasoning labels a body of evidence as being inconsistent based on the fact that some studies are significant, and others are not. The effect estimates from many studies could be identical and differences in statistical significance reflect differences in sample size.[68] A meta-analysis allows us to evaluate statistical consistency across the body of evidence as opposed to a single study. A statistical way to evaluate consistency is through a measure of heterogeneity of meta-analysis on a cumulative body of evidence also known as the $I^2$ statistic **(Section A.7)**[70]

Fedak argues for a broader concept of consistency than original proposed by Hill.[62] Consistency can be evaluated when molecular experiments can bolster epidemiologic findings by providing supportive evidence of a mechanistic hypothesis. By integrating consistency from multiple types of studies (other than epidemiologic studies in humans), researchers can show insights into the causal story.[62]

3) **Specificity.** Hill noted that we must not overemphasize the importance of this characteristic.[5] Specificity in cause implies that a single risk factor causes a disease and specificity in the effect implies that a given cause has unique effect.[69] In fact, multicausality is the norm for atherosclerotic cardiovascular disease, because atherosclerotic cardiovascular disease has multiple risk factors. However, using data integration to assess causality may elucidate specific mechanisms of causation with precisely defined specific relationships. The case of asbestos and asbestosis is meaningful where one can more precisely measure lung fiber burden and identify asbestos bodies to clarify the relationship between asbestos and asbestosis.[71]

4) **Temporality.** This is an absolute prerequisite as the cause should precede the onset of the disease, as is evident in RCTs and prospective studies. Data integration techniques allow us to understand molecular mechanisms

that precede biological outcomes and help to establish the temporal progression of a disease, and can be used to assess temporality across several decades of time frames including across generations.[62]

5) **Biological gradient.** Hill emphasized that if the association is one in which it can reveal a biological gradient or dose response curve this provides evidence in support of causality.[5] However, he noted the challenges in measuring exposure-response association. It can rule out the potential for confounding and bias because it is unlikely that an unmeasured confounder also exerts a similar dose response than the causal effect. The analysis and interpretation of exposure-response curves can be challenging, and his viewpoints do not specify whether dose should be modelled as a linear or log-linear methods which may yield different results. A simple linear dose response curve using categorical dose-response loses information between and within levels of exposure and can only provide for step functions.[72] Dose response curves reflect complex biology and can take many forms including threshold dose below which there is no effect or a J-shaped dose response curve as in the case of alcohol and mortality.[68]

However, a monotonic increase in the estimate of effect with increasing levels of exposure is not required to establish causality. Several examples exist where causality was established in the absence of a dose-response as in the case of diethylstilbestrol and adenocarcinoma of vagina.[73] As such, the presence of a dose response is neither required, nor sufficient for a causal association,[68] because an epidemiologic study may fail to detect an exposure response relationship due to reasons including misclassification of exposure or small range of exposure levels.[74] For example, dose response for marketed drugs is limited by the evaluation of approved dose which represents the lowest effective dose in preclinical studies.

However, when dose-response data is present, this can provide strong proof of a causal association. At a minimum, when dose-response data are available, they should not indicate an inverse relationship between dose and effect.

Dose is a function of the amount, frequency, and duration of exposure. There are several aspects of biological gradient. One involves examining whether increased dose of the drug results in an increased risk of the disease. Another involves examining the frequency of drug use. Finally, another aspect looks at the duration of use. Since nilotinib is used twice daily, frequency of use is not a consideration. In the present scenario, since nilotinib is taken twice daily either as a 300 mg PO BID or 400 mg PO BID dose, dose response curves can be measured by looking at amount and duration of exposure.

6) **Plausibility.** This refers to the biological plausibility providing support of a causal association. However, as Hill acknowledged, this is not a requirement for causation,[5] because it is limited by the knowledge of the day. Biological plausibility does not equate with biological certainty with distinctions between a plausible mechanism and a known mechanism.[75]

However, there are no coherent set of methodological rules for assessing biological plausibility. Weed and Hustling reviewed the applicability of biological plausibility to causal inferences.[75] They state, *"Thus, the idea that an association is biologically plausible when the mechanism is "known," and sufficient evidence exists to show how the presumed causal factor affects it (30, 37), is too stringent (i.e., overdemanding) to be practically useful*." Earlier he states that "known' refers to fully described at all levels of scientific explanation. It is unlikely then given the complexities of atherosclerosis and the lack of understanding in each link in the causal chain (from first exposure to disease), no association can provide proof of biologic certainty.[75] Conversely, arguments for a biologically plausible association for which a reasonable mechanism can be *hypothesized* but for which no evidence exists,[76] are too dismissive of the concept of biological plausibility. According to Weed and Hustling, one will need to determine at what level is evidence more important than others, and, at any given level, what is the best type of evidence. To evaluate biological plausibility, one should collect all the evidence on plausible biological evidence in animal studies, in-vitro studies and clinical studies in humans and determine what is the best type of evidence at each level.

7) **Coherence.** Coherence is understood to mean that a cause and effect interpretation should not conflict with what is known of the natural history and biology.[5] The distinction between coherence and biological plausibility is

nuanced. Hill stated the absence of coherence should not be taken as evidence against an association being causal. In contrast, while the presence of conflicting information may refute a hypothesis, it is subject to misinterpretation and misunderstanding.[77] Coherence can be thought of either theoretical coherence compatible with preexisting theory, factual coherence in line with preexisting knowledge, biological coherence in line with current biological knowledge and statistical coherence with conceivable statistical models.[69] Molecular studies can shed insight on an exposure outcome relationship.[62]

8) **Experimental evidence**. Hill argued that "occasionally"' experimental studies in which a removal of exposure resulted in the decline in the incidence of a disease represents **strong** proof of a causal association.[5] When multiple risk factors contribute to the development of disease (e.g., smoking and diabetes for CV disease), and cessation of one risk factor may therefore not result in decline in incidence of disease. In other scenarios, some of these changes in incidence may be driven by secular changes over time rather than changes in exposure itself.

9) **Analog.** Some have argued that lack of analogy simply reflects a lack of creativity on the part of researchers,[68] and should be considered a relatively weak viewpoint. However, the modern view of analogy could involve proposing testing mechanistic hypothesis.[62]

**Overall assessment.** The Hill viewpoints are "viewpoints" rather than a checklist. Although Hill laid out the viewpoints in order of importance, he did not explicitly state how these factors should be weighted to arrive at a causality assessment, which leaves room for interpretation, not only of each viewpoint, but also on how these are combined to arrive at a causality assessment. There is limited information on how each of these viewpoints should be weighted and/or combined into one estimate of causality.

Some have attempted to identify the probability of causality in a quantitative manner. Researchers identified 159 category 1 or 2A carcinogens as classified by the International Agency for Research on Cancer.[78] They conducted a discriminant analysis by applying the Bradford Hill viewpoints. The discriminant analysis yielded weights for the nine criteria which were combined into one overall assessment of the probability of a causal association. The criteria *strength, consistency of the association and experimental evidence* were the three criteria with the largest impact. The model correctly predicted 81.8% of agents. However, even this approach requires subjective and expert interpretation of several factors (e.g., what RRs represent robust evidence of association), distinguishing consistency and inconsistency. Comparisons of the Bradford Hill viewpoints to other causal frameworks such as directed acyclic graphs, sufficient component cause models and the grading of recommendations, assessment, development, and evaluation methodology have identified commonalities on four viewpoints - *strength of association* (including analysis of plausible confounding), *temporality, plausibility, and experiments*.[79] *Consistency* was better operationalized as unexplained inconsistency in effect sizes (statistical heterogeneity). *Specificity* was rare, so falsification of exposure or outcomes with negative controls was more useful. The presence of a *dose-response* relationship was less than widely perceived and attributed to confounding, with limited utility for *coherence* and analogy.

## SECTION B. Methods of Systematic Review and Meta-analysis on Nilotinib & Ischemic CV Events

| Table 1. Outline of Systematic Search | |
|---|---|
| **Database** | **Terms** |
| **ScienceDirect** | (cerebrovascular accident OR heart attack OR peripheral arterial disease OR atherosclerosis) AND (Nilotinib) |
| **Scopus** (including Embase) | TITLE-ABS-KEY ( heart AND attack )  OR  TITLE-ABS-KEY ( stroke )  OR  TITLE-ABS-KEY ( cardiovascular AND event )  OR  TITLE-ABS-KEY ( peripheral AND arterial AND disease )  AND  TITLE-ABS-KEY ( nilotinib ) ) |
| **Pubmed** | "stroke"[MeSH Terms] OR "stroke"[All Fields] OR "strokes"[All Fields] OR "stroke s"[All Fields] OR (("peripheral"[All Fields] OR "peripherally"[All Fields] OR "peripherals"[All Fields] OR "periphereal"[All Fields] OR "peripheric"[All Fields] OR "peripherically"[All Fields]) AND ("arterial occlusive diseases"[MeSH Terms] OR ("arterial"[All Fields] AND "occlusive"[All Fields] AND "diseases"[All Fields]) OR "arterial occlusive diseases"[All Fields] OR ("arterial"[All Fields] AND "occlusive"[All Fields] AND "disease"[All Fields]) OR "arterial occlusive disease"[All Fields])) OR ("peripheral arterial disease"[MeSH Terms] OR ("peripheral"[All Fields] AND "arterial"[All Fields] AND "disease"[All Fields]) OR "peripheral arterial disease"[All Fields]) OR ("pathog dis"[Journal] OR "pad"[All Fields]) OR ("cerebrovascular"[All Fields] AND ("event"[All Fields] OR "event s"[All Fields] OR "events"[All Fields])) OR (("cardiovascular system"[MeSH Terms] OR ("cardiovascular"[All Fields] AND "system"[All Fields]) OR "cardiovascular system"[All Fields] OR "cardiovascular"[All Fields] OR "cardiovasculars"[All Fields]) AND ("event"[All Fields] OR "event s"[All Fields] OR "events"[All Fields])) OR ("myocardial infarction"[MeSH Terms] OR ("myocardial"[All Fields] AND "infarction"[All Fields]) OR "myocardial infarction"[All Fields]) OR ("myocardial infarction"[MeSH Terms] OR ("myocardial"[All Fields] AND "infarction"[All Fields]) OR "myocardial infarction"[All Fields] OR ("heart"[All Fields] AND "attack"[All Fields]) OR "heart attack"[All Fields]) OR ("atherosclerosis"[MeSH Terms] OR "atherosclerosis"[All Fields] OR "atheroscleroses"[All Fields])) AND ("nilotinib"[Supplementary Concept] OR "nilotinib"[All Fields] OR "tasigna"[All Fields] OR ("nilotinib"[Supplementary Concept] OR "nilotinib"[All Fields])) |
| **Cochrane Central Register of Clinical Trials.** | Trials matching nilotinib or Tasigna in Title Abstract Keyword AND cardiovascular events OR myocardial infarction or stroke or peripheral arterial disease in Title Abstract Keyword - in Cochrane Reviews, Trials (Word variations have been searched) |
| **Clinical Trials. Gov** | Nilotinib or Tasigna |

**B.1. Systematic Search.** On March 23 2022, I conducted a systematic search of five databases including PubMed, Embase including Scopus, Science Direct and Cochrane Central Register of Clinical Trials to identify studies reporting on the outcome of nilotinib and atherosclerosis-related events, including PAD, heart attack, and stroke. My search terms are shown in **Table 1**. I extracted data from completed trials reported in clinicaltrials.gov and reviewed their citations to identify linked studies. I also signed up to receive weekly electronic updates from PubMed and Science Direct.

**B.2. Study Selection**. I also searched the references of included articles to find articles with original data. To allow an evaluation of the association of nilotinib with cardiovascular events a priori, I included RCTs that compared nilotinib to controls and reported on the occurrence of CV events among patients with CML. I also reviewed existing systematic reviews and meta-analysis, observational studies, disproportionality analysis, case series and case reports. In a review of biological plausibility of nilotinib and cardiovascular events, I have critically evaluated

animal studies, in-vitro studies, and clinical studies in humans which provided evidence to support or refute any plausible biological mechanism of nilotinib induced cardiovascular events. To supplement my assessment and provide the appropriate context, I also examined the relevant information on nilotinib and cardiovascular events in reports issued by various regulatory agencies, such as Health Canada and FDA, and regulatory product labels, and guidelines issued by prominent guidelines groups. When studies were published in multiple reports, I included the most updated peer reviewed version to address concerns about duplication. I excluded studies without original data on nilotinib and CV events, studies of other drugs, narrative reviews, and opinion articles. It is possible that citations could be excluded for more than one reason, but only one reason was noted. I relied on peer-reviewed studies published as full text to form the basis of my opinion. Conference abstracts may not be peer reviewed in many instances, usually lack sufficient details on study design to support a full assessment and also raise concerns about duplicate publication. When relevant, these were included to provide context.

**B.3. Data Extraction**. The title and abstracts of each manuscript were reviewed to identify potential studies for inclusion. I obtained the full-length version of each of these manuscripts. I extracted data on the number of patients on nilotinib vs number of patients on imatinib from these RCTs into study tables. I also extracted data on the number of patients in each arm who developed atherosclerotic cardiovascular events including PAD, IHD and ischemic stroke in RCTs.

**B.4. Meta-analysis of Nilotinib vs. Imatinib on Ischemic Cardiovascular events.** To estimate the risk of CV events with nilotinib, I combined data on number of CV *events* from RCTs which compared nilotinib vs. imatinib among patients with CML. Imatinib was the only comparator in RCTs. The primary meta-analysis focused on the composite endpoint of incident ischemic CV events. I also conducted a meta-analysis of nilotinib vs. imatinib on the individual endpoints of the composite including PAD, IHD, and ischemic stroke. I used the Peto Odds Ratio approach to combine data in RCTs as it is the least biased and most appropriate for this scenario. A similar approach was used by two other recent meta-analysis of nilotinib.[6,80] I conducted all meta-analysis in Stats Direct [Cheshire, UK]. Statistical significance was set at an alpha of 0.05 levels. My analysis represents an analysis based on the intention to treat principle where all patients randomized to the drug are included in the analysis.[81]

**B.5. Assessment of statistical heterogeneity.** I evaluated the statistical heterogeneity among RCTs using the $I^2$ statistic. *Statistical heterogeneity* refers to the variation in study outcomes between studies. Although some amount of variation in individual estimates of treatment effect is expected by chance, the excess of variation which cannot be explained by chance alone is referred to as statistical heterogeneity. Higgins $I^2$ is used as a measure of statistical heterogeneity[70]—a percent of variation due to heterogeneity compared to chance, the higher the value, the more the proportion of statistical heterogeneity.[82] Higgins $I^2$ test statistic "*represents the proportion of variation between the sample estimates that is due to heterogeneity rather than to sampling error.*" A value of 0% indicates no statistical heterogeneity (perfect homogeneity) and larger values show increasing heterogeneity.[82] Although values can range from 0% to 100%, a $I^2$ >50% is indicative of significant statistical heterogeneity.

**B.6. Subgroup and Sensitivity analysis.** I evaluated the effect of nilotinib 400 mg PO twice a day vs. imatinib and nilotinib 300 mg PO BID vs imatinib to evaluate dose response effects in subgroup analysis. I also conducted four sensitivity analysis to explore the robustness of results.

1. In the first sensitivity analysis, I conducted a meta-analysis analysis based on the number of patients with cardiovascular events, which is distinct from the number of cardiovascular events among patients as reported in the ENESTnd trial in the primary analysis. Patients are susceptible to more than one cardiovascular event.
2. Whereas the primary analysis focused on cardiovascular events occurring prior to the cross over phase of the ENESTcmr trial, I also conducted a sensitivity analysis to account for events reported after cross-over in in the cross over ENESTcmr trial.[2]
3. I also conduced sensitivity analysis using the Relative Risk approach as opposed to the Peto OR approach in the primary analysis.

4.   Finally, an influence analysis was conducted to determine after excluding the most influential study. This analysis also represented the trial with the longest duration of follow-up.

**B.7. Risks of Bias assessment of RCTs using the Cochrane Collaboration Tool.**  I evaluated the risk of bias in the RCTs using the Cochrane Collaborations tool for assessing risk of bias in randomized trials.[83] I evaluated the risk of *selection bias* by examining sequence generation and allocation concealment. I assessed for the presence of *performance bias* by determining whether participants and researchers were blinded. I also evaluated for detection bias by assessing whether outcome assessment was blinded. I evaluated the presence of *attrition bias* and *selective outcomes reporting bias.* I also considered other relevant biases, such as the reporting of an intention to treat analysis, an important component of bias assessment.[81] Each of the above domains was then rated as being high risk, low risk or unclear risk of bias. I arrived at a summary assessment of the overall risk of bias in each RCT by summarizing across each of the items in the tool and additional considerations including whether they were of sufficient duration and adequately powered to detect outcomes. I evaluated the risk of publication bias using asymmetry of Funnel Plot using the Begg's test a graphical representation for Funnel Plot asymmetry.[84]

**B.8. Risk of Bias Assessment of Observational Studies using NewCastle Ottawa Scale.** I used the New Castle Ottawa (NOS) Scale to assess the risk of bias of adjusted controlled observational studies.[85] This is a validated and generally accepted methodology for evaluating risk of bias of nonrandomized studies and has been cited several times.[86] The scale comprises of three domains including s*election* of study groups, assessing their *comparability* and ascertainment of *outcome* (in cohort studies) and exposure in case control studies. S*election* includes determining whether a cohort is representative of the community, selection of the non-exposed cohort, ensuring an outcome was not present at the start (incident outcome) and ascertainment of exposure. *Comparability* ensures assessment of whether a study controls for the most important risk factors (in this case for ischemic cardiovascular disease such as diabetes, hypertension and/or hyperlipidemia) and any additional risk factors. *Outcome* criteria evaluate whether the assessment of the outcomes is appropriate, the adequacy of follow-up and the duration of follow up. Controlled observational studies are rated as being of good quality which meet 3 or 4 criteria in the *selection* domain, 1 criterion in *comparability* domain AND 2 or 3 criteria in *outcome* domain. Studies were classified as being of fair quality if they met 2 criteria in *selection* domain AND 1 criterion in *comparability* domain AND 2 or 3 criteria in *outcome* domain. The poor-quality studies had 0 or 1 criterion in *selection* domain OR 0 criterion in *comparability* domain OR 0 or 1 criterion in *outcome* domain. I also evaluated other sources of bias such as inadequate sample size, assessment of competing risk adjusting for multiple testing and funding biases. Uncontrolled studies and unadjusted studies do not meet any criterion in the comparability domain and were rated as being of poor quality.

**B.9. Assessment of Cumulative Body of Evidence Using the Bradford Hill Viewpoints.** I appraised the cumulative body of evidence from all sources based on the 9 Bradford Hill viewpoints, after accounting for its limitations, error rates and alternative interpretations. This was a qualitative transparent judgement and does not represent specific weights to each of the viewpoints.

**SECTION C.  Results of Systematic Review and Meta-analysis on Nilotinib and Cardiovascular Events**

**C.1. Results of Systematic Search on Nilotinib and Cardiovascular Events.** After a review of 1724 citations, I included 4 clinical trials,[1-4] 4 systematic reviews and meta-analysis,[6,80,87,88] 7 controlled observational studies which controlled for various CV risk factors,[7,8,52,89-92] 25 controlled observational studies which did not control for CV risk factors,[9,12,53,93-114] 27 uncontrolled observational studies without any comparators,[115-141] 1 case control study,[142] 3 disproportionality analyses and data mining studies, and 22 case reports/case series.[143-164] I also evaluated the full text of 21 mechanistic studies.[10,11,13,14,16-18,165-178]  Several observational studies provided mechanistic data so the numbers may be duplicative. The flow sheet of included studies is shown below in **Figure 1**. Among the conference abstracts (n=60), key abstracts are noted in relevant sections for context.



Figure 1. Flow sheet of Included studies.

**C.2. Meta-analysis of Randomized Controlled Trials on Ischemic Cardiovascular Events with Nilotinib vs. Imatinib.** Four trials were eligible for inclusion in the meta-analysis which included 897 patients on nilotinib and 614 on imatinib. These included the Evaluating Nilotinib Efficacy and Safety in Clinical Trials—Newly Diagnosed Patients ("ENESTnd"),[3] Evaluating Nilotinib Efficacy and Safety in Clinical Trial —Complete Molecular Response ("ENESTcmr"),[2] Imatinib Dose Optimization Compared with Nilotinib in Patients with Chronic Myelogenous Leukemia and Suboptimal Response to Standard-dose Imatinib ("LASOR"),[1] and Evaluating Nilotinib Efficacy and Safety in Clinical Trials—China ("ENESTChina").[4]

**The ENESTnd trial** was an open label RCT which randomized patients into three arms 300 mg nilotinib twice daily (N=282), 400 mg nilotinib twice daily (N=281) and imatinib 400 mg once daily (N=283). The follow up was 10 years in duration. CVEs were reported as 46 (16.5%), 65 (25.3%) and 10 (3.6%) in the nilotinib 300 mg BID, nilotinib 400 mg BID, and imatinib 400 mg arms respectively. I extracted data on ischemic CV events from Table 4 in the 10-year update of the ENESTnd trial as shown in my **Table 2** below.[3] After excluding 9 non ischemic events noted as "other" CV events (4 in each of the nilotinib arms and 1 in imatinib arm), the number of ischemic CV events in nilotinib 400 mg BID arm, nilotinib 300 mg BID arm and imatinib arm was 77 (n=36 IHD events, 21 ischemic cerebrovascular events, and 20 PAD events), 53 (n= 22 IHD events, 13 ischemic cerebrovascular events, and 18 PAD events) and 9 (n=8 IHD events and 1 ischemic cerebrovascular event), respectively. Since two doses of nilotinib were evaluated in this study, I combined treatment arms to evaluate differences between any dose of nilotinib and imatinib (130/563 vs. 9/283) for the primary analysis which was based on <u>the number of ischemic cardiovascular events</u> in the ENESTnd trial. Some patients likely experienced more than one event which has clinical significance. Sensitivity analyses in Section C shows analysis based on the number of patients with CV events.[3]

| Table 2. Cardiovascular Events in the ENESTnd Trial of nilotinib vs. Imatinib[3] | | | | |
|---|---|---|---|---|
| Cardiovascular events # | Combined (n=563) | Nilotinib 300 mg BID (n=282) | Nilotinib 400 mg BID (n=281) | Imatinib 400 mg QD (n=283) |
| Cardiovascular events (CVE) * | 111 | 46 | 65 | 10 |
| Other CVEs & | 8 | 4 | 4 | 1 |
| Ischemic heart disease (IHD) | 58 | 22 | 36 | 8 |
| Ischemic Cerebrovascular event | 34 | 13 | 21 | 1 |
| Peripheral Artery disease (PAD) | 38 | 18 | 20 | 0 |
| | | | | |
| Combined ischemic cardiovascular events (IHD, PAD and Ischemic cerebrovascular events) $ | 130 | 53 | 77 | 9 |

$ Combining data on ischemic heart disease, ischemic cerebrovascular disease, and PAD for each treatment arm for primary meta-analysis

& Non-ischemic cardiovascular events excluded from primary analysis

* Data on patients with cardiovascular events for sensitivity analysis # 1

# Patient with multiple occurrences of CVE is only counted once in each category

**The ENESTcmr trial** was 4 years in duration in which patients with complete cytogenetic response with detectable BCR-ABL1 were randomized to nilotinib 400 mg twice daily (n=104) or continued imatinib (n=103).[179] After 2 years of follow up, patients with detectable BCR-ABL-1 in the imatinib arm were allowed to cross over to nilotinib. Prior to the 2 years cross over period, there was one patient with MI in the nilotinib arm, 3 patients with IHD and 3 patients with PAD on nilotinib.[179] One patient in the imatinib arm had IHD. By the end of 4 years, cardiovascular events during study treatment were reported in 13 patients in the nilotinib arm (IHD n=4, ischemic cerebrovascular disease n=4, and PAD n=7), two patients in the imatinib arm prior to cross-over (IHD n=1, ischemic cerebrovascular disease n=1), and three patients after crossover to nilotinib (IHD n=1, ischemic cerebrovascular disease n=1 and PAD=1).[2] The primary analysis is based on events among patients occurring prior to the prespecified crossover at 2 years (n= 7 vs.1; nilotinib vs. imatinib),[179] whereas results among patients after complete follow up at four years

( n= 16 vs. 2; nilotinib vs. imatinib) are shown below in sensitivity analysis, similar to the data-extraction by Haguet et al meta-analysis.[2] By 48 months, of the 103 patients randomized to imatinib, only 39.8% completed treatment on imatinib with the remaining patients having crossed over to the nilotinib arm.

**The LASOR trial** was also an open label trial 2 years in duration.[1] In this study participants who had received imatinib 400 mg at baseline and were randomized to receive nilotinib 400 mg twice daily (n=96) or an escalation to 600 mg/day of imatinib (n=95). Crossover was allowed for loss of response at any time or patients with no complete cytogenetic response at 6 months. Data on 24 months follow up were available and no CV events were reported after crossover in either arm. Five (5) CV events including angina pectoris (n=2), acute coronary syndrome (n=1), unstable angina/angina pectoris (n=1) and PAD (n=1). There were no CV events in the imatinib arm. 44% of patients developed glucose elevations in the nilotinib arm compared to 28% in the imatinib arm.

**The ENESTChina study** was also an open label randomized trial one year in duration.[4] 134 patients were allocated to nilotinib 300 mg twice daily compared to 133 patients on imatinib 400 mg once daily. One patient developed a grade 3 ischemic cerebrovascular event in the nilotinib arm. There were no CV events reported on imatinib.

*Risk of Bias Assessment using the Cochrane Collaboration Tool.* All four trials were RCTs.[1-4] Only the ENESTnd trial and LASOR trial described the process of randomization and were deemed to low risk of selection bias. In the ENESTnd trial, patients were randomly assigned on the basis of computer-generated randomization schedule and stratified by an interactive voice response system.[180] In the LASOR trial, randomization was done by an independent third party using a validated system that automatically assigned random numbers.[1] Neither the ENESTcmr trial[2,179,181] or ENESTChina trial[4] reported the process of randomization. All four trials were at high risk of performance and detection bias because of the lack of blinding of personnel, participants and outcome assessors. All four trials accounted for withdrawals and dropouts and were at low risk for attrition bias. I did not examine for Funnel Plot asymmetry as it is underpowered to detect publication bias when number of studies is small ( <10).[182] Except for the ENESTnd study which was an adequately powered large long term trial deemed to be at low risk of bias, the remaining studies were at moderate risk of bias. The assessment of risk of bias of included RCTs is shown in **Table 3**.

| Table 3. Assessment of the Risk of Bias of Included RCTs of Nilotinib and Cardiovascular Events | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Trial | Selection bias | | Performance Bias | Detection Bias | Attrition Bias | Reporting Bias | Other bias | Overall Assessment |
| | Sequence generation | Allocation Concealment | Blinding of participants and personnel | Blinding of outcome Assessment | Incomplete outcome Data | Selective reporting | Intention to Treat | |
| Kantarjian et al 2021[3] | Low risk | Low risk | High risk | High risk | Low risk | Low risk | Low risk | Low risk |
| Hughes et al 2017 | High risk | High risk | High risk | High risk | Low risk | Low risk | Low risk | Moderate |
| Cortes et al 2016 | Low risk | Low risk | High risk | High risk | Low risk | Low risk | Low risk | Moderate |
| Wang et al 2015[4] | High risk | High risk | High risk | High risk | Low risk | Low risk | Low risk | Moderate |

**C.2.1 Meta-analysis of Nilotinib vs. Imatinib on ischemic Cardiovascular Events in RCTs.** A meta-analysis of the 4 RCTs showed **a > fourfold statistically significantly increased risk of ischemic CV events with nilotinib** compared to imatinib. (Peto OR 4.41, 95 % CI 3.1 to 6.3: $I^2$=0%; P < 0.0001), without any evidence of statistical heterogeneity.[1-4] (**Table 4** and **Figure 2**) The ENESTnd trial, ENESTcmr trial, LASOR and ENESTChina contributed 88.3%, 6.6%, 4.2% and 0.9% weight to this analysis, respectively. I included the number of CV events from the ENESTnd trial and the data prior to crossover from ENESTcmr for this primary analysis. [179] The point estimates of all individual RCTs exceed 1 suggesting a consistency of effects. The lower bounds of three trials, except ENESTChina which was individually underpowered to detect significantly increased risk also exceed 1.

*Figure 2. Meta-analysis of Nilotinib vs. Imatinib on Ischemic Cardiovascular Events*



| Table 4. Data on Nilotinib vs. Imatinib on Ischemic Cardiovascular Events in RCTs | | | | |
|---|---|---|---|---|
| Author | Study Name | ClinicalTrials.gov | Number of events/ Number of participants Nilotinib, n/N (%) | Number of events/Number of participants on Imatinib, n/N (%) |
| Kantarjian et al 2021[3] | ENESTnd | NCT00471497 | 130/563 (23.1) | 9/283 (3.1) |
| Hughes et al 2017[2,179] | ENESTcmr | NCT00760877 | 7/104 (6.7) | 1/103 (0.97) |
| Cortes et al 2016[1] | LASOR | NCT00802841 | 5/96 (5.2) | 0/95 (0) |
| Wang et al 2015[4] | ENESTChina | NCT01275196 | 1/134 (0.7) | 0/133 (0) |
| Number of Events (%) | | | 143/897 (15.9) | 10/614 (1.6) |

**C.2. 2. Meta-analysis of Nilotinib vs. Imatinib on Peripheral Arterial Disease in RCTs.** The meta-analysis of three trials demonstrates **a more than fivefold statistically significant increased risk of PAOD with nilotinib** compared to imatinib (Peto Odds Ratio 5.05, 95% CI, 2.63 to 9.67: $I^2$=0%; P < 0.0001),[1-3] without any evidence of statistical heterogeneity (**Table 5 & Figure 3**). The ENESTnd trial, ENESTcmr trial, LASOR contributed 89.0%, 8.2% and 2.8% weight to this analysis, respectively. Significantly in the 3 clinical trials, all PAOD events were reported only on nilotinib. The point estimates of all three RCTs exceed 1 suggesting a consistency of effects and even the lower bounds of ENESTnd trial exceed 1. LASOR and ENESTcmr were individually underpowered to detect significantly increased risk on their own. ENESTChina did not report any PAOD events in either arm.

| Table 5. Data on Nilotinib vs. Imatinib on PAOD in RCTs | | | | |
|---|---|---|---|---|
| **Author Name** | **Study Name** | **ClinicalTrials.gov** | **Number of events/ Number of participants on Nilotinib, n/N (%)** | **Number of events/Number of participants on Imatinib, n/N (%)** |
| **Kantarjian et al 2021[3]** | ENESTnd | NCT00471497 | 38/563 (6.7) | 0/283 (0) |
| **Hughes et al 2017[2,179]** | ENESTcmr | NCT00760877 | 3/104 (2.8) | 0/103 (0) |
| **Cortes et al 2016[1]** | LASOR | NCT00802841 | 1/96 (1.04) | 0/95 (0) |
| **Wang et al 2015[4]** | ENESTChina | NCT01275196 | 0/134 (0) | 0/133 (0) |
| **Events, %** | | | **42/897 (4.68)** | **0/614 ( 0)** |

*Fig 3. Meta-analysis of Nilotinib vs. Imatinib on Peripheral Arterial Disease in RCTs*



**C.2.3. Meta-analysis of Nilotinib vs. Imatinib on Ischemic Heart disease in RCTs.** Data on ischemic heart disease was reported in three trials.[1-3] ENESTChina did not report on IHD. The meta-analysis of three trials demonstrates a **threefold statistically significant increased risk of ischemic heart disease with nilotinib** compared to imatinib. (Peto Odds Ratio 3.04, 95% CI, 1.86 to 4.99: $I^2$=0%; P < 0.0001), without any evidence of statistical heterogeneity. (**Table 6** and **Figure 4**). The ENESTnd trial, ENESTcmr trial, LASOR trial contributed 86%. 7.8% and 6.2% weight to this analysis, respectively. The point estimates of all three RCTs exceed 1 suggesting a consistency of effects and even the lower bounds of ENESTnd trial and LASOR exceed 1. ENESTcmr was individually underpowered to detect significant effects and ENESTChina did not report on any IHD events.

| Table 6. Data on Nilotinib vs. Imatinib on Ischemic heart disease in RCTs | | | | |
|---|---|---|---|---|
| Author | Study Name | ClinicalTrials.gov | Number of events/Number of participants on Nilotinib, n/N (%) | Number of events/Total number of participants on Imatinib, n/N (%) |
| Kantarjian et al 2021[3] | ENESTnd | NCT00471497 | 58/563 (10.3) | 8/283 (2.8) |
| Hughes et al 2017[2,179] | ENESTcmr | NCT00760877 | 4/104 (3.8) | 1/103 (1) |
| Cortes et al 2016[1] | LASOR | NCT00802841 | 4/96 (4.2) | 0/95 (0) |
| Wang et al 2015[4] | ENESTChina | NCT01275196 | 0/134 (0) | 0/133 (0) |
| Events (%) | | | 66/897 (7.3) | 9/614 (1.4) |

*Figure 4. Meta-analysis of Nilotinib vs. Imatinib on Ischemic Heart Disease in RCTs*



**C.2.4. Meta-analysis of Nilotinib vs Imatinib on Ischemic Cerebrovascular Events in RCTs.** Data on ischemic cerebrovascular disease was reported in the ENESTnd and ENESTChina study.[3,4] The meta-analysis demonstrates **a more than fourfold statistically significant increased risk of ischemic stroke with nilotinib** compared to imatinib in patients with CML (Peto Odds Ratio 4.26, 95% CI 2.1 to 8.63: $I^2$=0%; P < 0.0001), without any evidence of statistical heterogeneity **(Table 7** and **Figure 5).** The ENESTnd trial and ENEST China trial contributed 96.8% and 3.2% weight to this analysis, respectively. The point estimates of both RCTs exceed 1 suggesting a consistency of effects and even the lower bounds of ENESTnd trial exceed 1. ENESTChina was individual underpowered to detect significant effects and ENESTcmr and LASOR did not report any ischemic cerebrovascular events.

| Table 7. Data on Nilotinib vs. Imatinib on Ischemic Cerebrovascular Events in RCTs | | | | |
|---|---|---|---|---|
| **Author** | **Study Name** | **ClinicalTrials.Gov** | **Number of CV events/ Total number of participants on Nilotinib, n/N(%)** | **Number of CV events/Total number of participants on Imatinib, n/N (%)** |
| **Kantarjian et al 2021[3]** | ENESTnd | NCT00471497 | 34/563 (6.03) | 1/283 (0.4) |
| **Hughes et al 2017[2,179]** | ENESTcmr | NCT00760877 | 0/104 (0) | 0/103 (0) |
| **Cortes et al 2016[1]** | LASOR | NCT00802841 | 0/96 (0) | 0/95 (0) |
| **Wang et al 2015[4]** | ENESTChina | NCT01275196 | 1/134 (.7) | 0/133 (0) |
| **Events, %** | | | **35/897 (3.9%)** | **1/614(0.16)** |

*Figure 5. Meta-analysis of Nilotinib vs Imatinib on Ischemic Cerebrovascular Events*



**C.2.5. Subgroup Analysis by Dose.** Three trials reported on ischemic cardiovascular events with nilotinib 400 mg bid including the ENESTnd trial, ENESTcmr and LASOR study. A meta-analysis of 3 RCTs showed that 400 mg PO BID dose of nilotinib,[1-3] **demonstrated a more than sixfold statistically significant increased risk of cardiovascular events with nilotinib** compared to imatinib (Peto OR, 6.36, 95% CI 4.1 to 9.72; $I^2$=0%; $P < 0.0001$) (**Table 8** and **Figure 6**). Notably, the point estimates and the lower bound of all three RCTs consistently exceeded 1 suggesting consistency of effects.

| Table 8. Data on Nilotinib 400 mg PO BID (High Dose) vs. Imatinib on Cardiovascular Events in RCTs | | | | |
|---|---|---|---|---|
| Author | Study Name | ClinicalTrials. Gov | Number of CV events/ Total number of participants on Nilotinib, n/N(%) | Number of CV events/Total number of participants on Imatinib, n/N (%) |
| Kantarjian et al 2021[3] | ENESTnd | NCT00471497 | 77/281 (27.4) | 9/283 (3.18) |
| Hughes et al 2017[2,179] | ENESTcmr | NCT00760877 | 7/104 (6.7) | 1/103 (0.97) |
| Cortes et al 2016[1] | LASOR | NCT00802841 | 5/96 (5.2) | 0/95(0) |
| Events, % | | | 89/481 (18.5%) | 10/481(2.1%) |

*Figure 6. Meta-analysis of Nilotinib 400 mg PO BID (High Dose) vs. Imatinib on Cardiovascular Events*



Two trials,  ENESTnd and ENESTChina reported on nilotinib 300 mg twice daily compared to imatinib. The meta-analysis of 2 RCTs demonstrates an almost five fold statistically significant increased risk of cardiovascular events with 300 mg nilotinib mg PO BID compared to imatinib in patients with CML (OR 4.97 95% CI 2.94 to 8.37; P < 0.0001).[3, 4] (**Table 9** and **Figure 7**). The point estimates of both trials consistently exceeded 1 and the lower bounds of the confidence interval in the ENESTnd trial also exceeded 1.

| Table 9. Data on Nilotinib 300 mg PO BID (Low Dose) vs. Imatinib on Ischemic Cardiovascular Events in RCTs | | | | |
|---|---|---|---|---|
| Author | Study Name | ClinicalTrials. Gov | Number of CV events/ Total number of participants on Nilotinib, n/N(%) | Number of CV events/Total number of participants on Imatinib, n/N (%) |
| Kantarjian et al 2021[3] | ENESTnd | NCT00471497 | 53/282 (18.8) | 9/283 (3.18) |
| Wang et al 2015[4] | ENESTChina | NCT01275196 | 1/134 (0.74) | 0/133 (0) |
| Events, % | | | 54/416 (12.98%) | 9/416 (2.16%) |

*Figure 7. Meta-analysis of Nilotinib 300 mg PO BID (Low Dose) vs. Imatinib on Cardiovascular Events*



**C.2.6. Overview of Sensitivity analysis.** The results from all sensitivity analysis showed a statistically significant increased risk of cardiovascular events with nilotinib compared to imatinib **(Table 10) and Figures 8–11.**

| Table 10. Overview of Results of Sensitivity Analysis of Cardiovascular Events with Nilotinib vs. Imatinib in RCTs | | |
|---|---|---|
| Sensitivity Analysis | Description | Relative risk; $I^2$ |
| 1 | No. of *patients* with CV events in ENESTnd | Peto OR 3.95, 95% CI 2.7 to 5.78; 0% |
| 2 | Include  data after cross-over in ENESTcmr | Peto OR 4.51, 95% CI 3.18 to 6.40; 0% |
| 3 | RR meta-analysis | RR 7.21, 95% CI 3.94 to 13. 20; 0% |
| 4 | Influence analysis after excluding ENESTnd | Peto OR 5.76 95% CI 1.99 to 16.67;0% |

***C.2.6.1 Sensitivity analysis #1.*** This sensitivity analysis was based on the data on the number of patients with all CVEs as reported by the investigators in the ENESTnd trial (111 vs. 10: nilotinib vs. imatinib; **Table 2**.[3] The meta-analysis of the four RCTs showed a statistically significantly increased risk of CV events with nilotinib vs. imatinib (Peto OR 3.95, 95% CI 2.7 to 5.78: I²=0%; P < 0.0001) (**Table 11 and Figure 8**).

*Figure 8. Sensitivity Analysis #1 for Ischemic Cardiovascular Events in RCTs of Nilotinib vs. Imatinib*



| Table 11. Data on Patients with Cardiovascular Events in RCTs of Nilotinib vs. Imatinib (Sensitivity analysis # 1) | | | | |
|---|---|---|---|---|
| **Author** | **Study Name** | **ClinicalTrials.gov** | **Number of CV events/ Total number of participants Nilotinib, n/N  (%)** | **Number of CV events/Total number of participants on Imatinib, n/N (%)** |
| **Kantarjian et al 2021[3]** | ENESTnd | NCT00471497 | 111/563 (19.7) | 10/283 (3.5) |
| **Hughes et al 2017[2,179]** | ENESTcmr | NCT00760877 | 7/104 (6.7) | 1/103 (.97) |
| **Cortes et al 2016[1]** | LASOR | NCT00802841 | 5/96 (5.2) | 0/95 (0) |
| **Wang et al 2015[4]** | ENESTChina | NCT01275196 | 1/134 (.7) | 0/133 (0) |
| **Number of Events (%)** | | | 124/897 (13.8) | 11/614 (1.8) |

***C.2.6.2. Sensitivity analysis #2.*** There is no perfect approach to incorporating crossover trials such as the ENESTcmr trial in a meta-analysis. The primary analysis shown in **Figure 2** showed a statistically significant increased risk with nilotinib based on the data reported in the period prior to crossover at 2 years in the ENESTcmr trial. These included 7 CV events on nilotinib (3 IHD events, 4 PAOD events) vs. 1 IHD event on imatinib. Limiting

the analysis prior to the prespecified period of crossover preserved the benefit of randomization. Data for this primary analysis at 2 years was extracted from an earlier publication.[179] A recent report provided data on the 48-month follow-up (16 vs. 2; nilotinib vs imatinib) including CV events occurring after the cross over period.[2] A sensitivity analysis of 4 RCTs including these events after the cross-over in the ENESTcmr trial showed a significantly increased risk of ischemic cardiovascular events with nilotinib vs. imatinib (Peto OR 4.51, 95% CI 3.18 to 6.40; P < 0.0001) (**Table 12** and **Figure 9**).[179] Haguet et al also assigned events after crossover to the nilotinib arm in the meta-analysis and included 16 patients with CV events on nilotinib vs 2 patients with CV events on imatinib.[6]

*Figure 9. Sensitivity Analysis #2 for Ischemic Cardiovascular Events in RCTs of Nilotinib vs. Imatinib*



| Table 12. Data on Nilotinib vs. Imatinib on Cardiovascular events in RCTs (Sensitivity Analysis # 2) | | | | |
|---|---|---|---|---|
| **Author** | **Study Name** | **ClinicalTrials.gov** | **Number of CV events/ Total number of participants Nilotinib, n/N (%)** | **Number of CV events/Total number of participants on Imatinib, n/N (%)** |
| **Kantarjian et al 2021[3]** | ENESTnd | NCT00471497 | 130/563 (23.1) | 9/283 (3.2) |
| **Hughes et al 2017[2,179]** | ENESTcmr | NCT00760877 | 16/104 (15.38) | 2/103 (1.94) |
| **Cortes et al 2016[1]** | LASOR | NCT00802841 | 5/96 (5.2) | 0/95 (0) |
| **Wang et al 2015[4]** | ENESTChina | NCT01275196 | 1/134 (0.7) | 0/135 ( 0) |
| **Events ( %)** | | | 152/897 (16.94) | 11/614 (1.79) |

*C.2.6.3 Sensitivity Analysis # 3.* I evaluated the robustness of the results using the relative risk method. The RR meta-analysis also showed a statistically significant increased risk of ischemic CV events with nilotinib compared to imatinib (fixed effects analysis RR 7.21; 3.94 to 13.20; $I^2$=0%; P < 0.0001 random effects analysis (RR 7.13 95% CI = 3.9 to 13.04) (**Figure 10**). These data still indicate a significantly increased risk with higher point estimates than the OR approach although the CIs are wider. Except for ENESTChina, all three remaining trials remain statistically significant. The data were the same as used for the primary analysis as shown in **Table 2.** The results were similar to the primary analysis using the Peto OR approach.

*Figure 10. Sensitivity Analysis #3. RR meta-analysis for Ischemic Cardiovascular events in RCTs of Nilotinib*



**C.2.6.4. Sensitivity Analysis # 4.** I also conducted an influence analysis by excluding the ENESTnd trial with the most weight in the primary analysis. The meta-analysis of the remaining 3 trials showed a statistically significant increased risk of CV events without any evidence of statistically significant heterogeneity among included studies (Peto OR 5.76 95% CI = 1.99 to 16.67; $I^2$=0% = 3.232682 P = 0.001) (**Figure 11**)

*Figure 11. Sensitivity analysis #4 Peto OR Meta-Analysis of Nilotinib and Ischemic Cardiovascular Events*





**C.2.7. Overview of CV Events in ENESTnd Trial.**  CV events occurred in 16.5%, 25.3% and 3.6% of patients, respectively in the nilotinib 300 mg PO BID, nilotinib 400 mg PO BID and imatinib 400 arm. [3] Our metanalysis demonstrated a statistically significant increase in the risk of ischemic CV events (OR 4.26, 95 % CI 2.90 – 6.26; **Figure 2**), PAOD (OR 4.81, 95 % CI 2.42 to 9.59; **Figure 3**), IHD (OR 2.82, 95% CI 1.66 to 4.81; **Figure 4**) and ischemic cerebrovascular disease (OR 4.19, 95% CI 2.04 to 8.57; **Figure 5**) with nilotinib as compared to imatinib in the ENESTnd study. The significant increased risk on all four outcomes from the ENESTnd trial, which is consistent with findings of a significantly increased risk on all four outcomes from the cumulative body of evidence provides strong proof of a causal association between nilotinib and CV events.

According to the authors, the *"Kaplan Meier -estimated event rates for CV events were 10.6%, 17.9% and 3.2 % respectively at 5 years for the nilotinib 300 mg PO BID, nilotinib 400 mg PO BID and imatinib 400 arm and continued to increase to 24.8%, 33.4% and 6.3%, respectively, at 10 years."* [3] *The majority of patients at baseline had scores placing them in the low-risk category (that is, <10% predicted risk of experiencing a first cardiovascular disease event over 10 years (per Framingham Heart Study definition* [12] *); nilotinib 300 mg twice daily, 178 (68.7%); nilotinib 400 mg twice daily, 176 (66.2%); imatinib, 182 (68.9%)); smaller proportions of patients had scores placing them in the intermediate-risk (that is, ⩾10% to <20% predicted risk of experiencing a first cardiovascular disease event over 10 years; 41 (15.8%), 52 (19.5%) and 49 (18.6%), respectively) or high-risk (that is, ⩾20% predicted risk of experiencing a first cardiovascular disease event over 10 years; 40 (15.4%), 38 (14.3%) and 33 (12.5%), respectively."* [183]

*"Similar to trends observed before 5 years [5], in patients on treatment for >5 years, baseline Framingham general cardiovascular risk scores were predictive of patients' risk of developing a CVE during treatment.* [3] *In patients on treatment for >5 years, CVEs occurred more frequently among patients in the high-risk (nilotinib 300-mg twice-daily, 33.3%; nilotinib 400-mg twice-daily, 33.3%; imatinib, 4.8%) and intermediate-risk (28.0%, 48.5%, 17.4%, respectively) categories in each arm than in the low-risk category (8.7%, 15.2%, 1.1%, respectively). In the low-risk category, CVE rates after 5 years were higher than the rates before 5 years (2.2%, 4.0%, 0.5%, respectively."*

 I have summarized this data in **Table 13** below which is extracted from *Table 5* of the 10-year ENESTnd update.[3] The authors state that the event rates are higher after 5 years because of the smaller number of participants. The ITT analysis as noted in meta-analysis above represents the most robust way to analyze RCTs, we need to examine the data in light of high rates of discontinuation in the imatinib arm at 5 years (47.9%) compared to nilotinib 300 mg BID (38.7%) and nilotinib 400 mg BID (34.3%) which would serve to attenuate any risk differences. At the end of 10 years only 36.2% (n=101 for nilotinib 300 mg BID) and 31.4 % (nilotinib=400 mg PO BID) compared to imatinib 32.1% (n=90) received treatment for more than 10 years, respectively.

| Table 13. Cardiovascular Events Before 5 years and after 5 Years by Framingham Risk Category at Baseline | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Framingham low risk, n/N (%) | | | Framingham intermediate risk, n/N (%) | | | Framingham high risk, n/N (%) | | |
| | Nil 300 mg BID | Nil 400 mg BID | Ima 400 mg QD | Nil 300 mg BID | Nil 400 mg BID | Ima 400 mg QD | Nil 300 mg BID | Nil 400 mg BID | Ima 400 mg QD |
| CVEs before 5 years | 4/178 (2.2) | 7/176 (4.0) | 1/182 (0.5) | 5/41 (12.2) | 10/152 (19.2) | 2/49 (4.1) | 6/40 (15) | 11/38 (28.9) | 1/33(3.0) |
| CVEs after 5 years | 10/115 (8.7) | 19/125 (15.2) | 1/94 (1.1) | 7/25 (28) | 16/33 (48.5) | 4/23 (17.4) | 8/24 (33.3) | 7/21 (33.3) | 1/21 (4.8) |

a) *Nilotinib vs. Imatinib Across Framingham Risk Categories.* The proportion of CV events either before or after 5 years in the nilotinib 300 mg bid arm and nilotinib 400 mg arm exceed consistently imatinib 400 mg daily across all three Framingham risk categories.

b) *CV Events in the Nilotinib 400 mg Arm vs. Nilotinib 300 mg Arm Across Framingham Risk Categories.* The data from the ENESTnd trial provide strong evidence of a dose-response effect. When comparing the

nilotinib 400 mg arm to the nilotinib 300 mg arm, a consistently higher risk is seen with the higher dose of nilotinib both before and after 5 years in all risk categories. Although the underlined highest Framingham high risk after 5 year which notes a similar proportion of CV events for the nilotinib 300 mg dose (8/24 or 33%) compared to the nilotinib 400 mg dose (7/21 or 33%), examination of individual CV events in this category is also supportive of a dose-response association. Twelve CV events were noted among 7 patients (IHD=2; PAOD=6; Ischemic cerebrovascular disease =3 and other CVE=1) in the 400 mg PO BID arm compared to only 8 CV events among 8 patients in the 300 mg PO BID arm. (IHD n=2, PAOD =4 and Ischemic cerebrovascular disease =2). Notably, there is no risk category in which the occurrence of CV events is higher the nilotinib 300 mg arm compared to the nilotinib 400 mg arm. These findings provide strong evidence of a dose-response effect of nilotinib and CV events. The ENESTnd trial also provides evidence of dose response for CV events with an excess risk reported in the 400 mg bid dose (OR 6.49, 95% CI 4.11 to 10.28; **Figure 6**) compared to the 300 mg PO BID dose (4.93, 95 % CI 2.91 to 8.35; **Figure 7**). The proportion for each specific CV events [ all CVEs (23.5% vs. 16.5%), IHD (9.5% vs. 8.3%), PAOD (7.2 % vs. 6.5%) and Ischemic CV events (7.6 % vs. 4.7%)], was higher in the 400 mg dose category compared to the 300 mg dose category in the ENEST nd trial, respectively. [3]

c) *CV Events by Treatment Year in the ENESTnd Study.* It is important to consider time to event for long term outcomes such as atherosclerosis. The authors state that "*the incidence of newly occurring CVEs displayed in a yearly time window seemed similar across years in all arms among patients on long term treatment.*"[3]The authors note that "*in an analysis of newly occurring CVEs displayed by a yearly time window, new CVEs continued to occur in patients receiving nilotinib at similar rates each year (Supplementary Fig. 3 of 10-year update).*"[3] KM estimated CVE rates were 10.6%, 17.9% and 3.2% in the nilotinib 300 mg bid arm, nilotinib 400 mg BID arm and imatinib arm, respectively at 5 years and continued to increase to 24.8%, 33.4% and 6.3%, respectively at, at 10 years. Although they reported CV events by treatment year, the authors did not report a KM curve for the 10-year data.

An illustration of CV events per year by treatment arm, and the rates of CVEs occurring in Year 1-Year 10 and newly occurring CVEs in following years are shown (**Figure 13**)[3] These rates or patients with events % are calculated based on the number of on-treatment patients at the beginning of the indicated year. Denominators are the number of patients on treatment during the indicated year. A linear trend line for the nilotinib 300 mg PO BID, nilotinib 400 mg PO BID data and imatinib daily arm is shown. The incidence of CVEs in each nilotinib arm was higher compared to imatinib in each year over the study period. The incidence of CVE in the 400 mg PO BID was higher compared to nilotinib 300 mg PO BID  ( except Year 3, and Year 8).



Figure 13. Cardiovascular Events by Year in the ENESTnd Trial

| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year9 | Year 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Nilotinib 300 mg BID | 1.4 | 2.5 | 4.2 | 3.5 | 1.1 | 4.1 | 5.3 | 8.7 | 0.8 | 4.3 |
| Nilotinib 400 mg BID | 3.6 | 2.9 | 3.6 | 4.3 | 5.1 | 8.2 | 5.7 | 4.9 | 5.6 | 5.1 |
| Imatinib 400 mg daily | 0.7 | 0.4 | 1 | 0.6 | 0.6 | 2.1 | 0.7 | 2.5 | 0 | 0 |

TIME

◼ Nilotinib 300 mg BID    ◼ Nilotinib 400 mg BID    ◼ Imatinib 400 mg daily
— Linear (Nilotinib 300 mg BID)    — Linear (Nilotinib 400 mg BID)    — Linear (Imatinib 400 mg daily)

*Figure 14. Kaplan-Meier Estimated Time to First Cardiovascular Event in the ENESTnd Trial* [183]



An earlier publication demonstrated the KM plots for the 5-year data as shown in **Figure 14** which illustrates **"…*that the cumulative frequency of patients with cardiovascular events increased linearly with time on treatment in each arm*.** Ischemic heart disease, ischemic cerebrovascular events and/or peripheral artery disease were reported in 21 (7.5%), 37 (13.4%) and 6 (2.1%) patients in the nilotinib 300-mg twice-daily, nilotinib 400-mg twice-daily and imatinib arms.[183]

**C.3. Systematic Reviews and Meta-analysis of Nilotinib and Cardiovascular Events.** I identified several peer-reviewed systematic reviews and meta-analyses reporting on the risk of CV events with nilotinib.[6,80,87,88]

**C.3.1.** In 2020, Haguet, et al. also reported on a meta-analysis of 4 RCTs of nilotinib vs. imatinib and reported a more than 3-fold statistically significant increased risk of arterial occlusive events with nilotinib (OR, 3.89; 95% CI, 2.47–6.11).[6] There are two major differences with my meta-analysis above. First, since their search was limited to 2019, it only included the 5-year update of the ENESTnd trial, along with ENESTcmr, LASOR and ENESTchina.[6] Second, they included the data from ENESTcmr at 4 years including events after crossover from imatinib to nilotinib. I used the same data in sensitivity analysis # 2. Despite these differences, their findings were largely similar to my results. They also conducted analysis based on the two different doses of nilotinib. There was a statistically significant increased risk of arterial occlusive events with nilotinib in the three trials (ENESTnd, ENESTcmr and LASOR) which included the 400 mg dose Peto OR 5.19 (95% CI 3.14 to 8.57). A statistically significant increase was also reported in analysis of two trials that evaluated the 300 mg dose of nilotinib vs. imatinib (ENESTnd and ENESTChina) OR 3.32 (95% CI: 1.56–7.09) but these estimates were lower in magnitude than the 400 mg twice a day dose. These results provide evidence of a dose response effect and are consistent with our analysis. A statistically significant excess of arterial occlusive events was also reported for dasatinib [odds ratio (OR), 2.68; 95% CI, 1.72–4.17] in a meta-analysis of 6 trials but the risk was lower compared to nilotinib.

**C.3.2.** In an earlier analysis in 2017, they reported a significantly increased risk of CV events with nilotinib vs. imatinib (Peto OR 3.69, 95% CI 2.29 to 5.95).[80]

**C.3.3.** A meta-analysis of 15,706 patients conducted by Chai-Adisaksopha, et al. evaluated 4 RCTs and 25 observational studies, reported the incidence rate of major arterial events as 2.8/100 patient years ("PYs") with nilotinib compared to 0.1/100 PYs for imatinib.[87] When nilotinib was directly compared to imatinib, nilotinib was associated with a significantly higher risk of arterial thrombotic diseases when compared with imatinib (RR, 5.3 [95% CI, 3.0–9.3]; p<.001; $I^2$=0%). Moreover, nilotinib was significantly associated with higher risk of PAOD

when compared to imatinib (RR, 5.5 [95% CI, 2.6–11.8]; p<.001; I²=0%), meaning that nilotinib patients were over five times significantly more likely to experience major arterial events and PAOD compared to patients on imatinib.

The rate of major arterial events was 2.8 per 100 patient-years (95% CI: 2.0–3.6; I²=77.4%) for nilotinib, 0.1 per 100 patient-years (95% CI: 0.0–0.1, I²=13.5%) which was significantly higher than imatinib, 1.1 per 100 patient-years (95% CI; 0.8–1.4, I²=0%) and dasatinib.  The rates of 10.6 per 100 patient-years (95% CI; 4.6–46.5, I²=87.9%) was higher for ponatinib, and 0.4 per 100 patient-years (95% CI; 0.0–0.9, I²=0%) for bosutinib and 0.8 per 100 patient-years (95% CI; 0.0–1.8, I²=0%) with non-TKI treatment.

Among individual endpoint of PAOD incidence was of 1.3 per 100 patient-years (95% CI; 0.8–1.8, I²=73.2%) for nilotinib, 0.1 per 100 patient years (95% CI; 0–0.1%;, I²=0%) for imatinib, 0.2 per 100 patient-years (95% CI; 0.1–0.3,  I²=0%) for dasatinib, 3.9 per 100 patient-years (95% CI; 2.4–5.3, , I²=0%) for ponatinib, 0.1 per 100 patient-years (95% CI; 0–0.3, , I²=0%) for bosutinib and 0.8 per 100 per patient-years( 95% CI; 0–1.8, I²=0%).

The rate of IHD was 1.4 per 100 patient-years (95% CI; 1.0–1.6, I²=0%) for nilotinib, 0.1/100 patient-years (95% CI; 0–0.1, I²=0%) for imatinib, 0.6 per 100 patient-years (95% CI; 0.3–0.8, I²=0%) for dasatinib, 6.0 per 100 patient-years (95% CI; 4.2–7.8, I²=0%) for ponatinib and 0.3 per 100 patient-years (95% CI; 0–0.7, I²=0%) for bosutinib.

The rates of cerebrovascular diseases were 0.3 per 100 patient-years (95% CI; 0.1–0.4, I²=4.9%) for nilotinib, < .1 per 100 patient-years (95% CI; 0–0.1, I²=0%) for imatinib, 0.7 per 100 patient-years (95% CI; 0.4–1.0, I²=0%) for dasatinib, 2.9% (95% CI; 0–6.1, I²=0%) for ponatinib and 0.1% (95% CI; 0–0.4, I²=0%) for bosutinib.

**C.3.4.** Earlier in 2017, Douxfils, et al. reported on a meta-analysis of 10 RCTs (n=3043 participants) of TKIs. The risk of vascular occlusive events was significantly increased with nilotinib (OR, 3.42; 95% CI, 2.07-5.63), dasatinib (OR, 3.86; 95% CI, 1.33-11.18), and ponatinib (OR, 3.47; 95% CI, 1.23-9.78) compared with imatinib in patients with CML.[88]

*Abstracts*. Another meta-analysis of 32 studies and 16218 patients ( 20 studies on nilotinib, 12 for imatinib, 4 for ponatinib, 1 for dasatinib and 1 for bosutinib) reported that nilotinib was associated with a significantly increased incidence of CV events compared to imatinib (RR 1.6; 95% , CI 1.4-1.8).[184] The pooled incidence rates (95% CI) of CV events were 8% (6-10%) for nilotinib, 1% (0-1%) for imatinib, 2% (1-2%) for dasatinib, 10% (5-16%) for ponatinib,13% (11-16%) for bosutinib and 6% (3-10%) for non-TKI studies.

I excluded a meta-analysis which reported on the risk of CV events with all TKIs because of the lack of data specific to nilotinib.[185]  The analyses included the 300 mg dose of nilotinib (2.26, 95% CI 1.32 to 3.87), 400 mg dose of nilotinib (2.75, 95% CI  1.62  to 4.67) or the mean dose of nilotinib (2.54, 95% CI 1.49 to 4) all showed a significantly increased risk with all TKIs compared to imatinib. Limitations include the use of Mantel Hazel approach for meta-analysis inappropriate for sparse data.

**C.4. Adjusted Controlled Studies on Nilotinib and Cardiovascular Events.** I evaluated several controlled observational studies which reported on CV events with nilotinib. These were conducted in various settings and of various designs with varying degrees of median follow up.[7,8,52,89-92] They also varied in the degree to CV events were ascertained, with only a few studies conducting active ascertainment of PAD via regular screening. Most relied on reports of CV events. There was significant heterogeneity in the definition of CV events across studies.

I will summarize the data from adjusted controlled cohort studies which control for various CV risk factors.[7,8,52,89-92] These involved comparisons between patients taking nilotinib vs. imatinib and/or other TKIs. Four studies reported on an increased risk of CV events with nilotinib vs. imatinib,[7,8,52,90] two of which were statistically significant.[7,8] The remaining two studies also reported an increased risk which did not reach statistical significance.[52,90] I did not pool these studies in a meta-analysis because of the heterogeneity of study designs, adjustment for a different set of confounders and the concerns about duplication of studies conducted in the same database.[7,8] These four studies are represented in the below (**Figure 15**). Three other studies are discussed below. Chow et al., did not provide data on composite AT-AEs but on MI and stroke at one and five years.[92] Giles et al., also reported an excess of PAOD on nilotinib compared to imatinib and included data from ENESTnd trial already

included in the updated analysis study by Jain et al.[89] Casavecchia et al., reported no CV events on nilotinib but also noted that treatment with nilotinib was associated with higher incidence of PAD precluding any meaningful interpretation.[91]

*Figure 15. Forest Plot of Adjusted Controlled Observational Studies on Nilotinib and Cardiovascular Events*



**C4.1.Yang, et al.** reported on a population based retrospective cohort from Taiwan and compared incident first line users of imatinib (n=733), nilotinib (n=262) and dasatinib (n=212) on the primary incident outcome of ATE events (CAD, ischemic stroke, systemic embolism and vascular disease).[7] The median age was 45 years, 44 years and 47 years for imatinib, dasatinib and nilotinib group of users. Patients were followed from the index date of exposure until the occurrence of events or censored on the earliest date of switching treatment, discontinuation of TKI, death or study end which whichever occurred first. They accounted for *immortal time bias* and competing risks and *adjusted for various covariates including age, sex, index year, disease severity, diabetes, hypertension, and hyperlipidemia.* The mean follow-up time was 2.4, 3.74 and 2.09 among nilotinib, imatinib and dasatinib users, respectively. The incidence rate of ATE among nilotinib users was 20.69/1000 person years (PYs) was elevate compared to 6.93/1000 PYs on imatinib and 9.02/1000 PYs on dasatinib. The incidence rate was significantly different among the three groups (Fine and Gray P value= 0.0069). Nilotinib had a significantly higher risk of ATE in univariate (crude HR 3.17, 95% CI 1.47 to 6.88; P=0.0033) and multivariate Cox regression analyses (HR 4.92, 95% CI 1.67 to 14.50, P=.0039). Competing risk analysis adjusted for age, sex, index year, disease severity, CVD, diabetes, HTN and hyperlipidemia also showed statistically significantly elevated risk (Subdistribution HR, 4.92, 95% CI =1.68 to 14.36; P=.0036) with nilotinib vs. imatinib. Subgroup analysis showed results similar to primary analysis and nilotinib was associated with similar excess risks in patients < 55 years of age, both sexes, and those with baseline risk of CVD. There were no statistically significant differences in the ATE risk between dasatinib (9.02/1000 PYs) and imatinib. Although the risks of ATE with nilotinib exceeded those of dasatinib in competing risk analysis (SHR 1.65, 95% CI 0.5 to 5; P=0.4123), these risks were not statistically significant likely due to small number of CV events. The study adjusted for several CV risk factors but was unable to adjust for lifestyle variables such as smoking and obesity. Other limitations include the inability to report on individual ATE endpoints.

**C.4.2 Leong, et al.** reported on the risk of MACE among patients with CML in Canada.[52] Patients with CML were identified from the Ontario Cancer registry and followed until the development of MI, CVD and PAOD. After adjustment for CV risk factors, patients with CML had a lower subdistribution hazard for MACE (0.59, 95% CI 0.46 to 0.76) before 2001; but from 2001 and later, the adjusted SHR for MACE (1.27, 95% CI 0.96 to 1.43) was

similar to age-matched and sex-matched patients. The authors stated that the lower SHR for MACE in the pre-TKI time period was likely due to competing risk of CML mortality as participants did not survive to experience CVE.[52] When comparing TKIs, the number of events was small and there were only 19/263 vs. 118/1475 MACE events when nilotinib was compared to imatinib. The respective PYs of exposure to nilotinib vs imatinib was 631 vs. 6710. Age and sex standardized IR per 1000 PYs were higher for nilotinib (31.2, 95% CI 17.1 to 45.3) compared to both imatinib (14.2, 95 % CI 11.4 to 17.1) and dasatinib (14.6, 95% CI 7.3 to 22.0). Although the increased risk of MACE with nilotinib vs. imatinib persisted after *adjusting for MI, cerebrovascular disease, peripheral disease, heart failure, diabetes, hypertension, COPD, and duration of exposure to each TKI*, it did not reach statistical significance (OR 1.22, 95% CI, 0.70 to 1.97). The authors acknowledged the limited statistical power of their study to detect an effect given small sample size and limited follow up which biased their results towards null. Careful selection of patients who received nilotinib and better modification of cardiovascular risk factors in the nilotinib arm also likely biased estimates towards null. Strengths of the analysis include adjusting for cardiovascular risk factors and competing risk analysis. They did not have data on several CV risk factors, including lifestyle variables (smoking and obesity), and unmeasured confounding. Data on exposure might be misclassified for those less than 65 years of age if they paid out of pocket for TKIs. Another important limitation was the divergence in the curves for cardiovascular risk with age, suggesting that the proportional hazards may be violated.[186]

**C.4.3 Chen, et al.** evaluated the risk of vascular adverse events in Taiwan using the Taiwan Cancer registry and the Taiwan National Health Insurance Database in a propensity matched study. They compared three cohorts of users-nilotinib (n=306), dasatinib (n=240) and imatinib (n=565).[8] Baseline characteristics, including *age, sex, comorbidities, and co-medications,* across different TKI users were put into a logistic regression model to compute a propensity score for each patient. The composite outcome of vascular adverse events ("VAEs") including ischemic heart disease, ischemic stroke, other ischemic cerebrovascular disease, arterial occlusive disease, and venous thromboembolism was defined using administrative codes. During the follow up period the excess risk of VAE was reported among nilotinib users compared to imatinib or dasatinib. IHD was the most common VAE. The crude IR of VAE was 21, 7.9 and 15.1 per 1000 PYs among nilotinib, imatinib and dasatinib users, respectively. In the propensity matched cohort, the HR for VAEs in the nilotinib arm was statistically significantly increased compared to imatinib (HR 3.13, 95% CI 1.30-7.51: 19.2/1000 PYs vs. 5.8/1000 PYs). The IR was highest in the first year after initiation of TKI. The median time to event values was 1.6 years on nilotinib compared to 1.9 years on imatinib (earlier on nilotinib) in the matched cohort. The cumulative incidence curves were statistically significant when comparing nilotinib to imatinib (Log Rank P=0.0073) and began to separate in the first year suggesting an early hazard. There was no statistically significant difference in cumulative incidence curves when dasatinib was compared to imatinib (Log rank P value=.2584). The hazard ratio for VAEs in the dasatinib arm was higher than imatinib (HR 1.71 0.71 to 4.26; 15.3/1000 PYs vs. 7.4 PYs) but not statistically significant. Limitations of the study include the inability to adjust for lifestyle variables (smoking or alcohol) and the potential for unmeasured confounding. The follow up duration for the nilotinib and duration was shorter than the dasatinib arm, but still sufficient to detect an increased risk with most vascular adverse events occurring within 1-3 years of TKI initiation.

**C.4.4. Jain, et al.** also reported on an analysis of ATEs in 531 patients in 5 different individual institutional studies. These included a single armed study of nilotinib 400 mg twice a day (n=158) NCT00129740 (clinicaltrials.gov). Three studies of imatinib were also included including two single armed studies, NCT00048672 (n=50) and NCT00038649 (n=117) and a randomized crossover study NCT00050531 which evaluated imatinib vs. pegylated interferon alpha and Sargramostim. Another study, NCT01570868, was an uncontrolled single arm study of ponatinib (n=51) which was discontinued due to slow accrual of participants. Finally, there was another single armed study of dasatinib, NCT00254423, which included 156 participants.

They included the imatinib 400 mg (n=71; median follow up 144 months) and imatinib 800 mg (n=203; median follow up 136 months), nilotinib (n=108; median follow up 77 months), dasatinib (n=106; 85 month), and ponatinib (n=43; 42 months) group.[90] AT-AEs evaluated included CAD, CVD (stroke/TIA), and PAD. Overall, 46 patients (9%) developed AT-AEs. This included 56 % with CAD, 24% with CVA and only 13% with PAD with a median time to event for any ATE was 46 months (0.3 to 155 months). Subsequent AT-AEs developed in 26% of patients.

The occurrence of AT-AEs was highest in the ponatinib arm (14%) and dasatinib arm (14%), followed by nilotinib (10%) and imatinib 400 mg (7%) and imatinib 800 (4%).

The incidence of CAD and CVD was higher in nilotinib compared to imatinib. The incidence of CAD was 6% of patients on nilotinib compared to 4% in the 400 mg dose of imatinib and 3% in the 800 mg dose arm of imatinib. CVD was reported in 3% of patients on nilotinib compared to 1% each in the 400 mg and 800 mg arm of imatinib. The number of events for PAD was too small to draw any meaningful inferences (2 events in the 800 mg dose of imatinib arm and none on nilotinib).

The corresponding AT-AEs rates showed similar patterns of excess risk for ATEs, CAD and CVD with nilotinib compared to imatinib. The IR per 100 person years for AT-AE was 2.3 (95% CI 1.3 to 4.1) for nilotinib, 1.3 (95% CI 0.5 to 3.1) for the 400 mg dose arm of imatinib, 0.7 (95% CI 0.4 to 1.3) for the 800 mg dose of imatinib.

The IR per 100 person years for coronary artery disease was 1.4 (95% CI 0.7 to 3) for nilotinib, 0.8 (95% CI 0.3 to 2.4) for the 400 mg dose arm of imatinib and 0.4 (95% CI 0.2 to 0.9) for the 800 mg dose of imatinib. The IR per 100 person years for cerebrovascular disease was 0.6 (95% CI 0.2 to 1.9) for nilotinib, 0.3 (95% CI 0.0 to 1.8) for the 400 mg dose arm of imatinib and 0.2 (95% CI 0.0 to 0.6) for the 800 mg dose of imatinib. The patterns of increased risk with nilotinib vs. imatinib 400 mg persisted even after adjustment for exposure time for AT-AEs, CAD and cerebrovascular disease but did not reach statistical significance due to limited statistical power. Both the univariate analysis (IRR 1.75, 95% CI 0.61 to 5.04; P=0.298) and multivariate analysis for AT-AEs (IRR 1.49, 95% CI 0.48 to 4.58; P=0.487) also showed an excess risk of AT-AEs with nilotinib vs. imatinib 400 mg but failed to reach statistical significance likely due to small number of events.

Ponatinib showed the highest IR (95% CI) for AT-AEs at 9.0 (4.1-20.1) and the IR for dasatinib was 2.9 (1.7 to 4.7). In a multivariate analysis, ponatinib therapy was associated with increased incidence rate ratio (IRR) for AT-AEs (6.38; 95% CI, 1.8-21.8; P, < .0001) compared with imatinib 400 mg.

There are several limitations in the study design such as the absence of any direct comparisons between nilotinib and imatinib which limit the ability to provide robust inferences on the risk of ATE between nilotinib and imatinib. They only included one single armed study of nilotinib and three studies of imatinib. Two of these imatinib studies of which were single arm and the other with a non-nilotinib comparator active comparator. Although they state that patients were allocated in alternating fashion, such allocation does not signify a true random assignment. Second, the specific risk factors accounted for in their multivariate analysis are unclear because these were not reported in the methods section or their multivariate analysis (Table 4) which is standard for accurate reporting and interpretation of multivariate analysis. Despite these limitations, they still reported an excess of ATEs, CAD and CVD with nilotinib compared to imatinib. **Moreover, overwhelming evidence in support of an increased risk of ischemic cardiovascular events with nilotinib is noted from randomized comparisons and more robust studies** including our meta-analysis of RCTs above, and reported by other meta-analysis, as well as the findings of the ENESTnd trial.

**C.4.5. Chow, et al.** conducted a retrospective cohort study in the commercially insured population in the United States.[92] They compared the risk of nilotinib, ponatinib, bosutinib and dasatinib with imatinib. In the first year of therapy, rates of myocardial ischemia noted with nilotinib, imatinib and dasatinib were 0.49/PYs, 0.62/PYs, and 1.04/PYs respectively. In the first year of therapy, rates of stroke were highest with nilotinib (0.72/PYs) compared to either imatinib (0.06/PYs) or dasatinib (0.15/PYs). Between 2-5 years of therapy, rates of myocardial ischemia were highest with nilotinib (1.02/PYs) compared to either imatinib (0.78/PYs) or dasatinib (0.89/PYs). Similarly, between years 2-5, rates of stroke were highest with nilotinib (0.41/PYs) compared to either imatinib (0.09/PYs) or dasatinib (0.23/PYs). After adjusting for *sex, age, ethnicity, index year, race/ethnicity and Charlson comorbidity index*, they reported no difference in the first year for MI (OR 1.36, 95% CI 0.87 to 1.23 for dasatinib vs. nilotinib) or stroke (OR 0.79, 95% CI 0.40 to 1.59). The adjusted estimates for dasatinib vs. nilotinib between years 2-5 of therapy were also similar and not statistically significantly different between dasatinib vs. nilotinib for MI (OR 1.13, 95% CI 0.89) or stroke (0.77, 95% CI 0.48-1.24). Limitations include the lack of information on smoking and obesity and the potential for unmeasured confounding. The potential for misclassification of both exposures and

outcomes is high and would bias their findings towards the null. The generalizability of the study to a non-insured population is limited.

**C.4.6.** A retrospective study by **Giles, et al. in 2013** - for which Novartis provided financial support - pooled data from three RCTs (International randomized study of Interferon and ST1571 (IRIS), Tyrosine Kinase Dose Optimization study (TOPS), and a partial 3-year update of the ENESTnd trial.[89] The IRIS study was an open-label cross-over trial which compared imatinib 400 mg daily vs. interferon alfa and cycles of cytarabine.[187] A proportion of participants with the interferon and cytarabine arm crossing over to imatinib. Tyrosine Kinase Dose Optimization Study (TOPS) compared imatinib 400 mg PO BID vs. imatinib 800 mg PO BID.[188] The authors reported on PAD in three separate cohorts—(1) a no TKI arm (n=3/533), (2) a nilotinib arm (n=7/556), and (3) an imatinib arm (n=2/1301). All the 7 PAOD events on nilotinib all came from the ENESTnd trial (4 from the 300 mg and 3 from the 400 mg arm) whereas data on the no TKI arm were from IRIS cohort and data on imatinib cohort included the ENESTnd, TOPS and IRIS study.[187]

Both the cumulative incidence and the multivariate OR were higher for nilotinib compared to imatinib. They reported the highest cumulative incidence of PAOD with nilotinib 1.3%, compared to only 0.2 % on imatinib and 0.6% in the no-TKI cohort. The multivariate odds ratio, accounting for age > 65 years, lipid levels and vascular disease when comparing the nilotinib only cohort to the imatinib cohort was more than two-fold statistically significantly higher for nilotinib 14.87 (95% CI 2.73-145.64). However, exposure-adjusted relative risk for PAD was 0.9 for nilotinib (95% CI 0.2-3.3) and 0.1 for imatinib (95% CI 0.0-0.5) compared to the no-tyrosine kinase inhibitor arm, respectively.

There were several limitations that preclude us from drawing any firm conclusions. *First*, it is generally accepted that a *pooled analysis* of trial data is not as reliable as prospective reviews and meta-analysis of RCTs (such as the one I conducted and the other meta-analyses described above).[6] Such pooled analysis erases the benefit of randomization, which controls for both measured and unmeasured confounders at baseline. The inferences based on **prospective randomized comparisons between nilotinib and imatinib** in the ENESTnd trial outweigh the inferences that can be drawn from this retrospective analysis because they represent randomized comparisons. *Second*, the pooled analysis contained data from studies that did not include nilotinib (such as IRIS and TOPS). Including these non-nilotinib controlled studies inflates the cumulative number of events with imatinib (2 PAD) seen in the TOPS trial and dilutes the relative risk of CV events with nilotinib relative to imatinib. *Third*, the authors' choice of a non-TKI comparator is arbitrary since no prospective RCTs have evaluated these comparisons. *Fourth*, adjustment for exposure time violates the principle of intention to treat analysis. Because of differential dropouts, such as the higher rate of dropouts seen with imatinib compared to nilotinib in the ENESTnd trial, this would result in more exposure-time (denominator) added to nilotinib and dilute the relative risk compared to imatinib. *Fifth,* given the rarity of these events, the RR estimates are imprecise. Despite these significant limitations, all of which serve to attenuate the risk of CV events with nilotinib relative to imatinib, the study still reported "a higher cumulative incidence and odds ratio of PAOD events in patients with CML-CP receiving nilotinib, than in those receiving imatinib." This study only include 7 PAOD events in the nilotinib arm from the ENESTnd trial. Finally, the 10-year update of the ENESTnd study which has reported 38 PAOD events among nilotinib participants compared to none among imatinib render the findings of this analysis obsolete.

**C.4.7. Casavecchia, et al.** reported on a small study which compared nilotinib (n=15), imatinib (n=29), dasatinib (n=11), bosutinib (n=3) and ponatinib (n=3) after a 2.5 median year follow up.[91] Although included in the adjusted controlled section for completeness the study had significant limitations in reporting. They reported no CV events in nilotinib and bosutinib and rates for CVE in imatinib, dasatinib and ponatinib as 0.19, 0.15 and 1.69/person years (Log Rank P < 0.05). Rates remained significant after multivariate correction. Although they did not report any CVs on nilotinib, they went to report in the discussion that "*treatment with nilotinib was associated in our population with a higher incidence of CVE, especially severe PAD with stents implantation or limb amputation*". These inconsistent findings and the small number of participants on nilotinib prevent us from drawing robust conclusions about the cardiovascular effects of nilotinib.

**Risk of Bias Assessment of Observational Studies using NewCastle Ottawa Score.** The bias assessment of the adjusted observational studies is shown in **Supplementary Table 1 (G.2).** Although studies were rated to be of fair quality,[7,8,52,89-92] based on the NOS assessment their limitations are discussed in their respective section. The potential for unmeasured confounding and lack of data on lifestyle variables was a consistent feature across studies. Yang et al., Chen et al, and Leong et al. were rated as being of the highest quality.[7,8,52] Although the evidence from RCT and their meta-analysis are more robust, evidence from adjusted controlled observational studies is of higher quality than the unadjusted controlled cohort studies which are more susceptible to confounding.

**C.5. Unadjusted Controlled Observational Studies of Nilotinib vs. other Tyrosine Kinase Inhibitors.** Twenty-five unadjusted studies reported on the risk of CV events with nilotinib compared to other TKIs.[9,12,53,93-114] All studies were rated as being of poor quality based on the NOS scale, because they did not adjust for any major confounders (e., g., diabetes, or hypertension). However, the rate of CVD was statistically significantly higher in the nilotinib arm compared to the comparators for eight studies.[9,12,93,94,106,107,113] Of the remaining, 14 studies reported an excess of CV risk with nilotinib but did not report on the statistical tests. Only 2 out of the 25 studies of small sample size reported an excess of events in comparators compared to nilotinib none of which was statistically significant.[97,101] All unadjusted controlled studies are considered to be of poor quality because of the lack of adjustment for confounders.

**C.5.1. Studies Reporting a Significantly Excess Risk of Nilotinib vs Imatinib or Comparators.**

**C.5.1.1 Dahlen, et al** reported on a statistically significant increased risk ratio of atherosclerosis (n=17 events; IRR 4.7, 95% CI 2.3-9.5; P <0.0001), other PVD (n=11 events; IRR 3.4, 95% CI 1.5-7.7; P =0.0027), acute MI (n=15; IRR 2.9, 95% CI 1.5-5.6; P=0.0012), chronic IHD (n=17, IRR 2.2, 95% CI 1.2-3.9; p=0.009), with nilotinib (n=388) compared to imatinib (n=1213) from the Swedish CML cohort. [113] IRR for both hypertension (IRR 1.5, 95% CI 1 to 2.3) and diabetes (IRR 2.2, 95% CI 1.2 to 4.1) were also elevated. Outcomes were defined using ICD codes. The median follow-up in the nilotinib cohort was 2.8 years compared to 3.2 years in the imatinib arm. The IRR findings were *adjusted for false discovery rates* for CML population as compared to controls. The findings for Acute MI, atherosclerosis and other PVD remained significant in the delayed entry model. The IRR in the nilotinib cohort for AMI and atherosclerosis remained robust after *adjustment for multiple testing*. The estimates adjusted for *age, sex and calendar period* were significant for acute MI (IRR 2, 95 % CI 1.5-2.6) chronic IHD (IRR 1.5, 95% CI 1.2-2) and atherosclerosis IRR 3.8 (IRR 2.6—5.5) and elevated, though not significant, for cerebral infarction (IRR 1.3, 95% CI 1 to 1.18). They also reported no increased risk of ischemic events with nilotinib vs. dasatinib. The small number of patients treated with bosutinib or ponatinib and limited follow up duration (0.6 years with bosutinib and 0.5 years, respectively) precluded any meaningful conclusions. One case of atherosclerosis, PVD and chronic IHD were reported with ponatinib.

**C.5.1.2. Caoci, et al.** reported on the risk of recurrent ATE in 57 patients with a previous history of CVD treated with 2nd generated TKIs (n=10 on imatinib, n=10 on ponatinib, n=25 with dasatinib and n=12 with bosutinib).[107] Over a period of 60 months, 29.8% developed recurrent ATE comprising of 12.3% in the nilotinib group compared to 5.3% in the dasatinib group, 7 % in the ponatinib group and 3.3% in the bosutinib group. The cumulative incidence of ATE was statistically significant highest in the nilotinib group (n=76.7% + 14.3%) and ponatinib group (64% +/-20%) compared to dasatinib (44 % ± 24.2%) and bosutinib (30.5% ± 15.5%) (p=0.01).

**C.5.1.3. Assuncao, et al.** reported on the risk of MI, unstable angina, PAOD, acute arterial occlusion, stroke, arrhythmia and cardiac failure with imatinib (n=119, median follow-up 2047 days), nilotinib (n=42, median follow-up 1773 days) and dasatinib (n=75; median follow-up1712 days).[106] No CVE events occurred during imatinib treatment, 6 events occurred during nilotinib treatment and 3 events occurred during dasatinib treatment (one of which was an arrythmia). There was a statistically significant higher risk of arterial occlusive events with nilotinib vs. dasatinib (14.2% vs 2.6%; P≤0.001). They reported a elevated cumulative incidence of arterial events with nilotinib RR 4.95 (95 % CI, 0.99— 24.82; P=0.52). There was also a trend towards earlier occurrence of CV events with nilotinib (P=0.05) compared to dasatinib. There were no ATE events on imatinib.

**C.5.1.4. Caoci, et al.** reported on another retrospective cohort study from Italy which compared nilotinib (n=286)

to dasatinib (n=220).[102] A positive history of CV disease was noted in approximately 181 patients with a mean follow up of 5.4 years since CML diagnosis. Although the cumulative incidence of CV events (n=44 vs 24) was higher with nilotinib (24.7 % +/- 3.9%) compared to dasatinib at 60 months (16.4 % +/-3.7%), this difference was not statistically significant (P=0.25). The frequency of PAOD was statistically significantly higher with nilotinib (47.7% vs 16.7%) (P=0.006).

**C.5.1.5. Bocchia, et al.** conducted a single center retrospective cohort study and reported a statistically significant excess of ischemic CV events among nilotinib (n=52) compared to imatinib (n=58) (27% vs. 5%; P= 0.00011). [12] The duration of TKI exposure was significantly higher in the imatinib arm, and the presence of dyslipidemia was higher in the nilotinib arm. Of the 14 events in the nilotinib arm, 5 of these were IHD events and 9 were PAOD events. In the imatinib arm, there was 1 PAOD event and 2 carotid occlusions. Median time to development of CV events was shorter in the nilotinib cohort (30 months) in the nilotinib cohort compared to 125, 132 and 102 months for the 3 events in the imatinib cohort.

**C.5.1.6 Fossard, et al.** prospectively analyzed patients with standard clinical assessments (height, weight, BMI), onset of any CV events, and basic routine BMP in 2016. Approximately 52 months of follow-up, they reported CV events among 23 of the 114 (22%) participants in the nilotinib vs. 4 (8%) in the imatinib arm. The cumulative incidence of CVE in the nilotinib group was 10.2% at 60 months compared to 0% for imatinib (P< 0.001), a difference which was statistically significant.[9] There was evidence of dose-response effect discussed in detail below in the section on dose-response.

**C.5.1.7. Kim, et al.** conducted a single center prospective study which evaluated the risk of PAD (**as measured by ABI and PAOD events**) among patients on nilotinib (n=66) compared to imatinib (n= 54).[93] 81% of patients were screened by assessment of Ankle-Brachial Indexes (ABI) (a quick and noninvasive way to detect peripheral artery disease by comparing blood pressure at the ankles with blood pressure in the arms), with peripheral arterial disease being defined as an ABI less than <0.9. Pathological ABI was statistically significantly higher in the first line nilotinib (7 of 27; 26%; P=0.0297) and second line nilotinib (10 of 28; 35.7%; 0.0029) compared with first line imatinib (3 of 48; 6.3%). There were 5 patients with PAOD, all on nilotinib.[93] When comparing nilotinib treated patients with imatinib treated patients, the RR of either a pathological ABI and the occurrence of pathological Duplex ultrasonography with or without a PAOD event was 10.3 (95% CI 2.3 to 61.5) in the nilotinib, 13.2 (95% CI 1.1 to 692.5) compared to imatinib treated group.

**C.5.1.8. Levato, et al.** retrospectively evaluated the incidence of PAOD or other vascular diseases among 27 patients on nilotinib vs. 55 patients on imatinib in a single center cohort study with a median follow up of 24 months on nilotinib. They reported 4 CV events (14.8%) (1 IHD, 1 stroke, and 2 PAD) in the nilotinib arm compared to 1 IHD in the imatinib arm after 135 months of therapy (1.85%).[94] Two of the PAOD events occurred in the context of GIMEMA trial (GIMEMA CML 0307). The projected 10-yr probability of survival without PAOD (free without PAOD) was 100% in the imatinib group and 67% in the nilotinib group (HR 14.6; P = 0.0008), despite similar baseline characteristics between the two groups and higher duration of exposure on imatinib suggesting a strong effect of nilotinib on development of PAOD.

**C.5.2 Studies Reporting an Excess Risk of Nilotinib vs. Imatinib or Comparators.**

**C.5.2.1 Nakamae, et al.** reported on CV events in patients on TKIs (n=15 on imatinib; 22 on nilotinib; 22 on dasatinib; 11 on bosutinib and 4 on ponatinib).[114] Overall, eighteen CV events occurred among sixteen patients with the highest proportion of events reported among nilotinib. Among the 18 CV events 9 (50%), 4 (22%), 3 (16.7%) and 2 (11.1%) occurred in patients on nilotinib, dasatinib, imatinib and bosutinib, respectively.

**C.5.2.2. Scalzuli, et al.** reported an excess of CTCAE CV events in the nilotinib arm (n=6/59; 13%) compared to dasatinib (n=3/72; 4.1%)[112] over a median duration of 33 months. The specificity of these CV events was unclear and, as expected, more pleural/pericardial effusions were reported on dasatinib (24/72 vs. 1/59).

**C.5.2.3. Varga, et al.** reported on a small retrospective cohort study among CML patients in Romania.[110] They reported that 3/12 ( n=1 arterial occlusion, n=1 STEMI, n=1 ischemic stroke) compared to 1/22 patient who

developed a STEMI in the imatinib cohort. One STEMI was reported in the dasatinib cohort (n=9), where the majority of reported events were pericardial effusions.

**C.5.2.4. Novo, et al.** reported on another small retrospective cohort of patients treated with nilotinib (n=18), dasatinib (n=9), ponatinib (n=3) and imatinib (n=25, of whom 21 had gastrointestinal stromal tumors and 4 had CML). In patients on nilotinib, two ACS events were reported, three patients had episodes of angina, and one patient had PAD. There were no ischemic events reported in the dasatinib or ponatinib cohorts whereas 1 patient with CAD was reported in the cohort of patients on imatinib. Limitations of the study include the inclusion of a population that did not include CML in the imatinib arm.

**C.5.2.5. Kizaki, et al.** reported on an observational cohort in Japan using the New Timely and Appropriate Registration System for GLIVEC® Therapy (TARGET) system which comprised of 139 patients on imatinib, 169 patients on nilotinib and 144 patients on dasatinib.[108] followed over a period of 5 years. Overall, sixteen VAEs were reported among 12 patients (n=1 on imatinib, n=6 on nilotinib and n=5 on dasatinib).

**C.5.2.6. Tiribelli, et al.** reported on the risk of CV events in an Italian cohort of patients with CML on nilotinib (n=68) vs. dasatinib (n=95).[105] They were followed up for a period of 48 months. They reported 4 PAOD events, 3 CV events in the nilotinib cohort. Five out of the total 16 deaths in the dasatinib cohort occurred due to CV events as compared to (1/9) deaths in the nilotinib cohort for CV events.

**C.5.2.7. Ota, et al.** reported on a real-world study from Japan on the risk of CV events with nilotinib (n=100; median follow-up of 1359.5 days), imatinib (n=255; median follow-up of 1359.5 days) and dasatinib (n=95; median follow-up of 716 days).[104] They reported an excess of CV events in the nilotinib group (3%) compared to either imatinib (1.6% ) or dasatinib (0%). Among 3 patients with nilotinib treated for > 5 years, one developed severe cardiovascular event.

**C.5.2.8 Fujioka, et al.** reported on VAE among patients on nilotinib (n=140), imatinib (n=199), dasatinib (n=143) and bosutinib (n=29).[103] The rates of VAE were higher among patients on nilotinib (25.86/1000 PYs), compared to imatinib (6.74/1000 PYs) or dasatinib arm (7.3/1000 PYs). The incidence rate of IHD, cerebral infarction, and PAD per 1000 PYs was 15.09, 6.47 and 4.71 during nilotinib therapy was also higher compared to either imatinib or dasatinib therapy. The incidence rate of IHD, cerebral infarction, and PAD/1000 PYs was 2.99, 2.25 and 1.50 during imatinib therapy. The incidence rate of IHD, cerebral infarction, and PAD per 1000 PYs, was 4.87, 2.43 and 0 during dasatinib therapy. They also showed a shorter time for occurrence of VAE with nilotinib 29.3 months compared to imatinib (95.1 months) or dasatinib (46.8 months) Limitations include the small sample size, the inclusion of patients with exposure to other TKIs and history of VAEs.

**C.5.2.9. Suh, et al**. compared 120 patients on nilotinib to 81 patients on dasatinib in a retrospective cohort analysis. Six patients in the nilotinib group (5%) experienced CVEs; 4 had stroke, 1 had ACS with stroke and 1 had PAOD. No ischemic CV were reported in the dasatinib arm, but the established adverse effect of pleural and pericardial effusion with dasatinib was noted.[100] All patients had prior treatment with imatinib. The CV events were defined based on Common Terminology Criteria for Adverse Effects (CTCAE) and median follow up was 36.9 vs. 37.2 months in the nilotinib vs dasatinib cohort.

**C.5.2.10. Osada, et al.** reported on 40 patients on nilotinib (n=10), imatinib (n=16) and dasatinib (n=14).[99] Three CV events were reported at 48 months including 2 events in the nilotinib arm (one MI and one PAOD) and one PAOD in the imatinib arm. **C.5.2.11. Takahashi, et al.** reported on a propensity matched study which compared nilotinib vs. dasatinib (n=104 vs. 102) in two single arm phase II trials, NCT 00254423 for dasatinib, and NCT 00129749 for nilotinib).[98] The follow up was 3 years. There were two ischemic CV events reported in the nilotinib group (1 MI and 1 PAOD) and none in the dasatinib group.

**C.5.2.12. Dahlen, et al**. followed 896 chronic phase CML patients for 4.2 years and compared them to age and sex-matched controls. There were 54 arterial events in the cohort IRR for CV events among CML patients was higher compared to controls (IRR 1.5, 95% CI 1.1 to 2.1). The IRRs for ATE, MI and cerebrovascular ischemia were all higher in the nilotinib cohort compared the imatinib or dasatinib cohort. The IRR/1000 PYs rates of ATE were

higher on nilotinib (IRR 29, 95% CI 6-60) compared to imatinib (IRR 13, 95% CI 7-16) or dasatinib (IRR 19, 95% CI 4-39).[53] The IRRs for MI on nilotinib (IRR 29, 95% CI 6-58) were higher than that of imatinib (IRR 8, 95% CI 4-10) and dasatinib (IRR 19, 95% CI 4-37). Similarly, the IRRs/1000 PYs for cerebrovascular ischemia on nilotinib (IRR 11, 95% CI 0-30) were higher than that of imatinib (IRR 4, 95% CI 1-5) and dasatinib (IRR 4, 95% CI 0-12). Limitations included the small sample size. Confounding by disease characteristics was less likely because of minimal differences in distribution of characteristics among groups.

**C.5.2.13. Gora-Tybor, et al**. compared 55 patients on nilotinib vs dasatinib ( n=50) (median follow up 18 months to 29 months) in a multicenter retrospective cohort analysis and reported an excess of severe vascular events with nilotinib compared to dasatinib ( 6/55 vs 2/500 but these differences were not statistically significant (11% vs. 4%; P= 0.16).[96] A slightly different but nonsignificant P value is noted in Table II of their paper. An additional patient had Raynaud's phenomenon in the nilotinib group, sometimes considered a vascular event. The time to vascular events ranged between 19-22 months in the dasatinib group compared between 6-69 months in the nilotinib group.

**C.5.2.14. Neelakantan, et al.** reported on a study of 57 patients who achieved complete cytogenetic response to imatinib and switched to second line therapy, in which 37 patients received dasatinib, 19 patients received nilotinib and one patient received bosutinib as second line therapy, one patient with PAOD was noted in the nilotinib group.[95] No PAOD events were noted in other groups.

### C.5.3. Studies Reporting an Excess Risk of Other TKIs vs. Nilotinib

**C.5.3.1. Bettiol, et al.** reported on the long-term safety of nilotinib (n=8) vs. imatinib (n=73) from Italy over a median follow up of 5.93 years in a retrospective cohort.[101] Four patients in the imatinib cohort had a stroke and one patient had MI. There were no ischemic CV events among in this small nilotinib cohort.

**C.5.3.2. Jain, et al.** conducted a retrospective analysis of 5 controlled trials of TKIs at MD Anderson Cancer Center reported on imatinib 400 mg (n=68), imatinib 800 mg daily (n=200), dasatinib 50 mg twice daily or 100 mg daily (n=106) and nilotinib 400 mg twice a day (n=108).[97] Six deaths due to cardiac causes were reported on imatinib. A patient died due to stroke in the nilotinib arm. There were no ischemic CV deaths on dasatinib.

**C.5.4.** I separately evaluated the retrospective cohort study by **Chiwata, et al.** which evaluated the risk of CVD among 264 patients with CML treated with TKIs with a median age of 58 years old from the Nagasaki Prefecture.[111] Only 26 patients had CVD at baseline. Among 170 patients on imatinib, only 18 patients had CVD compared to 152 without CVD at the time of CML diagnosis. Among 41 patients on nilotinib, 8 patients had CVD at baseline compared to 33 without CVD at the time of CML diagnosis. While they reported on CVD at baseline, they could not evaluate the specific risk of each drug given various combinations used and the various treatment duration.

### C.5.5.  Case control study of Nilotinib and Cardiovascular Events.

**Rattanathammethee, et al**. conducted a cross-sectional case control study which evaluated the odds of PAOD (defined as ABI<0.9) and reported that the risk of PAOD was 9.1 % in the CML cases compared to 4.1% in controls (n=156).[142] PAOD was measured using serial ABI measurements. In 78 patients with CML (n=61 on imatinib, 13 on nilotinib and 4 on dasatinib), abnormal ABIs were noted in 7 patients or 9% of the cases. Patients in the nilotinib group had the highest prevalence of abnormal ABIs (30.8%), compared to 4.9% of the patients on imatinib and 0% of the patients on dasatinib. The odds of PAOD event associated with nilotinib was statistically significantly higher than imatinib (OR 8.59, 95% CI 1.6 to 44.9: 4/13 vs 3/61). There was no evidence of PAOD in the small dasatinib group. PAOD was more prevalent in CML cases (OR 2.09, 95% CI 0.71-6.21; P=.181) a finding which was not statistically significant.

**C.6. Uncontrolled Studies reporting on Nilotinib and Cardiovascular Events.** I included 27 uncontrolled studies on nilotinib.[115-141] They ranged from single to multicenter, retrospective to prospective, and varied in the duration of follow-up and the number of participants, with the number of participants as high as 1089 in one study,[132] and the duration of follow up as long as 10 years.[115] They had varying methods of ascertaining cardiovascular events, which were mainly reported as clinical events or review of medical records. The rates of PAD were generally higher when there was prospective screening for the disease. Studies with longer duration of follow up reported that

approximately one fourth of their participants developed arterial events ( similar to the nilotinib arms of ENESTnd) trial.[115] Some studies were notable because they reported the recurrence of ATE events after stopping and restarting nilotinib.[120] The key studies of note are:

1) The phase II study **GIMEMA CML 0307 (NCT00481052)** enrolled 73 adult patients (median age 51 years, range 18-83) with newly diagnosed chronic-phase (CP)-chronic myeloid leukemia (CML) on nilotinib 400 mg twice daily which was reduced to 300 mg twice daily as soon as drug was approved. The 10-year update reported that at least 17 patients 23.3% of patients (at a median age of 69 years), had at least one arterial obstructive event.[115]

2) **Radich, et al.** reported on The ENESTfreedom which assessed the feasibility of treatment-free remission (TFR) in patients with CML on nilotinib treatment.[116] They reported  that CV events occurred in 4.7% of patients in the consolidation phase which decreased to 2.3% in the first 48 weeks following start of TFR phase. Among 190 patients who entered TFR phase, CVEs were reported in five patients (2.6%). In the re-initiation phase, 5.1% CV AEs were reported among those who entered consolidation phase and 17.6% experienced CV AEs in the re-initiation phase. IHD, ischemic cerebrovascular events and PAOD were reported in 8.8, 3.3 and 4.4% in the re-initiation phase, respectively.

3) **Hughes, et al.** reported the 5-year update of the ENESTop study which evaluated TFR in patients with CML who had received > 3years of TKI therapy and achieved remission.[117] 6.1% of the participants experienced a CV event during consolidation phase with nilotinib whereas 3.2% experienced CV events during TFR. An exposure-adjusted analysis of total CVEs during the reinitiation phase was 8.3%/100 Treatment Years.

4) **Huguet, et al.** reported-on a prospective observational study from France and noted that 7/83 patients on nilotinib (3.8%) experienced on CV ischemic AE at 24 months of follow up.[121]

5) In a retrospective cohort of patients from Australia, **Minson, et al**. outlined the natural course of VAEs nilotinib in 220 patients at 17 institutions.[120] Data on ACS, ischemic CVD and PVD were collected. The median follow up was 42 months. VAEs occurred in twenty-six patients (12%) with an incidence of 4.1 per one hundred patient-years. ACS was most common (n=13 patients), followed by PVD (10 patients) and then ischemic cerebrovascular disease (3 patients). There was a case of death due to a first VAE. 90% of events occurred in the first 3 years of therapy. Ongoing use resulted in a statistically significant excess of recurrent VAEs in 7/14 patients who continued nilotinib (2 fatal AEs) vs. only 1/11 who discontinued nilotinib (P=0.04). The cumulative incidence for VAE in those who continued on nilotinib after their first vascular AE vs. those who stopped nilotinib after vascular AE was statistically significantly elevated HR 8.3 (95% CI 1.01 to 68; P=0.019). The risk of recurrence was persistent despite pharmacologic treatment with antiplatelets. Recurrence was not associated with a longer exposure time. The risk of recurrence after initiation of nilotinib provides support for a causal association. The rates of vascular AEs in the study (4.1/1000 PYs) are higher than that of Swedish cohort by Dahlen, et al. (2.9/1000 person years),[53] because of longer follow-up time (2.9 vs. 0.9 exposure years respectively) and suggests that risks persist even after the early treatment periods. These findings are similar to 5-year data from ENESTnd (7.5% in the nilotinib 300 mg BID arm and 13.4% in the nilotinib 400 mg BID arm). They identified smoking and dyslipidemia as a significant risk factor for VAE and were unable to detect a difference between the two doses of nilotinib because of insufficient statistical power.

6) **Masarova, et al.** reported on a single institution phase 2 study on 122 patients with nilotinib 400 mg PO twice daily with a median follow up of  78.3 months.[119] Twelve ischemic CV events occurred in 10 patients (8%). Eight patients had a single ischemic CV AE and 2 patients had ischemic CAD and CVS.

7) Another cohort study of nilotinib which evaluated dose-escalation noted 2 MIs among 51 patients who received nilotinib. The median dose intensity was 600 (207-736) mg/day.[118]

8) **The ENESTnext**—a single arm multi-centric study followed patients (n=128) on nilotinib 300 mg twice daily[122] noted that at 2 years of follow up 3 patients experienced an MI (2.36%). Additional one patient each

- 39 -

developed CVA (0.8%) and TIA (0.8%). There was no incidence of PAOD.

9) **Tokuhira, et al.** conducted a retrospective analysis of 70 patients with CML on nilotinib with a median follow up of 3.4 years. One patient each developed acute MI, PAOD, and brain infarction. The patients with MI and brain infarction were above 80 years old and the PAOD was attributed to a renal carcinoma mass.[123]

10) In a study from South Korea, **Shin, et al.** (n=110 on nilotinib 300 mg PO BID; median follow up 22.2 months) and noted the occurrence of cerebral infarction among 2 patients and unstable angina among 1 patient.[124]

11) **Noguchi, et al.** reported 3 VAEs among 76 patients on nilotinib at the end of 24 months of follow-up, which included 2 patients with cerebrovascular disease and 1 patient with angina pectoris.[125]

12) **Mahon, et al.** reported data from a cohort (NCT01698905) in which patients treated with nilotinib received consolidation therapy (n=163), of whom 126 met criteria for entering TFR.[126] Among all patients who entered the TFR phase (n=126), 6 had CV events during the consolidation phase (4 had PAOD disease; 2 had IHD), and none had events during the first 48 weeks of treatment free remission.

13) **Kuo, et al.** reported on nilotinib in patients with CML with resistance or intolerance to imatinib mesylate The (NOVEL) study from Taiwan followed 85 patients on nilotinib for 2 years and reported the occurrence of SAEs such as acute recurrent left thalamic infarction, infarction of the left basal ganglia and corona radiata.[127] Angina pectoris, myocardial ischemia was reported in two patients each (2.4%) and MI in one patient (1.2%). There were no instances of PAOD.

14) **Ishikawa, et al.** reported on 38 patients on nilotinib 400 mg twice daily who were monitored for a 2- year follow-up and one patient experienced an MI.[128]

15) **Cony-Makhoul, et al.** reported on a cohort of 146 patients in the TARGET RMC (Tasigna as Second Line therapy in Glivec-resistant or intolerant CML PC patients in current practice-complete molecular response) study on nilotinib followed for 2 years in France. Among this cohort, 12.3% developed ischemic CV events and 4.1% developed PAOD in 6 patients (4.1%).[129]

16) **Hughes, et al.** reported on the final results of the ENESTxtnd study which enrolled 421 patients on nilotinib for 2 years.[130] They reported CV events in 19 patients (4.5%), which included 14 IHD (3.3%), 1 stroke (0.2%), 5 PAOD (1.2%) and one arterial stenosis (0.2%).

17) **Aghel, et al.** enrolled 63 patients on nilotinib for a median duration of 63 months.[131] They reported that 9% experienced a composite end point of stroke, PAD, ACS, heart failure and CV death. Ultrasonographic data in asymptomatic patients showed that an additional four patients (8%) had abnormal lower extremity Doppler.

18) Another uncontrolled clinical study, **Evaluating Nilotinib Efficacy and Safety in Clinical Trials as First-Line Treatment (ENEST1st)**, followed 1089 patients who received nilotinib in 26 European countries.[132] Data from the 24-month follow-up indicated that ischemic CV events occurred in 6% of patients (n=65), PAD in 1.9% of patients (n=21), IHD in 3.4% of patients (n=37), and ischemic CV events in 0.8% of patients (n=9).

19) The **ENRICH (Exploring Nilotinib to Reduce Imatinib Related Chronic Adverse Events)** study (N= 52), evaluated the effect of switching patients with imatinib-related AEs from imatinib to nilotinib. One patient reported an SAE of facial palsy and CAD and another patient had arteriosclerosis at the end of followup.[133]

20) **Castegnati, et al.** evaluated 130 patients on nilotinib 300 mg twice daily for 3 years. Among the twenty-five CV AEs reported among 21 patients, there were 13 ATEs among 12 patients (3 lower limb, 6 coronary, 1 carotid, 1 optic and 2 avascular necrosis of the femoral head).[134] The cumulative probability of developing a CV AE was 7% at 1 year (95% CI 4-135) and 13% at 2 years (95% CI 8-20). 29% of patients also had a significantly increased fasting plasma glucose at 1 year compared to baseline (P <0.001) without a significant increase in glycated hemoglobin. 42% of patients experienced high risk hypercholesterolemia (≥ 240 mg/dl). A

significant increased LDL and HDL cholesterol and a significant reduction of triglycerides was noted (P <0.001).

21) Another study from France prospectively evaluated 30 patients on nilotinib and reported the occurrence of 10 vascular events. 3/10 events occurred in those without risk factors.[135]

22) **Brecia, et al.** reported on a retrospective cohort of 82 patients on nilotinib. Two patients had PAOD, three patients had MI, two patients had unstable angina and one patient had a stroke.[136]

23) Another retrospective 5 cases in a cohort from MD Anderson Center reported among 2% of vascular AEs among patients on nilotinib.[137]

24) **Kim, et al.** conducted a retrospective cohort study of 81 patients on nilotinib (median duration 26 months) and reported 6 ACS events of which 2 were myocardial infarctions.[138]

25) In 2011, **Le Coutre, et al**. conducted a retrospective analysis of 179 patients (175 with CML) on nilotinib who were enrolled in various clinical trials.[139] Eleven (6.15%) developed severe, previously unrecognized PAOD that required invasive surgery. Eight patients had stent implants, eight had angioplasties, and four had amputations. One patient had no detectable cardiovascular risk factors. The article concluded: "***The frequency of PAD in this retrospective analysis appears to exceed that found in the general population and in a retrospective analysis of CML patients treated with imatinib. It is noteworthy that elevations in cholesterol and fasting glucose were observed in clinical trials with nilotinib and that 10 of the 11 PAD patients had cardiovascular risk factors present before treatment, suggesting that nilotinib may aggravate a preexisting arteriosclerotic condition.***"

26) **Aichberger, et al.** reported rates of vascular events (arterial stenotic) as high as 25% after 24 months of follow-up. Of the 24 patients in the study, 4 developed PAOD.[140] Of note, three of 24 patients developed a "rapidly progressive" form of peripheral artery disease that was "essentially resistant to treatment," which progressed despite treatment and surgical interventions. Several of the events occurred and progressed in both legs, and the patients developed the severe conditions shortly after exposure to nilotinib treatment. One of the three patients had known peripheral artery disease prior to being treated with nilotinib, and one had no known risk factors for the disease. In the other 21 patients treated with nilotinib in our center, one less severe PAOD, one myocardial infarction, one spinal infarction, one subdural hematoma, and one sudden death of unknown etiology were recorded. Specifically, while atherosclerosis and atherosclerotic-related events usually develop slowly over many years, these reports describe an accelerated and severe form of clinically overt atherosclerosis, often in the form of peripheral arterial occlusive disease that manifests itself rapidly in multiple sites.

27) As early as 2010, an international study which evaluated 60 patients with CML on nilotinib after failure of imatinib or dasatinib reported one myocardial ischemia and 1 MI after follow-up up of 18 months.[141]

***Abstracts.***

*Comparative studies.* The SIMPLICITY observation cohort study reported on the risk of CV hospitalization with nilotinib (n=51; 28.8/1000 PYs vs. dasatinib (n=31; 16.7/PYs).[189] Data was not available to distinguish the difference in ischemic events between two groups.

Another retrospective analysis of 2207 patients in in 9 multinational trials of nilotinib (n=277), imatinib (n=551), dasatinib (n= 259), bosutinib (n=516) and ponatinib (n=604).[190] Among patients on nilotinib (n=277), no ischemic events were reported. The ponatinib group reported MI in 3.3% of cases and PAD in 3.6% of cases. In the dasatinib group, AMI was reported at 4%. The rate of AMI was 2.4% on bosutinib.

A study from the Explorys database in patients with CML reported that the rates of arterial vascular events associated with nilotinib was 18.3% (n=110/600), compared to 19% with imatinib (n=520/2750) and 14.7% with dasatinib (n=100/680).[191] The high rates of arterial events with imatinib were likely due to earlier introduction resulting in lead time bias.

- 41 -

Another study from the Canadian registry reported an excess of ATEs with nilotinib (n=4/37; 10.8%), compared to imatinib (n=4/75; 6.67%) and dasatinib (n=1/15).[192] There was no significant difference between the two groups, although 2 of the events in the imatinib group (aortic stenosis) were not ischemic AEs.

Puccetti, et al. reported an increased incidence of atherothrombotic events with nilotinib (n= 9/36; 25%), compared to imatinib (n=3/39; 7.6%), a difference which was statistically significant (p=0.019).[193]

Hekmatjou, et al. reported no statistically significant differences in CV events between nilotinib (n=5/76; 6.6%) and imatinib (10/184; 5.4%; p=not significant) in a single center retrospective analysis with 7 years of follow-up.[194]

Pagnano, et al. reported a statistically significant excess of CV events on nilotinib compared to imatinib (n=6/60 vs. 0/117; P=0.001).[195] There were also 5 events seen in the dasatinib arm of this study (n=91) (5.5%).

Schwarz, et al. sc*reened for PAD using both ABIs and Duplex* ultrasonography among patients on nilotinib (n=63) and imatinib (n=53) and reported 13 PAD events in total.[196] Twelve events occurred among nilotinib patients (3/31 occurred among first line, 5/32 on second line and 4/32 on patients previously exposed to nilotinib) compared to 1 in the imatinib arm (1.9%).

*Uncontrolled Abstracts.*

There were 7 CV events among 94 patients who received nilotinib as a front line TKI in a registry of CML patients.[197] Six patients had an MI and one patient had stroke at 5.5 years of follow-up. There were no PAOD events. The mean time of exposure in these six patients was 28.6 months.

In the ENESTpath study, 620 patients received nilotinib at 300 mg twice a day.[198] During the induction/consolidation phase before randomization, 9.7% experienced a CV AE. In the TFR phase, three patients had SAEs: on cerebrovascular accident, one peripheral artery stenosis, and one Grade 3/4 myocardial infarction.

A retrospective analysis of 3 multicenter trials of patients on nilotinib over a median follow up of 58 months by the GEMIMA-CML Working Party[199] reported that 30/345 (8.7 %) patients on nilotinib experienced an ATE after a median duration of 25 months on nilotinib.

Another retrospective study from France reported that 28 out of 202 (14%) patients treated with nilotinib 300 mg PO BID over a median follow-up of 61.5 months experienced an arterial event.[200]

Another small study which included 31 patients on nilotinib reported the occurrence of MI at 2 months (n=1) and coronary atherosclerosis at 3 months (n =1).[201]

A study of 53 patients on nilotinib from Turkey reported ischemic CV events among in 4 patients with 3 patients experiencing an MI, and one patient experiencing an ischemic cerebrovascular event.[202]

Dengler, et al. reported on a large multicenter study from Germany across 145 centers which evaluated 500 patients on nilotinib at various doses over a median follow-up 672 days. Coronary heart disease was reported in 29 patients (6%) and PAOD was reported in 6 patients (5%)[203] Another study from Russia reported 14 CV events (11.7%) among 119 CML patients on nilotinib (7 acute cerebrovascular events, 5 angina pectoris and 2 PAD events).[204]

Jeon, et al., screened for peripheral artery disease, and reported that 17 of the 88 participants (19.3%) had evidence of peripheral artery disease.[205]

**C.7. Cardiovascular Events with Nilotinib in Disproportionality Analysis.** As part of my systematic review, I also reviewed several disproportionality analyses,[206,207] and one data mining study of clinical trials. Disproportionality analyses are analyses of AEs reported to FDA and regulatory agencies by patients, physicians, and manufacturers. Because the data does not contain information on other variables and lacks a denominator, these analyses alone cannot be used to determine or refute a causal association in most cases. However, they contribute to the assessment of the causal association between nilotinib and cardiovascular events and provide evidence in support or against a causal association.

Among the studies in FDA's adverse reporting system (FAERS), **Cirmi, et al.** reported a statistically significantly elevated reporting odds ratio of ischemic heart disease with nilotinib (6.7, 95% CI 6.2 to 7.3; 1243 cases). [206] ponatinib (2.9, 95% CI 2.4 to 3.5; 154 cases) and bosutinib (2.5, 95%CI 1.3 to 4.8; 11 cases). The median time to onset was 318 days for nilotinib and 280.5 for ponatinib.

The analysis of the FAERS data by **Cortes, et al.,** used another analytic method known as the MGPS to identify adverse events associated with dasatinib, imatinib and nilotinib. The MGPS provides a robust estimate of disproportionality using the EBGM. An EB05 $\geq$2 indicates a 95% chance that the event is reported twice as frequently. A result of EB05 $\geq$4 was used to determine the threshold of clinical significance and potentially attributable to the drug.[208] In the cohort of patients aged 46-64 years, terms reaching EB05 $\geq$8 femoral artery stenosis, coronary artery stenosis, PAOD, and angina pectoris with nilotinib. In the cohort of patients aged 46-64 years, terms reaching EB05 $\geq$ 4 to 8 ACS with nilotinib. In the oldest patient cohort, terms with EB $\geq$ 8 were femoral arterial stenosis, PAOD, intermittent claudication, coronary artery stenosis, and peripheral ischemia with nilotinib. Coronary artery stenosis (EB05 $\geq$8) and angina pectoris (EB05 $\geq$4) were observed in the first year after approval; PAOD (EB05 $\geq$8) and myocardial infarction (EB05 $\geq$4) reached the threshold in year 3. The remaining unique terms for nilotinib (reaching the threshold after 3 years), include both cardiac (ACS) and peripheral arterial events support a potential association between nilotinib and vascular disease.

*Abstracts.*

Several studies conducted in the French pharmacovigilance database which also reported on increased reporting rates of CV vents with nilotinib. One study noted a reporting odds ratio (ROR) of 1570.0 [95% CI 808.2-3049.8] for peripheral arterial occlusive disease with nilotinib.[209] Another abstract noted that the reporting rate of all ischemic events including MI and arteriosclerosis (p<0.001) and coronary ischemic events (p<0.001) are statistically higher with nilotinib compared to dasatinib and imatinib.[210] Rates of peripheral events, mainly manifesting as PAOD, were 6 to 8 times statistically significantly higher with nilotinib (P < 0.001). Cerebral ischemic events were rare and not different between groups (P=0.198). Another study evaluated the CV risk profile of 25 patients with PAOD disease between 2007 and 2014.[211] It reported that most patients who received nilotinib and developed PAOD were above 60 years and had CV risk factors such as hypertension, diabetes, smoking or obesity.

*Data-mining approach.* Another study which evaluated AEs reported in 8161 clinical trials from clinicaltrials.gov noted the occurrence of vascular AEs with TKIs.[212] The study measured the proportional reporting ratio and the highest ratio for PAOD was seen with ponatinib (374.8), followed by nilotinib (31.4) and imatinib (7.4).[212]

**C.8. Cardiovascular Events with Nilotinib in Case Reports/Case Series.** Although case reports are limited by the lack of information on denominators or comparisons and cannot by themselves establish causality, except in rare circumstances when the events are extremely rare, they can provide useful complementary evidence.[143-164]

Several cases have described the rapid occurrence of PAD.[156,158,159,163] One report describes the temporal occurrence of PAD and the rapid resolution of the disease in one patient after withdrawal of nilotinib.[159] Specifically, the patient, who developed a 90% stenosis of his right superficial femoral artery while on nilotinib, experienced rapid improvement of clinical symptoms within two weeks of nilotinib being discontinued. His clinical symptoms disappeared, and his walking distance returned to normal. Importantly, in this case, there was clinical resolution despite the presence of occlusion, which implicates the vascular endothelium in the pathogenesis of PAD.

Some case reports describe the occurrence of a rapidly developing, severe atherosclerosis, particularly in the peripheral arteries, occurring among nilotinib patients with no known prior vascular disease, and, in some cases, with no known risk factors for cardiovascular disease.[158,163]

Tefferi, et al. describe "*A female patient developed severe and unrelenting PAD and coronary artery disease (CAD) after 3 years of treatment with nilotinib and the second patient died suddenly after receiving nilotinib therapy for 3 weeks. None of the two patients had history of cardiovascular disease, tobacco use, or diabetes mellitus.*"[163]

Nilotinib has been shown to induce leg ulcers.[154] Mirault, et al. reported on a similar case involving rapidly developing, severe, unexpected, and overt PAD, as well as silent stenosis in the renal and digestive arteries, of a 55-year-old man without prior arterial disease or significant CV risk factors.[158]

There are other case reports which have described the occurrence of MI,[164][147] including MI with non-obstructive CAD,[143,152] and vasospastic angina,[144] with nilotinib. There are other case reports which describe the occurrence of ischemic stroke,[144,145,155,160] and carotid artery stenosis.[150] Stenosis has also been noted at other locations such as renal artery stenosis.[162]

**C.9. Studies Reporting on Plausible Biological Mechanisms on Nilotinib and Cardiovascular Events.** I evaluated multiple *in-vitro, in-vivo and human studies* which report on plausible mechanisms of action between nilotinib and atherosclerotic-related events. [10,11,13,14,16-18,165-177][178]

Nilotinib raises proinflammatory and proatherogenic inflammatory markers,[11,12] exerts direct pro-atherogenic and antiangiogenic effects on vascular endothelial cells and contributes to endothelial cell activation.[10,13]

Nilotinib has also been shown to induce platelet thrombus formation,[14] development of atherosclerotic plaque,[15] including insulin resistance and hyperglycemia,[16] hyperlipidemia[17,18] and arterial hypertension,[19,20] all of which may contribute to the development of atherosclerosis. The key studies are discussed below:

**C.9.1. Nilotinib induces Proinflammatory and Pro-oxidative Changes.** Multiple studies have noted the proinflammatory effects of nilotinib.[11][12]

**The Prospective study of tyrosine Kinase Inhibitors induced pro-AtherothROmbotic status in chronic myeloid leukemia patients)(KIARO) study** evaluated the status of inflammatory markers among patients on dasatinib (n=38), imatinib (n=89), or nilotinib (n=59).[11] The 10-year SCORE in patients assigned to nilotinib was significantly lower compared than that of patients assigned to imatinib or dasatinib (nilotinib S = $6.8 \pm 2.8$, imatinib S = $9.5 \pm 4.8$, dasatinib S = $8.2 \pm 3.3$; nilotinib vs. imatinib, p = 0.02, nilotinib vs. dasatinib, p = 0.043).

The study demonstrated evidence of higher hs-CRP and oxidized LDL levels in the nilotinib cohort, as well as increased IL6/IL10 and TNFa/IL10 ratios, indicative of a prooxidative/proinflammatory status. TNFa/IL10 ratio is a marker of balance between pro and anti-inflammatory cytokines and was significantly higher in the nilotinib cohort at 6 and 12 months compared with imatinib (F =3.870, p=0.034 at 6 months and F= 4.010, p = 0.029 at 12 months) and dasatinib (F = 3.620, p = 0.042 at 6 months and F = 3.960, p = 0.032 at 12 months). The IL6/IL10 ratio was also significantly higher in the nilotinib cohort compared with imatinib (F = 3.990, p = 0.031 at 6 months and F = 4.210, p = 0.018 at 12 months) and dasatinib (F = 3.800, p = 0.036 at 6 months and F = 4.020, p = 0.03 at 12 months). Only the nilotinib cohort showed a significantly increased risk of oxidized LDL (F = 4.030, p = 0.026) or highly sensitive C-reactive Protein (F = 3.590, p = 0.042) at 12 months.

The multivariate analysis showed a significant association between nilotinib treatment and increases in IL10 levels (HR 1.29, 95%CI 1.04–1.96 p <0.05), IL6/IL10 ratio (HR 1 .28, 95%CI 1.08–1.93 p <0.05), TNFa/IL10 ratios (HR 1.21, 95%CI 1.03–1.90 p <0.05), oxLDL levels (HR 1.39, 95%CI 1.18–2.04 p <0.01) and LDL-cholesterol levels (HR 1.22, 95%CI 1.08–1.99 p <0.05). In the same study, 8.5% in the nilotinib cohort experienced an atherosclerotic occlusive event (AOE), which occurred after a median TKI exposure of 24.7 months. The other 5 patients who suffered an AOE in the study were on imatinib alone (n=2) or switched from imatinib to bosutinib or dasatinib. Nilotinib also showed a 3.1 times significantly increased risk of AOEs in multivariate analysis (HR 3.1, 95%CI

2.6–4.4: P <0.001), consistent with results from three-way ANOVA only for nilotinib in comparison to the other TKIs (F = 5.030, p = 0.009).

**Bocchia, et al**. described in the section above **(Section C.5.1.5)** reported on a retrospective cohort study of 110 patients with CML on nilotinib and imatinib and screened them for CV events, CV risk factors, pro/anti-inflammatory biochemical markers and detrimental ORL1 (Oxidized Low Density Lipoprotein Receptor 1) gene polymorphisms which encode for altered oxidized LDL-receptor-1.[12] Nilotinib was associated with a significantly increased elevation of proinflammatory cytokines ox-LDL, sCD40L and endogenous thrombin potential (ETP) compared to imatinib, while levels of the anti-inflammatory cytokine IL-10 were significantly lower in the nilotinib groups.[12] There were no significant differences in IL-6 and TNF-alpha levels. Dyslipidemia and G-allele of LOX-1 (Lectin-like oxidized low-density lipoprotein receptor-1 polymorphism) predicted CV events in the patients on nilotinib, whereas other traditional CV risk factors did not predict CV events.

**C.9.2. Nilotinib Contributes to Plaque Formation, Platelet Activation and Thrombosis.** Studies have noted that nilotinib may contribute to plaque formation and thrombosis.[14]

**Ahlawiti, et al.** evaluated the effects of nilotinib, imatinib and dasatinib on platelet function and thrombin in human and mouse models.[14] Nilotinib potentiated a protease-activated receptor (PAR)-1 -mediated alpha granule release. Pre-treatment of mice with nilotinib significantly increased thrombus growth and stability, on type I collagen under *ex vivo* arterial flow conditions and increased thrombus growth and stability, effects not seen with imatinib or dasatinib. Blood from patients treated with nilotinib showed platelet adhesion, increased plasma soluble P- and E-selectin, sICAM-1 (Intercellular adhesion molecules, sVCAM-1), TNF-alpha, IL-6 levels and endogenous thrombin potential levels in vivo and concluded that nilotinib may cause adhesion of inflammatory cells to vascular endothelium resulting in plaque formation. They concluded that nilotinib can *"potentiate platelet and endothelial activation and platelet thrombus formation ex vivo and invivo."*

In another study, a non-CML mouse model was treated for 16 weeks with nilotinib at 10/mg kg and 30 mg/kg every day with ponatinib at 3 mg/kg and 10 mg/kg every day and with imatinib at 150 mg /kg twice a day.[173] Nilotinib increased Factor VIIa activity which has been shown may induce a prothrombotic state.[213]

*Abstract.* Nilotinib had a pro-atherogenic effect in a preclinical model of atherosclerosis.[214] Eight-week-old Apo-E knockout mice were treated with imatinib (n=10), nilotinib (n=10) and placebo (n=10) with daily feeding and high fat diet for 12 weeks. Nilotinib showed an increase of atherosclerotic plaque size at the aortic sinus level: 462.1x103 μm2 vs. 344.4x103 μm2 with imatinib or 394.9x103 μm2 with placebo (p<0.05) and at the thoracoabdominal aorta level (p<0.05). Plaques had greater infiltration of macrophages: 33.0±3.4% with nilotinib vs. 7.3±1.3% with imatinib and 12.6±1.1% with placebo (p<0.001). Nilotinib also modulated the immune response by decreasing IL-10 levels.[214] Orally administered nilotinib profoundly accelerated atherosclerosis plaques formation in ApoE-/- mice receiving carotid partial ligation surgery in another study.[215]

**C.9.3. Nilotinib Exerts Pro-atherogenic and Anti-angiogenic Effects on Vascular Endothelial Cells.** The adhesion of inflammatory cells to vascular endothelium is a critical step in atherosclerosis, as these molecules recruit monocytes and neutrophils and mediate plaque formation.[216] Elevated levels of ICAM-1, VCAM-1 and E-selection is associated with cardiovascular mortality.[217] Several in-vitro studies have evaluated the effects of nilotinib on endothelial cells and angiogenesis.[13] [10,176]

**Grover-Proaktor, et al.** compared nilotinib, ponatinib, dasatinib, imatinib and bosutinib on HUVEC (human vascular endothelial cell) function including tube formation and cell viability, as well gene expression of HUVEC.[13] They noted the presence of adverse effects on angiogenesis blood vessel related pathways and HUVEC function (tube formation and viability) with nilotinib. Nilotinib and ponatinib significantly reduced the viability of HUVEC, while dasatinib had a slight effect and imatinib and bosutinib had no effect. In terms of tube formation necessary for angiogenesis and proper endothelial cell function, at 4 hours, dasatinib and ponatinib inhibited HUVEC tube formation while the other three TKIs, including nilotinib, had no such effect. Gene expression profiling also noted

- 45 -

that ponatinib, dasatinib and nilotinib samples were significantly enriched in many apoptotic pathways and enriched in angiogenesis and blood vessel related pathways.

**Hadzijusufovic, et al**. evaluated the incidence of AOD and the in-vitro and in-vivo effects of nilotinib and imatinib on vascular endothelial cells to better understand the mechanisms of atherosclerosis.[10] In this study, nilotinib induced expression of the pro-atherogenic surface antigens ICAM-1, VCAM-1 and E-selectin in HUVEC, whereas no comparable effects were seen with imatinib. Nilotinib also suppressed endothelial cell proliferation, migration and tube formation and bound to a distinct set of target-kinases, relevant to angiogenesis and atherosclerosis. In addition, nilotinib augmented atherosclerosis in Apo E -/- mice and blocked reperfusion and angiogenesis in a hindlimb-ischemia model of arterial occlusion, whereas imatinib showed no effects. Clinically overt AOD events tended to accumulate over time in nilotinib treated patients. After median observation of 2 years, the AOD frequency was statistically significantly higher 29.4% in the nilotinib group compared to less than 5% in age and sex-matched controls (P<0.05).[10] Nilotinib associated AOD continued to accumulate steadily over time and increased to 38.9% after 3 years and 47.2 2% after median observation time of 3.7 years. As the authors noted this argues against a simple rebound effect from imatinib withdrawal.  After 3.7 years 39 symptomatic AOD events were noted in 36 patients resulting in 32 events per 100 patient years, which exceeded the incidence of symptomatic AOD in the general population with a HR 4.72 (95% CI 2.8-7.9; P<0.01). Metabolic parameters also showed an increased in fasting glucose and cholesterol levels. The authors concluded that "*Nilotinib exerts direct pro-atherogenic and anti-angiogenic effects on vascular endothelial cells, which may contribute to the development of AOD in patients with CML.*" They reported similar findings and noted that nilotinib impaired migration and growth of human endothelial cells and may act as co-trigger of atherosclerosis in several overlapping abstracts. [218-223]

**Sugekawa, et al.** evaluated the effects of nilotinib, imatinib and dasatinib on vascular endothelial cells *in vitro*.[176] Serum levels of IL-1β were significantly elevated in CML patients treated with nilotinib compared to those on other TKIs (n=14 vs n=16; 3.76 +/- 1.22 pg/ml vs. 0.27 +/- 0.77 pg/ml: P<.05), in association with down regulation of miR-p. Exposure of human endothelial cells to nilotinib also significantly increased the expression of adhesion molecules (ICAM1, VCAM1 and E-selectin) in a IL-1β dependant manner  Only nilotinib induced expression of IL-1ß by vascular endothelial cell. This stimulated the adhesion of monocytes to vascular endothelial cells in association with an increase in adhesion molecules.

**Mori, et al.** also noted that nilotinib use (n=26) among patients with CML was associated with a significant increase in the risk of IL-1ß levels (3.22 ng/ml vs 0; P<0.001) among other TKIs such as imatinib (n=14), dasatinib (n=11), bosutinib (n=5) and ponatinib (n=1) which may increase the risk of cardiovascular events.[172]

The results from a few studies have been mixed.[168,170]  In one study, although nilotinib caused a statistically significant decrease in cell proliferation and increased the secretion of tissue plasminogen activator and plasminogen activator-1 and von-willibrand factor in a dose dependent manner in healthy human carotid artery endothelial cells, the effect on the secretion of endothelin -1 and nitric oxide was inconsistent in that it was lower at lower concentrations of nilotinib and higher at higher concentrations of nilotinib, which limits any inferences that can be drawn from that study.[170] Another study which involved rabbits fed a high cholesterol diet, which induced significant elevations in triglycerides, total cholesterol, high density cholesterol and LDL cholesterol and endothelial impairment showed that nilotinib administration may have potentially attenuated endothelial dysfunction.[168]

*Abstract*s. Haguet, et al. conducted several studies evaluating the potential endothelial effects of nilotinib.[224,225] An-vitro study concluded that dasatinib, nilotinib and ponatinib facilitate atherosclerosis development by inducing apoptosis, necrosis or inhibiting cell proliferation and impair endothelial permeability, enabling migration and trapping of lipoprotein into intima.[224,226]

## C.9.4. Nilotinib increases Rho-Associate Coiled-Coil Containing Kinase (ROCK) Activity.

**Yu, et al.,**  noted that among 53 CML patients with leukemia and 15 control subjects without leukemia that untreated patients with leukemia have higher leukocyte ROCK activity than control subjects.[178] Patients on nilotinib had

higher ROCK activity than those on imatinib. Patients with leukemia with ROCK activity above the third quartile have an odds ratio >5 for CVAEs.  Nilotinib, dasatinib, and ponatinib (but not imatinib) increased ROCK activity in a dose-dependent manner in human aortic endothelial cells (ECs).

**C.9.5. Nilotinib Induces Plaque Formation.**

**Sarlon-Bartoli, et al.** conducted a retrospective cohort study of 74 patients on nilotinib (median exposure time 22 months) in France.[15] They conducted ultrasound evaluation of intracranial carotid arteries, extracranial vertebral arteries, subclavian arteries, abdominal aorta, digestive and renal arteries, lower extremity arteries including hypogastric arteries. They described vascular arterial anomalies as clinical or US abnormalities. US abnormalities were arterial plaque, stenosis, or occlusion, without symptoms. Approximately one third of participants had vascular arterial anomalies (n=25/74). Patients on nilotinib therapy presented mostly with echolucent or hypoechogenic plaques, which are related to instable atheroma and double the risk of stroke.[227] 36% of patients with no risk factors or only one risk factor developed vascular arterial anomalies.

*Abstracts.* Serial Doppler US evaluations of multiple vessels were conducted yearly and at 3-6 months if abnormalities were detected among 150 patients on TKIs in one study.[165] Ten patients in the study developed severe new onset PAOD (grade 3 or 4) requiring revascularization (imatinib (1), bosutinib (1), ponatinib (3) and nilotinib (5)). Another cross-sectional study examined the impact of nilotinib (n=15) compared to age and sex matched controls and noted the occurrence of focal rather than systemic atherosclerosis.[228] After a median duration of exposure of 1,299 days, atherosclerotic plaques were statistically significantly more likely to occur in the nilotinib group (53% vs. 13%; p=0.007). There were no statistically significant differences in intimal thickness, beta-stiffness index, ankle blood pressure index brachial pressure.

**C.9.6. Nilotinib Increases Risk of Hyperglycemia and Hyperlipidemia.** Several studies have reported on the metabolic effects of nilotinib.[16-18,166,169,174,175,177] Nilotinib can induce insulin resistance and hyperglycemia,[16] hyperlipidemia[17,18] and arterial hypertension,[19,20] all of which may contribute to the development of atherosclerosis. Both RCTs and observational studies have indicated an increased risk of hyperlipidemia and hyperglycemia with nilotinib.

All the RCTs have reported an increased risk of cholesterol and glucose with nilotinib compared to imatinib. In the ENESTnd trial blood cholesterol increased in 16.8 %, 17.3%, 1.4% of participants in the nilotinib 300 mg BID, nilotinib 400 mg BID and imatinib arm, respectively. Grade 3/4 blood cholesterol elevations were also reported in 0.4%, 1.1% and 0% in the nilotinib 300 mg BID, nilotinib 400 mg BID and imatinib arms, respectively. Blood glucose elevations similarly were noted in 12.5%, 13% and 2.5% in the nilotinib 300 mg BID, nilotinib 400 mg BID and imatinib arms, respectively.[3] Grade 3/4 blood glucose elevations in 2.5%, 3.6% and 0% in the nilotinib 300 mg BID, nilotinib 400 mg BID and imatinib arms, respectively, were also found. The ENESTChina trial also reported an excess of newly occurring or worsening glucose (35.3% vs. 27.3%) and lipid elevations (43.6% vs. 8.2%) in the nilotinib arm compared to imatinib arm. Two patients in the nilotinib arm developed grade 3 elevations.[4] In the LASOR trial newly occurring or worsening glucose elevations in 42% on nilotinib vs 28% on imatinib 600 mg once daily before cross-over.[1] In the ENESTcmr study, hyperglycemia occurred in 5% patients on nilotinib compared 3.39% on imatinib.[229]

**Kim, et al.** noted statistically significant elevations for total cholesterol were noted for both first line nilotinib (209 mg/dl, 95% CI 142-306 vs. imatinib 164 mg/dl, 95% CI 104-258; P<0.0001) and second line nilotinib (222, mg/dl, 95% CI 146-310 vs. imatinib 164 mg/dl, 95% CI 104-258; P<0.0001) compared to first line imatinib.[93] Statistically significant elevations for LDL cholesterol (mg/dl) were reported for both first line nilotinib (135 mg/dl, 95% CI 33-215 vs. imatinib 95 mg/dl, 95% CI 47-152; P<0.0003) and second line nilotinib (139, mg/dl, 95% CI 77-210/mg vs. imatinib 95 mg/dl, 95% CI 47-152; P<0.0001) as compared to first line imatinib.

**Petrikova, et al.** reported a statistically significant increase in total cholesterol and small dense LDL cholesterol with nilotinib (n=50) compared to imatinib ( n=32) after a median follow up of 61.3 months.[17] There was a statistically significant increased risk of small dense LDL cholesterol in the nilotinib vs imatinib (0.99±0.51 mmol/l vs. 0.73±0.41 mmol/l; p=0.02). New onset dyslipidemia was present in 42.0 % patients in the nilotinib arm compared to 15.6% patients in the imatinib arm (p=0.0152), a difference which was statistically significant.

- 47 -

Similarly, 43.7% patients in the imatinib group and 82.0% patients in the nilotinib group had non-optimal lipid values, a difference which was statistically significant (p=0.0067). There was a statistically significant increased risk of increases in total cholesterol values in the nilotinib vs imatinib (5.38±1 mmol/l vs. 4.57±1.05mmol/l; p=0.01). Similar statistically significant increases were seen in increases in the levels of LDL cholesterol and HDL cholesterol. 14% in the nilotinib group experienced a cardiovascular event including MI (4%), stroke (4%) and PAD (10%). There were no events in the imatinib group.

**Lurlo, et al.** conducted a cross-sectional analysis and compared (n=36), imatinib (n=92) and dasatinib (n=40) among patients with CML. They showed a statistically significantly increased risk of several adverse metabolic parameters such as Homeostatic Model Assessment-Insulin Resistance, fasting plasma glucose and insulin C-peptide with nilotinib compared to imatinib and dasatinib after adjusting for center, gender, age, body mass index, and length of treatment.[16] The incidence of LDL cholesterol, diabetes and metabolic syndrome was also higher in the nilotinib group, but did not reach statistical significance. They excluded patients with diabetes, impaired fasting glucose or metabolic syndrome at baseline and interpretation was limited by the cross-sectional design which limits inference on temporality.

**Yu, et al.** evaluated the occurrence of hyperglycemia and elevation of total cholesterol, LDL cholesterol and triglycerides in a population with normal glucose and lipid levels at baseline and no risk of cardiovascular disease.[177] They compared imatinib (n=245) vs. nilotinib (n=102) and dasatinib (43). The median age was 36 years, and the median follow up was 21 months in the nilotinib group. Mean fasting glucose, triglycerides, cholesterol, and LDL cholesterol increased significantly in the nilotinib (and dasatinib) cohort compared to the imatinib cohort. Nilotinib (and dasatinib) were both significantly associated with an increase in the levels of cholesterol and glucose compared to imatinib.

**Hornak, et al.** conducted a prospective study of 57 patients treated with nilotinib (n=23) or imatinib (n=34), and reported a significant increase in total cholesterol, LDL cholesterol and HDL-cholesterol 6 months after the beginning of the nilotinib therapy.[169] However, no CV events were reported because of the limited duration, younger age, and the lower prevalence of comorbidities in the nilotinib cohort.

**Rea, et al.** reported on a prospective cohort of 27 patients on nilotinib followed for 12 month who were not on lipid lowering therapy at baseline.[174] Compared to baseline, HDL-C concentrations statistically significantly increased by a mean of 0.14 g/L at three months: 044 g/dl (SD 0.15) to 0.58 g/dl (SD 0.18). LDL cholesterol returned to normal after cessation of nilotinib. There was a statistically significantly increased risk of total cholesterol by a mean of 0.45 g/L with mean plasma concentration of 2.24 g/L (SD: 0.47) (P< 0.0001) at 3 months. There was a statistically significantly increased risk of mean LDL-C concentrations, with mean LDC cholesterol at baseline and three months were 1.13 g/L (SD: 0.30) and 1.46 g/L (SD: 0.38), respectively (P<0.0001). There were no significant changes in cholesterol levels after 3 months. Two patients developed PAD, one of which was asymptomatic at 46 months. No significant changes in lipid parameters were observed in patients on ponatinib (n=8).

**Caocci, et al** evaluated cholesterol level in 357 patients on nilotinib after a median follow-up of 4 years (median age 50 years).[18] The 5-year cumulative incidence of AOE was 15.9%. Patients with cholesterol levels > 200 mg/dL and LDL > 70 mg/dL 3 months after treatment showed a significantly higher incidence of AOEs (21.9 ± 4.6% vs 6.2 ± 2.5, P = 0.003).

The mechanisms of hyperglycemia induced by nilotinib are uncertain but could include decline in adiponectin levels.[175] In a small in-vitro and in-vivo study by **Sadiq, et al,** imatinib resulted in a significant increase in plasma adiponectin levels. However, with second line nilotinib, there was a non-significant decrease at both 3 (15.2 ± 1.8 mg/l; p=NS) and 12 months (14.6 ± 1.7mg/l; p=NS) when compared to baseline levels (21.3 mg/L). In the same study nilotinib cause a dose-dependent downregulation of the adipogenic regulatory genes peroxisome proliferation activated-receptor gamma (PPAR-γ)

The results of one study were mixed and showed that nilotinib did not consistent modifications of cholesterol metabolism.[166]

*Abstracts*. A retrospective analysis of participants (n=62) enrolled in the ENESTnd and GIMEMA WP trials noted no statistically significant effect of nilotinib on cholesterol elevations.[166] The cholesterol levels were not modified during the first year of treatment (p = ns). The same analysis showed a non-statistically significant increase in the risk of fasting glucose from 98 mg/dl to 115 mg/dl (p=0.07) after a median follow-up of 1.5 years. Grade 3/4 hyperglycemia developed in 11% of patients, both of which are clinically significant. Rea, et al. reported on 25 patients on nilotinib who were not on any lipid lowering therapy. Compared to baseline at month 3, median total cholesterol (P<0.0001), LDL-cholesterol (p=0.00012) and HDL-cholesterol had statistically significantly increased (P<0.0001) by a mean of 26.9%, 31.8% and 36.3%, respectively.[230] Another study assessed metabolic changes and cardiovascular safety during treatment with nilotinib (n=133), in a single arm multicentric Italian GIMEMA trial (0811).[231] A significant increase in glucose levels were found at 1 year (p<0.001). The study noted a significant reduction of triglycerides (p<0.001) and a significant increase of cholesterol, both in LDL and HDL fractions (p<0.001). 3.8% of patients experienced PAOD and 4.6% had ischemic heart disease. In another study of 10 patients followed over 3 months, nilotinib increased fasting glucose and 1 and 2-hour post-prandial glucose after oral glucose tolerance tests.[232] Two patients developed type 2 diabetes and two patients developed impaired glucose tolerance. When compared to baseline, there was a rapid increase in insulin resistance as measured by the Homeostatic Model Assessment-Insulin Resistance, compensatory hyperinsulinemia, and an anti-adiponectin effect.

**C.9.7. Nilotinib Increases the Risk of Hypertension.** Both RCTs, meta-analyses of RCTs and observational studies have indicated an increased risk of hypertension with nilotinib compared to imatinib.[19]

A meta-analysis of 3 RCTs (ENESTcmr, LASOR and ENESTnd) reported that compared to imatinib, nilotinib was associated with a statistically significantly increased   risk of hypertension (RR 2; 95% CI; 1.39-2.88, $I^2$=0%,p=0.0002).[19] The pooled proportion of hypertension was 8 % with nilotinib (95% CI 0.04-0.13). The same meta-analysis noted that the greatest risk of hypertension was noted with ponatinib (RR 9.21; 95% CI 2.86-29.66, p=0002).  A cross-sectional study measured clinical and 24-hour ambulatory BP among 26 participants on imatinib and nilotinib each and 9 participants on dasatinib.[20] The average duration of treatment was 43 months in the nilotinib group. Patients treated with nilotinib showed a significantly increased risk of uncontrolled hypertension in ambulatory BP ($\geq$ 130/80 mmHg) vs imatinib/dasatinib (45.5% vs 20%; P = 0.041).

**C.9.8. Other mechanisms.** The role of other mechanisms in the development of atherosclerosis with nilotinib is unclear. The inhibition of several kinases involved in vascular cell homeostasis such as DDR1, KIT, and/or PDGFR may be a potential mechanism implicated in nilotinib-induced vascular events.[233] However such kinases are also inhibited by imatinib. Nilotinib impairs mitochondrial function and induces formation of reactive oxygen species under clinically relevant concentrations and induce endoplasmic reticulum stress resulting in apoptotic cell death.[171]

**C.10. Assessment of Dose and Duration-Responsiveness of Nilotinib and Cardiovascular Events**. There is evidence of a dose-response and duration response effect of nilotinib on CV events in RCTs, meta-analyses and observational studies which evaluated different doses of nilotinib. The strongest proof of a dose-response effect (increasing risk with increasing use of nilotinib) comes from my meta-analysis which reported on the risk of cardiovascular events with nilotinib 400 mg twice daily vs. imatinib and nilotinib 300 mg twice daily vs. imatinib. The risk of CV events was higher with nilotinib 400 mg PO BID (OR 6.36, 95% CI 4.1-9.72) compared to nilotinib 300 mg po BID OR 4.97 (2.94 to 8.37). Haguet, et al. reported similar results in their meta-analysis with nilotinib 400 mg PO BID (5.19, 95% CI 3.14 to 8.57) compared to 300 mg PO BID (3.32, 95% CI 1.56 to 7.09).[6] **Section C.2.7. Table 13 and Figure 14** provide further evidence of dose-response and duration response from the ENESTnd trial.  Not only were the rates of CV events higher in the nilotinib 400 mg PO BID arm compared to the nilotinib 300 mg PO BID, but the authors also noted "…*that the cumulative frequency of patients with cardiovascular events increased linearly with time on treatment in each arm*." This is also evidence of a duration response effect.

The findings of a dose-response and duration effect in RCTs are bolstered by data from observational studies. Fossard, et al noted a higher risk among those in the highest dose category of nilotinib (Gray test P =0.005),[9] the cumulative incidence of CVEs in the highest dose category on nilotinib 800 mg daily was (38%) versus 600 mg daily or less was 10%, without any plateau, suggesting that hazards increased with time. The multivariate subdistribution adjusted HR in the 800 mg daily dose category was statistically significantly elevated HR 4.96 [1.46

to 16.93; P=0.01] compared to 1.19 [95% CI 0.17 to 8.24; P=0.86] in the 300-400 daily dose category suggestive of a dose-response effect. The HR of the 800 mg dose of nilotinib was higher and statistically significant [HR 4.96, 1.46 to 16.93, P=0.01] compared to the 300-400 mg dose. [9] They concluded that "interestingly, these CVEs are delayed (more than half occur ≥50 months of treatment), and worryingly, seem to increase extensively over time. Moreover, there is a relationship between CVEs and higher doses of nilotinib (where the frequency of CVEs is twice as much as that found in lower doses)." In another study after median observation of 2 years, the AOD frequency was statistically significantly higher 29.4% in the nilotinib group compared to less than 5% in age and sex-matched controls (P<0.05).[10] Nilotinib associated AOD continued to accumulate steadily over time and increased to 38.9% after 3 years and 47.2 2% after median observation time of 3.7 year.

The dose-dependent increased risk of PAOD is acknowledged by the authors of the European Leukemia Net Guidelines. [234]

**C.11. Assessment of Time to Cardiovascular Event.** It is also important to consider time to CV event with nilotinib in the assessment of causality. RCTs such as the ENESTnd trial and observational studies show that vascular adverse events occur earlier in the nilotinib arm (compared to imatinib) provide further strengthening of the evidence that nilotinib increases the risk of cardiovascular events. Several controlled observational studies also noted the earlier occurrence of CV events in nilotinib compared to comparators. Chen, et al. reported that the vascular adverse event rates begin to separate in the first year and median time to event values was 1.6 years on nilotinib compared to 1.9 years on imatinib. The cumulative incidence curves separated in the first year after initiation of TKIs was statically significant. (Log Rank P=0.0073).[8] Fossard, et al. noted that CVEs occurred after a median of 47 months, with a regular increase over years of CVEs, in the nilotinib group with findings of 3.06% (2.72-3.4) at 12 months, 5.1% (4.66-5.54) at 24 months, 6.12% (5.64-6.6) at 36 months, 10.2% (9.6-10.81) at 60 months, compared to 0% at each of these time points in the imatinib group (P<0.001).[9] Fujioka, et al. reported an excess risk of VAEs with nilotinib compared to imatinib or dasatinib with the median time to VAE development was the shortest in the nilotinib group (29.3 months) compared to both the imatinib (95.1 months) or dasatinib (46.8 months) groups.[103] Another study noted a trend toward an earlier occurrence of CVEs in patients treated with nilotinib in comparison with dasatinib (P =.05).[106] Another study also noted that median time of nilotinib exposure to event was shorter (30 months) compared to the three events in the imatinib arm (125, 132, and 102 months)[12] Another study noted that number of atherosclerotic cardiovascular events on nilotinib increased steadily over time over a median observation period of 3.7 years.[10]

**C.12. Assessment of Atherosclerosis with Nilotinib by Federal Agencies/Other Societies.** I also reviewed the recommendations of key federal agencies and guidelines for context. All these guidelines and assessments primarily relied on the clinical trial data discussed above.

The European Leukemia Net guidelines note that nilotinib increased the risk of PAOD as compared to imatinib in a **dose-dependent** manner. [234] Both nilotinib and ponatinib increased the risk of PAOD as compared to the rest. Importantly, they also noted that highest doses may be associated with higher risk as in ENESTnd trial, and that while most of the events occurred within the first 48 months, some occurred as early as 4 months or as late as 5 years. They conclude that the PAOD may be irreversible. They state "**excess risk of peripheral arterial occlusive disease (PAOD) appears to be highest with ponatinib, then with nilotinib, and almost negligible with the rest."[234] Both with ponatinib and nilotinib, higher doses seem to be associated with more risk.**" *Although the vast majority of documented cases of PAOD occurred within the first 48 months of therapy, some have been seen as early as 4 months, or as late as 5 years.*"

Earlier, in 2013, Health Canada issued a warning about the development of nilotinib-associated atherosclerosis based on review of clinical trials and the global safety database (Jan 2015-January 2013) which identified 277 cases of atherosclerosis.[235]

The product label notes a warning based on data from the 5 year update of the ENESTnd trial.[236] "***Cardiovascular events, including arterial vascular occlusive events, were reported in a randomized, clinical trial in newly diagnosed CML patients and observed in the postmarketing reports of patients receiving Tasigna therapy [see Adverse Reactions (6.1)]. With a median time on therapy of 60 months in the clinical trial, cardiovascular events, including arterial vascular occlusive events, occurred in 9% and 15% of patients in the Tasigna 300 and 400 mg twice daily arms, respectively, and in 3.2% in the imatinib arm. These included cases of cardiovascular events, including ischemic heart disease-related cardiac events (5% and 9% in the Tasigna 300 mg and 400 mg twice daily arms, respectively, and 2.5% in the imatinib arm), peripheral arterial occlusive disease (3.6% and 2.9% in the Tasigna 300 mg and 400 mg twice daily arms, respectively, and 0% in the imatinib arm), and ischemic cerebrovascular events (1.4% and 3.2% in the Tasigna 300 mg and 400 mg twice daily arms, respectively, and 0.7% in the imatinib arm).***"

**SECTION D. Limitations in the Body of Evidence.** There are some limitations to my analysis which reflect the quality of available data.

**D.1. Systematic Search**. It is possible that the systematic search, despite its comprehensive nature, missed a few studies. However, we identified all RCTs included in prior meta-analysis by Haguet, el al.[6] and included several observational studies, case reports and mechanistic studies.

**D.2. Combining Long Term RCTs with Short Term RCTs in Meta-Analysis.** The lack of patient level data in meta-analysis of studies that combine long and short term RCTs assumes that relative risks remain relatively stable over time. The authors of the ENESTnd 10 year update acknowledge "*the incidence of newly occurring CVEs displayed in a yearly time window seemed similar across years in all arms among patients on long term treatment.*"[3] A similar approach to incorporate RCTs of different durations was taken by Haguet, at al.[6] To account for this limitation, I conducted a sensitivity analysis (Sensitivity analysis # 4) which showed that even after excluding the longest RCT, the combined results of a meta-analysis of short-term trials still showed a statistically significant increased risk of cardiovascular events with nilotinib vs. imatinib. Separately, there was a statistically significant increased risk of CV events, IHD, PAOD and ischemic stroke in the ENESTnd study. (**Figure 2- Figure 5**).

**D.3. Confounding in observational studies.** Several observational studies did not adjust for CV risk factors and the results from those studies should be viewed with caution. All such studies were rated as being poor quality. Similarly, even the studies that adjusted for some risk factors did not adjust for many lifestyle variables. I also graded the quality of adjusted observational studies based on the NOS Scale and placed higher emphasis on good quality studies as supportive evidence for or against causation. I drew the strong inference can be drawn from meta-analysis of RCTs, because randomization controls for both known and unknown confounders.

**D.4. Adjudication of Cardiovascular Endpoints.** Another limitation is that none of these trials were designed to measure CV events as primary outcomes. CV events were instead reported as adverse events and/or serious adverse events. Adjudication of such events may result in different estimates, but in an RCT, such estimates are likely to affect both arms equally.[55] The role of adjudication of major clinical events is uncertain and studies suggest that adjudication did not improve the ability to determine treatment effects[237] and has not been shown to have an effect in cardiovascular trials, irrespective of masking.[238] Any weaknesses in ascertainment in an RCT should affect the intervention arms equally and likely to be non-differential and will likely bias estimates toward null. These biases are further compounded when such analyses are initiated retrospectively as such adjudication can only lower the total number of events reducing the power to detect an effect. A retrospective adjudication of CV events reported in the Ponatinib for Chronic Myeloid Leukemia (CML) Evaluation and Ph+ Acute Lymphoblastic Leukemia (PACE) trial over a 5 year follow-up with ponatinib (a drug that has been established as a cause of atherosclerotic CV events) systematically reduced the overall the number of CV events from 25% before adjudication to 17% after

adjudication.[239] This suggests an underestimation of the established CV risk of ponatinib.

**D.5. Increased Incidence of Atherosclerosis in Patients with CML.** Another criticism levelled at the causal association between nilotinib and CV disease is the hypothesis that these results may reflect increased risk of CVD or PAOD in patients with CML. This hypothesis has not been firmly established. As noted in **Section A.6**, studies which control for cardiac risk factors, have found rates of CV disease in patients with CML similar to age and sex matched controls. Even if there were to be an increased risk of atherosclerosis in patients with CML, an RCT controls for both measured and unmeasured confounders at baseline. The two arms of the ENESTnd trial showed participants that were comparable in terms of age, sex, and CV risk factors. The median age was 47 years for the nilotinib 300 mg PO BID arm and nilotinib 400 mg PO BID arm and 46 years for the imatinib arm.[240] As noted in the section on the ENESTnd trial, the proportion of participants in the low risk < 10 % Framingham risk score was comparable across arms nilotinib 300 mg twice daily (68.7%); nilotinib 400 mg twice daily, (66.2%); and imatinib (68.9%).[183]

**D.6. Comparisons with other TKIs.** Another criticism to the body of evidence on nilotinib and its increased risk of CV events is that it has been noted to occur mainly in comparison to imatinib. There are no RCTs which directly compared nilotinib to TKIs other than imatinib.

**Imatinib.** An alternative and erroneous interpretation of the data is that these represent a protective effect of imatinib. A small retrospective study (n=39) suggested that imatinib may modestly lower blood glucose levels (mean 9 mg/dl), which may attenuate atherosclerosis,[241] In a model of diabetic mice, it reduced the development of atherosclerotic plaque area.[242] It has also been shown to induce porcine instent-restenosis.[243] However, prospective information on these purported beneficial effects is not available. Examining comparisons other than nilotinib in clinical trials, the International Randomized Study of Interferon and STI571 (IRIS), which randomized 553 patients with CML to imatinib and 553 patients with CML to interferon alpha and cytarabine did not show any such protective CV effect of imatinib.[244] Even after a median of 60 months of follow-up, the study failed to detect any ischemic CV protective effect of imatinib. CHF was reported as being related in 1 patient (<1%). The final analysis of the IRIS trial also did not report such protective effects.[245] Besides, meta-analysis have also showed that nilotinib increases the risk compared to no-TKIs group.

**Dasatinib.** In the Dasatinib Versus Imatinib Study in Treatment-Naive CML Patients (DASISION) trial, which compared 258 CML patients randomized to dasatinib vs. 258 patients randomized to imatinib, arterial ischemic events were uncommon in both the dasatinib (5%) and imatinib (2%) treatment arms at five years.[246] Seven of the 10 events occurred in one year and most patients started medication without problems. Although conclusions from comparisons across trials should be viewed with caution, results from the ENESTnd at comparable time points of 5 years show an excess risk with nilotinib while rates of imatinib are similar to that of the DASISION trial. In the ENESTnd trial, the risk of CV events at 5 years was 7.5%, 13.4% and 2.1% patients in the nilotinib 300-mg twice-daily, nilotinib 400-mg twice-daily and imatinib arms.[183] The rates of nilotinib appear to be higher than that of dasatinib.

A pooled analysis combining trials of dasatinib in patients with CML such as DASISION and patients with prostate cancer which evaluated dasatinib or placebo plus docetaxel/prednisone (READY) reported that ischemic events only occurred in 2-4% of dasatinib treated patients, and based on observed vs. expected standardized incidence ratios, **dasatinib does not increase the risk of ischemic CV events compared to the general population**.[247]

Meta-analyses which have evaluated both **nilotinib and dasatinib also suggest a higher risk of ischemic CV events with nilotinib**. Haguet, et al. noted that the OR for a statistically significant increased risk of arterial occlusive events was higher with nilotinib (OR 3.89  95% CI 2.47 to 6.11) compared to dasatinib (OR 2.68, 95% CI 1.72 to 4.17)[6] based on meta-analysis of RCTs (6 RCTs of dasatinib). Another meta-analysis (4 RCTs and 25 observational studies) reported that the pooled IR of CV events was higher with nilotinib (8%, 95% CI 6-10%) compared to dasatinib (2%, 95% CI 1-2%).[87] Earlier in 2016, Douxfils, et al. noted similar ORs for VAEs when nilotinib and dasatinib was compared to imatinib, [88] based on an analysis of 10 studies. But this analysis appears to be obsolete

- 52 -

Observational studies have shown similar excess risks with nilotinib compared to dasatinib. Yang, et al. noted an excess risk of ATEs with nilotinib compared to dasatinib (20.69/1000 PYs vs. 9.02/1000 PYs),[7] although these differences were not statistically significant in competing risk analysis (Subdistribution HR of 1.65 (95% CI 0.5 to 5; P=0.4123). Chen, et al. also reported an excess risk of vascular adverse events compared to dasatinib (19.2/1000 PYs vs. 15.3/1000 PYs) but did not report on tests of statistical significance. Observational studies have noted an increased risk of cardiovascular events with nilotinib compared to dasatinib,[53,96,100,102-104,106,107,109,110,112,114] but few studies reported tests of statistical significance despite an excess risk.[96,102,106] Caoci, et al. reported a significantly higher frequency of PAOD with nilotinib compared to dasatinib.[102] A few smaller studies have reported no statistically significant differences in the risk of cardiovascular events with nilotinib compared to dasatinib,[92] likely due to limited statistical power. Jain, et al. noted a higher risk of AT-AEs with dasatinib compared to nilotinib but had significant  limitations as discussed above.[90]

Evidence from mechanistic studies also suggests that compared to dasatinib, nilotinib significantly increased the ratio of proinflammatory to anti-inflammatory cytokine ratios (TNF$\alpha$/IL-10  and IL6/IL10 ratios).[11] Dasatinib also has adverse effects on glucose and lipid metabolism compared to imatinib.[177] Dasatinib affects angiogenesis/blood vessel pathways and HUVEC function (tube formation/viability) similar to ponatinib and nilotinib.[13]

**Ponatinib** has been established to cause an increase in the risk of cardiovascular events. In the Ponatinib Ph(+) ALL and CML Evaluation (PACE) trial of ponatinib versus imatinib, incidence of arterial vascular events on ponatinib was 31% at 5-year follow-up (n=270 participants).[21]

### SECTION E. Assessment of the Association Between Nilotinib and Cardiovascular Events Using Bradford Hill Viewpoints.

The evidence above has clearly demonstrated a statistically significant elevation in the risk of ischemic cardiovascular events including IHD, PAOD and ischemic stroke with nilotinib across study designs including RCTs,[3] meta-analysis and observational studies among patients with CML. Having established statistical significance of an increased risk, I will now evaluate the cumulative body of evidence on nilotinib and ischemic CV events as detailed extensively above using the Bradford Hill viewpoints.[5] I have carefully considered the issues of bias and confounding, particularly among the observational studies, as well as the limitations in the body of evidence

**E.1. Strength of Association.** This viewpoint assesses the degree or magnitude of the effect to which the exposure is associated with the outcome. According to Sir Bradford Hill, the more likely the exposure is associated with the outcomes, the more likely it is to be causal.[5] Here, the evidence shows a strong association between nilotinib and the development of ischemic CV events, including PAOD, IHD, and stroke in RCTs, meta-analysis and high-quality observational studies. As summarized in the meta-analysis of four RCTs which compared nilotinib to imatinib,[1-4] there is a > 4-fold statistically significant relative increase in the risk of cardiovascular events (**Figure 2**). Similar results were obtained by Haguet, et al in their meta-analysis.[6] The analysis for PAOD shows a more than five-fold statistically significant relative increase compared to imatinib (**Figure 3**). Similar large statistically significant increases in the risk of IHD (**Figure 4**) and ischemic stroke (**Figure 5**) are noted. Importantly, for the primary analysis on the composite outcome of cardiovascular events, PAOD, and ischemic stroke, even the lowest bounds of the CI exceed a doubling of increased risk. Even the lowest bound of the CI for IHD disease is 1.86. Subgroup analyses which compared high doses of nilotinib (**Figure 6**) and low dose of nilotinib (**Figure 7**) to imatinib, and all four sensitivity analyses (**Figure 8-11**) also yield statistically significant large estimates of relative risk with nilotinib vs. imatinib on cardiovascular events. Similar large increases in the risk of CV events have been reported by other investigators in other meta-analyses of randomized controlled trials,[6] highest quality observational studies,[7,8] which control for various confounders evaluating nilotinib and the risk of CV events, and several disproportionality analyses, as discussed above. The strength of the association, replicated in multiple studies, strongly suggests that the association is causative.

**E.2. Consistency.** This criterion assesses whether the finding is repeatable in different settings, places, and times. As shown in detail above, the direction and strength of the association of an increased risk of nilotinib and CV

events is consistent across RCTs, meta-analyses, and controlled observational studies. The consistency and strength of the association found in multiple independent studies in different settings and different countries including Australia, Japan, China, South Korea, and US strongly suggests that the association is causative.  The meta-analyses of RCTs shows a consistently increased risk across all cardiovascular events, PAOD, IHD and stroke. The statistical measure of inconsistency ($I^2$=0%) for the meta-analysis on CV events, PAOD, IHD and stroke indicates homogeneity and consistency of effects across all outcomes. These clinical trials have been conducted in different clinical settings across the world and have repeatedly shown a strong association between nilotinib and ATE events.

Another important aspect of consistency is the significantly increased risk seen across the composite endpoint of all CV events and all three ischemic endpoints including PAOD, IHD and ischemic stroke, providing strong proof that this association between nilotinib and ischemic CV events is causal. The consistency is also evident in the subgroup and sensitivity analysis showing consistently increased risk. The meta-analysis by other investigators, and the dose-response analysis by Haguet, et al., also shows a consistently increased risk of CV events with nilotinib compared to imatinib.[6] The ENESTnd trial also provides strong support of consistency as an increased risk of CV events with nilotinib compared to imatinib is seen in participants with either high or low Framingham risk scores (**Section 2.7.** and **Table 13**). This increased risk of CV events with nilotinib is also consistent across the duration of the trial.

Additional support for consistency is provided by good quality observational studies which control for CV risk factors and  report findings of an increase risk similar to the RCTs.[7,8] Even in studies that failed to reach statistical significance,[52,90] the point estimates consistently exceeded 1. The slight differences in the point estimates and confidence intervals reflect differences in study population, duration of follow-up and study settings, and the limitations of underpowered studies to detect a significant effect, acknowledged by the studies.[52]

Another aspect of consistency is the concordance across various bodies of evidence that nilotinib showed consistent evidence of a biological mechanism (e.g, proinflammatory cytokines or increase in oxLDL levels).[11] Similarly, trials which report a statistically significantly increased risk of ischemic CV events with nilotinib, also report parallel increases in the risk of hypertension, hyperglycemia and hyperlipidemia.[3] Notably, large increases in risk have not only been seen for CV events, but also nilotinib induced metabolic adverse effects such as hypertension (two-fold increased risk).[19]

**E.3. Specificity.** This criterion analyzes whether the outcome of the disease appears to be specific to the exposure.[5] There are multiple risk factors for atherosclerosis such as hypertension, hyperlipidemia, obesity and diabetes. Genetic factors may also play a role in the occurrence of CV disease.[248] However, this does not imply that nilotinib does not play a causal role in the development of cardiovascular events. Indeed, as discussed above, the occurrence of CV events is consistently higher in nilotinib patients in RCTs, where, according to principles of randomization, the patients with higher risk for CV are evenly distributed among both the nilotinib and imatinib arms of the trial. Randomization controls for both measures and unmeasured confounders. If nilotinib was not causing or exacerbating atherosclerosis in patients, even those with or without risk factors, we would expect the number of CV events to be similar among all arms, which is not the case. Therefore, these findings from RCTs indicate that ischemic CV events are specifically attributable to nilotinib. The occurrence of CV events in patients taking nilotinib has been reported in both patients who had low risk of CV disease in the ENESTnd trial, and among patients with high risk of CV disease.[158,163] In the context of findings from RCTs, case reports/case series of patients with no risk factors or known vascular disease experiencing clinically overt vascular occlusive disease after nilotinib exposure provide supportive evidence that CV events are specific to nilotinib exposure.

**E.4.Temporality.** The temporality criterion assesses whether the exposure always predates the development of disease.[5] The temporal direction of association was documented in several RCTs.[1-4] In each case, nilotinib exposure occurred before the development of CV events, and in the majority of cases, the onset of CV events was relatively shortly after nilotinib exposure providing further evidence in support of causality. The fact that VAEs occur earlier in the nilotinib arm compared to imatinib provide further strengthening of the evidence that nilotinib causes cardiovascular events (**Section C.11**.).

**E.5. Biological Gradient.** This criterion assesses whether there is a biological gradient or dose-response effect.[5] Although not an absolute requirement, when present, it provides strong proof of a causal association. There is evidence of a dose-response and duration response effect of nilotinib on CV events in RCTs, meta-analysis and observational studies which provides further support of a causal association (**Section C.10.**)

Evidence of a dose-response effect (increasing risk with increasing use of nilotinib) is seen in my meta-analysis of all 4 RCTs (and the meta-analysis by Haguet, et al) which reported on the risk of CV events with nilotinib 400 mg twice daily vs. imatinib (**Figure 6**), and nilotinib 300 mg twice daily vs. imatinib (**Figure 7**). Both doses of nilotinib significantly increased the risk of ischemic CV events compared to imatinib, but the risk was higher with the 400 mg dose of nilotinib compared to 300 mg dose of nilotinib twice daily.

Examining the ENESTnd trial which reported on both doses also showed consistently similar effects. There were numerically more CV events (i.e., PAD, IHD, and stroke) occurring in the nilotinib 400 mg PO BID arm compared to nilotinib 300 mg PO BID arm in the ENESTnd trial. **Table 13** which reported on the occurrence of CV events by Framingham risk category before or after 5 years also show a consistently increased risk with the 400 mg dose compared to the 300 mg dose in all categories. In the highest risk category, after 5 years, while the number of patients with CV events appears to be similar, the number of CV events is higher for IHD, PAD and stroke confirming evidence of a dose response effect.

Importantly, the findings of a dose-response effect are further supported by data from observational studies such as Fossard, et al. which showed that HR of the 800 mg dose of nilotinib was higher and statistically significant [HR 4.96, 1.46 to 16.93, P=0.01] compared to the 300-400 mg dose.[9] Not only is there evidence of a dose-response, there is further evidence of duration response. The authors concluded that "'*CVEs worryingly, seem to increase extensively over time*" reflective of duration responsiveness. The authors concluded that "*Moreover, there is a relationship between CVEs and higher doses of nilotinib (where the frequency of CVEs is twice as much as that found in lower doses*". Another study also reported on the incidence of AOD over time in nilotinib compared to controls which argues for a duration response effect.[10] This consistent evidence of dose and duration responsiveness from RCTs, meta-analysis and observational studies, provides further support that the inference of a causal association between nilotinib and CV events is causative. The European Leukemia Net guidelines also concur that nilotinib increased the risk of PAOD as compared to imatinib in a **<u>dose-dependent</u> manner.[234]**

**E.6. Plausibility.** Although this is not a requirement for causation, an association that is biologically plausible is more likely to be causal.[5] Evidence from the peer-reviewed literature provides several plausible biological mechanisms that could explain the development or exacerbation of severe atherosclerotic events in patients taking nilotinib (**Section C.9.**). Nilotinib raises proinflammatory and proatherogenic inflammatory markers,[11,12] exerts direct pro-atherogenic and antiangiogenic effects on vascular endothelial cells and contributes to endothelial cell activation.[10,13] Nilotinib has also been shown to induce platelet thrombus formation,[14] development of atherosclerotic plaque,[15] including insulin resistance and hyperglycemia,[16] hyperlipidemia[17,18] and arterial hypertension,[19,20] all of which may contribute to the development of atherosclerosis. While the results from a few studies have been mixed,[168,170] the large majority of studies above provide sufficient evidence in support of a plausible biological mechanism of nilotinib induced CV toxicity.

**E.7. Coherence.** This criterion assesses whether the cause-and-effect interpretation of data conflicts with the generally known facts of the natural history and biology of the disease, in this case, CVD among patients with CML who use nilotinib. The data presented above supports a cause-and-effect relationship between nilotinib and CV disease. There is no evidence to suggest that findings of an increased risk with nilotinib are incompatible with the natural history of CVD among patients with CML. While oft cited as a critique that CML also increases the risk of CVD, this does not rule out the causal role of nilotinib as demonstrated in RCTs of nilotinib in patients with CML where patients are matched at baseline for both measured and unmeasured confounders. Robust propensity matched controlled observational studies,[8] and observational studies which rule out confounding by CV risk factors, have refuted this hypothesis that the increased risk seen with nilotinib is attributable to CML. Importantly, there are no known robust studies which demonstrate that nilotinib decreases the incidence of CV disease in patients with CML. Support for a causal association is also provided by data from mechanistic studies that suggest that nilotinib has a

proinflammatory and pro-oxidative effect,[11] potentiates a prothrombotic state,[14] and induces proatherogenic and anti-angiogenic effect on endothelial cells.[10] Multiple studies suggest that nilotinib increases hyperglycemia and hypercholesterolemia in patients,[16,18] plausibly explain the development of atherosclerosis with nilotinib. This adequately explains not only why nilotinib induced CV events are particularly manifest in the presence of risk factors, but also why CV events also occur among patients with low/moderate risk factors for CV disease.[163]

**E.8. Experiment.** Occasionally, in making a causation assessment, it is possible to appeal to experimental, or semi-experimental, evidence.[5] The definitive experimental evidence would be a placebo controlled RCT among patients free of CV events with the primary outcome of incident CV events that would be actively ascertained. However, such evidence does not exist now. Such a trial to provide absolute proof of harm, which ignores the body of evidence that has accumulated and places patients at risk for developing accelerated, severe, and life-threatening CV disease, raises significant ethical concerns. Data from RCTs comparing nilotinib to imatinib, have consistently shown an increased risk of CV events in nilotinib patients, which is also demonstrated by multiple meta-analysis studies, including my own. This is justifiable case of experimental evidence, and strongly suggests a causal association.

**E.9. Analogy.** Another tyrosine kinase inhibitor, ponatinib, has also been shown to increase the risk of new onset atherosclerosis-related CV events, including PAD, IHD, and stroke.[249] This drug serves as an appropriate analogy.

**SECTION F. Summary and Conclusions.**

**Summary**. Applying the Hill viewpoints, it is my opinion, to a reasonable degree of scientific certainty, that the data strongly supports that nilotinib causes the development of atherosclerotic-related cardiovascular events, including peripheral arterial occlusive disease, ischemic heart disease, and ischemic stroke. There is a **strong association** between nilotinib and ischemic CV events as manifest by a statistically significant increased risk of CV events (> 4-fold), heart disease, ischemic stroke, and PAOD (> 5-fold) events in meta-analysis of RCTs.[6] The support for a causal association is also supported by **evidence of consistency** as manifest by a consistently increased risk of nilotinib in meta-analyses of RCTs, which do not show any evidence of statistical heterogeneity, in fact show perfect homogeneity for all meta-analysis across the range of outcomes. Other systematic reviews and meta-analyses of trials,[6] and studies conducted by different investigators, using different study designs in different times, places, and settings have consistently replicated similar findings of an increased risk of ischemic cardiovascular events with nilotinib.[7,8] A consistently increased risk of CV events is also seen among participants with both high and low risk Framingham risk scores. **Temporality** is established in multiple RCTs and prospective studies which report an excess risk of CV events with nilotinib.[1-4] **Specificity** is a minor consideration in multicausal diseases such as atherosclerosis but the occurrence of CV events is consistently higher in nilotinib patients in RCTs, where, according to principles of randomization, the patients with higher risk for CV are evenly distributed among both the nilotinib and imatinib arms indicating that ischemic CV events are specifically attributable to nilotinib exposure, despite the presence of multiple risk factors (which are balanced in an RCT at baseline). Evidence of **dose-response** effects in RCTs and meta-analyses of RCTs with higher dose (400 mg PO twice a day orally of nilotinib) resulting in an increased risk of CV events compared to imatinib and to the lower dose of nilotinib (300 mg PO BID).[6] The ENESTnd trial also reported an higher risk of CV events with the higher dose of nilotinib 400 mg PO BID compared to the 300 mg PO BID dose overall, as well as across levels of Framingham risk scores. There is also supportive evidence from dose and duration responsiveness from observational studies, which showed that HR of the 800 mg dose of nilotinib was higher and statistically significant [HR 4.96, 1.46 to 16.93, P=0.01] compared to the 300-400 mg dose and also report an accumulation of events over time.[9,10] No study shows dose-reversal with higher risk with lower dose of nilotinib. Guidelines agencies have acknowledged that nilotinib causes a dose-dependent increase in the risk of PAOD. There are multiple **plausible biological mechanisms** through which nilotinib contributes to the development of atherosclerotic cardiovascular events. Nilotinib raises proinflammatory and proatherogenic inflammatory markers,[11,12] exerts direct pro-atherogenic and antiangiogenic effects on vascular endothelial cells and contributes to endothelial cell activation.[10,13] Nilotinib has also been shown to induce platelet thrombus formation,[14] development of atherosclerotic plaque,[15] including insulin resistance and hyperglycemia,[16] hyperlipidemia[17,18] and arterial hypertension,[19,20] all of which constitute plausible biological mechanisms for the development of atherosclerosis. There is evidence supporting **coherence** because the natural history of cardiovascular events among

patients with CML is consistent with findings of an increased risk of cardiovascular events with nilotinib. There is **experimental** evidence of an increased risk of cardiovascular events with nilotinib from RCTs in the ENESTnd trial, despite the lack of a prospective placebo controlled RCT powered on CV events (which would be unethical). The indisputable association between an increased risk of cardiovascular events with ponatinib, another tyrosine kinase inhibitor provides strong evidence of **analogy**.[21]

**Conclusions**. It is my opinion with a reasonable degree of scientific certainty that nilotinib causes ischemic CV events, including PAOD, heart attack, and ischemic stroke based on appraisal of the cumulative body of evidence from RCTs, meta-analysis of RCTs, controlled and uncontrolled observational studies, disproportionality analyses, case reports, and mechanistic studies. The cumulative body of evidence was subjected to a qualitative and transparent appraisal assessment using the Hill's viewpoints. I emphasize causation rather than the non-specific term association. This opinion is based on my systematic application of scientific and epidemiological principles that I have learned through my education, my past 20 years of my professional life conducting epidemiological research and analysis, the practice of clinical medicine, and contributing to the medical literature. I reserve the right to supplement this report if new or significantly, modified information is provided at any point.

**Sonal Singh, MD, MPH**

Date: October 18, 2022

Name : Sonal Singh MD, MPH FACP

## G. Supplementary Materials and References

### G.1. References

1.  Cortes JE, De Souza CA, Ayala M, et al. Switching to nilotinib versus imatinib dose escalation in patients with chronic myeloid leukaemia in chronic phase with suboptimal response to imatinib (LASOR): a randomised, open-label trial. *Lancet Haematol.* 2016;3(12):e581-e591.
2.  Hughes TP, Leber B, Cervantes F, et al. Sustained deep molecular responses in patients switched to nilotinib due to persistent BCR-ABL1 on imatinib: Final ENESTcmr randomized trial results. *Leukemia.* 2017;31(11):2529-2531.
3.  Kantarjian HM, Hughes TP, Larson RA, et al. Long-term outcomes with frontline nilotinib versus imatinib in newly diagnosed chronic myeloid leukemia in chronic phase: ENESTnd 10-year analysis. *Leukemia.* 2021;35(2):440-453.
4.  Wang J, Shen Z-X, Saglio G, et al. Phase 3 study of nilotinib vs imatinib in Chinese patients with newly diagnosed chronic myeloid leukemia in chronic phase: ENESTchina. *Blood.* 2015;125(18):2771-2778.
5.  Hill AB. THE ENVIRONMENT AND DISEASE: ASSOCIATION OR CAUSATION? *Proc R Soc Med.* 1965;58(5):295-300.
6.  Haguet H, Graux C, Mullier F, Dogné JM, Douxfils J. Long-term survival, vascular occlusive events and efficacy biomarkers of first-line treatment of CML: A meta-analysis. *Cancers.* 2020;12(5).
7.  Yang YC, Huang RY, Tsai HJ, Li PC, Yang YH, Hsieh KP. Cardiovascular events in patients with chronic myeloid leukaemia treated with tyrosine kinase inhibitors in Taiwan: a nationwide population-based study. *Eur J Prev Cardiol.* 2021.
8.  Chen MT, Huang ST, Lin CW, et al. Tyrosine Kinase Inhibitors and Vascular Adverse Events in Patients with Chronic Myeloid Leukemia: A Population-Based, Propensity Score-Matched Cohort Study. *Oncologist.* 2021;26(11):974-982.
9.  Fossard G, Blond E, Giraudier S, et al. Hyperhomocysteinemia and high doses of nilotinib favour cardio-vascular events in chronic phase chronic myelogenous leukemia (CML) patients. *Blood.* 2014;124(21).
10. Hadzijusufovic E, Albrecht-Schgoer K, Huber K, et al. Nilotinib-induced vasculopathy: identification of vascular endothelial cells as a primary target site. *Leukemia.* 2017;31(11):2388-2397.
11. Sicuranza A, Ferrigno I, Abruzzese E, et al. Pro-Inflammatory and Pro-Oxidative Changes During Nilotinib Treatment in CML Patients: Results of a Prospective Multicenter Front-Line TKIs Study (KIARO Study). *Front Oncol.* 2022;12:835563.
12. Bocchia M, Galimberti S, Aprile L, et al. Genetic predisposition and induced pro-inflammatory/pro-oxidative status may play a role in increased atherothrombotic events in nilotinib treated chronic myeloid leukemia patients. *Oncotarget.* 2016;7(44):72311-72321.
13. Gover-Proaktor A, Granot G, Pasmanik-Chor M, et al. Bosutinib, dasatinib, imatinib, nilotinib, and ponatinib differentially affect the vascular molecular pathways and functionality of human endothelial cells. *Leuk Lymphoma.* 2019;60(1):189-199.
14. Alhawiti N, Burbury KL, Kwa FA, et al. The tyrosine kinase inhibitor, nilotinib potentiates a prothrombotic state. *Thromb Res.* 2016;145:54-64.
15. Sarlon-Bartoli G, Michel Q, Sarlon E, et al. Ultrasound arterial anomalies in patients exposed to nilotinib therapy for chronic myeloid leukemia. *JMV-Journal de Medecine Vasculaire.* 2021;46(2):66-71.
16. Iurlo A, Orsi E, Cattaneo D, et al. Effects of first- and second-generation tyrosine kinase inhibitor therapy on glucose and lipid metabolism in chronic myeloid leukemia patients: a real clinical problem? *Oncotarget.* 2015;6(32):33944-33951.
17. Petrikova L, Slezakova K, Sninska Z, et al. Cardiovascular events and atherogenic lipid profile in chronic myeloid leukemia patients treated with nilotinib versus imatinib. *Bratisl Lek Listy.* 2021;122(8):531-537.

18.     Caocci G, Mulas O, Capodanno I, et al. Low-density lipoprotein (LDL) levels and risk of arterial occlusive events in chronic myeloid leukemia patients treated with nilotinib. *Annals of Hematology.* 2021;100(8):2005-2014.

19.     Mulas O, Caocci G, Mola B, La Nasa G. Arterial Hypertension and Tyrosine Kinase Inhibitors in Chronic Myeloid Leukemia: A Systematic Review and Meta-Analysis. *Front Pharmacol.* 2021;12:674748.

20.     Roa-Chamorro R, Jaén-Águila F, Puerta-Puerta JM, Torres-Quintero L, González-Bustos P, Mediavilla-García JD. Arterial hypertension assessment in a population with chronic myeloid leukemia. *Sci Rep.* 2021;11(1):14637.

21.     Cortes JE, Kim DW, Pinilla-Ibarz J, et al. Ponatinib efficacy and safety in Philadelphia chromosome–positive leukemia: final 5-year results of the phase 2 PACE trial. *Blood.* 2018;132(4):393-404.

22.     Reis G, Silva E, Silva DCM, et al. Effect of Early Treatment with Ivermectin among Patients with Covid-19. *N Engl J Med.* 2022;386(18):1721-1731.

23.     Grosse Y, Loomis D, Lauby-Secretan B, et al. Carcinogenicity of some drugs and herbal products. *Lancet Oncol.* 2013;14(9):807-808.

24.     Ross R. Atherosclerosis — An Inflammatory Disease. *New England Journal of Medicine.* 1999;340(2):115-126.

25.     Robinson JG, Fox KM, Bullano MF, Grandy S. Atherosclerosis profile and incidence of cardiovascular events: a population-based survey. *BMC Cardiovasc Disord.* 2009;9:46.

26.     Kobiyama K, Ley K. Atherosclerosis. *Circ Res.* 2018;123(10):1118-1120.

27.     Liou L, Kaptoge S. Association of small, dense LDL-cholesterol concentration and lipoprotein particle characteristics with coronary heart disease: A systematic review and meta-analysis. *PLoS One.* 2020;15(11):e0241993.

28.     Liao KP. Cardiovascular disease in patients with rheumatoid arthritis. *Trends Cardiovasc Med.* 2017;27(2):136-140.

29.     Iliescu CA, Grines CL, Herrmann J, et al. SCAI Expert consensus statement: Evaluation, management, and special considerations of cardio-oncology patients in the cardiac catheterization laboratory (endorsed by the cardiological society of India, and sociedad Latino Americana de Cardiologbox drawings light down and lefta intervencionista). *Catheterization and Cardiovascular Interventions.* 2016;87(5):E202-E223.

30.     Bentzon JF, Otsuka F, Virmani R, Falk E. Mechanisms of Plaque Formation and Rupture. *Circulation Research.* 2014;114(12):1852-1866.

31.     Kattoor AJ, Pothineni NVK, Palagiri D, Mehta JL. Oxidative Stress in Atherosclerosis. *Curr Atheroscler Rep.* 2017;19(11):42.

32.     Jin P, Cong S. LOX-1 and atherosclerotic-related diseases. *Clin Chim Acta.* 2019;491:24-29.

33.     Biasucci LM, Vitelli A, Liuzzo G, et al. Elevated Levels of Interleukin-6 in Unstable Angina. *Circulation.* 1996;94(5):874-877.

34.     Liuzzo G, Biasucci LM, Gallimore JR, et al. The prognostic value of C-reactive protein and serum amyloid a protein in severe unstable angina. *N Engl J Med.* 1994;331(7):417-424.

35.     Sterpetti AV. Inflammatory Cytokines and Atherosclerotic Plaque Progression. Therapeutic Implications. *Curr Atheroscler Rep.* 2020;22(12):75.

36.     Libby P. Inflammation in atherosclerosis. *Arterioscler Thromb Vasc Biol.* 2012;32(9):2045-2051.

37.     Galkina E, Ley K. Vascular adhesion molecules in atherosclerosis. *Arterioscler Thromb Vasc Biol.* 2007;27(11):2292-2301.

38.     Blankenberg S, Barbaux S, Tiret L. Adhesion molecules and atherosclerosis. *Atherosclerosis.* 2003;170(2):191-203.

39.     Hwang S-J, Ballantyne CM, Sharrett AR, et al. Circulating Adhesion Molecules VCAM-1, ICAM-1, and E-selectin in Carotid Atherosclerosis and Incident Coronary Heart Disease Cases. *Circulation.* 1997;96(12):4219-4225.

40. Zhou Q, Liao JK. Rho kinase: an important mediator of atherosclerosis and vascular disease. *Curr Pharm Des.* 2009;15(27):3108-3115.

41. Parikh NI, Gona P, Larson MG, et al. Long-Term Trends in Myocardial Infarction Incidence and Case Fatality in the National Heart, Lung, and Blood Institute's Framingham Heart Study. *Circulation.* 2009;119(9):1203-1210.

42. Rosamond WD, Chambless LE, Heiss G, et al. Twenty-Two–Year Trends in Incidence of Myocardial Infarction, Coronary Heart Disease Mortality, and Case Fatality in 4 US Communities, 1987–2008. *Circulation.* 2012;125(15):1848-1857.

43. Vangen-Lønne AM, Wilsgaard T, Johnsen SH, Carlsson M, Mathiesen EB. Time Trends in Incidence and Case Fatality of Ischemic Stroke. *Stroke.* 2015;46(5):1173-1179.

44. Barnes GD. Lower Extremity Periheral Artery Disease: AHA Scientific Statement. https://www.acc.org/latest-in-cardiology/ten-points-to-remember/2021/08/09/19/40/lower-extremity-pad. Published 2021. Updated Aug 9 2021. Accessed.

45. Sigvant B, Hasvold P, Kragsterman B, et al. Cardiovascular outcomes in patients with peripheral arterial disease as an initial or subsequent manifestation of atherosclerotic disease: Results from a Swedish nationwide study. *J Vasc Surg.* 2017;66(2):507-514.e501.

46. Kalbaugh CA, Kucharska-Newton A, Wruck L, et al. Peripheral Artery Disease Prevalence and Incidence Estimated From Both Outpatient and Inpatient Settings Among Medicare Fee-for-Service Beneficiaries in the Atherosclerosis Risk in Communities (ARIC) Study. *J Am Heart Assoc.* 2017;6(5).

47. Fowkes FG, Rudan D, Rudan I, et al. Comparison of global estimates of prevalence and risk factors for peripheral artery disease in 2000 and 2010: a systematic review and analysis. *Lancet.* 2013;382(9901):1329-1340.

48. Goldman JM, Melo JV. Chronic myeloid leukemia--advances in biology and new approaches to treatment. *N Engl J Med.* 2003;349(15):1451-1464.

49. Jabbour E, Makenbaeva D, Lingohr-Smith M, Lin J. Use of Real-World Claim Databases to Assess Prevalence of Comorbid Conditions Relevant to the Treatment of Chronic Myelogenous Leukemia Based on National Comprehensive Network Treatment Guidelines. *Clin Lymphoma Myeloma Leuk.* 2015;15(12):797-802.

50. Coutinho AD, Makenbaeva D, Farrelly E, Landsman-Blumberg PB, Lenihan D. Elevated Cardiovascular Disease Risk in Patients With Chronic Myelogenous Leukemia Seen in Community-based Oncology Practices in the United States. *Clin Lymphoma Myeloma Leuk.* 2017;17(10):676-683.

51. Chao C, Xu L, Bhatia S, et al. Cardiovascular Disease Risk Profiles in Survivors of Adolescent and Young Adult (AYA) Cancer: The Kaiser Permanente AYA Cancer Survivors Study. *J Clin Oncol.* 2016;34(14):1626-1633.

52. Leong D, Aghel N, Hillis C, et al. Tyrosine kinase inhibitors in chronic myeloid leukaemia and emergent cardiovascular disease. *Heart.* 2021;107(8):667-673.

53. Dahlén T, Edgren G, Lambe M, et al. Cardiovascular events associated with use of tyrosine kinase inhibitors in chronic myeloid leukemia. *Annals of Internal Medicine.* 2016;165(3):161-166.

54. Rattanathammethee T, Tantiworawit A, Rattarittamrong E, et al. High prevalence of peripheral artery occlusive disease (PAOD) among patients with chronic myeloid leukemia (CML) receiving tyrosine kinase inhibitors (TKIS): A cross-sectional study. *Blood.* 2015;126(23):5140.

55. Singh S, Loke YK. Drug safety assessment in clinical trials: methodological challenges and opportunities. *Trials.* 2012;13:138.

56. Bradburn MJ, Deeks JJ, Berlin JA, Russell Localio A. Much ado about nothing: a comparison of the performance of meta-analytical methods with rare events. *Stat Med.* 2007;26(1):53-77.

57. J. Sweeting M, J. Sutton A, C. Lambert P. What to add to nothing? Use and avoidance of continuity corrections in meta-analysis of sparse data. *Statistics in Medicine.* 2004;23(9):1351-1375.

58.     Evans SJW, Waller PC, Davis S. Use of proportional reporting ratios (PRRs) for signal generation from spontaneous adverse drug reaction reports. *Pharmacoepidemiology and Drug Safety.* 2001;10(6):483-486.

59.     Bate A, Evans SJW. Quantitative signal detection using spontaneous ADR reporting. *Pharmacoepidemiology and Drug Safety.* 2009;18(6):427-436.

60.     Wasserstein RL, Lazar NA. The ASA Statement on p-Values: Context, Process, and Purpose. *The American Statistician.* 2016;70(2):129-133.

61.     Christenfeld NJ, Sloan RP, Carroll D, Greenland S. Risk factors, confounding, and the illusion of statistical control. *Psychosom Med.* 2004;66(6):868-875.

62.     Fedak KM, Bernal A, Capshaw ZA, Gross S. Applying the Bradford Hill criteria in the 21st century: how data integration has changed causal inference in molecular epidemiology. *Emerg Themes Epidemiol.* 2015;12:14-14.

63.     Burnand B, Kernan WN, Feinstein AR. Indexes and boundaries for "quantitative significance" in statistical decisions. *Journal of Clinical Epidemiology.* 1990;43(12):1273-1284.

64.     Lagiou P, Adami HO, Trichopoulos D. Causality in cancer epidemiology. *Eur J Epidemiol.* 2005;20(7):565-574.

65.     Tobacco smoke and involuntary smoking. *IARC Monogr Eval Carcinog Risks Hum.* 2004;83:1-1438.

66.     Rothman KJ, Poole C. A strengthening programme for weak associations. *Int J Epidemiol.* 1988;17(4):955-959.

67.     Ioannidis JPA. Exposure-wide epidemiology: revisiting Bradford Hill. *Statistics in Medicine.* 2016;35(11):1749-1762.

68.     Rothman KJ, Greenland S. Causation and Causal Inference in Epidemiology. *American Journal of Public Health.* 2005;95(S1):S144-S150.

69.     Susser M. What is a cause and how do we know one? A grammar for pragmatic epidemiology. *Am J Epidemiol.* 1991;133(7):635-648.

70.     Sedgwick P. Meta-analyses: what is heterogeneity? *BMJ : British Medical Journal.* 2015;350:h1435.

71.     Roggli VL, Gibbs AR, Attanoos R, et al. Pathology of asbestosis- An update of the diagnostic criteria: Report of the asbestosis committee of the college of american pathologists and pulmonary pathology society. *Arch Pathol Lab Med.* 2010;134(3):462-480.

72.     Steenland K, Deddens JA. A Practical Guide to Dose-Response Analyses and Risk Assessment in Occupational Epidemiology. *Epidemiology.* 2004;15(1):63-70.

73.     Herbst AL, Ulfelder H, Poskanzer DC. Adenocarcinoma of the Vagina. *New England Journal of Medicine.* 1971;284(16):878-881.

74.     Cogliano VJ, Baan RA, Straif K, et al. The science and practice of carcinogen identification and evaluation. *Environ Health Perspect.* 2004;112(13):1269-1274.

75.     Weed DL, Hursting SD. Biologic plausibility in causal inference: current method and practice. *Am J Epidemiol.* 1998;147(5):415-425.

76.     Schlesselman JJ. "Proof" of cause and effect in epidemiologic studies: criteria for judgment. *Prev Med.* 1987;16(2):195-210.

77.     Lanes SF, Poole C. 'Truth in packaging?' The unwrapping of epidemiologic research. *J Occup Med.* 1984;26(8):571-574.

78.     Swaen G, van Amelsvoort L. A weight of evidence approach to causal inference. *J Clin Epidemiol.* 2009;62(3):270-277.

79.     Shimonovich M, Pearce A, Thomson H, Keyes K, Katikireddi SV. Assessing causality in epidemiology: revisiting Bradford Hill to incorporate developments in causal thinking. *Eur J Epidemiol.* 2021;36(9):873-887.

80. Haguet H, Douxfils J, Mullier F, Chatelain C, Graux C, Dogné JM. Risk of arterial and venous occlusive events in chronic myeloid leukemia patients treated with new generation BCR-ABL tyrosine kinase inhibitors: a systematic review and meta-analysis. *Expert Opinion on Drug Safety.* 2017;16(1):5-12.

81. Sedgwick P. What is intention to treat analysis? *BMJ : British Medical Journal.* 2013;346:f3662.

82. Higgins JP, Thompson SG, Deeks JJ, Altman DG. Measuring inconsistency in meta-analyses. *Bmj.* 2003;327(7414):557-560.

83. Higgins JP, Altman DG, Gøtzsche PC, et al. The Cochrane Collaboration's tool for assessing risk of bias in randomised trials. *Bmj.* 2011;343:d5928.

84. Egger M, Smith GD, Schneider M, Minder C. Bias in meta-analysis detected by a simple, graphical test. *BMJ.* 1997;315(7109):629-634.

85. Wells G SB, O'Connell D, Peterson J, Welch V, Losos M. Tugwell P. The Newcastle-Ottawa Scale (NOS) for assessing the quality of nonrandomised studies in meta-analyses. http://www.ohri.ca/programs/clinical_epidemiology/nos_manual.pdf. Published 2012. Accessed May21, 2022.

86. Singh S, Nautiyal A. Aortic Dissection and Aortic Aneurysms Associated with Fluoroquinolones: A Systematic Review and Meta-Analysis. *Am J Med.* 2017;130(12):1449-1457.e1449.

87. Chai-Adisaksopha C, Lam W, Hillis C. Major arterial events in patients with chronic myeloid leukemia treated with tyrosine kinase inhibitors: a meta-analysis. *Leuk Lymphoma.* 2016;57(6):1300-1310.

88. Douxfils J, Haguet H, Mullier F, Chatelain C, Graux C, Dogné JM. Association between BCR-ABL tyrosine kinase inhibitors for chronic myeloid leukemia and cardiovascular events, major molecular response, and overall survival. *JAMA Oncology.* 2016;2(5):625-632.

89. Giles FJ, Mauro MJ, Hong F, et al. Rates of peripheral arterial occlusive disease in patients with chronic myeloid leukemia in the chronic phase treated with imatinib, nilotinib, or non-tyrosine kinase therapy: a retrospective cohort analysis. *Leukemia.* 2013;27(6):1310-1315.

90. Jain P, Kantarjian H, Boddu PC, et al. Analysis of cardiovascular and arteriothrombotic adverse events in chronic-phase CML patients after frontline TKIs. *Blood Advances.* 2019;3(6):851-861.

91. Casavecchia G, Spinosa G, De Gennaro L, et al. Incidence of cardiovascular events in patients with chronic myeloid leukaemia treated with tyrosine kinase inhibitors. *Acta Cardiol.* 2021:1-6.

92. Chow EJ, Doody DR, Wilkes JJ, et al. Adverse events among chronic myelogenous leukemia patients treated with tyrosine kinase inhibitors: a real-world analysis of health plan enrollees. *Leukemia and Lymphoma.* 2021;62(5):1203-1210.

93. Kim TD, Rea D, Schwarz M, et al. Peripheral artery occlusive disease in chronic phase chronic myeloid leukemia patients treated with nilotinib or imatinib. *Leukemia.* 2013;27(6):1316-1321.

94. Levato L, Cantaffa R, Kropp MG, Magro D, Piro E, Molica S. Progressive peripheral arterial occlusive disease and other vascular events during nilotinib therapy in chronic myeloid leukemia: a single institution study. *Eur J Haematol.* 2013;90(6):531-532.

95. Neelakantan P, Rezvani K, May P, et al. Excellent outcome after repeated changes of tyrosine kinase inhibitor therapy for chronic myeloid leukaemia in complete cytogenetic response due to minor side effects. *British Journal of Haematology.* 2014;164(4):608-610.

96. Gora-Tybor J, Medras E, Calbecka M, et al. Real-life comparison of severe vascular events and other non-hematological complications in patients with chronic myeloid leukemia undergoing second-line nilotinib or dasatinib treatment. *Leukemia and Lymphoma.* 2015;56(8):2309-2314.

97. Jain P, Kantarjian H, Alattar ML, et al. Long-term molecular and cytogenetic response and survival outcomes with imatinib 400 mg, imatinib 800 mg, dasatinib, and nilotinib in patients with chronic-phase chronic myeloid leukaemia: Retrospective analysis of patient data from five clinical trials. *The Lancet Haematology.* 2015;2(3):e118-e128.

98. Takahashi K, Kantarjian HM, Yang Y, et al. A propensity score matching analysis of dasatinib and nilotinib as a frontline therapy for patients with chronic myeloid leukemia in chronic phase. *Cancer.* 2016;122(21):3336-3343.

99. Osada Y, Arakaki H, Takanashi S, Ito C, Aisa Y, Nakazato T. Association between a cardiovascular disease risk assessment and the molecular response to tyrosine kinase inhibitors in chronic-phase chronic myeloid leukemia patients. *Medical Oncology.* 2017;34(4).

100. Suh KJ, Lee JY, Shin DY, et al. Analysis of adverse events associated with dasatinib and nilotinib treatments in chronic-phase chronic myeloid leukemia patients outside clinical trials. *Int J Hematol.* 2017;106(2):229-239.

101. Bettiol A, Marconi E, Lombardi N, et al. Pattern of Use and Long-Term Safety of Tyrosine Kinase Inhibitors: A Decade of Real-World Management of Chronic Myeloid Leukemia. *Clinical Drug Investigation.* 2018;38(9):837-844.

102. Caocci G, Mulas O, Annunziata M, et al. Cardiovascular toxicity in patients with chronic myeloid leukemia treated with second-generation tyrosine kinase inhibitors in the real-life practice: Identification of risk factors and the role of prophylaxis. *American Journal of Hematology.* 2018;93(7):E159-E161.

103. Fujioka I, Takaku T, Iriyama N, et al. Features of vascular adverse events in Japanese patients with chronic myeloid leukemia treated with tyrosine kinase inhibitors: a retrospective study of the CML Cooperative Study Group database. *Ann Hematol.* 2018;97(11):2081-2088.

104. Ota S, Matsukawa T, Yamamoto S, et al. Severe adverse events by tyrosine kinase inhibitors decrease survival rates in patients with newly diagnosed chronic-phase chronic myeloid leukemia. *European Journal of Haematology.* 2018;101(1):95-105.

105. Tiribelli M, Bonifacio M, Binotto G, et al. Excellent outcomes of 2G-TKI therapy after imatinib failure in chronic phase CML patients. *Oncotarget.* 2018;9(18):14219-14227.

106. Assunção PM, Lana TP, Delamain MT, et al. Cardiovascular Risk and Cardiovascular Events in Patients With Chronic Myeloid Leukemia Treated With Tyrosine Kinase Inhibitors. *Clin Lymphoma Myeloma Leuk.* 2019;19(3):162-166.

107. Caocci G, Mulas O, Bonifacio M, et al. Recurrent arterial occlusive events in patients with chronic myeloid leukemia treated with second- and third-generation tyrosine kinase inhibitors and role of secondary prevention. *International Journal of Cardiology.* 2019;288:124-127.

108. Kizaki M, Takahashi N, Iriyama N, et al. Efficacy and safety of tyrosine kinase inhibitors for newly diagnosed chronic-phase chronic myeloid leukemia over a 5-year period: results from the Japanese registry obtained by the New TARGET system. *International Journal of Hematology.* 2019;109(4):426-439.

109. Novo G, Di Lisi D, Bronte E, et al. Cardiovascular Toxicity in Cancer Patients Treated with Tyrosine Kinase Inhibitors: A Real-World Single-Center Experience. *Oncology.* 2020;98(7):445-451.

110. Varga A, Tilea I, Petra DN, Tilinca MC, Gliga ML, Demian S. Cardiovascular events throughout the disease course in chronic myeloid leukaemia patients treated with tyrosine kinase inhibitors—A single-centre retrospective study. *Journal of Clinical Medicine.* 2020;9(10):1-14.

111. Chiwata M, Itonaga H, Sato S, et al. Efficacy and cardiovascular adverse events of long-term treatment with tyrosine kinase inhibitors for chronic myeloid leukemia: A report from the nagasaki CML study group. *Internal Medicine.* 2021;60(14):2207-2216.

112. Scalzulli E, Caocci G, Efficace F, et al. Real-life comparison of nilotinib versus dasatinib as second-line therapy in chronic phase chronic myeloid leukemia patients. *Annals of Hematology.* 2021;100(5):1213-1219.

113. Dahlén T, Edgren G, Ljungman P, et al. Adverse outcomes in chronic myeloid leukemia patients treated with tyrosine kinase inhibitors: Follow-up of patients diagnosed 2002–2017 in a complete coverage and nationwide agnostic register study. *American Journal of Hematology.* 2022;97(4):421-430.

114. Nakamae M, Nakamae H, Hashimoto M, et al. Predictive value of clinical examination parameters for cardiovascular adverse events during treatment of chronic myeloid leukemia with tyrosine kinase inhibitors. *International Journal of Hematology.* 2022;115(3):329-335.

115. Gugliotta G, Castagnetti F, Breccia M, et al. Treatment-free remission in chronic myeloid leukemia patients treated front-line with nilotinib: 10-year follow-up of the GIMEMA CML 0307 study. *Haematologica.* 2022.

116. Radich JP, Hochhaus A, Masszi T, et al. Treatment-free remission following frontline nilotinib in patients with chronic phase chronic myeloid leukemia: 5-year update of the ENESTfreedom trial. *Leukemia.* 2021;35(5):1344-1355.

117. Hughes TP, Clementino NCD, Fominykh M, et al. Long-term treatment-free remission in patients with chronic myeloid leukemia after second-line nilotinib: ENESTop 5-year update. *Leukemia.* 2021;35(6):1631-1642.

118. Nishiwaki K, Sugimoto KJ, Tamaki S, et al. Optimal treatment strategy with nilotinib for patients with newly diagnosed chronic-phase chronic myeloid leukemia based on early achievement of deep molecular response (MR4.5): The phase 2, multicenter N-Road study. *Cancer Medicine.* 2020;9(11):3742-3751.

119. Masarova L, Cortes JE, Patel KP, et al. Long-term results of a phase 2 trial of nilotinib 400 mg twice daily in newly diagnosed patients with chronic-phase chronic myeloid leukemia. *Cancer.* 2020;126(7):1448-1459.

120. Minson AG, Cummins K, Fox L, et al. The natural history of vascular and other complications in patients treated with nilotinib for chronic myeloid leukemia. *Blood Advances.* 2019;3(7):1084-1091.

121. Huguet F, Cayuela JM, Cambier N, et al. Nilotinib efficacy, safety, adherence and impact on quality of life in newly diagnosed patients with chronic myeloid leukaemia in chronic phase: a prospective observational study in daily clinical practice. *Br J Haematol.* 2019;187(5):615-626.

122. Berdeja JG, Heinrich MC, Dakhil SR, et al. Rates of deep molecular response by digital and conventional PCR with frontline nilotinib in newly diagnosed chronic myeloid leukemia: a landmark analysis. *Leuk Lymphoma.* 2019;60(10):2384-2393.

123. Tokuhira M, Kimura Y, Sugimoto K, et al. Efficacy and safety of nilotinib therapy in patients with newly diagnosed chronic myeloid leukemia in the chronic phase. *Medical Oncology.* 2018;35(3).

124. Shin J, Koh Y, Yoon SH, et al. A phase 4 study of nilotinib in Korean patients with Philadelphia chromosome-positive chronic myeloid leukemia in chronic phase: ENESTKorea. *Cancer Med.* 2018;7(5):1814-1823.

125. Noguchi S, Nakaseko C, Nishiwaki K, et al. Switching to nilotinib is associated with deeper molecular responses in chronic myeloid leukemia chronic phase with major molecular responses to imatinib: STAT1 trial in Japan. *International Journal of Hematology.* 2018;108(2):176-183.

126. Mahon FX, Boquimpani C, Kim DW, et al. Treatment-free remission after second-line nilotinib treatment in patients with chronic myeloid leukemia in chronic phase results from a single-group, phase 2, open-label study. *Annals of Internal Medicine.* 2018;168(7):461-470.

127. Kuo CY, Wang PN, Hwang WL, et al. Safety and efficacy of nilotinib in routine clinical practice in patients with chronic myeloid leukemia in chronic or accelerated phase with resistance or intolerance to imatinib: results from the NOVEL study. *Ther Adv Hematol.* 2018;9(3):65-78.

128. Ishikawa J, Matsumura I, Kawaguchi T, et al. Efficacy and safety of switching to nilotinib in patients with CML-CP in major molecular response to imatinib: results of a multicenter phase II trial (NILSw trial). *Int J Hematol.* 2018;107(5):535-540.

129. Cony-Makhoul P, Gardembas M, Coiteux V, et al. Nilotinib after imatinib first-line: a real-life longitudinal cohort of patients with chronic myeloid leukaemia in chronic phase. *Br J Haematol.* 2018;180(3):356-364.

130. Hughes TP, Munhoz E, Aurelio Salvino M, et al. Nilotinib dose-optimization in newly diagnosed chronic myeloid leukaemia in chronic phase: final results from ENESTxtnd. *Br J Haematol.* 2017;179(2):219-228.

131. Aghel N, Lipton JH, Atenafu EG, Kim DDH, Delgado DH. Cardiovascular Events After Exposure to Nilotinib in Chronic Myeloid Leukemia: Long-term Follow-up. *Clinical Lymphoma, Myeloma and Leukemia.* 2017;17(12):870-878.e871.

132. Hochhaus A, Rosti G, Cross NCP, et al. Frontline nilotinib in patients with chronic myeloid leukemia in chronic phase: Results from the European ENEST1st study. *Leukemia.* 2016;30(1):57-64.

133. Cortes JE, Lipton JH, Miller CB, et al. Evaluating the Impact of a Switch to Nilotinib on Imatinib-Related Chronic Low-Grade Adverse Events in Patients With CML-CP: The ENRICH Study. *Clin Lymphoma Myeloma Leuk.* 2016;16(5):286-296.

134. Castagnetti F, Breccia M, Gugliotta G, et al. Nilotinib 300 mg twice daily: an academic single-arm study of newly diagnosed chronic phase chronic myeloid leukemia patients. *Haematologica.* 2016;101(10):1200-1207.

135. Stève-Dumont M, Baldin B, Legros L, et al. Are nilotinib-associated vascular adverse events an under-estimated problem? *Fundam Clin Pharmacol.* 2015;29(2):204-208.

136. Breccia M, Colafigli G, Molica M, Alimena G. Cardiovascular risk assessments in chronic myeloid leukemia allow identification of patients at high risk of cardiovascular events during treatment with nilotinib. *American Journal of Hematology.* 2015;90(5):E100-E101.

137. Quintás-Cardama A, Kantarjian H, Cortes J. Nilotinib-associated vascular events. *Clin Lymphoma Myeloma Leuk.* 2012;12(5):337-340.

138. Kim TD, le Coutre P, Schwarz M, et al. Clinical cardiac safety profile of nilotinib. *Haematologica.* 2012;97(6):883-889.

139. Le Coutre P, Rea D, Abruzzese E, et al. Severe peripheral arterial disease during nilotinib therapy. *J Natl Cancer Inst.* 2011;103(17):1347-1348.

140. Aichberger KJ, Herndlhofer S, Schernthaner GH, et al. Progressive peripheral arterial occlusive disease and other vascular events during nilotinib therapy in CML. *Am J Hematol.* 2011;86(7):533-539.

141. Giles FJ, Abruzzese E, Rosti G, et al. Nilotinib is active in chronic and accelerated phase chronic myeloid leukemia following failure of imatinib and dasatinib therapy. *Leukemia.* 2010;24(7):1299-1301.

142. Rattanathammethee T, Tantiworawit A, Rattarittamrong E, et al. Peripheral Artery Occlusive Disease Among Patients With Chronic Myeloid Leukemia Receiving Tyrosine Kinase Inhibitors: A Cross-Sectional Case-Control Study. *Clinical Medicine Insights: Cardiology.* 2017;11.

143. Chen W, Du B, Liu K, Yu Z, Wang X, Yang P. Nilotinib related acute myocardial infarction with nonobstructive coronary arteries: a case report and literature review. *BMC Cardiovasc Disord.* 2022;22(1):46.

144. Maruta S, Usami K, Tajiri K, et al. Vasospastic angina in a chronic myeloid leukemia patient treated with nilotinib. *Cardio-Oncology.* 2021;7(1).

145. Kakadia B, Thakkar R, Sanborn E, Suero-Abreu GA, Jovin TG, Then R. Nilotinib-Associated Atherosclerosis Presenting as Multifocal Intracranial Stenosis and Acute Stroke. *J Stroke Cerebrovasc Dis.* 2021;30(8):105883.

146. Roa-Chamorro R, Torres-Quintero L, García de Los Ríos C, Puerta-Puerta JM, González-Bustos P, Mediavilla-García JD. Progressive cardiovascular disease in a patient under treatment with nilotinib. *Clin Investig Arterioscler.* 2020;32(2):66-69.

147. Zhuo DX, Ragosta M, 3rd, Patterson B. Tyrosine kinase inhibitor toxicity manifesting as comorbid Moyamoya syndrome and obstructive coronary artery disease: A case report and review of the literature. *Catheter Cardiovasc Interv.* 2019;94(1):117-119.

148. Suzuki K, Yamamoto J, Kakeda S, et al. Vessel wall magnetic resonance imaging findings and surgical treatment in nilotinib-associated cerebrovascular disease: A case report. *Mol Clin Oncol.* 2019;10(2):239-243.

149.   Kuwasaki S, Koga S, Akashi R, Ikeda S, Kawano H, Maemura K. Influence of Tyrosine Kinase Inhibitor, Nilotinib, on Delayed Healing of Bare-Metal Stents in Superficial Femoral Arteries: Insights From Angioscopic Findings. *JACC Cardiovasc Interv.* 2019;12(10):e85-e86.

150.   Hersant J, Gardembas M, Leftheriotis G, Vandeputte P, Abraham P, Henni S. Tyrosine kinase inhibitor-induced carotid stenosis: A case report. *Leukemia Research Reports.* 2019;12.

151.   Boo YL, Liam CCK, Lim SY, Look ML. Cardiovascular event in chronic myeloid leukaemia treated with tyrosine kinase inhibitor: A case report. *Hong Kong Medical Journal.* 2019;25(1):74-75.

152.   Fiets RB, Staal AHJ, Cramer GE, Blijlevens NMA. Coronary artery spasms due to tyrosine kinase inhibitors used in chronic myeloid leukemia. *Neth J Med.* 2018;76(7):330-335.

153.   Chen CJ, Sorace BJ, Shakeri A, et al. Tyrosine kinase inhibitor induced rapidly progressive vasculopathy after intracranial stent placement. *BMJ Case Reports.* 2018;2018.

154.   Roger A, Sigal ML, Bagan P, et al. [Leg ulcers occurring under tyrosine kinase inhibitor therapy (sunitinib, nilotinib)]. *Ann Dermatol Venereol.* 2017;144(1):49-54.

155.   Gómez-Galván JB, Borrego S, Tovar N, Llull L. Nilotinib as a risk factor for ischaemic stroke: A series of three cases. *Neurologia.* 2017;32(6):411-413.

156.   Li Y, Zhao H, Liu W, et al. Severe peripheral arterial occlusive disease in chronic myeloid leukemia patient during nilotinib therapy: Report of a case and review of literature. *International Journal of Clinical and Experimental Pathology.* 2016;9(9):9694-9698.

157.   Alshiekh-Nasany R, Zidan A, Martinez C. Extensive intracranial arterial stenoses in conjunction with the use of tyrosine kinase inhibitor Nilotinib. *Clin Case Rep.* 2016;4(12):1184-1186.

158.   Mirault T, Rea D, Azarine A, Messas E. Rapid onset of peripheral artery disease in a chronic myeloid leukemia patient without prior arterial disorder: direct relationship with nilotinib exposure and clinical outcome. *Eur J Haematol.* 2015;94(4):363-367.

159.   Maurizot A, Beressi JP, Manéglier B, et al. Rapid clinical improvement of peripheral artery occlusive disease symptoms after nilotinib discontinuation despite persisting vascular occlusion. *Blood Cancer J.* 2014;4(9):e247.

160.   Jager NG, Stuurman FE, Baars JW, Opdam FL. Cerebrovascular events during nilotinib treatment. *Neth J Med.* 2014;72(2):113-114.

161.   Coon EA, Zalewski NL, Hoffman EM, Tefferi A, Flemming KD. Nilotinib treatment-associated cerebrovascular disease and stroke. *Am J Hematol.* 2013;88(6):534-535.

162.   Kristensen T, Randers E, Stentoft J. Bilateral renal artery stenosis in a patient with chronic myeloid leukemia treated with nilotinib. *Leukemia Research Reports.* 2012;1(1):1-3.

163.   Tefferi A, Letendre L. Nilotinib treatment-associated peripheral artery disease and sudden death: yet another reason to stick to imatinib as front-line therapy for chronic myelogenous leukemia. *Am J Hematol.* 2011;86(7):610-611.

164.   Brauchli YB, Wais T, Gratwohl A, et al. Fatal myocardial infarction during nilotinib treatment in a 60-year-old male patient. *Acta Oncologica.* 2010;49(4):523-525.

165.   Abruzzese E, Gloria R, Siani A, et al. Multidimensional vascular evaluation in patients treated with tyrosine kinase inhibitors (TKIs): From plaque formation to evolution and follow up on 150 patients. *Blood.* 2020;136(SUPPL 1):54.

166.   Breccia M, Loglisci G, Cannella L, et al. Nilotinib therapy does not induce consistent modifications of cholesterol metabolism resulting in clinical consequences. *Leukemia Research.* 2011;35(11):e215-e216.

167.   Doherty KR, Wappel RL, Talbert DR, et al. Multi-parameter in vitro toxicity testing of crizotinib, sunitinib, erlotinib, and nilotinib in human cardiomyocytes. *Toxicol Appl Pharmacol.* 2013;272(1):245-255.

168.   El-Agamy DS. Nilotinib attenuates endothelial dysfunction and liver damage in high-cholesterol-fed rabbits. *Hum Exp Toxicol.* 2017;36(11):1131-1145.

169. Horňák T, Semerád L, Žáčková D, et al. Analysis of serum lipids, cardiovascular risk, and indication for statin use during nilotinib and imatinib therapy in de novo CML patients - results from real-life prospective study. *Leuk Lymphoma.* 2020;61(2):494-496.

170. Katgl A, Sevindik ÖG, Gökbulut AA, et al. Nilotinib does not alter the secretory functions of carotid artery endothelial cells in a prothrombotic or antithrombotic fashion. *Clinical and Applied Thrombosis/Hemostasis.* 2015;21(7):678-683.

171. Lekes D, Szadvari I, Krizanova O, et al. Nilotinib induces ER stress and cell death in H9c2 cells. *Physiol Res.* 2016;65(Suppl 4):S505-s514.

172. Mori H, Sukegawa M, Fukatsu M, et al. The link between interleukin-1β and acute myocardial infarction in chronic myeloid leukemia patients treated with nilotinib: cross-sectional study. *Ann Hematol.* 2020;99(2):359-361.

173. Pouwer MG, Pieterman EJ, Verschuren L, et al. The BCR-ABL1 Inhibitors Imatinib and Ponatinib Decrease Plasma Cholesterol and Atherosclerosis, and Nilotinib and Ponatinib Activate Coagulation in a Translational Mouse Model. *Front Cardiovasc Med.* 2018;5:55.

174. Rea D, Mirault T, Cluzeau T, et al. Early onset hypercholesterolemia induced by the 2nd-generation tyrosine kinase inhibitor nilotinib in patients with chronic phase-chronic myeloid leukemia. *Haematologica.* 2014;99(7):1197-1203.

175. Sadiq S, Owen E, Foster T, et al. Nilotinib-induced metabolic dysfunction: insights from a translational study using in vitro adipocyte models and patient cohorts. *Leukemia.* 2019;33(7):1810-1814.

176. Sukegawa M, Wang X, Nishioka C, et al. The BCR/ABL tyrosine kinase inhibitor, nilotinib, stimulates expression of IL-1β in vascular endothelium in association with downregulation of miR-3p. *Leukemia Research.* 2017;58:83-90.

177. Yu L, Liu J, Huang X, Jiang Q. Adverse effects of dasatinib on glucose-lipid metabolism in patients with chronic myeloid leukaemia in the chronic phase. *Scientific Reports.* 2019;9(1):17601.

178. Yu B, Osman AEG, Sladojevic N, et al. Involvement of Rho-Associated Coiled-Coil Containing Kinase (ROCK) in BCR-ABL1 Tyrosine Kinase Inhibitor Cardiovascular Toxicity. *JACC: CardioOncology.* 2022;4(3):371-383.

179. Hughes TP, Lipton JH, Spector N, et al. Deep molecular responses achieved in patients with CML-CP who are switched to nilotinib after long-term imatinib. *Blood.* 2014;124(5):729-736.

180. Kantarjian HM, Hochhaus A, Saglio G, et al. Nilotinib versus imatinib for the treatment of patients with newly diagnosed chronic phase, Philadelphia chromosome-positive, chronic myeloid leukaemia: 24-month minimum follow-up of the phase 3 randomised ENESTnd trial. *Lancet Oncol.* 2011;12(9):841-851.

181. Hughes TP, Cervantes F, Leber B, et al. Enestcmr 4-Y results: Patients (PTS) with chronic myeloid leukemia in chronic phase (CML-CP) and residual disease more likely to achieve deep molecular response following switch to nilotinib (NIL). *Haematologica.* 2015;100:61-62.

182. Sterne JAC, Sutton AJ, Ioannidis JPA, et al. Recommendations for examining and interpreting funnel plot asymmetry in meta-analyses of randomised controlled trials. *BMJ.* 2011;343:d4002.

183. Hochhaus A, Saglio G, Hughes TP, et al. Long-term benefits and risks of frontline nilotinib vs imatinib for chronic myeloid leukemia in chronic phase: 5-year update of the randomized ENESTnd trial. *Leukemia.* 2016;30(5):1044-1054.

184. Chai-Adisaksopha C, Hillis CM, Lam W. Cardiovascular events in patients with chronic myelogenous leukemia treated with tyrosine kinase inhibitors: A systematic review and meta-analysis. *Journal of Clinical Oncology.* 2015;33(15_suppl):7056-7056.

185. Vener C, Banzi R, Ambrogi F, et al. First-line imatinib vs second- and third-generation TKIs for chronic-phase CML: a systematic review and meta-analysis. *Blood Adv.* 2020;4(12):2723-2735.

186. Papaila A, Godding M, Liu M. Adverse outcomes in patients with chronic myeloid leukaemia treated with tyrosine kinase inhibitors. *Heart.* 2021;107(20):1680-1680.

187. Hochhaus A, O'Brien SG, Guilhot F, et al. Six-year follow-up of patients receiving imatinib for the first-line treatment of chronic myeloid leukemia. *Leukemia.* 2009;23(6):1054-1061.

188. Cortes JE, Baccarani M, Guilhot F, et al. Phase III, randomized, open-label study of daily imatinib mesylate 400 mg versus 800 mg in patients with newly diagnosed, previously untreated chronic myeloid leukemia in chronic phase using molecular end points: tyrosine kinase inhibitor optimization and selectivity study. *J Clin Oncol.* 2010;28(3):424-430.

189. Mauro MJ, Chen C, Cortes JE, et al. Cardiovascular hospitalization in patients treated with dasatinib or nilotinib in simplicity, an observational study of chronic-phase chronic myeloid leukemia (CP-CML) patients in routine clinical practice. *Blood.* 2018;132.

190. Mahida H, Gharia B, Ugoeke N, Maludum O, Asif A, Calderon D. Cardiovascular adverse events associated with first, second and third generation tyrosine kinase inhibitors used in treatment of chronic myeloid leukemia. *Circulation.* 2018;138.

191. Copelan O, Gerds AT, Carraway HE, et al. Association of tyrosine kinase inhibitors with vascular adverse events: A cohort study using pooled electronic health record. *Blood.* 2017;130.

192. Saez-Perdomo M, Viedma J, Bilbao-Sieyro C, et al. Multicenter study of comorbidity in canarian patients with chronic myeloid leukemia treated with tyrosine kinase inhibitors. *Haematologica.* 2015;100:443-444.

193. Puccetti L, Aprile L, Galimberti S, et al. Genetic predisposition and induced pro-inflammatory/prooxidative status may explain increased atherothrombotic risk during TKI treatment in chronic myeloid leukemia patients. *Thrombosis Research.* 2014;133:S183.

194. Hekmatjou H, Roboz GJ, Ritchie EK, et al. Arterial thrombotic complications are uncommon in patients without cardiovascular risk factors and occur at equivalent rates in Chronic Myeloid Leukemia (CML) patients treated with imatinib and nilotinib. *Blood.* 2014;124(21).

195. Pagnano KBB, Assunc,ão PM, Zullli R, et al. Assessment of cardiovascular events in chronic myeloid leukemia patients treated with tyrosine kinase inhibitors. *Blood.* 2015;126(23):4031.

196. Schwarz M, Kim TD, Mirault T, et al. Elevated risk of peripheral artery occlusive disease (PAOD) in nilotinib treated chronic phase chronic myeloid leukemia (CML) patients assessed by ankle-brachial-index (ABI) and duplex ultrasonography. *Blood.* 2012;120(21).

197. Del Corpo O, Harnois M, Busque L, Assouline S. Real-Life Use of Nilotinib for Chronic Phase CML Demonstrates Similar Efficacy and Rate of Cardiovascular Events As Enestnd. *Blood.* 2021;138:4602.

198. Rea D, Kyrcz-Krzemien S, Sportoletti P, et al. Treatment-Free Remission (TFR) after Two Different Durations of Nilotinib Consolidation in Patients with Chronic Myeloid Leukemia (CML) Previously Treated with Imatinib: Enestpath Study Results. *Blood.* 2021;138:635.

199. Gugliotta G, Castagnetti F, Breccia M, et al. Impact of Arterial Thrombotic Events on the Outcome of Chronic Myeloid Leukemia Patients Treated with Nilotinib First-Line: A GIMEMA CML WP Analysis. *Clinical Lymphoma, Myeloma and Leukemia.* 2017;17:S313-S314.

200. Nicolini FE, Alcazer V, Cony-Makhoul P, et al. Long-term outcome of chronic phase chronic myeloid leukemia patients treated with nilotinib front-line. *Blood.* 2020;136(SUPPL 1):44-45.

201. Dulucq S, Rigal-Huguet F, Nicolini FE, et al. Efficacy and safety of nilotinib in chronic myeloid leukemia patients who relapsed after discontinuation of imatinib for treatment-free remission: Results of the French Nilo Post-STIM study. *HemaSphere.* 2020;4:333-334.

202. Tuğlular AT, Elibol T, Memiş T, et al. Real life data of nilotinib in patients with chronic myeloid leukemia resistant or intolerant to imatinib. *HemaSphere.* 2019;3:888-889.

203. Dengler J, Stegelmann F, Müller M, et al. Results of the non-interventional TARGET study: Efficacy and safety of nilotinib in CML patients failing prior therapy in routine healthcare. *Oncology Research and Treatment.* 2018;41:178.

204. Bykova A, Gusarova G, Chelysheva E, et al. Cardiovascular events in chronic myeloid leukemia patients treated with nilotinib. *HemaSphere.* 2018;2:881-882.

205.    Jeon YW, Lee SE, Choi SY, et al. Peripheral arterial occlusive disease (PAOD) in chronic phase chronic myeloid leukemia patients treated with nilotinib. *Blood.* 2013;122(21).

206.    Cirmi S, El Abd A, Letinier L, Navarra M, Salvo F. Cardiovascular Toxicity of Tyrosine Kinase Inhibitors Used in Chronic Myeloid Leukemia: An Analysis of the FDA Adverse Event Reporting System Database (FAERS). *Cancers (Basel).* 2020;12(4).

207.    Cortes J, Mauro M, Steegmann JL, Saglio G, Soitkar A, Wallis N. Cardiovascular (CV) and pulmonary adverse events (AES) in patients (PTS) treated with BCR-ABL tyrosine kinase inhibitors (TKIS): Updated analysis from the FDA adverse event reporting system (FAERS). *Haematologica.* 2015;100:231.

208.    Cortes J, Mauro M, Steegmann JL, et al. Cardiovascular and pulmonary adverse events in patients treated with BCR-ABL inhibitors: Data from the FDA Adverse Event Reporting System. *Am J Hematol.* 2015;90(4):E66-72.

209.    Tournaire G, Despas F, Rousseau V, Montastruc JL, Bondon-Guitton E. Adverse drug reactions reported with BCR/ABL1 tyrosine kinase inhibitors. *Fundamental and Clinical Pharmacology.* 2016;30:47.

210.    Quillet P, Bourneau-Martin D, Drablier G, Lagarce L, Lainé P, Pharmacovigilance Centers R. Tyrosine kinase inhibitors-associated ischemic events in patients treated for chronic myeloid leukemia. *Drug Safety.* 2013;36(9):821.

211.    Bondon-Guitton E, Combret S, Pérault-Pochat MC, et al. Cardiovascular risk profile of patients with peripheral arterial occlusive disease during nilotinib therapy. *Targeted Oncology.* 2016;11(4):549-552.

212.    Federer C, Yoo M, Tan AC. Big Data Mining and Adverse Event Pattern Analysis in Clinical Drug Trials. *Assay and Drug Development Technologies.* 2016;14(10):557-566.

213.    Heinrich J, Balleisen L, Schulte H, Assmann G, Loo Jvd. Fibrinogen and factor VII in the prediction of coronary risk. Results from the PROCAM study in healthy men. *Arteriosclerosis and Thrombosis: A Journal of Vascular Biology.* 1994;14(1):54-59.

214.    Detriche G, Zhang Y, Esposito B, et al. Tyrosine kinase inhibitor nilotinib increases atherosclerosis burden in ApoE knock-out mice. *European Heart Journal.* 2019;40:1880.

215.    Qu D, Wang L, Song W, et al. Nilotinib exacerbates disturbed flow-indeuced atherosclerosis through focal tlr4 activation. *Journal of the Hong Kong College of Cardiology.* 2017;25(2):76.

216.    Wang X, Feuerstein GZ, Gu J-L, Lysko PG, Yue T-L. Interleukin-1β induces expression of adhesion molecules in human vascular smooth muscle cells and enhances adhesion of leukocytes to smooth muscle cells. *Atherosclerosis.* 1995;115(1):89-98.

217.    Hoke M, Winter M-P, Wagner O, et al. The impact of selectins on mortality in stable carotid atherosclerosis. *Thromb Haemost.* 2015;114.

218.    Hadzijusufovic E, Albrecht-Schgoer K, Huber K, et al. Pro-atherogenic and anti-angiogenic effects of nilotinib on endothelial cells: A potential mechanism to explain vasculopathies in CML patients treated with nilotinib. *Haematologica.* 2014;99:510.

219.    Hadzijusufovic E, Albrecht-Schgoer K, Huber K, et al. Nilotinib exerts proatherogenic and growth-inhibitory effects on endothelial cells: A potential mechanism underlying drug-related vasculopathy in Ph+ CML. *Oncology Research and Treatment.* 2014;37:300.

220.    Hadzijusufovic E, Albrecht-Schgoer K, Huber K, et al. Further evaluation of pro-atherogenic and anti-angiogenic effects of nilotinib in mice and in patients with Ph-Chromosome+ CML. *Blood.* 2014;124(21).

221.    Hadzijusufovic E, Albrecht-Schgoer K, Huber K, et al. An update of functional data regarding the pro-atherogenic and anti-angiogenic effects of nilotinib in patients with Ph+ CML. *Memo - Magazine of European Medical Oncology.* 2015;8(1):3.

222.    Hadzijusufovic E, Herndlhofer S, Aichberger K, et al. Nilotinib impairs migration and growth of human endothelial cells and may trigger vascular occlusive events in patients with Ph+ CML. *Memo - Magazine of European Medical Oncology.* 2012;5(1):8.

223.   Hadzijusufovic E, Herndlhofer S, Aichberger KJ, et al. Nilotinib exerts direct effects on vascular endothelial cells and may act as a co-trigger of atherosclerosis in patients with Ph+ CML. *Blood.* 2011;118(21).

224.   Haguet H, Douxfils J, Graux C, Chatelain C, Mullier F, Dogné JM. In Vitro Effects of BCR-ABL tyrosine kinase inhibitors on endothelial cells survival and functions. *Research and Practice in Thrombosis and Haemostasis.* 2018;2:242.

225.   Haguet H, Mullier F, Graux C, Dogné JM, Douxfils J. In vitro investigation of the impact of BCR-ABL tyrosine kinase inhibitors on endothelial cells. *Research and Practice in Thrombosis and Haemostasis.* 2020;4(SUPPL 1):16-17.

226.   Haguet H, Douxfils J, Chatelain C, et al. Impact of bcr-abl tyrosine kinase inhibitors on the survival and functions of endothelial cells. *HemaSphere.* 2018;2:873.

227.   Stary HC, Chandler AB, Dinsmore RE, et al. A definition of advanced types of atherosclerotic lesions and a histological classification of atherosclerosis. A report from the Committee on Vascular Lesions of the Council on Arteriosclerosis, American Heart Association. *Circulation.* 1995;92(5):1355-1374.

228.   Gardembas M, Henni S, Corby A, Omarjee L, Ifrah N, Leftheriotis G. Impact of nilotinib treatment on subclinical cardiovascular biomakers. *Journal of Clinical Oncology.* 2015;33(15).

229.   Castagnetti F, Gugliotta G, Breccia M, et al. Deep molecular response to nilotinib as first-line treatment of BCR-ABL+ CML in early chronic phase: A phase 3b multicenter study of the gimema CML working party. *Blood.* 2014;124(21).

230.   Rea D, Mirault T, Francois Gautier J, Guilhot F, Messas E, Dombret H. Prospective analysis of plasma cholesterol and triglycerides in patients (PTS) with chronic phase (CP)-chronic myeloid leukemia (CML) during treatment with the 2nd generation tyrosine kinase inhibitor (TKI) nilotinib. *Blood.* 2013;122(21).

231.   Breccia M, Castagnetti F, Gugliotta G, et al. Prospective metabolic and cardiovascular assessment in chronic phase chronic myeloid leukemia patients treated with nilotinib 300 mg bid frontline in the gimema 0811 trial. *Blood.* 2015;126(23):4046.

232.   Racil Z, Rázga F, Drapalova J, et al. Mechanism of impaired glucose metabolism during nilotinib therapy in patients with chronic myelogenous leukemia. *Haematologica.* 2013;98:65.

233.   Ferri N, Carragher NO, Raines EW. Role of discoidin domain receptors 1 and 2 in human smooth muscle cell-mediated collagen remodeling: potential implications in atherosclerosis and lymphangioleiomyomatosis. *Am J Pathol.* 2004;164(5):1575-1585.

234.   Steegmann JL, Baccarani M, Breccia M, et al. European LeukemiaNet recommendations for the management and avoidance of adverse events of treatment in chronic myeloid leukaemia. *Leukemia.* 2016;30(8):1648-1671.

235.   Canada H. TASIGNA (nilotinib) - Possible Risk of Developing Atherosclerosis-Related Conditions - For the Public. Health Canada. https://recalls-rappels.canada.ca/en/alert-recall/tasigna-nilotinib-possible-risk-developing-atherosclerosis-related-conditions-public. Published 2013. Updated April 12 2014. Accessed July 18 2022, 2022.

236.   Administration FaD. TASIGNA: Highlights of Prescribing Information. Food and Drug Administration. https://www.accessdata.fda.gov/drugsatfda_docs/label/2021/022068s035s036lbl.pdf. Published 2021. Updated 09/2021. Accessed 18 July, 2022.

237.   Granger CB, Vogel V, Cummings SR, et al. Do we need to adjudicate major clinical events? *Clin Trials.* 2008;5(1):56-60.

238.   Pogue J, Walter SD, Yusuf S. Evaluating the benefit of event adjudication of cardiovascular outcomes in large simple RCTs. *Clinical Trials.* 2009;6(3):239-251.

239.   Januzzi JL, Garasic JM, Kasner SE, et al. Retrospective analysis of arterial occlusive events in the PACE trial by an independent adjudication committee. *Journal of Hematology & Oncology.* 2022;15(1):1.

240.   Saglio G, Kim D-W, Issaragrisil S, et al. Nilotinib versus Imatinib for Newly Diagnosed Chronic Myeloid Leukemia. *New England Journal of Medicine.* 2010;362(24):2251-2259.

241. Ballinger ML, Osman N, Hashimura K, et al. Imatinib inhibits vascular smooth muscle proteoglycan synthesis and reduces LDL binding in vitro and aortic lipid deposition in vivo. *J Cell Mol Med.* 2010;14(6b):1408-1418.

242. Lassila M, Allen TJ, Cao Z, et al. Imatinib attenuates diabetes-associated atherosclerosis. *Arterioscler Thromb Vasc Biol.* 2004;24(5):935-942.

243. Masuda S, Nakano K, Funakoshi K, et al. Imatinib mesylate-incorporated nanoparticle-eluting stent attenuates in-stent neointimal formation in porcine coronary arteries. *J Atheroscler Thromb.* 2011;18(12):1043-1053.

244. Druker BJ, Guilhot F, O'Brien SG, et al. Five-year follow-up of patients receiving imatinib for chronic myeloid leukemia. *N Engl J Med.* 2006;355(23):2408-2417.

245. Hochhaus A, Larson RA, Guilhot F, et al. Long-Term Outcomes of Imatinib Treatment for Chronic Myeloid Leukemia. *New England Journal of Medicine.* 2017;376(10):917-927.

246. Cortes JE, Saglio G, Kantarjian HM, et al. Final 5-Year Study Results of DASISION: The Dasatinib Versus Imatinib Study in Treatment-Naïve Chronic Myeloid Leukemia Patients Trial. *J Clin Oncol.* 2016;34(20):2333-2340.

247. Saglio G, le Coutre P, Cortes J, et al. Evaluation of cardiovascular ischemic event rates in dasatinib-treated patients using standardized incidence ratios. *Ann Hematol.* 2017;96(8):1303-1313.

248. Sora F, Chiusolo P, Luca L, et al. The polymorphisms on chromosome 9p21 play a role in the risk for cardiovascular events in chronic myeloid leukemia patients? *Blood.* 2016;128(22).

249. Cortes JE, Kim DW, Pinilla-Ibarz J, et al. Ponatinib efficacy and safety in Philadelphia chromosome-positive leukemia: final 5-year results of the phase 2 PACE trial. *Blood.* 2018;132(4):393-404.

| G.2 Supplementary Table 1  Bias Assessment of Adjusted Controlled Cohort Studies Using the New Castle Ottawa Scale | | | | | | | |
|---|---|---|---|---|---|---|---|
| Study | Yang et al 2021 | Leong et al 2020 | Chow et al 2021 | Chen et al 2021 | Jain et al 2019 | Giles et al 2016 | Cassavechia et al 2021 |
| **NOS Assessment Score¶§** | 8 | 8 | 7 | 9 | 8 | 7 | 7 |
| ***SELECTION*** | 4 | 4 | 3 | 4 | 3 | 3 | 3 |
| **1) Representativeness of the exposed cohort** | | | | | | | |
| **a) truly representative of the avg community \*** | \* | \* | \* | \* | \* | \* | \* |
| **b) somewhat representative of the avg community \*** | | | | | | | |
| **c) selected group of users** | | | | | | | |
| **d) no description of the derivation of the cohort** | | | | | | | |
| **2) Selection of the non-exposed cohort** | | | | | | | |
| **a) drawn from the same community as the exposed \*** | \* | \* | \* | \* | No | No | \* |
| **b) drawn from a different source** | | | | | | | |
| **c) no description of derivation of the non-exposed cohort** | | | | | | | |
| **3) Ascertainment of exposure** | | | | | | | |
| **a) secure record \*** | \* | \* | \* | \* | \* | \* | \* |
| **b) structured interview \*** | | | | | | | |
| **c) written self-report** | | | | | | | |
| **d) no description** | | | | | | | |
| **4) outcome of interest does not present at start** | | | | | | | |
| **a) yes \*** | \* | \* | | \* | \* | \* | |
| **b) no** | | | | | | | No |
| | | | | | | | |

| Study | Yang et al 2021 | Leong et al 2020 | Chow et al 2021 | Chen et al 2021 | Jain et al 2019 | Giles et al 2016 | Cassavechia et al 2021 |
|---|---|---|---|---|---|---|---|
| **COMPARABILITY** | 1 | 2 | 1 | 2 | 2 | 1 | 1 |
| **1) Comparability of cohorts based on design/analysis** | | | | | | | |
| **a) study controls for the most important factor \*** | \* | \* | \* | \* | \* | \* | \* |
| **b) study controls for any additional factor \*** | | \* | | \* | \* | | |
| | | | | | | | |
| **OUTCOME** | | | | | | | |
| Assessment of Outcome | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| **a) independent blind assessment \*** | | | | | | | |
| **b) record linkage \*** | \* | \* | \* | \* | \* | \* | \* |
| **c) self-report** | | | | | | | |
| **d) no description** | | | | | | | |
| **2) follow-up long enough for outcomes to occur** | | | | | | | |
| **a) yes \*** | \* | \* | \* | \* | \* | \* | \* |
| **b) no** | | | | | | | |
| **3) Adequacy of follow up of cohorts** | | | | | | | |
| **a) complete follow up \*** | | | | | | | |
| **b) Lost to follow up unlikely to introduce bias( small)\*** | \* | \* | \* | \* | \* | \* | \* |
| **c) follow up rate likely to introduce bias** | | | | | | | |
| **d) no statement** | | | | | | | |

## G.3. Materials Considered

In forming the opinions set forth in this report I considered all the documents cited in section G.1. References and all the abstracts listed below.

## **Abstracts:**

1.  Osman A, Yu B, Glavin N, Polonsky TS, Liao JK, Larson RA. ABL tyrosine kinase inhibitors (TKIS) are associated with increased rho-associated kinase (ROCK) activity that may contribute to vascular toxicity in patients with chronic myeloid leukemia (CML). *Blood.* 2018;132.
2.  Tournaire G, Despas F, Rousseau V, Montastruc JL, Bondon-Guitton E. Adverse drug reactions reported with BCR/ABL1 tyrosine kinase inhibitors. *Fundamental and Clinical Pharmacology.* 2016;30:47.
3.  Labussière-Wallet H, Guillermin Y, Etienne M, et al. Analysis of clinical arterial and metabolic parameters in chronic phase cml patients on nilotinib in a single center cohort. *Blood.* 2012;120(21).
4.  Hekmatjou H, Roboz GJ, Ritchie EK, et al. Arterial thrombotic complications are uncommon in patients without cardiovascular risk factors and occur at equivalent rates in Chronic Myeloid Leukemia (CML) patients treated with imatinib and nilotinib. *Blood.* 2014;124(21).
5.  Pagnano KBB, Assunc¸ão PM, Zullli R, et al. Assessment of cardiovascular events in chronic myeloid leukemia patients treated with tyrosine kinase inhibitors. *Blood.* 2015;126(23):4031.
6.  Copelan O, Gerds AT, Carraway HE, et al. Association of tyrosine kinase inhibitors with vascular adverse events: A cohort study using pooled electronic health record. *Blood.* 2017;130.
7.  Delage R, Robert Turner A, Leber B, et al. A Canadian expanded access trial of oral nilotinib in adult patients with imatinib-resistant or-intolerant chronic myeloid leukemia in blast crisis, accelerated phase or chronic phase. *Blood.* 2011;118(21).
8.  Goldberg SL, Mauro MJ, Cortes JE, Keating SJ, Bhandari H, Chen C. Cardiovascular (CV)-Related Hospitalizations and Associated Costs Among US Patients in Simplicity: An Observational Study of Patients with Chronic-Phase Chronic Myeloid Leukemia (CP-CML) in Routine Clinical Practice. *Blood.* 2019;134:4151.
9.  Mahida H, Gharia B, Ugoeke N, Maludum O, Asif A, Calderon D. Cardiovascular adverse events associated with first, second and third generation tyrosine kinase inhibitors used in treatment of chronic myeloid leukemia. *Circulation.* 2018;138.
10. Bykova A, Gusarova G, Chelysheva E, et al. Cardiovascular events in chronic myeloid leukemia patients treated with nilotinib. *HemaSphere.* 2018;2:881-882.
11. Gugliotta G, Castagnetti F, Breccia M, et al. Cardiovascular events in chronic myeloid leukemia patients treated with nilotinib first-line: An analisys of the gimema CML WP. *Haematologica.* 2015;100:56.
12. Mauro MJ, Chen C, Cortes JE, et al. Cardiovascular hospitalization in patients treated with dasatinib or nilotinib in simplicity, an observational study of chronic-phase chronic myeloid leukemia (CP-CML) patients in routine clinical practice. *Blood.* 2018;132.
13. Zdenek R, Belohlavkova P, Cetkovsky P, et al. Comparison of Glucose and Lipid Metabolism Abnormality during Nilotinib, Imatinib and Dasatinib Therapy – Results of Enigma 2 Study. *Blood.* 2014;124(21):1813-1813.
14. Giles FJ, Baccarani M, Brümmendorf TH, et al. Deep molecular responses in patients with newly diagnosed chronic myeloid leukemia receiving nilotinib as assessed within the eutos laboratory network in the enest1st study. *Blood.* 2013;122(21).
15. Gugliotta G, Castagnetti F, Breccia M, et al. Efficacy and safety of first-line treatment with nilotinib in elderly chronic myeloid leukemia patients. *Haematologica.* 2016;101:62.

16.    Dulucq S, Rigal-Huguet F, Nicolini FE, et al. Efficacy and safety of nilotinib in chronic myeloid leukemia patients who relapsed after discontinuation of imatinib for treatment-free remission: Results of the French Nilo Post-STIM study. *HemaSphere.* 2020;4:333-334.

17.    Schwarz M, Kim TD, Mirault T, et al. Elevated risk of peripheral artery occlusive disease (PAOD) in nilotinib treated chronic phase chronic myeloid leukemia (CML) patients assessed by ankle-brachial-index (ABI) and duplex ultrasonography. *Blood.* 2012;120(21).

18.    Ritchie EK, Catchatourian R, Klisovic RB, et al. ENESTgoal treatment-free remission study: Updated preliminary results and digital polymerase chain reaction analysis in patients with chronic myeloid leukemia in chronic phase who switched from imatinib to nilotinib. *Blood.* 2016;128(22).

19.    Rea D, Rosti G, Cross NCP, et al. Enestpath: A phase III study to assess the effect of nilotinib treatment duration on treatment-free remission (TFR) in chronic phase-chronic myeloid leukemia (CP-CML) patients (pts) previously treated with imatinib: Interim analysis from the first year of induction phase. *Blood.* 2015;126(23):4040.

20.    Hadzijusufovic E, Albrecht-Schgoer K, Huber K, et al. Further evaluation of pro-atherogenic and anti-angiogenic effects of nilotinib in mice and in patients with Ph-Chromosome+ CML. *Blood.* 2014;124(21).

21.    Messas E, Mirault T, Raffoux E, et al. Identification of patients (pts) with chronic myeloid leukemia (CML) at high risk of artery occlusive events (AOE) during treatment with the 2nd generation tyrosine kinase inhibitor (TKI) nilotinib. *Archives of Cardiovascular Diseases Supplements.* 2015;7(1):78.

22.    Rea D, Mirault T, Raffoux E, et al. Identification of patients (PTS) with chronic myeloid leukemia (CML) at high risk of artery occlusive events (AOE) during treatment with the 2nd generation tyrosine kinase inhibitor (TKI) nilotinib, using risk stratification for cardiovascular diseases (CVD). *Blood.* 2013;122(21).

23.    Gugliotta G, Castagnetti F, Breccia M, et al. Impact of Arterial Thrombotic Events on the Outcome of Chronic Myeloid Leukemia Patients Treated with Nilotinib First-Line: A GIMEMA CML WP Analysis. *Clinical Lymphoma, Myeloma and Leukemia.* 2017;17:S313-S314.

24.    Haguet H, Douxfils J, Chatelain C, et al. Impact of bcr-abl tyrosine kinase inhibitors on the survival and functions of endothelial cells. *HemaSphere.* 2018;2:873.

25.    Gardembas M, Henni S, Corby A, Omarjee L, Ifrah N, Leftheriotis G. Impact of nilotinib treatment on subclinical cardiovascular biomakers. *Journal of Clinical Oncology.* 2015;33(15).

26.    Gopal S, Lu Q, Baur W, et al. Impact of tyrosine kinase inhibitors used in chronic myeloid leukemia on signaling and epigenetics in endothelial cells. *Blood.* 2017;130.

27.    Haguet H, Douxfils J, Graux C, Chatelain C, Mullier F, Dogné JM. In Vitro Effects of BCR-ABL tyrosine kinase inhibitors on endothelial cells survival and functions. *Research and Practice in Thrombosis and Haemostasis.* 2018;2:242.

28.    Haguet H, Mullier F, Graux C, Dogné JM, Douxfils J. in vitro evaluation of the impact of BCR-ABL tyrosine kinase inhibitors on atherosclerosis plaque ruptureI. *Research and Practice in Thrombosis and Haemostasis.* 2020;4(SUPPL 1):17.

29.    Haguet H, Mullier F, Graux C, Dogné JM, Douxfils J. In vitro investigation of the impact of BCR-ABL tyrosine kinase inhibitors on endothelial cells. *Research and Practice in Thrombosis and Haemostasis.* 2020;4(SUPPL 1):16-17.

30.    Gilbert J, Deplano S, Szydlo R, et al. Incidence of vascular thrombotic events in 183 consecutive patients treated with nilotinib: A single centre experience. *Blood.* 2014;124(21).

31.    Nicolini FE, Alcazer V, Cony-Makhoul P, et al. Long-term outcome of chronic phase chronic myeloid leukemia patients treated with nilotinib front-line. *Blood.* 2020;136(SUPPL 1):44-45.

32.    Bykova A, Gusarova G, Chelysheva EY, Turkina AG. Long-term results and adverse events of *Blood.* 2013;122(21).

33.    Racil Z, Rázga F, Drapalova J, et al. Mechanism of impaired glucose metabolism during nilotinib therapy in patients with chronic myelogenous leukemia. *Haematologica.* 2013;98:65.

34. Saez-Perdomo M, Viedma J, Bilbao-Sieyro C, et al. Multicenter study of comorbidity in canarian patients with chronic myeloid leukemia treated with tyrosine kinase inhibitors. *Haematologica.* 2015;100:443-444.

35. Kakadia B, Thakkar R, Jovin T, Then R. Multifocal intracranial Stenosis Associaded with nilotinib. *International Journal of Stroke.* 2020;15(1 SUPPL):526.

36. Moura-Ferreira S, Santos E, Fontes A, et al. Myocardial infarction during nilotinib treatment in a low-risk patient for cardiovascular events: Underrecognized cardiotoxicity of tyrosine kinase inhibitors? *European Heart Journal: Acute Cardiovascular Care.* 2016;5:11.

37. Tetreault M, Chayer C, Lanthier S, Busque L, Constance C. Nilotinib associated with isolated accelerated cervicocephalic atherosclerosis. *European Stroke Journal.* 2016;1(1):324.

38. Breccia M, Cannella L, Loglisci G, Serrao A, Salaroli A, Alimena G. Nilotinib does not result to induce modifications of cholesterol metabolism or fasting glucose level of clinical significance in chronic phase chronic myeloid leukemia patients. *Haematologica.* 2011;96:80.

39. Qu D, Wang L, Song W, et al. Nilotinib exacerbates disturbed flow-indeuced atherosclerosis through focal tlr4 activation. *Journal of the Hong Kong College of Cardiology.* 2017;25(2):76.

40. Hadzijusufovic E, Herndlhofer S, Aichberger KJ, et al. Nilotinib exerts direct effects on vascular endothelial cells and may act as a co-trigger of atherosclerosis in patients with Ph+ CML. *Blood.* 2011;118(21).

41. Emir H, Albrecht-Schgoer K, Huber K, et al. Nilotinib exerts direct pro-atherogenic and anti-angiogenic effects on vascular endothelial cells: A potential explanation for drug-induced vasculopathy in CML. *Blood.* 2013;122(21).

42. Hadzijusufovic E, Albrecht-Schgoer K, Huber K, et al. Nilotinib exerts proatherogenic and growth-inhibitory effects on endothelial cells: A potential mechanism underlying drug-related vasculopathy in Ph+ CML. *Oncology Research and Treatment.* 2014;37:300.

43. Hadzijusufovic E, Herndlhofer S, Aichberger K, et al. Nilotinib impairs migration and growth of human endothelial cells and may trigger vascular occlusive events in patients with Ph+ CML. *Memo - Magazine of European Medical Oncology.* 2012;5(1):8.

44. Jeon YW, Lee SE, Choi SY, et al. Peripheral arterial occlusive disease (PAOD) in chronic phase chronic myeloid leukemia patients treated with nilotinib. *Blood.* 2013;122(21).

45. Sora F, Chiusolo P, Luca L, et al. The polymorphisms on chromosome 9p21 play a role in the risk for cardiovascular events in chronic myeloid leukemia patients? *Blood.* 2016;128(22).

46. Hadzijusufovic E, Albrecht-Schgoer K, Huber K, et al. Pro-atherogenic and anti-angiogenic effects of nilotinib on endothelial cells: A potential mechanism to explain vasculopathies in CML patients treated with nilotinib. *Haematologica.* 2014;99:510.

47. Rea D, Mirault T, Francois Gautier J, Guilhot F, Messas E, Dombret H. Prospective analysis of plasma cholesterol and triglycerides in patients (PTS) with chronic phase (CP)-chronic myeloid leukemia (CML) during treatment with the 2nd generation tyrosine kinase inhibitor (TKI) nilotinib. *Blood.* 2013;122(21).

48. Breccia M, Castagnetti F, Gugliotta G, et al. Prospective metabolic and cardiovascular assessment in chronic phase chronic myeloid leukemia patients treated with nilotinib 300 mg bid frontline in the gimema 0811 trial. *Blood.* 2015;126(23):4046.

49. Tuğlular AT, Elibol T, Memiş T, et al. Real life data of nilotinib in patients with chronic myeloid leukemia resistant or intolerant to imatinib. *HemaSphere.* 2019;3:888-889.

50. Del Corpo O, Harnois M, Busque L, Assouline S. Real-Life Use of Nilotinib for Chronic Phase CML Demonstrates Similar Efficacy and Rate of Cardiovascular Events As Enestnd. *Blood.* 2021;138:4602.

51. Dengler J, Stegelmann F, Müller M, et al. Results of the non-interventional TARGET study: Efficacy and safety of nilotinib in CML patients failing prior therapy in routine healthcare. *Oncology Research and Treatment.* 2018;41:178.

52. Douxfils J, Haguet H, Mullier F, Chatelain C, Graux C, Dogné JM. Risk of cardiovascular events associated with BCR-ABL TKIs: A systematic review and meta-analysis. *Journal of Thrombosis and Haemostasis.* 2015;13:141-142.

53. Shibayama H, Kawaguchi T, Kuroda J, et al. Safety and efficacy of a switch to nilotinib in patients with CML-CP showing MMR to imatinib: Results of a multicenter phase II trial (NILSw trial). *Blood.* 2016;128(22).

54. George BS, Kantarjian HM, Garcia-Manero G, et al. Seven year follow up of chronic myeloid leukemia (CML) patients treated with nilotinib 400 mg twice daily-a single center study at MDACC. *Blood.* 2015;126(23):2796.

55. Ribeiro BF, Miranda ECM, Delamain MT, et al. Treatment results with dasatinib or nilotinib in third line therapy of chronic myeloid leukemia after failure of two tyrosine kinase inhibitors. *Blood.* 2013;122(21).

56. Rea D, Kyrcz-Krzemien S, Sportoletti P, et al. Treatment-Free Remission (TFR) after Two Different Durations of Nilotinib Consolidation in Patients with Chronic Myeloid Leukemia (CML) Previously Treated with Imatinib: Enestpath Study Results. *Blood.* 2021;138:635.

57. Detriche G, Zhang Y, Esposito B, et al. Tyrosine kinase inhibitor nilotinib increases atherosclerosis burden in ApoE knock-out mice. *European Heart Journal.* 2019;40:1880.

58. Kirchmair R, Albrecht-Schgoer K, Schgoer W, et al. The tyrosine kinase inhibitor nilotinib induces vascular adverse events in patients with chronic myeloid leukemia and inhibits endothelial function and angiogenesis. *Circulation.* 2013;128(22).

59. Quillet P, Bourneau-Martin D, Drablier G, Lagarce L, Lainé P, Pharmacovigilance Centers R. Tyrosine kinase inhibitors-associated ischemic events in patients treated for chronic myeloid leukemia. *Drug Safety.* 2013;36(9):821.

60. Hadzijusufovic E, Albrecht-Schgoer K, Huber K, et al. An update of functional data regarding the pro-atherogenic and anti-angiogenic effects of nilotinib in patients with Ph+ CML. *Memo - Magazine of European Medical Oncology.* 2015;8(1):3.

**G4. Curriculum Vitae**

# Sonal Singh MD MPH FACP

Associate Professor
UMass Chan Medical School
Tel: (336)-473-1604
sonal.singh@umassmemorial.org

## Education

MPH, Bloomberg School of Public Health, Johns Hopkins University
Baltimore, MD                                                          6/2005 to 5/2008

Internal Medicine Residency, Unity Health System, affiliate University of Rochester
Sch of Medicine and Dentistry, Rochester, NY                           7/2002 to 6/2005

MD, Patna Medical College, Patna, India                                12/91 to 05/1999

## Academic Appointments

Associate Professor, Department of Family Medicine & Comm Health        10/2016 to date
Department of Medicine, University of Massachusetts Medical School

Assistant Professor, Dept of Medicine, Johns Hopkins Univ SOM          7/2009 to 9/2016

Assistant Professor, Center for Public Health, and Human Rights
Bloomberg School of Public Health, JHU                                 7/2009 to 9/2016

Assistant Professor, Department of Medicine, Wake Forest University     7/2007 to 6/2009

Instructor, Department of Medicine, Wake Forest University              7/2005 to 06/2007

## Employment History

Associate Professor, Department of Fam Medicine & Comm Hlth             10/2016-present
Meyers Primary Care Institute & Department of Medicine (Joint)
University of Massachusetts Medical School
Role: Clinician- Investigator

Associate Professor, Department of Quantitative Health Sciences        10/2018-present
University of Massachusetts Medical School (Joint)
Role: Clinician- Investigator

Assistant Professor, Dept of Medicine, Johns Hopkins University.       7/2009 to 9/2016
Role: Clinician- Investigator

Assistant Professor, Department of Medicine, Wake Forest University     7/2007 to 6/2009
Role: Clinician- Educator
Instructor, Department of Medicine, Wake Forest University              7/2005 to 6/2007
Role: Clinician- Educator

Residency (Medicine) Unity Healthy System, University of Rochester, Rochester, NY Role: PGY 1, PGYII and PGY III Internal Medicine Resident                                   7/2002 to 6/2005

Research Associate, Clinical Pharmacology, Ohio State University          3/2001 to 6/2002
Role: Research assistant in clinical trials

Voluntary Research Associate, Clinical Pharmacology, Ohio State          8/2000 to 2/2001
Role: Research assistant in clinical trials

USMLE STEP 1, II, III and Clinical Skills Exam Preparation               2/2000 to 7/2000
Role; Medical student

Resident, Medicine, Patna Medical College, Patna, Bihar, India          2/1998 to 1/2000
Role: Junior Resident in Medicine

Compulsory rotatory internship, Patna Medical College, Patna, India    12/1997 to 12/1998
Role: Fulfilling requirements for completion of medical degree in India

# Certification and Licensure

Diplomate, American Board of Internal Medicine                    8/2005-12/2025
Massachusetts Board of Physicians                                 8/2016-8/2021
Physicians and Surgeons of Maryland (Inactive)                    2009-2017
North Carolina Medical Board (Inactive)                           2005-2009
Basic Life Support (Active)                                       2016-2021

# Professional Memberships and Activities

Massachusetts Medical Society                                     2017-current
American College of Physicians                                    2003-current
International Society of Pharmacoepidemiology                      2011-current
Society of General Internal Medicine                              2003-2016
International Society of Pharmacoeconomic Outcomes Research        2016-2017
Academy Health                                                    2013
Global Health Council                                             2006-2010
Association of Physicians of Indian Origin (AAPI)                 2020-current

# Honors and Awards

- 2022 : Dave Sackett Clinical Trial of the Year Award, Society for Clinical Trials, Member, Data Safety Monitoring Committee-TOGETHER trial
- 2019: Elected to the Fellow of the American College of Physicians

- 2017 : Elected, American College of Chest Physicians CHEST Expert Cough Panel
- 2016: Finalist W. Leigh Thompson Excellence in Research: Johns Hopkins University SOM
- 2013 : Visiting Professor, Department of Medicine, University of Alabama, Alabama, USA
- 2013 : Appointee World Health Organization, International Agency for Research on Cancer Evaluation of Drugs and Herbal Products, Lyon, France.
- 2013 : Awardee, 29[h] International Society of Pharmacoepidemiology, Montreal, III[rd] Best Abstract, Trainee
- 2011 : Awardee, Bruce P Squires Award for the Best Research Paper, Canadian Medical Association Journal
- 2011:Awardee, Society of General Internal Medicine Clinical Investigator (Mid-Atlantic)
- 2010 : Awardee, Scholars Abstract Award, Society for Clinical and Translational Sciences
- 2009 : Awardee, NIH/KL2 Award and Junior Research Scholar, Johns Hopkins Clinical Research Program, Johns Hopkins School of Medicine
- 2010 : Elected, Delta Omega Honorary Public Health Society, Johns Hopkins University 2008 : Elected Master Teacher Award, Wake Forest University School of Medicine
- 2006 : Awardee, Tinsley R Harrison Faculty Teaching Award Wake Forest University SOM
- 2007 : Awardee, Tinsley R Harrison Faculty Teaching Award Wake Forest University SOM
- 2005 : Senior–Resident Scholarship award, Unity Health System, University of Rochester SOM& Dentistry
- 2005 : American College of Physicians Health and Public Policy Scholarship, NY

# Committee Assignments & Administrative Service

| | |
|---|---|
| Public Policy Committee, International Society of Pharmacoepidemiology | 2020-2021 |
| Population Health & Pharmacy Collaborative Committee, UMASS | 2019-current |
| American College of Physicians, Massachusetts, Health Policy Committee | 2018-current |
| Chairs Advisory Council, Department of Fam Medicine & Comm Hlth | 2016-current |
| American College of Chest Physicians, Cough Guideline Expert Panel | 2017- current |
| Associate faculty, Welch Ctr for Prevention, Epi & Clin Research, JHU | 2015-2016 |
| Associate-Director, Center for Drug Safety and Effectiveness, JHU | 2013-2016 |
| Affiliate faculty, Center for Hlth Services and Outcomes Research, JHSPH | 2012-2016 |
| WHO, International Agency of Research on Cancer (IARC) Working group | 2013 |
| Preferred Items for Reporting of Systematic Reviews and Meta-analysis of harms Working Group Alberta Canada. | 2012 |
| Health & Human Rights Working Group, JHU Center for Aids Research | 2012 |
| Core faculty, Center for Public Health and Human Rights, Johns Hopkins Bloomberg School of Public Health | 2009-2016 |
| Core faculty, Evidence-Based Practice Center, JHU | 2009-2016 |
| Medical Director, Outpatient Clinic, WFUSOM | 7/2005-6/2009 |

# Teaching Activities

## Classroom

| | |
|---|---|
| Epidemiology | 2020-2022 |

Role: Facilitator course in Clinical Epidemiology for Medical Students at University of Massachusetts Medical School

Comparative effectiveness research (2 cr), Johns Hopkins Medicine      2015-2016
Role: Developed course in CER for MD and MD/PhD trainees in the CTSA

Health and Human Rights, Johns Hopkins Bloomberg School of Public Health      2011-2015
Role: Annual lecture in the course for MPH students

Health Economic, Johns Hopkins Bloomberg School of Public Health      2013
Role: Annual lecture in the course for master's students

Pharmacoepidemiology, Johns Hopkins Bloomberg School of Public Health      2011-2015
Role: Annual lecture in the course for master's and Doctoral students

Evidence-based Medicine, Johns Hopkins University School of Medicine      2012
Role: Course facilitator

Intro to Clinical Investigation, Johns Hopkins University School of Medicine      2012
Role: Annual lecture in the course

Clinical Epidemiology, Johns Hopkins Bloomberg School of Public Health,      2010-2014
Role: Annual lecture in the course

Patient Physician and Society, Johns Hopkins University School of Medicine      2009
Role: Course facilitator

Clinical Teaching

Outpatient medicine      2016-current
Role: Precepting medical students in clinic at University of Massachusetts Medical School
Evidence Based Medicine      2012-2014
Role: Developed a novel course to teach Evidence based Medicine to Osler medical residents at Johns
Hopkins University School of Medicine
Outpatient medicine      2005-2009
Role: Precepting residents in clinic at Wake Forest University
Inpatient Medicine      2005-2009
Role: Precepting internal medicine residents at Wake Forest University

# **Mentoring**

| UMass Chan Medical School | | Project | Current Position and Institution | Training Period |
|---|---|---|---|---|
| **Faculty** | | | | |
| **Idanis Berriosmorales** | Mentor | SR of SDM in MS | Assistant Professor of Neurology | 2019- |
| **Mayuko Itofukunaga, MD** | Mentor | Systematic review of decision aids for lung cancer screening | Assistant Professor-Pulmonary Medicine and Critical Care/JF Scholar | 2018-2020 |
| **Ayobami Akenroy MD** | Mentor | Pharmacovigilance study of switching biologics in asthma | Assistant Professor-Harvard Medical School/JHSPH | 2022 |
| *Trainees* | | | | |
| **Jessica Kloppenburg** | Scholarly activity | SR of SARS-COV-19 and Maternal-fetal outcomes | MD/PhD Student Umass Med School | 2020- |
| **Nathaniel, Erskine MD, PhD (student)** | Scholarly activity | SR of herpes zoster and cardiovascular disease | MD/PhD Student Umass Med School | 2017-18 |
| **Richeek Pradhan MS** | Scholarly Activity | Comparison of data on Adverse events | PhD Student McGill University | 2017-18 |
| **Johns Hopkins University** | | | | |
| *Faculty* | | | | |
| **Hsien-Yen Chang PhD** | Mentor | Pharmacoepidemiologic studies | Assistant Scientist at JHU | 2011-15 |
| *Trainees* | | | | |
| **Omar Mansour** | Scholarly activity | SGLT2inhibitors and cardiovascular outcomes | Masters' student, JHSPH | 2018 |
| **Geetha Iyer, MD** | Mentor | Multiple Pharmacoepidemiologic studies | Doctoral student, HSPH | 2015-16 |
| **Sathiya Priya Marimathu, MPH** | Mentor | Generic drugs and patient-oriented outcomes | Pharmaceutical industry | 2015-16 |

| Yohalakshmi Chelludari, MD, MPH | RA Scholarly activity | Review of varenicline | Resident physician, Mercer, Atlanta | 2013 |
|---|---|---|---|---|
| Hasan Shihab, MD, MPH | RA Scholarly activity | Review of GLP-based therapies | Resident, Franklin Square, Baltimore | 2013-14 |
| Joshua Sclar, MD, MPH | Scholarly activity | Systematic review of attacks on health workers | General Preventive Medicine Resident | 2013 |
| Crystal Ng, MPH | Scholarly activity | Human Rights measures | MPH Student, JHSPH | 2013 |
| Ekta Agarwal, MPH | Capstone | Safety of novel anticoagulants | MPH student JHSPH | 2013 |
| Meijia Zhou, MHS | Scholarly activity | Adherence to novel anticoagulants | Doctoral student, Univ of Pennsylvania | 2013 |
| Kaitlin Hayman, MD | Capstone | SR of the impact of disasters On CVD outcomes | MPH student, JHSPH | 2013 |
| Wenze Tang, MPH | Scholarly activity | SCCS analysis of GIB bleeding with dabigatran | Doctoral student, HSPH | 2013 |
| Shabana Walia MD | Scholarly activity | SR of CVD among refugees and displaced | ER physician, UT Houston | 2016-18 |
| **Wake Forest University SOM** | | | | |
| Aman Amin, MD | Scholarly activity | Inhaled corticosteroids and pneumonia | Practicing internist, NC | 2007-09 |
| Apurva Trivedi, MD | Scholarly activity | SSRIs and bleeding | Gastroenterologist | 2007-09 |
| **External institutions** | | | | |
| Tonya Breaux-Shropshire PhD, MPH | Scholarly activity | Systematic review | Post-doctoral trainee, UAB | 2015 |
| Abhay Kumar, MD | Resident Scholarly activity | Wernicke encephalopathy after gastric bypass: systematic review | Assistant Professor St Louis University | 2007 |

# Pending Contracts

Developing and validation of the ACE-IT framework for maternal fetal outcomes      06/01/2022—7/30/2023
Reagan Udall Foundation for the FDA
Role : Principal Investigator (18%)

# Current Grants

Preparing for what is next with aducanumab     ( PI-Gurwitz)        09/2022----04/2023
NIA
Role ( Co-investigator)

1 R01 MD016883-01 (Fisher)                                    9/1/21-8/31/24
NIMHHD                                    $507,084
Trusted messengers: Supporting physicians in promoting COVID-19 vaccination
The major goals of this project are: (1) To refine and adapt tools to support effective PCP recommendations for COVID-19 vaccination and information dissemination by PCPs and community organizations to vulnerable patients; (2) To implement and assess the impact of the intervention on COVID-19 vaccine uptake among initially unvaccinated patients and (3) To evaluate the intervention according to the REAIM framework, incorporating the perspectives of patients, primary care providers, and clinic leaders.
Role:  Co-Investigator (15% or 1.80 cal months)

NIH 33AG069794 9PI-Gurwitz)                              09/2021-08/2025
Developing a Program to Educate and Sensitize Caregivers to Reduce the Inappropriate Prescription Burden in Elderly with Alzheimer's Disease Study (D-PRESCRIBE-AD)
The aim is to conduct a large, cluster randomized, pragmatic trial to evaluate a health plan-based intervention leveraging the NIH Collaboratory's Distributed Research Network, which uses the Food and Drug Administration (FDA) Sentinel Initiative infrastructure.
Role: Co-investigator (20%)

## Completed Grants and Contracts

Developing and applying  a framework to evaluate and conduct algorithm validation studies for Major Adverse Cardiovascular Events                                    03/2021—5/2022
Reagan Udall Foundation for the FDA
Role : Principal Investigator (15%)

NIH R61AG069794-01(PI-Gurwitz)                              09/2020-08/2021
Developing a Program to Educate and Sensitize Caregivers to Reduce the Inappropriate Prescription Burden in Elderly with Alzheimer's Disease Study (D-PRESCRIBE-AD)
The aim is to conduct a pilot study to assess the feasibility and acceptability of  a large, cluster randomized, pragmatic trial to evaluate a health plan-based intervention leveraging the NIH Collaboratory's Distributed Research Network, which uses the Food and Drug Administration (FDA) Sentinel Initiative infrastructure.
Role: Co-investigator- 15%

PCORI HIS-1608-35689-IC (PI-Ming Tai-Seale)                        2/2016- 3/2021
Improving Patient-Centered Communication in Primary Care: A Cluster Randomized Controlled Trial of the Comparative Effectiveness of Three Interventions
The aim is to compare three interventions to improve patient communication in primary care
The aim is to evaluate intervention to improve patient communication in primary care
Role: Co-investigator (10%)

(PI Jerry Gurwitz)                                    08/2018- 08/2020
NIH/NIA-1 R56 AG061813-01
Project Title: Controlling and Stopping Cascades leading to Adverse Drug Effects Study in Alzheimer's Disease(CASCADES-AD)
Role: co-investigator
The aim is to develop interventions to prevent prescribing cascades among those with Alzheimer's related Dementia (ADRD)

Death Data Exploration                                    08/01/17- 03/02/18
Task Order Number: HHSF22301012T
Efforts to Develop the Sentinel Initiative HHSF223200910006I.
Role (Project Lead)

| | |
|---|---|
| Effect of Therapeutic Class on Generic Drug Substitutions. U01FD005267-01 (PI, Jodi Segal) FDA Role: Co-Investigator | 2014-2016 $ 349,480 |
| Comparative effectiveness Research & The Cochrane Eyes and Vision Group U01 EY020522 (PI, Kay Dickersin) NIH/NEI Role: Co-Investigator | 2013-16 $ 825,397 |
| Systematic review of gabapentin for neuropathic pain using multiple data sources (PI, Caleb Alexander) FDA Center of Excellence in Regulatory Science Role: Co-Investigator  (20% effort) | 2015-16 |
| Integrating multiple data sources for meta-analysis to improve patient-centered outcomes research (PI- Dickersin) PCORI (ME-1303-5785) Role: Advisor (2% effort) | 2014-2016 $698,174 |
| Development of a scale for human rights violations. (PI, Chaisson & Beyrer) NIH Johns Hopkins Center for AIDS Research Role:  Pilot Awardee | 2013-2014 $ 18,873 |
| Comparative effectiveness review of therapeutic options for obesity in the Medicare population. Johns Hopkins Evidence Based Practice Center. PI (Eric Bass) AHRQ Role:   Co- Investigator (20% effort) | 2013-2014 $125,000 |
| Center for Excellence in Comparative Effectiveness Education PHRMA Foundation (PI Jodi Segal) Role: Co-investigator (5% effort) | 2012-2013 $250,000 |
| A multi criteria decision analysis to assist with regulatory decisions around benefit and risk Partnership in Applied Comparative Effectiveness Science: PI (PI, Jodi Segal). FDA Role: Project Principal Investigator (25% effort) | 2010-2013 $3,509,657 |
| Combination therapy vs. intensification of statin monotherapy: An update. PI (E. Bass- P.I of EPC.) AHRQ Role: Advisor (5% effort) | 2012-2013 |
| Troponin cardiac marker during renal impairment. (E. Bass- P.I of EPC.) Agency for Health Care Quality and Research Role: Advisor (5% effort) | 2012-2013 |
| To develop an instrument for attacks on health workers. PI (Len Rubenstein) US Institute of Peace Role: Co-investigator (10% effort) | 2012-2013 |

| | |
|---|---|
| To develop an instrument for attacks on health workers.<br>PI (Len Rubenstein)<br>McArthur Foundation<br>Role: Co-investigator (15% effort) | 2012-2013<br><br>$434,782 |
| To conduct a benefit and harm assessment of *roflumilast* in COPD.<br>Johns Hopkins ICTR<br>Role: Co-investigator (5% effort) | 2012-2013 |
| To develop a China-JHU consultation for civil society public health professionals.<br>Open Society Foundation<br>Role: PI (20% effort). Proposal for a public health training program. | 2012<br>$49,534 |
| PACER.<br>PI (Rothman)<br>Google-Flu<br>Role: Coinvestigator (5%) Systematic reviewer and meta-analysis expert. | 2012 |
| Methods for Balancing Benefits and Harms in Systematic Reviews<br>Johns Hopkins Evidence Based Practice Center. (PI, Bass)<br>AHRQ<br>Role: Project Task Leader and co-Investigator (10% effort) | <br>2011-2012<br>$188,871 |
| Comparative effectiveness review of Meditation Programs for Stress and Wellbeing<br>Johns Hopkins Evidence Based Practice Center. (PI, Bass)<br>AHRQ<br>Role: Project Task Leader and co-Investigator (15% effort) | <br>2011-2012<br>$375,666 |
| Comparative effectiveness review of prevention of VTE in special populations<br>Johns Hopkins Evidence Based Practice Center. (PI, Bass)<br>AHRQ<br>Role:   Project Principal Investigator (20% effort) | <br>2011-2012<br>$375,666 |
| To prevent and respond to gender-based violence (GBV) in refugee and conflict-affected populations.<br>(PI, Vu & Rubenstein)<br>Role: Co-investigator (10% effort) | <br>2010-2011<br>$293,946 |
| Comparative effectiveness review of oral hypoglycemic medications<br>Johns Hopkins Evidence Based Practice Center. (PI, Bass)<br>AHRQ<br>Role:   Co- Investigator (0% effort) | <br>2009-2010<br>$125,000 |
| Johns Hopkins Clinical Research Junior Faculty Award.<br>NIH-KL2<br>ICTR<br>Role: Recipient (75% salary support) | 2009-2012 |
| Measuring exposure to human rights violations among men who have sex with men.<br>(PI, Mullany).<br>Center for Global Health Johns Hopkins<br>Role: Co-investigator (0% effort). | <br>2009-2010<br>$50,000.00 |
| Research ethics for conducting research in vulnerable populations and unstable settings.<br>(PI, Mills)<br>CIHR<br>Role: Co-investigator (10% effort). | <br>2007-2009<br>$99, 887.00 |

# Editorial work

## Editor-in-chief and founder

BMC Conflict and Health                                                2007-12

## Editorial Board Membership

Frontiers in Drug Safety                                               2022-current
Frontiers in Primary Care and Family Medicine                         2021-current
Evidence Based Medicine (BMJ Group of Journals)                       2017-current
Drug Safety                                                            2008-16
American College of Physicians-PIER

## Grant Review

Patient Centered Outcomes Research Institute- Rare Disease Research Panel    11/20/2020
Medical research foundation of New Zealand
Johns Hopkins Center for Public Health and Human Rights
Junior Faculty Research Grants
Medical Research Council of South Africa
Catalina Health Technology Assessment, Spain
Diabetes, UK
Johns Hopkins Medicine Research Council Synergy Awards
Johns Hopkins Institute for Clinical and Translational Research

## Data Safety Monitoring Board

Repurposed Approved Therapies for Outpatient Treatment of Patients with Early-Onset COVID-19 and
Mild Symptoms (www.togethertrial.com )David Sacket Clinical Trial of the Year Award          03/2021

## Peer Review
https://publons.com/researcher/1311365/sonal-singh/peer-review/

| |
|---|
| Acta Diabetologica |
| American Heart Journal |
| American Journal of Addictions |
| American Journal of Cardiovascular Drugs |
| American Journal of Managed Care |
| American Journal of Psychiatry |
| American Journal of Tropical Medicine and Hygiene |
| Annals of Internal Medicine |
| Annals of Medicine |
| Australian Medical Journal |
| BMJ |
| BMC Clinical Pharmacology |
| British Journal of Clinical Pharmacology |
| Bulletin of the World Health Organization |
| Chest |
| Circulation |
| Canadian Medical Association Journal |

| |
|---|
| Clinical Pharmacology and Therapeutics |
| Clinical Trials |
| Cardiovascular Drugs & Therapy |
| Cochrane Collaboration |
| Disasters |
| Diabetolgia |
| Drug and Alcohol Dependence |
| Diabetes Obesity and Metabolism |
| Drug Safety |
| Epidemiology |
| European Journal of Neurology |
| European Journal of Pharmacology |
| European Respiratory Journal |
| Expert Opinion in Drug Safety |
| Global Public Health |
| Health Policy |
| International Journal of Clinical practice |
| International Journal of Epi |
| International Journal of Obesity |
| Journal of the American College of Cardiology |
| **Journal of the American Medical Association > 25 articles** |
| Journal of the American Medical Association-Internal Medicine |
| JAMA-Network Open |
| Journal of Cardiac Failure |
| Journal of Medical Case Reports |
| Journal of the Pancreas |
| Journal of General Internal Medicine |
| Medscape General Medicine |
| Medical Journal of Australia |
| Nephrology Dialysis Transplantation |
| North Carolina Medical Journal |
| Nutrition, Metabolism & Cardiovascular Diseases |
| Open Forum for Infectious Disease |
| Pediatric Infectious Disease Journal |
| Pharmacoepidemiology & Drug Safety-Best Reviewer Award 2013 |
| Public Library of Science Medicine |
| Primary Care Respiratory Journal |
| Pediatrics |
| Research Synthesis Methods |
| Respiratory Medicine |
| Respirology |
| Southern Medical Journal |
| The Lancet |
| Thorax |
| Tropical Medicine & International Health |

# ABSTRACTS/PRESENTATIONS

### National/International Oral Conference Presentation

1.      Mazor KM, Fisher KA, Nguyen N, Fouayzi H, Crawford S, Singh S, Dong M, Wittenberg R.  From vaccine hesitancy to vaccine acceptance: Who changes and why? Oral presentation at: The Health Care Systems Research Network; April 12-14, 2022; Pasadena, CA.

2.      Risk of myocarditis associated with checkpoint inhibitors. 35th International Society of Pharmacoepidemiology, Annual Meeting, Philadelphia. Aug 26, 2019.

3.      GLP-1-based therapies and risk of pancreatitis: A matched case-control study. 29th International Society of Pharmacoepidemiology, Annual Meeting, Montreal Convention Center, August 26. Montreal, Quebec, Canada.2013

4.      GLP-1 based therapies and risk of pancreatitis. 36th SGIM Annual Meeting, Denver, Colorado. 2013

5.      Risk of fractures with inhaled corticosteroids in COPD: Systematic review and meta-analysis of randomized controlled trials and observational studies, Society of General Internal Medicine, Minneapolis, Minnesota. 2011

6.      Odds of fractures with inhaled corticosteroids in COPD: Systematic review and meta-analysis of clinical trials and observational studies, 27th International Society of Pharmacoepidemiology, Annual Meeting, Hyatt Regency August 24th.  Chicago, Illinois. 2011

### National/International Poster Presentation

1.  Sonal Singh, Julie Beyrer, Xiaofeng Zhou, Joel N Swerdel, Raymond A Harvey, Kenneth Hornbuckle, Leo Russo, Kanwal Ghauri, Ivan H Abi-Elias, Carla V Rodriguez-Watson. Development and Evaluation of the ALgorithm CErtainty Tool KIT (ACE-IT) to evaluate safety outcomes using electronic medical record and claims-based algorithms. 38th International Society of Pharmacoepidemiology, Annual Meeting, Copenhagen, Denmark. Aug 28, 2022.

2.  Thomas Moore, Sonal Singh. Challenges of Using Real-World Evidence for Regulatory Decisions: 4 Key Issues. 38th International Society of Pharmacoepidemiology, Annual Meeting, Copenhagen, Denmark. Aug 27, 2022.

3.  Sonal Singh. Noelle Cocorros, Kevin Haynes, Vinit Nair, Thomas Harkins, Paula Rochon, Richard Platt, Sybil Crawford and Jerry Gurwitz. Population based estimates of prescribing cascades among older adults with Alzheimer's dementia. 36th International Society of Pharmacoepidemiology, Annual Meeting. September 16 [h] 2020

4.  Sarah Bloomstone KA, Noelle Cocoros,Jerry Gurwitz,Kevin Haynes,Vinit Nair, Richard Platt,Paula Rochon,Sonal Singh, Kathleen M. Mazor. Prescribing Cascades in Patients With Alzheimer's Disease: Engaging Patients, Caregivers, Payers, and Providers. Abstracts from the 26th annual Health Care Systems Research Network Conference, April 8-10, 2020. J Patient Cent Res Rev. 2020;7:94.

5.  Diagnostic algorithms for cardiovascular death in administrative claims databases. A systematic review 2018. International Society of Pharmacoepidemiology, Prague, August 24, 2018.

6.  Risk of gastrointestinal bleeding among dabigatran users-a self-controlled case series analysis. Health Care Systems Research Network, San Diego, March 22, 2017.

7.  GLP-1 based therapies and risk of pancreatitis. Pancreatitis, Diabetes, and Pancreatic Cancer Workshop. NIH, Bethesda, Maryland. 2013

8.  Thiazolidinediones and risk of bladder cancer: A systematic review and meta-analysis. 36th SGIM Annual Meeting, Denver, Colorado.2013

9. Who is the patient's doctor? Primary care responsibility and co-management relationships among generalist and non-generalist physicians in the National Ambulatory Care Survey, 2002 SGIM 29th Annual Meeting, Los Angeles, California.2006

10. The educational value of case reports from the SGIM national meeting in the internal medicine clerkship. SGIM 29th Annual Meeting, Los Angeles, California.2006

11. Using iPod technology to create a self-guided clinic tour for resident orientation SGIM 29th Annual Meeting, Los Angeles, California.2006

12. Narcotic management in chronic non-malignant pain. A survey of resident's knowledge and attitudes. SGIM 29th Annual Meeting, Los Angeles, California.2006

13. Formulary conversion programs pose a significant risk to patients, SGIM 27th Annual Meeting, Chicago, Illinois.2004

Posters at local regional meetings

Inhaled corticosteroids and the risk of fractures in COPD: A systematic review and meta-analysis. DOM Annual retreat, Johns Hopkins University 2011

National/International Oral Presentations

1. Oral direct acting antivirals and the incidence or recurrence of hepatocellular carcinoma. NIH Collaboratory Grand Rounds [ Web] March 2, 2018

2. Resurgence of hepatocellular carcinoma in the era of oral direct acting antivirals. Cause or Consequence? Fundamentals of Biomedicine Seminar Series. Texas Tech University Health Sciences Center. El Paso, Texas Dec 13, 2017

3. Aligning evidence with preferences: Methodological Challenges and Opportunities Dartmouth-Hitchcock Medical Center, Dartmouth, New Hampshire, June 15, 2016

4. Aligning evidence with preferences: Methodological Challenges and Opportunities Department of Health Services and Research, Michael De-Bakey VA and Baylor University, Houston, Texas, May 16, 2016.

5. Aligning evidence with preferences: Methodological Challenges and Opportunities Meyers Primary Care Institute and Department of Family and Community Medicine, University of Massachusetts, Massachusetts, March 31 and June 9, 2016.

6. Aligning evidence with preferences: Methodological Challenges and Opportunities VA Center for Chronic Disease and Outcomes Research, Minnesota VA, March 2016.

7. Aligning evidence with preferences: Methodological Challenges and Opportunities Department of Medicine. University of Central Florida, Orlando, Florida, November 2015.

8. Aligning evidence with preferences: Methodological Challenges and Opportunities Center for Health Policy and Research Grand Rounds. UC Davis, Sacramento California, Oct 9, 2015.

9. Aligning evidence with preferences: Methodological Challenges and Opportunities Center for Evidence and Outcomes, Agency for Health Care Research and Quality.  Gaithersville Maryland, August 31, 2015.

10. Risks of Spiriva Respimat outweigh its benefit: A Debate. Inhalation Asia, University of Hong Kong, Department of Pharmacology and Pharmacy, Hong Kong. 2013

11. GLP-1-based therapies and risk of pancreatitis. Center for Clinical Epidemiology and Biostatistics Seminar Series, University of Pennsylvania Philadelphia, Pennsylvania. 2013

12. Visiting Professor. Department of Medicine. University of Alabama. 2013

13. Value based health care: Can shared decision making methods get us there? Center for Value and Effectiveness, Medicine Institute, Cleveland Clinic, Noon Conference.2013

14. Role of Multi-criteria decision analysis in regulatory policy.Stanford Prevention Research Center, Stanford University, Palo Alto, Stanford, California. 2013

15.    Role of Multi-criteria decision analysis in regulatory policy. South Carolina College of Pharmacy, Columbia, South Carolina.2013

16.    Role of Multi-criteria decision analysis in regulatory policy. Department of Medicine. UC Davis, Sacramento, California.2013

17.    Role of Multi-criteria decision analysis in regulatory policy. Department of Clinical Sciences, UT Southwestern, Dallas, Texas.2013

18.    Role of Multi-criteria decision analysis in regulatory policy. Department of Medicine, Geisinger Medical Center, Danville, Pennsylvania. 2013

19.    Weighing benefits and risks: Role of shared decision making in type 2 diabetes. CTSA Grand Rounds, Mayo Clinic, Rochester, Minnesota. 2013

20.    Are long-acting muscarinic agents safe for patients with COPD: A Debate. Airway Vista, Asan Medical Center, Seoul, Korea

21.    Academia and industry collaboration for cardiovascular risk mitigation. CBI and Applied Clinical Trials. 6th Annual Summit, Closing Address. Ritz Carlton, Arlington, Virginia.2012

22.    Varenicline: Where are we today? Tobacco Disease Research Program, UCSF. San Francisco California. Varenicline debate.2012

23.    The Maoist Insurgency in Nepal: Health Systems Challenges and Opportunities Conference on Health in Fragile States: Challenges for the Next Decade. United States Institute of Peace. Washington DC.2011

24.    Standards of Care and the Role of Community Advocacy in Clinical Trials. Clinical Research in Developing Countries, Third Annual Marcus Evans Conference, Washington, DC.2008

25.    Nepal-A Case study. Integrating public health methods into Conflict Analysis. Norman Patterson School of International Affairs, Carleton University, Ottawa, Canada.2007

Local/Regional Presentations

1.    Oral direct acting antivirals and the incidence or recurrence of hepatocellular carcinoma. Research Seminar Series, Department of Family Medicine, and Community Health. University of Massachusetts Medical School. June 15. 2018

2.    Safety of novel anticoagulants vs warfarin- a case study using complementary study designs. Quantitative Health Sciences, University of Massachusetts Medical School, February 28, 2017

3.    GLP-1-based therapies and risk of pancreatic adverse events.  University of Maryland, Division of Endocrinology, Metabolism and Nutrition, Grand Rounds, Baltimore, Maryland. 2013

4.    Thiazolidinediones and Patient-Oriented Outcomes in Type 2 Diabetes, GIM Grand Rounds. Johns Hopkins University School of Medicine. 2012

5.    Patient-Centered Benefit and Risk Assessment. Center for Health Services and Outcomes Research. Johns Hopkins University 2012

6.    Varenicline and cardiovascular and neuropsychiatric adverse events: Do benefits outweigh risks? Welch Center Grand Rounds. Johns Hopkins University. 2011

7.    The new wave, HIV, Human Rights and Men who have Sex with Men in Nepal. Johns Hopkins Bloomberg School of Public Health, 2011.

8.    Network Meta-analysis and Serious Adverse Events. Network Meta-Analysis Methods Workshop. Johns Hopkins Bloomberg School of Public Health. 2010

9.    Thiazolidinediones and Cardiovascular Outcomes in Type 2 Diabetes. Internal Medicine Grand Rounds. Wake Forest University School of Medicine, 2008

10.    How Safe Are Our Drugs and How Do We Know? North Carolina ACP, Durham.2008

11.    Clinical Pathologic Conference. Internal Medicine Grand Rounds. Wake Forest University School of Medicine, 2007

12.     Globalization and Health Equity: An emerging Challenge for Academic Medicine. Internal Medicine Grand Rounds. Wake Forest University School of Medicine, 2007

13.     Thiazolidinediones and Cardiovascular Disease: The Seduction of Common Sense. Epidemiology Seminar Series, Public Health Sciences. Wake Forest University 2007

<u>National/International Workshops</u>

1.     ICPE International Meeting Copenhagen, Denmark, Copenhagen. Safety of antidiabetic medication oral presentation (Moderator). August 28, 2022

2.     M Hernan, T Wilke, EJ Mills, S Singh Head-to-head comparisons of therapies using real world data: What is needed to emulate target trials. ICPE Virtual meeting 2020 ( Panelist)

3.     Ulka Campbell, Sengwi Kim, Sengwee Toh, Seamus Kent, Jeffrey Brown, Sonal Singh, Carla Rodriguez-Watson. What Do Real World Data Validation Best Practices Look Like? Operationalizing Guidance for Real World Studies intended for Decision-Making. 38th International Society of Pharmacoepidemiology, Annual Meeting, Copenhagen, Denmark. Aug 28, 2022. (Panelist)

4.     ISPOR National Meeting. Head-to-Head Comparisons using Real World Data ( RWD): Is the era of network of meta-analysis over. [ Moderator and Chair] Virtual Meeting. May 18, 2020

5.     ISPOR National Meeting, Next Generation Comparative Effectiveness Research- Are we getting organized to facilitate research for the individual patient? Washington, DC May 24, 2016 (workshop)

6.     SGIM national meeting, developing high-quality search strategies for systematic reviews. 2010

7.     SGIM national meeting, Systematic Review. 2009

# Peer reviewed Original Research Publications

*Trainees **

*Lead methodologist ***

| | |
|---|---|
| 1. | Fisher KA, Nguyen N, Fouayzi H, **Singh S**, Crawford S, Mazor KM.  Impact of a Physician Recommendation on COVID-19 Vaccination Intent Among Vaccine Hesitant Individuals.  *Patient Education and Counseling,2022,ISSN 0738-3991,https://doi.org/10.1016/j.pec.2022.09.013.* |
| 2. | Antonelli M, Cox J, Saphirak C, Gurwitz J, **Singh S**, Mazor KM. Motivating Deprescribing Conversations among patients with Dementia. A Descriptive Study. *Therapeutic Advances in Drug Safety* 2022 in press |
| 3. | Reis G, Silva EASM, Silva DCM, Thabane L, Milagres AC, Ferreira TS, Dos Santos CVQ, Campos VHS, Nogueira AMR, de Almeida APFG, Callegari ED, Neto ADF, Savassi LCM, Simplicio MIC, Ribeiro LB, Oliveira R, Harari O, Forrest JI, Ruton H, Sprague S, McKay P, Guo CM, Rowland-Yeo K, Guyatt GH, Boulware DR, Rayner CR, Mills EJ; **TOGETHER Investigators**. Effect of Early Treatment with Ivermectin among Patients with Covid-19. N Engl J Med. 2022 May 5;386(18):1721-1731. |
| 4. | Thorlund K, Sheldrick K, Meyerowitz-Katz G, **Singh**, Hill A. Making Statistical Sense of the Molnupiravir MOVE-OUT Clinical Trial. Am. J. Trop. Med. Hyg., 2022, pp. 1–4 doi:10.4269/ajtmh.21-1339 |
| 5. | Fisher KA, Nguyen N, Crawford S, Fouayzi H, **Singh S**, Mazor KM. Preferences for COVID-19 vaccination information and location: Associations with vaccine hesitancy, race and ethnicity, Vaccine, 2021, https://doi.org/10.1016/j.vaccine.2021.09.058. |
| 6. | McGarvey L, Rubin BK, Ebihara S, Hegland K, Rivet A, Irwin RS, Bolser DC, Chang AB, Gibson PG, Mazzone SB; **CHEST Expert Cough Panel**. Global Physiology and Pathophysiology of Cough: Part 2. Demographic and Clinical Considerations: CHEST Expert Panel Report. Chest. 2021 Apr 24:S0012-3692(21)00764-9. doi: 10.1016/j.chest.2021.04.039. Epub ahead of print. PMID: 33905678. |

7. Chang HY, Chou YY, Tang W, Chang GM, Hsieh CF, **Singh S**, Tung YC. Association of antidiabetic therapies with lower extremity amputation, mortality, and healthcare cost from a nationwide retrospective cohort study in Taiwan. Sci Rep. 2021 Mar 26;11(1):7000. doi: 10.1038/s41598-021-86516-4. PMID: 33772082.

8. **Singh S**, Cocoros NM, Haynes K, Nair VP, Harkins TP, Rochon PA, Platt R, Dashevsky I, Reynolds J, Mazor KM, Bloomstone S, Anzuoni K, Crawford SL, Gurwitz JH. Identifying Prescribing Cascades in Alzheimer's Disease and Related Dementias: The Calcium Channel Blocker-Diuretic Prescribing Cascade. Pharmacoepidemiol Drug Saf. 2021 Mar 14. doi: 10.1002/pds.5230. Epub ahead of print. PMID: 33715299.

9. Gurwitz JH, Kapoor A, Garber L, Mazor KM, Wagner J, Cutrona SL, **Singh S**, Kanaan AO, Donovan JL, Crawford S, Anzuoni K, Konola TJ, Zhou Y, Field TS. Effect of a Multifaceted Clinical Pharmacist Intervention on Medication Safety After Hospitalization in Persons Prescribed High-risk Medications: A Randomized Clinical Trial. JAMA Intern Med. 2021 Mar 1. doi: 10.1001/jamainternmed.2020.9285. Epub ahead of print. PMID: 33646267.

10. Lee KK, Davenport PW, Smith JA, Irwin RS, McGarvey L, Mazzone SB, Birring SS; **CHEST Expert Cough Panel**. Global Physiology and Pathophysiology of Cough: Part 1: Cough Phenomenology - CHEST Guideline and Expert Panel Report. Chest. 2021 Jan;159(1):282-293. doi: 10.1016/j.chest.2020.08.2086. Epub 2020 Sep 2. PMID: 32888932.

11. Irwin RS, Dudiki N, French CL; **CHEST Expert Cough Panel**. Life-Threatening and Non-Life-Threatening Complications Associated With Coughing: A Scoping Review. Chest. 2020 Nov;158(5):2058-2073. doi: 10.1016/j.chest.2020.06.012. Epub 2020 Jun 19. PMID: 32565267.

12. Chang AB, Oppenheimer JJ, Irwin RS; **CHEST Expert Cough Panel**. Managing Chronic Cough as a Symptom in Children and Management Algorithms: CHEST Guideline and Expert Panel Report. Chest. 2020 Jul;158(1):303-329. doi: 10.1016/j.chest.2020.01.042. Epub 2020 Mar 14. PMID: 32179109.

13. **Singh S**, Cocoros NM, Haynes K, Nair VP, Harkins TP, Rochon PA, Platt R, Dashevsky I, Reynolds J, Mazor KM, Bloomstone S, Anzuoni K, Crawford SL, Gurwitz JH. Antidopaminergic-Antiparkinsonian Medication Prescribing Cascade in Persons with Alzheimer's Disease. *J Am Geriatr Soc* 2021 Jan 11. doi: 10.1111/jgs.17013. Online ahead of print.

14. Bloomstone S, Cocoros N, Gurwitz J, Haynes K, Nair V, Platt R, Rochon P, **Singh S**, Mazor KM. Prescribing Cascades in Patients with Alzheimer's Disease: Engaging Patients, Caregivers, Payers, and Providers in a Qualitative Evaluation of Print Educational Materials. *Therapeutic Advances Drug Safety. First published October 30, 2020. https://journals.sagepub.com/doi/10.1177/2042098620968310*

15. *Fukunaga MI, Halligan K, Kodela J, Toomey S, Furtado V, Luckmann R, Han PKJ, Mazor KM, **Singh S**. ** Tools to promote shared decision making in lung cancer screening using low-dose computerized tomography: a systematic review [published online ahead of print, 2020 Jul 3]. *Chest*. 2020; Dec;158(6):2646-2657

16. Heyward J, Mansour O, Olson L, ****Singh S**, Alexander GC; Association Between Sodium-Glucose Cotransporter 2 (SGLT-2) Inhibitors and  Lower Extremity Amputation: A Systematic Review and Meta-Analysis. *PloS One* 2020 Jun 5;15(6):e0234065. doi: 10.1371/journal.pone.0234065

17. Malesker MA, Callahan-Lyon P, Madison JM, Ireland B, Irwin RS; **CHEST Expert Cough Panel**. Chronic Cough Due to Stable Chronic Bronchitis: CHEST Expert Panel Report [published online ahead of print, 2020 Feb 24]. *Chest* 2020;S0012-3692(20)30324-X. doi:10.1016/j.chest.2020.02.015

18. Smith MP, Lown M, **Singh S**, Ireland B,  Hill AT, Irwin RS on behalf of the **CHEST Expert Cough Panel**: Chest Guideline and Expert Panel Report. Immunocompetent Adult Outpatients with Cough Due to Acute Bronchitis: CHEST Expert  Panel Report.[published online ahead of print, 2020 Feb 21]. *Chest* 2020;S0012-3692(20)30329-9. doi:10.1016/j.chest.2020.01.044

19. Côté A, Russell RJ, Boulet LP, et al. Managing Chronic Cough due to Asthma and NAEB in Adults and Adolescents. **CHEST Expert Cough Panel** Report [published online ahead of print, 2020 Jan 20]. *Chest* 2020;S0012-3692(20)30045-3. doi:10.1016/j.chest.2019.12.021

20. Epstein MM, Saphirak C, Zhou Y, LeBlanc C, Rosmarin AG, Ash A, **Singh S**, Fisher K, Birmann BM, Gurwitz J.  Identifying Monoclonal Gammopathy of Undetermined Significance in Electronic Health Data. *Pharmacoepidemiol Drug Saf* 2019 Nov 17[Online ahead of print] PMID:  31736189 DOI: 10.1002/pds.4912

21. Min JY, Grijalva CG, Morrow JA, Whitmore CC, Hawley RE, **Singh S**, Swain RS, Griffin MR. A Comparison of Two Algorithms to Identify Sudden Cardiac Deaths in Computerized Database. *Pharmacoepidemiol Drug Saf.* 2019 Aug 7. doi: 10.1002/pds.4845. [Epub ahead of print]

22. **\*\*Singh S**, Mazor KM, Fisher K. Positive deviance approaches to improving vaccination coverage rates within health care systems: a systematic review. *J Comp Eff Res.* 2019 Oct;8(13):1055-1065.

23. \*Pradhan R,  Nautiyal A, **\*\*Singh S**. Diagnosis of immune checkpoint inhibitor-associated myocarditis: A systematic review. *Int J Cardiol. 2019 Dec 1;296:113-121*

24. Chang AB, Oppenheimer JJ, Kahrilas PJ, et al. Chronic Cough and Gastroesophageal Reflux in Children: **CHEST Expert Cough Panel** Report. *Chest* 2019;156(1):131-140

25. **\*\*Singh S**, Nautiyal A, Belk K. Real world outcomes associated with Idarucizumab: Population based retrospective cohort study. *Am J Cardiovasc Drugs 2020 Apr;20(2):161-168* . *https://doi.org/10.1007/s40256-019-00360-6*

26. **\*\*Singh S**, Fouayzi H, Anzuoni K, Goldman L, Min JY, Griffin M, Grijalva CG, Morrow JA, Whitmore C, Leonard CE, Selvan M, Nair V, Zhou Y, Toh S, Petrone A, Williams J, Fazio-Eynullayeva E, Swain R, Cole DT, Andrade S. Diagnostic algorithms for cardiovascular death in administrative claims databases. A systematic review. *Drug Safety* 2019 Apr;42(4):515-527

27. **Singh S**, Zeiman S, Alan Go, Fortmann S, Wenger N, Fleg JL, Radziszewska B, Stone NJ, Zoungas S, Gurwitz J. Statins for Primary Prevention in Older Adults – Moving toward Evidence-Based Decision-Making. *J Am Geriatr Soc.* 2018 Nov;66(11):2188-2196.

28. Moore A, Harnden A, Grant CC, Patel S, Irwin RS; **CHEST Expert Cough Panel**. Clinically Diagnosing Pertussis-associated Cough in Adults and Children: Chest Guideline and Expert Panel Report. *Chest* 2018 Oct 12. pii: S0012-3692(18)32575-3. doi: 10.1016/j.chest.2018.09.027. [Epub ahead of print] PubMed PMID: 30321509.

29. Hill AT, Gold PM, El Solh AA, Metlay JP, Ireland B, Irwin RS; **CHEST Expert Cough Panel**. Adult Outpatients with Acute Cough Due to Suspected Pneumonia or Influenza: CHEST Guideline and Expert Panel Report. Chest. 2018 Oct 6. pii: S0012-3692(18)32499-1. doi: 10.1016/j.chest.2018.09.016. [Epub ahead of print] PubMed PMID: 30296418.

30. Tisminetzky M, Nguyen HL, Gurwitz J, McManus D, Gore J, **Singh S**, Yarzebski J, Goldberg RJ. Magnitude and impact of multiple chronic conditions with advancing age in older adults hospitalized with acute myocardial infarction. *International Journal of Cardiology 2018 Dec 1;272:341-345.*

31. Chang HY, **Singh S**, Mansour O, Baksh S, Alexander GC. Association Between Sodium-Glucose Cotransporter-2 (SLGT-2) Inhibitors and Lower Extremity Amputation: A Retrospective Cohort Study. JAMA Intern Med. 2018 Sep 1;178(9):1190-1198.

32. Birring SS, Kavanagh JE, Irwin RS, Keogh K, Lim KG, Ryu JH; **CHEST Expert Cough Panel**. Treatment of Interstitial Lung Disease Associated Cough: CHEST Guideline and Expert Panel Report. Chest. 2018 Oct;154(4):904-917

33. **\*\*Singh S**, Nautiyal A, Loke YK. Oral Direct-acting antivirals and the incidence or recurrence of hepatocellular carcinoma: a systematic review and meta-analysis. *Frontline Gastroenterology* 2018 Oct;9(4):262-270.

34. Chang AB, Oppenheimer JJ, Rubin BK, Weinberger M, Irwin RS; **CHEST Expert Cough Panel**. Chronic Cough Related to Acute Viral Bronchiolitis in Children. Chest. 2018 Apr 26. pii: S0012-3692(18)30632-9. doi: 10.1016/j.chest.2018.04.019. [Epub ahead of print]

35. Haar RJ, Risko CB, **Singh S**, Rayes D, Albaik A, Alnajar M, et al. Determining the scope of attacks on health in four governorates of Syria in 2016: Results of a field surveillance program. PLoS Med 2018 15(4): e1002559. https://doi. org/10.1371/journal.pmed.1002559

36. Pradhan R, * **Singh S**. Comparison of data on Serious Adverse Events and Mortality in ClinicalTrials.gov corresponding journal articles and medical reviews: A cross-sectional analysis. *Drug Safety*. 2018 Sep;41(9):849-857

37. Wu CH, Tu ST, Chang YF, Chan DC, Chien JT, Lin CH, **Singh S**, Dasari M, Chen JF, Tsai KS. Fracture liaison services improve outcomes of patients with osteoporosis-related fractures: A systematic literature review and meta-analysis. Bone. 2018 Jun; 111:92-100.

38. Field SK, Escalante P, Fisher DA, Ireland B, Irwin RS; **CHEST Expert Cough Panel**. Cough Due to TB and Other Chronic Infections: CHEST Guideline and Expert Panel Report. Chest. 2018 Feb;153(2):467-497.

39. Erkskine NA, *Tran H, Levin LL, Ulbricht CM, Fingeroth JD, Kiefe CI, Goldberg RJ, **Singh S**. A systematic review and meta-analysis on herpes zoster and the risk of cardiac and cerebrovascular events. PLoS One 2017 Jul 27;12(7): e0181565

40. **\*\*Singh S**. Nautiyal A. Aortic dissection and aortic aneurysms associated with fluoroquinolones: a systematic review and meta-analysis of observational studies. American Journal of Medicine 2017;130(12):1449-1457

41. Marimuthu S, Iyer G,  Segal JB, **\*\*Singh S**.  Patient-relevant outcomes associated with generic tamsulosin, levothyroxine, and amphetamine in the FAERS: A pilot study. *J Comp Eff Res.* 2017;6(5):437-447.

42. Iyer G, *Marimuthu S, Segal JB, **\*\*Singh S**. An algorithm to identify generic drugs in the FDA Adverse Event Reporting System. Drug Safety 2017 2;40(9):799-808.

43. Tang W, *Chang HY, *Zhou M, ** **Singh S**. Risk of gastrointestinal bleeding among dabigatran users-a self-controlled case series analysis. *Sci Rep* 2017 Jan 20; 7:40120. doi: 10.1038/srep40120.

44. Onasanya O, Iyer G, * Lucas E, Lin D, ** **Singh S**, Alexander GC. Association between exogenous testosterone and cardiovascular events: an overview of systematic reviews. *Lancet Diabetes Endocrinol*. 2016 ;4(11):943-956

45. **Singh S**, Wright EE, Kwan AY, Thompson JC, Syed IA, Korol EE, Waser NA, Yu MB, Juneja R. Glucagon-like peptide-1 receptor agonists compared with basal insulins for the treatment of type 2 diabetes mellitus: a systematic review and meta-analysis. *Diabetes Obes Metab.* 2017;19(2):228-238

46. Alexander GC, Iyer G, Lucas E, Lin D, **\*\*Singh S**. Cardiovascular risks of exogenous testosterone among men. *Am J Med.* 2017 ;130(3):293-305

47. Houston KT, Shrestha A, Kafle HM, **Singh S**, Mullany L, Thapa L, Surkan PJ 1. Social isolation and health in widowhood: A qualitative study of Nepali widows' experiences. *Health Care Women Int*. 2016 ;37(12):1277-1288

48. Zorzela, L., Loke, Y.K., Ioannidis, J.P., Golder, S., Santaguida, P., Altman, D.G., Moher, D., Vohra, S., Boon, H., Clark, J., Derry, S., Gallivan, J., Gardiner, P., Gøtzsche, P., Loder, E., Napoli, M., Pilkington, K., Shekelle, P., **Singh S**, Witt, C., Lasserson, T., Wu, T., Shamseer, L., Mulrow, C. PRISMA harms checklist: improving harms reporting in systematic reviews. *BMJ* 2016;352: i157.

49. Fain KM, Yu T, Li T, Boyd CM, **Singh S**, Puhan MA, Evidence Selection for a Prescription Drug's Benefit-Harm Assessment: Challenges and Recommendations, *JCE* 2016 Jun;74:151-7

50. Vu A, Wirtz A, Pham K, **Singh S**, Rubenstein L, Glass N, Perrin N. Psychometric properties and reliability of the Assessment Screen to Identify Survivors Toolkit for Gender Based Violence (ASIST-GBV): results from humanitarian settings in Ethiopia and Colombia. *Confl Health*. 2016 Feb 9; 10:1.

51. Wirtz, AL, Glass N, Pham K, Perrin N, Rubenstein LS, **Singh S**, Vu A. Comprehensive development and testing of the ASIST-GBV, a screening tool for responding to gender-based violence among women in humanitarian settings. *Conflict and Health* 201610:7 DOI: 10.1186/s13031-016-0071-z

52. Hayman KG, *Sharma D, Wardlow RD II, ** **Singh S**. Burden of cardiovascular morbidity and mortality following humanitarian emergencies: a systematic literature review. *Prehosp Disaster Med*. 2015;30(1):1-9.

53. Chang HY, *Zhou M, * Tang W, * Alexander GC, **Singh S**.  Risk of gastrointestinal bleeding associated with oral anticoagulants: population based retrospective cohort study. *BMJ*. 2015;350:h1585 (editorial by Mary S Vaughn).

54. Abraham NS, **Singh S**, Alexander GC, Heien H, Haas LR, Crown W, Shah ND. Comparative risk of gastrointestinal bleeding with dabigatran, rivaroxaban, and warfarin: population-based cohort study. *BMJ*. 2015;350:h1857.

55. Chang HY, Hsieh CF, **Singh S**, Tang W, Chiang YT, Huang WF. Anti-diabetic therapies and the risk of acute pancreatitis: a nationwide retrospective cohort study from Taiwan. *Pharmacoepidemiol Drug Saf*. 2015 Jun;24(6):567-75

56. Maruthur NM, Joy SM, Dolan JG, Shihab HM, ****Singh S**. Use of the Analytic Hierarchy Process for medication decision-making in type 2 diabetes. *PloS One*. 2015 ;10(5): e0126625.

57. Breaux-Shropshire TL, * Judd E, Vucovich L, Shropshire TS, ** **Singh S**. Does home blood pressure monitoring improve patient outcomes? A systematic review comparing home and ambulatory blood pressure monitoring on blood pressure control and patient outcomes. *Integrated Blood Pressure Control* 2015 3; 8:43-9.

58. Zhou M, *Chang HY, Segal JB, Alexander GC, **Singh S**. Adherence to a novel oral anticoagulant among patients with atrial fibrillation. *J Manag Care Spec Pharm*. 2015; 21(11):1054-62.

59. Puhan MA, Yu T, Stegeman I, Varadhan R, **Singh S**, Boyd CM. Benefit-Harm Analysis and Charts for Individualized and Preference-Sensitive Prevention - The example of low dose aspirin for primary prevention of cardiovascular disease and cancer.  *BMC Med*. 2015; 13:250.

60. Mayo-Wilson E, Hutfless S, Li T, Gresham G, Fusco N, Ehmsen J, Heyward J, Vedula S, Lock D, Haythornthwaite J, Payne JL, Cowley T, Tolbert E, Rosman L, Twose C, Stuart EA, Hong H, Doshi P, Suarez-Cuervo C, **Singh S**, Dickersin K. Integrating multiple data sources (MUDS) for meta-analysis to improve patient-centered outcomes research: a protocol for a systematic review. *Syst Rev* 2015; 4(1).

61. Morton MJ, DeAugustinis ML, Velasquez CA, **Singh S**, Kelen GD. Developments in Surge Research Priorities: A Systematic Review of the Literature Following the Academic Emergency Medicine Consensus Conference, 2007-2015. *Acad Emerg Med*. 2015 ;22(11):1235-52.

62. *Shihab HM, Akande T, Armstrong K, **Singh S**, Loke YK. Risk of pancreatic adverse events associated with the use of glucagon-like peptide-1 receptor agonist and dipeptidyl peptidase-4 inhibitor drugs: A systematic review and meta-analysis of randomized trials. *World J Meta-Anal* 2015; 3(6): 254-283

63. Haut ER, Garcia LJ, Shihab HM, Brotman DJ, Stevens KA, Sharma R, Chelladurai Y, Akande TO, Shermock KM, Kebede S, Segal JB, ****Singh S**. The Effectiveness of Prophylactic Inferior Vena Cava Filters in Trauma Patients: A Systematic Review and Meta-analysis. *JAMA Surg* 2014; 149(2):194-202

64. ****Singh S**, Ambrosio M, Semini I, Tawil O, Saleem M, Imran M, Beyrer C. Revitalizing the HIV response in Pakistan: a systematic review and policy implications. *Int J Drug Policy* 2014;25(1):26-33.

65. Turner LW, Nartey D, Stafford RS, **Singh S**, Alexander GC. Ambulatory Treatment of Type 2 Diabetes Mellitus in the United States, 1997-2012.  *Diabetes Care*. 2014;37(4):985-92

66. Yu T, Fain K, Boyd C, Varadhan R, Weiss CO, Li T, **Singh S**, Puhan MA. Benefits and harms of roflumilast in moderate to severe COPD. *Thorax* 2014; 69:616-22

67. Turner RM, Kwok CS, Chen-Turner C, Maduakor CA, **Singh S**, Loke YK. Thiazolidinediones and associated risk of Bladder Cancer: A Systematic Review and Meta-analysis. *Br J Clin Pharmacol* 2014 78(2):258-7

68. Goyal M, **\*\*Singh S**, Sibinga E, Gould NF, Rowland-Seymour A, Sharma R, Berger Z, Sleicher D, Maron D, Shihab HM, Ranasinghe PD, Linn S, Bass EB, Haythornthwaite JA. Meditation Programs for Psychological Stress and Well-being: A Systematic Review and Meta-analysis. *JAMA Intern Med*. 2014 174(3):357-68 (editorial by Gorroll. Moving towards Evidence Based Complementary Care)

69. Vu A, Adam A, Wirtz A, Pham K, Rubenstein L, Glass N, Beyrer C, **Singh S**. The Prevalence of Sexual Violence among Female Refugees in Complex Humanitarian Emergencies: a Systematic Review and Meta-analysis. *PLOS Currents Disasters*. 2014 Mar 18. Edition 1.

70. Wirtz AL, Pham K, Glass N, Loochkartt S, Kidane T, Cuspoca D, Rubenstein LS, **Singh S**, Vu A. Gender-based violence in conflict and displacement: qualitative findings from displaced women in Colombia. *Confl Health* 2014; 8:10.

71. \*Haar RJ, Footer KH, **\*\*Singh S**, Sherman SG, Branchini C, Sclar J, Clouse E, Rubenstein LS. Measurement of attacks and interferences with health care in conflict: validation of an incident-reporting tool for attacks on and interferences with health care in eastern Burma. *Conflict and Health*. 2014, 8:23.

72. Cavallazzi R, El-Kersh K, Abu-Atherah E, **Singh S**, Loke YK, Wiemken T, Ramirez J. Midregional proadrenomedullin for prognosis in community-acquired pneumonia: A systematic review. *Respir Med*. 2014 ;108(11):1569-1580.

73. Dorsey ER, Brocht AFD, Nichols PE, Darwin KC, Anderson KE, Beck CA, **Singh S**, Biglan KM, Shoulson I. Depressed mood and suicidality in individuals exposed to tetrabenazine in a large Huntington disease observational study. *Journal of Huntington's Disease* 2013; 2(4): 509-515.

74. Ter Riet G, Chesley P, Gross AG, Siebeling L, Muggensturm P, Heller N, Umbehr M, Vollenweider D, Yu T, Akl EA, Brewster L, Dekkers OM, Mühlhauser I, Richter B, **Singh S**, Goodman S, Puhan MA. All That Glitters Isn't Gold: A Survey on Acknowledgment of Limitations in Biomedical Studies. *PLoS One* 2013 ;8(11): e73623.

75. Wirtz AL, Glass N, Pham K, Rubenstein LS, **Singh S**, Vu A. Development of a screening tool to identify female survivors of gender-based violence in humanitarian settings: qualitative evidence from research among refugees in Ethiopia. *Conflict and Health* 2013, 7:13.

76. Loke YK, Ho R, Smith M, Wong O, Sandhu M, Sage W, **Singh S**. Systematic review evaluating cardiovascular events of the 5-alpha reductase inhibitor - Dutasteride. *J Clin Pharm Ther* 2013 38(5):405-15

77. Grosse Y, Loomis D, Lauby-Secretan B, El Ghissassi F, Bouvard V, Benbrahim-Tallaa L, Guha N, Baan R, Mattock H, Straif K; **International Agency for Research on Cancer Monograph Working Group. Collaborators**: Stewart BW, Biggar RJ, Lachenmeier DW, Singh S, Tsuda H, Baguley B, Marques MM, Tseng CH, Knight TL, Beland FA, Betz JM, Carcache de Blanco EJ, Cunningham ML, Dunnick JK, Guo L, Jameson CW, Karagas M, Lunn RM, McCormick DL, Witt KL, Zhou S. Carcinogenicity of some drugs and herbal products. *Lancet Oncol*. 2013; 14(9):807-8.

78. Maruthur NM, Joy S, Dolan J, Segal JB, Shihab HM, **\*\*Singh S**. Systematic assessment of benefits and risks: study protocol for a multicriteria decision analysis using the Analytic Hierarchy Process for comparative effectiveness research. *F1000 Research*. 2013 Jul 24; 2:160

79. Loke YK, **Singh S**. Risk of acute urinary retention associated with inhaled anticholinergics in patients with chronic obstructive lung disease: systematic review. *Therapeutic Advances in Drug Safety* 2013, 4: 19-26.

80. **Singh S**, Chang HY, Richards TM, Weiner JP, Clark JM, Segal JB. Glucagonlike Peptide 1-Based Therapies and Risk of Hospitalization for Acute Pancreatitis in Type 2 Diabetes Mellitus: A Population-Based Matched Case-Control Study. *JAMA Intern Med* 2013  28; 173:1843-4. (Editorial by Peter Butler in JAMA Internal Medicine and Edwin Gale in the BMJ)

81. **Singh S**, Chang HY, Richards TM, Weiner JP, Clark JM, Segal JB. Thiazolidinedione use and risk of hospitalization for pneumonia in Type 2 Diabetes Mellitus: A Population-Based Matched Case-Control Study. *F1000Research* 2013 2:145.

82. Brotman DJ, Shihab HM, Prakasa KR, Kebede S, Haut ER, Sharma R, Shermock K, Chelladurai C, **Singh S**, Segal JB. Pharmacological and Mechanical Strategies for Preventing Venous Thromboembolism after Bariatric Surgery: A Systematic Review and Meta-analysis. *JAMA Surg* 2013 148(7):675-86.

83. Kebede S, Prakasa KR, Shermock K, Shihab HM, Brotman DJ, Sharma R, Chelladurai Y, Haut ER, **Singh S**, Segal JB. A systematic review of venous thromboembolism in patients with renal insufficiency, obesity, or on antiplatelet agents. *J Hosp Med* 2013 ;8(7):394-401.

84. *Chelladurai Y, Stevens KA, Haut ER, Brotman DJ, Sharma S, Shermock KM, Kebede S, ** Singh S**, Segal JB. Venous thromboembolism in patients with traumatic brain injury: a systematic review. *F1000Research* 2013. May 29; 2:132.

85. **Singh S**, Loke YK, Enright P, Furberg CD. The pro-arrhythmic and pro-ischemic effects of inhaled anticholinergics. *Thorax* 2013 68: 114-116.

86. Denizard-Thompson NR, **Singh S**, Stevens SR, Miller DP, Wofford JL. IPod™ technology for teaching patients about anticoagulation: a pilot study of mobile computer-assisted patient education. *Prim Health Care Res Dev* 2012 13: 42-7.

87. Treadwell JR, **Singh S**, Talati R, McPheeters ML, Reston JT. A Framework for "Best Evidence" Approaches in Systematic Reviews. *J Clin Epidemiol* 2012; 65: 1159-62.

88. Moore T, Glenmullen J, Maltsberger JT, Furberg CD, **Singh S**. Suicidal Behavior and Depression in Smoking Cessation Treatments. *PLOS One* 2011; 6: e27016.

89. Kwok CS, Yeong JK, Turner RM, Cavallazzi R, **Singh S**, Loke YK. Statins and associated risk of pneumonia: a systematic review and meta-analysis of observational studies. *Eur J Clin Pharmacol* 2012; 68(5): 747-55.

90. Moore T, **Singh S**, Furberg CD. The FDA and New Safety Warnings. *Archives of Internal Medicine* 2012 172:78-80.

91. Kwok CS, Arthur AK, Anibueze CI, **Singh S**, Cavallazzi R, Loke YK. Risk of Clostridium difficile Infection with Acid Suppressing Drugs and Antibiotics: Meta-Analysis. *Am J Gastroenterol* 2012; 107:1011-9 (with an editorial by Leontadis, Miller and Howden. How much do PPIs contribute to C difficile infection)?

92. **Singh S**, Pant SB, Dhakal S, Pokhrel S, Mullany LC. Human Rights Violations among Sexual and Gender Minorities in Kathmandu, Nepal: A qualitative investigation. *BMC International Health and Human Rights* 2012, 12:7

93. **Singh S**, Chang SM, Matchar DB, Bass EB. Chapter 7. Grading a body of evidence on diagnostic tests. *J Gen Intern Med.* 2012; 27: S47-55.

94. Treadwell JR, Uhl S, Tipton K, Shamliyan T, Vishwanathan M, Berkman ND, Sun X, Coleman CI, Elshaug AG, **Singh S**, Wang SY, Ramakrishnan R. Assessing equivalence and noninferiority. *J Clin Epidemiol* 2012; 65: 1144-9.

95. **Singh S**, Loke YK. Drug Safety Assessment in Clinical Trials: Methodologic Challenges and Opportunities. *Trials* 2012, 13: 138.

96. Puhan M, **Singh S**, Varadhan R, Weiss C, Boyd CM. Methods for Benefit and Harm Assessment in Systematic Reviews. *BMC Medical Research and Methodology* 2012, 12: 173.

97. Mills EJ, Wu P, Chong G, Ghement I, **Singh S**, et al. Efficacy and safety of statin treatment for cardiovascular disease: a network meta-analysis of 170,255 patients from 76 randomized trials. *Q J Med* 2011; 104: 109-24.

98. **Singh S**, Loke YK, Furberg CD. Long-term use of thiazolidinediones and the associated risk of pneumonia or lower respiratory tract infection: Systematic review and meta-analysis. *Thorax* 2011; 66: 383-388.

99. Bennett WL, Maruthur NM, **Singh S**, et al. Comparative effectiveness and safety of medications for Type 2 Diabetes: An update including new drugs and two drug combinations. *Annals of Internal Medicine* 2011; 154: 602-13. Published with linked AHRQ report:

100. Loke YK, Kwok CS, **Singh S**. Comparative Cardiovascular Effects of Thiazolidinediones: A systematic review and meta-analysis of observational studies. *BMJ* 2011; 342: d1309.

101. Loke YK, Cavallazi R, **Singh S**. Risk of fractures with inhaled corticosteroids in COPD: systematic review and meta-analysis of randomized controlled trials and observational studies. *Thorax* 2011; 66: 699-708.

102. Miller DP Jr, Spangler JG, Case LD, Goff DC Jr, **Singh S**, Pignone M. Effectiveness of a Web-Based Colorectal Cancer Screening Patient Decision Aid:  A Randomized Controlled Trial in a Mixed Literacy Population. *Am J Prev Med* 2011; 40: 608-15.

103. Li T, Puhan MA, Vedula SS, **Singh S**, et al. Network meta-analysis-highly attractive but more methodological research is needed. *BMC Medicine* 2011; 9: 79.

104. **Singh S**, Loke YK, Enright P, Furberg CD. Mortality Associated with Tiotropium Respimat® in Patients with Chronic Obstructive Pulmonary Disease- A Systematic Review and Meta-Analysis of Randomized Controlled Trials. *BMJ* 2011; 342: d3215. (with an editorial by Chris Cates Safety of Tiotropium)

105. **Singh S**, Loke YK, Spangler JG, Furberg CD. Risk of serious adverse cardiovascular events with Varenicline: A Systematic Review and Meta-Analysis of Randomized Controlled Trials. *CMAJ* 2011; 1831359-66. (with an editorial by JT Hays. Varenicline for smoking cessation. Is it a heartbreaker?)

106. Loke YK, Kwok CS, ** **Singh S**. Risk of myocardial infarction and cardiovascular death associated with inhaled corticosteroids in COPD: a systematic review and meta-analysis. *Eur Respir J* 2010; 35: 1003-1021.

107. Navaneethan S, **Singh S**, Appasamy S, et al. Sodium bicarbonate therapy for prevention of contrast-induced nephropathy- A systematic review and meta-analysis. *AJKD* 2009; 53: 617-627.

108. Loke YK, ** **Singh S**, Furberg CD. Long-term use of thiazolidinediones and fractures in type 2 diabetes: Systematic Review. *CMAJ* 2009; 180: 32-39. (Editorial by Lipscombe. Thiazolidinediones: Do harms outweigh benefits?)

109. **Singh S**, Amin A, * Loke YK. Long-term use of inhaled corticosteroids and risk of pneumonia in COPD: A meta-analysis. *Archives of Internal Medicine* 2009; 169: 219-229.

110. Attanayake V, Mckay R, Joffres M, **Singh S**, Burkle Jr F, Mills E. Prevalence of mental disorders among children exposed to war: a systematic review of 7920 children. *Medicine Conflict and Survival* 2009; 25: 4-19.

111. Loke YK, Jeevanantham V*, **Singh S**. Bisphosphonates and atrial fibrillation: systematic review and meta-analysis. *Drug Safety* 2009; 32: 219-228.

112. Boyd M, Watkins F, ** **Singh S**, Haponik E, Chatterjee A, Conforti J, Chin Jr R. Prevalence of flexible bronchoscopic removal of foreign bodies in the advanced elderly. *Age and Ageing* 2009; 38: 396-400.

113. Loke YK, Trivedi A, **Singh S**. Meta-analysis: Gastrointestinal bleeding due to interaction between Selective Serotonin Reuptake Inhibitors and Non-Steroidal Anti-inflammatory drug. *Alimentary Pharmacol Ther* 2008; 27: 31-40.

114.    Mills E, **Singh S**, Roach B, Chong S. Prevalence of mental disorders and torture among Bhutanese refugees in Nepal: A systematic review and its policy implications. *Medicine, Conflict and Survival* 2008; 24: 5-16.

115.    Chaukiyal P, Nautiyal A, Radhakrishnan S, **Singh S**, Navaneethan S. Thromboprophylaxis in cancer patients with central venous catheters: A systematic review and meta-analysis. *Thromb Haemost* 2008; 99: 38-43.

116.    Wofford JL, Wells M, **Singh S**. Best Strategies for Patient Education Regarding Anticoagulation with Warfarin: A systematic review. *BMC Health Services Research* 2008; 8: 40.

117.    Navaneethan SD, Adoulat S, **Singh S**. A systematic review of patient and health system characteristics associated with late referral in chronic kidney disease. *BMC Nephrology* 2008;9: 3.

118.    ** **Singh S**, Loke YK. Furberg CD. Inhaled anticholinergics and the risk of major adverse cardiovascular events in patients with chronic obstructive pulmonary disease: A systematic review and meta-analysis. *JAMA* 2008; 300: 1439-1450. (CME Article in JAMA)

119.    Mills EJ, Checchi F, Orbinski JJ, Schull MJ, Burkle Jr FM, Beyrer C, Cooper C, Hardy C, **Singh S**, et al. Users' guides to the medical literature: how to use an article about mortality in a humanitarian emergency. *Confl Health* 2008; 30: 9.

120.    ** **Singh S**, Kumar A. Wernicke encephalopathy after bariatric surgery: A systematic review. *Neurology* 2007; 68: 807-11.

121.    **Singh S**, Sharma SP, Mills E, Poudel KC, Jimba M. Conflict Induced Internal Displacement in Nepal. *Medicine Conflict and Survival* 2007; 23: 103-110.

122.    ** **Singh S**, Loke YK, Furberg CD. Thiazolidinediones and heart failure: A Teleo-Analysis. *Diabetes Care* 2007; 30: 2148-2153.

123.    Beyrer C, Villar JC, Suwanvanichkij V, **Singh S**, Baral SD, Mills EJ. Neglected Diseases, Civil Conflicts, and the Right to Health. *Lancet* 2007; 370: 619-627.

124.    ** **Singh S**, Loke YK, Furberg CD. Long-term risk of cardiovascular events with rosiglitazone: A systematic review and meta-analysis. *JAMA* 2007; 298: 1189-1195. (with an editorial by DH Solomon and Winkelmeyer. Cardiovascular risk and the Thiazolidinediones déjà vu all over again?)

125.    Mills EJ, **Singh S**. Health, Human Rights and the conduct of research within oppressed populations. *Global Health.* 2007; 3: 10.

126.    Mills E Cooper C, Wu P, Rachlis B, **Singh S**, Guyatt GH. Randomized trials stopped early for harm in HIV/AIDS: A systematic survey. *HIV Clinical trials*; 2006; 7: 24-33.

127.    Mills E, **Singh S**, Wilson K et al. The Challenges of involving traditional healers in HIV/AIDS care. *Int J STD & AIDS* 2006; 17: 360-363.

128.    **Singh S**, Bøhler E, Dahal K, Mills E. The state of child health and human rights in Nepal. *PloS Med* 2006 3; 7: e203

129.    Mills EJ, **Singh S**, Zwi A, Nelson B, Nachega JB. The impact of conflict on HIV/AIDS in Africa. *Int J STD AIDS* 2006; 17: 713-717.

130.    Mills E, Nixon S, **Singh S**, Dolma S, Nayyar A, Kapoor S. Enrolling women into HIV vaccine trials: An ethical imperative but a logistical challenge. *PloS Med* 2006: 3: e94.

131.    Dolma S, **Singh S**, Lohfeld L, Orbinski J, Mills E. Dangerous Journey: Documenting the Experience of Tibetan Refugees. *AJPH* 2006; 96: 2061-2064.

132.    Wofford JL, **Singh S**. Exploring the Educational Value of Clinical Vignettes from the SGIM National Meeting in the Internal Medicine Clerkship: A Pilot Study. *JGIM* 2006; 21: 1195-1197.

133.    Navaneethan SD, **Singh S**. A systematic review of barriers in access to renal transplantation among African Americans in the United States. *Clin Transplant* 2006; 20: 769-775.

| | |
|---|---|
| 134. | Mills E, Nachega JB, Buchan I, Attaran A, Orbinski J, **Singh S** et al. Adherence to Antiretroviral therapy in Africa versus North America: A comparative meta-analysis. *JAMA* 2006; 296: 679-690. |
| 135. | Mills E, Nachega JB, Bangsberg D, **Singh S**, Rachlis B, Wu P, et al. Adherence to antiretroviral therapy: a systematic review and meta-analysis examining developed and developing nation patient-reported barriers and facilitators. *PLoS Med* 2006; 3: e438. |
| 136. | **Singh S**, Loke YK. Statins and pancreatitis: A systematic review of observational studies and spontaneous case reports. *Drug Saf* 2006; 29: 1123-32. |
| 137. | **Singh S**, Mills E, Dahal K. Nepal's war on Human Rights: A summit higher than Everest. *Int J Equity Health.* 2005; 4: 9. |
| 138. | **Singh S**, Mills E. Honeyman SW, Suvedi BK, Pant NP. HIV in Nepal: Is the conflict fueling the epidemic? *PLoS Med.* 2005; 2: e 216. |
| 139. | Mills EJ, Rachlis B, Wu P, Wong E, Heise L Wilson K, **Singh S**. Media reporting of Tenofovir trials in Cambodia and Cameroon. *BMC International Health and Human Rights* 2005; 5: 6. |
| 140. | Mills E, **Singh S**, Holtz T, Santa-Barbara J, Chase R, and Orbinski J. Prevalence of serious mental disorders among Tibetan refugees: A systematic review. *BMC International Health and Human Rights* 2005; 5: 7. |
| 141. | **Singh S**, Dolan JG, Centor RM. Optimal clinical management of Sore throat: A multi-criteria decision analysis. *BMC Medical Decision-Making* 2005:6; 14. |

# Books and monographs

| | |
|---|---|
| 1. | ** **Singh S**, Fouyazi H, Anzuoni K, Goldman L, Min JY, Griffin M, Grijalva CG, Morrow JA, Whitmore C, Leonard CE, Selvan M, Nair V, Zhou Y, Toh S, Petrone A, Williams J, Fazio-Eynullayeva E, Swain R, Cole DT, Andrade S. Diagnostic algorithms for cardiovascular death in administrative claims databases. A systematic review 2018. Sentinel Report. Prepared for the Food and Drug Administration. |
| 2. | Some drugs and herbal products / **IARC Working Group on the Evaluation of Carcinogenic Risks to Humans** (2013: Lyon, France) (IARC monographs on the evaluation of carcinogenic risks to humans; volume 108). Published by the International Agency for Research on Cancer, 150 cours Albert Thomas, 69372 Lyon Cedex 08, France ©IARC, 2015 On-line publication, 15 September 2015. |
| 3. | Maruthur NM, Joy S, Dolan J, Segal JB, Shihab HM, ** **Singh S**. Systematic assessment of benefits and risks: A multicriteria decision analysis using the Analytic Hierarchy Process for comparative effectiveness research. FDA report 2013 |
| 4. | Beyrer C, ** **Singh S**, Ambrosio M, Semini I. Revitalizing the HIV response in Pakistan: a systematic review and policy recommendations. World Bank, 2012. |
| 5. | Beyrer C, **Singh S**, Sudarshi D. Neglected tropical diseases, conflict and the right to health: A2, pgs 132-155 in The Causes and Impacts of Neglected Tropical and Zoonotic Diseases: Opportunities for Integrated Intervention Strategies: Workshop Summary. Editors Eileen R. Choffnes and David A. Relman, Rapporteurs; Forum on Microbial Threats; Institute of Medicine ISBN 978-0-309. |
| 6. | Goyal M, ** **Singh S**, Sibinga EMS, et al, Meditation Programs for Psychological Stress and Well-being: Comparative Effectiveness Review No. 124 (Prepared by The Johns Hopkins University Evidence-based Practice Center, under Contract No. 290-2007-100061-1.) AHRQ Publication No. 13 (14)-EHC116-EF. Rockville, MD: AHRQ  January 2014 |
| 7. | ** **Singh S**, Haut ER, Brotman DJ, Sharma R, Chelladurai Y, Shermock KM, Kebede S, Stevens KA, Prakasa KR, Shihab HM, Akande TO, Zeidan AM, Garcia LJ, Segal JB. Comparative Effectiveness of Pharmacologic and Mechanical Prophylaxis of Venous Thromboembolism Among Special Populations. Comparative Effectiveness Review No. 116. (Prepared by The Johns Hopkins University Evidence- |

based Practice Center, under Contract No. HHSA 290 2007 10061 I). AHRQ Publication No. 13-EHC082-1 Rockville, MD: Agency for Healthcare Research and Quality. May 2013

8. Puhan MA, **Singh S**, Weiss CO, Varadhan R, Sharma R, Boyd CM. Evaluation of the Benefit and Harm of Aspirin for Primary Prevention of Cardiovascular Events: A Comparison of Quantitative Approaches. Methods Research Report. (Prepared by the Johns Hopkins University Evidence-based Practice Center under Contract No. 290-2007-10061-I). AHRQ Publication No. 12(14)-EHC149-EF. Rockville, MD: Agency for Healthcare Research and Quality; November 2013.

9. Boyd CM, **Singh S**, Varadhan R, Weiss CO, Sharma R, Bass EB, Puhan MA. Methods for Benefit and Harm Assessment in Systematic Reviews. Methods Research Report. (Prepared by the Johns Hopkins University Evidence-based Practice Center under Contract No. 290-2007-10061-I). AHRQ Publication No. 12(13)-EHC150-EF. Rockville, MD: Agency for Healthcare Research and Quality; November 2012.

10. Treadwell JR, **Singh S**, Talati R, McPheeters ML, Reston JT. A Framework for "Best Evidence" Approaches in Systematic Reviews [Internet]. Rockville (MD): Agency for Healthcare Research and Quality (US); 2011 Jun. Report No: 11-EHC046-EF. AHRQ Methods for Effective Health Care.

11. Treadwell J, Uhl S, Tipton K, **Singh S**, Santaguida L, Sun X, Berkman N, Viswanathan M, Coleman C, Shamliyan T, Wang S, Ramakrishnan R, Elshaug A. Assessing Equivalence and Noninferiority. Methods Research Report. (Prepared by the EPC Workgroup under Contract No. 290-2007-10063.) AHRQ Publication No. 12-EHC045-EF. Rockville, MD: AHRQ, June 2012.

12. ** **Singh S**, Chang SM, Matchar DB, Bass EB. Grading a body of evidence on medical tests. AHRQ Publication No 12-EHC079-EF. Chapter 7 of the Methods Guide for Medical Test Reviews. 2012 (AHRQ Publication No 12-EHC017). Rockville, MD: AHRQ; June 2012.

13. Bennett WL, Wilson LM, Bolen S, Maruthur N, **Singh S**, et al. Oral Diabetes Medications for Adults with Type 2 Diabetes. An Update. Comparative Effectiveness Review No. 27. (Prepared by Johns Hopkins Evidence-Based Practice Center under Contract No. 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.) AHRQ Publication No. 11-EHC038. Rockville, MD: Agency for Healthcare Research and Quality, March 2011.

14. Khagendra Dahal* and **Sonal Singh**. "Primary Prevention-Acting on Human Rights in Nepal" in Peace Through Health; How health professionals can work for a less violent world" by Neil Arya & Joanna Santa Barbara. 187-188. @ 2008 Kumarian Press.

# Editorials and other scholarly work

1. **Singh S,** Nautiyal A. Fluoroquinolones increase the risk of aortic aneurysms and aortic dissection? *JACC* 2018: 72 (12): 1379-81

2. **Singh S**. The safety of generic prescription drugs in the United States. *Drug Safety* 2018; 45 (4):325-328.

3. **Singh S**. Valproate use during pregnancy was linked to autism spectrum disorder and childhood autism in offspring. *ACP Journal Club* 2013; 159: JC13-4.

4. **Singh S,** Segal JB. Thiazolidinediones and macular edema: Comment on Thiazolidinediones and macular edema in type 2 diabetes. *Archives of Internal Medicine.* 2012. 172: 1011-3.

5. **Singh S**, Furberg CD. Inhaled anticholinergics for chronic obstructive pulmonary disease: comment on "inhaled anticholinergic drug therapy and the risk of acute urinary retention in chronic obstructive pulmonary disease." *Archives of Internal Medicine* 2011; 171: 920-2.

6. **Singh S**. Daily use of Aspirin reduces long-term risk of death due to some cancers. *ACP Journal Club* 2011; 154: JC3-2.

7. **Singh S**, Furberg CD. Review: Calcium supplements increase risk of myocardial infarction. *Evid Based Med* 2010; 15: 181.

8. **Singh S**, Furberg CD.  Thiazolidinediones and Cardiovascular Outcomes in Type 2 Diabetes. *Heart* 2009; 95: 1-3.

9. **Singh S**. Clinical Research in Emerging Countries. Third Annual Marcus Evans Conference *IDrugs* 2008; 11: 724-727.

10. **Singh S**, Trivedi A. Spontaneous reports as evidence of Adverse Drug Reactions. *South Med J.* 2008; 101: 16.

11. **Singh S**, Orbinski J, Mills EJ. Conflict and Health: A paradigm shift in global health and human rights. *Conflict and Health* 2007, 1: 1.

12. **Singh S,** Nautiyal A. Secondary hypertension due to drugs and toxins: A challenge for research on harm. *South Med J.* 2007; 100: 665-666.

13. **Singh S**. Hydralazine-induced lupus. *South Med J* 2006; 99: 6-7.

14. **Singh S**. Amiodarone-induced alveolar hemorrhage *South Med J* 2006; 99: 329-30.

15. **Singh S**. Angiotensin-converting enzyme inhibitor-induced acute pancreatitis: in search of the evidence. *South Med J* 2006; 99: 1327-1328.

16. **Singh S**. Wooltorton E. Increased mortality among elderly patients with dementia using atypical antipsychotics. *CMAJ* 2005 173; 3: 252.

17. **Singh S**. The Stone Circle. *CMAJ* 2005; 172: 522.

18. **Singh S**. Tears from the Land of Snow: Health and Human Rights in Tibet. *Lancet* 2004; 364: 1009.

# Peer reviewed educational publications

1. **Singh S**. Type 2 diabetes pharmacoepidemiology update 2014: safety versus efficacy. *Curr Diab Rep.* 2014; 14(12):563.

2. Chelladurai Y*, **Singh S**. Varenicline and cardiovascular events: a perspective review. *Therapeutic Advances in Drug Safety* 2014; 1-6: doi 10.1177/2042098614530421.

3. Beasley R, **Singh S**, Loke YK, Enright P, Furberg CD. Call for worldwide withdrawal of tiotropium Respimat mist inhaler. *BMJ* 2012; 345: e7390.

4. Loke YK, **Singh S**. Risks associated with tiotropium in chronic obstructive pulmonary disease: overview of the evidence to date. *Therapeutic Advances in Drug Safety* 2012; 3: 123–31

5. Cavalazzi R, **Singh S**. Inhaled corticosteroids in Chronic Obstructive Pulmonary Disease: How serious is the risk of pneumonia and should it impact use of ICS in COPD. *Current Infectious Disease Reports.* 2011; 13: 296-301.

6. Lexchin J, Arya N, **Singh S**. Gardasil – The New HPV Vaccine: The Right Product, the Right Time? A Commentary. *Healthcare Policy* 2010; 5: 26-36.

7. Cavalazzi R, **Singh S**. Inhaled corticosteroids in Chronic Obstructive Pulmonary Disease: How serious is the risk of pneumonia and should it impact use of ICS in COPD. *Current Infectious Disease Reports.* 2011; 13: 296-301.

8. **Singh S**, Loke YK. A critical analysis of the benefits and drawbacks of inhaled corticosteroids in chronic obstructive pulmonary disease. *International Journal of COPD* 2010; 5: 189-195.

9. **Singh S**, Loke YK. Risk of pneumonia associated with long-term use of inhaled corticosteroids in COPD: A critical review and update. *Current Opinion in Pulmonary Medicine* 2010; 16: 118-122

10. Mills EJ, Ford N, **Singh S**, Eyawo O. Providing Antiretroviral Care in Conflict Settings. *Current HIV/AIDS Report* 2009; 6: 201-9.

11. **Singh S**, Loke YK. Thiazolidinediones and cardiovascular disease- Balancing Benefit and Harm. *Geriatrics and Aging* 2008; 11: 29-35.

12. Orbinski J, Beyrer C, **Singh S**. Violations of human Rights: health practitioners as witnesses. *The Lancet* 2007; 370: 698-704.

13. **Singh S**, Morrell P.  What caused Buddha's death? *Ars Medica* 2006; 79-84.

14. Mills EJ, Robinson J, Attaran A, Clarke M, **Singh S**, Upshur RE, Hermann KJ Jr, Yusuf S. Sharing evidence on humanitarian relief. *BMJ* 2005; 331: 1485-6.

15. Mills E, **Singh S**, Warren M, Orbinski J, Upshur RE. Designing research in vulnerable populations: lessons from HIV prevention trials that stopped early. *BMJ* 2005; 331: 1403-1406.

16. **Singh S**. Empathy: Lost or found in medical education? The Learning Curve *MedGenMed* 2005; 7: 3

17. **Singh S**. Impact of long-term political conflict on population health in Nepal. *CMAJ* 2004; 171: 1499-1501.

# Peer reviewed case reports

1.     *Chaukiyal P, **Singh S**, Woodlock T, Dolan JG, Bruner K. Intravascular large B cell lymphoma with multisystem involvement. *Leuk Lymphoma* 2006; 47: 1688-90.

2.     Navaneethan SD, Kannan VS, Osowo A, Shrivastava R, **Singh S**. Concomitant intracranial aneurysm and carotid artery stenosis: A therapeutic dilemma. *South Med J.* 2006, 99: 757-8.

3.     **Singh S**, Rajpal C, Nannapaneni S, Venkatesh S. Iopamidol myelography-induced seizures. *MedGenMed* 2005: 7: 11.

4.     Nautiyal A, **Singh S**, Parmeswaran G, DiSalle M. Hepatic dysfunction in a patient with Plasmodium vivax infection. *Med Gen Med* 2005; 7: 1.

5.     Navaneethan SD, **Singh S**, Choudhry W. Nodular glomerulosclerosis in non-diabetic patients: Case report and literature review. *J Nephrol* 2005: 18: 613-615.

6.     Nautiyal A, **Singh S**, DiSalle M, O'Sullivan J. Painful Horner syndrome as a silent harbinger of carotid dissection. *PloS Med* 2005; 80: 136-137.

7.     **Singh S**, Nautiyal A, Dolan JG. Recurrent acute pancreatitis possibly induced by atorvastatin and rosuvastatin. Is statin-induced pancreatitis a class effect? *JOP* 2004; 5: 502-504.

8.     **Singh S**, Srivastava R, Das V. Formulary Conversion Programs: The need for patient-specific risk assessment. *MedGenMed* 2004; 6: 28.

# Correspondence

1.     **Singh S**, Suchard MA. Pioglitazone Use and Risk of Bladder Cancer. *JAMA.* 2015 Dec 15; 314(23):2567-8.

2.     **Singh S**, Loke YK, Furberg CD. Outpatient management of severe COPD. *NEJM* 2010; 363: 493.

3.     **Singh S**, Loke YK. Inhaled corticosteroids: a controversial add-on treatment in COPD. *ERJ* 2010; 36:1-1.

4.     **Singh S**, Loke YK, Furberg CD. Tiotropium in Chronic Obstructive Pulmonary Disease *NEJM* 2009; 360: 185-187.

5.     Loke Y, **Singh S**. Inhaled Corticosteroids in Patients with Chronic Obstructive Pulmonary Disease. *JAMA* 2009; 301: 1432.

6.     Toney JH, Fasick JI, **Singh S**, Beyrer C, Sullivan DJ Jr. Purposeful learning with drug repurposing. *Science* 2009; 325: 1339-40.

7.     Serra A, Sechi G, **Singh S**, Kumar A. Wernicke encephalopathy after obesity surgery: a systematic review. *Neurology* 2007; 69: 615.

8.     **Singh S**, Arya N, Mills E, Holtz T, Westberg G. Free medical students, and doctors detained in Nepal. *Lancet* 2006; 367: 1730.

| | |
|---|---|
| 9. | **Singh S**. Where next for China? Rising inequalities in health and wealth are greatest challenge. *BMJ* 2006; 333: 499. |
| 10. | Mills E, **Singh S**, Orbinski J, Burrows D. The HIV/AIDS epidemic in Cambodia, The *Lancet Infectious Diseases* 2005; 5: 596-597. |
| 11. | **Singh S**. Nautiyal A. Neurological complications of bariatric surgery. *Mayo Clinic Proceedings.* 2005; 80:134-137. |
| 12. | **Singh S**. Nepal's war and conflict-sensitive development. *PLOS Med.* 2005:2(1): e19. |
| 13. | **Singh S**, Dolan JG. Diagnosis and treatment of Group A pharyngitis strep. *Am Fam Physician.* 2005:71:1064. |
| 14. | **Singh S**. Drug-induced pancreatitis might be a class effect of statin drugs. *JOP* 2005; 6: 380. |
| 15. | **Singh S**.  Special issue on South Asia: focus will be on Asia. *BMJ* 2004; 328: 288. |
| 16. | **Singh S**. Letter from the Himalayas. *CMAJ* 2004; 171:309-10. |
| 17. | **Singh S**. Post-traumatic stress in former Ugandan child soldiers. *Lancet* 2004; 63: 1648. |
| 18. | **Singh S**. Post-Immigrant Refugee Medicine: Children's needs should not be seen in isolation. *BMJ* 2004; 329: 742. |
| 19. | **Singh S**. Social and economic justice: the road to health. *CMAJ* 2004; 171: 1021. |

# Major curricular offerings

2 credit Course in comparative effectiveness research for the Johns Hopkins ICTR 2015-2016

# Biography

Sonal Singh MD, MPH, FACP received his MD from Patna Medical College India (1999) and completed his internal medicine residency training at Unity Health System, affiliate of Strong Memorial Hospital Rochester, NY. He is a Diplomate of the ABIM  and a Fellow of the American College of Physicians. He obtained an MPH from Johns Hopkins Bloomberg School of Public Health (2008) and completed research training at the Johns Hopkins Hospital as a Junior Faculty Research Scholar supported by the NIH.  He has taught and held faculty appointments at Wake Forest University School of Medicine and Johns Hopkins University. He was the Associate Director for the Center for Drug Safety and Effectiveness and core faculty Evidence Based Practice Center and the Center for Public Health and Human Rights at Johns Hopkins University. He has received the Tinsley R Harrison Teaching Award for Education at Wake Forest University, Mid-Atlantic Society of General Internal Medicine Clinician Investigator of the Year Award, the Bruce P Squires Award for the best research paper of the year from the Canadian Medical Association Journal. He conducts clinical research with a focus on evidence synthesis, pharmacoepidemiology and shared decision making. He has published more than 150 academic manuscripts in journals including Science, NEJM ,JAMA, Annals of Internal Medicine, Lancet and the BMJ. These have been featured in Nature Medicine, NYTIMES, CNN, Washington Post, and the WSJ. His work has been supported by the NIH, FDA, AHRQ, PCORI, WHO IARC and World Bank.  He is a practicing general internist with a passion for managing patients with complex medical conditions.

## Research and Clinical Interests

Dr. Singh is an internal medical specialist and epidemiologist specializing in assessing the safety of medications.  He conducts clinical research with a focus on evidence synthesis, pharmacoepidemiology and shared decision making. He has led and participated in many impactful studies which have been incorporated into national and international guidelines on treatment of chronic conditions. His research focusses on improving the safe use of medications for patients with chronic conditions. He has also led

several efforts to improve the methodologic quality of studies that assess the safety and effectiveness of medications. He has also contributed to studies of developing new tools for measurement of human rights violations around the world. His research has been published in leading medical journals such as the New England Journal of Medicine, Journal of the American Medical Association, British Medical Journal and The Lancet. His work has been supported by the National Institute of Health, Food and Drug Administration, Agency for HealthCare Research and Quality, Patient Centered Outcomes Research Institute, and the World Bank.

## Personal Statement

I believe in making shared decisions about treatment after discussing patient's preferences and preferences. I believe that effective and safe treatments should improve quality of life and clinical outcomes along with any laboratory markers of disease. I try to understand patients' perspective on treatment. I deliver care in partnership with a highly collaborative and competent group of physician, nurses, and staff at UMass Chan Medical School where we offer the best options for our patients.

**G5. Expert Testimony**

I have not provided trial testimony

**Expert deposition testimony**

1. I have provided expert deposition and report on behalf of an individual plaintiff who alleged that peripheral arterial disease was caused by nilotinib in 2017.  In the US States District Court, Eastern District Court of California, Kristi Lauris Individually and as Successor in Interest to the Estate of Dainis Lauris; vs Defendants Novartis AG. Case No 1:16 cv 00393 –LJO-SAB. Case 2:17-cv-14302-RLR Document 49 Entered on FLSD Docket.

2. I have provided an expert report and deposition on 5.2.2018 on behalf of plaintiff who alleged that peripheral arterial was caused by nilotinib in 2018 in the UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA CASE NO. 17-14302-CIV-ROSENBERG/MAYNARD, DENNIS MCWILLIAMS AND LORI MCWILLIAMS, Plaintiffs, v NOVARTIS AG AND NOVARTIS PHARMACEUTICALS CORP. Defendants.

3. I have provided medicolegal expert Deposition only on behalf of Plaintiffs Mary Brufett and Jefferey Brufett, Plaintiffs vs ISKRA PUSIC, M.D, KEITH E STOCKER GOLDSTEIN and Washington University. Cause no 1622-CC01117 (Division 8) on May 10, 2018

4. I have provided expert report and deposition on behalf of the plaintiff in Re: Johnson and Johnson Talcum Powder, products, marketing, sales practices, and product liability litigation (MDL # 16; 2738) on Jan 18, 2019

5. I have provided expert deposition (and report) IN RE:   VIAGRA (SILDENAFIL CITRATE) AND CIALIS (TADALAFIL) PRODUCTS LIABILITY LITIGATION Civil Case No.: 3:16-md-02691-RS MDL No. 2691 in the United States District Court Northern District of California

6. I have provided expert deposition only on behalf of an individual plaintiff in THE CIRCUIT COURT OF CAMDEN COUNTY, MISSOURI in the case GRACE ARLENE RAHMOELLER v Walmart Stores, Inc and Nicholas B Collins (Case No.: 15CM-CC00238) on April 16, 2018.

7. I have provided expert report and deposition on behalf of the plaintiff in the case of Alan Churchill and Nancy Churchills vs Thomas Jackson MD in the Superior Court of New Jersey, Union County, Docket No UNN L-1027-17 on January 10, 2019

8. Re: Coates v. United States, 3:18-cv-314 (W.D. Ky.). I have provided expert report and deposition on behalf of the plaintiff in the case of Michael Coates vs VA on July 16 2020. This case involved medicolegal standard of care around alleged failure to refer a case of elevated PSA levels.