IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: TASIGNA (NILOTINIB)
PRODUCTS LIABILITY LITIGATION        Case No. 6:21-md-03006-RBD-DAB
                                     (MDL No. 3006)

This document relates to all actions.

---

### DECLARATION OF DARREN SCHEER, PhD, MPH, RAC

I, Darren Scheer, PhD, MPH, RAC, do hereby swear and affirm as follows:

1. I am a professional epidemiologist with expertise in pharmacovigilance, pharmacoepidemiology, drug labeling, and FDA regulations and compliance. I have issued an expert report in this case dated October 18, 2022.

2. An unredacted copy of this report was filed under seal with the Court at ECF No. 234. A redacted copy of the report was filed with the court at ECF No. 232-2.

3. The unredacted and redacted reports and all the statements contained therein are, to the best of my knowledge and belief, truthful and accurate. I incorporate the report and all statements therein into this sworn declaration.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on April 3, 2023.

_____
Darren Scheer, PhD, MPH, RAC