# Exhibit 3

Peter Valent, M.D.
Department of Internal Medicine I
Division of Hematology & Hemostaseology
Medical University of Vienna
Währinger Gürtel 18-20
A-1090 Vienna, Austria
Tel: +43 1 40400 -6085, -6086, -5488
Fax: +43 1 40400 4030
E-mail: peter.valent@meduniwien.ac.at



January 10, 2011

Laurie Letvak, M.D.                     Richard Woodman, M.D.
Vice President – Novartis               Global Brand Medical Director
Global Program Head                     CML Franchise, Tasigna & Glivec
Tasigna, Novartis                       Global Medical Affairs

Frank Hong, M.D.                        Anna-Lena Engwall, M.D.
Senior Brand Safety Leader              General Manager Oncology Austria
Integrated Medical Safety               Novartis Pharma GmbH
Novartis Oncology                       Vienna, Austria


Dear Dr. Letvak, Dear Dr. Woodman,
Dear Dr. Engwall, Dear Dr. Hong,

Thank you for your letter dated February 3, 2011. We are sorry to hear that Novartis decided not to cooperate in depth with us on this issue. As mentioned, it is my opinion that the AE-matter requires proper attention and immediate action.

Therefore, I would like to summarize once again for you:

1. In about 5-10% of all patients treated with nilotinib, an increase in the fasting glucose level is detectable (data as provided by Novartis – ASH). The real incidence may be higher as no study had implemented regular 24-hour glucose measurements.
2. Several centers have informed you and us about the occurrence of severe AOD events in patients receiving nilotinib. In our patient-cohort, 25% of all NI-treated patients developed such vascular AEs. From TrialPort-extracted data, about 30% of all non-hematologic AEs in currently ongoing Novartis trials using nilotinib are cardio-vascular or predisposing metabolic events, including diabetes mellitus, as well as AOD and myocardial infarction or sudden deaths; like in Vienna maybe at lower frequency.
3. In many patients, these events are unexpected SAEs, extremely severe, or extremely unusal AEs, such as UE arterial stenosis or CNS infarction. In most cases with PAOD in Vienna, the pattern of AOD is the pattern otherwise seen in diabetic patients.
4. All NI-treated patients with AODs had been treated previously with imatinib for months if not years and did not develop AODs during their "imatinib-prephase".

In my opinion, the following actions should start immediately:

A: Immediate information of all physicians about the risk and about both facts, namely a) the increase in fasting glucose levels, and b) the resulting risk for development or aggravation of diabetes mellitus and development or progression of AOD, and that such events have been reported: both issues are not speculation but documented data/reports that you have in hands. Even if you feel that the second issue (b) is more speculative you have to deal with it, because of the risk and potential life-threatening conditions that may be provoked. Note also that I receive many "Warning Letters" from Novartis on other drugs where we are informed that a given drug might cause a certain AE (mostly not significant compared to AOD) – i.e. reported in individual patients, mostly in the range of 1 out of 1,000 or 1 in 10,000 patients. In case of Nilotinib, we are now dealing with 5-10% (glucose) and 25% (OAD in Vienna), not reports in individual rare patients. And we have seen (in your Reports and in Vienna) cases of sudden unexplained death during nilotinib. We certainly did not see such an accumulation of (vascular) events in our patients treated with imatinib. Therefore, I think it is an urgent issue to distribute this message (nilotinib: a) glucose b) vascular risk; and reported events) to all doctors immediately in form of i) "Warning/Informing Letters", ii) notes in Meetings and Education-Workshops, and iii) Publications.

B: In depth re-evaluation of all patients in all centers participating in Novartis NI-Trials, with detailed analysis of all metabolic and cardiovascular parameters retrospectively through local physicians, as well as examination of their current metabolic parameters and key vascular parameters such as sonographic exclusion of AOD and imminent DM in all NI-treated patients. Here, amendments to currently ongoing clinical trials are certainly required.

C: Immediate reporting of all aspects of the AE-issue to local and continental (US and EU) health authorities in form of a detailed Dossier that includes not only my (this) letter but also our manuscript on PAOD cases (Aichberger et al) and all TrialPort-AEs reported from Novartis Trials with NI – where at least according to my files, about 30% of all non-hematologic event are indeed metabolic or vascular events.

D: Immediate initiation of preclinical and clinical studies aimed at investigating and clarifying the basis of NI-induced metabolic events (increase in fasting glucose levels) and NI-associated (cardio)vascular events in these NI-treated patients. We had the plan to and would have been willing to assist in such projects if Novartis would have been interested in such a cooperation. However, we have the feeling that Novartis is not interested to cooperate with us in such projects.

E: Start to consider clinical trials employing comedication to prevent metabolic effects and thus development of DM and AOD in NI-treated patients. We had one such concept in mind, but did not have the feeling Novartis was interested to discuss in depth with us. Still, we think that it might be important to consider such strategies in order to increase drug safety.

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

Exhibit 9, p. 2

TPROD04743458

F: Advisory Board: Here it would be important to include experts who have already reported or informed you about similar cases. You know these centers and experts - one in Germany, one or two in Italy and one in Australia are in my mind. I am not sure it would make sense if we would participate.

Best regards

P. Valent

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

Exhibit 9, p. 3

TPROD04743459