# Exhibit 4

| | |
|---|---|
| **From:** | Richard Woodman [CN=Richard Woodman/OU=PH/O=Novartis] |
| **Sent:** | Monday, February 21, 2011 10:22:54 PM |
| **To:** | Laurie Letvak; Frank Hong; Tomek Szczudlo |
| **Subject:** | Fw: Information: TC on Professor Valent / Slides from his presentation in Origgio |
| **Attachments:** | affenarm.zip |

FYI ....

Please see slides below.

Please do not share.

Thank you.


Richard Woodman, MD
Global Brand Medical Director, CML Franchise, Tasigna and Glivec
Novartis Pharmaceuticals Corporation
Global Medical Affairs
Administrative Assistant: Domenica.Cardone@novartis.com +1 862 778 3522
Novartis Pharmaceuticals Corporation
One Health Plaza
Building 105, 1E550B
East Hanover, NJ 07936-1080
USA
Phone: +1 862 7782888
Cell: +1 862 812 5478
Email : richard.woodman@novartis.com

----- Forwarded by Richard Woodman/PH/Novartis on 02/21/2011 05:21 PM -----


Peter Schuld/PH/Novartis
02/21/2011 11:05 AM

To      Neil Gallagher/PH/Novartis@PH, Richard Woodman/PH/Novartis@PH
cc      Alfredo Covelli/PH/Novartis@PH
Subject Information: TC on Professor Valent / Slides from his presentation in Origgio




Dear Neil, dear Ric,

in advance to our TC tomorrow kindly find attached the slides that Professor Valent presented during his visit in Origgio.

<<Missing Image>>

With kind regards,

Peter


Peter Schuld, PhD
Medical Director Hematology
Novartis Farma S.p.A.


PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

Exhibit 10, p. 1

TPROD00854798

Region Europe Business Unit Oncology
Largo Umberto Boccioni 1
I-21040 Origgio (VA) - ITALY
Phone: +39 02 96542688
Fax: +39 02 9654 2668
Cell: +49 172 650 2012
Email : peter.schuld@novartis.com

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

Exhibit 10, p. 2

TPROD00854799

TPROD00854800

# 1986        The Case of IL-3



**Sandoz Research Institute: Rhesus Monkey Treated with Recombinant Human IL-3**
**Vienna 1986-1988: Meyer et al., Blood 1989;74:613-621**

Exhibit 10, p. 3

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL.)

TPROD00854801



Valent et al, Blood 1989;73:1763-1769

Sandoz would not believe and did not find basophilia in their monkeys

Monkey basophils are difficult to detect in blood smears because of faint granular staining, but contain histamine

Peter Meyer (Sandoz)
Peter Valent (AKH)
Gabriela Schmidt (AKH)
Ekke Liehl (Sandoz)
Peter Bettelheim (AKH)
Blood 1989;74:613-621

Massive increase in Total Histamine in Monkey Whole Blood & Clinical Symptoms

Drug Development stopped

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL.)

Exhibit 10, p. 4

TPROD00854802

Case 1:16-cv-00393-SEH   Document 130-10   Filed 08/22/17   Page 5 of 20

# Role of IL-3 and SCF in Growth and Differentiation of Human Basophils and Human Mast Cells

- **Basophils:**
  - **Express Receptors for IL-3**
  - **IL-3 is a Major Differentiation Factor for Basophils**
  - **No effects on Mast Cells**

  Valent et al, Blood 1989;73:1763-1769
  Valent et al, PNAS 1989;86:5542-5546
  Valent et al, J Immunol 1990;145:3432-3437
  Valent et al, Adv Immunol 1992;53:333-423
  Valent et al, Blood 1992;80:2237-2245

- **Mast Cells:**
  - **Express the SCF Receptor KIT**
  - **SCF is a Major Growth Factor for Human Mast Cells**
  - **Mast Cell Development is Dependent on KIT***
  - **SCF shows No Major Effects on Human Basophils**

*Mast Cell Development from KIT+ Progenitors in the Tissues Takes about 1-2 Years, thereafter, Mast Cells reside for another 2-3 Years before they are replenished.

**Födinger et al, Blood 1994;84:2945-2949**

Exhibit 10, p. 5

PRODUCED PURSUANT TO PROTECTIVE ORDER IN 1:16-CV-00393 (ED CAL.)

# What is the Physiologic Role of Tissue Mast Cells ?

- ## The Vienna Hypothesis since 1995:

  <u>In contrast to all other perivascular cells, mast cells</u>:

  - are Unique Profibrinolytic Cells

  - produce, store and secrete Heparin

  - store and secrete uncomplexed tPA (without PAIs)

  - rapidly induce thrombo-clot lysis in vitro

  - chemotax against endothelial-derived SCF

  - accumulate around thrombosed vessels and vas-vas

  - are masters of prevention and repair in arterial or venous thromboembolic (stenotic) events

Bankl et al, Circulation 1995;91:275-283;
Valent et al, IAAI 1998;115:2-8
Bankl et al, Thromb Res 2002;105:359-365
Sillaber et al, J Immunol 1999;162:1032-1041

Bankl et al, Human Pathol 1997;1283-1290
Bankl et al, Human Pathol 1999;130:188-194
Valent et al, Thromb Haemost 2002;87:786-790
Sillaber et al, J Biol Chem 1997;272:7824-7832

Exhibit 10, p. 6

TPROD00854803

PRODUCED PURSUANT TO PROTECTIVE ORDER IN 1:16-CV-00393 (ED CAL)

TPROD00854804

# The Concept: Mast Cells as Repair Cells of Vascular Events





**Bankl et al, Thromb Res 2002;105:359-365; Valent et al, Thromb Haemost 2002;87:786-790**

Exhibit 10, p. 7

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

# What we Expected from TKIs

## **Imatinib and Nilotinib:**

- Mast Cell Deactivation (SCF responses)

- Mast Cell Depletion after a Few Years

- Increased Rate of Thromboembolic
  Events after a Few Years

**We did not see these Events in our CML**
**Patients Treated with Imatinib but Do see**
**such AEs in our Nilotinib-Treated Patients**

Exhibit 10, p. 8

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

TPROD00854805

TPROD00854806

# Target Kinase Profiles of TKIs



**Identification of major targets in CML cells:**

| <u>Dasatinib</u> | <u>Nilotinib</u> |
|---|---|
| **BCR/ABL** | **BCR/ABL** |
| **PDGFR** | **PDGFR** |
| | |
| **KIT** | **KIT** |
| **FYN** | **NQO2** |
| **LYN** | **DDR1** |
| **SRC** | |
| **BTK** | |
| **TEC** | |

Ce–M–M–
Research Center for Molecular Medicine
of the Austrian Academy of Sciences

**Chemical Proteomic Profiling of TKIs**

Hantschel et al, PNAS 2007;104:13283
Rix et al, Blood 2007;110:4055
Kneidinger et al, Blood 2008;111:3097

DDR1: Discoidin domain receptor 1

Copyright CeMM 2007

Exhibit 10, p. 9

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

TPROD00854807

# DDR1: Discoidin domain receptor 1

- **Collagen Receptor Tyrosine Kinase (RTK)**
- **Expressed in Various Mesenchymal Cells, Vascular Cells, and Perivascular Cells**
- **Expressed in Pancreatic Cells and in Pancreatic Islet Cells (Endocrinologic Function Unknown)**
- **DDR1-KO Mice develop Atherosclerosis in various (but not all) models, in one model, DDR1-KO Mice are even protected from Atherosclerosis**
- **DDR1 may serve as a Survival Factor and Target in Vascular Disorders**
- **The potential Role of DDR1 in PAOD- and DM-Development in NI-treated Patients is unknown**

Exhibit 10, p. 10

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

TPROD00854808

# POTENTIAL MECHANISMS



Aichberger et al, manuscript submitted
Valent et al, Haematologica, in press

Exhibit 10, p. 11

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

TPROD00854809

# Remaining Questions (preclinical)

- **What is the decisive Target of Nilotinib (fasting glucose and atherosclerosis) ?**

- **Is DDR1 involved in Arteriosclerosis ?**

- **Does NI indeed induce Mast Cell Depletion ?**

- **Does NI influence Endothelial Function ?**

- **Does NI influence Platelet Function ?**

- **Does NI directly/indirectly affect Beta-Cells ?**

- **What are the Relevant Targets of NI in Perivascular Mast Cells ?**

- **What Co-Factors trigger Cellular Damage ?**

Exhibit 10, p. 12

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

TPROD00854810

# Remaining Questions (clinical)

- **Is Sudden Death a Vascular Event ?**
- **What Co-Factors Trigger DM Development ?**
- **What Comorbidities trigger Progressive AOD ?**
- **What Patients should not receive NI ?**
- **Can DM Development and AOD Development During NI be prevented by (prophylactic) Co-Medication ?**
- **What Co-Medication should be considered ?**
- **Can NI already be recommended as First Line TKI in CML (in light of the Tsunami-Warning) ?**
- **What is the role of pre-therapy with other TKI (mast cell depletion already under imatinib possible !)**
- **What would be the latency period (1-3 yrs) ?**

Exhibit 10, p. 13

PRODUCED PURSUANT TO PROTECTIVE ORDER IN 1:16-CV-00393 (ED CAL)

# Remaining Questions (clinical)

- **Is Sudden Death a Vascular Event ?**

- **What Co-Factors Trigger DM Development ?**

- **What Comorbidities trigger Progressive AOD ?**

- **What Patients should not receive NI ?**

- **Can DM Development and AOD Development During NI be prevented by (prophylactic) Co-Medication ?**

- **What Co-Medication should be considered ?**

- **Can NI already be recommended as First Line TKI in CML (in light of the Tsunami-Warning) ?**

- **What is the role of pre-therapy with other TKI (mast cell depletion already under imatinib possible !)**

- **What would be the latency period (1-3 yrs) ?**

Exhibit 10, p. 14

TPROD00854811

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

TPROD00854812

# Role of Pre-IM in NI-induced Vascular Events

- Pre-Therapy with IM may induce already complete Mast Cell Depletion (Risk Factor)

- Presumably, this takes about 2-4 Years

- Will also happen with Nilotinib

- This Means: First Line NI Patients may do well during the first 2 Years. Thereafter, a Tsunami of Vascular SAEs may crush us !

  → **TSUNAMI WARNING !**

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

# Vienna 2010-2011: Actions

- Repeatedly Asked Novartis to handle
- Repeatedly Asked Novartis to start Action
- Proposed Preclinical and Clinical Studies
- Asked if Novartis would be interested
- Asked for official Discussion at Meetings and to Increase Awareness **(blocked down by Novartis)**
- Ask to inform Health Authorities
- Ask to Look into Data and amend Studies

Exhibit 10, p. 16

TPROD00854813

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

TPROD00854814

# So Far: not reached the shaved state:



PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL.)

TPROD00854815

# What Novartis Did (Example):

- <u>First Action</u>: Patient Information for First 2nd Line Study: '… the frequent side effect cerebral bleeding …'

- Novartis would not even like to negotiate this point with us (Dr. W. Bonitz – Vienna)

- We insisted to remove this statement – But only after making direct contact with Basel we were able to adjust the Pat.Info.

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

Exhibit 10, p. 18

TPROD00854816

## In CML Projects we are Completely Ignored: Another Example: The Case of mTOR

- We were one of the first to report that mTOR plays a role in growth and function of CML cells – and that rapamycin exerts anti-leukemic effects in patients

- We offered a Dossier Package to Novartis in 2003 and 2004. We were asked to submit Project-Outlines. We prepared several Applications and submitted to Novartis. Novartis did not even respond – not even let us know what happened to the Dossier Package (M. Peters). We were also told Novartis has no interest in clinical trials

- However, we were then informed that at the same time, Novartis would start to prepare a clinical trial with Dr. A. Hochhaus on IM+Everolimus (just like we had proposed)

PRODUCED PURSUANT TO PROTECTIVE ORDER IN 1:16-CV-00393 (ED CAL)

TPROD00854817

# My Impression:

- Nothing Has Changed in the Interaction between us and Novartis in CML Projects

- We are Largely Ignored in these Projects

- You are influenced by other KOLs

- We have decided to close our Files for the the Nilotinib Projects we had proposed

  Other Projects are still ongoing and are running well (Mastocytosis-PKC412 …)

Exhibit 10, p. 20

PRODUCED PURSUANT TO PROTECTIVE ORDER IN 1:16-CV-00393 (ED CAL)