# Exhibit 5

| | |
|---|---|
| From: | "Peter Valent" <peter.valent@meduniwien.ac.at> ["Peter Valent" <peter.valent@meduniwien.ac.at>] |
| Sent: | Thursday, March 10, 2011 4:51:28 PM |
| To: | <alfredo.covelli@novartis.com> |
| CC: | <guido.guidi@novartis.com>; <david.meek@novartis.com>; <anna-lena.engwall@novartis.com>; <peter.schuld@novartis.com>; <richard.woodman@novartis.com> |
| Subject: | AW: Meeting in Origgio |

Dear Dr. Covelli, dear Novartis-Team,

Thank you for your mail and for your interest in our observations and studies with nilotinib in CML. Thank you also for giving me the opportunity to discuss the issue and our cases in Origgio with you and your colleagues. That should be further discussed - I have prepared a few specific queries and notes to your statements – see below.*

We are happy to hear that you reported all events and the issue to health authorities – thank you for your cooperation in this regard. I think you should also add my previous letter and our papers (submitted – you have all in hands) in this report if you did not already. In addition, it might be a wise step to amend ongoing trials as outlined and discussed in Origgio, and it would also be preferable to inform all partners, physicians, and also all patients with details even if the possible relationship between drug-administration and AE-development have not been clarified yet. This is common habit in warning letters (to physicians) about approved Novartis drugs.

Thank you also for being interested in a cooperation to clarify the basis of Nilotinib-induced glucose levels, and potential (additional) direct effects of Nilotinib on vascular and perivascular cells involved in tissue repair and vascular integrity. These two preclinical projects would be the most important ones to start with. I think, the effects of Nilotinib on platelet function and tissue mast cell numbers are also important but are in part already done and could be completed (with all aspects and in detail) later if necessary.

We would be happy and interested to meet with you to discuss further these projects as well as future clinical trials, in Vienna. We would share our data in a confidential session. Maybe we can start to explore possible dates in summertime. A Friday in August would work for me. The following Novartis colleagues should join us in such a meeting if possible: all cc-mailed colleagues, Paul Manley, Global Senior Nilotinib, Global and/or Region Senior Vildagliptin.

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

Exhibit 11, p. 1

TPROD00853996

Because of major commitments I will not be able to join an AdBoard in April in NYC. However, I would be interested to keep in contact with you and would be able and interested to join other AdBoard meetings on the same subject later during the year, if such meetings are planned - one possibility could be EHA.

We wish to thank you again for your willingness to cooperate with us in these important projects. We would also like to reassure that we will do everything and will not stop our activities until we have the feeling that the issue has been solved - in cooperation with Novartis -   and no question related to patient protection remain.

I look forward to hearing from you soon

Yours sincerely

Peter Valent

*There are three critical points to mention that you did not mention explicitely in your mail:

i) the issue and concern is not only PAOD or the frequency of PAOD, but also and more importantly (because clinically relevant) the severity of PAOD in these patients, therapy-refractoriness, and the uncertainty about relationships between these arterial event and the metabolic effects of the drug (glucose) and unexplained sudden death or bleeding.   I have outlined these points in Origgio in detail.

ii) this is not our observation (although we first pointed at the issue): severe cases of PAOD have now been seen and reported to you from numerous centers . Although I can see your wish to be in a position to say ´... wish to acknowledge that the effects you have observed differ from information that is available to us ...´ could be true, it is my duty to point out again that the data and case reports provided by our colleagues in Berlin and other centers to NOVARTIS (you) are almost identical to the case reports we shared (see fax from Berlin). So it is not true: the information is/was available to you from other centers and the data are indeed nearly identical to that we can provide. What I can still not understand is that I was the one to show the Berlin-Fax in Origgio to you, when all the information must have been in your hands, and in such important situation and meeting, you would have been expected to be the one to show this Center-Report to me in Origgio – not vice versa! Therefore, there are still a lot of doubts about frankly reporting.

iii) even in the data you showed us in Origgio (and Dr. Saglio pointed out explicitely: in these studies, no one asked for PAOD and the frequency of PAOD in the NEJM paper is zero) the frequency of PAOD and other arterial events is much higher in nilotinib-treated patients compared to imatinib-treated patients.

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

Exhibit 11, p. 2

TPROD00853997

We still believe that under-reporting is the major explanation for the varying frequencies of arterial events in various centers and trials – see paradise-letter.

Von: alfredo.covelli@novartis.com [mailto:alfredo.covelli@novartis.com]
Gesendet: Mittwoch, 09. März 2011 21:27
An: peter.valent@meduniwien.ac.at
Cc: guido.guidi@novartis.com; david.meek@novartis.com; anna-lena.engwall@novartis.com; peter.schuld@novartis.com; richard.woodman@novartis.com
Betreff: Meeting in Origgio

Dear Professor Valent,

Kindly allow me to first thank you for having accepted our invitation and for travelling to Origgio to meet us. It is very important for us to hear your questions and concerns, as we wish to consider all available evidence in order to assess our products in clinical practice and to promptly review all data.

We share your view that there is a need to investigate further the cases you reported to us: the 4 cases of Peripheral Artery Occlusive Disease (PAOD) and the 3 cases of cardiovascular events you observed among the 24 CML patients treated with nilotinib after imatinib failure.

In the spirit of sharing current data with you at this early stage, in our initial enquiries we have assessed that the frequency of these events seems to be higher in your center than what it is currently reported in our global safety database. It is also higher than incidence reported in the randomized clinical trial of nilotinib vs imatinib in Frontline CML (ENESTnd, that comprises more than 600 patients).

After an internal review, further consultation with regulators and experts will enable us to fulfill our duty to constantly update our assessment of medicines that we market, in the interests first of patients. We take great care in ensuring that the gathering of data and its assessment is rigorous, scientific and timely. We place immense importance on this.

We appreciate your concern for the safety of patients and wish to acknowledge that the effects you have observed differ from information that is available to us.

We can assure you that we have already fulfilled all our reporting obligations. We also appreciate that we need to continue to assess

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

Exhibit 11, p. 3

TPROD00853998

information that we receive, to "better understand this information and in order to further examine Peripheral Artery Occlusive Disease (PAOD) in patients treated with nilotinib.

For this reason, we are closely considering all available data to understand the frequency of events, the time relationship to the administration of nilotinib, the presence of any co-morbidities and risk factors, and to make a comparison to available epidemiological data.

The results of such analysis are planned to be available for discussion during a Safety Advisory Board with multidisciplinary experts that will take place at the beginning of April in New York. Your participation and contribution to this Advisory Board will be highly appreciated.

In addition to this, as discussed during our meeting in Origgio, we are committed to investigating further the relationship of nilotinib, if any and in what context, with PAOD.

Your continued constructive contribution is welcome. This may include if you find it of interest, the setting-up of a prospective research plan, involving both preclinical and clinical projects, to examine a possible relationship between nilotinib, risk factors and PAOD.

In anticipation of this, we would courteously invite you to select which is the most relevant preclinical model among the ones you proposed. Moreover, we are considering performing a prospective evaluation in ongoing or new clinical studies to identify possible risk factors (such as fasting glucose, glicosility hemoglobin and main arterial ultrasound) that may affect the incidence of PAOD in nilotinib treated patients. This can be further discussed at the Advisory Board.

Novartis would also welcome the opportunity to meet you to discuss this further with you, in Vienna if this is convenient.

I wish to thank you again for your professional attention and wilingness to share your data and questions, and also to personally reassure you that Novartis are continuing to take all appropriate steps that may be required in the interests of patient safety.

I look forward to hearing from you, and to meeting at your earliest convenience.

Yours sincerely,

Alfredo Covelli


Alfredo Covelli
Vice President and Head
Medical Affairs Region Europe
Novartis Oncology
Novartis Farma S.p.A.
Largo Umberto Boccioni 1
I-21040 Origgio / VA, Italy
Phone: +39 02 96542672
Cell: +39 346 7820577
Email :   <mailto:alfredo.covelli@novartis.com> alfredo.covelli@novartis.com


Eingehende eMail ist virenfrei.
Von AVG uberpruft - www.avg.de

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

Exhibit 11, p. 4

TPROD00853999

Version: 9.0.8727 Virendatenbank: 271.1.173492 - Ausgabedatum: 03/08/11 18:49:00

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

Exhibit 11, p. 5

TPROD00854000