# Exhibit 6

Case 1:16-cv-00393-SEH   Document 130-13   Filed 08/22/17   Page 1 of 2

**From:** Szczudlo, Tomek [/O=MMS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SZCZUDLO, TOMEK49EC5943-F093-4A64-9000-F25EDABC2BA1]
**Sent:** Saturday, August 04, 2012 12:11:20 PM
**To:** Woodman, Richard
**Subject:** RE: PAOD draft agenda for Nov 2012

Ric,

My discussions in Australia gave me an opportunity to hear the position of physicians in Sydney and Adelaide. In Perth PAOD did not come up, but I'm sure there will be a lot more discussion in Melbourne. The investigators admit (not prompted) that these cases are rare. They are also well aware of the PAOD abstract we published. From the discussions two things are clear to me:

1. PAOD in young patients few months after start of nilotinib is seen as an obvious proof of relationship to the drug even though it may not be frequent enough to show up on any tables with AEs >2% or >5%
2. Physicians wish that Novartis dealt with this up-front and proactively as it did with QT prolongation. This approach in their opinion led to the current situation where QT prolongation is a non-issue.

The current draft agenda focuses on epidemiology and reported cases in NVS safety databases. I understand and agree with this approach. We should not try to look for a mechanism of something that may or may not exist. On the other hand, I think that there is a risk that this agenda may be viewed as an attempt to convince them of something they already agree with (events are not frequent), but also that we are not willing to discuss potential mechanisms, which in their mind are obvious.

The group in Adelaide reviewed all patients in TIDEL II who switched from imatinib to nilotinib. Even without PAOD reported in these patients, almost all of them had an increase in cholesterol and LDL/HDL ratio. They are planning to publish this very shortly as a brief communication. They are not sure if this is a sign of cholesterol-increasing of nilotinib or "going back" to pre-treatment levels after switch from cholesterol-lowering of imatinib. Neither of these two sounds good. In addition, they may recommend use of cholesterol-lowering drugs on nilotinib.

I would still keep the agenda as is and would not add any basic science presentations focusing on potential mechanisms. I would anticipate them bringing this up though and I think we need to be ready to address this in some way.

I hope this helps.

Tomasz Szczudlo
Onco Sr Dir Clinical Res Phys
Novartis Pharmaceuticals Corporation
One Health Plaza
East Hanover, NJ 07936-1080
USA

Phone   +1 862 7781174
Fax     +1 9737818265
tomek.szczudlo@novartis.com
www.novartis.com

---

**From:** Woodman, Richard
**Sent:** Saturday, August 04, 2012 2:52 AM
**To:** Szczudlo, Tomek
**Subject:** PAOD draft agenda for Nov 2012
**Importance:** High

**Richard Woodman, MD**
Franchise Head, Global Medical Affairs
Novartis Pharmaceuticals Corporation
One Health Plaza
East Hanover, NJ 07936-1080
USA

Phone   +1 862 7782888
Fax      +1 9737818265
richard.woodman@novartis.com
www.novartis.com

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

Exhibit 13, p. 2

TPROD00468878