# Exhibit 7

Case 1:16-cv-00393-SEH   Document 130-15   Filed 08/22/17   Page 1 of 4

| | |
|---|---|
| **From:** | Sheridan, Pamela [/O=MMS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SHERIDAN, PAMELAC8142D62-DA77-48AD-AD1B-F4A2C21C9748] |
| **Sent:** | Thursday, June 06, 2013 5:01:28 PM |
| **To:** | Habucky, Karen; Woodman, Richard; Gallagher, Neil |
| **CC:** | Piccolo, Carmela |
| **Subject:** | RE: Most recent AOD cases in Vienna: Peter Valent reports and would like to meet you very soon to discuss how to proceed from here ! |

I was just about to send an email stating I'm going to prepare an update on AOD from ARGUS as soon as I can get a listing and send to you latest Sunday night

The cigarette smoking of course is a major risk

I'll include a sub analysis by country.....

Carmen,
Can you find out:
1)   When the case was reported
2)   Was he symptomatic? Why was a scan done?
3)   Are they scanning asymptomatic patients routinely?
Thanks

**Pamela Sheridan MD, MSc**
Brand Safety Leader Oncology
Novartis Pharmaceuticals Corporation
One Health Plaza
East Hanover, NJ 07936-1080
USA

Phone   +1 862 778 8257
Mobile   +1 862 926 8654
Fax      +1 973 781 8265
pamela.sheridan@novartis.com
www.novartis.com

---

**From:** Habucky, Karen
**Sent:** Thursday, June 06, 2013 12:52 PM
**To:** Woodman, Richard; Gallagher, Neil; Sheridan, Pamela
**Cc:** Piccolo, Carmela
**Subject:** RE: Most recent AOD cases in Vienna: Peter Valent reports and would like to meet you very soon to discuss how to proceed from here !

Ric-

I do not feel that the sensitivity of this email should even be discussed in the broad CVE working group setting.   The number of attendees is growing and I get concerned about potential issues could be taken out of context.  I also feel it is important to gather all the facts and understand the potential issue before the commercial team gets updates.

I would propose that we meet separately later today if Neil  is available or tomorrow prior to the CVE WG meeting and include in the discussion Aby, Carmen, Pam, Neil, you and I.  The purpose of the discussion will be to prepare for the EHA discussion, discuss how/ when the Tasigna SRRC should be involved,  and discuss the communication of the patient

Exhibit 15, p. 1

details.   Does this seem reasonable to you?

Pam-

Can you please ensure the your team has this case that was reported?  If you feel any details are missing, please provide a list of what else may be needed for an assessment.

Neil-

Please advise on your availability for a discussion

**Karen Habucky, Ph.D.**
**Executive Director**
Global Program Regulatory Director, TAG Team
Novartis Pharmaceuticals Corporation
One Health Plaza
East Hanover, NJ 07936-1080
USA

Phone    +1  862 7784966
Fax        +1  9737818265
karen.habucky@novartis.com
www.novartis.com

---

**From:** Woodman, Richard
**Sent:** Thursday, June 06, 2013 12:29 PM
**To:** Gallagher, Neil; Habucky, Karen; Sheridan, Pamela
**Cc:** Piccolo, Carmela
**Subject:** FW: Most recent AOD cases in Vienna: Peter Valent reports and would like to meet you very soon to discuss how to proceed from here !
**Importance:** High

FYI ... IMPORTANT CVEs

Please see email below that I received this morning. In particular, please note highlighted paragraphs. Suggest we discuss at sub team mtg tomorrow.

RE has agreed to meet with Peter Valent at EHA and I will also be able to join. Any comments or suggestions ?

Suggest we not circulate further until we have discussed.

Best regards,

Ric

---

**From:** Covelli, Alfredo
**Sent:** Thursday, June 06, 2013 11:27 AM
**To:** Peter Valent
**Cc:** Goebel, Florian; Butzal, Martin; Haenig, Jens; Woodman, Richard; Manley, Paul; Engwall, Anna-Lena; Pettinger-Natmessnig, Beate; Moravi, Sabine; emir.hadzijusufovic@meduniwien.ac.at; Gerit Schernthaner; Filioussi, Kalitsa; Walasek, Claudia; Rossetti, Silvia
**Subject:** Re: Most recent AOD cases in Vienna: Peter Valent reports and would like to meet you very soon to discuss how to proceed from here !

Dear Peter,
Thank you for your prompt update and alert. I appreciate very much your collaboration in such a difficult case, and your

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

Exhibit 15, p. 2

TPROD01366796

support in saveguarding patients' well-being.
I absolute agree on your proposal of meeting in Stockholm: please let me have your available dates.
See you soon.
Alfredo

Inviato da iPhone

Il giorno 06/giu/2013, alle ore 16:03, "Peter Valent" <peter.valent@meduniwien.ac.at> ha scritto:

Dear Alfredo, Dear Rick, Dear Paul, Dear Novartis-Team,

Unfortunately, we have bad news for you and for all of us: we have to report on two additional cases of clinically relevant AOD in our (still small cohort of less than 50) nilotinib-treated CML patients in Vienna. In one of these two patients, a 35 years old male who did not have any risk factors other than cigarette smoking, a complete stenosis of the left Arteria carotis communis and left Arteria carotis interna (ACC+ACI) was recorded yesterday. The patient took nilotinib from August 2011 and was considered transplantable until yesterday. He was otherwise fit and did not have any cardiovascular problems so far. Gerit Schernthaner (cc) is involved and was able to diagnose the event yesterday – based on his investigations and on clinical symptoms stenosis developed most probably in March or April 2013. We are somehow desperate as the event represents an irreversible organ-damage and because such an event is usually not recorded in an otherwise healthy and fit 35-year old male (he is in MMR). Needless to say that we co-administered aspirin already from 2011 – but obviously and unfortunately, aspirin does not help in these patients. We have already sent an official report of this case to Novartis. The second case of peripheral OAD was also reported to Novartis very recently.

The total number of cases and severe events increases rapidly during nilotinib in our center. Unfortunately, we have arrived at about 40% of all cases (after a MOT of about 3.5 years) and about half of these are severe events requiring surgery or/and hospitalization or/and are cause irreversible organ damage. In light of this dramatic series of events, we would like to discuss once more with Novartis how to proceed:

Is Novartis still willing and able to take the (heavy) responsibility and risk and can Novartis still regard nilotinib as a relatively safe drug that has no causal relationship concerning vascular events? Is Novartis still ready and willing to start the NIS/PASS trial as planned? You will understand that our situation here in Vienna is becoming increasingly difficult as we are responsible for patient protection and optimal patient management – and based on the high number and rapid accumulation of such cases we have to react in favor of our patients and must discuss with Novartis how to proceed from here – IMPORTANT: if in your current opinion (that may be based on your experience in other centers and trials) the causal relationship is "uncertain but cannot be excluded", is "likely" or is "probably related to drug intake" we probably have to discontinue (stop) the drug in many of our patients. I cannot speak for other centers but we know it is also an emerging issue there.

At this critical moment, I think it is also time to prepare an update on the accumulation of vascular events to our health authorities – FDA, EMA, and the local Austrian health authorities - here we would like to explore whether we should prepare such special report or whether Novartis would like to report or whether we should make it in a collaborative effort. In my opinion we are obliged to prepare and send such special report and point at the high risk and difficult situation we all have to face. I also think it may be wise to sit together again and to discuss how to proceed in the NIS/PASS project. My preference would be to come together very soon – maybe at EHA.

I am very sorry to say that we cannot report more favorably to you in these days

Best wishes and hope to see you very soon

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

Exhibit 15, p. 3

TPROD01366797

Peter Valent

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

Exhibit 15, p. 4

TPROD01366798