# Exhibit 8

| | |
|---|---|
| From: | Habucky, Karen [/O=MMS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HABUCKY, KARENF87FC47A-D757-4D4E-BDD2-A27358D57864] |
| Sent: | Monday, July 09, 2012 11:35:54 PM |
| To: | Gruia, Gabriela |
| Subject: | Fw: Tasiga: HC request to change label |
| Attachments: | TASIGNA advisement letter-Request_June 14 2015.pdf.zip; image003.png |

Dear Gabriela,

The Health Canada letter is attached.

Karen

**From:** Habucky, Karen
**Sent:** Sunday, July 01, 2012 08:12 PM
**To:** McGrath, Lynne
**Subject:** Tasigan: HC request to change label

Dear Lynne,

Health Canada has requested a label change to the Tasigna based on information that has come to the attention of the HA. The HA requests the label be revised to highlight the risk of development/exacerbation of artherosclerotic-related disease associated with the use of nilotinib. The concluding statement of the letter is provided below.

> 9. Overall, the data collected herein strongly suggest the existence of an association between the use of nilotinib and the development/exacerbation of atherosclerotic-related diseases. Exacerbation of atherosclerotic disease is a serious side effect and, as suggested in the literature, might restrict the use of nilotinib as a first line drug for the treatment of chronic phase CML. However, the use of nilotinib as a second line drug for the treatment of patients with resistance/intolerance to prior therapy (including imatinib) probably still outweighs the risk of developing atherosclerotic-related diseases.

DRA has negotiated a 3 week extension to the original due date for a response which was approximately July 14. (Extension is pending confirmation by the project manager's manager).

Darshan has lead a few TC's with key members of the GPT and the Canadian CPO to develop proposals on how best to respond to this request. At the 1st TC, the team requested clarification on a number of points raised by the HA. At the 2nd TC, the team discuss a number of options. Darshan has scheduled a TC with the core GPT for Tuesday to discuss the response.

Karen

Phone  +1 862 7784966
Fax      +1 9737818265
karen.habucky@novartis.com
www.novartis.com


Δ π EXHIBIT 32
Deponent
4|8|17
Date          Rptr
WWW.DEPOBOOK.COM

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

Exhibit 30, p. 1

TPROD00058945

Placeholder - Image Not Available

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

Exhibit 30, p. 2

TPROD00058946

|✦| Health   Santé
    Canada  Canada

Health Products and Food Branch
Direction générale des produits de santé et des aliments

RECEIVED ON
JUN 1 4 2012
DRA

Canadä

## Therapeutic Products Directorate

## Direction des produits thérapeutiques

NOTRE MISSION : Nous contribuons à la santé des Canadiens et des Canadiennes et à la l'efficacité du système de soins de santé en évaluant, à temps, l'innocuité, l'efficacité et la qualité des produits pharmaceutiques et des instruments médicaux.

OUR MISSION: We contribute to the health of Canadians and to the effectiveness of the health care system by assessing the safety, efficacy and quality of pharmaceuticals and medical devices in a timely manner.

**If you receive this fax in error, please advise the sender immediately.**
Si vous recevez cette télécopie par erreur, veuillez en aviser immédiatement l'expéditeur.

**TO/À**
Name/Nom: MR. SIMON J. ALEXANDER, M.SC.
Director, Drug Regulatory Affairs
Date: JUN 1 4 2012

Organization/Organisme: Novartis Pharmaceuticals Canada Inc.

Tel./Tél.: 514-633-7880 ext. 7418    Fax/Télécopieur: 514-631-4856

No. of Pages, including this page/N°de pages, incluant cette page: 4

**FROM/DE**
Name/Nom: Katherine M. Soltys, MD    E-Mail/Courier électronique: Kathy.Soltys@hc-sc.gc.ca

Tel./Tél.: (613) 941-3199    Fax/Télécopieur: (613) 941-1365

TITLE: MANAGER / GESTIONNAIRE    TITRE
ONCOLOGY DIVISION 1
DIVISION DE L'ONCOLOGIE 1
Bureau: BUREAU OF METABOLISM, ONCOLOGY AND REPRODUCTIVE SCIENCES    Bureau
BUREAU DU MÉTABOLISME, DE L'ONCOLOGIE ET DES SCIENCES DE LA REPRODUCTION
Directorate: THERAPEUTIC PRODUCTS DIRECTORATE / DIRECTION DES PRODUITS THÉRAPEUTIQUES    Direction
Room: D-227    Pièce
Building: Finance Building / Immeuble des finances    Édifice
Location: promenade 101 Tunney's Pasture Driveway    Lieu
OTTAWA, Ontario
Address Locator: 0202D2    Localisateur d'adresse
Postal Code: K1A 0K9    Code postal

Website/site Web: www.hc-sc.gc.ca/hpfb-dgpsa/tpd-dpt/

**MESSAGE**

Please find attached an Advisement Letter - TASIGNA. Hard copy to follow by mail.

Please confirm receipt of this facsimile to Olga Habbouche at (613) 941-3828.

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

Exhibit 30, p. 3

TPROD00058947

**Health** **Santé**
**Canada** **Canada**

Therapeutic Products Directorate
Finance Building
101 Tunney's Pasture Driveway
**Address Locator # 0202D2**
Tunney's Pasture
OTTAWA, Ontario
K1A 0K9

Your file   Votre référence

Our file   Notre référence

JUN 1 4 2012

9427-N0846-305

Mr. Simon J. Alexander, M.Sc.
Director, Drug Regulatory Affairs
Novartis Pharmaceuticals Canada Inc.
385, Bouchard Boulevard
DORVAL, Quebec
H9S 1A9

### RE: Request for Labelling Changes to the Product Monograph for TASIGNA (nilotinib) (DIN 02368250).

Dear Mr. Alexander:

The Bureau of Metabolism, Oncology, and Reproductive Sciences (BMORS) is requesting that you file a Notifiable Change (NC) submission with the purpose of incorporating revisions to the Product Monograph for **TASIGNA (nilotinib)**.

> **The following information has come to the attention of the Therapeutic Products Directorate:**
>
> 1. The potential association between nilotinib and the occurrence of peripheral artery occlusive disease (PAOD) was discussed on June 29, 2011 at MPMDB's Signal Prioritization Meeting. Since PAOD is an atherosclerotic-related disease, the potential association between nilotinib and the occurrence of atherosclerotic-related diseases including PAOD was investigated.
>
> 2. The literature provided several case reports describing a very aggressive progression and treatment refractory PAOD and/or coronary artery diseases (CAD) following the initiation of nilotinib treatment in patients at low risk of developing atherosclerosis-related diseases. In most cases, quality of life was severely compromised or sudden death occurred.
>
> 3. Evidence from the literature provides plausible biological mechanisms that could explain the occurrence/exacerbation of atherosclerotic-related diseases associated with the use of nilotinib. The possible interference of nilotinib with neovascularization and collaterization and the development of diabetes and hypercholesterolemia are mutually non-exclusive mechanisms that could potentially contribute to the development of PAOD and other atherosclerotic-related diseases associated with the use of nilotinib.

**Canadä**

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

Exhibit 30, p. 4

TPROD00058948

2

4. The Office of Clinical Trials-Adverse Drug Reaction Division produced a report assessing safety data related to Nilotinib. Conclusions from this report support the hypothesis that the use of nilotinib was associated with an increased risk of developing PAOD, coronary artery stenosis (CAS) and myocardial infarction (MI). All these health problems could be linked to atherosclerosis.

5. A search in the WHO Vigibase database retrieved 181 adverse events. These adverse events were not limited to PAOD, as they also involved CAD and cerebrovascular diseases (CVD) suggesting that the whole arterial vasculature is affected by nilotinib. The number of adverse events related to vascular diseases and associated with the use of nilotinib has constantly increased from 2008 to 2011. These results support the hypothesis that the use of nilotinib might potentially exacerbate the development of atherosclerotic-related disease.

6. Using the Bayesian confidence propagation neural network (BCPNN) approach, 23% of the adverse events retrieved from the WHO database with an $IC_{025} \geq 1$ are associated with atherosclerotic-related diseases indicating that adverse events associated with atherosclerotic-related diseases are disproportionally reported in the WHO databases.

7. Several vascular disorders (including PAOD) are listed in the CPM as uncommon adverse events associated with the use of nilotinib. However, taken together they might have a synergistic effect on increasing the risk of exacerbating atherosclerotic-related diseases. The CPM does not mention the potential risk of development/exacerbation of atherosclerotic-related diseases associated with the use of nilotinib. Atherosclerosis is not mentioned in the CPM.

8. A search in the CanadaVigilance database retrieved 5 cases for the association of nilotinib and atherosclerotic-related diseases. Considering the small number of cases and the quality of the information provided, it was difficult to ascertain whether these manifestations of atherosclerotic-related diseases were related to the use of nilotinib. A causality assessment of these cases was requested and turned out to be inconclusive.

9. Overall, the data collected herein strongly suggest the existence of an association between the use of nilotinib and the development/exacerbation of atherosclerotic-related diseases. Exacerbation of atherosclerotic disease is a serious side effect and, as suggested in the literature, might restrict the use of nilotinib as a first line drug for the treatment of chronic phase CML. However, the use of nilotinib as a second line drug for the treatment of patients with resistance/intolerance to prior therapy (including imatinib) probably still outweighs the risk of developing atherosclerotic-related diseases.

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)                    Exhibit 30, p. 5                                    TPROD00058949

3

As such, under *Warnings and Precautions* and *Post-Market Adverse Drug Reactions* sections, please revise the Product Monograph to highlight the risk of development/exacerbation of atherosclerotic-related diseases associated with the use of nilotinib.

It is requested that the current and revised Product Monographs be provided electronically, and that no changes other than those indicated in this letter be made in your filing.

Please submit these changes in the form of a <u>90-day</u> **NC within 30 days** of the date of this letter. A copy of this letter should be attached to your cover letter for the submission. The submission should be prepared and submitted in the usual manner to the following address as per the *Management of Drug Submissions* guidance:

> Manager, Submission and Information Policy Division
> Therapeutic Products Directorate
> Finance Building
> 101 Tunney's Pasture Driveway
> Tunney's Pasture
> Address Locator 0201A1
> OTTAWA, Ontario, K1A 0K9

Your attention to this matter is greatly appreciated. Should you have any questions or need for clarification in this matter, please contact Ms. Tamara Aidoo, Regulatory Project Manager at (613) 948-6763.

Sincerely,

Katherine M. Soltys, M.D.
Manager, Oncology Division 1
Bureau of Metabolism, Oncology and
Reproductive Sciences

KMS/oh

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

Exhibit 30, p. 6

TPROD00058950