# Exhibit 9



Marketed Health Products Directorate
Health Products and Food Branch Health Canada

**Signal Assessment:**
**Nilotinib (TASIGNA)**
**Atherosclerotic-Related Diseases Including Peripheral Artery Occlusive**
**Disease (PAOD)**

REDACTED DOCUMENT

|  | Names | Signatures, dates |
|---|---|---|
| Director |  |  |
| Lead Manager | Redacted |  |
| Lead Evaluator |  |  |



PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

TPROD00972838

*SIGNAL ASSESSMENT*                                              *CR File Number*

PROTECTED B

| List of Annexed Reviews | | |
|---|---|---|
| **Type of review** | **Title of review** | **Reviewer** |
| Safety signal assessment. | Nilotinib related to Coronary Artery Stenosis, Peripheral Artery Occlusive Disease, and Myocardial Infarction | Redacted. |
| Causality assessment | TASIGNA/nilotinib and Atherosclerotic-related Diseases including Peripheral Artery Occlusive Disease (PAOD) | Redacted |

*Page 2 of 57*

Exhibit 31, p. 2

TPROD00972839

*SIGNAL ASSESSMENT*                                                    *CR File Number*

PROTECTED B

Version Control

| Version Number | Date | Author | Reason for Change |
|---|---|---|---|
| | | | Redacted |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*Page 3 of 57*

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

Exhibit 31, p. 3

TPROD00972840

*SIGNAL ASSESSMENT*                                                    *CR File Number*

PROTECTED B

Protected B

**Title**: Signal assessment: *Nilotinib (TASIGNA) and Atherosclerotic-Related Diseases Including Peripheral Artery Occlusive Disease (PAOD)*
**Date:** Redacted
**Assessor:** Redacted
**Reviewed by:** Redacted

**TABLE OF CONTENTS**

1. ISSUE: ........................................................................................................................... 6
2.0 PURPOSE: ................................................................................................................... 6
3.0 BACKGROUND AND ISSUE ANALYSIS: ............................................................. 6
  3.1 Information on the product ........................................................................................ 6
    3.1.1 Product Classification and Indication: ............................................................... 6
    3.1.2. Mechanism of action and pharmacodynamics of nilotinib ................................. 7
    3.1.3 Pharmacokinetics: Absorption, Distribution, Metabolism, Excretion ................ 9
    3.1.4 Underlying mechanisms of Nilotinib-induced PAOD and atherosclerotic-related diseases ...... 11
      3.1.4.1 PAOD and atherosclerotic-related diseases: ................................................ 11
      3.1.4.2 Mechanism of Nilotinib-induced PAOD and other atherosclerosis-related diseases......... 14
    3.1.5 Regulatory and Marketing Status in Canada ....................................................... 17
    3.1.6 International Marketing Status for nilotinib......................................................... 17
    3.1.7 Patient Exposure ................................................................................................. 17
  3.2 Previous mitigation measures ................................................................................... 18
    3.2.1 Health Canada ..................................................................................................... 18
    3.2.2 FDA ..................................................................................................................... 19
    3.2.3 EMA .................................................................................................................... 19
  3.3 Algorithms used for causality and seriousness ......................................................... 20
  3.4 Analysis of Canadian and foreign event data............................................................ 20
    3.4.1 Report from Health Canada Office of Clinical Trials-Adverse Drug Reaction (OCT-ADR)..... 20
    3.4.2 CanadaVigilance database ................................................................................... 23
    3.4.3 Causality assessment........................................................................................... 24
    3.4.4 WHO Vigibase .................................................................................................... 24
    3.4.5 Data mining......................................................................................................... 26
  3.5 Scientific literature ................................................................................................... 27
    3.5.1 Signal Articles ..................................................................................................... 27
    3.5.2 Selected Studies/Systematic Reviews/Articles 2006-2011 ................................ 32
4. SUMMARY AND CONCLUSIONS ............................................................................ 36

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

Exhibit 31, p. 4

TPROD00972841

*SIGNAL ASSESSMENT*                                                                        *CR File Number*

PROTECTED B

5. CONSIDERATIONS: ................................................................................................................ 41

6. OPTIONS ANALYSIS: ........................................................................................................... 43

7. RECOMMENDATIONS .......................................................................................................... 45

8. APPENDIX ............................................................................................................................... 46

    8.1 Appendix 1: Literature search strategies ....................................................................... 46

    8.2 Appendix 2: Reference List ............................................................................................. 48

    8.3 Appendix 3A List of preferred terms included in the standard MedDRA queries (SMQ): Embolic and thrombotic events, arterial .................................................................................... 53

    8.3 Appendix 3B List of preferred terms included in the MedDRA HLT *Peripheral vasoconstriction necrosis and vascular insufficiency*, *Non-site specific necrosis and vascular insufficiency*, and *Coronary necrosis and vascular insufficiency*" ...................................................................... 54

    8.4 Appendix 4 Redacted ....................................................................................................... 55

    8.5 Appendix 5: Redacted ...................................................................................................... 56

    8.6 Appendix 6: Redacted ...................................................................................................... 57

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

Exhibit 31, p. 5

TPROD00972842

*SIGNAL ASSESSMENT*                                                                *CR File Number*

PROTECTED B

**1. ISSUE:**

The potential association between nilotinib and the occurrence of peripheral arterial occlusive disease (PAOD) was discussed on Redacted at MPMDB's Signal Prioritization Meeting. This signal was generated following the publication of one research article, one letter and one editorial note in "American Journal of Hematology" highlighting the potential association between nilotinib use and the occurrence of PAOD. Since PAOD is an atherosclerotic-related disease, a special attention has been given to the development of atherosclerotic-related diseases associated with the use of nilotinib. Atherosclerotic-related diseases are life threatening and as such constitute very serious side effects even if they affect only a small proportion of patients using nilotinib. Nilotinib is potentially a life-long treatment and it is indicated as a first line treatment for chronic myeloid leukemia, therefore it is essential to determine the real profile of the drug in term of activity and toxicity.

**2.0 PURPOSE:**

The purpose of this signal assessment is to assess the strength of the association between the use of nilotinib and the occurrence of atherosclerotic-related diseases with a special attention to PAOD, to identify any associated risk factors, and to suggest ways to mitigate risks, if necessary.

**3.0 BACKGROUND AND ISSUE ANALYSIS:**

**3.1 Information on the product**

**3.1.1 Product Classification and Indication:**

Nilotinib is a tyrosine kinase inhibitor (TKI) and a potent and selective inhibitor of the Abl tyrosine kinase activity of the Bcr-Abl oncoprotein both in cell lines and in primary Philadelphia-chromosome positive (Ph+) leukemia cells.

Nilotinib is currently marketed in Canada by Novartis Pharmaceuticals Canada Inc under the trade name of TASIGNA®. According to the most recent Canadian Product Monograph (CPM) for TASIGNA® (date of revision September 8, 2011)[1], nilotinib has been issued marketing authorization with conditions, pending the results of studies to verify its clinical benefit, for the following indications:

1. The treatment of adult patients with newly diagnosed Philadelphia chromosome positive chronic myeloid leukemia (Ph+ CML) in chronic phase.

   o Clinical effectiveness of TASIGNA® in newly diagnosed Ph+ CML-CP is based on the major molecular response rates at 12 months and the complete cytogenetic response rates by 12 months. Overall survival benefit has not been demonstrated.

---

[1] Canadian Product Monograph, TASIGNA (nilotinib), date of revision September 8th 2011, Novartis Pharmaceuticals Canada Inc. 385, Bouchard Blvd. Dorval, Quebec, H9S 1A9

*Page 6 of 57*

*SIGNAL ASSESSMENT*                                                          *CR File Number*

PROTECTED B

2.  The treatment of accelerated phase Philadelphia chromosome positive chronic myeloid leukemia (CML) in adult patients resistant to or intolerant of at least one prior therapy including imatinib.

    o   Marketing authorization with conditions in imatinib-resistant or -intolerant Ph+ CML-AP was based on the confirmed hematologic response rates and the unconfirmed major cytogenetic response rates. TASIGNA® should only be prescribed by a qualified healthcare professional who is experienced in the use of antineoplastic therapy and in the treatment of chronic myeloid leukemia.

Nilotinib has been issued non-conditional marketing authorization and is indicated for:

3.  The treatment of chronic phase Philadelphia chromosome positive chronic myeloid leukemia (Ph+ CML) in adult patients resistant to or intolerant of at least one prior therapy including imatinib.

    o   Non-conditional marketing authorization in imatinib-resistant or -intolerant Ph+ CML-CP was based on the unconfirmed major cytogenetic and complete hematologic response rates demonstrating clinical effectiveness of TASIGNA®.

**Geriatrics:** Approximately 12% and 30% of subjects in the clinical studies (Phase III study (A2303) in newly diagnosed Ph+ CML-CP; and Phase II study (A2101) in resistant or - intolerant Ph+ CML-CP and CML-AP) were 65 or over respectively. No major differences were observed for safety and efficacy in patients ≥ 65 years of age as compared to adults 18 to 65 years of age.

**Pediatrics:** Clinical studies have not been conducted in children and adolescents.

**3.1.2. Mechanism of action and pharmacodynamics of nilotinib**

CML is characterized by an increased in the count of all type of granulocytes (neutrophils, basophils and eosinophils) associated with a clonal expansion of hematopoietic stem cells that possess a translocation between the long arms of chromosomes 9 and 22 [t(9;22)(q34:q11)], known as the Philadelphia chromosome (Ph). The chromosomal translocation gives rise to a fusion gene (breakpoint cluster region (Bcr)-Abelson murine leukemia (Abl)) which is transcribed into an oncoprotein. The Bcr-Abl oncogene encodes a protein with constitutive Abl tyrosine kinase (TK) activity. The development of the disease follows three phases; the chronic phase, the accelerated phase and the blast crisis. The chronic phase represents the initial stage of the disease and most patients with CML will be diagnosed at this phase. Over the course of several years, the chronic phase will evolve to the accelerated phase. The blast crisis corresponds to the terminal phase of CML and behaves like an acute leukemia. The evolution from chronic to accelerated phase to blast crisis is driven by the acquisition of new chromosomal abnormalities. In Redacted, Health Canada approved imatinib as the first orally available TKI to selectively target the Bcr-Abl oncogene for the treatment of CML. Although

*Page 7 of 57*

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)                         Exhibit 31, p. 7

*SIGNAL ASSESSMENT*                                                        *CR File Number*

PROTECTED B



Figure 1 The chemical structure of Imatinib and Nilotinib (Adapted from Weisberg et al. *Cancer Cell* 7:129)[2]

imatinib turned out to be an effective therapy for CML, response to imatinib therapy significantly decreased in CML patients who progressed to either the accelerated or blastic phases of the disease. Additionally, some patients who initially responded to the treatment relapse within the first year of treatment. Relapse was mostly associated with point mutations in the Bcr-Abl gene reducing the binding affinity of imatinib to the protein. Imatinib resistance has also been shown to derive from a Bcr-Abl gene amplification, an increased efflux via P-glycoprotein pump activation of Src family kinases, an increased plasma protein binding, and overexpression of the Bcr-Abl protein. In an effort to counter imatinib resistance, second-generation oral TKIs have been developed. Nilotinib is one of these second-generation oral TKIs derived from imatinib (Fig 1). Nilotinib has been developed from the characterization of the detailed molecular interaction between imatinib and Bcr-Abl. Like imatinib, nilotinib binds to the inactive (unphosphorylated) form of the Abl TK, and disrupt the ATP binding site and the catalytic activity of the enzyme (Fig 2). Results from crystallographic studies suggest that nilotinib has an improved topologic fit to the Abl protein compare to imatinib. An *in vitro* study found that nilotinib was more than 30-fold more effective than imatinib in lysing Bcr-Abl-expressing cells. In cell proliferation assays, imatinib-sensitive cell lines KBM5 and KBM7 were found to be highly sensitive to nilotinib with nilotinib being 43-fold more potent in KBM5 ($IC_{50}$ 11.3 vs 480.5 nmol/L) and 60-fold more potent in KBM7 ($IC_{50}$, 4.3 vs 259 nmol/L) than imatinib. In an imatinib-resistant line, KBM7STI571, which contains an amplification of the Bcr-Abl fusion oncogene, the $IC_{50}$ values of nilotinib and imatinib were 97 and 2497 nmol/L, respectively. Western blot analysis found that nilotinib was more potent (125 nmol/L vs 2.5 µmol/L) than imatinib in inhibiting autophosphorylation of Bcr-Abl in KBM5 and KBM7 cell lines. Nilotinib significantly prolonged survival of C57B1/6J mice transplanted with the 8093 lymphoblastic leukemia cell line and treated with 75 mg/kg/d of nilotinib (n = 7) compare to untreated control group (n = 8). The median survivals were 41 days for the nilotinib group and 21 days for the control group (P < 0.01). Nilotinib was also evaluated in primary cell lines (Z-119 and Z-181) derived from 2 patients with Ph+ acute lymphoblastic leukemia (ALL). Nilotinib

---

[2] Weisberg E, Manley PW, Breitenstein W et al., (2005), Characterization of AMN107, a selective inhibitor of native and mutant Bcr-Abl, Cancer Cell 7: 129-141

*Page 8 of 57*

*SIGNAL ASSESSMENT*                                                    *CR File Number*
PROTECTED B

was 32- and 40 fold more effective than imatinib in inhibiting proliferation of Z-119 cells (day-3 $IC_{50}$, 19.3 vs 620 nmol/L) and Z-181 cells (day-4 $IC_{50}$, 1.6 vs 63.9 nmol/L). To date, *in vitro* proliferation assays have found nilotinib to be active against 32 of the 33 imatinib-resistant mutations. As with imatinib and dasatinib, nilotinib lacks activity against the *T315I* mutation. In addition to Bcr-Abl effects, proapoptotic properties have been elucidated via the promotion of *bcl-2* interacting mediator, which acts as a tumor suppressor in CML cells (Fig 2). Nilotinib has been found to inhibit platelet-derived growth factor (PDGF) and c-Kit receptor kinases, including the *D816V* mutant variant, which is resistant to imatinib. The inhibition of c-Kit suggests possible utility of nilotinib in the treatment of mastocytosis and gastrointestinal stromal tumours (GIST). Minimal effects have been reported on Src family kinases ($IC_{50}$ values: c-Src, 4600 ± 520 nmol; Lyn, 2700 ± 460 nmol; Hck, 7500 ± 830 nmol), vascular endothelial growth factor (VEGF $IC_{50}$, 5300 ± 800 nmol), or epidermal growth factor receptor kinases (HER-2 $IC_{50}$, 5800 ± 3600 nmol).



Figure 2 Mechanism of action of nilotinib. Nilotinib, by inhibiting the tyrosine kinase activity of Abl, prevent the activation of both the Ras-Raf-MEK and the PI3K signalling pathways which reduce proliferation and cellular survival. Inhibition of Abl also promotes apoptosis by preventing the activation of the transcription factor STAT5 involved in the transcriptional regulation of the anti-apoptotic agent BCL-$X_L$. (Adapted from Force et al., *Nature Reviews Cancer* 7: 332)[3]

### 3.1.3 Pharmacokinetics: Absorption, Distribution, Metabolism, Excretion[4]

**Absorbtion:** In a pharmacokinetic analysis of serum samples from 119 patients (CML-CP, 17 patients; -AP, 56; -BP, 33; Ph+ ALL, 13) enrolled in a Phase I tolerability and efficacy study by Kantarjian et al,[5] with once- or twice-daily doses of oral nilotinib (dose range, 50-1200 mg/d), median Tmax was 3 hours, and Cmax was 3.6 μmol/L in patients who received the FDA-approved dose (400 mg BID ). Steady-state serum concentrations were achieved by day 8. The

---

[3] Force T, Krause DS & Van Etten RA (2007) Molecular mechanisms of cardiotoxicity of tyrosine kinase inhibition. *Nature Reviews Cancer* 7: 332-344.
[4] Adapted from DeRemer DL, Ustun C, and Natarajan K, (2008), Nilotinib: A second-generation tyrosine kinase inhibitor for the treatment of chronic myelogenous leukemia, Clin Therapeu 30:1956-1975
[5] Kantarjian H, Giles F, Wunderle L,et al. Nilotinib In Imatinib-resistant CML and Philadelphia chromosome-positive ALL. *N Engl J Med. 2006;*354:2542-2551.

*Page 9 of 57*

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)                    Exhibit 31, p. 9

*SIGNAL ASSESSMENT*                                                    *CR File Number*
PROTECTED B

minimum steady-state plasma drug concentration during a dosage interval (Cmin,ss) was 1.7 $\mu$mol/L, which exceeds the $IC_{50}$ of cellular phosphorylation of Bcr-Abl (20-57 nmol/L, depending on cell type) and 32 of 33 Bcr-Abl kinase mutations (19-708 nmol/L). In a separate multiperiod crossover study in 92 healthy subjects, by Tanaka et al,[6] bioavailability of nilotinib at 400 mg BID was increased by 82% when nilotinib was administered with a high-fat meal compared with the fasting state. Doses of 400 mg BID at steady state were associated with a 35% increase in drug exposure compared with 800 mg QD (every day).

**Distribution:** Serum protein binding is ~98% in an *in vitro* model. The blood/serum ratio is 0.68. The calculated elimination $t_{1/2}$ of nilotinib following multiple daily dosing was ~ 17 hours. The volume of distribution corresponds to 579 L. It is not known if nilotinib is secreted in human milk but studies in animals showed that it can be secreted and found in animal's milk. There are no adequate data on the use of nilotinib in pregnant women. Studies in animals showed no teratogenicity but embryo and foetotoxicity was seen at doses which also demonstrated maternal toxicity. One case of fatal congenital transposition of great vessels in a neonate whose mother was being treated with nilotinib has been reported (data from clinical trials: studies A2101 and A2303). Even though imatinib is known to have limited access to the central nervous system[7], an abstract from the 36th Annual Meeting of the European Group for Blood and Marrow Transplantation[8] reports that nilotinib can cross the blood-brain barrier.

**Metabolism:** The main metabolic pathways identified for nilotinib are oxidation and hydroxylation; however, nilotinib also undergoes metabolism by the cytochrome P450 (CYP) 3A4 isozyme[9]. Nilotinib was the main circulating component in the serum; none of the metabolites were found to contribute to the pharmacologic activity of the parent compound. Nilotinib was found to be a competitive inhibitor of CYP3A4, CYP2C8, CYP2C9, and CYP2D6. In the study by Tanaka et al[6], concurrent exposure to ketoconazole (a strong CYP3A4 inhibitor) was associated with a 3-fold increase in systemic exposure to nilotinib, while the concurrent use of midazolam (a weak CYP3A4 inhibitor) was associated with a 30% increase. The manufacturer recommends that concurrent use of CYP3A4 inhibitors (eg, voriconazole) be avoided, but if a patient requires administration of a CYP3A4 inhibitor, the nilotinib dose should be reduced to 400 mg QD. Also, close monitoring of the QT interval is warranted in patients who require a concurrent CYP3A4 inhibitor. Concurrent use of CYP3A4 inducers (eg, dexamethasone, rifampin, and carbamazepine) have been associated with decreased plasma nilotinib concentrations[10]. Dose increases should be considered in patients receiving CYP3A4 inducers, depending on a patient's tolerability. Unlike imatinib, which is a substrate for efflux transporter

---

[6] Tanaka C, Smith T, Kantarjian H, et al. Clinical pharmacokinetics (PK) of AMN107, a novel inhibitor of Bcr-Abl, In healthy subjects and patients with Imatinib resistant or intolerant chronic myelogenous leukemia (CML) or relapsed/refractory Ph+ acute lymphocytic leukemia (Ph+ ALL). *J Clin Oncol. 2006;* 24(Suppl 18):3095.
[7] Ravandi F, Managing Philadelphia chromosome-positive acute lymphoblastic leukemia: role of tyrosine kinase inhibitors. *Clin Lymphoma Myeloma Leuk.* 2011; 11:198-203
[8] Wang S, Lange T, Niederwieser D, Al-Ali HK, Nilotinib induced remission of central nervous system relapse of imatinib-resistant PH+ CML after allogeneic haematopoietic cell transplantation. *36th Annual Meeting of the European Group for Blood and Marrow Transplantation.* March 2010, Vienna, Austria.
[9] Kagan M, Tran P, Fischer V, et al. Safety, pharmacokinetics (PK), metabolism, and mass balance of [14C]-AMN107, a novel aminopyrimidine inhibitor of Bcr-Abl tyrosine kinase, In healthy subjects. *Blood.* 2005;106:4887.
[10] Canadian Product Monograph, TASIGNA (nilotinib), date of revision September 8th 2011, Novartis Pharmaceuticals Canada Inc. 385, Bouchard Blvd. Dorval, Quebec, H9S 1A9.

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

Exhibit 31, p. 10

TPROD00972847

*SIGNAL ASSESSMENT*                                                         *CR File Number*
PROTECTED B

P-glycoprotein pump ABCB1 and influx transporter human organic cation transporter 1 (hOCT1)[11], nilotinib is not a substrate for ABCB1 or hOCT1 transporters.

**Excretion:** Fecal excretion is the predominant route of nilotinib elimination. In an open-label study, 4 healthy volunteers received 400 mg PO of [14]C-labeled nilotinib over a 7-day collection period. Complete recovery (97.9%) was achieved, with 93.5% in the feces and 4.4% in urine. The major metabolite, a carboxylic acid derivative of nilotinib, accounted for 7% of serum exposure and 4% of feces. Age, weight, sex, and ethnicity have not been found to affect the pharmacokinetic properties of nilotinib. However, a polymorphism affecting the promoter region of the UGT1A1 gene ($(TA)_7/(TA)_7$) has been linked to hyperbilirubinaemia associated with the use of nilotinib[12].

**3.1.4 Underlying mechanisms of Nilotinib-induced PAOD and atherosclerotic-related diseases**

**3.1.4.1 PAOD and atherosclerotic-related diseases[13]:**

PAOD is a substantial public health problem and is very common in the Western world. PAOD results from the narrowing of blood vessels (stenosis) of the lower limbs, predominantly associated with atherosclerotic vascular disease. When this condition arises, there is an increase in vessel resistance that can lead to a reduction in distal perfusion pressure and blood flow. Risk factors (RFs) associated with PAOD includes typical cardiovascular RFs, such as aging, smoking, diabetes mellitus, hypercholesterolemia and hypertension. A common site for PAOD is in the leg. The treatment for PAOD consists to relieve lower extremity symptoms by regular exercise to promote formation of new vessel, endovascular therapy and/or surgery. The process of atherosclerosis underlying PAOD causes intimal thickening and plaque formation, which decrease the effective radius of the afflicted arterial segment (Fig 3). Although atherosclerosis is generally a diffuse process affecting all of the arteries to some degree, some arterial segments in the limb often undergo greater stenosis than others. Therefore, it is common to find stenotic lesions associated with specific arteries such as the external iliac or femoral artery. In mild to moderate PAOD, the increased resistance to blood flow leads to a decrease of flow capacity during limb exercise. This can result in ischemic pain during exercise that is termed intermittent claudication. The pain is caused by tissue hypoxia that results from the high oxygen demand that is not met by an adequate increase in oxygen delivery. Metabolites formed under anaerobic conditions in the muscle can stimulate pain receptors in the muscle. Also associated with the relative ischemia during exercise is muscle weakness and fatigue.

---

[11] Thomas J, Wang L, Clark RE, Pirmohamed M. Active transport of Imatinib into and out of cells: Implications for drug resistance. *Blood.* 2004;104:3739-3745.
[12] Singer JB, Shou Y, Giles F, et al, UGT1A1 promoter polymorphism increases risk of nilotinib-induced hyperbilirubinemia. Leukemia 2007: 21:2311-2315.
[13] Adapted from Kalka, C, and Baumgartner, I. Gene and stem cell therapy in peripheral arterial occlusive disease. Vascular Medicine 2008: 13:157–172.

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)              Exhibit 31, p. 11                                    TPROD00972848

*SIGNAL ASSESSMENT*                                                    *CR File Number*

PROTECTED B



Figure 3: Normal and atherosclerotic artery with plaque buildup. Panel A illustrates a normal artery with normal blood flow. The inset corresponds to a cross section of a normal artery showing. Panel B illustrates an artery with plaque buildup leading to a reduction of blood flow. The inset represents a cross section of the narrowed artery[14].

Atherosclerosis is a disease process that develops over years. To maintain adequate tissue perfusion in the face of a developing occlusion, various compensatory mechanisms are activated[15]. Three endogenous mechanisms are thought to counteract tissue ischemia:

- *Arteriogenesis* describes the immediate functional vasodilatation of post-occlusive arteries,
- Recruitment and structural enlargement of pre-existing major collateral pathways (*collateralization*).
- Simultaneous development of neovascular networks by resident endothelial cells, known as angiogenesis, and by circulating vascular progenitor cells, a mechanism termed vasculogenesis, which contribute both to developmental and adult *neovascularization*.

Physiologically, resistance in the arterial tree is concentrated in terminal arterioles and precapillary sphincters, which, because of their small diameter and muscular walls, are ideally suited for instantaneous, regulatory functions. Their tone is autonomously controlled by the sympathetic nervous system and local products of metabolism[16]. By this mechanism of autoregulation, blood flow is maintained within tolerable limits despite variations in perfusion pressure. Autoregulation ceases when the perfusion pressure drops below a critical level. Metabolic products, including vasoactive metabolites released from the ischaemic tissue, accumulate and overcome the vasoconstrictive effect of sympathetic nerve impulses. Arterioles become maximally vasodilated and insensitive to normal vasoconstrictor stimuli (vasomotor

---

[14] http://www.nhlbi.nih.gov/health/health-topics/topics/pad/.

[15] Carmeliet, P. Mechanisms of angiogenesis and arteriogenesis. Nat Med 2000; 6: 389–395.

[16] Lowe, G. Critical leg ischemia. Its pathophysiology and management. In: Dormandy, JA, Stock, G, (eds). Pathophysiology of critical leg ischemia. Springer, 1990: 17–40.

*Page 12 of 57*

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)          *Exhibit 31, p. 12*                          TPROD00972849

*SIGNAL ASSESSMENT*                                                                           *CR File Number*

PROTECTED B

paralysis). The pressure gradient, which thereby develops across the obstructed arterial segment, improves the flow within pre-existing natural bypass arteries (*collateralization*)[17,18]. These major collaterals connect portions of the same artery or different arteries by linking terminal branches of distributing arteries above and below an obstruction. Over time recruited collaterals adapt to flow-induced shear stress by vessel wall remodelling and the subsequent accumulation of blood-derived mononuclear cells, a process called *arteriogenesis*[19,20]. A number of growth factors including PDGF, VEGF and Angiopoietin (ANG-1, ANG-2) contribute to the maturation of collateral conduits[17]. *Neovascularization* complements what may be a relative deficiency in pre-existing major collateral pathways and contributes to create new functional connections between various vascular beds. Angiogenesis refers to the sprouting of new capillaries from the post-capillary venules that involves endothelial cell activation, extracellular matrix degradation, migration and proliferation, and maturation and stabilization of new blood vessels by recruitment of pericytes and smooth muscle cells. Angiogenesis seems to be highly dependent on hypoxia, even though angiogenesis can occur in areas with normal oxygen tension. The transcriptional activator HIF-1 plays an important role as a regulator of oxygen homeostasis, and several angiogenic mediators including VEGF, ANG-1, ANG-2 or PDGF, among others, are known to be regulated by HIF-$1\alpha$[21]. Maturation of newly developed vessels involves PDGF and ANG-1 and -2. Binding of ANG-1 and -2 to their receptor Tie2 promotes the recruitment of supporting cells such as pericyte/smooth muscle cells and contributes to the stabilization of the immature endothelial cell network by reprogramming the endothelial cells[22]. Vasculogenesis finally is the process of *in situ* formation of blood vessels from precursors of endothelial cells. Hemangioblasts, located in the bone marrow, give rise to the endothelial progenitor cells (EPCs) and play a role in physiological and pathological blood vessel growth in the adult, both by augmenting angiogenesis through the secretion of angiogenic growth factors and by providing a source of EPCs that can circulate and differentiate into mature vascular endothelial cells[23]. Recent work implicates EPCs in such processes as myocardial ischemia and infarction, limb ischemia, wound healing, atherosclerosis, endogenous endothelial repair, and tumour vascularization[24]. C-Kit, a tyrosine kinase receptor expressed at the cell surface of hemangioblasts, has been shown to be critical for the proper homing of EPCs at the site of injuries including sites of myocardial infarction.

[17] Schaper, W, Scholz, D. Factors regulating arteriogenesis. Arterioscler Thromb Vasc Biol 2003; 23: 1143–1151.
[18] Heil, M, Schaper, W. Influence of mechanical, cellular, and molecular factors on collateral artery growth (arteriogenesis). Circ Res 2004; 95: 449–458.
[19] Roth, DM, White, FC, Bloor, CM. Altered minimal coronary resistance to antegrade reflow after chronic coronary artery occlusion in swine. Circ Res 1988; 63: 330–339.
[20] Heil, M, Eitenmuller, I, Schmitz-Rixen, T, et al. Arteriogenesis versus angiogenesis: similarities and differences. J Cell Mol Med 2006; 10: 45–55.
[21] Kelly, BD, Hackett, SF, Hirota, K, et al. Cell type-specific regulation of angiogenic growth factor gene expression and induction of angiogenesis in nonischemic tissue by a constitutively active form of hypoxia-inducible factor 1. Circ Res 2003; 93: 1074–1081.
[22] Sato TN, Tozawa Y, Deutsch U, et al. Distinct roles of the receptor tyrosine kinases Tie-1 and Tie-2 in blood vessel formation, Nature 1995, 376:70-74.
[23] Tepper, OM, Capla, JM, Galiano, RD, et al. Adult vasculogenesis occurs through in situ recruitment, proliferation, and tubulization of circulating bone marrow-derived cells. Blood 2005; 105: 1068–1077.
[24] Asahara, T, Masuda, H, Takahashi, T, et al. Bone marrow origin of endothelial progenitor cells responsible for postnatal vasculogenesis in physiological and pathological neovascularization. Circ Res 1999; 85: 221–228.

*Page 13 of 57*

Exhibit 31, p. 13

*SIGNAL ASSESSMENT*                                                                                      *CR File Number*
PROTECTED B

### 3.1.4.2 Mechanism of Nilotinib-induced PAOD and other atherosclerosis-related diseases.

Collateralization and neovascularization are both compensatory mechanisms that contribute to maintain adequate tissue perfusion in response to the artery wall thickening associated with the development of atherosclerosis. For collateralization and neovascularization to occur, the presence of several growth factors (including VEGF, PDGF, ANG-1 and ANG-2) and tyrosine kinase receptors (including Flk1, Flt1, PDGFR, c-Kit, and, Tie2) are required. Even though nilotinib is reported to have little or no effect against the majority of other protein kinases examined, it has inhibitory effect against PDGFRα, and PDGFRβ, both receptors of PDGF as well as against c-Kit. Inhibition of PDGFRs and c-Kit occurs at concentration achieved at therapeutic doses recommended for the treatment of CML (see Table 1)[25]. Studies using the $Kit^{W/W-v}$ mouse in which, one allele is deleted and the other has reduced kinase activity, have contributed to rise some concerns about the inhibition of c-Kit. These studies showed that when subjected to myocardial infarction the $Kit^{W/W-v}$ mouse had markedly impaired post-myocardial infarction repair and survival compare to its wild-type counterpart[26,27]. This phenotype was attributed to a failure to recruit EPCs to the infarction zone. As described in section 3.1.4.1 of this document, PDGF signaling is essential during collateralization and neovascularization and PDGF receptors are critical to convey the proper signal to the cells.

Table 1. Kinases inhibited by nilotinib ($IC_{50}$ nM)

| Bcr-Abl | PDGFRs | c-Kit |
|---------|--------|-------|
| 20      | 69     | 210   |

Other kinases have been shown to be targeted by nilotinib. A recent study from the "Genomics Institute of the Novartis Research Foundation" established an exhaustive list of substrate for imatinib, dasatinib and nilotinib. Not only this study confirmed that PDGFRs and c-Kit are inhibited by nilotinib but it also demonstrated that Tie-2 is inhibited by nilotinib in BaF3 cell line with a determined $IC_{50}$ value of 3.6 μmol/L (Fig 4). 3.6 μmol/L also correspond to the maximal concentration reached by therapeutic dosage of nilotinib[28]. Tie-2 is the receptor for ANG-1 and ANG-2 and, as discussed previously, is very important in collateralization and neovascularization processes. The importance of Tie-2 in neovascularisation has been confirmed in mouse knocked down (KD) for the expression of Tie-2. These Tie-2 KD mice died during embryogenesis due to abnormal blood vessel structure and integrity[29].

Taken together, the potential inhibition of PDGFRs, c-Kit and Tie-2 by nilotinib, could impede collateralization and neovascularization processes by interfering with PDGF and ANG-

[25] Canadian Product Monograph, TASIGNA (nilotinib), date of revision September 8th 2011, Novartis Pharmaceuticals Canada Inc. 385, Bouchard Blvd. Dorval, Quebec, H9S 1A9.

[26] Ayach BB, Yoshimitsu M, Dawood F, et al. Stem cell factor receptor induces progenitor and natural killer cell-mediated cardiac survival and repair after myocardial infarction. *Proc Nat Acad Sci USA*. 2006;103:2304 –2309.

[27] Fazel S, Cimini M, Chen LS, et al. Cardioprotective c-kit_ cells are from the bone marrow and regulate the myocardial balance of angiogenic cytokines. *J Clin Invest*. 2006;116:1865–1877.

[28] DeRemer DL, Ustun C, and Natarajan K, (2008), Nilotinib: A second-generation tyrosine kinase inhibitor for the treatment of chronic myelogenous leukemia, Clin Therapen 30:1956-1975.

[29] Sato TN, Tozawa Y, Deutsch U, et al., (1995), Distinct roles of the receptor tyrosine kinases Tie-1 and Tie-2 in blood vessel formation, Nature 376:70-74.

*Page 14 of 57*

*SIGNAL ASSESSMENT*                                                  *CR File Number*
PROTECTED B

induced cell signalling and by preventing the recruitment of EPCs to site of stenosis/ischemia. Hence, it is reasonable to hypothesis that nilotinib, through the inhibition of PDGFRs, c-Kit and Tie-2, would interfere with two important compensatory mechanisms against atherosclerosis and could contribute to the accelerated development of atherosclerotic-related diseases such as PAOD. Collateralization and neovascularization represent two compensatory mechanisms shared by all atherosclerotic-related diseases. As such, one could argue that nilotinib, by interfering with PDGF and ANG signalling and by preventing recruitment of EPC to site of stenosis/ischemia, could exacerbate the clinical outcome of all atherosclerotic-related diseases.

Nilotinib might contribute to exacerbate atherosclerotic-related diseases through other mechanisms of action as well. For instance, diabetes mellitus, hyperglycemia and hypercholesterolemia are among non-hematologic adverse drug reactions associated with nilotinib[30,31] (see appendix 4). These particular conditions are well known to be associated with atherosclerotic diseases. During non-clinical toxicology studies in animals, an increase in cholesterol levels was observed in monkey, rats and dogs[31]. A clinical trial (Redacted) reported that nilotinib was associated with an increase of cholesterol level in 24.2% of patients. Hypercholesteromia was also reported more frequently with nilotinib when compared to imatinib in a randomized, active-control, open-label multinational trial[32]. Hyperglycemia and new onset of diabetes were also reported after marketing authorization[31]. As presented in Table 2,

Table 2 Clinical classification of all Preferred terms in the MedDRA SMQ for Hyperglycemia/new onset diabetes mellitus broad search in patients receiving nilotinib as of (Redacted) reporting period (N=50). (Adapted from Safety signal assessment for nilotinib, Health Canada[29])

| Clinical classification | Pre-approval | | | PSUR #1 | | | PSUR #2 | | | Cumulative total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total cases | Source | | Total cases | Source | | Total cases | Source | | Total cases | Source | |
| | | SR | CT | | SR | CT | | SR | CT | | SR | CT |
| Elevated glucose* | 14 | 0 | 14 | 5 | 2 | 3 | 11 | 8 | 3 | 30 | 10 | 20 |
| Worsening of diabetes mellitus** | 6 | 0 | 9 | 2 | 0 | 2 | 3 | 0 | 5 | 11 | 0 | 16 |
| New onset diabetes mellitus*** | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 1 | 2 | 0 | 2 |
| Complications/sequelae of diabetes mellitus**** | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 1 | 2 | 0 | 2 |
| Total | 22 | 0 | 25 | 7 | 2 | 5 | 16 | 8 | 10 | 45 | 10 | 40 |

\* PT - Blood glucose increased, Hyperglycaemia
\*\* PT - Diabetes mellitus inadequate control, Diabetes mellitus (with a stated history of diabetes)
\*\*\* PT - Diabetes mellitus (with no stated history of diabetes), Diabetes mellitus inadequate control (with no stated history of diabetes)
\*\*\*\* PT - Diabetic ketoacidosis, Diabetic coma, Hyperglycaemic hyperosmolar nonketotic syndrome

50 cases of hyperglycemia/new-onset diabetes were identified from different early post-marketing data sources. Forty (40) cases were from clinical trials (CT) including 2 new onsets of diabete mellitus and 16 cases of worsening of diabetes. Ten (10) cases of hyperglycemia were

---

[30] Canadian Product Monograph, TASIGNA (nilotinib), date of revision September 8th 2011, Novartis Pharmaceuticals Canada Inc. 385, Bouchard Blvd. Dorval, Quebec, H9S 1A9.
[31] Safety signal assessment of Nilotinib related to Coronary Artery Stenosis, Peripheral Artery Occlusive Disease, and Myocardial Infarction, produced by the Adverse Drug Reaction Division, Office of Clinical Trials. Therapeutic Products Directorate, Health Canada, July 7 2011.
[32] http://www.cancer.gov/cancertopics/druginfo/fda-nilotinib

*Page 15 of 57*

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)                    **Exhibit 31, p. 15**

TPROD00972852

*SIGNAL ASSESSMENT*                                                           *CR File Number*

PROTECTED B

retrieved from spontaneous reports (SR)[31]. Interestingly, nilotinib has some inhibitory activity against the insulin receptor as illustrated in figure 4. Therefore inhibiting the insulin receptor, even partially, could account for the onset of diabetes and hyperglycemia in some patients using nilotinib by reducing the insulin receptor-dependent uptake of glucose.



Figure 4 Inhibitory activity of nilotinib against a large spectrum of kinases.
Imatinib and nilotinib were tested against the purified enzyme (*in vitro*) or the kinase cell line panel (Ba/F3). Data for Ba/F3 are listed as the $IC_{50}$ in $\mu M$, whereas the *in vitro* data are listed as the percent enzymatic activity remaining at 10 $\mu M$ compound. The boxes are colored in green (potent inhibition), black (mild inhibition), or red (little to no inhibition). Tie-2 and INSR (insulin receptor) are two kinases of particular interest for the argument developed in the present assessment (see arrows). Figure adapted from Melnick et al[33]

Development of diabetes and hypercholesterolemia and the possible interference of nilotinib with neovascularization and collaterization processes are non-exclusives mechanisms that could potentially contribute for the development of PAOD and other atherosclerotic-related diseases associated with the use of nilotinib. Even though the role of PDGFRs, c-Kit, and Tie-2 in the development of collateralisation and neovascularisation has been well described in the literature and the inhibitory action of nilotinib against these tyrosine kinase receptors has been well established, it remains that no experimental data has directly demonstrated the effect of

---

[33] Melnick JS, Janes J, Kim S, et al, (2005), An efficient rapid system for profiling the cellular activities of molecular libraries, Proc Natl Acad Sci USA 103:3153-3158.

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)                    Exhibit 31, p. 16                    TPROD00972853

*SIGNAL ASSESSMENT*                                                    *CR File Number*
                              PROTECTED B

nilotinib on collateralisation and neovascularisation leading to exacerbation of atherosclerotic-related diseases.

### 3.1.5 Regulatory and Marketing Status in Canada

Information regarding the Canadian marketing status of nilotinib retrieved from the Drug Submission Tracking System (DSTS-Health Canada) and the Drug Product Database (DPD-Health Canada) indicates that TASIGNA® (nilotinib), marketed by Novartis Pharmaceutical Canada Inc, first received a NOC with conditions on Redacted for the immediate release 200 mg tablet formulation. Following supplemental new drug submissions, TASIGNA® received a NOC in Redacted for the treatment of adult patients with chronic myeloid leukemia in chronic phase resistant to or intolerant of at least one prior therapy including imatinib and a NOC with conditions in Redacted for the treatment of adult patients with newly diagnosed chronic myeloid leukemia in chronic phase and for the treatment of adult patients with accelerated phase chronic myeloid leukemia resistant to or intolerant of at least one prior therapy including imatinib. 150 mg or 200 mg of TASIGNA® tablets are now available in Canada. Novartis Pharmaceutical Canada Inc is the only company marketing nilotinib in Canada.

### 3.1.6 International Marketing Status for nilotinib

The international birth date is July 24th 2007 based on the first approval of TASIGNA® 200 mg hard capsules in Switzerland. TASIGNA® 200 mg and 150 mg hard capsules are currently marketed by Novartis in 93 and 39 countries respectively[34].

### 3.1.7 Patient Exposure

According to the last Periodical Safety Update Report (PSUR) covering the period between February 1st 2010 and January 31st 2011, the international cumulative patient exposure since the first launch of the product is estimated to be approximately 12,053 patient-years worldwide. A representation of the international exposure per year (in patient-years) is illustrated in figure 5 and indicates that exposure has approximately double every year since 2008. Occurrence of CML is relatively low in Canada which is reflected by a low patient exposure to the drug. Figure 6 shows that, for the period between Sept 2008 and August 2011, the number of prescriptions in Canada for nilotinib never stop increasing to reach a total of 762 prescriptions and will most likely continue to progress in the coming years[35]. This data can be used as a crude estimate of patient exposure in Canada.

---

[34] Periodical Safety Update Report 6 for the period of 01 Feb 2010 to 31 Jan 2011 released in March 2011 by Novartis Pharmaceutical Inc.
[35] Estimation derived from IMS data.

*Page 17 of 57*

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)          Exhibit 31, p. 17                    TPROD00972854

*SIGNAL ASSESSMENT*                                          *CR File Number*
                              PROTECTED B




Figure 5 International exposure for nilotinib from its   Figure 6 Number of Canadian prescription for nilotinib
entry to the market to 2010                              from its entry to the market to August 31, 2011

### 3.2 Previous mitigation measures

### 3.2.1 Health Canada

The CPM for nilotinib (last updated, September 2011) contains the following information regarding cardiovascular events in the **Warnings and Precautions:**

*Cardiovascular:*
*The following cardiovascular adverse reactions have been observed in patients in the TASIGNA\* clinical studies at the recommended doses at a frequency of less than 5% including cardiac failure observed in <1% of patients in imatinib-resistant or -intolerant Ph+ CML-CP and CML-AP patients. There were 3 cases of cardiac failure and 1 case of deep vein thrombosis in newly diagnosed Ph+ CML-CP patients. There were cases of peripheral arterial occlusive disease (including femoral artery stenosis), coronary artery stenosis, carotid artery stenosis, and cerebrovascular accident reported in patients taking TASIGNA\* (uncommon frequency) in pooled clinical trials. (See ADVERSE REACTIONS).*

The CPM for nilotinib contains the following information regarding cardiac disorders and cardiovascular events in the **Adverse Reaction** section in the subsection less common clinical trial adverse drug reaction (<5%):

*Cardiac Disorders:*
***Common***: *angina pectoris, arrhythmia (including atrioventricular block, cardiac flutter, extrasystoles, atrial fibrillation, bradycardia), cardiac failure, palpitations, electrocardiogram QT prolonged.*
***Uncommon***: *peripheral arterial occlusive disease (including femoral artery stenosis), coronary artery stenosis, carotid artery stenosis, and cerebrovascular accident, myocardial infarction, pericardial effusion, deep vein thrombosis, coronary artery disease, cyanosis, cardiac murmur.*
***Unknown frequency***: *myocarditis, ventricular dysfunction, pericarditis, ejection fraction decrease, congenital transposition of great vessels in neonate (fatal).*

*Page 18 of 57*

*SIGNAL ASSESSMENT*                               *CR File Number*
                    PROTECTED B

*Vascular Disorders:*
*Common:* *hypertension, flushing.*
*Uncommon*: *hypertensive crisis, peripheral arterial occlusive disease (including femoral artery stenosis), coronary artery stenosis, carotid artery stenosis, and cerebrovascular accident, hematoma.*
*Unknown frequency: shock hemorrhagic, hypotension, thrombosis.*

The adverse events associated with vascular disorders are considered uncommon taken individually. No mention was made of the potential risk of accelerated development of atherosclerotic-related diseases associated with the use of nilotinib. Atherosclerosis is not mentioned in the CPM.

**3.2.2 FDA**

The USPI[36] (last updated, November 2011) for nilotinib contains the following information regarding cardiac disorders and cardiovascular events in section **6.2 Additional Data from Clinical Trials:**

*Cardiac Disorders: Common: angina pectoris, arrhythmia (including atrioventricular block, cardiac flutter, extrasystoles, atrial fibrillation, tachycardia, bradycardia), palpitations, electrocardiogram QT prolonged. Uncommon: cardiac failure, pericardial effusion, coronary artery disease, cyanosis, cardiac murmur. Unknown frequency: myocardial infarction, ventricular dysfunction, pericarditis, ejection fraction decrease.*

*Vascular Disorders: Common: hypertension, flushing. Uncommon: hypertensive crisis, peripheral arterial occlusive disease, hematoma. Unknown frequency: shock hemorrhagic, hypotension, thrombosis.*

There was no specific labelling pertaining to the use of nilotinib and potential risk of accelerated development of atherosclerotic-related diseases. Atherosclerosis is not mentioned in the USPI.

**3.2.3 EMA**

The SmPC for nilotinib (last updated January 2012) contain the following information regarding cardiovascular events in section **4.8 Undesirable effects**:

*Cardiac disorders*:*
*Common: arrhythmia (including tachycardia, atrial fibrillation, ventricular extrasystoles, sinus bradycardia), electrocardiogram QT prolonged, palpitations.*
*Uncommon: angina pectoris, cyanosis.*
*Not known: cardiac failure, ejection fraction decrease, pericardial effusion, pericarditis, diastolic dysfunction, left bundle branch block.*

---

[36] United States Product Information, TASIGNA (nilotinib), date of revision October 26th 2011, Novartis Pharmaceuticals Corporation. East Hanover, New Jersey, 07936.

*Page 19 of 57*

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)      Exhibit 31, p. 19                    TPROD00972856

*SIGNAL ASSESSMENT*                                                   *CR File Number*

PROTECTED B

*\*reported in 300 mg twice daily and/or 400 mg twice daily treatment arm of phase III study*

*Vascular disorders:*
**Common:** *hypertension, flushing.*
**Uncommon:** *peripheral arterial occlusive disease.*
**Not known:** *haematoma.*

The adverse events associated with vascular disorders are considered uncommon taken individually. No mention was made of the potential risk of accelerated development of atherosclerotic-related diseases associated with the use of nilotinib. Atherosclerosis is not mentioned in the SmPC.

**3.3 Algorithms used for causality and seriousness**

For causality, the definition used is from Therapeutic Products Program Guidelines[37]. For seriousness, the definition used is from the World Health Organization[38].

**3.4 Analysis of Canadian and foreign event data**

**3.4.1 Report from Health Canada Office of Clinical Trials-Adverse Drug Reaction (OCT-ADR).**

In Redacted the Bureau of Metabolism, Oncology and Reproductive Sciences (BMORS) requested the OCT-ADR Division to review safety data related to Nilotinib[39] (see appendix 4). The review process, completed on July 7, 2011, identified three signals related to Stenosis (CAS), PAOD, and Myocardial Infarction (MI). All these health problems are associated with atherosclerosis. The conclusions reached following OCT-ADR review are as follow:

*1. Evidence from Non-clinical studies for CAS, PAOD and MI:*

- *Nilotinib is detected in the artery wall (aorta) even after 168 hours of drug administration.*

- *Nilotinib exhibits histopathological changes consisting in focal mesothelial cell proliferation and coronary medial hypertrophy (dogs >300 mg/m2).*

- *The vasocontrictive effect of nilotinib was illustrated in isolated human coronary arteries*

---

[37] Guidelines for reporting Adverse Reactions to Marketed Drugs. Therapeutics Products Program, Health Canada, 1996.
[38] Safety of Medicines. A guide to detecting and reporting adverse drug reactions. World Health Organization. Geneva 2002: 6.
[39] Safety signal assessment of Nilotinib related to Coronary Artery Stenosis, Peripheral Artery Occlusive Disease, and Myocardial Infarction, produced by the Adverse Drug Reaction Division, Office of Clinical Trials. Therapeutic Products Directorate, Health Canada, July 7 2011.

*Page 20 of 57*

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

Exhibit 31, p. 20

*SIGNAL ASSESSMENT*                                                                  *CR File Number*

PROTECTED B

- *The significant reduction of coronary flow with the precipitation and potential formation of micro-thrombi in rabbit hearts (at >0.5 micrograms).*

- *Nilotinib increases the total cholesterol and triglycerides in rats, dogs, and monkeys.*

- *Nilotinib increases the glucose levels in mice and monkeys.*

**2. Metabolic effects associated with nilotinib including the elevation of cholesterol and triglycerides levels, the elevation of glucose levels and the development of diabetes, are also cofactors and/or risk factors for the development of PAOD, CAS and MI:**

- *Evidence from non-clinical studies for an increase in the total cholesterol and triglycerides levels in most animal models, and an increase of glucose levels in mice (see section 3.4.1.2 of the present document)*

- *Early post-marketing cumulative data (Jul. 31, 2008) show 50 cases of hyperglycaemia/new onset diabetes mellitus, 40 were from clinical trials included 2 cases of new onset of diabetes mellitus, 16 cases of worsening of diabetes , and 2 cases of complication of diabetes*

- *A Safety Comparison of Cumulative AEs rates between nilotinib and dasatinib show that the risk for an increase in glucose levels/Diabetes is at least seven (7) times higher in patients using nilotinib than those with dasatinib (the incidence rate 17,7 vs. 2.39 per 1,000 patient-year respectively)*

- *Hypercholesterolemia is reported more frequently in nilotinib treatment compared to imatinib treatment in a randomized, active-control, open-label multinational clinical trial.*

**3. Evidence from epidemiological and pharmacovigilance data:**

- *There is a strong association between nilotinib and coronary artery stenosis (EBO5=30), myocardial ischaemia, acute coronary syndrome, coronary artery disease and acute myocardial infarction, while the same class of drugs, dasatinib and imatinib were not associated with these events.*

- *There were at least 33 cases related to Peripheral Artery Occlusive Disease (PAOD) and 6 amputations (until 30 Sep 2010) and also Forty- two (42) cases of Coronary Artery Stenosis (until January 31, 2011) in the Novartis Global database. Most of these cases are from clinical trial studies. Also most of the 42 cases of CAS had surgery as stent placement. There was description for risk factors associated to PAOD such as hypertension, diabetes mellitus, hypercholesterolemia, dyslipidemia and/or smoking as well as pre-existing arterial disorders.*

- *All these clinical trial cases are happening despite the fact that in Nilotinib protocols there is an exclusion criteria for:*

*Page 21 of 57*

*SIGNAL ASSESSMENT*                                          *CR File Number*

PROTECTED B

o *history or signs of prior myocardial infarction, history of unstable angina (during the last 12 months), and other clinically significant heart disease (e.g. congestive heart failure or uncontrolled hypertension).*

**4. The analysis of the clinical data from adverse event reports has shown that:**

- *The rapidly progressive and multi-sites presentation of all stenosis and re-stenosis with multiple associated surgeries (most were stents placement), is the common pattern between all the clinical adverse reports analysed.*

- *The initial latency time ranged from 2 to 48 months and once the stenosis is detected the latency time between episodes is very short with an average of 3-4 months. This fast and unusual development combined with severity of the cases (all of them with surgery and some with amputation) might not be explained completely by the presence of known risk factors for development of PAOD, CAS and MI such as diabetes, hypercholesterolemia, hypertension, smoking, family history etc.*

- *There are cases of rapidly progressive and multi episodes of PAOD and/or CAS with restenosis in patients treated with Nilotinib where no risk factors were found by the investigators.*

- *Some patients who developed PAOD and /or CAS had a history/or developed diabetes or hypercholesterolemia during Nilotinib treatment. These are risk factors for CAS, PAOD and MI but are also cofactors related to metabolic effect of nilotinib.*

- *Despite the fact that some patients were receiving treatment for their diabetes, hypertension, and hypercholesterolemia, they developed a severe and rapidly progressing PAOD and/or CAS. **Even some cases with treatments with antiplatelet agents (eg. clopidrogel, aspirin) and or anticoagulants (eg. coumarin) given to the patients for the first episode of PAOD and/or CAS did not stop the rapid development of a second or further episodes of PAOD or CAS.***

**5. Two current publications support the association between PAOD and Nilotinib.** (These publications are discussed in section 3.4 of this document).

- *Aichberger et al, (2011), Progressive peripheral arterial occlusive disease and other vascular events during nilotinib therapy in CML. Am. J. Hematol. 86:533-539.*

- *Tefferi A and Letendre L, (2011), Nilotinib treatment-associated peripheral artery disease and sudden death: Yet another reason to stick to imatinib as front-line therapy for chronic myelogenous leukemia, Am J Hematol 86:610-611.*

The report thoroughly reviewed data from non-clinical studies and cases from several sources (PSUR #2, clinical trial study Redacted, OCT-Nilotinib Database, and Novartis Clinical Safety Database for Tasigna). Detailed conclusions were provided which for the most part

*Page 22 of 57*

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)          Exhibit 31, p. 22                    TPROD00972859

*SIGNAL ASSESSMENT*                                                              *CR File Number*
PROTECTED B

support the hypothesis that the use of nilotinib was responsible for the increase risk of developing PAOD, CAS and MI. All these health problems could be linked to atherosclerosis.

### 3.4.2 CanadaVigilance database

A search of the CanadaVigilance database was performed for reports containing nilotinib in a suspected or concomitant role in association with the SMQ term: *Embolic and thrombotic events, arterial* (see appendix 3A for a list of preferred terms) and HLTs *Peripheral vasoconstriction necrosis and vascular insufficiency*, *Non-site specific necrosis and vascular insufficiency*, and *Coronary necrosis and vascular insufficiency*" (see appendix 3B for a list of preferred terms): Data lock point: November 30th, 2011. No cases were retrieved using the SMQ *Embolic and thrombotic events, arterial*. Search for adverse events associated with nilotinib and related to HLTs *Peripheral vasoconstriction necrosis and vascular insufficiency*, *Non-site specific necrosis and vascular insufficiency*, and *Coronary necrosis and vascular insufficiency*" identified 5 cases (See table 3).

Table 3 Cases retrieved in the CanadaVigilance database involving nilotinib and potential atherosclerotic-related diseases.

| Report # | Date | Serious | Outcome | Age | Sex | Pt Name |
|----------|------|---------|---------|-----|-----|---------|
| Redacted | 2009-03-04 | Yes | Unknown | N/R | F | Arterial insufficiency<br>Leg amputation |
| Redacted | 2010-12-13 | Yes | Unknown | N/R | F | Hyperbilirubinaemia<br>Hypoaesthesia<br>Pallor<br>Raynaud's phenomenon<br>Sensory loss |
| Redacted | 2011-05-02 | Yes | Unknown | 40 | F | Drug intolerance<br>Flushing<br>Raynaud's phenomenon |
| Redacted | 2011-06-23 | Yes | Unknown | 75 | Unknown | Cardiac failure congestive<br>Gout<br>Groin pain<br>Leg amputation<br>Pain<br>Pain in extremity<br>Peripheral ischemia<br>Peripheral vascular disorder<br>Phantom pain<br>Postoperative wound infection<br>Pulmonary oedema<br>Renal failure acute<br>Tachycardia<br>White blood cell count increased |
| Redacted | 2011-08-24 | Yes | Unknown | 48 | F | Myocardial infarction |

N/R: Not reported

Cases # Redacted and # Redacted might represent cases of PAOD, although they were not clearly identified as such. In case # Redacted the patient suffered from arterial insufficiency and had to be amputated of one leg. Knowing that PAOD often leads to amputation, amputation in this case could have been a consequence of PAOD especially that arterial insufficiency was also identified. Case # Redacted suffered from peripheral ischemia which is a consequence of PAOD. One case of myocardial infarction and two cases of Raynaud's syndrome were also reported. Atherosclerosis is a common condition within the population and most part of the disease progression remains asymptomatic. Therefore it is difficult to ascertain, considering the

*Page 23 of 57*

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)                **Exhibit 31, p. 23**

*SIGNAL ASSESSMENT*                                                                                 *CR File Number*
PROTECTED B

small number of cases, whether these manifestations of atherosclerotic-related diseases have been accelerated by the use of nilotinib or are the consequence of the normal progression of the atherosclerotic disease in these individuals.

**3.4.3 Causality assessment**

Given the short time nilotinib has been on the market, the low exposure of the population to the drug, and the relatively small number of case reports found in the literature, a causality assessment was requested to MPMDB medical section on February 2012 to document the potential relationship that exists between nilotinib and the occurrence of atherosclerotic-related diseases. Eighteen (18) cases were submitted for assessment which includes 6 cases from the literature, 7 cases from the Office of Clinical Trials-Adverse Drug Reaction (OCT-ADR) archive[40] and 5 cases from the Canadavigilance database.

Cases from the literature were evaluated and found to be *"detailed, from credible sources, have been thoroughly assessed and published in credible medical journals"*. Therefore causality assessment was not recommended. Cases from OCT-ADR were also evaluated and found to be *"well documented and have been reviewed by the OCT-ADR division assessment officer, with detailed conclusions concerning the possible association of nilotinib with coronary artery stenosis, peripheral artery occlusive disease and myocardial infarction including resultant subgroup analyses."* As a result, it was determined that causality assessment was not needed for these cases.

The 5 cases retrieved from the Canadavigilance database were assessed. Two (2) cases were dismissed as it did not fit the case definition (Raynaud phenomenon). The three (3) other cases were assessed as *"UNASSESSIBLE given insufficient information regarding duration of exposure and timing of AE in regards to drug administration."* The following conclusion has been reached for this causality assessment:

"*As causality for all retained cases is "Unassessible, there are no conclusions or recommendations arising from this assessment."*

Considering the small number of cases retrieved from the Canadavigilance database for nilotinib that could be associated with atherosclerosis and the fact that the cases retrieved were insufficiently documented, no conclusions could be reached regarding the association of nilotinib and the occurrence of atherosclerotic-related diseases for the Canadian cases.

**3.4.4 WHO Vigibase**

A search of the WHO Adverse Drug Reaction Database was performed to identify a possible association between the use of nilotinib and the adverse events found in the SMQ term: *Embolic and thrombotic events, arterial* and the following HLTs: *Peripheral vasoconstriction necrosis and vascular insufficiency, Non-site specific necrosis and vascular insufficiency* and

---

[40] Safety signal assessment of Nilotinib related to Coronary Artery Stenosis, Peripheral Artery Occlusive Disease, and Myocardial Infarction, produced by the Adverse Drug Reaction Division, Office of Clinical Trials. Therapeutic Products Directorate, Health Canada, July 7 2011.

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)    Exhibit 31, p. 24                                   TPROD00972861

*SIGNAL ASSESSMENT*                                                            *CR File Number*

PROTECTED B

*Coronary necrosis and vascular insufficiency* (see appendix 3A and 3B). The search, covering the period from market entry to January 2012, identified 181 adverse events associated with nilotinib use and the above SMQ/HLT terms. Among them, 47 adverse events were associated with the system organ class (SOC) vascular disorders (including 18 cases of PAOD), 69 were found in the SOC cardiac disorders, 26 associated with the SOC surgical and medical procedures and 36 were found in the SOC nervous system disorders (Fig 7). This distribution of adverse events within these different SOC suggests that the potential association of nilotinib with vascular disorders is not restricted to peripheral artery diseases (PAD) but could also apply to coronary artery diseases (CAD) and to cerebrovascular diseases (CVD). Knowing that PAD, CAD and CVD are all associated with atherosclerosis, these observations support the hypothesis that an association potentially exists between nilotinib and the development/exacerbation of atherosclerotic-related diseases.



Figure 7 Distribution of the adverse events retrieved from the WHO Vigibase and related to vascular diseases associated with the use of nilotinib in the different SOC.

Our analysis revealed that the number of adverse events related to vascular diseases and associated with the use of nilotinib has constantly increased from 4 in 2008 to 129 in 2011 (Fig 8). Additionally, the number of adverse events associated with PAOD has increased from 2 cases in 2010 to 14 cases in 2011 (Fig 9). Similarly, adverse events associated with arterial therapeutic procedures and ischemic coronary artery disorders have increased from 7 to 19 and 1 to 11 adverse events respectively between 2009 and 2010 (Fig 10). These data support the hypothesis that the use of nilotinib might potentially accelerate/exacerbate the development of atherosclerotic-related disease.



Figure 8 The number of adverse events retrieved from the WHO Vigibase and related to vascular diseases

*Page 25 of 57*

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)                    Exhibit 31, p. 25                    TPROD00972862

*SIGNAL ASSESSMENT*                                                                            *CR File Number*

PROTECTED B

associated with the use of nilotinib for each year since 2008 and up to December 31, 2011.



Figure 9 Evolution in the number of PAOD associated with the use of nilotinib retrieved from the WHO Vigibase.



Figure 10 Evolution in the number of adverse events associated with ischemic coronary artery disorders and arterial therapeutic procedure in patients treated with nilotinib retrieved from the WHO Vigibase.

**3.4.5 Data mining**

Analysis of nilotinib adverse events data from WHO combination database using the Baysian confidence propagation neural network (BCPNN) approach was performed. Information component measures of disproportionality (IC and its lower limit confidence $IC_{025}$) were retrieved for all the adverse events associated with nilotinib and only IC and $IC_{025}$ values greater than 1 were conserved. It is important to understand that IC value do not give any information about qualitative causality of a drug-adverse event combination but show quantitative dependency based on the number of reports in the WHO database. Of all the preferred term (74) corresponding to the above criteria, nearly a quarter of them (16) could be associated with atherosclerotic diseases (See table 4). Positive IC values and $IC_{025}$ values indicate that the combination nilotinib-atherosclerotic-related adverse events have been reported more often than expected within the Vigibase database suggesting potential association. Results from data mining

*Page 26 of 57*

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)          Exhibit 31, p. 26

TPROD00972863

SIGNAL ASSESSMENT                                                          CR File Number
PROTECTED B

performed by the FDA and sent to BMORS to be included in the OCT-ADR report[41] (see appendix 4) revealed high EB05 values for cardiac data retrieved from the US FDA AERS database for nilotinib. EB05 correspond to the estimated lower 95% confidence limit for the Empirical Bayes Geometric Mean (EBGM). A value of EB05=20 means that the drug-event combination occurred AT LEAST 20 times more frequently in AERS than expected. The data obtained for nilotinib and cardiac events suggests a strong association between nilotinib and coronary artery stenosis and angina pectoris (EB05 value of 30.078 and 11.715 respectively). A positive association between nilotinib and myocardial ischemia, acute coronary syndrome, coronary artery disease and acute myocardial infarction was also identified (EB05 value ~3.0). These results not only suggest a potential association between nilotinib and occurrence of PAOD but also with nilotinib and atherosclerotic-related diseases.

Table 4 IC and IC025 value retrieved from WHO database for nilotinib and PAOD and other arthero sclerosis related diseases

| Preferred Term | NComb | IC | IC025 | Nadr | NCountry | Ndechall | Nrechall | Nfatal |
|---|---|---|---|---|---|---|---|---|
| Peripheral arterial occlusive disease | 18 | 4.91 | 4.17 | 531 | 4 | 0 | 0 | 1 |
| Coronary artery stenosis | 17 | 4.43 | 3.66 | 1 447 | 3 | 0 | 0 | 1 |
| Femoral arterial stenosis | 9 | 4.20 | 3.11 | 78 | 5 | 0 | 0 | 1 |
| Acute myocardial infarction | 21 | 3.47 | 2.79 | 6 660 | 6 | 0 | 0 | 2 |
| Stent placement | 10 | 3.69 | 2.66 | 1 449 | 2 | 0 | 0 | 0 |
| Angina pectoris | 30 | 3.14 | 2.58 | 13 702 | 8 | 1 | 0 | 0 |
| Intermittent claudication | 6 | 3.33 | 1.95 | 678 | 4 | 0 | 0 | 0 |
| Coronary artery disease | 20 | 2.65 | 1.95 | 12 760 | 5 | 0 | 0 | 3 |
| C-reactive protein increased | 9 | 2.70 | 1.60 | 4 478 | 4 | 0 | 1 | 2 |
| Coronary artery bypass | 6 | 2.88 | 1.50 | 1784 | 2 | 0 | 0 | 1 |
| Ejection fraction decreased | 6 | 2.59 | 1.21 | 2 682 | 2 | 0 | 0 | 3 |
| Arterial disorder | 4 | 2.94 | 1.20 | 410 | 2 | 0 | 0 | 0 |
| Cardiac failure congestive | 20 | 1.85 | 1.15 | 23 999 | 3 | 0 | 0 | 5 |
| Myocardial ischaemia | 7 | 2.33 | 1.07 | 4 588 | 3 | 0 | 0 | 0 |
| Coronary arterial stent insertion | 4 | 2.80 | 1.06 | 680 | 3 | 0 | 0 | 0 |
| Cardiac enzymes increased | 4 | 2.76 | 1.03 | 755 | 2 | 0 | 0 | 2 |

### 3.5 Scientific literature

A literature search (refer to appendix 1) was performed by the scientific library at Health Canada to retrieve articles related to nilotinib and PAOD/arterial and vascular diseases (data lock-point March 21st 2011). The search identified 76 articles (refer to appendix 2). Titles/abstracts were reviewed and 11 representative articles were first retained for our analysis based on their relevance to the current issue. Out of these 11 articles, 3 were case reports, 2 were comment/letter regarding the issue, and 6 were reviews on the topic. Only the most recent review relevant to the topic would be further considered. No epidemiologic studies have been retrieved from this search. A summary of the 6 relevant articles is presented below:

### 3.5.1 Signal Articles

---

[41] Safety signal assessment of Nilotinib related to Coronary Artery Stenosis, Peripheral Artery Occlusive Disease, and Myocardial Infarction, produced by the Adverse Drug Reaction Division, Office of Clinical Trials. Therapeutic Products Directorate, Health Canada, July 7 2011.

*Page 27 of 57*

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)                     Exhibit 31, p. 27                     TPROD00972864

*SIGNAL ASSESSMENT*                                                                              *CR File Number*

PROTECTED B

The following articles/comments were considered by MPMDB as a main piece of evidence to support the need for this signal assessment:

1) Aichberger et al, (2011), Progressive peripheral arterial occlusive disease and other vascular events during nilotinib therapy in CML. Am. J. Hematol. 86:533-539.

Case report summary:

- Between 2007 and 2010 a total number of 24 patients received nilotinib and were examined for the development of non-hematologic adverse events.

- Three of these 24 CML patients developed a rapidly progressive PAOD during treatment with nilotinib. In all three cases, PAOD required repeated angioplasty and/or multiple surgeries within a few months and quality of life has been compromised. No PAOD was known before nilotinib-therapy in these patients. PAOD events occur relatively shortly after initiation of nilotinib therapy. All three patients had received imatinib previously.

- Of these three patients that developed PAOD, two patients had pre-existing risk factors predisposing for PAOD, and one of them had developed diabetes mellitus during nilotinib treatment.

- One patient has been switched to dasatinib in 2010. Although further PAOD occurred afterward, no other severe PAOD events occur between October 2010 and January 2011 (study published in March 2011).

- In the other 21 patients treated with nilotinib, one less severe PAOD, one myocardial infarction, one spinal infarction, one subdural hematoma, and one sudden death of unknown etiology were recorded.

- Possible targets for nilotinib including c-Kit, DDR1 and PDFGR and their possible link with the severe manifestations of PAOD were discussed. The effect of nilotinib on glucose metabolism was also discussed. Overall, the exact relationship between PAOD and nilotinib therapy still remains speculative.

- The study concludes that treatment with nilotinib may be associated with an increased risk of vascular adverse events, including PAOD development. In a subgroup of patients, these events are severe or even life-threatening. Although the exact mechanisms remain unknown, screening for pre-existing PAOD and for vascular risk factors such as diabetes mellitus in all patients is recommended before starting nilotinib and in the follow up during nilotinib-therapy.

*Reviewer comments:*

*Page 28 of 57*

*SIGNAL ASSESSMENT*                                                                              *CR File Number*

PROTECTED B

- *This is the first study identifying a potential relationship between nilotinib and the development of vascular diseases.*

- *The case reports are well documented and clearly present the possible problematic between the use of nilotinib and the potential development of vascular diseases.*

- *Although atherosclerosis is most likely a pre-existing condition in most of these patients, it remains that the manifestations of PAOD correlate with the initiation of nilotinib therapy and develop quickly into very severe and treatment-refractory conditions.*

- *As this is a retrospective study, it is subjected to potential limitations that are inherent to this type of studies such as selection bias, information bias and the possibility to underestimate the weight of confounding and bias due to the small size of the population studied.*

- *Information on how risk factors for atherosclerosis were collected and to which extent they could be confounded by CML or by prior CML therapy were not identified/discussed.*

- *Limited information related to the characteristics of the population (size, age, gender, CML phase…) from which these cases were retrieved was available.*

- *Retrospective study heavily relies on patient's memory. As risk factors of atherosclerosis are well publicized and might reflect an unhealthy life habits, the patients might have been more reluctant to share information regarding their risk factors for vascular diseases.*

- *Nevertheless, these case reports are providing evidence that nilotinib might exacerbate atherosclerotic-related disease and this information should be shared with clinicians so that they could pay more attention to the development of vascular diseases among patients treated with nilotinib.*

2) Tefferi A and Letendre L, (2011), Nilotinib treatment-associated peripheral artery disease and sudden death: Yet another reason to stick to imatinib as front-line therapy for chronic myelogenous leukemia, Am J Hematol 86:610-611.

Case report summary

- Two case reports are presented involving patients receiving nilotinib therapy and who developed adverse vascular events such as those described by Aichberger and colleagues.

- The first case described a 54-year old, non-smoking, non-diabetic female with no history of vascular disease, diagnosed with CML in 1996. Treatment with nilotinib was started in September 2004 due to a continued lack of response to imatinib. Within three

*Page 29 of 57*

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)                    Exhibit 31, p. 29                    TPROD00972866

*SIGNAL ASSESSMENT*                                                      *CR File Number*

PROTECTED B

years of treatment the patient started to complain about lower extremity discomfort followed by chest pain. The patient was diagnosed with peripheral artery disease (PAD) and coronary artery disease (CAD). Patient's quality of life has been compromised as the patient had to deal with recurrent treatment-refractory PAD and CAD. Suspicion of a possible association between nilotinib treatment and the progressive atherosclerosis was documented in patient's hospital record but treatment with nilotinib was maintained due to the imatinib-resistant CML.

- The second case described a 63 year old non-smoking, non-diabetic man with no prior cardiovascular disease, diagnosed with CML in 2000. Treatment with nilotinib was started in December 2005 due to a continued lack of response to imatinib. On January 5, 2005 [sic], the patient complained of excessive gas and heart burn symptoms. On January 10, the patient was found dead of a sudden heart failure.

- In the remaining part of the article, the authors criticized studies that tend to demonstrate that second generation-TKI (SG-TKI) out-performed imatinib as front-line therapy against CML and discussed studies demonstrating that imatinib performed as well as SG-TKI at higher dose.

- The authors claimed that no evidence suggests that patients would fare better whether they start front line therapy with SG-TKI as opposed to starting with imatinib first followed by an early switch to SG-TKI in case of sub-optimal response to imitinib.

- Their case reports, added to those of Aichberger, question the prudence of rushing to replace imatinib with SG-TKI as front line therapy for CML.

*Reviewer comments*

- *The publication of this article has been inspired by the article of Aichberger et al. Two case reports were presented involving patients receiving nilotinib therapy and who developed adverse vascular events similar to those previously described by Aichberger et al. and supporting the argument developed by Aichberger et al.*

- *The case reports are well documented and clearly present the possible problematic between the use of nilotinib and the potential development of vascular diseases.*

- *Limited information related to the characteristics of the population (size, age, gender, CML phase...) from which these cases were retrieved was available.*

- *Retrospective study heavily relies on patient's memory. As risk factors of atherosclerosis are well publicized and might reflect an unhealthy life habits, the patients might be more reluctant to share information regarding their risk factors for vascular diseases.*

- *In the first case reported in this study, manifestations of PAOD appeared three years after initiation of nilotinib therapy, but then evolved quickly into a very severe and*

*Page 30 of 57*

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)                    Exhibit 31, p. 30

*SIGNAL ASSESSMENT*                    PROTECTED B                    *CR File Number*

*treatment-refractory condition. This suggests that nilotinib might contribute to the manifestation of the disease but it might not be the only factor involved.*

- *In the second case reported, the initiation of nilotinib therapy correlates closely with the first manifestation of CAD which suggests a cause to effect. However, the accuracy of the dates reported for this second case is questionable. Indeed, treatment with nilotinib was started in December 2005 but the patient died on January 2005!? There is an obvious mistake in the date reported.*

- *The authors clearly outlined their concerns about the use of nilotinib as first line therapy for the treatment of chronic phase CML. Since imatinib is an efficient and relatively safe drug to control chronic phase CML in newly diagnosed patients, and since nilotinib might be associated with serious or life threatening adverse events, the use of this drug as first line therapy remains questionable.*

3) Gambacorti-Passerini C and Piazza R, (2011), Choosing the right TKI for chronic myeloid leukemia: When the truth lies in "long-term" safety and efficacy, Am J Hematol 86:531-532.

Comment summary

- Authors argues that reports from Aichberger et al and Terreri and colleague cannot be considered conclusive as they:
  o represent retrospective collection of data,
  o the number of cases involved are very small and,
  o some observed cases could be due to leukemia-associated factors.

- The authors acknowledged that these two reports identify a potentially very serious side effect associated with nilotinib that need to be thoroughly investigated.

- Three lines of actions are suggested:
  o The databases of all nilotinib based studies should be opened to an independent analysis;
  o Prospective and independent studies on the long term effects of nilotinib should be performed, similar to what is already available for imatinib.
  o Experimental studies should be performed to identify the mechanisms responsible for the observed PAOD cases.

- The use of nilotinib as second line therapy justifies accepting a higher risk given the danger of not controlling the primary disease. However, the use of nilotinib as first line therapy required a more conservative approach. The occurrence of a serious toxicity such as PAOD needs to be assessed with precision and beyond any possible doubt.

*Reviewer comments*

- *This is a comment in relation to the publication of Aichberger et al and Terreri and colleague.*

*Page 31 of 57*

*SIGNAL ASSESSMENT*                                                                 *CR File Number*

PROTECTED B

- *The authors argued that these two reports cannot be considered conclusive because of their retrospective nature, the small number of cases retrieved and the possibility that some cases could be due to leukemia associated factors.*

- *This reviewer agrees with the first two objections raised by these authors but disagree with the third objections. The severity of the cases and the overall concordance between the initiation of nilotinib therapy and the first symptoms of vascular disease argue against the role of independent leukemia-associated factors for most of the cases described in these reports. Most of these patients have been diagnosed with leukemia several years before the sudden unset of vascular diseases.*

- *The authors acknowledge that a potentially very serious side effect could be associated with nilotinib and need to be thoroughly investigated. They suggest interesting lines of actions that could be considered by regulatory agencies in order to deal with this particular situation.*

- *A consensus seems to arise around the concerns regarding the use of nilotinib as first line therapy for the treatment of chronic phase CML.*

**3.5.2 Selected Studies/Systematic Reviews/Articles 2006-2011**

1) Le Coutre P et al, (2011), Severe peripheral arterial disease during nilotinib therapy, J Natl Cancer Inst 103:1347-1348.

Correspondence summary

- A retrospective analysis of 179 patients who received nilotinib in four local medical centers was conducted after a retrospective study discovered three cases of severe PAOD in one of the local medical center.

- Of the 179 patients, 175 has CML, 4 had hypereosinophilic syndrome, acute lymphoblastic leukemia, or systemic mastocytosis.

- Among the 179 patients, 11 developed severe and previously unrecognized PAD requiring invasive therapy.

- Of the 11 patients, 2 received nilotinib as first line therapy, for all the other patients nilotinib was initiated as second line therapy. The mean time from CML diagnosis and initiation of nilotinib therapy was 347 weeks (range = 8 to 651 weeks) and the mean time from the initiation of nilotinib to the first PAD event was 105.1 weeks (range = 16 to 212 weeks).

- According to the authors, the frequency of PAD observed in this retrospective analysis appears to exceed that found in the general population and in a retrospective analysis of CML patients treated with imatinib.

*Page 32 of 57*

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)        Exhibit 31, p. 32

*SIGNAL ASSESSMENT*                                                    *CR File Number*

PROTECTED B

- 10 out of 11 patients that developed PAD had cardiovascular risk factors present before treatment, suggesting that nilotinib may aggravate a pre-existing arteriosclerotic condition.

- A recommendation was made that the issue of arteriosclerotic events in nilotinib-treated patients be prospectively addressed in a larger cohort and that clinicians carefully monitored patients receiving nilotinib and at risk of developing PAD.

*Reviewer comments*

- *This is a retrospective study of 179 patients who received nilotinib in four separate centers initiated as a follow-up to a previous publication (Aichberger et al, 2011).*

- *Limited information related to the characteristics of the population (size, age, gender, CML phase…) from which these cases were retrieved was available.*

- *Limited information about the risk factors associated with previous therapy use to control CML in those patients and the development of atherosclerosis was provided.*

- *Retrospective study heavily relies on patient's memory. As risk factors of atherosclerosis are well publicized and might reflect unhealthy live habits, the patients might be more reluctant to share information regarding their risk factors for vascular diseases.*

- *Atherosclerosis is most likely a pre-existing condition in most of these patients but the fact that the mean time between the initiation of nilotinib and the first PAD events is relatively short (105.1 weeks) suggest a potential cause to effect relationship.*

- *The authors claimed that the frequency of PAD observed in this retrospective analysis appears to exceed that found in the general population and in a retrospective analysis of CML patients treated with imatinib. However, no discussion on this topic followed this affirmation. It would have been relevant to discuss the numbers found by others relatively to the incidence of atherosclerotic-related diseases in the general population or in the population treated with imatinib, to compare the methods of analysis and to compare side by side these results with those obtained in the present study.*

2) Brauchli YB, et al, (2010), Fatal myocardial infarction during nilotinib treatment in a 60-year-old male patient, *Acta Oncol* 49:523-525.

Case report summary

- A case report of a 60 year old patient with CML and a pre-existing coronary heart disease (diagnosed after death) who developed a fatal myocardial infarction while on treatment with nilotinib.

*Page 33 of 57*

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)                    Exhibit 31, p. 33                    TPROD00972870

*SIGNAL ASSESSMENT*                                                                  *CR File Number*
PROTECTED B

- CML was diagnosed in 1997 and nilotinib treatment was initiated after patient developed intolerance to imatinib after six years of treatment.

- Four (4) month after initiating the treatment with nilotinib the patient started complaining about retrosternal pressure. Two (2) month later patient was hospitalized for angina pectoris-like symptoms. No clinical or electrocardiographic signs of coronary heart disease were identified but a coronary angiography was not performed.

- One month and a half later (1.5) the patient suffered a cardiac arrest and died three days later of multi-organ failure.

- Autopsy revealed a recent infarction of the entire myocardium, obliterating sclerosis of the ramus interventricularis anterior and circumflexus, myocardial hypertrophy of the left ventricle, atherosclerosis of the infra-renal aorta and acute bronchopneumonia.

- Apart from dyslipidaemia and increased body mass index (27 kg/m$^2$) the patient did not have any comorbidities or cardiac risk factors.

- Although cardiotoxicity of nilotinib is supposed to be mediated by mitochondrial damage to cardiomyocytes, the authors proposed that a negative effect of nilotinib on pre-existing atherosclerotic changes or ischemic processes may also be possible and merits further investigation.

- This report emphasised the importance of cardiac monitoring of patients under TKI treatment and of evaluating cardiotoxicity for each TKI individually to identify potential molecular targets and risk factors for this adverse event.

*Reviewer comments*

- *Atherosclerosis is most likely a pre-existing condition in this patient as identified in the case reported in this article. In this case, the initiation of nilotinib therapy correlates closely with the first manifestation of CAD.*

- *The authors acknowledged that nilotinib might have a negative effect on pre-existing atherosclerotic conditions or ischemic processes and merits further investigation.*

3) Jarkowski III A, Glode AE, Spangenthal EJ & Wong MKK (2011) Heart failure caused by molecularly targeted therapies for cancer. *Pharmacotherapy* 31: 62-75.

Review summary (This review summary focused on the possible mechanism of nilotinib/imatinib-induce cardiac dysfunction and therefore will not discuss the other TKIs described in the review)

- The used of targeted therapies is revolutionizing cancer treatment avoiding traditional toxicities such as alopecia, nausea and/or vomiting, and cytopenia.

*Page 34 of 57*

*SIGNAL ASSESSMENT*                                                          *CR File Number*
PROTECTED B

- Unfortunately unexpected cardiotoxicities have arisen when these new drugs have been used concomitantly with more conventional chemotherapies and heart attack is the unfortunate manifestation of many of these toxicities.

- Cardiotoxicity has been associated with the use of imatinib. Studies have reported that inhibition of c-Abl might be toxic to cardiomyocyte as c-Abl has a survival function for those cells.

- More specifically, inhibition of c-Abl seems to initiate an endoplasmic reticulum stress response leading to mitochondrial damage and apoptosis.

- Although nilotinib has not been associated with heart failure, it has been associated other cardiac adverse effects. The FDA labeling of the drug indicates that the use of nilotinib might lead to QTc prolongation and to an increase of sudden cardiac death.

- The drug-induced QTc-interval prolongation is a dose-depend event characterized by a delayed cardiac ventricular repolarization.

- Counseling regarding the signs and symptoms of heart failure should be provided to patients when initiating these drugs.

- It is important to consider the risk benefit ratio for each individual undergoing TKI therapy against cancer.

*Reviewer comments*

- *Like the other review articles analyzed by this reviewer, this review article emphasis on the possible toxicity toward cardiomyocytes associated with the use of imatinib and QT prolongation identified with the use of nilotinib.*

- *The authors mentioned that nilotinib has not been associated with heart failure but has been associated with other cardiac adverse effects. This affirmation is not accurate since the Canadian monograph as well as the US product information document stipulates that sudden cardiac death has been associated with the use of nilotinib in their sections **Warnings and precautions** and/or **Adverse reactions**.*

- *Association between nilotinib and exacerbation of atherosclerotic-related diseases was not discussed.*

*Conclusions of the literature review*

*Several retrospective studies and case reports suggest a possible link between the rapid and/or treatment-refractory PAD/CAD and nilotinib therapy. Although these data suffered from weakness inherent to retrospective studies, it remains that the first symptoms of PAD/CAD coincide with the initiation of nilotinib therapy which suggest a cause to effect relationship. Also*

*Page 35 of 57*

*SIGNAL ASSESSMENT*                                                                      *CR File Number*

PROTECTED B

*the severity of the PAD/CAD cases and their treatment-refractory nature contributes to question the role of nilotinib in these manifestations. Several consensuses seem to emerge from these studies:*

- *Authors acknowledge that PAD and/or CAD are very serious adverse events and that the relationship with nilotinib therapy has to be addressed.*

- *The necessity to monitor cardiovascular function for patients under nilotinib therapy.*

- *The use of nilotinib as first line drug for the treatment of chronic phase CML in newly diagnosed patient is questionable.*

*The exact relationship between PAOD and nilotinib therapy still remains speculative. No epidemiological studies are yet available to support the association of nilotinib and exacerbation of atherosclerotic-related diseases. The evidence suggests that a precautionary approach would be suitable with regards to the use of nilotinib as first line drug in the treatment of chronic phase CML in newly diagnosed patients considering the potential for the development/exacerbation of atherosclerotic-related diseases associated with the use of nilotinib.*

## 4. SUMMARY AND CONCLUSIONS

Chronic myeloid leukemia (CML) is characterized by an increased in the count of all type of granulocytes (neutrophils, basophils and eosinophils) associated with a clonal expansion of hematopoietic stem cells that possess a translocation between the long arms of chromosomes 9 and 22 known as the Philadelphia chromosome (Ph). The chromosomal translocation gives rise to the fusion gene "breakpoint cluster region (Bcr)-Abelson murine leukemia (Abl)" and ultimately to the Bcr-Abl oncoprotein. The Bcr-Abl oncoprotein possesses a constitutive Abl tyrosine kinase (TK) activity which drives the abnormal proliferation of hematopoietic stem cells.

Nilotinib is a second generation tyrosine kinase inhibitor (TKI) and a potent and selective inhibitor of the Abl tyrosine kinase activity of the Bcr-Abl oncoprotein both in cell lines and in primary Ph positive (Ph+) leukemia cells. By inhibiting the tyrosine kinase activity of Abl, nilotinib prevent the activation of both the Ras-Raf-MEK and the PI3K signalling pathways resulting to a reduction of proliferation and cellular survival. Inhibition of Abl also promotes apoptosis by preventing the activation of the transcription factor STAT5 involved in the transcriptional regulation of the anti-apoptotic agent BCL-$X_L$ (Fig 2, p.9).

Nilotinib is primarily intended to replace the first line TKI, imatinib, in patients becoming intolerant and/or resistant to imatinib. Nilotinib is not curative but control/stop the progression of Ph+ CML and therefore may potentially constitute a life-long treatment.

Nilotinib has received marketing authorization with conditions as a first line drug for the treatment of Ph+ CML in chronic phase in adult patients and as second line drug for the treatment of accelerated phase Ph+ CML in adult patients resistant to or intolerant of at least one prior therapy including imatinib. Nilotinib has also received non-conditional marketing

*Page 36 of 57*

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)                    Exhibit 31, p. 36

*SIGNAL ASSESSMENT*                                                    *CR File Number*

PROTECTED B

authorization as a second line drug for the treatment of chronic phase Ph+ CML in adult patients resistant to or intolerant of at least one prior therapy including imatinib.

The potential association between nilotinib and the occurrence of peripheral artery occlusive disease (PAOD) was discussed on Redacted at MPMDB's Signal Prioritization Meeting. This signal was generated following the publication of one research article, one letter and one editorial note in "American Journal of Hematology" highlighting the potential association between nilotinib and the occurrence of PAOD. Considering that PAOD is an atherosclerotic-related disease, a special attention has been given to the development of atherosclerotic-related diseases associated with the use of nilotinib.

Atherosclerosis is a serious condition that progress for decades most often without any apparent symptoms. The process causes intimal thickening and plaque formation, which decreases the effective radius of the afflicted arterial segment and leads to a reduction in distal perfusion pressure and blood flow (Fig 3, p.12). Risk factors associated with atherosclerosis-related diseases includes aging, smoking, diabetes, hypercholesterolemia and hypertension.

Collateralization and neovascularization are two compensatory mechanisms well known to counteract a developing occlusion. Collateralization is related to the recruitment and structural enlargement of pre-existing major collateral vessels. It relies on a number of growth factors including PDGF, VEGF and Angiopoietin (ANG-1, ANG-2) for the maturation of collateral vessels. Neovascularization includes the simultaneous development of neovascular networks by resident endothelial cells (angiogenesis) and by circulating endothelial progenitor cells (vasculogenesis). Maturation of newly developed vessels is dependent upon PDGF, ANG-1 and -2 activities. Binding of ANG-1 and -2 to the receptor Tie-2 promotes the recruitment of supporting cells such as pericytes/smooth muscle cells and contributes to the stabilization of the immature endothelial cell network. Hemangioblasts, located in the bone marrow, give rise to the endothelial progenitor cells (EPCs) and play a role in physiological and pathological blood vessel growth in the adult, both by augmenting angiogenesis through the secretion of angiogenic growth factors and by providing a source of EPCs that can circulate and differentiate into mature vascular endothelial cells. C-Kit, a tyrosine kinase receptor expressed at the cell surface of hemangioblast, is critical for the proper homing of EPCs at the site of injuries including sites of myocardial infarction.

Collateralization and neovascularization depend upon the presence of several growth factors including VEGF, PDGF, ANG-1 and ANG-2 and tyrosine kinase receptors including Flk1, Fit1, PDGFR, c-Kit, and, Tie2. Nilotinib displays inhibitory activity against many of these tyrosine kinase receptors including PDGFRα, PDGFRβ, c-Kit and Tie-2 (Fig 4, p.16). Inhibition of PDGFRs and c-Kit occurs at concentration reached by oral administration of therapeutic doses of nilotinib for the treatment of CML (Table 1, p.14). Therefore, the potential inhibition of PDGFRs, c-Kit and Tie-2 following administration of nilotinib, could impede collateralization and neovascularization processes by interfering with PDGF- and ANG-induced cell signalling and by preventing the recruitment of EPCs to site of stenosis/ischemia by blocking cell signalling mediated by c-Kit activation. Hence, it is reasonable to hypothesis that nilotinib, through the inhibition of PDGFRs, c-Kit and Tie-2, interferes with two important compensatory mechanisms

*Page 37 of 57*

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

Exhibit 31, p. 37

TPROD00972874

*SIGNAL ASSESSMENT*                                                      *CR File Number*
PROTECTED B

against arterial occlusion and contributes to the accelerated development of atherosclerotic-related diseases such as PAOD.

Nilotinib might contribute to exacerbate atherosclerotic-related diseases through other mechanisms of action as well. Diabetes mellitus, hyperglycemia and hypercholesterolemia are among non-hematologic adverse drug reactions associated with nilotinib (Table 2, p.15) and described in the product monograph. These particular conditions are well-known to be associated with atherosclerotic diseases. Nilotinib has also been shown to have some inhibitory activity against the insulin receptor (Fig 4, p.16). Inhibition of the insulin receptor, even partially, might provide a mechanism to explain the onset of diabetes and hyperglycemia in some patients using nilotinib through the reduction of glucose uptake, dependent upon insulin receptor activity.

Development of diabetes and hypercholesterolemia and the possible interference of nilotinib with neovascularization and collaterization processes are mutually non-exclusive mechanisms that could potentially contribute to the development of PAOD and other atherosclerotic-related diseases associated with the use of nilotinib.

Several vascular disorders (including PAOD) are listed in the CPM as adverse events associated with the use of nilotinib. Many of these vascular disorders are directly related to the development of atherosclerosis. Each one of them taken individually is considered an uncommon adverse event in the CPM. However, taken together they might potentially represent a significant proportion of the total non-hematologic adverse events. The CPM does not mention the potential risk of accelerated development of atherosclerotic-related diseases associated with the use of nilotinib. Atherosclerosis is not mentioned in the CPM.

In Redacted the Bureau of Metabolism, Oncology and Reproductive Sciences (BMORS) requested the Office of Clinical Trials-Adverse Drug Reaction (OCT-ADR) Division to review safety data related to Nilotinib (see appendix 4). The reviewing process identified three signals related to Stenosis (CAS), PAOD, and Myocardial Infarction (MI). The report thoroughly reviewed data from non-clinical studies and cases from several sources (PSUR #2, clinical trial study Redacted, OCT-Nilotinib Database, and Novartis Clinical Safety Database for Tasigna). Below are some of the conclusions found in this report related to the analysis of the clinical data from adverse event reports regarding nilotinib and occurrence of CAS, PAOD and MI:

- *The rapidly progressive and multi-sites presentation of all stenosis and re-stenosis with multiple associated surgeries (most were stents placement), is the common pattern between all the clinical adverse reports analysed.*

- *The initial latency time ranged from 2 to 48 months and once the stenosis is detected the latency time between episodes is very short with an average of 3-4 months. This fast and unusual development combined with severity of the cases (all of them with surgery and some with amputation) might not be explained completely by the presence of known risk factors for development of PAOD, CAS and MI such as diabetes, hypercholesterolemia, hypertension, smoking, family history etc.*

- *There are cases of rapidly progressive and multi episodes of PAOD and/or CAS with restenosis in patients treated with Nilotinib where no risk factors were found by the*

*Page 38 of 57*

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)
Exhibit 31, p. 38

*SIGNAL ASSESSMENT*                     PROTECTED B                      *CR File Number*

*investigators.*

- *Some patients who developed PAOD and/or CAS had a history/or developed diabetes or hypercholesterolemia during Nilotinib treatment. These are risk factors for CAS, PAOD and MI but are also cofactors related to metabolic effect of nilotinib.*

- *Despite the fact that some patients were receiving treatment for their diabetes, hypertension, and hypercholesterolemia, they developed a severe and rapidly progressing PAOD and/or CAS. Even some cases with treatments with antiplatelet agents (eg. clopidogrel, aspirin) and or anticoagulants (eg. coumarin) given to the patients for the first episode of PAOD and/or CAS did not stop the rapid development of a second or further episodes of PAOD or CAS.*

These conclusions support the hypothesis that the use of nilotinib was responsible for the increase risk of developing PAOD, CAS and MI. All these health problems could be linked to athrosclerosis.

A search in CanadaVigilance database from market entry to November 30th 2011 retrieved 5 cases for the association of nilotinib with any of the terms included in the search strategy: SMQ term: *Embolic and thrombotic events, arterial* and HLTs *Peripheral vasoconstriction necrosis and vascular insufficiency, Non-site specific necrosis and vascular insufficiency*, and *Coronary necrosis and vascular insufficiency* (Table 3 p23). Two reports might be considered cases of PAOD, although they were not clearly identified as such. The small number of cases most likely reflects the low exposure of the population to the drug (a total of 762 prescriptions in Canada for the period between January 1, 2008 and August 31, 2011-see Fig 6, p.18). Occurrence of CML is relatively low in Canada (1 case per 100 000 people[42]) and nilotinib received a NOCc just a few years ago (September 2007). Since atherosclerosis is a common condition within the population, it is difficult to ascertain, considering the small number of cases, whether these manifestations of atherosclerotic-related diseases can be attributed to the use of nilotinib or are the consequence of the normal progression of the atherosclerotic disease in these individuals.

A causality assessment was requested to MPMDB medical section on February 2012 to document the relationship that could potentially exist between nilotinib and the occurrence of atherosclerotic-related diseases. Eighteen (18) cases were submitted for assessment which includes 6 cases from the literature, 7 cases from the OCT-ADR review and 5 cases from the CanadaVigilance database. Since published cases and cases from the OCT-ADR were thoroughly assessed, it was recommended that only the remaining 5 CanadaVigilance cases be retained for causality assessment (see appendix 5). Of the 5 cases, 2 cases were dismissed as they did not fit the case definition (Raynaud phenomenon) and the 3 other cases were assessed as *"UNASSESSIBLE given insufficient information regarding duration of exposure and timing of AE in regards to drug administration."* The following conclusion has been reached for this causality assessment:

     *"As causality for all retained cases is "Unassessible, there are no conclusions or recommendations arising from this assessment."* (see appendix 6)

_____
[42] www.cmlsociety.org

*Page 39 of 57*

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)                     Exhibit 31, p. 39                     TPROD00972876

*SIGNAL ASSESSMENT*                                                                          *CR File Number*
                                              PROTECTED B

Considering the small number of cases retrieved from the CanadaVigilance database for nilotinib that could be associated with atherosclerosis and the fact that these cases were insufficiently documented, no conclusions could be reached regarding the association of nilotinib and the occurrence of atherosclerotic-related diseases for the Canadian cases.

A search of the WHO Vigibase database, using the same search strategy used for the CanadaVigilance search and covering the period from market entry to January 2012, identified 181 adverse events associated with nilotinib use. The distribution of these adverse events within the following SOCs, vascular disorders 26%, cardiac disorders 39%, and nervous system disorders 20% revealed that these adverse events were not limited to peripheral artery diseases (PAD) but also include coronary artery diseases (CAD) and cerebrovascular diseases (CVD). Our analysis also revealed that the number of adverse events related to vascular diseases and associated with the use of nilotinib has constantly increased from 4 in 2008 to 129 in 2011 (Fig 8, p.25). The number of adverse events identifies as PAOD increased from 2 adverse events in 2010 to 14 adverse events in 2011 (Fig 9, p.26). Similarly, adverse events associated with arterial therapeutic procedures and ischemic coronary artery disorders have increased from 7 to 19 and 1 to 11 adverse events respectively between 2009 and 2010 (Fig 10, p.26). Although based on few adverse events, these data support the hypothesis that the use of nilotinib might potentially accelerate/exacerbate the development of atherosclerotic-related disease.

Analysis of nilotinib adverse events data from Vigibase using Baycsian confidence propagation neural network (BCPNN) approach revealed a significant disproportion of reported adverse events for many terms associated with atherosclerosis-related diseases (IC and $IC_{025}$ values $\geq 1$). Of all the preferred term identified (74) with an IC and $IC_{025}$ values $\geq 1$, more than 20% of them (16) could be associated with atherosclerotic diseases (See table 4, p.27). Values of IC and $IC_{025}$ retrieved for PAOD (IC: 4.91; $IC_{025}$: 4.17), coronary artery stenosis (IC: 4.43; $IC_{025}$: 3.66), and femoral arterial stenosis (IC: 4.20; $IC_{025}$: 3.11) indicates that the combination adverse event-nilotinib clearly stands out from the background and argues for the likelihood of a positive quantitative association between nilotinib and these adverse events. Results from data mining performed by the FDA and sent to BMORS to be included in the OCT-ADR report (see appendix 4) identified the EB05 values of cardiac data in the US FDA AERS database for nilotinib. EB05 correspond to the estimated lower 95% confidence limit for the Empirical Bayes Geometric Mean (EBGM). A value of EB05=20 means that the drug-event combination occurred at least 20 times more frequently in AERS than expected. The data obtained for nilotinib and cardiac events found a strong association between nilotinib and coronary artery stenosis and angina pectoris (EB05 value of 30.078 and 11.715 respectively). A positive association between nilotinib and myocardial ischemia, acute coronary syndrome, coronary artery disease and acute myocardial infarction was also identified (EB05 value ~3.0). These results not only suggest a potential association between nilotinib and occurrence of PAOD but also between nilotinib and atherosclerotic-related diseases.

A search of the scientific literature identified several case reports describing a very aggressive progression of PAOD or CAD following the initiation of nilotinib treatment. In most cases either quality of life was severely compromised or sudden death occurred (see case report

*Page 40 of 57*

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)                 Exhibit 31, p. 40

TPROD00972877

*SIGNAL ASSESSMENT*                                                                         *CR File Number*
PROTECTED B

summary of Tefferi and Letendre[43] section 3.5.1, p.29). In some instances not only the
progression of PAOD was rapid, but it was also recurrent and refractory to treatment suggesting
that an external factor was driving the progression of PAOD in those patients. Dechallenge-
rechallenge strategies, to ascertain the causality of nilotinib in those patients, were not an option
as nilotinib was the last resource available to prevent CML progression. The potential toxicity
toward cadiomyocyte and the QT prolongation associated with nilotinib were frequently cited in
article reviews to explain cardiac events linked to nilotinib but no mention of a possible relation
between nilotinib and vascular diseases was described.

Overall, the association between nilotinib and the occurrence of atherosclerotic-related
diseases including PAOD has a biological plausibility and is supported by both the publications
of several case reports and by a review from the Health Canada OCT-ADR group. This latter
review provides several arguments from non-clinical and clinical data that demonstrate a
possible causal relationship between nilotinib use and development/exacerbation of CAS, PAOD
and MI. Data from the WHO vigibase indicates that the use of nilotinib is linked to an increase
number of adverse events related to atherosclerotic diseases. Data mining also indicates that
several adverse events associated with atherosclerotic-related diseases are disproportionally
represented in the WHO and FDA databases for nilotinib. Although a causality assessment of the
Canadian cases was unable to linked the use of nilotinib with atherosclerotic-related diseases, all
the other sources of information strongly support the hypothesis that nilotinib is associated with
the development/exacerbation of atherosclerotic-related diseases. Exacerbation of an
atherosclerotic disease is a very serious side effect and, as reported in the literature[44,45], might
question the use of nilotinib as first line drug for the treatment of chronic phase CML. However,
the use of nilotinib as a second line drug for the treatment of patient with a resistance/intolerance
to prior therapy (including imatinib) probably still outweigh the risk of developing an
atherosclerotic-related diseases.

**5. CONSIDERATIONS:**

1.  Nilotinib has received conditional marketing authorization as first line drug for the
    treatment of newly diagnosed chronic phase CML in adult patients and as second line
    drug for the treatment of accelerated phase CML in adult patients resistant and/or
    intolerant of at least one prior treatment including imatinib. Nilotinib has also received
    non-conditional marketing authorization as a second line drug for the treatment of
    chronic phase CML in adult patients resistant to or intolerant of at least one prior
    therapy including imatinib.

---

[43] Tefferi A and Letendre L, (2011), Nilotinib treatment-associated peripheral artery disease and sudden death: Yet
another reason to stick to imatinib as front-line therapy for chronic myelogenous leukemia, Am J Hematol 86:610-
611.
[44] Tefferi A and Letendre L, (2011), Nilotinib treatment-associated peripheral artery disease and sudden death: Yet
another reason to stick to imatinib as front-line therapy for chronic myelogenous leukemia, Am J Hematol 86:610-
611.
[45] Gambacorti-Passerini C and Piazza R, (2011), Choosing the right TKI for chronic myeloid leukemia: When the
truth lies in "long-term" safety and efficacy, Am J Hematol 86:531-532.

*Page 41 of 57*

*SIGNAL ASSESSMENT*                                                                                *CR File Number*

PROTECTED B

2.  Nilotinib is a second generation TKI designed with the objective of replacing the first line TKI, imatinib, in patients whom become intolerant and/or resistant to imatinib[46,47].

3.  Evidence from the literature provides plausible biological mechanisms that could explain the occurrence/exacerbation of atherosclerotic-related diseases associated with the use of nilotinib. The possible interference of nilotinib with neovascularization and collaterization and the development of diabetes and hypercholesterolemia are mutually non-exclusive mechanisms that could potentially contribute to the development of PAOD and other atherosclerotic-related diseases associated with the use of nilotinib.

4.  A search in the CanadaVigilance database retrieved 5 cases for the association of nilotinib and SMQ term: *Embolic and thrombotic events, arterial* and HLTs *Peripheral vasoconstriction necrosis and vascular insufficiency, Non-site specific necrosis and vascular insufficiency*, and *Coronary necrosis and vascular insufficiency*". Considering the small number of cases and the quality of the information provided, it was difficult to ascertain whether these manifestations of atherosclerotic-related diseases were related to the use of nilotinib.

5.  A causality assessment was requested to document the relationship that may potentially exist between nilotinib and the occurrence of atherosclerotic-related diseases through review of cases from published cases, cases from clinical trial (OCT-ADR report) and cases from the CanadaVigilance database. Only the Canadian cases retrieved from the CanadaVigilance database were assessed. Because of the limited information available for these cases (causality unassessable), no conclusions could be reached regarding the association of nilotinib and the occurrence of atherosclerotic-related diseases for the Canadian cases.

6.  A search in the WHO Vigibase database, using the same search strategy as for CanadaVigilance database search, retrieved 181 adverse events. These adverse events were not limited to PAD, as they also involved CAD and CVD suggesting that the whole arterial vasculature is affected by nilotinib. The number of adverse events related to vascular diseases and associated with the use of nilotinib has constantly increased from 2008 to 2011. These results support the hypothesis that the use of nilotinib might potentially exacerbate the development of atherosclerotic-related disease.

7.  Using the Bayesian confidence propagation neural network (BCPNN) approach, 23% of the adverse events retrieved from the WHO database with an $IC_{025} \geq 1$ are associated with atherosclerotic-related diseases indicating that adverse events associated with atherosclerotic-related diseases are disproportionally reported in the WHO databases.

---

[46] Weisberg E, Manley PW, Cowan-Jacob SW et al, (2007), Second generation inhibitors of BCR-ABL for the treatment of imatinib-resistant chronic myeloid leukemia, Nature Reviews-Cancer 7:345-356
[47] Weisberg E, Manley PW, Breitenstein W et al, (2005), Characterization of AMN107, a selective inhibitor of native and mutant Bcr-Abl, Cancer Cell 7:129-141

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)                    Exhibit 31, p. 42

                                                                                    TPROD00972879

*SIGNAL ASSESSMENT*                                                    *CR File Number*
PROTECTED B

8.   Several vascular disorders (including PAOD) are listed in the CPM as uncommon
     adverse events associated with the use of nilotinib. However, taken together they
     might reflect an exacerbation of atherosclerotic-related diseases that might represent a
     more serious risk than taken individually. The CPM does not mention the potential
     risk of development/exacerbation of atherosclerotic-related diseases associated with
     the use of nilotinib. Atherosclerosis is not mentioned in the CPM.

9.   The OCT-ADR Division produced a report assessing safety data related to Nilotinib
     (see appendix 4). The report thoroughly reviewed data from non-clinical studies and
     cases from several sources (PSUR #2, clinical trial study Redacted, OCT-Nilotinib
     Database, and Novartis Clinical Safety Database for Tasigna). Conclusions from this
     report support the hypothesis that the use of nilotinib was responsible for the increase
     risk of developing PAOD, CAS and MI. All these health problems could be linked to
     atherosclerosis.

10.  The literature provided several case reports describing a very aggressive progression
     and treatment refractory PAD and/or CAD following the initiation of nilotinib
     treatment in patients at low risk (non-smoking, non-diabetic, and with no prior
     cardiovascular disease) of developing atherosclerosis-related diseases. In most cases,
     quality of life was severely compromised or sudden death occurred.

11.  Overall, the data collected herein strongly suggest the existence of an association
     between the use of nilotinib and the development/exacerbation of atherosclerotic-
     related diseases. Exacerbation of an atherosclerotic disease is a very serious side effect
     and, as suggested in the literature, might restraint the use of nilotinib as first line drug
     for the treatment of chronic phase CML. However, the use of nilotinib as second line
     drug for the treatment of patient with a resistance/intolerance to prior therapy
     (including imatinib) probably still outweigh the risk of developing an atherosclerotic-
     related diseases.

**6. OPTIONS ANALYSIS:**

The following options could be considered:

i) Standard monitoring (issue would not be readdressed unless new information is obtained).

   Passive standard monitoring would not address the lack of awareness, and would not
   encourage the reporting of adverse events pertaining to the exacerbation of atherosclerosis-
   related diseases associated with the use of nilotinib. As current evidence suggest that there
   might be an increased risk of developing life threatening atherosclerosis-related adverse
   reactions, standard monitoring may not be sufficient.

ii) Request a targeted PSUR review, using C.01.018.

   The request for a yearly targeted PSUR reviews for the next 3 years may allow Health Canada
   to ascertain whether or not there is an increase of atherosclerosis-related diseases associated

*Page 43 of 57*

*SIGNAL ASSESSMENT*                                                                        *CR File Number*

PROTECTED B

with the use of nilotinib. However, a PSUR may not provide the level of evidence that would be needed to address the current issue. Therefore, the usefulness of requesting PSURs appears somewhat limited.

iii) Request an issue-related summary report, using C.01.019.

The request for an issue-related summary report from the manufacturer would allow the manufacturer to perform a critical analysis of the atherosclerotic-related adverse events associated with nilotinib, to evaluate the seriousness of the adverse events and to propose ways to mitigate the risk associated with the use of nilotinib and the occurrence of atherosclerotic-related adverse events in patients newly diagnosed with chronic phase Ph+CML or with chronic phase Ph+CML intolerant/resistant to prior therapy (including imatinib).

iv) Request a workup and/or an updated RMP from MAH targeted on the potential risks identified.

This process could involve data collection, case analysis and causality assessment by medically trained experts, further follow-up of the cases if needed and recommendations for specific actions (ie, cardiac evaluation before starting treatment, evaluation of the risk factors associated with atherosclerosis, close monitoring of blood cholesterol-level etc..) as required. This work-up could provide yearly and cumulative reporting rates and therefore a better depiction of the association of nilotinib with atherosclerosis-related adverse events. The RMP could potentially provide new risk mitigation strategies to deal with the current issue.

v) Request updates to product labeling.

This request would address the main points raised by this signal assessment, i.e. the potential development/exacerbation of atherosclerotic-related diseases associated with the use of nilotinib. Several case reports have described the very rapid progression and treatment-refractory nature of atherosclerotic-related diseases in patients taking nilotinib. Data retrieved from Vigibase database not only suggest a link between occurrence of PAD and CAD associated with nilotinib but also a sharp increase in arterial therapeutic procedures which most likely contributes to negatively impact the quality of life of these patients. Currently, the CPM for nilotinib mentions several independent manifestations of CAD and PAD in the *Warnings and precautions* section in the subsection Cardiovascular and in the *Adverse reaction* section in the subsection less common clinical trial adverse drug reaction (<5%). These adverse events taken individually are indeed not common. However, they might have more impact if they would be recognized as a whole and as an exacerbation of atherosclerotic-related diseases. A labeling update mentioning the possible relationship between nilotinib and the development/exacerbation of atherosclerotic-related diseases would increase awareness of health professionals and allow for the appropriate follow-up.

vi) Request issuance of a risk communication document (HPC or PC or both)

*Page 44 of 57*

*SIGNAL ASSESSMENT*                                                    *CR File Number*

PROTECTED B

Growing evidence suggests that nilotinib might potentially exacerbate the progression of atherosclerotic-related diseases. This adverse effect is life threatening and might impact the quality of life for the patients. Therefore, it is important that the update of the CPM be communicated to health care professionals and to the public. The issuance of a HPC-PC would provide information about CPM updates, create awareness, encourage close monitoring and stimulate reporting.

## 7. RECOMMENDATIONS

The purpose of this signal assessment was to investigate the potential association between nilotinib and the occurrence of atherosclerotic-related diseases including PAOD.

In light of the information collected and reviewed in this signal assessment there is sufficient evidence suggesting a potential role for nilotinib in the development/exacerbation of atherosclerotic-related diseases including PAOD.

Therefore given the above considerations and given the potential seriousness of the adverse events associated with the use of nilotinib, this reviewer recommends that the following options be implemented:

1. MPMDB suggests that TPD considers updating/revising the current labeling of CPM for nilotinib (TASIGNA). The changes should highlight the risk of development/exacerbation of atherosclerotic-related diseases associated with the use of nilotinib.

2. The issuance of an HPC-PC in order to communicate information regarding the development/exacerbation of atherosclerotic-related diseases associated with the use of nilotinib. The issuance of a HPC-PC will create awareness, encourage close monitoring and stimulate reporting.

*Page 45 of 57*

*SIGNAL ASSESSMENT*                                            *CR File Number*

PROTECTED B

## 8. APPENDIX

### 8.1 Appendix 1: Literature search strategies

Database(s): **Embase** 1974 to 2011 September 26

Search Strategy:

| # | Searches | Results |
|---|---|---|
| 1 | exp nilotinib/ | 2138 |
| 2 | exp peripheral occlusive artery disease/ | 99460 |
| 3 | 1 and 2 | 7 |
| 4 | exp vascular disease/ | 1512405 |
| 5 | exp nilotinib/ae, to or exp *nilotinib/ | 734 |
| 6 | exp vascular disease/si, ep, et or exp *vascular disease/ | 1113847 |
| 7 | 5 and 6 | 79 |
| 8 | limit 7 to (yr=2000-2011 and (english or french)) | 71 |
| 9 | limit 3 to (yr=2000-2011 and (english or french)) | 7 |
| 10 | 8 not 9 | 66 |

Database(s): **Ovid MEDLINE(R) In-Process & Other Non-Indexed Citations, Ovid MEDLINE(R) Daily and Ovid MEDLINE(R)** 1948 to Present

Search Strategy:

| # | Searches | Results |
|---|---|---|
| 1 | (nilotinib or amn 107 or amn107 or tasigna).ti,ab,rn. | 572 |
| 2 | exp Arterial Occlusive Diseases/ | 160689 |
| 3 | exp Peripheral Vascular Diseases/ | 40880 |
| 4 | ((peripheral adj2 (arter* or occlus*) adj2 diseas*) or (peripheral* adj2 arter* adj2 occlus*) or (vascul* adj2 occlus* adj2 diseas*) or paod or ((obstruct* or obliterativ*) adj2 (vascu* or arter*) adj2 diseas*) or (arter* adj2 (obliter* or occlus*) adj2 diseas*)).ti,ab. | 13980 |
| 5 | 1 and (2 or 3 or 4) | 4 |
| 6 | exp cardiovascular diseases/ | 1690694 |
| 7 | 1 and 6 | 13 |
| 8 | limit 7 to (yr=2000-2011 and (english or french)) | 12 |

*Page 46 of 57*

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

Exhibit 31, p. 46

TPROD00972883

*SIGNAL ASSESSMENT*                                                                      *CR File Number*

PROTECTED B

9  limit 5 to (yr=2000-2011 and (english or french))                                    4

10

Database(s): Your Journals@Ovid

Search Strategy:

| # Searches | Results |
|---|---|
| 1 reactions weekly.jn. | 60217 |
| 2 (nilotinib or amn 107 or amn107 or tasigna).ti,ab. | 56 |
| 3 ((peripheral adj2 (arter* or occlus*) adj2 diseas*) or (peripheral* adj2 arter* adj2 occlus*) or (vascul* adj2 occlus* adj2 diseas*) or paod or ((obstruct* or obliterativ*) adj2 (vascu* or arter*) adj2 diseas*) or (arter* adj2 (obliter* or occlus*) adj2 diseas*) or ((vascul* or arter*) adj2 diseas*)).tw. | 51491 |
| 4 1 and 2 | 20 |
| 5 1 and 2 and 3 | 2 |

*Page 47 of 57*

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

Exhibit 31, p. 47

TPROD00972884

*SIGNAL ASSESSMENT*                                                                *CR File Number*

PROTECTED B

**8.2 Appendix 2: Reference List**

- Anonymous (2010) First reports of serious adverse drug reactions in recent weeks. *Drugs and Therapy Perspectives* 26: 22-23. (Note from the reviewer: unrelated to the issue).
- Anonymous (2010) The annual meeting of the american society of clinical oncology. *Clinical Lymphoma, Myeloma and Leukemia* 10: 323-330. (Note from the reviewer: unrelated to the issue).
- Anonymous (2009) Advancing CML patient care: Closing on a cure? *Clinical Advances in Hematology and Oncology* 7: 3-14. (Note from the reviewer: unrelated to the issue).
- Anonymous (2008) Drugs under nominal temporary use authorization. *Actualites Pharmaceutiques* 85-91. (Note from the reviewer: unrelated to the issue)
- Anonymous (2007) New BCR-ABL tyrosine kinase inhibitors for imatinib-resistant leukemias. *Community Oncology* 4: 11-14. (Note from the reviewer: unrelated to the issue)
- Abraham J (2010) Dasatinib and nilotinib in first-line treatment of chronic myeloid leukemia. *Community Oncology* 7: 491-493. (Note from the reviewer: unrelated to the issue)
- Aichberger KJ, *et al* (2011) Progressive peripheral arterial occlusive disease and other vascular events during nilotinib therapy in CML. *Am J Hematol* 86: 533-539. (Note from the reviewer: Case reports related to the issue)
- Aggarwal BB, Danda D, Gupta S & Gehlot P (2009) Models for prevention and treatment of cancer: Problems vs promises. *Biochem Pharmacol* 78: 1083-1094. (Note from the reviewer: unrelated to the issue)
- Alexander W & Mahadevan D (2011) American society of hematology, 52nd annual meeting and exposition: Samalizumab in advanced B-cell chronic lymphocytic leukemia or multiple myeloma. *P and T* 36: 103. (Note from the reviewer: unrelated to the issue)
- Atallah E (2011) Nilotinib cardiac toxicity: Should we still be concerned?. *Leuk Res* 35: 577-578. (Note from the reviewer: unrelated to the issue)
- Bagnes C, Panchuk PN & Recondo G (2010) Antineoplastic chemotherapy induced QTc prolongation. *Current Drug Safety* 5: 93-96. (Note from the reviewer: unrelated to the issue).
- Baker DE (2008) New drugs approved by the FDA agents pending FDA approval supplemental applications filed by manufacturer significant labeling changes. *Hosp Pharm* 43: 52-58. (Note from the reviewer: unrelated to the issue).
- Bayes M, Rabasseda X & Prous JR (2007) Gateways to clinical trials: June 2007. *Methods Find Exp Clin Pharmacol* 29: 359-373. (Note from the reviewer: unrelated to the issue).
- Blankart CR, Stargardt T & Schreyogg J (2011) Availability of and access to orphan drugs: An international comparison of pharmaceutical treatments for pulmonary arterial hypertension, fabry disease, hereditary angioedema and chronic myeloid leukaemia. *Pharmacoeconomics* 29: 63-82. (Note from the reviewer: unrelated to the issue).
- Braam SR, Passier R & Mummery CL (2009) Cardiomyocytes from human pluripotent stem cells in regenerative medicine and drug discovery. *Trends Pharmacol Sci* 30: 536-545. (Note from the reviewer: unrelated to the issue).
- Brana I & Tabernero J (2010) Cardiotoxicity. *Annals of Oncology* 21: 173-179. (Note from the reviewer: unrelated to the issue)
- Brauchli YB, *et al* (2010) Fatal myocardial infarction during nilotinib treatment in a 60-year-old male patient. *Acta Oncol* 49: 523-525. (Note from the reviewer: Case reports related to the issue)

*Page 48 of 57*

*SIGNAL ASSESSMENT*                                                        *CR File Number*

PROTECTED B

- Breccia M & Alimena G (2010) Nilotinib: A second-generation tyrosine kinase inhibitor for chronic myeloid leukemia. *Leuk Res* 34: 129-134. (Note from the reviewer: unrelated to the issue).
- Breccia M & Alimena G (2010) Pleural/pericardic effusions during dasatinib treatment: Incidence, management and risk factors associated to their development. *Expert Opinion on Drug Safety* 9: 713-721. (Note from the reviewer: unrelated to the issue).
- Breccia M & Alimena G (2009) Nilotinib therapy in chronic myelogenous leukemia: The strength of high selectivity on BCR/ABL. *Curr Drug Targets* 10: 530-536. (Note from the reviewer: unrelated to the issue).
- Breccia M, *et al* (2009) Sequential development of mutant clones in an imatinib resistant chronic myeloid leukaemia patient following sequential treatment with multiple tyrosine kinase inhibitors: An emerging problem? *Cancer Chemother Pharmacol* 64: 195-197. (Note from the reviewer: unrelated to the issue).
- Buxeraud J (2009) Tasigna - nilotinib. *Actualites Pharmaceutiques* 53-55. (Note from the reviewer: unrelated to the issue)
- Buyukasik Y (2011) Use of second generation tyrosine kinase inhibitors for second-line treatment of chronic myeloid leukemia after imatinib failure. *UHOD - Uluslararasi Hematoloji-Onkoloji Dergisi* 21: 4-9. (Note from the reviewer: unrelated to the issue).
- Cannella L, *et al* (2010) Safety and efficacy of nilotinib in chronic phase chronic myeloid leukemia in a patient with wolf-parkinson-white disease and hematological resistance after suboptimal response to imatinib at six months. *Acta Oncol* 49: 399-400. (Note from the reviewer: unrelated to the issue).
- Cassier PA, *et al* (2008) Novel approaches to gastrointestinal stromal tumors resistant to imatinib and sunitinib. *Curr Gastroenterol Rep* 10: 555-561. (Note from the reviewer: unrelated to the issue)
- Castagnetti F, *et al* (2008) Thyrosin kinase inhibitors: Nilotinib. *Haematologica Meeting Reports* 2: 22-26. (Note from the reviewer: unrelated to the issue)
- Chen MH (2009) Cardiac dysfunction induced by novel targeted anticancer therapy: An emerging issue. *Curr Cardiol Rep* 11: 167-174. (Note from the reviewer: unrelated to the issue)
- Chen MH, Kerkela R & Force T (2008) Mechanisms of cardiac dysfunction associated with tyrosine kinase inhibitor cancer therapeutics. *Circulation* 118: 84-95. (Note from the reviewer: Review article related to the issue)
- Combes M, Rottey S & De Backer T (2011) Cardiovascular toxicity of cancer treatment. *Acta Clin Belg* 66: 260-266. (Note from the reviewer: unrelated to the issue).
- De C,Jr, G & Awada A (2006) Side effects of anti-cancer molecular-targeted therapies (not monoclonal antibodies). *Curr Opin Oncol* 18: 307-315. (Note from the reviewer: unrelated to the issue).
- DeAngelo DJ & Attar EC (2010) Use of dasatinib and nilotinib in imatinib-resistant chronic myeloid leukemia: Translating preclinical findings to clinical practice. *Leukemia and Lymphoma* 51: 363-375. (Note from the reviewer: unrelated to the issue).
- DeRemer DL, Ustun C & Natarajan K (2008) Nilotinib: A second-generation tyrosine kinase inhibitor for the treatment of chronic myelogenous leukemia. *Clin Ther* 30: 1956-1975. (Note from the reviewer: unrelated to the issue).
- DeRuiter J, Holston PL & DeRuiter AP (2008) Review of select NMEs 2008. *U S. Pharmacist*: ate of Pubaton: 2008. (Note from the reviewer: unrelated to the issue).

PRODUCED PURSUANT TO PROTECTIVE ORDER   Exhibit 31, p. 49
IN 1:16-CV-00393 (ED CAL)                                              TPROD00972886

*SIGNAL ASSESSMENT*                                                                            *CR File Number*
PROTECTED B

- Devita J, V.T & Canellos GP (2011) Hematology in 2010: New therapies and standard of care in oncology. *Nature Reviews Clinical Oncology* 8: 67-68. (Note from the reviewer: unrelated to the issue).
- DiBella NJ (2011) First-line treatment of chronic myeloid leukemia: Imatinib versus nilotinib and dasatinib. *Community Oncology* 8: 65-72. (Note from the reviewer: unrelated to the issue).
- Doggrell SA & Christensen A- (2011) Are there better bcr-abl kinase inhibitors for chronic myeloid leukaemia than imatinib? *Expert Opin Pharmacother* 12: 157-163. (Note from the reviewer: unrelated to the issue).
- Escalante CP & Zalpour A (2011) Vascular endothelial growth factor inhibitor-induced hypertension: Basics for primary care providers. *Cardiology Research and Practice* 1: 1-8. (Note from the reviewer: Review article related to the issue)
- Etienne G. Milpied B. Rea D. Rigal-Huguet F. Tulliez M. Nicolini FE. French Intergroup of CML (Fi-LMC group) (2010) [Guidelines for the management of nilotinib (tasigna)-induced side effects in chronic myelogenous leukemia: Recommendations of french intergroup of CML (fi-LMC group)]. *Bull Cancer* 97: 997-1009. (Note from the reviewer: unrelated to the issue).
- Force T & Kerkela R (2008) Cardiotoxicity of the new cancer therapeutics - mechanisms of, and approaches to, the problem. *Drug Discov Today* 13: 778-784. (Note from the reviewer: unrelated to the issue)
- Force T, Krause DS & Van Etten RA (2007) Molecular mechanisms of cardiotoxicity of tyrosine kinase inhibition. *Nature Reviews Cancer* 7: 332-344. (Note from the reviewer: Review article related to the issue)
- Gambacorti-Passerini C & Piazza R (2011) Choosing the right TKI for chronic myeloid leukemia: When the truth lies in "long-term" safety and efficacy. *Am J Hematol* 86: 531-532. (Note from the reviewer: Comment related to the issue)
- Garcia-Alvarez A, Garcia-Albeniz X, Esteve J, Rovira M & Bosch X (2010) Cardiotoxicity of tyrosine-kinase-targeting drugs. *Cardiovascular and Hematological Agents in Medicinal Chemistry* 8: 11-21. (Note from the reviewer: unrelated to the issue).
- Giamas G, *et al* (2010) Kinases as targets in the treatment of solid tumors. *Cell Signal* 22: 984-1002. (Note from the reviewer: unrelated to the issue)
- Giles FJ, *et al* (2010) Nilotinib is active in chronic and accelerated phase chronic myeloid leukemia following failure of imatinib and dasatinib therapy. *Leukemia* 24: 1299-1301. (Note from the reviewer: unrelated to the issue).
- Grimminger F, Schermuly RT & Ghofrani HA (2010) Targeting non-malignant disorders with tyrosine kinase inhibitors. *Nature Reviews Drug Discovery* 9: 956-970. (Note from the reviewer: Review article related to the issue).
- Harnicar S (2011) Pharmacotherapy for chronic myelogenous leukemia: A case-based approach. *JNCCN Journal of the National Comprehensive Cancer Network* 9: S25-S35. (Note from the reviewer: unrelated to the issue).
- Hartmann JT, Haap M, Kopp H- & Lipp H- (2009) Tyrosine kinase inhibitors - A review on pharmacology, metabolism and side effects. *Curr Drug Metab* 10: 470-481. (Note from the reviewer: unrelated to the issue).
- Hazarika M, *et al* (2008) Tasigna for chronic and accelerated phase philadelphia chromosome-positive chronic myelogenous leukemia resistant to or intolerant of imatinib. *Clinical Cancer Research* 14: 5325-5331. (Note from the reviewer: unrelated to the issue).

*Page 50 of 57*

*SIGNAL ASSESSMENT*                                                        *CR File Number*

PROTECTED B

- Heidary N, Naik H & Burgin S (2008) Chemotherapeutic agents and the skin: An update. *J Am Acad Dermatol* 58: 545-570. (Note from the reviewer: unrelated to the issue).
- Higdon JE, Waddell JA, Solimando J & D.a (2007) Pixantrone; nilotinib. *Hosp Pharm* 42: 297-303. (Note from the reviewer: unrelated to the issue).
- Hossain A, *et al* (2011) The importance of clinical grading of heart failure and other cardiac toxicities during chemotherapy: Updating the common terminology criteria for clinical trial reporting. *Heart Failure Clinics* 7: 373-384. (Note from the reviewer: unrelated to the issue).
- Hussar DA (2008) New drugs: Nebivolol hydrochloride, nilotinib, and sapropterin dihydrochloride. *J Am Pharm Assoc (2003)* 48: 315-319. (Note from the reviewer: unrelated to the issue)
- Jarkowski III A, Glode AE, Spangenthal EJ & Wong MKK (2011) Heart failure caused by molecularly targeted therapies for cancer. *Pharmacotherapy* 31: 62-75. (Note from the reviewer: Review article related to the issue)
- Kantarjian HM, *et al* (2011) Nilotinib versus imatinib for the treatment of patients with newly diagnosed chronic phase, philadelphia chromosome-positive, chronic myeloid leukaemia: 24-month minimum follow-up of the phase 3 randomised ENESTnd trial. *The Lancet Oncology* 12: 841-851. (Note from the reviewer: unrelated to the issue).
- Kelly K, Swords R, Mahalingam D, Padmanabhan S & Giles FJ (2009) Serosal inflammation (pleural and pericardial effusions) related to tyrosine kinase inhibitors. *Target Oncol* 4: 99-105. (Note from the reviewer: unrelated to the issue)
- Kim K-, *et al* (2011) Nilotinib in patients with GIST who failed imatinib and sunitinib: Importance of prior surgery on drug bioavailability. *Cancer Chemother Pharmacol* 68: 285-291. (Note from the reviewer: unrelated to the issue).
- Le Coutre P, *et al* (2011) Severe peripheral arterial disease during nilotinib therapy. *J Natl Cancer Inst* 103: 1347-1348. (Note from the reviewer: Correspondance related to the issue)
- Le Coutre P, *et al* (2008) Nilotinib (formerly AMN107), a highly selective BCR-ABL tyrosine kinase inhibitor, is active in patients with imatinib-resistant or -intolerant accelerated-phase chronic myelogenous leukemia. *Blood* 111: 1834-1839. (Note from the reviewer: unrelated to the issue).
- Loriot Y, *et al* (2008) Drug insight: Gastrointestinal and hepatic adverse effects of molecular-targeted agents in cancer therapy. *Nature Clinical Practice Oncology* 5: 268-278. (Note from the reviewer: unrelated to the issue).
- Malato A, *et al* (2010) Drug-related cardiotoxicity for the treatment of haematological malignancies in elderly. *Curr Pharm Des* 16: 2872-2879. (Note from the reviewer: unrelated to the issue).
- Mascarenhas J & Hoffman R (2010) Myeloproliferative neoplasms: New translational therapies. *Mount Sinai Journal of Medicine* 77: 667-683. (Note from the reviewer: unrelated to the issue).
- Mauro MJ (2007) Mutational analysis and overcoming imatinib resistance in chronic myeloid leukemia with novel tyrosine kinase inhibitors. *Current Treatment Options in Oncology* 8: 287-295. (Note from the reviewer: unrelated to the issue).
- Mauro MJ & Deininger MW (2009) Management of drug toxicities in chronic myeloid leukaemia. *Best Practice and Research: Clinical Haematology* 22: 409-429. (Note from the reviewer: Review article related to the issue)

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)                    Exhibit 31, p. 51                                    TPROD00972888

*SIGNAL ASSESSMENT*                                                    *CR File Number*
PROTECTED B

- Montemurro M, *et al* (2009) Nilotinib in the treatment of advanced gastrointestinal stromal tumours resistant to both imatinib and sunitinib. *Eur J Cancer* 45: 2293-2297. (Note from the reviewer: unrelated to the issue).
- Noutsias M & Maisch B (2011) Treatment of cardiovascular diseases in cancer patients. *Herz* 36: 340-345. (Note from the reviewer: unrelated to the issue).
- Orphanos GS, Ioannidis GN & Ardavanis AG (2009) Cardiotoxicity induced by tyrosine kinase inhibitors. *Acta Oncol* 48: 964-970. (Note from the reviewer: unrelated to the issue).
- Paz K & Zhu Z (2005) Recent advances in targeted therapy of human myelogenous leukaemia. *Expert Opinion on Therapeutic Targets* 9: 1147-1163. (Note from the reviewer: unrelated to the issue).
- Pezzilli R, Fabbri D, Imbrogno A & Corinaldesi R (2011) Tyrosine kinase inhibitors, pancreatic hyperenzymemia and acute pancreatitis: A review. *Recent Patents on Inflammation and Allergy Drug Discovery* 5: 165-168. (Note from the reviewer: unrelated to the issue).
- Raschi E, *et al* (2010) Anticancer drugs and cardiotoxicity: Insights and perspectives in the era of targeted therapy. *Pharmacology and Therapeutics* 125: 196-218. (Note from the reviewer: unrelated to the issue).
- Reichardt P & Montemurro M (2011) Clinical experience to date with nilotinib in gastrointestinal stromal tumors. *Semin Oncol* 38: S20-S27. (Note from the reviewer: unrelated to the issue).
- Rutkowski P, Symonides M, Zdzienicki M & Siedlecki JA (2008) Developments in targeted therapy of advanced gastrointestinal stromal tumors. *Recent Patents on Anti-Cancer Drug Discovery* 3: 88-99. (Note from the reviewer: unrelated to the issue).
- Schmidt S, *et al* (2010) First annual report of the austrian CML registry. *Wien Klin Wochenschr* 122: ate of Pubaton: Otober 2010. (Note from the reviewer: unrelated to the issue).
- Tefferi A & Letendre L (2011) Nilotinib treatment-associated peripheral artery disease and sudden death: Yet another reason to stick to imatinib as front-line therapy for chronic myclogenous leukemia. *Am J Hematol* 86: 610-611. (Note from the reviewer: Letter related to the issue)
- Timcheva C (2010) Second-line targeted therapy of gastrointestinal stromal tumours. *Memo - Magazine of European Medical Oncology* 3: 61-64. (Note from the reviewer: unrelated to the issue).
- Tojo A, *et al* (2009) A phase I/II study of nilotinib in japanese patients with imatinib-resistant or -intolerant ph+ CML or relapsed/refractory ph+ ALL. *Int J Hematol* 89: 679-688. (Note from the reviewer: unrelated to the issue).
- Valent P (2011) Is there something wrong in paradise? christian beliefs and the safety of novel BCR/ABL1 inhibitors. *Haematologica* 96: 16-17. (Note from the reviewer: unrelated to the issue).

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)       Exhibit 31, p. 52                    TPROD00972889

*SIGNAL ASSESSMENT*                                                                 *CR File Number*

PROTECTED B

**8.3 Appendix 3A List of preferred terms included in the standard MedDRA queries (SMQ): Embolic and thrombotic events, arterial.**

| | | |
|---|---|---|
| Acute myocardial infarction | Cerebral hypoperfusion | Peripheral arterial occlusive disease |
| Amaurosis | Cerebrovascular insufficiency | Peripheral arterial reocclusion |
| Amaurosis fugax | Cerebrovascular stenosis | Peripheral artery angioplasty |
| Aortic bypass | Coeliac artery occlusion | Peripheral embolism |
| Aortic embolus | Coronary arterial stent insertion | Post procedural myocardial infarction |
| Aortic surgery | Coronary artery bypass | Postinfarction angina |
| Aortic thrombosis | Coronary artery embolism | Precerebral artery occlusion |
| Aortogram abnormal | Coronary artery occlusion | Pulmonary artery therapeutic procedure |
| Arterectomy with graft replacement | Coronary artery reocclusion | Pulmonary artery thrombosis |
| Arterial bypass operation | Coronary endarterectomy | Renal artery occlusion |
| Arterial graft | Coronary revascularisation | Renal artery thrombosis |
| Arterial occlusive disease | Embolia cutis medicamentosa | Renal embolism |
| Arterial stent insertion | Embolism arterial | Retinal artery embolism |
| Arterial therapeutic procedure | Endarterectomy | Retinal artery occlusion |
| Arterial thrombosis | Femoral artery embolism | Retinal artery thrombosis |
| Arterial thrombosis limb | Femoral artery occlusion | Silent myocardial infarction |
| Arteriogram abnormal | Hepatic artery embolism | Spinal artery embolism |
| Arteriogram carotid abnormal | Hepatic artery occlusion | Splenic embolism |
| Atherectomy | Hepatic artery thrombosis | Stress cardiomyopathy |
| Basal ganglia infarction | Hypothenar hammer syndrome | Stroke in evolution |
| Basilar artery occlusion | Iliac artery embolism | Subclavian artery embolism |
| Basilar artery thrombosis | Iliac artery occlusion | Subclavian artery occlusion |
| Blindness transient | Iliac artery thrombosis | Subclavian artery thrombosis |
| Brachiocephalic artery occlusion | Intra-aortic balloon placement | Superior mesenteric artery syndrome |
| Capsular warning syndrome | Intraoperative cerebral artery occlusion | Thromboembolectomy |
| Carotid arterial embolus | Ischaemic cerebral infarction | Thrombotic microangiopathy |
| Carotid artery bypass | Ischaemic stroke | Thrombotic thrombocytopenic purpura |
| Carotid artery occlusion | Lacunar infarction | Transient ischaemic attack |
| Carotid artery stent insertion | Leriche syndrome | Truncus coeliacus thrombosis |
| Carotid artery thrombosis | Mesenteric arteriosclerosis | Vertebral artery occlusion |
| Carotid endarterectomy | Mesenteric artery embolism | Vertebral artery thrombosis |
| Cerebellar artery occlusion | Mesenteric artery stenosis | Visual acuity reduced transiently |
| Cerebellar artery thrombosis | Mesenteric artery thrombosis | |
| Cerebellar embolism | Myocardial infarction | |
| Cerebral artery embolism | Papillary muscle infarction | |
| Cerebral artery occlusion | Penile artery occlusion | |
| Cerebral artery thrombosis | Percutaneous coronary intervention | |

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)        Exhibit 31, p. 53                    TPROD00972890

*SIGNAL ASSESSMENT*                                      *CR File Number*

PROTECTED B

**8.3 Appendix 3B List of preferred terms included in the MedDRA HLT** *Peripheral vasoconstriction necrosis and vascular insufficiency, Non-site specific necrosis and vascular insufficiency,* **and** *Coronary necrosis and vascular insufficiency*"

| Peripheral vasoconstriction necrosis and vascular insufficiency | Non-site specific necrosis and vascular insufficiency | Coronary necrosis and vascular insufficiency |
|---|---|---|
| Arterial stenosis limb | Arterial insufficiency | Acute coronary syndrome |
| Arteriosclerosis obliterans | Arterial occlusive disease | Acute myocardial infarction |
| Atrophie blanche | Arterial restenosis | Angina pectoris |
| Chillblains | Arterial spasm | Angina unstable |
| Choroidal sclerosis | Arterial stenosis | Arteriosclerosis coronary artery |
| Dependent rubor | Arteriosclerosis | Arteriospasm coronary |
| Diabetic foot | Arteriosclerosis Moenckeberg-type | Coronary artery disease |
| Diabetic gangrene | Fibromuscular dysplasia | Coronary artery insufficiency |
| Diabetic macroangiopathy | Graft ischaemia | Coronary artery occlusion |
| Diabetic microangiopathy | Haemorrhagic infarction | Coronary artery reocclusion |
| Diabetic ulcer | Infarction | Coronary artery restenosis |
| Diabetic vascular disorder | In-stent arterial restenosis | Coronary artery stenosis |
| Dry gangrene | Ischaemia | Coronary no-reflow phenomenon |
| Extremity necrosis | Ischaemic ulcer | Coronary ostial stenosis |
| Extrinsic iliac vein compression | Malignant atrophic papulosis | Ischaemic cardiomyopathy |
| Femoral arterial stenosis | Malnutrition-inflammation-atherosclerosis syndrome | Kounis syndrome |
| Femoral artery occlusion | Man-in-the-barrel syndrome | Microvascular angina |
| Hand-arm vibration syndrome | Necrosis | Myocardial infarction |
| Iliac artery occlusion | Necrosis ischaemic | Myocardial ischaemia |
| Iliac artery stenosis | Necrosis of artery | Myocardial reperfusion injury |
| Iliac vein occlusion | Phlebosclerosis | Papillary muscle infarction |
| Intermittent claudication | Septic necrosis | Postinfarction angina |
| Ischaemic limb pain | Soft tissue necrosis | Prinzmetal angina |
| Ischaemic neuropathy | Steal syndrome | Silent myocardial infarction |
| May-Thurner syndrome | Tumour necrosis | Stress cardiomyopathy |
| Mucocutaneous flap necrosis | Vascular compression | Subendocardial ischaemia |
| Peripheral arterial occlusive disease | Vascular graft occlusion | |
| Peripheral arterial reocclusion | Vascular insufficiency | |
| Peripheral coldness | Vascular occlusion | |
| Peripheral ischaemia | Vascular stenosis | |
| Poor peripheral circulation | Vasospasm | |
| Popliteal artery entrapment syndrome | Venous insufficiency | |
| Raynaud's phenomenon | Venous occlusion | |
| Skin flap necrosis | Venous stenosis | |
| Skin ulcer | Visceral arterial ischaemia | |
| Subclavian artery stenosis | | |
| Vasoconstriction | | |
| Venous ulcer pain | | |

*Page 54 of 57*

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

Exhibit 31, p. 54

TPROD00972891

*SIGNAL ASSESSMENT*                                                    *CR File Number*

PROTECTED B

**8.4 Appendix 4** Redacted

*Page 55 of 57*

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

Exhibit 31, p. 55

TPROD00972892

*SIGNAL ASSESSMENT*                                              *CR File Number*

PROTECTED B

**8.5 Appendix 5: Redacted**

*Page 56 of 57*

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

Exhibit 31, p. 56

TPROD00972893

*SIGNAL ASSESSMENT*                                          *CR File Number*

PROTECTED B

**8.6 Appendix 6:** **Redacted**

*Page 57 of 57*

PRODUCED PURSUANT TO PROTECTIVE ORDER
IN 1:16-CV-00393 (ED CAL)

Exhibit 31, p. 57

TPROD00972894