# Exhibit 11

 **Health   Santé**
**Canada   Canada**

Therapeutic Products Directorate
Direction des produits thérapeutiques

| **If you receive this request in error, please advise the sender immediately.** |
| :---: |
| **Si vous recevez cette demande par erreur, veuillez en aviser immédiatement l'expéditeur.** |

| **To/A:** | Assia Assameur<br>Manager, DRA<br>Novartis Pharmaceuticals Canada Inc.<br>regaffairs@15146314856@fax<br>assia.assameur@novartis.com | **Security – Classification – de sécurité:**<br><br>Protected B |
| :--- | :--- | :--- |
| **From/De:** | Isabelle Rousse<br>Oncology Division 1<br>Bureau of Metabolism, Oncology and Reproductive sciences<br>isabelle.rousse@hc-sc.gc.ca<br>613-946-8041 | **Date:**<br><br>June 10, 2014 |

| **Subject/**<br>**Objet:** | **Request for Clarification for:**<br>TASIGNA<br>Notifiable Change<br>Control Number 173090 |
| :--- | :--- |

In accordance with the Therapeutic Products Directorate Guidance on *Management of Drug Submissions*, we request clarification of the following points so that we can continue our evaluation of the Safety & Efficacy information in your submission.

Please provide a complete response in question and answer format, within 3 calendar days of the date of this request, **directly to the Office of Submissions and Intellectual Property (OSIP)** as follows:

 i. For e-CTD submissions, courier a CD with an administrative cover letter, as indicated in the Draft Guidance on *Preparation of Drug Regulatory Activities in Electronic Common Technical Document*.
 ii. For paper submissions, courier a CD with an administrative cover letter, as well as a full paper copy, as indicated in the Guidance on *Preparation of Drug Regulatory Activities in the Common Technical Document (CTD) Format*.

To expedite the review, please also send a convenience copy of your response by email to the requester, on the same day the official response is sent to OSIP.

**If the requested information is not received by end of day Friday, June 13, 2014, then Not Satisfactory Notice may be issued.** Please inform the requester as soon as possible if you will be unable to provide a complete and timely response and prefer that a Notice be sent.

PRODUCED SUBJECT TO CONFIDENTIALITY AGREEMENT
8:20-cv-00587 (M.D. Fla.)

*Therapeutic Products Directorate – Protected B*        *Information Request*

### TPD Comment 1

The Bureau requests that the Sponsor incorporates the events of peripheral arterial occlusive disease (PAOD), ischemic heart disease and ischemic cerebrovascular events, including a mention of the fatal cases, into the Serious Warnings and Precautions section.

*Rationale*

*As per the Health Canada guidance for Industry for the Product Monograph (Effective Date: 2004-10-01), clinically significant or life-threatening safety hazards are to be included in the Serious Warnings and Precautions. The following observations support including atherosclerotic events in the box warnings:*

- *Arterial occlusive adverse events associated with the use of nilotinib occur frequently with an incidence of 6.8% with nilotinib 300 mg and of 5.8% with nilotinib 400 mg for all grades cardiovascular events at the 12 month analysis of Study A2303. The 48 month follow-up analysis indicated that their incidence increases significantly with increased drug exposure to 14.3% for nilotinib 300 mg and 13.4% for nilotinib 400 mg. Serious cardiovascular events were al common at the 48 month follow-up analysis (7.2% in the nilotinib 400 mg bid group vs 3.6 % in the nilotinib 300 mg bid group vs 2.1% in the imatinib 400 mg qd group), leading to treatment discontinuation in 3.6% of patients in the nilotinib 400 mg bid group.*

- *Evidence from cases reported from the clinical trial, the post-market setting and the published literature indicate that atherosclerotic events in association with the use of nilotinib can be rapidly progressing, with multi-sites presentation[1].*

- *Cases of serious arterial occlusive events, resistant to treatment have led to multiple revascularisation procedures. In the two nilotinib arms of study A2302, 25 patients experienced cardiac ischemic events. Eleven of those required a revascularisation procedure with 3 patients needing multiple surgeries due to re-stenosis. Nine patients experienced PAOD, and of the 6 patients that required a revascularisation procedure, 3 patients needed multiple interventions, including 1 amputation.*

- *Treatment resistance is also reported in several cases from the published literature:*

    - *Case series of 24 patients: 3 developed aggressive PAOD that was resistant to treatment. One patient was amputated. Two patients had pre-existing risk factor and one develop diabetes while on treatment but none had a history of PAOD.[2]*

    - *Retrospective analysis of 179 patients: 11 (6.5%) developed severe PAOD (lower limb involvement in all cases). One of those patients had no risk factors. Time-to-onset of PAOD ranged from 16 to 212 weeks with a median of 105 weeks. Patients were treated with angioplasty and stent implantation. Four patients were amputated.[3]*

- *Atherosclerotic events have also been reported in patients without risk factors[4].*

- *Based on the risk communication issued on April 12, 2013, there were at the time 14 Canadian cases of atherosclerosis reported with the use of TASIGNA. Additionally, based on the*

---

[1] Brauchli et al. (2010). Acta Oncologica. 49 : 523-525. Aichberger et al. (2011). Am. J. Hematol. 86: 533-539.
[2] Aichberger et al. (2011). Am. J. Hematol. 86: 533-539.
[3] Lecoutre et al. (2011). JNCI. 103(17) : 1347-1348.
[4] Tefferi and Letendre (2001). Am. J. Hematol. :610-611

*[Page]*

> *information provided in the reply to Clarimail for this NC received on June 4, 2014, there have been 15 reports of limb necrosis, 6 of which have been reported in Canada.*

*To summarize, atherosclerotic events occur frequently with the use of TASIGNA and cases of aggressive, resistant to treatment atherosclerotic events have also been reported. It is imperative that healthcare professionals are able to see this information in a prominent section of the Product Monograph as it may influence prescribing practice and ultimately affect patient safety. The reported arterial occlusive events can be life-threatening or result in long-term sequelae that diminish quality of life of patients. Given that CML patients can have a good prognosis and potentially be treated for a long-term period, these irreversible and severe adverse events require a serious warning.*

**TPD Comment 2 – Cardiovascular section of the Warnings and Precautions – Page 8 of 71 of the Annotated Product Monograph**

The Bureau requests that the sponsor kindly incorporates the following revisions highlighted in blue to the proposed labelling updates for cardiovascular adverse events:

"Cardiovascular adverse reactions have been observed in patients in the TASIGNA®* clinical studies at the recommended doses including cardiac failure observed in <1% of patients in imatinib-resistant or -intolerant Ph+ CML-CP and CML-AP patients, ~~as well as~~ and in newly diagnosed Ph+ CML-CP patients. Cardiovascular events have also been observed in the post-marketing reports. In a Phase III study (A2303) in newly diagnosed Ph+ CML patients, with a median time on therapy of 48 months in the clinical trial, ~~grade 3/4 cases of cardiovascular events included~~ ~~atherosclerotic-related diseases such as peripheral arterial occlusive disease (1.1% and 0.4% at 300 mg and 400 mg twice a day respectively), femoral artery stenosis, coronary artery stenosis, carotid artery stenosis, and ischemic heart disease (2.2% and 3.2% at 300 mg and 400 mg twice a day respectively) and cerebrovascular accident such as ischemic cerebrovascular events (0.7% and 1.4% at 300 mg and 400 mg twice a day respectively) were reported in patients taking TASIGNA®* (5.0% for TASIGNA* 300 mg BID and 6.1% for TASIGNA* 400 mg BID).~~ cases of cardiovascular events included ischemic heart disease-related events (5.0% and 5.8% in the nilotinib 300 mg and 400 mg bid arms respectively, and 1.8% in the imatinib arm), peripheral arterial occlusive disease (1.8% and 2.2% in the nilotinib 300 mg and 400 mg bid arms respectively, and 0% in the imatinib arm), and ischemic cerebrovascular events (1.1% and 1.8% in the nilotinib 300 mg and 400 mg bid arms respectively, and 0.7% in the imatinib arm).

Peripheral arterial occlusive disease, ischemic heart disease and ischemic cerebrovascular events include events such as femoral artery stenosis, coronary artery stenosis, cerebrovascular accident and carotid artery stenosis. ***[Refer to M.2, 2.5, p. 31].*** Atherosclerotic events in associated with TASIGNA can be aggressive, with multi-sites presentation and resistant to treatment, resulting in amputations.
Most of the patients had pre-existing documented cardiovascular disease or risk factors for atherosclerotic-related disease. Of the 36~~5~~9 patients treated with TASIGNA®*, who had no documented pre-existing risk factors for cardiovascular disease, ~~7~~10 patients (~~2~~3%) experienced atherosclerotic-related events ***[Refer to M.1, section 1.2.8, Table ad hoc 01]***. Since it is not known whether TASIGNA®* caused or exacerbated these conditions, patients should be monitored during treatment with TASIGNA®* for signs of atherosclerotic-related conditions and actively managed during TASIGNA* therapy according to standard guidelines. If acute signs or symptoms of cardiovascular events occur, advise patients to seek immediate medical attention.
Administer with caution in patients with pre-existing risk factors for atherosclerosis (See **Monitoring and Laboratory Tests, DOSAGE AND ADMINISTRATION/Non-hematological toxicities, ADVERSE REACTIONS and Post-Market Adverse Reactions**). ***[Refer to M.2, 2.5]."***

*Rationale*
*The Bureau requests that the updated incidence for cardiovascular events include events of all grades instead of the grade 3 and 4 events. The revisions highlighted in blue better reflect the trial results and provide differences in incidence with the comparator arm. The differences in incidence are needed to provide a complete safety profile of TASIGNA for healthcare professionals who will be prescribing the drug to patients with pre-existing cardiovascular risk factors or who will be developing risk factors while being treated with TASIGNA.*

### TPD Comment 3 – Monitoring and Laboratory Tests -  Page 13 of 71 of the Annotated Product Monograph

The Bureau requests that the sponsor kindly incorporates the following revisions highlighted in blue:

"Serum electrolytes (including phosphorus) as well as serum lipase/amylase, fasting glucose, HbA1c, creatine kinase (CPK), uric acid, creatinine, and lactate dehydrogenase (LDH) levels need to be monitored before treatment and frequently during treatment with TASIGNA®± and as clinically indicated (See WARNINGS AND PRECAUTIONS and DOSAGE AND ADMINISTRATION). Arterial ultrasound or measurements of the ankle-brachial index should be performed in patients with suspected PAOD. Adequate hydration should be maintained if tumor lysis syndrome is considered a substantial risk.

It is recommended that the lipid profile should be assessed before initiating treatment with TASIGNA®± and monitored during treatment, as clinically indicated. If lipid lowering agents are needed, please refer to **Drug-Drug Interactions section** before starting treatment.

Patients should be weighed and monitored regularly for signs and symptoms of fluid retention (see **WARNINGS AND PRECAUTIONS**)."

*Rationale*
*The HC requested revisions are to reflect the current clinical practice and to ensure that patients are adequately monitored for the risk of atherosclerotic events associated with the use of TASIGNA.*

Sincerely,

Isabelle Rousse
Clinical Assessment Officer
Oncology Division 1
Bureau of Metabolism, Oncology and Reproductive Sciences
Tel.: (613) 946-8041
Fax: (613) 941-1365

*This Information Request has been signed electronically using the Health Canada docuBridge system.*

PRODUCED SUBJECT TO CONFIDENTIALITY AGREEMENT
8:20-cv-00587 (M.D. Fla.)　　　　　　　　　　　　　　　　　　　　　　　　　　　TPROD01767621