Exhibit 14



National Comprehensive
Cancer Network®

**NCCN Clinical Practice Guidelines in Oncology (NCCN Guidelines®)**

# Chronic Myeloid Leukemia

Version 1.2023 — August 5, 2022

**NCCN.org**

**NCCN Guidelines for Patients®** available at **www.nccn.org/patients**

**Continue**

Version 1.2023, 08/05/22 © 2022 National Comprehensive Cancer Network® (NCCN®), All rights reserved. NCCN Guidelines® and this illustration may not be reproduced in any form without the express written permission of NCCN.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.



# NCCN Guidelines Version 1.2023
# Chronic Myeloid Leukemia

NCCN Guidelines Index
Table of Contents
Discussion

**\*Neil P. Shah, MD, PhD/Chair ‡**
UCSF Helen Diller Family
Comprehensive Cancer Center

**\*Ravi Bhatia, MD/Vice-Chair ‡**
O'Neal Comprehensive
Cancer Center at UAB

**Jessica K. Altman, MD ‡**
Robert H. Lurie Comprehensive Cancer
Center of Northwestern University

**Maria Amaya, MD, PhD ‡**
University of Colorado Cancer Center

**Kebede H. Begna, MD ‡**
Mayo Clinic Cancer Center

**Ellin Berman, MD ‡ † Þ**
Memorial Sloan Kettering Cancer Center

**Robert H. Collins, Jr., MD ‡**
UT Southwestern Simmons
Comprehensive Cancer Center

**Peter T. Curtin, MD † ‡ ξ**
City of Hope National Medical Center

**Daniel J. DeAngelo, MD, PhD ‡ †**
Dana-Farber/Brigham and Women's
Cancer Center

**Jason Gotlib, MD, MS ‡ †**
Stanford Cancer Institute

**Gabriela Hobbs, MD ‡ †**
Massachusetts General Hospital
Cancer Center

**Hagop M. Kantarjian, MD ‡**
The University of Texas
MD Anderson Cancer Center

**Lori Maness, MD ‡**
Fred and Pamela Buffett Cancer Center

**Monica Mead, MD †**
UCLA Jonsson Comprehensive Cancer Center

**Leland Metheny, MD ‡ ξ**
Case Comprehensive Cancer Center
University Hospitals Seidman Cancer Center and
Cleveland Clinic Taussig Cancer Institute

**Sanjay Mohan, MD, MSCI ‡**
Vanderbilt-Ingram Cancer Center

**Joseph O. Moore, MD †**
Duke Cancer Institute

**Vivian Oehler, MD ‡**
Fred Hutchinson Cancer Research Center/
Seattle Cancer Care Alliance

**Keith Pratz, MD †**
Abramson Cancer Center
at the University of Pennsylvania

**Iskra Pusic, MD, MSCI †**
Siteman Cancer Center at Barnes-
Jewish Hospital and Washington
University School of Medicine

**Michal G. Rose, MD †**
Yale Cancer Center/
Smilow Cancer Hospital

**B. Douglas Smith, MD † Þ**
The Sidney Kimmel Comprehensive
Cancer Center at Johns Hopkins

**Kendra L. Sweet, MD, MS ‡ † Þ**
Moffitt Cancer Center

**Moshe Talpaz, MD ‡**
University of Michigan
Rogel Cancer Center

**Tiffany N. Tanaka, MD ‡**
UC San Diego Moores Cancer Center

**James Thompson, MD, MS ‡**
Roswell Park Comprehensive
Cancer Center

**Jennifer Vaughn, MD, MSPH ‡**
The Ohio State University Comprehensive
Cancer Center - James Cancer Hospital
and Solove Research Institute

**Jeanna Welborn, MD †**
UC Davis Comprehensive Cancer Center

**David T. Yang, MD ≠**
University of Wisconsin
Carbone Cancer Center

**NCCN**
**Kristina Gregory, RN, MSN, OCN**
**Hema Sundar, PhD**

ξ  Bone marrow transplantation
‡  Hematology/Hematology oncology
Þ  Internal medicine
†  Medical oncology
≠  Pathology
\*  Discussion Section Writing Committee

**NCCN Guidelines Panel Disclosures**

**Continue**

Version 1.2023, 08/05/22 © 2022 National Comprehensive Cancer Network® (NCCN®), All rights reserved. NCCN Guidelines® and this illustration may not be reproduced in any form without the express written permission of NCCN.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.



**NCCN Guidelines Version 1.2023**
**Chronic Myeloid Leukemia**

NCCN Guidelines Index
Table of Contents
Discussion

NCCN Chronic Myeloid Leukemia Panel Members
Summary of Guidelines Updates

Workup (CML-1)
Chronic Phase CML (CML-2)
Early Treatment Response Milestones, Clinical Considerations, and Recommendations (CML-3)
Advanced Phase CML (CML-4)
Treatment Recommendations Based on *BCR::ABL1* Mutation Profile (CML-5)
Allogeneic Hematopoietic Cell Transplantation (CML-6)

Risk Calculation Table (CML-A)
Definitions of Accelerated Phase and Blast Phase (CML-B)
Management of CML During Pregnancy (CML-C)
Criteria for Response and Relapse (CML-D)
Monitoring Response to TKI Therapy and Mutational Analysis (CML-E)
Discontinuation of TKI Therapy (CML-F)
Management of Bosutinib Toxicity (CML-G 1 of 9)
Management of Dasatinib Toxicity (CML-G 2 of 9)
Management of Imatinib Toxicity (CML-G 3 of 9)
Management of Nilotinib Toxicity (CML-G 4 of 9)
Management of Omacetaxine Toxicity (CML-G 5 of 9)
Management of Ponatinib Toxicity (CML-G 6 of 9)
Management of Asciminib Toxicity (CML-G 7 of 9)
Drug Interactions of TKIs (CML-G 8 of 9)

Abbreviations (ABBR-1)

**Clinical Trials:** NCCN believes that the best management for any patient with cancer is in a clinical trial. Participation in clinical trials is especially encouraged.

Find an NCCN Member Institution: https://www.nccn.org/home/member-institutions.

**NCCN Categories of Evidence and Consensus:** All recommendations are category 2A unless otherwise indicated.

See NCCN Categories of Evidence and Consensus.

**NCCN Categories of Preference:** All recommendations are considered appropriate.

See NCCN Categories of Preference.

The NCCN Guidelines® are a statement of evidence and consensus of the authors regarding their views of currently accepted approaches to treatment. Any clinician seeking to apply or consult the NCCN Guidelines is expected to use independent medical judgment in the context of individual clinical circumstances to determine any patient's care or treatment. The National Comprehensive Cancer Network® (NCCN®) makes no representations or warranties of any kind regarding their content, use or application and disclaims any responsibility for their application or use in any way. The NCCN Guidelines are copyrighted by National Comprehensive Cancer Network®. All rights reserved. The NCCN Guidelines and the illustrations herein may not be reproduced in any form without the express written permission of NCCN. ©2022.

Version 1.2023, 08/05/22 © 2022 National Comprehensive Cancer Network® (NCCN®), All rights reserved. NCCN Guidelines® and this illustration may not be reproduced in any form without the express written permission of NCCN.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

**NCCN Guidelines Version 1.2023**
**Chronic Myeloid Leukemia**

**Updates in Version 1.2023 of the NCCN Guidelines for Chronic Myeloid Leukemia from Version 3.2022 include:**

**General**
• BCR-ABL replaced with BCR::ABL

**CML-2**
• Footnote h added: Limited available evidence from small cohort studies suggests that initiation of first-line TKIs (bosutinib, dasatinib, or nilotinib) at lower doses (to minimize treatment-related adverse events) and dose reduction (with close monitoring) in patients who achieve optimal responses are appropriate strategies to reduce the risk of long-term toxicities. However, the minimum effective dose or optimal de-escalation of TKI (bosutinib, dasatinib, or nilotinib) has not yet been established in prospective randomized clinical trials. See the Discussion section for Dose Modifications of TKI Therapy.

**CML-3**
• Increase imatinib dose to a max of 800 mg removed as a recommendation for possible TKI resistance at 3 months and 12 months. (Yellow color)
• Mutational status clarified with addition of BCR::ABL1 kinase domain.
• Footnote o added: Consider myeloid mutation panel to identify *BCR::ABL1*–independent resistance mutations in patients with no BCR::ABL1 kinase domain mutations.

**CML-4**
• Accelerated phase
  ‣ 1G TKI (imatinib) moved to Useful in certain circumstances with the following qualifier:
    ◊ if 2G or 3G TKI is contraindicated
• Blast phase
  ‣ Induction chemotherapy + TKI noted as preferred
  ‣ TKI ± steroids noted as Useful in certain circumstances with the following qualifier:
    ◊ if not a candidate for induction chemotherapy

**CML-4A**
• Footnote u added: TKI (alone or in combination with minimal chemotherapy or steroids) is less effective in BP-CML compared to Ph-positive ALL. Interphase FISH for the detection of *BCR::ABL1* transcript on blood granulocytes is recommended to differentiate between de novo BP-CML and de novo Ph-positive ALL.
• Footnote w modified with addition of sentence: Omacetaxine is indicated for the treatment of accelerated phase CML that is resistant and/or intolerant to two or more TKIs.
• Footnote x added: 2G or 3G TKI is preferred. Consider imatinib for patients with contraindications to 2G or 3G TKI.

**CML-5**
• Bullets 1 and 3: kinase domain added after BCR::ABL1
• Asciminib: A337T and P465S added as contraindicated mutations
• Footnote z revised to include the following: BCR::ABL35INS has been reported in patients who do not respond to imatinib; however, there are not enough data to confirm that 2G TKIs could overcome this resistance (Berman E, et al. Leuk Res 2016;49:108-112). See Discussion.
• The following sentence was removed from footnote z and added to footnote bb: There are compound mutations that can cause resistance to ponatinib, but those are uncommon following treatment with bosutinib, dasatinib, or nilotinib.
• Footnote bb modified: Ponatinib is a *the preferred* treatment option for patients with a T315I mutation. *It is also a treatment option for* and/or CP-CML with resistance or intolerance to at least two prior TKIs or for patients with AP-CML or BP-CML for whom no other TKI is indicated. *There are compound mutations that can cause resistance to ponatinib, but those are uncommon following treatment with bosutinib, dasatinib, or nilotinib.*
• *Footnote cc modified:* Omacetaxine is a treatment option for patients with *chronic or accelerated phase CML* ~~disease~~ that is resistant and/or intolerant to two or more TKIs.

**CML-G 8 of 9**
• Drug interactions added for asciminib (also applies for CML-G 9 of 9)

**ABBR-1**
• New section added: Abbreviations

Version 1.2023, 08/05/22 © 2022 National Comprehensive Cancer Network® (NCCN®), All rights reserved. NCCN Guidelines® and this illustration may not be reproduced in any form without the express written permission of NCCN.

**UPDATES**

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

**NCCN** National Comprehensive Cancer Network®

# NCCN Guidelines Version 1.2023
# Chronic Myeloid Leukemia



**WORKUP**

- H&P, including spleen size by palpation (cm below costal margin)
- CBC with differential
- Chemistry profile
- Bone marrow aspirate and biopsy for morphologic review and cytogenetic evaluation[a]
- Quantitative RT-PCR (qPCR) using International Scale (IS) for *BCR::ABL1* (blood)[b]
- Hepatitis B panel[c]

**CLINICAL PRESENTATION**

Ph-positive or *BCR::ABL1* positive

Chronic phase CML (CP-CML)

Advanced phase CML
- Accelerated phase CML (AP-CML)[d]
- Blast phase CML (BP-CML)[d]

Ph-negative and *BCR::ABL1* negative

Evaluate for diseases other than CML (See NCCN Guidelines for Myeloproliferative Neoplasms)

**ADDITIONAL EVALUATION**

Determine risk score (See Risk Calculation Table CML-A) → See CML-2

- Flow cytometry to determine cell lineage
- Consider mutational analysis[e]
- HLA testing, if considering allogeneic HCT (See CML-6)

→ See CML-4

---

[a] Bone marrow evaluation should be done for the initial workup, to provide morphologic review, and also to detect chromosomal abnormalities in addition to the Ph chromosome. Fluorescence in situ hybridization (FISH) can be used if cytogenetic evaluation is not possible.

[b] Consider qualitative RT-PCR for the detection of atypical *BCR::ABL1* transcripts. See Discussion. Referral to centers with expertise in the management of rare hematologic malignancies is recommended.

[c] Hepatitis B virus reactivation has been reported in patients receiving tyrosine kinase inhibitor (TKI) therapy. However, it is not always possible to reliably estimate the frequency or establish a relationship to drug exposure because these incidences are reported voluntarily from a population of uncertain size.

[d] See Definitions of Accelerated Phase and Blast Phase (CML-B).

[e] Consider myeloid mutation panel for patients with accelerated phase or blast phase.

---

**Note: All recommendations are category 2A unless otherwise indicated.**
**Clinical Trials: NCCN believes that the best management of any patient with cancer is in a clinical trial. Participation in clinical trials is especially encouraged.**

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.



**NCCN Guidelines Version 1.2023**
**Chronic Myeloid Leukemia**

NCCN Guidelines Index
Table of Contents
Discussion



**CLINICAL PRESENTATION**

**PRIMARY TREATMENT[f,g,h]**

Chronic phase CML (CP-CML)

**Treatment considerations independent of risk score**
• Comorbidities
• Toxicity profile of tyrosine kinase inhibitor (TKI)
• Possible drug interactions
• Patient preference

**Low-risk score** (See Risk Calculation Table CML-A)

**Preferred regimens**
First-generation (1G) TKI (Imatinib 400 mg QD [category 1])[i]
or
Second-generation (2G) TKI (alphabetical order)
(Bosutinib 400 mg QD [category 1] or Dasatinib 100 mg QD [category 1] or Nilotinib 300 mg BID [category 1])
or
Clinical trial

See Response Milestones and Treatment Options (CML-3)[k,l]

**Intermediate- or high-risk score** (See Risk Calculation Table CML-A)

**Preferred regimens**
2G TKI (alphabetical order)
(Bosutinib 400 mg QD [category 1] or Dasatinib 100 mg QD [category 1] or Nilotinib 300 mg BID [category 1])
or
**Other recommended regimen**
1G TKI (Imatinib 400 mg QD)[i,j]
or
Clinical trial

See Response Milestones and Treatment Options (CML-3)[k,l]

f If treatment is needed during pregnancy, it is preferable to initiate treatment with interferons (interferon alfa-2a or peginterferon alfa-2a). Interferon alfa-2a/2b and peginterferon alfa-2b have been discontinued. Peginterferon alfa-2a may be substituted for other interferon preparations. TKI therapy, particularly during the first trimester, should be avoided. See Management of CML During Pregnancy (CML-C).

g Based on follow-up data from the BFORE, DASISION, and ENESTnd trials, 2G TKIs (bosutinib, dasatinib, or nilotinib) are preferred for patients with an intermediate- or high-risk score. 2G TKIs should also be considered for specific subgroups (based on the assessment of treatment goals and benefit/risks), for example, younger patients who are interested in ultimately discontinuing treatment and especially young patients assigned female at birth whose goal is to achieve a deep and rapid molecular response and eventual discontinuation of TKI therapy for family planning purposes.

h Limited available evidence from small cohort studies suggests that initiation of first-line TKIs (bosutinib, dasatinib, or nilotinib) at lower doses (to minimize treatment-related adverse events) and dose reduction (with close monitoring) in patients who achieve optimal responses are appropriate strategies to reduce the risk of long-term toxicities. However, the minimum effective dose or optimal de-escalation of TKI (bosutinib, dasatinib, or nilotinib) has not yet been established in prospective randomized clinical trials. See the Discussion section for *Dose Modifications of TKI Therapy* (MS-17).

i Innovator and generic drugs approved by the regulatory authorities based on pharmacokinetic equivalence can be used interchangeably. An FDA-approved generic version is an appropriate substitute for an innovator drug (imatinib). Generic versions of other TKIs are likely to be marketed in the near future.

j Imatinib may be preferred for older patients with comorbidities such as cardiovascular disease.

k See Criteria for Response and Relapse (CML-D).

l See Monitoring Response to TKI Therapy and Mutational Analysis (CML-E).

---

Note: All recommendations are category 2A unless otherwise indicated.
Clinical Trials: NCCN believes that the best management of any patient with cancer is in a clinical trial. Participation in clinical trials is especially encouraged.

---

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.



# NCCN Guidelines Version 1.2023
# Chronic Myeloid Leukemia

## EARLY TREATMENT RESPONSE MILESTONES[k,l]

| BCR::ABL1 (IS) | 3 months | 6 months | 12 months[m] |
|---|---|---|---|
| >10%[n] | YELLOW | RED | RED |
| >1%–10% | GREEN | GREEN | YELLOW |
| >0.1%–1% | GREEN | GREEN | LIGHT GREEN |
| ≤0.1% | GREEN | GREEN | GREEN |

| COLOR | CONCERN | CLINICAL CONSIDERATIONS | RECOMMENDATIONS |
|---|---|---|---|
| RED | TKI-resistant disease | • Evaluate patient compliance and drug interactions<br>• Consider BCR::ABL1 kinase domain mutational analysis[o] | Switch to alternate TKI (CML-5) and evaluate for allogeneic HCT |
| YELLOW | Possible TKI resistance | • Evaluate patient compliance and drug interactions<br>• Consider BCR::ABL1 kinase domain mutational analysis[o]<br>• Consider bone marrow cytogenetic analysis to assess for MCyR at 3 mo or CCyR at 12 mo | Switch to alternate TKI (CML-5) or Continue same TKI (other than imatinib) (CML-G)[p] and Consider evaluation for allogeneic HCT |
| LIGHT GREEN | TKI-sensitive disease | • If treatment goal is long-term survival: ≤1% optimal<br>• If treatment goal is treatment-free remission: ≤0.1% optimal | • If optimal: continue same TKI<br>• If not optimal: shared decision-making with patient[q,r] |
| GREEN | TKI-sensitive disease | • Monitor response (CML-E) and side effects | Continue same TKI (CML-G)[s] |

---

k See Criteria for Response and Relapse (CML-D).
l See Monitoring Response to TKI Therapy and Mutational Analysis (CML-E).
m BCR::ABL1 ≤0.1% at 12 months is associated with a very low probability of subsequent loss of response and a high likelihood of achieving a subsequent deep molecular response (DMR MR4.0; ≤0.01% BCR::ABL1 IS), which is a prerequisite for a trial of treatment-free remission (TFR).
n Patients with BCR::ABL1 only slightly >10% at 3 months and/or with a steep decline from baseline may achieve <10% at 6 months and have generally favorable outcomes. Therefore, it is important to interpret the value at 3 months in this context before making drastic changes to the treatment strategy.
o Consider myeloid mutation panel to identify BCR::ABL1–independent resistance mutations in patients with no BCR::ABL1 kinase domain mutations.
p Achievement of response milestones must be interpreted within the clinical context. Patients with more than 50% reduction compared to baseline or minimally above the 10% cutoff can continue the same dose of dasatinib, nilotinib, or bosutinib for another 3 months. Continuation of imatinib 400 mg is not recommended.
q Switching from imatinib to a 2G TKI improves response, but is associated with increased toxicity.
r Consider referral to a specialized CML center and/or enrollment in a clinical trial.
s Discontinuation of TKI with careful monitoring is feasible in selected patients. See Discontinuation of TKI Therapy (CML-F).

Note: All recommendations are category 2A unless otherwise indicated.
Clinical Trials: NCCN believes that the best management of any patient with cancer is in a clinical trial. Participation in clinical trials is especially encouraged.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

**NCCN Guidelines Version 1.2023**
**Chronic Myeloid Leukemia**

NCCN Guidelines Index
Table of Contents
Discussion



**CLINICAL PRESENTATION**

**TREATMENT[f]**

**Advanced phase CML**

**Treatment considerations**
- **Disease progression to advanced phase while on TKI therapy has worse prognosis than de novo advanced phase CML.**
- **Evaluation for allogeneic HCT as indicated.[t]**
- **Selection of TKI is based on prior therapy and/or *BCR::ABL1* mutation profile.**
- **CNS involvement has been described in BP-CML. Lumbar puncture and CNS prophylaxis is recommended for lymphoid blast phase.**

**Accelerated phase[d] (AP-CML)**

Clinical trial
or
Preferred regimens
- 2G or third-generation (3G) TKI (alphabetical order) (Bosutinib or Dasatinib or Nilotinib or Ponatinib)
Useful in certain circumstances
- 1G TKI (Imatinib; if 2G or 3G TKI is contraindicated)[i,v]
- Omacetaxine[w]

Allogeneic HCT[t] (CML-6)

**Blast phase[d,u] (BP-CML)**

Lymphoid

Clinical trial
or
Preferred regimens
- ALL-type induction chemotherapy (NCCN Guidelines for ALL) + TKI[i,x] (CML-G)
Useful in certain circumstances
- TKI[i,x] (CML-G) + steroids (if not a candidate for induction chemotherapy)

Allogeneic HCT (CML-6)

Myeloid

Clinical trial
or
Preferred regimens
- AML-type induction chemotherapy (NCCN Guidelines for AML) + TKI[i,x] (CML-G)
Useful in certain circumstances
- TKI[i,x] (CML-G) (if not a candidate for induction chemotherapy)

Allogeneic HCT (CML-6)

See Footnotes on CML-4A

Note: All recommendations are category 2A unless otherwise indicated.
Clinical Trials: NCCN believes that the best management of any patient with cancer is in a clinical trial. Participation in clinical trials is especially encouraged.

Version 1.2023, 08/05/22 © 2022 National Comprehensive Cancer Network® (NCCN®), All rights reserved. NCCN Guidelines® and this illustration may not be reproduced in any form without the express written permission of NCCN.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

**NCCN**
National Comprehensive Cancer Network®

**NCCN Guidelines Version 1.2023**
**Chronic Myeloid Leukemia**

NCCN Guidelines Index
Table of Contents
Discussion

## FOOTNOTES FOR ADVANCED PHASE CML

[d] See Definitions of Accelerated Phase and Blast Phase (CML-B).

[f] If treatment is needed during pregnancy, it is preferable to initiate treatment with interferons (interferon alfa-2a or peginterferon alfa-2a). Interferon alfa-2a/2b and peginterferon alfa-2b have been discontinued. Peginterferon alfa-2a may be substituted for other interferon preparations. TKI therapy, particularly during the first trimester, should be avoided. See Management of CML During Pregnancy (CML-C).

[i] Innovator and generic drugs approved by the regulatory authorities based on pharmacokinetic equivalence can be used interchangeably. An FDA-approved generic version is an appropriate substitute for an innovator drug (imatinib). Generic versions of other TKIs are likely to be marketed in the near future.

[t] The presence of major route additional chromosomal abnormalities (ACAs) in Ph-positive cells (trisomy 8, isochromosome 17q, second Ph, and trisomy 19) may have a negative prognostic impact on survival. Patients who present with accelerated phase at diagnosis should be treated with a TKI, followed by evaluation for allogeneic HCT, based on response to therapy. Consider evaluation for allogeneic HCT if response milestones are not achieved at 3, 6, and 12 months as outlined on CML-3.

[u] TKI (alone or in combination with minimal chemotherapy or steroids) is less effective in BP-CML compared to Ph-positive ALL. Interphase FISH for the detection of *BCR::ABL1* transcript on blood granulocytes is recommended to differentiate between de novo BP-CML and de novo Ph-positive ALL.

[v] Imatinib is not recommended for patients with disease progression on prior TKI therapy.

[w] Omacetaxine is indicated for the treatment of accelerated phase CML that is resistant and/or intolerant to two or more TKIs. Omacetaxine is a treatment option for patients with disease progression to AP-CML. Omacetaxine is not a treatment option for patients who present with AP-CML.

[x] 2G or 3G TKI is preferred. Consider imatinib for patients with contraindications to 2G or 3G TKI.

Note: All recommendations are category 2A unless otherwise indicated.
Clinical Trials: NCCN believes that the best management of any patient with cancer is in a clinical trial. Participation in clinical trials is especially encouraged.

Version 1.2023, 08/05/22 © 2022 National Comprehensive Cancer Network® (NCCN®), All rights reserved. NCCN Guidelines® and this illustration may not be reproduced in any form without the express written permission of NCCN.

**CML-4A**

**National Comprehensive Cancer Network®**

# NCCN Guidelines Version 1.2023
# Chronic Myeloid Leukemia

## TREATMENT RECOMMENDATIONS BASED ON *BCR*::*ABL1* MUTATION PROFILE

- **Patients with disease resistant to primary treatment with imatinib should be treated with bosutinib, dasatinib, or nilotinib in the second-line setting, taking into account BCR::ABL1 kinase domain mutation status.**
- **Patients with disease resistant to primary treatment with bosutinib, dasatinib, or nilotinib can be treated with an alternate TKI (other than imatinib) in the second-line setting, taking into account BCR::ABL1 kinase domain mutation status. The durability of these responses is frequently limited.**
- **The table below lists the BCR::ABL1 kinase domain mutations that should NOT be treated with asciminib, bosutinib, dasatinib, or nilotinib.**

| THERAPY | CONTRAINDICATED MUTATIONS[z] |
|---|---|
| **Asciminib**[y] | **A337T or P465S** |
| **Bosutinib** | **T315I, V299L, G250E, or F317L**[aa] |
| **Dasatinib** | **T315I/A, F317L/V/I/C, or V299L** |
| **Nilotinib** | **T315I, Y253H, E255K/V, or F359V/C/I** |
| **Ponatinib,**[bb] **Omacetaxine,**[cc] allogeneic HCT (**CML-6**), or clinical trial | **None** |

[y] Asciminib is a treatment option for CP-CML patients with the T315I mutation and/or CP-CML with resistance or intolerance to at least two prior TKIs.

[z] Mutations contraindicated for imatinib are too numerous to include. BCR::ABL35$_{INS}$ has been reported in patients who do not respond to imatinib; however, there are not enough data to confirm that 2G TKIs could overcome this resistance (Berman E, et al. Leuk Res 2016;49:108-112). See Discussion.

[aa] Bosutinib has minimal activity against an F317L mutation. Nilotinib may be preferred over bosutinib in patients with an F317L mutation.

[bb] Ponatinib is the preferred treatment option for patients with a T315I mutation. It is also a treatment option for CP-CML with resistance or intolerance to at least two prior TKIs or for patients with AP-CML or BP-CML for whom no other TKI is indicated. There are compound mutations that can cause resistance to ponatinib, but those are uncommon following treatment with bosutinib, dasatinib, or nilotinib.

[cc] Omacetaxine is a treatment option for patients with chronic or accelerated phase CML that is resistant and/or intolerant to two or more TKIs.

Note: All recommendations are category 2A unless otherwise indicated.
Clinical Trials: NCCN believes that the best management of any patient with cancer is in a clinical trial. Participation in clinical trials is especially encouraged.

Version 1.2023, 08/05/22 © 2022 National Comprehensive Cancer Network® (NCCN®), All rights reserved. NCCN Guidelines® and this illustration may not be reproduced in any form without the express written permission of NCCN.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

**NCCN Guidelines Version 1.2023**
**Chronic Myeloid Leukemia**

**ADDITIONAL THERAPY**



i Innovator and generic drugs approved by the regulatory authorities based on pharmacokinetic equivalence can be used interchangeably. An FDA-approved generic version is an appropriate substitute for an innovator drug (imatinib). Generic versions of other TKIs are likely to be marketed in the near future.

k See Criteria for Response and Relapse (CML-D).

bb Ponatinib is the preferred treatment option for patients with a T315I mutation. It is also a treatment option for CP-CML with resistance or intolerance to at least two prior TKIs or for patients with AP-CML or BP-CML for whom no other TKI is indicated. There are compound mutations that can cause resistance to ponatinib, but those are uncommon following treatment with bosutinib, dasatinib, or nilotinib.

cc Omacetaxine is a treatment option for patients with chronic or accelerated phase CML that is resistant and/or intolerant to two or more TKIs.

dd Indications for allogeneic HCT: advanced phase CML at presentation or disease progression to blast phase. Outcomes of allogeneic HCT are dependent on age, comorbidities, donor type, and transplant center.

ee Carpenter PA, et al. Blood 2007;109:2791-2793; Olavarria E, et al. Blood 2007;110:4614-4617; DeFilipp Z, et al. Clin Lymphoma Myeloma Leuk 2016;16:466-471.

---

Note: All recommendations are category 2A unless otherwise indicated.
Clinical Trials: NCCN believes that the best management of any patient with cancer is in a clinical trial. Participation in clinical trials is especially encouraged.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.



**NCCN Guidelines Version 1.2023**
**Chronic Myeloid Leukemia**

## RISK CALCULATION TABLE

| Risk Score | Calculation | Risk Category | |
|---|---|---|---|
| Sokal score[1] | Exp 0.0116 x (age - 43.4) + 0.0345 x (spleen - 7.51) + 0.188 x [(platelet count ÷ 700)$^2$ - 0.563] + 0.0887 x (blasts - 2.10) | Low<br>Intermediate<br>High | <0.8<br>0.8 – 1.2<br>>1.2 |
| Hasford (EURO) score[2] | (0.6666 x age [0 when age <50 years; 1, otherwise] + 0.042 x spleen size [cm below costal margin] + 0.0584 × percent blasts + 0.0413 × percent eosinophils + 0.2039 × basophils [0 when basophils <3%; 1, otherwise] + 1.0956 × platelet count [0 when platelets <1500 × 10$^9$/L; 1, otherwise]) × 1000 | Low<br>Intermediate<br>High | ≤780<br>>780 – ≤1480<br>>1480 |
| EUTOS long-term survival (ELTS) score[3] | 0.0025 × (age/10)$^3$ + 0.0615 × spleen size cm below costal margin + 0.1052 × blasts in peripheral blood + 0.4104 × (platelet count/1000)$^{-0.5}$ | Low<br>Intermediate<br>High | ≤1.5680<br>>1.5680 but ≤2.2185<br>>2.2185 |

Calculation of relative risk based on Sokal or Hasford (EURO) score can be found at:
https://www.leukemia-net.org/content/leukemias/cml/euro__and_sokal_score/index_eng.html

Online calculator for the ELTS score can be found at: https://www.leukemia-net.org/content/leukemias/cml/elts_score/index_eng.html

[1] Sokal J, Cox EB, Baccarani M, et al. Prognostic discrimination in "good-risk" chronic granulocytic leukemia. Blood 1984;63:789-799.
[2] Hasford J, Pfirrmann M, Hehlmann R, et al. A new prognostic score for survival of patients with chronic myeloid leukemia treated with interferon alfa. Writing Committee for the Collaborative CML Prognostic Factors Project Group. J Natl Cancer Inst 1998;90:850-858.
[3] Pfirrman M, Baccarani M, Saussele S, et al. Prognosis of long-term survival considering disease-specific death in patients with chronic myeloid leukemia. Leukemia 2016;30:48-56.

**Note: All recommendations are category 2A unless otherwise indicated.**
**Clinical Trials: NCCN believes that the best management of any patient with cancer is in a clinical trial. Participation in clinical trials is especially encouraged.**

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for future use. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.



**NCCN Guidelines Version 1.2023**
**Chronic Myeloid Leukemia**

## DEFINITIONS OF ACCELERATED PHASE[1,2]

| Modified MD Anderson Cancer Center (MDACC) Criteria[3,4] (most commonly used in clinical trials) |
|---|
| • Peripheral blood myeloblasts ≥15% and <30% |
| • Peripheral blood myeloblasts and promyelocytes combined ≥30% |
| • Peripheral blood basophils ≥20% |
| • Platelet count ≤100 x $10^9$/L unrelated to therapy |
| • Additional clonal cytogenetic abnormalities in Ph+ cells[5] |

## DEFINITIONS OF BLAST PHASE[1]

| International Bone Marrow Transplant Registry[6,7] |
|---|
| • ≥30% blasts in the blood, marrow, or both |
| • Extramedullary infiltrates of leukemic cells |

[1] Any increase in lymphoblasts is concerning for (nascent) blast phase.

[2] Sokal criteria (Sokal JE, Baccarani M, Russo D, Tura S. Staging and prognosis in chronic myelogenous leukemia. Semin Hematol 1988;25:49-61) and IBMTR criteria (Savage DG, Szydlo RM, Chase A, et al. Bone marrow transplantation for chronic myeloid leukemia: The effects of differing criteria for defining chronic phase on probabilities of survival and relapse. Br J Haematol 1997;99:30-35) are historically used when HCT is the recommended treatment option.

[3] Kantarjian HM, Deisseroth A, Kurzrock R, et al. Chronic myelogenous leukemia: A concise update. Blood 1993;82:691-703.

[4] Talpaz M, Silver RT, Druker BJ, et al. Imatinib induces durable hematologic and cytogenetic responses in patients with accelerated phase chronic myeloid leukemia: results of a phase 2 study. Blood 2002;99:1928-1937.

[5] The prognostic significance of additional chromosomal abnormalities in Ph-positive cells (ACA/Ph+) is related to the specific chromosomal abnormality and often other features of accelerated phase. The presence of "major route" ACA/Ph+ (trisomy 8, isochromosome 17q, second Ph, and trisomy 19) at diagnosis may have a negative prognostic impact on survival.

[6] Druker BJ. Chronic Myelogenous Leukemia In: DeVita VT, Lawrence TS, Rosenburg SA, eds. DeVita, Hellman, and Rosenberg's Cancer: Principles & Practice of Oncology. Vol. 2 (ed 8): Lippincott, Williams and Wilkins; 2007:2267-2304.

[7] World Health Organization (WHO) criteria may be included in some reports (Swerdlow SH, Harris NL, Jaffe ES, et al. WHO Classification of Tumours of Haematopoietic and Lymphoid Tissues. Revised 4th ed. Lyon, France: IARC; 2017): blasts ≥20% of peripheral white blood cells or of nucleated bone marrow cells; extramedullary blast proliferation; and large foci or clusters of blasts in the bone marrow biopsy. However, it should be noted that modified MDACC criteria were used in most clinical trials leading to the approval of TKIs.

| |
|---|
| **Note: All recommendations are category 2A unless otherwise indicated.**<br>**Clinical Trials: NCCN believes that the best management of any patient with cancer is in a clinical trial. Participation in clinical trials is especially encouraged.** |

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

**NCCN Guidelines Version 1.2023**
**Chronic Myeloid Leukemia**

## MANAGEMENT OF CML DURING PREGNANCY

### TKI Therapy and Conception

- TKI therapy appears to affect some male hormones at least transiently, but does not appear to have a deleterious effect on male fertility; miscarriage or fetal abnormality rate is not elevated in female partners of male patients on TKI therapy.[1-5]

- TKI therapy during pregnancy in patients assigned female at birth has been associated with both a higher rate of miscarriage and fetal abnormalities. A prolonged washout period prior to pregnancy, prompt consideration of holding TKI therapy (if pregnancy occurs while on TKI therapy), and close monitoring should be considered.[6-10]

- Discontinuation of TKI therapy because of pregnancy in patients who were not in DMR (≥MR4.0; ≤0.01% $BCR::ABL1$ IS) has only been reported in a small series of patients.[11-14] Conception while on active TKI therapy is strongly discouraged due to the risk of fetal abnormalities.

- Prior to attempting pregnancy, patients of childbearing age and their partners should be counseled about the potential risks and benefits of discontinuation of TKI therapy and possible resumption of TKI therapy should CML recur during pregnancy. Fertility preservation should be discussed with all patients of childbearing age prior to the initiation of TKI therapy. Referral to a CML specialty center and consultation with a high-risk obstetrician is recommended.

### Treatment and Monitoring During Pregnancy

- In patients assigned male at birth, TKI therapy need not be discontinued if a pregnancy is planned. Sperm banking can also be performed prior to starting TKI therapy, although there are no data regarding the quality of sperm in patients with untreated CML.

- In patients assigned female at birth, TKI therapy should be stopped prior to natural conception, and patients should remain off therapy during pregnancy.[6-8] Referral to an in vitro fertilization (IVF) center is recommended in coordination with the patient's obstetrician. TKI should be stopped prior to attempting a natural pregnancy or oocyte retrieval, but the optimal timing of discontinuation is unknown.

- The use of TKI therapy, particularly during the first trimester, should be avoided. If TKI therapy is considered during pregnancy, the potential risks and benefits must be carefully evaluated in terms of maternal health and fetal risk on an individual basis prior to initiation of TKI therapy during pregnancy.

- If treatment is needed, it is preferable to initiate treatment with interferons.

- Both interferon alfa-2a or peginterferon alfa-2a have been used during pregnancy.[15-21] Most of the data using interferons during pregnancy have been reported in patients with essential thrombocythemia.[15,21] If introduced earlier, the use of interferon alfa-2a or peginterferon alfa-2a can preserve molecular remission after discontinuation of TKI.[22] Interferon alfa-2a/2b and peginterferon alfa-2b have been discontinued. Peginterferon alfa-2a may be substituted for other interferon preparations.

- The panel recommends against the use of hydroxyurea during pregnancy, especially in the first trimester, if possible.[23-25]

- Leukapheresis can be used for a rising white blood cell (WBC) count, although there are no data that recommend at what level of WBC count leukapheresis should be initiated.[26-29]

- Low-dose aspirin or low-molecular-weight heparin can be considered for patients with thrombocytosis.[30,31]

- Monthly monitoring with qPCR and initiating treatment if the $BCR::ABL1$ IS increases to >1.0% is recommended.

### Breastfeeding

- TKI therapy can be restarted after delivery. However, patients should be advised not to breastfeed while on TKI therapy, as TKIs pass into human breast milk.[32-35]

- Breastfeeding without TKI therapy may be safe with molecular monitoring, but preferably in those patients with CML who have achieved durable DMR. It may be acceptable to avoid TKIs for the short period of the first 2–5 days after labor to give the child colostrum.[35,36]

- Close molecular monitoring is recommended for patients who extend the treatment-free period for breastfeeding. If the loss of MMR after treatment cessation is confirmed, breastfeeding needs to be terminated and TKI therapy should be restarted.[35]

References
(CML-C 2 of 2)

Note: All recommendations are category 2A unless otherwise indicated.
Clinical Trials: NCCN believes that the best management of any patient with cancer is in a clinical trial. Participation in clinical trials is especially encouraged.

CML-C
1 OF 2

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

## MANAGEMENT OF CML DURING PREGNANCY – REFERENCES

[1] Ramasamy K, Hayden J, Lim Z, et al. Successful pregnancies involving men with chronic myeloid leukaemia on imatinib therapy. Br J Haematol 2007;137:374-375.

[2] Breccia M, Cannella L, Montefusco E, et al. Male patients with chronic myeloid leukemia treated with imatinib involved in healthy pregnancies: report of five cases. Leuk Res 2008;32:519-520.

[3] Oweini H, Otrock ZK, Mahfouz RAR, Bazarbachi A. Successful pregnancy involving a man with chronic myeloid leukemia on dasatinib. Arch Gynecol Obstet 2011;283:133-134.

[4] Ghalaut VS, Prakash G, Bansal P, et al. Effect of imatinib on male reproductive hormones in BCR-ABL positive CML patients: A preliminary report. J Oncol Pharm Pract 2014;20:243-248.

[5] Alizadeh H, Jaafar H, Rajnics P, et al. Outcome of pregnancy in chronic myeloid leukaemia patients treated with tyrosine kinase inhibitors: short report from a single centre. Leuk Res 2015;39:47-51.

[6] Pye SM, Cortes J, Ault P, et al. The effects of imatinib on pregnancy outcome. Blood 2008;111:5505-5508.

[7] Cortes JE, Abruzzese E, Chelysheva E, et al. The impact of dasatinib on pregnancy outcomes. Am J Hematol 2015;90:1111-1115.

[8] Barkoulas T, Hall PD. Experience with dasatinib and nilotinib use in pregnancy. J Oncol Pharm Pract 2018;24:121-128.

[9] Salem W, Li K, Krapp C, et al. Imatinib treatments have long-term impact on placentation and embryo survival. Sci Rep 2019;9:2535.

[10] Madabhavi I, Sarkar M, Modi M, Kadakol N. Pregnancy outcomes in chronic myeloid leukemia: A single center experience. J Glob Oncol 2019;5:1-11.

[11] Ault P, Kantarjian H, O'Brien S, et al. Pregnancy among patients with chronic myeloid leukemia treated with imatinib. J Clin Oncol 2006;24:1204-1208.

[12] Kuwabara A, Babb A, Ibrahim A, et al. Poor outcome after reintroduction of imatinib in patients with chronic myeloid leukemia who interrupt therapy on account of pregnancy without having achieved an optimal response. Blood 2010;116:1014-1016.

[13] Lasica M, Willcox A, Burbury K, et al. The effect of tyrosine kinase inhibitor interruption and interferon use on pregnancy outcomes and long-term disease control in chronic myeloid leukemia. Leuk Lymphoma 2019;60:1796-1802.

[14] Stella S, Tirro E, Massimino M, et al. Successful management of a pregnant patient with chronic myeloid leukemia receiving standard dose imatinib. In Vivo 2019;33:1593-1598.

[15] Schrickel L, Heidel FH, Sadjadian P et al. Interferon alpha for essential thrombocythemia during 34 high-risk pregnancies: outcome and safety. J Cancer Res and Clin Oncol 2021: 147;1481-1491.

[16] Haggstrom J, Adriansson M, Hybbinette T, et al. Two cases of CML treated with alpha-interferon during second and third trimester of pregnancy with analysis of the drug in the new-born immediately postpartum. Eur J Haematol 1996;57:101-102.

[17] Kuroiwa M, Gondo H, Ashida K, et al. Interferon-alpha therapy for chronic myelogenous leukemia during pregnancy. Am J Hematol 1998;59:101-102.

[18] Lipton JH, Derzko CM, Curtis J. Alpha-interferon and pregnancy in a patient with CML. Hematol Oncol 1996;14:119-122.

[19] Al Bahar S, Pandita R, Nath SV. Pregnancy in chronic myeloid leukemia patients treated with alpha interferon. Int J Gynaecol Obstet 2004;85:281-282.

[20] Balsat M, Etienne M, Elhamri M, et al. Successful pregnancies in patients with BCR-ABL-positive leukemias treated with interferon-alpha therapy during the tyrosine kinase inhibitors era. Eur J Haematol 2018;101:774-780.

[21] Beauverd Y, Radia D, Cargo C, et al. Pegylated interferon alpha-2a for essential thrombocythemia during pregnancy: outcome and safety. A case series. Haematologica 2016;101:e182-184.

[22] Abruzzese E, Turkina AG, Apperley JF, et al. Pregnancy management in CML patients: To treat or not to treat? Report of 224 outcomes of the European Leukemia Net (ELN) Database [abstract]. Blood 2019;134:Abstract 498.

[23] Baykal C, Zengin N, Coskun F, et al. Use of hydroxyurea and alpha-interferon in chronic myeloid leukemia during pregnancy: a case report. Eur J Gynaecol Oncol 2000;21:89-90.

[24] Thauvin-Robinet C, Maingueneau C, Robert E, et al. Exposure to hydroxyurea during pregnancy: a case series. Leukemia 2001;15:1309-1311.

[25] Fadilah SA, Ahmad-Zailani H, Soon-Keng C, Norlaila M. Successful treatment of chronic myeloid leukemia during pregnancy with hydroxyurea. Leukemia 2002;16:1202-1203.

[26] Koh LP, Kanagalingam D. Pregnancies in patients with chronic myeloid leukemia in the era of imatinib. Int J Hematol 2006;84:459-462.

[27] Ali R, Ozkalemkas F, Ozkocaman V, et al. Successful pregnancy and delivery in a patient with chronic myelogenous leukemia (CML), and management of CML with leukapheresis during pregnancy: a case report and review of the literature. Jpn J Clin Oncol 2004;34:215-217.

[28] Palani R, Milojkovic D, Apperley JF. Managing pregnancy in chronic myeloid leukaemia. Ann Hematol 2015;94 Suppl 2:S167-176.

[29] Staley EM, Simmons SC, Feldman AZ, et al. Management of chronic myeloid leukemia in the setting of pregnancy: when is leukocytapheresis appropriate? A case report and review of the literature. Transfusion 2018;58:456-460.

[30] James AH, Brancazio LR, Price T. Aspirin and reproductive outcomes. Obstet Gynecol Surv 2008;63:49-57.

[31] Deruelle P, Coulon C. The use of low-molecular-weight heparins in pregnancy--how safe are they? Curr Opin Obstet Gynecol 2007;19:573-577.

[32] Russell MA, Carpenter MW, Akhtar MS, et al. Imatinib mesylate and metabolite concentrations in maternal blood, umbilical cord blood, placenta and breast milk. J Perinatol 2007;27:241-243.

[33] Ali R, Ozkalemkas F, Kimya Y, et al. Imatinib use during pregnancy and breast feeding: a case report and review of the literature. Arch Gynecol Obstet 2009;280:169-175.

[34] Drugs and Lactation Database (LactMed) [Internet]. Bethesda (MD): National Library of Medicine (US); 2006-.

[35] Chelysheva E, Aleshin S, Polushkina E, et al. Breastfeeding in patients with chronic myeloid leukaemia: Case series with measurements of drug concentrations in maternal milk and literature review. Mediterr J Hematol Infect Dis 2018;10:e2018027.

[36] Abruzzese E, Trawinska MM, Perrotti AP, De Fabritiis P. Tyrosine kinase inhibitors and pregnancy. Mediterr J Hematol Infect Dis 2014;6:e2014028.

Note: All recommendations are category 2A unless otherwise indicated.
Clinical Trials: NCCN believes that the best management of any patient with cancer is in a clinical trial. Participation in clinical trials is especially encouraged.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

**NCCN Guidelines Version 1.2023**
**Chronic Myeloid Leukemia**

NCCN Guidelines Index
Table of Contents
Discussion

## CRITERIA FOR RESPONSE AND RELAPSE

| Response/Relapse | Definition |
|---|---|
| **Complete hematologic response (CHR)[1]** | • Complete normalization of peripheral blood counts with leukocyte count <10 x $10^9$/L<br>• Platelet count <450 x $10^9$/L<br>• No immature cells, such as myelocytes, promyelocytes, or blasts in peripheral blood<br>• No signs and symptoms of disease with resolution of palpable splenomegaly |
| **Cytogenetic response[2,3]** | • **Complete cytogenetic response (CCyR):** No Ph-positive metaphases[4]<br>• **Major cytogenetic response (MCyR):** 0%–35% Ph-positive metaphases<br>• **Partial cytogenetic response (PCyR):** 1%–35% Ph-positive metaphases<br>• **Minor cytogenetic response:** >35%–65% Ph-positive metaphases |
| **Molecular response[5,6,7]** | • **Early molecular response (EMR):** *BCR::ABL1* (IS) ≤10% at 3 and 6 months<br>• **Major molecular response (MMR):** *BCR::ABL1* (IS) ≤0.1% or ≥3-log reduction in *BCR::ABL1* transcripts from the standardized baseline, if qPCR (IS) is not available<br>• **Deep molecular response (DMR): MR4.0:** *BCR::ABL1* (IS) ≤0.01% or **MR4.5:** *BCR::ABL1* (IS) ≤0.0032% |
| **Relapse** | • Any sign of loss of hematologic response<br>• Any sign of loss of CCyR or its molecular response correlate defined as an increase in *BCR::ABL1* transcript to >1%[4]<br>• 1-log increase in *BCR::ABL1* transcript levels with loss of MMR[8] |

[1] Faderl S, Talpaz M, Estrov Z, Kantarjian HM. Chronic myelogenous leukemia: biology and therapy. Ann Intern Med 1999;131:207-219. The American College of Physicians-American Society of Internal Medicine is not responsible for the accuracy of the translation.

[2] A minimum of 20 metaphases should be examined.

[3] O'Brien SG, Guilhot F, Larson RA, et al. Imatinib compared with interferon and low-dose cytarabine for newly diagnosed chronic-phase chronic myeloid leukemia. N Engl J Med 2003;348:994-1004.

[4] CCyR correlates with *BCR::ABL1* (IS) ≤1%.

[5] Hughes TP, Kaeda J, Branford S, et al. Frequency of major molecular responses to imatinib or interferon alfa plus cytarabine in newly diagnosed chronic myeloid leukemia. N Engl J Med 2003;349:1423-1432.

[6] Hughes T, Deininger M, Hochhaus A, et al. Monitoring CML patients responding to treatment with tyrosine kinase inhibitors: review and recommendations for harmonizing current methodology for detecting BCR-ABL transcripts and kinase domain mutations and for expressing results. Blood 2006;108:28-37.

[7] Cross NC, White HE, Müller MC, Saglio G, Hochhaus A. Standardized definitions of molecular response in chronic myeloid leukemia. Leukemia 2012;26:2172-2175.

[8] The loss of MMR in the presence of a CCyR does not necessarily constitute treatment failure.

**Note: All recommendations are category 2A unless otherwise indicated.**
**Clinical Trials: NCCN believes that the best management of any patient with cancer is in a clinical trial. Participation in clinical trials is especially encouraged.**

**CML-D**

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

**NCCN Guidelines Version 1.2023**
**Chronic Myeloid Leukemia**

NCCN
Comprehensive
Cancer
Network®

NCCN Guidelines Index
Table of Contents
Discussion

## MONITORING RESPONSE TO TKI THERAPY AND MUTATIONAL ANALYSIS

| Test | Recommendation |
|------|----------------|
| **Bone marrow cytogenetics**[1] | • At diagnosis<br>• Failure to reach response milestones<br>• Any sign of loss of hematologic response<br>• Any sign of loss of CCyR or its molecular response correlate defined as an increase in *BCR::ABL1* transcript to >1% |
| **qPCR using IS** | • At diagnosis<br>• Every 3 months after initiating treatment. After *BCR::ABL1* (IS) ≤1%[2] has been achieved, every 3 months for 2 years and every 3–6 months thereafter<br>• If there is a 1-log increase in *BCR::ABL1* transcript levels with MMR, qPCR should be repeated in 1–3 months |
| **BCR::ABL1 kinase domain mutation analysis** | • Chronic phase[3]<br>  ▸ Failure to reach response milestones<br>  ▸ Any sign of loss of hematologic response<br>  ▸ Any sign of loss of CCyR or its molecular response correlate defined as an increase in *BCR::ABL1* transcript to >1%<br>  ▸ 1-log increase in *BCR::ABL1* transcript levels and loss of MMR<br>• Disease progression to accelerated or blast phase[3] |

[1] FISH has been inadequately studied for monitoring response to treatment.
[2] CCyR correlates with *BCR::ABL1* (IS) ≤1%.
[3] Consider myeloid mutation panel to identify *BCR::ABL1*–independent resistance mutations in patients with no BCR::ABL1 kinase domain mutations.

**Note: All recommendations are category 2A unless otherwise indicated.**
**Clinical Trials: NCCN believes that the best management of any patient with cancer is in a clinical trial. Participation in clinical trials is especially encouraged.**

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

**NCCN Guidelines Version 1.2023**
**Chronic Myeloid Leukemia**

**DISCONTINUATION OF TKI THERAPY**

**General Considerations**
- **Discontinuation of TKI therapy appears to be safe in select patients with CML.**
- **Consult with a CML specialist to review the appropriateness for TKI discontinuation and potential risks and benefits of treatment discontinuation, including TKI withdrawal syndrome.**
- **Clinical studies that have evaluated the safety and efficacy of TKI discontinuation have employed strict eligibility criteria and have mandated more frequent molecular monitoring than typically recommended for patients on TKI therapy.**
- **Some patients have experienced significant adverse events that are believed to be due to TKI discontinuation.**
- **Discontinuation of TKI therapy should only be performed in consenting patients after a thorough discussion of the potential risks and benefits.**
- **Consultation with an NCCN Panel Member or center of expertise is recommended in the following circumstances:**
  - ▸ **Any significant adverse event is believed to be related to treatment discontinuation.**
  - ▸ **There is progression to AP-CML or BP-CML at any time.**
  - ▸ **There is failure to regain MMR after 3 months following treatment reinitiation.**
- **Outside of a clinical trial, discontinuation of TKI therapy should be considered only if ALL of the criteria included in the list below are met.**

**Criteria for TKI Discontinuation**
- **Age ≥18 years.**
- **CP-CML. No prior history of AP-CML or BP-CML.**
- **On approved TKI therapy for at least 3 years.[1,2]**
- **Prior evidence of quantifiable *BCR::ABL1* transcript.**
- **Stable molecular response (MR4; *BCR::ABL1* ≤0.01% IS) for ≥2 years, as documented on at least 4 tests, performed at least 3 months apart.[2]**
- **Access to a reliable qPCR test with a sensitivity of detection of at least MR4.5 (*BCR::ABL1* ≤0.0032% IS) and that provides results within 2 weeks.**
- **Monthly molecular monitoring for the first 6 months following discontinuation, bimonthly during months 7–12, and quarterly thereafter (indefinitely) for patients who remain in MMR (MR3; *BCR::ABL1* ≤0.1% IS).**
- **Prompt resumption of TKI within 4 weeks of a loss of MMR with monthly molecular monitoring until MMR is re-established, then every 3 months thereafter is recommended indefinitely for patients who have reinitiated TKI therapy after a loss of MMR. For those who fail to achieve MMR after 3 months of TKI resumption, BCR::ABL1 kinase domain mutation testing should be performed, and monthly molecular monitoring should be continued for another 6 months.**

---

[1] The feasibility of TFR following discontinuation of TKIs other than dasatinib, imatinib, or nilotinib has not yet been evaluated in clinical studies. It is reasonable to assume that the likelihood of TFR following discontinuation would be similar irrespective of TKI in patients who have achieved and maintained DMR (MR4.0; ≤0.01% *BCR::ABL1* IS) for ≥2 years, based on the extrapolation of findings from the studies that have evaluated TFR following discontinuation of imatinib, dasatinib, or nilotinib.
[2] Data from the EURO-SKI study suggest that MR4.0 (*BCR::ABL1* ≤0.01% IS) for ≥3 years was the most significant predictor for successful discontinuation of imatinib. Total duration of imatinib therapy for at least 6 years was also predictive of successful discontinuation (Saussele S, et al. Lancet Oncol 2018;19:747-757).

---

Note: All recommendations are category 2A unless otherwise indicated.
Clinical Trials: NCCN believes that the best management of any patient with cancer is in a clinical trial. Participation in clinical trials is especially encouraged.

**CML-F**

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.



**NCCN Guidelines Version 1.2023**
**Chronic Myeloid Leukemia**

## MANAGEMENT OF TOXICITIES AND DRUG INTERACTIONS

**BOSUTINIB (CML-G 1 of 9)**

**DASATINIB (CML-G 2 of 9)**

**IMATINIB (CML-G 3 of 9)**

**NILOTINIB (CML-G 4 of 9)**

**OMACETAXINE (CML-G 5 of 9)**

**PONATINIB (CML-G 6 of 9)**

**ASCIMINIB (CML-G 7 of 9)**

**DRUG INTERACTIONS OF TKIs (CML-G 8 of 9)**

---

**Note: All recommendations are category 2A unless otherwise indicated.**
**Clinical Trials: NCCN believes that the best management of any patient with cancer is in a clinical trial. Participation in clinical trials is especially encouraged.**

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.



## MANAGEMENT OF BOSUTINIB TOXICITY[1]

**Dosing:**
Newly diagnosed CP-CML: The recommended initial dose is 400 mg once daily.
CP-CML, AP-CML or BP-CML with resistance or intolerance to prior therapy: The recommended initial dose is 500 mg once daily.

**Dose Adjustments:**

**Hematologic Toxicities**
• Absolute neutrophil count (ANC) <1.0 x 10⁹/L or platelets <50 x 10⁹/L: Hold bosutinib until ANC ≥1.0 x 10⁹/L and platelets ≥50 x 10⁹/L. Resume treatment with bosutinib at the same dose if recovery occurs within 2 weeks. If blood counts remain low for >2 weeks, upon recovery reduce dose by 100 mg and resume treatment. If cytopenia recurs, reduce dose by an additional 100 mg upon recovery and resume treatment. Doses <300 mg/day have not been evaluated.
• Growth factors can be used in combination with bosutinib for patients with persistent neutropenia and thrombocytopenia.
• Grade 3–4 anemia:[2] Check reticulocyte count, ferritin, iron saturation, B12, folate, and correct nutritional deficiencies if present. Transfusion support should be used if patient is symptomatic.

**Non-Hematologic Toxicities**
• Liver transaminases >5 x institutional upper limit of normal (IULN): Hold bosutinib until recovery to ≤2.5 x IULN and resume dose at 400 mg once daily thereafter. If recovery takes >4 weeks, discontinue bosutinib. If transaminase elevations ≥3 x IULN occur concurrently with bilirubin elevations >2 x IULN and alkaline phosphatase <2 x IULN (Hy's law case definition), discontinue bosutinib.
• Diarrhea: For NCI Common Terminology Criteria for Adverse Events (CTCAE) grade 3–4 diarrhea (increase of ≥7 stools/day over baseline/ pretreatment), withhold bosutinib until recovery to grade ≤1. Bosutinib may be resumed at 400 mg once daily.
• For other clinically significant, moderate, or severe non-hematologic toxicity, withhold bosutinib until the toxicity has resolved, then consider resuming bosutinib at 400 mg once daily. If clinically appropriate, consider re-escalating the dose of bosutinib to 500 mg once daily.

**Special Populations**
• In patients with pre-existing mild, moderate, and severe hepatic impairment, the recommended dose of bosutinib is 200 mg daily. A daily dose of 200 mg in patients with hepatic impairment is predicted to result in an area under the curve (AUC) similar to the AUC seen in patients with normal hepatic function receiving 500 mg daily. However, there are no clinical data for efficacy at the dose of 200 mg once daily in patients with hepatic impairment and CML.
• Monitoring renal function at baseline and during therapy is recommended with particular attention to those patients with preexisting renal impairment or risk factors for renal dysfunction. Dose modification (as outlined in the prescribing information) should be considered for patients with baseline and treatment-emergent renal impairment.

**Specific Interventions**
• Fluid retention events (ie, pulmonary and/or peripheral edema; pleural and pericardial effusion): Diuretics, supportive care.
• GI upset: Take medication with a meal and large glass of water.
• Rash: Topical or systemic steroids, dose reduction, dose interruption, or dose discontinuation.

[1] Please refer to package insert for full prescribing information and monitoring of hematologic or biochemical abnormalities:
https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm
[2] Although erythropoietin is effective, guidelines from the Centers for Medicare & Medicaid Services (CMS) and the U.S. Food and Drug Administration (FDA) do not support the use of erythropoiesis-stimulating agents (ESAs) in myeloid malignancies.

---

Note: All recommendations are category 2A unless otherwise indicated.
Clinical Trials: NCCN believes that the best management of any patient with cancer is in a clinical trial. Participation in clinical trials is especially encouraged.

**CML-G
1 OF 9**

Version 1.2023, 08/05/22 © 2022 National Comprehensive Cancer Network® (NCCN®), All rights reserved. NCCN Guidelines® and this illustration may not be reproduced in any form without the express written permission of NCCN.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.



## MANAGEMENT OF DASATINIB TOXICITY[1]

<u>Dosing:</u>
- CP-CML: The recommended initial dose is 100 mg once daily.
- AP-CML and BP-CML: The recommended initial dose is 140 mg once daily.

<u>Dose Adjustments:</u>
<u>Hematologic Toxicities</u>
- Chronic phase ANC <0.5 x 10$^9$/L or platelets <50 x 10$^9$/L: Hold dasatinib until ANC ≥1.0 x 10$^9$/L and platelets ≥50 x 10$^9$/L, then resume dasatinib at the starting dose if recovery occurs in ≤7 days. If platelets <25 x 10$^9$/L or recurrence of ANC <0.5 x 10$^9$/L for >7 days, hold drug until ANC ≥1.0 x 10$^9$/L and platelets ≥50 x 10$^9$/L, then resume dasatinib at reduced dose of 80 mg once daily for second episode. For third episode, further reduce dose to 50 mg once daily (for newly diagnosed patients) or discontinue dasatinib (for patients with disease that is resistant or intolerant to prior therapy including imatinib).
- Accelerated phase and blast phase, ANC <0.5 x 10$^9$/L and/or platelets <10 x 10$^9$/L: Patients may have cytopenias related to disease. If cytopenia is unrelated to disease, hold dasatinib until ANC ≥1.0 x 10$^9$/L and platelets ≥20 x 10$^9$/L, and resume at original starting dose. If recurrence, hold dasatinib until ANC ≥1.0 x 10$^9$/L and platelets ≥20 x 10$^9$/L, and resume at reduced dose of 100 mg once daily (second episode) or 80 mg once daily (third episode).
- Growth factors can be used in combination with dasatinib for patients with persistent neutropenia and thrombocytopenia.
- Grade 3–4 anemia:[2] Check reticulocyte count, ferritin, iron saturation, B12, folate, and correct nutritional deficiencies if present. Transfusion support should be used if patient is symptomatic.

<u>Non-Hematologic Toxicities</u>
- If a severe, non-hematologic, adverse reaction develops with dasatinib, treatment must be held until the event has resolved or improved. Thereafter, treatment can be resumed as appropriate at a reduced dose depending on the initial severity of the event.

<u>Rare But Serious Toxicities</u>
- Pulmonary arterial hypertension (PAH): Dasatinib can cause PAH, which may occur any time after initiation, including after >1 year of treatment. PAH may be reversible on discontinuation of dasatinib. Evaluate patients for signs and symptoms of underlying cardiopulmonary disease prior to initiating dasatinib and during treatment. If PAH is confirmed, dasatinib should be permanently discontinued.

<u>Specific Interventions</u>
- Fluid retention events (ie, ascites, edema, pleural and pericardial effusion): Diuretics, supportive care.
- Pleural/pericardial effusion: Diuretics, dose interruption. If patient has significant symptoms, consider short course of steroids (prednisone 20–50 mg/day x 3–4 days, may taper with 20 mg/day x 3–4 days); when resolved, reduce one dose level.
- GI upset: Take medication with a meal and large glass of water.
- Rash: Topical or systemic steroids, dose reduction, dose interruption, or dose discontinuation.

---

[1] Please refer to package insert for full prescribing information and monitoring of hematologic or biochemical abnormalities:
  https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm.
[2] Although erythropoietin is effective, guidelines from CMS and the FDA do not support the use of ESAs in myeloid malignancies.

> **Note: All recommendations are category 2A unless otherwise indicated.**
> **Clinical Trials: NCCN believes that the best management of any patient with cancer is in a clinical trial. Participation in clinical trials is especially encouraged.**

Version 1.2023, 08/05/22 © 2022 National Comprehensive Cancer Network® (NCCN®), All rights reserved. NCCN Guidelines® and this illustration may not be reproduced in any form without the express written permission of NCCN.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.



## MANAGEMENT OF IMATINIB TOXICITY[1,3]

**Dosing:**
- CP-CML: The recommended initial dose is 400 mg once daily.
- AP-CML and BP-CML: The recommended initial dose is 600 mg once daily.

**Dose Adjustments:**

**Hematologic Toxicities**
- Chronic phase ANC <1.0 x $10^9$/L, and/or platelets <50 x $10^9$/L: Hold imatinib until ANC ≥1.5 x $10^9$/L and platelets ≥75 x $10^9$/L, then resume imatinib at the starting dose of 400 mg. If recurrence of ANC <1.0 x $10^9$/L and/or platelets <50 x $10^9$/L, hold drug until ANC ≥1.5 x $10^9$/L and platelets ≥75 x $10^9$/L, then resume imatinib at reduced dose of 300 mg.
- Accelerated phase and blast phase, ANC <0.5 x $10^9$/L and/or platelets <10 x $10^9$/L: Patients may have cytopenias related to disease. If cytopenia is unrelated to disease, reduce dose to 400 mg. If cytopenia persists for 2 weeks, reduce dose further to 300 mg. If cytopenia persists for 4 weeks, stop imatinib until ANC ≥1.0 x $10^9$/L and platelet count ≥20 x $10^9$/L and then resume treatment at 300 mg.
- Growth factors can be used in combination with imatinib for patients with persistent neutropenia.[4]
- Grade 3–4 anemia:[2] Check reticulocyte count, ferritin, iron saturation, B12, folate, and correct nutritional deficiencies if present. Transfusion support should be used if patient is symptomatic.

**Non-Hematologic Toxicities**
- Bilirubin >3 x IULN or liver transaminases >5 x IULN: Hold imatinib until bilirubin <1.5 x IULN and transaminase levels <2.5 x IULN. Resume imatinib at a reduced daily dose (400–300 mg, 600–400 mg, or 800–600 mg).
- Severe hepatotoxicity or severe fluid retention: Hold imatinib until the event has resolved. Treatment can be resumed as appropriate depending on the severity of the event.
- Patients with moderate renal impairment (creatinine clearance [CrCl] = 20–39 mL/min) should receive a 50% decrease in the recommended starting dose and future doses can be increased as tolerated. Doses >600 mg are not recommended in patients with mild renal impairment (CrCl = 40–59 mL/min). For patients with moderate renal impairment, doses >400 mg are not recommended. Imatinib should be used with caution in patients with severe renal impairment.

**Specific Interventions**
- Fluid retention (ie, pleural effusion, pericardial effusion, edema, ascites): Diuretics, supportive care, dose reduction, interruption, or discontinuation. Consider echocardiogram to check left ventricular ejection fraction (LVEF).
- GI upset: Take medication with a meal and large glass of water.
- Muscle cramps: Calcium supplement, tonic water.
- Rash: Topical or systemic steroids, dose reduction, dose interruption, or dose discontinuation.

---

[1] Please refer to package insert for full prescribing information and monitoring of hematologic or biochemical abnormalities:
https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm.
[2] Although erythropoietin is effective, guidelines from CMS and the FDA do not support the use of ESAs in myeloid malignancies.
[3] Many toxicities are self-limiting; consider re-escalating dose at a later time.
[4] Quintas-Cardama A, Kantarjian H, O'Brien S, et al. Granulocyte-colony-stimulating factor (filgrastim) may overcome imatinib-induced neutropenia in patients with chronic-phase chronic myelogenous leukemia. Cancer 2004;100:2592-2597.

---

Note: All recommendations are category 2A unless otherwise indicated.
Clinical Trials: NCCN believes that the best management of any patient with cancer is in a clinical trial. Participation in clinical trials is especially encouraged.

**CML-G
3 OF 9**

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

**NCCN**
**National Comprehensive Cancer Network®**

# NCCN Guidelines Version 1.2023
# Chronic Myeloid Leukemia

## MANAGEMENT OF NILOTINIB TOXICITY[1]

- Nilotinib prolongs the QT interval. Prior to administration of nilotinib and periodically, monitor for hypokalemia or hypomagnesemia and correct deficiencies. Electrocardiograms (ECGs) should be obtained to monitor the QT interval at baseline, 7 days after initiation, and periodically thereafter, as well as following any dose adjustments.
- Sudden deaths have been reported in patients receiving nilotinib.
- Avoid concomitant use of drugs known to prolong the QT interval and strong CYP3A4 inhibitors.
- Patients should avoid food 2 hours before and 1 hour after taking dose.

**Dosing:**
- **Newly diagnosed CP-CML: The recommended initial dose is 300 mg twice daily.**
- **Resistant or intolerant CP-CML and AP-CML: The recommended initial dose is 400 mg twice daily.**
- **BP-CML: The recommended initial dose is 400 mg twice daily.**

**Dose Adjustments:**

**QT Interval Prolongation**
- **ECGs with a QTc >480 msec: Hold nilotinib. If serum potassium and magnesium levels are below lower limit of normal, correct with supplements to within normal limits. Review concomitant medication usage. Resume within 2 weeks at prior dose if QTcF is <450 msec and within 20 msec of baseline. If QTcF is between 450 and 480 msec after 2 weeks, resume at reduced dose (400 mg once daily). Following dose reduction, if QTcF returns to >480 msec, nilotinib should be discontinued. ECG should be obtained 7 days after any dose adjustment to monitor QT interval.**

**Hematologic Toxicities**
- **Chronic or accelerated phase, ANC <1.0 x $10^9$/L, and/or platelets <50 x $10^9$/L: Hold nilotinib and monitor blood counts. Resume within 2 weeks at prior dose if ANC >1.0 x $10^9$/L and platelets >50 x $10^9$/L. If blood counts remain low for >2 weeks, reduce dose to 400 mg once daily.**
- **Growth factors can be used in combination with nilotinib for patients with persistent neutropenia and thrombocytopenia.**
- **Grade 3–4 anemia:[2] Check reticulocyte count, ferritin, iron saturation, B12, folate, and correct nutritional deficiencies if present. Transfusion support should be used if patient is symptomatic.**

**Non-Hematologic Toxicities**
- **Elevated serum lipase, amylase, bilirubin, or hepatic transaminases grade ≥3: Hold nilotinib and monitor serum levels. Resume nilotinib at 400 mg once daily if serum levels return to grade ≤1.**
- **Hepatic Impairment: Consider alternate therapies. See prescribing information for dose adjustments related to hepatic impairment.**
- **Assess glucose levels before initiating treatment and monitor treatment as clinically indicated.**

**Rare But Serious Toxicities**
- **Peripheral arterial occlusive disease (PAOD): Nilotinib is associated with an increased risk of vascular adverse events, including PAOD, and should be used with caution in patients with cardiovascular risk factors or a history of PAOD. Evaluate patients for a history of PAOD and for vascular risk factors prior to initiating nilotinib and during treatment. If PAOD is confirmed, nilotinib should be permanently discontinued.**

**Specific Interventions**
- **Rash: Topical or systemic steroids, dose reduction, dose interruption, or dose discontinuation.**

[1] Please refer to package insert for full prescribing information and monitoring of hematologic or biochemical abnormalities: https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm.
[2] Although erythropoietin is effective, guidelines from CMS and the FDA do not support the use of ESAs in myeloid malignancies.

**Note: All recommendations are category 2A unless otherwise indicated.**
**Clinical Trials: NCCN believes that the best management of any patient with cancer is in a clinical trial. Participation in clinical trials is especially encouraged.**

• Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

**NCCN Guidelines Version 1.2023**
**Chronic Myeloid Leukemia**

## MANAGEMENT OF OMACETAXINE TOXICITY[1]

<u>Dosing:</u>
- **Resistant or intolerant CP-CML and AP-CML:**
  - ▸ **Induction dose: The recommended initial dose is 1.25 mg/m² twice daily for 14 consecutive days of a 28-day cycle.**
  - ▸ **Maintenance dose: 1.25 mg/m² twice daily for 7 consecutive days of a 28-day cycle.**

<u>Dose Adjustments:</u>
<u>Hematologic Toxicities</u>
- **CBCs should be performed weekly during induction and initial maintenance cycles. After initial maintenance cycles, monitor CBCs every 2 weeks or as clinically indicated. ANC <0.5 x 10⁹/L or platelet count <50 x 10⁹/L: Delay starting the next cycle until ANC ≥1.0 x 10⁹/L and platelet count ≥50 x 10⁹/L and reduce the number of dosing days by 2 days for the next cycle.**

<u>Non-Hematologic Toxicities</u>
- **Grade 3 or 4 hyperglycemia: Monitor blood glucose levels frequently, especially in patients with diabetes or risk factors for diabetes. Avoid omacetaxine in patients with poorly controlled DM until good glycemic control has been established.**
- **Manage other clinically significant non-hematologic toxicity symptomatically. Interrupt and/or delay omacetaxine until toxicity is resolved.**

---

[1] Please refer to package insert for full prescribing information and monitoring of hematologic or biochemical abnormalities:
https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm.

Note: All recommendations are category 2A unless otherwise indicated.
Clinical Trials: NCCN believes that the best management of any patient with cancer is in a clinical trial. Participation in clinical trials is especially encouraged.

Version 1.2023, 08/05/22 © 2022 National Comprehensive Cancer Network® (NCCN®), All rights reserved. NCCN Guidelines® and this illustration may not be reproduced in any form without the express written permission of NCCN.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

**National Comprehensive Cancer Network®**

# NCCN Guidelines Version 1.2023
# Chronic Myeloid Leukemia

## MANAGEMENT OF PONATINIB TOXICITY[1]

- Arterial occlusive events (AOEs; including fatal myocardial infarction and stroke) and venous thromboembolic events (VTEs), have occurred in patients treated with ponatinib. Monitor for evidence of thromboembolism and vascular occlusion. Interrupt or stop ponatinib immediately for vascular occlusion.
- Heart failure has occurred in patients treated with ponatinib. Monitor cardiac function. Interrupt or stop ponatinib for new or worsening heart failure.
- Hepatotoxicity: Hepatotoxicity, liver failure, and death have occurred in patients treated with ponatinib. Monitor hepatic function prior to and during treatment. Interrupt ponatinib if hepatotoxicity is suspected.
- Cardiovascular risk: Identify and control traditional risk factors for atherosclerosis (eg, diabetes, hypertension, hyperlipidemia, smoking, estrogen use) before starting ponatinib. Patients with cardiovascular risk factors should be referred to a cardiologist. Consider use of low-dose aspirin if there is no contraindication.
- Ponatinib is also associated with grade ≥3 skin rash and pancreatitis leading to dose modifications (dose delays or dose reductions).

### Dosing:
- **CP-CML:** The recommended initial dose is 45 mg once daily with a reduction to 15 mg once daily upon achievement of *BCR::ABL1* (IS) ≤1%. In patients with a loss of response, the dose can be re-escalated to a previously tolerated dose of 30 mg or 45 mg once daily and continued at the re-escalated dose until loss of response or unacceptable toxicity.
- **AP-CML or BP-CML:** The recommended initial dose is 45 mg once daily. Consider reducing the dose for patients with AP-CML who have achieved an MCyR. Consider discontinuing ponatinib if response has not occurred by 3 months.

### Dose Adjustments:
#### Hematologic Toxicities
- ANC <1.0 x $10^9$/L or platelets <50 x $10^9$/L
  ‣ **First occurrence:** Hold ponatinib until ANC ≥1.5 x $10^9$/L and platelets ≥75 x $10^9$/L and resume at initial dose of 45 mg.
  ‣ **Second occurrence:** Hold ponatinib until ANC ≥1.5 x $10^9$/L and platelets ≥75 x $10^9$/L and resume at 30 mg.
  ‣ **Third occurrence:** Hold ponatinib until ANC ≥1.5 x $10^9$/L and platelets ≥75 x $10^9$/L and resume at 15 mg.
- Growth factors can be used in combination with ponatinib for patients with persistent neutropenia and thrombocytopenia.
- Grade 3–4 anemia:[2] Check reticulocyte count, ferritin, iron saturation, B12, folate, and correct nutritional deficiencies if present. Transfusion support should be used if patient is symptomatic.

#### Non-Hematologic Toxicities
- Liver transaminase >3 x IULN (grade ≥2): Monitor hepatic function. Hold drug until serum levels are <3 x IULN. Resume at lower dose after recovery (30 mg if patient is receiving 45 mg; 15 mg if patient is receiving 30 mg). Discontinue ponatinib if patient is receiving 15 mg.
- AST or ALT ≥3 x IULN concurrent with bilirubin >2 x IULN and alkaline phosphatase <2 x IULN: Discontinue ponatinib.

- Serum lipase elevation, grade 1 or 2 (asymptomatic): Consider dose interruption or reduction. Serum lipase elevation, grade 3 or 4 (>2 x IULN) (asymptomatic) or asymptomatic radiologic pancreatitis: Hold drug until serum levels are <1.5 x IULN. Resume at lower dose after recovery (30 mg if patient is receiving 45 mg; 15 mg if patient is receiving 30 mg). Discontinue ponatinib if patient is receiving 15 mg.
- Pancreatitis (symptomatic), grade 3: Hold drug until serum lipase levels are ≤grade 1. Resume at lower dose after recovery (30 mg if patient is receiving 45 mg; 15 mg if patient is receiving 30 mg). Discontinue ponatinib if patient is receiving 15 mg. Grade 4: Discontinue ponatinib.

### Rare But Serious Toxicities
- **Hemorrhage:** Hemorrhagic events were reported in clinical trials. Cerebral and gastrointestinal hemorrhage were the most commonly reported serious bleeding events. Serious hemorrhage should be managed with dose interruption.
- **Cardiac arrhythmias:** Advise patients to report signs and symptoms suggestive of alterations in heart rate (fainting, dizziness, chest pain, or palpitations).
- **Tumor lysis syndrome:** Ensure adequate hydration and correct high uric acid levels prior to initiating therapy with ponatinib in patients with advanced phase CML.

### Specific Interventions
- **Fluid retention events** (ie, edema, ascites, pleural and pericardial effusion) are managed with dose interruption, dose reduction, or discontinuation of ponatinib as clinically indicated.
- **Hypertension:** Monitor and manage blood pressure elevations.
- **Rash:** Topical or systemic steroids, dose reduction, dose interruption, or dose discontinuation.

---

[1] Please refer to package insert for full prescribing information and monitoring of hematologic or biochemical abnormalities: https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm.
[2] Although erythropoietin is effective, guidelines from CMS and the FDA do not support the use of ESAs in myeloid malignancies.

---

**Note:** All recommendations are category 2A unless otherwise indicated.
**Clinical Trials:** NCCN believes that the best management of any patient with cancer is in a clinical trial. Participation in clinical trials is especially encouraged.

Version 1.2023, 08/05/22 © 2022 National Comprehensive Cancer Network® (NCCN®), All rights reserved. NCCN Guidelines® and this illustration may not be reproduced in any form without the express written permission of NCCN.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.



**NCCN Guidelines Version 1.2023**
**Chronic Myeloid Leukemia**

## MANAGEMENT OF ASCIMINIB TOXICITY[1]

**Dosing:**
- Asciminib should be taken orally without food. Patients should avoid food 2 hours before and 1 hour after taking asciminib.
- CP-CML (previously treated with ≥2 TKIs): The recommended initial dose is 80 mg orally once daily or 40 mg twice daily (at approximately 12-hour intervals).
- CP-CML with T315I mutation: The recommended initial dose is 200 mg orally twice daily (at approximately 12-hour intervals).

**Dose Adjustments:**
**Hematologic Toxicities**
- ANC <1.0 x 10⁹/L, and/or platelets <50 x 10⁹/L: Hold asciminib until ANC ≥1.0 x 10⁹/L and/or platelets ≥50 x 10⁹/L. Resume asciminib at starting dose (if resolved within 2 weeks) or at reduced dose (if resolved after 2 weeks).
- For recurrent severe thrombocytopenia and/or neutropenia, withhold asciminib until resolved to ANC ≥1.0 x 10⁹/L and platelets ≥50 x 10⁹/L, then resume at reduced dose.

**Non-Hematologic Toxicities**
- Elevated serum amylase and/or lipase (>2.0 x IULN): Hold asciminib and resume asciminib at reduced dose, after serum levels return to <1.5 x IULN. If events reoccur at reduced dose or if serum levels do not return to <1.5 x IULN, permanently discontinue asciminib. Perform diagnostic tests to exclude pancreatitis.
- Hypertension: Monitor blood pressure and manage hypertension as clinically indicated. Interrupt, dose reduce, or permanently discontinue asciminib if hypertension is not medically controlled.
- Hypersensitivity: May cause hypersensitivity reactions. Monitor patients for signs and symptoms and initiate appropriate treatment as clinically indicated.
  ▸ Grade ≥3: Hold asciminib until recovery to grade ≤1 and resume asciminib at reduced dose. If not resolved, permanently discontinue asciminib.
- Cardiovascular toxicity: Monitor patients with history of cardiovascular risk factors for cardiovascular signs and symptoms. Initiate appropriate treatment as clinically indicated.
  ▸ Grade ≥3: Hold asciminib until recovery to grade ≤1 and resume asciminib at reduced dose. If not resolved, permanently discontinue asciminib.

**Drug Interactions:**
- Strong CYP3A4 inhibitors: Closely monitor for adverse reactions during concomitant use of asciminib 200 mg twice daily dosing.
- Itraconazole oral solution containing hydroxypropyl-β-cyclodextrin: Avoid concomitant use of asciminib at all recommended doses.
- CYP3A4 substrates: Closely monitor for adverse reactions during concomitant use of asciminib at 80 mg total daily dose. Avoid concomitant use of asciminib 200 mg twice daily dosing.
- CYP2C9 substrates: Avoid concomitant use of asciminib at all recommended doses. If concomitant use is unavoidable, reduce CYP2C9 substrate dosage for use with asciminib 80 mg total daily dose or consider alternative therapy with non-CYP2C9 substrate for use with asciminib 200 mg twice daily dosing.
- P-glycoprotein substrates: Closely monitor for adverse reactions during concomitant use of asciminib at all recommended doses.

---

[1] Please refer to package insert for full prescribing information and monitoring of hematologic or biochemical abnormalities: https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm.

> **Note: All recommendations are category 2A unless otherwise indicated.**
> **Clinical Trials: NCCN believes that the best management of any patient with cancer is in a clinical trial. Participation in clinical trials is especially encouraged.**

Version 1.2023, 08/05/22 © 2022 National Comprehensive Cancer Network® (NCCN®), All rights reserved. NCCN Guidelines® and this illustration may not be reproduced in any form without the express written permission of NCCN.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

**NCCN**
National Comprehensive Cancer Network®

# NCCN Guidelines Version 1.2023
# Chronic Myeloid Leukemia

NCCN Guidelines Index
Table of Contents
Discussion

## DRUG INTERACTIONS OF TKIs WITH MOST COMMONLY USED DRUGS AND SUPPLEMENTS[1,5]

Drug interactions with TKIs are not uncommon. It is always important to take a detailed medication history (including herbal supplements) at every visit.

| Drugs/ Supplements | Change in TKI Level | | | | | |
|---|---|---|---|---|---|---|
| | Asciminib | Bosutinib | Dasatinib | Imatinib | Nilotinib | Ponatinib |
| **Proton Pump Inhibitors (PPIs)** • Lansoprazole • Rabeprazole • Esomeprazole • Omeprazole • Pantoprazole | No major interaction | Decrease in exposure | Decrease in exposure | No major interaction | Decrease in exposure | Minor decrease in exposure; Monitor |
| **Histamine 2 Receptor Antagonists (H2RAs)** • Famotidine • Ranitidine • Nizatidine | No major interaction | Decrease in exposure; AVOID; If absolutely necessary consider once-daily H2RA ≥2 hours after taking bosutinib | Decrease in exposure; AVOID; If absolutely necessary consider once-daily H2RA ≥2 hours after taking dasatinib | No major interaction | Decrease in exposure; AVOID; If absolutely necessary consider once-daily H2RA ≥2 hours after or ≥10 hours before taking nilotinib | No major interaction |
| **Antacids** | No major interaction | Decrease in exposure if concomitant; Use antacids at least 2 hours before or at least 2 hours after taking bosutinib | Decrease in exposure if concomitant; Use antacids at least 2 hours before or at least 2 hours after taking dasatinib | No major interaction | Decrease in exposure if concomitant; Use antacids at least 2 hours before or at least 2 hours after taking nilotinib | No major interaction |
| **Antidepressants** • Fluoxetine • Bupropion • Citalopram | No major interaction | Minor increase in exposure; Monitor QTc monitoring | Minor increase in exposure; Monitor QTc monitoring | Minor increase in exposure; Monitor QTc monitoring | AVOID if possible due to cumulative QTc prolongation risk | Minor increase in exposure; Monitor QTc monitoring |
| **Cardiovascular Medications** • Amiodarone • Diltiazem • Verapamil | No major interaction | Increase in exposure and arrhythmia risk; Strongly consider alternative cardiac medication or TKI dose adjustment | Increase in exposure and arrhythmia risk; Strongly consider alternative cardiac medication or TKI dose adjustment | Increase in exposure; Strongly consider alternative cardiac medication or TKI dose adjustment | Increase in exposure and arrhythmia risk; AVOID | Increase in exposure; Strongly consider alternative cardiac medication or TKI dose adjustment |

**Note:** All recommendations are category 2A unless otherwise indicated.
**Clinical Trials:** NCCN believes that the best management of any patient with cancer is in a clinical trial. Participation in clinical trials is especially encouraged.

Continued

CML-G
8 OF 9

Version 1.2023, 08/05/22 © 2022 National Comprehensive Cancer Network® (NCCN®), All rights reserved. NCCN Guidelines® and this illustration may not be reproduced in any form without the express written permission of NCCN.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

National Comprehensive Cancer Network®

**NCCN Guidelines Version 1.2023**
**Chronic Myeloid Leukemia**

### DRUG INTERACTIONS OF TKIs WITH MOST COMMONLY USED DRUGS AND SUPPLEMENTS[1,5]

Drug interactions with TKIs are not uncommon. It is always important to take a detailed medication history (including herbal supplements) at every visit.

| Drugs/Supplements | Change in TKI Level | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Asciminib | Bosutinib | Dasatinib | Imatinib | Nilotinib | Ponatinib |
| **Anti-infectives**<br>• Azole Antifungals<br>  ▸ Fluconazole ≥200 mg<br>  ▸ Voriconazole<br>  ▸ Itraconazole<br>  ▸ Posaconazole<br>  ▸ Isavuconazole<br>• Clarithromycin<br>• Telithromycin<br>• Ritonavir | Increase in exposure; Strongly consider alternative anti-infective or TKI dose adjustment | Increase in exposure; Strongly consider alternative anti-infective or TKI dose adjustment | Increase in exposure; Strongly consider alternative anti-infective or TKI dose adjustment | Increase in exposure; Strongly consider alternative anti-infective or TKI dose adjustment | Increase in exposure; Strongly consider alternative anti-infective or TKI dose adjustment | Increase in exposure; Strongly consider alternative anti-infective or TKI dose adjustment |
| **Anti-infectives**<br>• Fluoroquinolones<br>  ▸ Levofloxacin<br>  ▸ Moxifloxacin<br>  ▸ Ciprofloxacin | No major interaction | QTc monitoring | QTc monitoring | No major interaction | Use with caution | No major interaction |
| **Herbal Supplements**[6,7]<br>• Curcumin (Turmeric)<br>• Ginkgo Biloba<br>• Green Tea Extract | Increase in exposure; Strongly consider supplement discontinuation | Increase in exposure; Strongly consider supplement discontinuation | Increase in exposure; Strongly consider supplement discontinuation | Increase in exposure; Strongly consider supplement discontinuation | Increase in exposure; Strongly consider supplement discontinuation | Increase in exposure; Strongly consider supplement discontinuation |
| **Herbal Supplements**[6,7]<br>• St. John's Wort | Decrease in exposure; AVOID | Decrease in exposure; AVOID | Decrease in exposure; AVOID | Decrease in exposure; AVOID | Decrease in exposure; AVOID | Decrease in exposure; AVOID |

[1] Please refer to package insert for full prescribing information and drug interactions: https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm.
[5] van Leeuwen RW, van Gelder T, Mathijssen RH, et al. Drug-drug interactions with tyrosine-kinase inhibitors: a clinical perspective. Lancet Oncol 2014;15:e315-e326.
[6] Zhang W, Lim LY. Effects of spice constituents on P-glycoprotein-mediated transport and CYP3A4-mediated metabolism in vitro. Drug Metab Dispos 2008;36:1283-1290.
[7] Scott GN, Elmer GW. Update on natural product–drug interactions. Am J Health Syst Pharm 2002;59:339-347.

**Note: All recommendations are category 2A unless otherwise indicated.**
**Clinical Trials: NCCN believes that the best management of any patient with cancer is in a clinical trial. Participation in clinical trials is especially encouraged.**

Version 1.2023, 08/05/22 © 2022 National Comprehensive Cancer Network® (NCCN®), All rights reserved. NCCN Guidelines® and this illustration may not be reproduced in any form without the express written permission of NCCN.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.



# NCCN Guidelines Version 1.2023
# Chronic Myeloid Leukemia

## ABBREVIATIONS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **1G** | first-generation | **DLI** | donor lymphocyte infusion | **MCyR** | major cytogenetic response |
| **2G** | second-generation | **DMR** | deep molecular response | **MMR** | major molecular response |
| **3G** | third-generation | | | | |
| | | **ECG** | electrocardiogram | **NCI** | National Cancer Institute |
| **ACAs** | additional chromosomal abnormalities | **ELTS** | EUTOS long-germ survival | | |
| | | **EMR** | early molecular response | **PAH** | pulmonary arterial hypertension |
| **ALL** | acute lymphoblastic leukemia | **ESA** | erythropoiesis-stimulating agent | **PAOD** | peripheral arterial occlusive disease |
| **ALT** | alanine aminotransferase | **EURO** | European System for Cardiac Operative Risk Evaluation | | |
| **AML** | acute myeloid leukemia | | | **PCyR** | partial cytogenetic response |
| **ANC** | absolute neutrophil count | **EUTOS** | European Treatment and Outcome Study | **Ph** | Philadelphia chromosome |
| **AOEs** | arterial occlusive events | | | **PPI** | proton pump inhibitor |
| **AP-CML** | accelerated phase CML | | | | |
| **AST** | spartate aminotransferase | **FDA** | U.S. Food and Drug Administration | **QD** | once daily |
| **AUC** | area under the curve | **FISH** | fluorescence in situ hybridization | **qPCR** | quantitative RT-PCR |
| | | | | | |
| **BID** | twice a day | **GI** | gastrointestinal | **RT-PCR** | reverse transcription polymerase chain reaction |
| **BP-CML** | blast phase CML | | | | |
| | | **H&P** | history and physical | | |
| **CBC** | complete blood count | **H2RA** | histamine 2 receptor antagonist | **TFR** | treatment-free remission |
| **CCyR** | complete cytogenetic response | **HCT** | hematopoietic cell transplant | **TKI** | tyrosine kinase inhibitor |
| **CHR** | complete hematologic response | **HLA** | human leukocyte antigen | | |
| **CML** | chronic myeloid leukemia | | | **VTE** | venous thromboembolism |
| **CMS** | Centers for Medicare & Medicaid Services | **IS** | International Scale | | |
| | | **IULN** | institutional upper limit of normal | **WBC** | white blood cell |
| **CNS** | central nervous system | **IVF** | in vitro fertilization | **WHO** | World Health Organization |
| **CP-CML** | chronic phase CML | | | | |
| **CrCl** | creatinine clearance | **LVEF** | left ventricular ejection fraction | | |
| **CTCAE** | common terminology criteria for adverse events | | | | |

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

**NCCN Guidelines Version 1.2023**
**Chronic Myeloid Leukemia**

| NCCN Categories of Evidence and Consensus | |
|---|---|
| **Category 1** | Based upon high-level evidence, there is uniform NCCN consensus that the intervention is appropriate. |
| **Category 2A** | Based upon lower-level evidence, there is uniform NCCN consensus that the intervention is appropriate. |
| **Category 2B** | Based upon lower-level evidence, there is NCCN consensus that the intervention is appropriate. |
| **Category 3** | Based upon any level of evidence, there is major NCCN disagreement that the intervention is appropriate. |

All recommendations are category 2A unless otherwise indicated.

| NCCN Categories of Preference | |
|---|---|
| **Preferred intervention** | Interventions that are based on superior efficacy, safety, and evidence; and, when appropriate, affordability. |
| **Other recommended intervention** | Other interventions that may be somewhat less efficacious, more toxic, or based on less mature data; or significantly less affordable for similar outcomes. |
| **Useful in certain circumstances** | Other interventions that may be used for selected patient populations (defined with recommendation). |

All recommendations are considered appropriate.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.





**NCCN Guidelines Version 1.2023**
**Chronic Myeloid Leukemia**

## Discussion

This discussion corresponds to the NCCN Guidelines for Chronic Myeloid Leukemia. Last updated: January 27, 2022.

## Table of Contents

Overview ........................................................................................................................ MS-2

Literature Search Criteria and Guidelines Update Methodology ................................. MS-2

Diagnosis and Workup ................................................................................................. MS-3

Additional Evaluation ................................................................................................... MS-5

Management of Chronic Phase CML ........................................................................... MS-6

Management of Advanced Phase CML ...................................................................... MS-19

Emerging Treatment Options ..................................................................................... MS-21

Management of CML During Pregnancy and Breastfeeding ...................................... MS-22

Specific Considerations for Children with CML .......................................................... MS-24

Immunizations ........................................................................................................... MS-25

References ................................................................................................................. MS-39

Version 1.2023 © 2022 National Comprehensive Cancer Network® (NCCN®), All rights reserved. NCCN Guidelines® and this illustration may not be reproduced in any form without the express written permission of NCCN.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.



**NCCN Guidelines Version 1.2023**
**Chronic Myeloid Leukemia**

## Overview

Chronic myeloid leukemia (CML) accounts for 15% of adult leukemias. The median age of disease onset is 67 years; however, CML occurs in all age groups (SEER statistics). In 2022, an estimated 8,860 people will be diagnosed with CML in the United States, and 1,220 people will die from the disease.[1]

CML is defined by the presence of Philadelphia chromosome (Ph) in a patient with a myeloproliferative neoplasm (MPN). Ph results from a reciprocal translocation between chromosomes 9 and 22 [t(9;22] that gives rise to a *BCR-ABL1* fusion gene.[2] In the majority of patients, the chromosomal break points are located in intron 13 or 14 of the *BCR* gene on chromosome 22 (major breakpoint cluster region; *M-BCR*); in the *ABL1* gene they are located between the two alternative *ABL1* exons Ib and Ia, or between *ABL1* exons 1 and 2.[3,4] Irrespective of the precise *ABL1* breakpoint, splicing almost invariably fuses *ABL1* exon 2 with *BCR* exons 13 or 14, resulting in e13a2 and e14a2 transcripts that code for a protein, p210, with deregulated tyrosine kinase activity, which causes CML. Unusual *BCR-ABL1* transcripts, e1a2 encoding for p190 (involving the minor breakpoint cluster region; *m-BCR*), or e19a2 encoding for p230 (involving the micro breakpoint cluster region; μ-*BCR*), are found infrequently.[3,4] p190 is usually produced in the setting of Ph-positive acute lymphoblastic leukemia (ALL), and p230 is associated with enhanced neutrophil differentiation. Atypical *BCR-ABL1* transcripts (eg, e13a3, e14a3, e6a2) have also been detected in about 1% to 2% of patients with CML. The proportion of different *BCR-ABL1* transcripts and the impact of *BCR-ABL1* transcript type on response to TKI therapy are discussed on MS-3.

CML occurs in three different phases (chronic, accelerated, and blast phase) and is usually diagnosed in the chronic phase in the developed world. Untreated chronic phase CML (CP-CML) will eventually progress to accelerated phase CML (AP-CML) or blast phase CML (BP-CML) in 3 to 5 years on average.[5] Progression to AP-CML and BP-CML bridges a continuum of clinical features (ie, fever, bone pain, spleen size), cytogenetic changes, and blast count. Gene expression profiling has shown a close correlation of gene expression between AP-CML and BP-CML indicating that the bulk of the genetic changes in progression occur in the transition from CP-CML to AP-CML.[6] The activation of beta-catenin signaling pathway in CML granulocyte-macrophage progenitors (which enhances the self-renewal activity and leukemic potential of these cells) may be a key pathobiologic event in the evolution to BP-CML.[7]

The NCCN Guidelines for CML discuss the clinical management of CML in all three phases (chronic, accelerated, or blast phase). Evaluation for diseases other than CML as outlined in the NCCN Guidelines for MPN is recommended for all patients with *BCR-ABL1*–negative MPN.

## Literature Search Criteria and Guidelines Update Methodology

Prior to the update of this version of the NCCN Guidelines® for Chronic Myeloid Leukemia, an electronic search of the PubMed database was performed to obtain key literature in Chronic Myeloid Leukemia since the last guideline update using the following search terms: chronic myeloid leukemia or chronic myelogenous leukemia. The PubMed database was chosen as it remains the most widely used resource for medical literature and indexes peer-reviewed biomedical literature.[8]

The search results were narrowed by selecting studies in humans published in English. Results were confined to the following article types: Clinical Trial, Phase II; Clinical Trial, Phase III; Clinical Trial, Phase IV; Guideline; Randomized Controlled Trial; Meta-Analysis; Systematic Reviews; and Validation Studies.

Version 1.2023 © 2022 National Comprehensive Cancer Network® (NCCN®), All rights reserved. NCCN Guidelines® and this illustration may not be reproduced in any form without the express written permission of NCCN.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.



# NCCN Guidelines Version 1.2023
# Chronic Myeloid Leukemia

The data from key PubMed articles selected by the panel for review during the Guidelines update meeting as well as articles from additional sources deemed as relevant to these Guidelines have been included in this version of the Discussion section. Recommendations for which high-level evidence is lacking are based on the panel's review of lower-level evidence and expert opinion.

The complete details of the Development and Update of the NCCN Guidelines are available at www.NCCN.org.

## Diagnosis and Workup

Initial evaluation should consist of a history and physical exam, including palpation of spleen, complete blood count (CBC) with differential, chemistry profile, and hepatitis B panel. Bone marrow aspirate and biopsy for morphologic and cytogenetic evaluation and quantitative reverse transcriptase polymerase chain reaction (RT-PCR) to establish the presence of quantifiable *BCR-ABL1* mRNA transcripts at baseline are recommended to confirm the diagnosis of CML (CML-1).

Bone marrow cytogenetics should be done at initial workup to detect additional chromosomal abnormalities in Ph-positive cells (ACA/Ph+), also known as clonal cytogenetic evolution.[9] If bone marrow evaluation is not feasible, fluorescence in situ hybridization (FISH) on a peripheral blood specimen with dual probes for *BCR* and *ABL1* genes is an acceptable method to confirm the diagnosis of CML. Interphase FISH is performed on peripheral blood but can be associated with a false-positive rate of 1% to 5% depending on the specific probe used in the assay.[10] Hypermetaphase FISH is more sensitive and can analyze up to 500 metaphases at a time, but it is applicable only to dividing cells in the bone marrow.[11] Double-fusion FISH is associated with low false-positive rates and can detect all variant translocations of the Ph-chromosome.[12]

Quantitative RT-PCR (qPCR) should be done at initial workup to establish the presence of quantifiable *BCR-ABL1* mRNA transcripts. qPCR, usually done on peripheral blood, is the most sensitive assay available for the measurement of *BCR-ABL1* mRNA and it can detect one CML cell in a background of ≥100,000 normal cells. qPCR results can be expressed in various ways, for instance as the ratio of *BCR-ABL1* transcript numbers to the number of control gene transcripts.[13] An International Scale (IS) has been established to standardize molecular monitoring with qPCR across different laboratories with the use of one of three control genes (*BCR*, *ABL1*, or *GUSB*) and a qPCR assay with a sensitivity of at least 4-log reduction from the standardized baseline.[14] In recent years, IS has become the gold standard of expressing qPCR values. More details on monitoring with qPCR using IS are provided on MS-9. Qualitative RT-PCR for the detection of atypical *BCR-ABL1* transcripts should be considered if there is discordance between FISH and qPCR results. See the section on *BCR-ABL1 Transcript Variants in CML* below.

*BCR-ABL1* transcripts in the peripheral blood at very low levels (1–10 out of $10^8$ peripheral blood leukocytes) can be detected in approximately 30% of normal individuals, and the incidence of this increases with age. The risk of developing CML for these individuals is extremely low, and neither continued monitoring nor therapy are indicated.[15,16]

### *BCR-ABL1* Transcript Variants in CML

e13a2 and e14a2 transcripts (both encoding for p210) were the most common *BCR-ABL1* transcript variants identified in about 39% and 62% of patients, respectively; e13a2 was more frequent in males and the proportion decreased with age in both sexes.[17,18] Unusual or atypical transcripts were identified in about 2% of patients (e1a2, e19a2, e13a3, and e14a3 were the most frequently identified transcripts).[17] The incidence of these atypical transcripts was higher in females and the proportion decreased with age in both genders. The presence of e14a2

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

**NCCN Guidelines Version 1.2023**
**Chronic Myeloid Leukemia**

at baseline was associated with higher molecular response rates to imatinib.[19-25] While some studies have demonstrated a trend towards better survival outcomes with e14a2 transcript,[21,22] in other studies the type of transcript did not have any significant impact on long-term survival outcomes.[20,23,26]

There are very limited data regarding the impact of these transcripts on response to second-generation tyrosine kinase inhibitor (TKI) therapy.[21,27] In the study that included 213 patients treated with imatinib, dasatinib, or nilotinib, the probability of achieving a cytogenetic or molecular response with imatinib 400 mg was lower in patients with e13a2 transcripts and nilotinib was also associated with inferior molecular response rates in patients with e13a2 as well as e14a2 transcripts compared to imatinib 800 mg or dasatinib.[21] The findings from another more recent retrospective analysis also showed that first-line nilotinib results in lower rates of deep molecular responses (DMRs) in patients with e13a2 transcripts.[27] These findings suggest that initial treatment with imatinib 800 mg or dasatinib might be beneficial for patients with e13a2 transcripts, although this finding needs to be confirmed in a prospective study.

The presence of e1a2 transcript (encoding for p190) is associated with higher risk of disease progression and inferior cytogenetic and molecular responses to TKI therapy.[28-32] In a multivariate analysis, e1a2 transcript was also identified as an independent predictor of inferior survival outcomes.[30] It is important to be aware that these data refer to the presence of dominant e1a2 transcript, not to the presence of low-level e1a2 transcripts in patients with dominant e13a2 or e14a2 transcripts. The presence of e19a2 transcript (encoding for p230) is associated with lower rates of cytogenetic and molecular response to TKIs and inferior survival outcomes, despite previous reports of an indolent disease course in the pre-TKI era.[31-33] Referral to centers with expertise in the management of CML is recommended.

Qualitative RT-PCR, nested RT-PCR, or Sanger sequencing are useful for the identification of atypical *BCR-ABL1* transcripts.[34,35] qPCR using log-reduction from standardized baseline can be used to monitor e1a2 transcripts, and monitoring e19a2 transcripts is usually performed using qualitative RT-PCR or nested RT-PCR. However, there are no standardized qPCR assays for monitoring molecular response to TKI therapy in patients with atypical *BCR-ABL1* transcripts.[36,37] The utility of multiplex PCR assays and patient-specific genomic DNA quantitative PCR assay for monitoring atypical *BCR-ABL1* transcripts has been demonstrated in some reports.[38-42]

**Clonal Cytogenetic Evolution**

The prognostic significance of ACA/Ph⁺ is related to the specific chromosomal abnormality and other features of accelerated phase.[43-47] The presence of "major route" ACA/Ph⁺ (trisomy 8, isochromosome 17q, second Ph, and trisomy 19) at diagnosis may have a negative prognostic impact on survival and disease progression to accelerated or blast phase.[48-51] However, in a more recent analysis that evaluated the outcomes of patients with CP-CML (with or without ACA) treated with TKI therapy in prospective studies, the presence of ACA/Ph⁺ at the time of diagnosis was not associated with worse prognosis.[52] Survival outcomes were not statistically significantly different among patients with ACA/Ph⁺ based on TKI therapy (imatinib vs. second-generation TKIs) or imatinib dose (400 mg vs. 800 mg). It remains uncertain if second-generation TKIs or high-dose imatinib would be more beneficial for patients with ACA/Ph⁺. Patients with ACA/Ph⁺ at diagnosis should be watched carefully for evidence of therapy failure.

Version 1.2023 © 2022 National Comprehensive Cancer Network® (NCCN®), All rights reserved. NCCN Guidelines® and this illustration may not be reproduced in any form without the express written permission of NCCN.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.



**NCCN Guidelines Version 1.2023**
**Chronic Myeloid Leukemia**

Clonal cytogenetic evolution in Ph-negative cells has also been reported in a small subset of patients treated with TKI therapy.[53-64] The most common abnormalities include trisomy 8 and loss of Y chromosome. Previous work suggested that the overall prognosis of Ph-negative CML with clonal evolution is good and is dependent on response to imatinib therapy.[57] Recently, however, the presence of chromosome abnormalities other than loss of Y chromosome has been associated with decreased survival in patients with CP-CML treated with various TKIs, suggesting that closer follow-up is indicated.[65] Progression to myelodysplastic syndromes (MDS) and acute myeloid leukemia (AML) have been reported in patients with monosomy 7 (del 7q).[66-68]

### Role of NGS

NGS allows for the detection of low-level BCR-ABL1 kinase domain mutations as well as resistance mutations in genes other than *BCR-ABL1* that may confer resistance to TKIs or portend disease progression.[69-72] In a recent, prospective, multicenter study (NEXT-in-CML) that assessed the feasibility of NGS in detection of low-level mutations in 236 consecutive patients with CML and inadequate response to TKI therapy, NGS was more effective than conventional Sanger sequencing in the detection of low-level mutations.[72] Prospective monitoring of mutation kinetics demonstrated that TKI-resistant low-level mutations are invariably selected if the patients are not switched to another TKI or if they are switched to an inappropriate TKI or TKI dose.[72] NGS with myeloid mutation panel should be considered for patients with no identifiable *BCR-ABL1* mutations.

## Additional Evaluation

### Chronic Phase CML (CML-1)

Sokal and Hasford (Euro) scoring systems have been used for the risk stratification of patients into three risk groups (low, intermediate, and high)

in clinical trials evaluating TKIs (CML-A).[73,74] The Sokal score is based on the patient's age, spleen size on clinical exam, platelet count, and percentage of blasts in the peripheral blood.[73] The Euro score includes eosinophils and basophils in the peripheral blood in addition to the same clinical variables used in the Sokal score.[74]

The European Treatment and Outcome Study long-term survival (ELTS) score is based on the same variables as the Sokol score and provides the most useful predictor of CML-related death in patients treated with first-line imatinib.[75] The ELTS score has been validated in a cohort of 1120 patients with CP-CML treated with imatinib in six clinical trials. Higher age, higher peripheral blasts, bigger spleen, and low platelet counts were significantly associated with increased probabilities of dying of CML. Patients in the intermediate- and the high-risk group had significantly higher probabilities of dying of CML than those in the low-risk group, and the probabilities were also significantly different between the intermediate- and high-risk groups. Unlike other scoring systems, the ELTS score is focused on CML-specific overall survival (OS). This is important, as many patients with CML die from non-CML causes, reflecting the efficacy of TKI therapy.

Determination of risk score using either the Sokal or Euro or ELTS scoring systems prior to initiation of TKI therapy is recommended for patients diagnosed with CP-CML.[73-75]

### Advanced Phase CML (CML-1)

The modified MD Anderson Cancer Center criteria for AP-CML (15% and 29% peripheral blood or bone marrow myeloblasts; ≥30% or more of peripheral blood myeloblasts and promyelocytes; ≥20% of peripheral blood or bone marrow basophils; platelet count ≤100 x 10⁹/L unrelated to therapy; and clonal cytogenetic evolution in Ph+ cells) are used in many clinical trials that have evaluated the efficacy of TKIs (CML-B).[76] The revised 2017 WHO diagnostic criteria for AP-CML include a "provisional"

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.



**NCCN Guidelines Version 1.2023**
**Chronic Myeloid Leukemia**

response to TKI criteria in addition to hematologic and cytogenetic criteria.[77] These diagnostic criteria require validation in prospective clinical trials. AP-CML defined only by clonal cytogenetic evolution on imatinib therapy is associated with a better prognosis than AP-CML defined by clonal cytogenetic evolution and additional features of progression.[48,78]

The International Bone Marrow Transplant Registry (IBMTR) criteria define blast phase as the presence of ≥30% myeloblasts in the blood, bone marrow, or both, or as the presence of extramedullary disease (CML-B).[79] Any increase in lymphoblasts should be concerning for nascent lymphoid blast phase disease. IBMTR criteria were used in most of the clinical trials leading to the approval of TKIs, and is best aligned with prognostication systems derived from these studies. The WHO diagnostic criteria (presence of ≥20% blast cells in the peripheral blood or bone marrow, the presence of extramedullary blast proliferation, and large foci or clusters of blasts in the bone marrow biopsy) were included in some reports.[77] However, as clinical trials in the TKI era have almost uniformly utilized modified MD Anderson Cancer Center or IBMTR criteria, the use of WHO criteria for staging is disfavored.

Flow cytometry to determine cell lineage, mutational analysis, and human leukocyte antigen (HLA) testing, if considering allogeneic hematopoietic cell transplant (HCT), are recommended for patients with advanced phase CML.

## Management of Chronic Phase CML

### Primary Treatment (CML-2)

Long-term efficacy data from randomized phase III studies for first-line TKI therapy in patients with newly diagnosed CP-CML are summarized in Table 1.[80-83] In summary, 1) all TKIs recommended are highly effective in newly diagnosed CP-CML, with long-term OS expected to be similar to that of aged-matched controls; 2) second-generation TKIs, compared to

imatinib, generally result in faster cytogenetic and molecular responses, with less progression to advanced phase CML; and 3) as of yet, in randomized clinical trials, there are no significant differences in OS in patients who initiate imatinib versus a second-generation TKI (dasatinib, nilotinib, and bosutinib).

The selection of first-line TKI therapy (bosutinib, dasatinib, imatinib, or nilotinib) in a given patient should be based on the risk score, toxicity profile, patient's age, ability to tolerate therapy, and the presence of comorbid conditions. Allogeneic HCT is no longer recommended as a first-line treatment for patients with CP-CML.

### Clinical Considerations for the Selection of First-Line Therapy
#### Risk Stratification
Imatinib (400 mg daily) and second-generation TKIs (bosutinib [400 mg daily], dasatinib [100 mg once daily], and nilotinib [300 mg twice daily]) are all appropriate options for first-line TKI therapy for patients with CP-CML across all risk scores.[80-83]

Data from randomized phase III studies that have evaluated high-dose imatinib as first-line therapy for CP-CML suggest that imatinib 800 mg was not associated with lower rates of disease progression than imatinib 400 mg in any of these studies, despite improved early responses (Table 2).[84-86] Imatinib 800 mg was also associated with higher rates of dose interruption, reduction, or discontinuation due to grade 3 or 4 adverse events in all of the studies. However, patients who were able to tolerate the higher dose of imatinib achieved higher response rates than those receiving standard-dose imatinib.[87] Imatinib 800 mg is not recommended as initial therapy, given the recent data showing superior efficacy of second-generation TKIs in newly diagnosed CP-CML.

Disease progression is more frequent in patients with intermediate- or high-risk score, and prevention of disease progression to AP-CML or

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.



# NCCN Guidelines Version 1.2023
# Chronic Myeloid Leukemia

BP-CML is the primary goal of TKI therapy in patients with CP-CML. Second-generation TKIs are associated with lower risk of disease progression than imatinib and are therefore preferred for patients with an intermediate- or high-risk Sokal or Euro score. Second-generation TKIs also result in quicker molecular responses and higher rates of major molecular response (MMR; ≤0.1% *BCR-ABL1* IS) and DMR (MR4.0 [≤0.01% *BCR-ABL1* IS] or MR4.5 [≤0.0032% *BCR-ABL1* IS]) in patients with CP-CML across all risk scores (Table 3A), which may facilitate subsequent discontinuation of TKI therapy in selected patients.[81-83] In the ENESTnd study, nilotinib was also associated with lower rates of disease progression and higher PFS rates in patients with intermediate- and high-risk score (Table 3B).[83]

Therefore, second-generation TKIs may be preferred over imatinib for younger patients, particularly females since the achievement of a deep and rapid molecular response may allow for eventual safe interruption of TKI therapy for fertility purposes. Imatinib may be preferred for older patients with comorbidities, especially cardiovascular comorbidities.

## Toxicity Profile
All the TKIs are generally well tolerated. Since bosutinib, dasatinib, and nilotinib have very good efficacy in the upfront setting, differences in their potential toxicity profiles may inform the selection of a specific TKI as initial therapy. Nilotinib or bosutinib may be preferred for patients with a history of lung disease or deemed to be at risk of developing pleural effusions. Dasatinib or bosutinib may be preferred in patients with a history of arrhythmias, heart disease, pancreatitis, or hyperglycemia.

Adverse events of first-line TKI therapy in patients with CP-CML reported in phase III randomized studies are discussed below and are also summarized in Table 4. See CML-F for the management of toxicities associated with TKI therapy.

## Bosutinib
In the BFORE study, diarrhea, increased alanine aminotransferase (ALT), and aspartate aminotransferase (AST) were more common with bosutinib whereas muscle spasms and peripheral edema were more common with imatinib.[82] Grade 3/4 thrombocytopenia was higher with bosutinib and grade 3/4 neutropenia was higher with imatinib. Grade 3/4 anemia was similar in both groups. Discontinuation of therapy due to drug-related adverse events occurred in 14% of patients in the bosutinib group compared to 11% in the imatinib group. Increased ALT (5%) and increased AST (2%) were the most common adverse events leading to discontinuation of bosutinib. However, there were no hepatotoxicity-related fatalities during the study.

## Dasatinib
In the DASISION study, the incidences of grade 3/4 hematologic toxicities (anemia, neutropenia, and thrombocytopenia) were higher for dasatinib than imatinib.[81] Nonhematologic adverse events such as muscle spasms, peripheral edema, and hypophosphatemia were more frequent with imatinib. Discontinuation of therapy because of drug-related adverse events occurred in 16% and 7% of patients in the dasatinib and imatinib arms, respectively. Dasatinib is associated with significant but reversible inhibition of platelet aggregation that may contribute to bleeding in some patients, especially if accompanied by thrombocytopenia.[88]

Pleural effusion was also more common with dasatinib (28% in the DASISION study compared to <1% with imatinib and 33% in a dose optimization study) and age has been identified as a significant risk factor for the development of pleural effusion.[89] The occurrence of pleural effusion is significantly reduced with dasatinib 100 mg once daily compared with 70 mg twice daily. Patients with prior cardiac history, with hypertension, and receiving dasatinib 70 mg twice daily are at increased

Version 1.2023 © 2022 National Comprehensive Cancer Network® (NCCN®), All rights reserved. NCCN Guidelines® and this illustration may not be reproduced in any form without the express written permission of NCCN.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.



# NCCN Guidelines Version 1.2023
# Chronic Myeloid Leukemia

risk of developing pleural effusions.[90] Close monitoring and timely intervention are necessary for patients at risk of developing pleural effusions.

Largely reversible pulmonary arterial hypertension has been reported as a rare but serious side effect of dasatinib.[91-93] In the DASISION study, pulmonary hypertension was reported in 5% of patients treated with dasatinib compared to <1% of patients treated with imatinib.[81] Evaluation for signs and symptoms of underlying cardiopulmonary disease prior to initiating and during treatment with dasatinib is recommended. If pulmonary arterial hypertension is confirmed, dasatinib must be permanently discontinued.

### Imatinib

Chronic fatigue (often correlated with musculoskeletal pain and muscular cramps) is a major factor reducing quality of life.[94] Hypophosphatemia and decrease in bone mineral density have been noted in a small group of patients, suggesting that monitoring bone health should be considered for patients taking imatinib.[95,96] Skin hypopigmentation has also been reported as a side effect of imatinib and is reversible upon discontinuation or dose reduction.[97,98] Reversible renal dysfunction with prolonged use of imatinib has also been reported.[99]

### Nilotinib

In the ENESTnd study, rates of nonhematologic adverse events such as nausea, diarrhea, vomiting, muscle spasm, and peripheral edema of any grade were higher for patients receiving imatinib. Conversely, rash and headache were more common with nilotinib.[83] Grade 3 or 4 neutropenia was more frequently observed in the imatinib group, whereas thrombocytopenia and anemia were similar in both groups. Electrolyte abnormalities and elevations in lipase, glucose, and bilirubin were more frequent with nilotinib than with imatinib. Patients with a previous history of

pancreatitis may be at greater risk of elevated serum lipase. The overall incidences of adverse events leading to discontinuation of therapy were comparable in the nilotinib 300 mg twice-daily and imatinib arms (12% and 14%, respectively) and slightly higher in the nilotinib 400 mg twice-daily arm (20%).

Nilotinib labeling contains a black box warning regarding the risk of QT interval prolongation, and sudden cardiac death has been reported in patients receiving nilotinib.[93] QT interval prolongation could be managed with dose reduction. Electrolyte abnormalities should be corrected prior to initiation of treatment with nilotinib and electrolytes should be monitored periodically. Drugs that prolong QT interval should be avoided. Electrocardiogram (ECG) should be obtained to monitor the QT interval at baseline, 7 days after initiation of nilotinib, and periodically thereafter, as well as following any dose adjustments. Patients with cardiovascular risk factors should be referred to a cardiologist.

Nilotinib is associated with an increased risk of peripheral arterial occlusive disease (PAOD).[100-104] Patients should be evaluated for pre-existing PAOD and vascular risk factors prior to initiating and during treatment with nilotinib. If PAOD is confirmed, nilotinib should be permanently discontinued.

### Management of Hematologic Toxicities of TKI Therapy

Cytopenias (anemia, neutropenia, and thrombocytopenia) should be managed with transient interruptions of TKI therapy and dose modifications. Please see the package insert for full prescribing information, available at www.accessdata.fda.gov, for the recommended dose modifications of specific TKI therapy.

Assessment of reticulocyte count, ferritin, iron saturation, vitamin B12, and folate and correction of nutritional deficiencies if present is recommended for patients with grade 3–4 anemia. Red blood cell

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

transfusions are indicated in symptomatic patients. Myeloid growth factor support can be used in combination with TKI therapy for the management of neutropenia.[105,106] The use of erythropoiesis-stimulating agents (ESAs) did not impact survival or cytogenetic response rate, but was associated with a higher thrombosis rate in patients with CP-CML.[107] Recent guidelines from the U.S. Centers for Medicare & Medicaid Services (CMS) and the FDA do not support the use of ESAs in patients with myeloid malignancies.

## Monitoring Response to TKI Therapy

Response to TKI therapy is determined by the measurement of hematologic (normalization of peripheral blood counts), cytogenetic (decrease in the number of Ph-positive metaphases using bone marrow cytogenetics), and molecular assessments (decrease in the amount of *BCR-ABL1* chimeric mRNA using qPCR). The criteria for hematologic, cytogenetic, and molecular response are summarized in CML-D.

Conventional bone marrow cytogenetics is the standard method for monitoring cytogenetic responses, and many clinical trial response analyses have been based on conventional bone marrow cytogenetics. With the advent of qPCR, bone marrow cytogenetic analyses to assess response are rarely performed at this time. If conventional bone marrow cytogenetics yield no analyzable metaphases, cytogenetic response can be evaluated by FISH, preferably with a dual color probe to minimize false-positive rates. FISH and cytogenetic results are correlated, but are not superimposable.[108-110] Although some investigators have reported that interphase FISH can be used to monitor complete cytogenetic response (CCyR), endpoints for TKI failure have not been defined on the basis of FISH analysis.[111,112] The panel feels that FISH has been inadequately studied for monitoring response to TKI therapy and is not generally recommended for monitoring response if conventional cytogenetics or qPCR are available.

qPCR is the only tool capable of monitoring responses after the patient has achieved CCyR, since *BCR-ABL1* transcripts typically remain detectable after CCyR is achieved. A major advantage of qPCR is the strong correlation between the results obtained from the peripheral blood and the bone marrow, allowing for molecular monitoring without bone marrow aspirations.[113,114]

### Standardization of Molecular Monitoring Using the International Scale

In the IS, the standardized baseline (defined as the average expression of *BCR-ABL1* transcripts in 30 patients with untreated CML enrolled in the IRIS trial) is set to 100%. Molecular response is expressed as log-reduction from 100%. For example, a 2-log reduction or greater (≤1% *BCR-ABL1* IS; MR2.0) generally correlates with CCyR and a ≥3-log reduction (≤0.1% *BCR-ABL1* IS) is referred to as MMR or MR3.0.[14,115,116]

DMR is defined by the assay's level of sensitivity [≤0.01% *BCR-ABL1* (IS), MR4.0; ≤0.0032% *BCR-ABL1* (IS), MR4.5].[117] The sensitivity of a qPCR assay depends not only on the performance of the assay, but also on the quality of a given sample.

As such, the term "complete molecular response" to denote undetectable *BCR-ABL1* transcripts (a negative qPCR test) should be abandoned, as it may refer to very different levels of response, dependent on the quality of the sample and sensitivity of the test. Laboratories can use their individual assays, but the *BCR-ABL1* transcripts obtained in a given laboratory should be converted to the IS by applying a laboratory-specific conversion factor (CF).[14,118]

### Recommendations for Monitoring Response to TKI Therapy

qPCR (IS) is the preferred method to monitor response to TKI therapy. qPCR assays with a sensitivity of ≥4.5-log reduction from the standardized baseline are recommended for the measurement of *BCR-ABL1* transcripts (CML-C). In patients with prolonged myelosuppression who may not be in

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

**National Comprehensive Cancer Network®**

# NCCN Guidelines Version 1.2023
# Chronic Myeloid Leukemia

complete hematologic response (CHR) due to persistent cytopenias or unexplained drop in blood counts during therapy, bone marrow cytogenetics is indicated to confirm response to TKI therapy and exclude other pathology, such as MDS or the presence of chromosomal abnormalities other than Ph.

Monitoring with qPCR (IS) every 3 months is recommended for all patients after initiating TKI therapy, including those who meet response milestones at 3, 6, and 12 months (≤10% *BCR-ABL1 IS* at 3 and 6 months, ≤1% *BCR-ABL1 IS* at 12 months, and ≤0.1% *BCR-ABL1* IS at >12 months). After CCyR (≤1% *BCR-ABL1 IS)* has been achieved, molecular monitoring is recommended every 3 months for 2 years and every 3 to 6 months thereafter.

Frequent molecular monitoring with qPCR (IS) can help to identify non-adherence to TKI therapy early in the treatment course.[119] Since adherence to TKI therapy is associated with better clinical outcomes, frequent molecular monitoring is essential if there are concerns about the patient's adherence to TKI therapy. In patients with deeper molecular responses (MMR and better) and who are compliant with TKI therapy, the frequency of molecular monitoring can be reduced, though the optimal frequency is unknown. Molecular monitoring of response to TKI therapy more frequently than every 3 months is not presently recommended.

**Prognostic Significance of Cytogenetic and Molecular Response**

Early molecular response (EMR; ≤10% *BCR-ABL1* IS at 3 and 6 months) after first-line TKI therapy has emerged as an effective prognosticator of favorable long-term PFS and OS (Table 5).[81,83,86,120] Some reports suggest that EMR at 3 months has a superior prognostic value and supports the use of early intervention strategies based on the *BCR-ABL1* transcript level at 3 months.[121,122] However, other studies yielded partially conflicting results regarding the predictive value of *BCR-ABL1* transcripts

at 3 months.[123] From a practical perspective, it is important to consider these data points within the clinical context. For instance, if *BCR-ABL1* transcript level is minimally above the 10% cutoff (e.g. 11% to 15% at 3 months), it is reasonable to re-assess at 6 months before considering major changes to the treatment strategy.

Quite recently, studies have suggested that the rate of decline in *BCR-ABL1* transcripts correlates with longer-term response.[124-126] Among patients with >10% *BCR-ABL1* IS after 3 months of treatment with imatinib, those with a faster decline in *BCR-ABL1* (*BCR-ABL1* halving time <76 days) had a superior outcome compared to those with a slower decline (4-year PFS rate was 92% vs. 63%, respectively).[124] In the German CML IV study, lack of a half-log reduction of *BCR-ABL1* transcripts at 3 months was associated with a higher risk of disease progression on imatinib therapy.[125] The results of the D-First study also showed that in patients treated with dasatinib, *BCR-ABL1* halving time of ≤14 days was a significant predictor of MMR by 12 months and DMR (MR4.0; ≤0.01% *BCR-ABL1* IS) by 18 months.[126]

Achievement of CCyR or ≤1% *BCR-ABL1* IS within 12 months after first-line TKI therapy is an established prognostic indicator of long-term survival.[127,128] In the IRIS study, the estimated 6-year PFS rate was 97% for patients achieving a CCyR at 6 months compared to 80% for patients with no cytogenetic response at 6 months.[127] In an analysis of patients with newly diagnosed CP-CML treated with imatinib or second-generation TKIs, the 3-year event-free survival (EFS) and OS rates were 98% and 99% for patients who achieved CCyR at 12 months compared to 67% and 94% in patients who did not achieve a CCyR.[128]

MMR (≤0.1% *BCR-ABL1* IS) as a predictor of PFS and OS has also been evaluated in several studies.[113,129-135] In all of these studies, the analyses were done for different outcomes measures at multiple time points, but failed to adjust for multiple comparisons, thereby reducing the validity of the conclusions. The general conclusion from these studies is that the

Version 1.2023 © 2022 National Comprehensive Cancer Network (NCCN®), All rights reserved. NCCN Guidelines® and this illustration may not be reproduced in any form without the express written permission of NCCN.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.



**NCCN Guidelines Version 1.2023**
**Chronic Myeloid Leukemia**

achievement of MMR is associated with durable long-term cytogenetic remission and lower rate of disease progression, but MMR is not a significant predictor of superior OS in patients who are in stable CCyR. Importantly, with longer follow-up, CCyR becomes an ever-stronger indicator of MMR, reducing the added prognostic value of MMR. Although the CML IV study showed that MR4.5 (≤0.0032% *BCR-ABL1* IS) at 4 years was associated with a significantly higher OS (independent of therapy) than MR2.0 (≤1% *BCR-ABL1* IS which corresponds to CCyR), this study demonstrated no significant differences in OS in patients who achieved MMR (≤0.1% *BCR-ABL1* IS) and those who achieved MR2.0 (≤1% *BCR-ABL1* IS).[134]

The absence of MMR in the presence of a CCyR is therefore not considered a treatment failure. While some investigators have reported that dose escalation of imatinib might benefit patients in CCyR with no MMR,[136] there are no randomized studies to show that a change of therapy would improve survival, PFS, or EFS in this group of patients.[137] However, the achievement of MMR (≤0.1% *BCR-ABL1* IS) at 12 months is associated with a very low probability of subsequent loss of response and a high likelihood of achieving a subsequent DMR (MR4.0; ≤0.01% *BCR-ABL1* IS), which may facilitate discontinuation of TKI therapy.[37,135] In view of the ongoing evolution of treatment goals (OS vs. treatment-free remission [TFR]), expert panels have emphasized the importance of joint decision-making between patient and provider, particularly in ambiguous situations.[138]

### Response Milestones After First-Line TKI Therapy (CML-3)

The most important goals of TKI therapy are to prevent disease progression to AP-CML or BP-CML and to achieve either MR2.0 (≤1% *BCR-ABL1* IS, which corresponds to CCyR) or MMR (≤0.1% *BCR-ABL1* IS) within 12 months after first-line TKI therapy. The guidelines emphasize that achievement of response milestones must be interpreted within the

clinical context, before making drastic changes to the treatment strategy, especially in ambiguous situations.

The panel has included ≤10% *BCR-ABL1* IS at 3 and 6 months after initiation of first-line TKI therapy as a response milestone, since the achievement of EMR after first-line TKI therapy is an effective prognosticator of favorable long-term PFS. Achievement of >0.1%–1% *BCR-ABL1* IS (≤1% *BCR-ABL1* IS, which correlates with CCyR) is considered the optimal response milestone at 12 months if the goal of therapy in an individual patient is long-term survival, whereas the achievement of MMR (≤0.1% *BCR-ABL1* IS) at 12 months should be considered as the optimal response milestone if the treatment goal in an individual patient is TFR. Patients who achieve these response milestones are considered to have TKI-sensitive disease, and continuation of the same dose of TKI and assessment of *BCR-ABL1* transcripts with qPCR (IS) every 3 months is recommended for this group of patients.

In patients with a >10% *BCR-ABL1* IS at 3 months and >1% *BCR-ABL1* IS at 12 months, clinical judgment should be used, considering problems with adherence (which can be common given drug toxicity at initiation of therapy), rate of decline in *BCR-ABL1* (the faster, the better), and how far from the cutoff the *BCR-ABL1* value falls. That being said, failure to achieve ≤10% *BCR-ABL1* IS at 3 months or ≤1% *BCR-ABL1* IS at 12 months is associated with a higher risk for disease progression. Patients with >10% *BCR-ABL1* at 3 months or >1% *BCR-ABL1* at 12 months can continue the same dose of dasatinib, nilotinib, or bosutinib for another 3 months. *BCR-ABL1* mutational analysis and evaluation for allogeneic HCT should be considered. Bone marrow cytogenetics should be considered to assess for major cytogenetic response (MCyR) at 3 months or CCyR at 12 months.

In patients with >0.1%–1% *BCR-ABL1* IS at 12 months, shared decision-making is recommended depending on the goal of therapy in

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.



# NCCN Guidelines Version 1.2023
# Chronic Myeloid Leukemia

individual patients (longer-term survival vs. TFR). As discussed before, although not associated with increased OS, MMR at 12 months is associated with lower rate of disease progression and a higher likelihood of achieving DMR, which is a prerequisite for TFR. Switching to a second-generation TKI from imatinib might be considered to increase the probability of achieving MMR (≤0.1% *BCR-ABL1* IS) at 12 months. However, there is a possibility that a switch will be associated with increased toxicity. Referral to specialized CML centers and/or enrollment in a clinical trial should be considered.

Patients with >10% *BCR-ABL*1 IS at 6 and 12 months are considered to have TKI-resistant disease. Evaluation for allogeneic HCT (that is, a discussion with a transplant specialist, which might include HLA testing) is recommended. Alternate treatment options should be considered as described below.

## Second-Line Therapy

Dose escalation of imatinib up to 800 mg daily has been shown to overcome some cases of primary resistance and is particularly effective for cytogenetic relapse in patients who had achieved cytogenetic response with imatinib 400 mg daily, although the duration of responses has typically been short.[139-142] However, it is unlikely to benefit patients with hematologic failure or those who never had a cytogenetic response with imatinib 400 mg daily. In patients with >10% *BCR-ABL1* IS at 3 months after imatinib 400 mg, switching to nilotinib or dasatinib has been shown to result in higher rates of MMR at 12 months than dose escalation of imatinib.[143-145] Although dose escalation of imatinib has been shown to be beneficial for patients in CCyR without MMR, no randomized studies have shown that a change of therapy would improve PFS or EFS in this group of patients.[136,137] Dasatinib, nilotinib, and bosutinib, which are more potent than imatinib *in vitro* and retain activity against many of the imatinib-resistant BCR-ABL1 kinase domain mutants except T315I, are

effective treatment options for patients with CP-CML intolerant or resistant to imatinib.[146-148] Bosutinib also has demonstrated activity in patients with CP-CML resistant to multiple TKIs (imatinib, dasatinib, and nilotinib).[149,150] Ponatinib and asciminib (specifically targeting the ABL myristoyl pocket [STAMP] inhibitor) are active against most of the resistant BCR-ABL1 kinase domain mutants including T315I.[151-154] Long-term efficacy data from phase II/III studies on second-line and subsequent TKI therapy for CP-CML are summarized in Table 6.[146,147,149,151,154]

Ponatinib was initially approved as a treatment option for patients with a T315I mutation and/or for patients for whom no other TKI is indicated based on the results of the PACE trial (Table 6).[151] The recommended initial dose of ponatinib was 45 mg once daily. The high-dose intensity of ponatinib has been associated with increased risk of arterial occlusive events (AOE) and the incidence of cardiovascular adverse events was highest among patients with preexisting cardiovascular risk factors.[151,155-157] In the PACE trial, serious AOE (cardiovascular, cerebrovascular, and peripheral vascular) and venous thromboembolic events occurred in 31% and 6% of patients, respectively.[151] Cardiovascular, cerebrovascular, and peripheral AOEs were reported in 16%, 13%, and 14% of patients, respectively.

Recent reports (including the OPTIC trial) suggest that substantial responses can be observed at lower dose levels (30 mg or 15 mg) with decreased incidence of cardiovascular events and responses were maintained in most of the patients independent of the dose reductions.[151,152,158]

In the OPTIC trial that evaluated the safety and efficacy of response-adjusted dosing regimen, patients were randomized to ponatinib starting doses of 45 mg, 30 mg, and 15 mg, with dose reduction to 15 mg with achievement of ≤1% *BCR-ABL1* (IS).[152] Ponatinib was effective at all 3 dose levels (45 mg, 30 mg, and 15 mg) with the maximum benefit

Version 1.2023 © 2022 National Comprehensive Cancer Network® (NCCN®), All rights reserved. NCCN Guidelines® and this illustration may not be reproduced in any form without the express written permission of NCCN.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.



# NCCN Guidelines Version 1.2023
# Chronic Myeloid Leukemia

observed with 45 mg. After a median follow-up of 32 months, *BCR-ABL1* (IS) ≤1% at 12 months was achieved in 44% of patients in the 45 mg cohort compared to 29% and 23% in the 30 mg and 15 mg cohorts, respectively. The estimated 24-month PFS rate was 80%, 76%, and 78% in the 3 cohorts, respectively and the estimated 24-month OS rate was more than 90% in all 3 cohorts. The rate of any AOE reported in the OPTIC trial (10% in the 45 mg cohort; 5% and 3% in the 30 mg and 15 mg cohorts, respectively) was lower than that reported for ponatinib 45 mg in the PACE trial. Based on the results of the OPTIC trial, the FDA has approved a response-adjusted dosing regimen for ponatinib [starting dose of 45 mg once daily with a reduction to 15 mg upon achievement of *BCR-ABL1* (IS) ≤1%] for patients with CP-CML with resistance or intolerance to at least two prior kinase inhibitors.

Cardiovascular risk factors (eg, diabetes mellitus, hypertension, hyperlipidemia, smoking, estrogen use) should be identified and controlled before starting ponatinib. Patients should be monitored for high blood pressure, evidence of arterial occlusive or thromboembolic events, and reduced cardiac function.[159] Ponatinib should be interrupted or stopped immediately for vascular occlusion and for new or worsening heart failure. Patients with cardiovascular risk factors should be referred to a cardiologist. Asciminib was recently approved for patients with CP-CML having the T315I mutation and/or CP-CML with resistance or intolerance to at least two prior TKIs.

In the phase III randomized study (ASCEMBL), asciminib 40 mg twice daily achieved higher molecular response rates (MMR, MR4.0, and MR4.5) than bosutinib 500 mg once daily in patients with CP-CML previously treated with ≥2 prior TKIs, and the incidence of adverse events leading to treatment discontinuation was also lower with asciminib (6% vs. 21%).[154] Gastrointestinal toxicities (diarrhea, nausea, and vomiting) and biochemical abnormalities (increased ALT and AST levels) were notably higher with bosutinib. AOEs were reported in 3% and 1% of patients treated with asciminib and bosutinib, respectively. Patients with a history of cardiovascular risk factors for cardiovascular signs and symptoms should be carefully monitored and appropriate treatment should be initiated as clinically indicated. The recommended initial dose of asciminib is 80 mg once daily or 40 mg twice daily in patients without a T315I mutation and 200 mg twice daily for patients with a T315I mutation. In the phase I study, the majority of patients with a T315I mutation achieving CCyR and MMR had received >150 mg twice-daily asciminib.[153]

Omacetaxine is a treatment option for patients with CP-CML resistant or intolerant to ≥2 TKIs including those with a T315I mutation.[160,161] Omacetaxine resulted in MCyR, CCyR, and MMR rates of 23%, 16%, and 17%, respectively, in the cohort of patients with CP-CML resistant to prior TKI therapy and T315I mutation (CML 202 study; n = 62) and the T315I clone declined to below detection limits in 61% of patients.[160] The median PFS was 8 months and the median OS had not yet been reached. In the cohort of patients with CP-CML resistant or intolerant to ≥2 TKIs (CML 203 study; n = 46), the MCyR and CCyR rates were 22% and 4%, respectively. The median PFS and OS were 7 months and 30 months, respectively.[161] The response rates and survival outcomes, however, were substantially lower than that observed with ponatinib in the PACE trial. Omacetaxine had an acceptable toxicity profile and the most common grade 3/4 adverse events were thrombocytopenia (67%), neutropenia (47%), and anemia (37%).

## Clinical Considerations for the Selection of Second-Line TKI Therapy

Switching to a second-generation TKI is recommended for patients with disease that is resistant to imatinib 400 mg daily. Patients with disease that is resistant to bosutinib, dasatinib, or nilotinib could be switched to an alternate TKI (other than imatinib). However, there is no clear

Version 1.2023 © 2022 National Comprehensive Cancer Network (NCCN®), All rights reserved. NCCN Guidelines® and this illustration may not be reproduced in any form without the express written permission of NCCN.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

# NCCN Guidelines Version 1.2023
# Chronic Myeloid Leukemia

evidence to support that switching to alternate TKI therapy would improve long-term clinical outcome for this group of patients. Evaluation of allogeneic HCT should be considered for this group of patients. The use of an alternate second-generation TKI after treatment failure with *two* prior TKIs, is not associated with durable responses except in occasional patients with CP-CML.[162] Treatment with ponatinib, asciminib or enrollment in a clinical trial should be considered.

EMR (≤10% *BCR-ABL1* IS at 3 and 6 months) after second-line TKI therapy with dasatinib or nilotinib has also been reported to be a prognosticator of OS and PFS (Table 7). Patients who do not achieve cytogenetic or molecular responses at 3, 6, or 12 months after second-line and subsequent TKI therapy should be considered for alternative therapies or allogeneic HCT if deemed eligible.

BCR-ABL1 kinase domain mutation analysis (see below), evaluation of drug interactions, and compliance to therapy are recommended prior to the initiation of second-line TKI therapy.

### Drug Interactions
All TKIs are metabolized in the liver by cytochrome P450 (CYP) enzymes, and concomitant use of drugs that induce or inhibit CYP3A4 or CYP3A5 enzymes may alter the therapeutic effect of TKIs.[163,164] Drugs that are CYP3A4 or CYP3A5 inducers may decrease the therapeutic plasma concentration of TKIs, whereas CYP3A4 inhibitors and drugs that are metabolized by the CYP3A4 or CYP3A5 enzyme might result in increased plasma levels of TKIs. In addition, imatinib is also a weak inhibitor of the CYP2D6 and CYP2C9 isoenzymes and nilotinib is a competitive inhibitor of CYP2C8, CYP2C9, CYP2D6, and UGT1A1, potentially increasing the plasma concentrations of drugs eliminated by these enzymes. Asciminib is also a CYP2C9 inhibitor and concomitant use of asciminib increases the plasma concentration of other drugs that are CYP2C9 substrates.

Drug interactions between TKIs and some of the most commonly used drugs and supplements are summarized in CML-F. Concomitant use of drugs that are metabolized by these enzymes requires caution, and appropriate alternatives should be explored to optimize treatment outcome. If coadministration cannot be avoided, dose modification should be considered.

### Adherence to Therapy
Treatment interruptions and non-adherence to therapy may lead to undesirable clinical outcomes.[165-167] In the ADAGIO study, non-adherence to imatinib was associated with poorer response. Patients with suboptimal response missed significantly more imatinib doses (23%) than did those with optimal response (7%).[165] Adherence to imatinib therapy has been identified as the only independent predictor for achieving CMR on standard-dose imatinib.[166] Poor adherence to imatinib therapy has also been identified as the most important factor contributing to cytogenetic relapse and imatinib failure.[167] Patients with adherence of ≤85% had a higher probability of losing CCyR at 2 years than those with adherence of >85% (27% and 2%, respectively). Poor adherence to therapy has also been reported in patients receiving dasatinib and nilotinib following imatinib failure.[168,169]

Patient education on adherence to therapy and close monitoring of patient's adherence is critical to achieving optimal responses. In a significant proportion of patients with TKI-induced toxicities, responses have been observed with doses well below their determined maximum tolerated doses.[170] Short interruptions or dose reductions, when medically necessary, may not have a negative impact on disease control or other outcomes. Adequate and appropriate management of side effects and scheduling appropriate follow-up visits to review side effects may be helpful to improve patient adherence to therapy.[171] Switching to an alternate TKI because of intolerance might be beneficial for selected

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.



# NCCN Guidelines Version 1.2023
# Chronic Myeloid Leukemia

patients with acute grade 3/4 non-hematologic toxicities or in those with chronic, low-grade nonhematologic toxicities that are not manageable with adequate supportive care measures.[172,173]

### Resistance to TKI Therapy

Aberrant expressions of drug transporters[174-176] and plasma protein binding of TKI[177-179] could contribute to primary resistance by altering the intracellular and plasma concentration of TKI.

Pretreatment levels of organic cation transporter 1 (OCT1) have been reported as the most powerful predictor of response to imatinib.[180] On the other hand, cellular uptake of dasatinib or nilotinib seems to be independent of OCT1 expression, suggesting that patients with low OCT1 expression might have better outcomes with dasatinib or nilotinib than with imatinib.[181-184]

Monitoring imatinib plasma levels may be useful in determining patient adherence to therapy. However, there are no data to support that change of therapy based on plasma imatinib levels will affect treatment outcomes, and assays that measure plasma levels of imatinib are not widely available.

### BCR-ABL1 Kinase Domain Mutation Analysis

Point mutations in the BCR-ABL1 kinase domain are a frequent mechanism of secondary resistance to TKI therapy and are associated with poor prognosis and higher risk of disease progression.[185-190] E255K/V, F359C/V, Y253H, and T315I mutants are most commonly associated with disease progression and relapse.[191,192] Among the BCR-ABL1 kinase domain mutations, T315I confers complete resistance to imatinib, dasatinib, nilotinib, and bosutinib.[193,194] The T315A, F317L/I/V/C, and V299L mutants are resistant to dasatinib and E255K/V, F359V/C, and Y253H mutants are resistant to nilotinib.[191,195-197] G250E, and V299L mutants are resistant to bosutinib.[149]

Bosutinib and dasatinib have demonstrated activity in patients with BCR-ABL1 mutants resistant to nilotinib (Y253H, E255K/V, and F359C/I/V).[149,197] Bosutinib has minimal activity against F317L mutation (which is resistant to dasatinib) and nilotinib may be preferred over bosutinib in patients with F317L mutation.[191,196,198] Ponatinib is active against *BCR-ABL1* mutants resistant to dasatinib or nilotinib, including E255V, Y253H, and F359V, in addition to T315I.[151] There are not enough data available regarding the impact of mutations on the efficacy of asciminib because of the heterogeneity of reported mutations and low patient numbers in the ASCEMBL trial.[154] Patients with detectable bosutinib-resistant BCR-ABL1 mutations (T315I or V299L) were ineligible to participate in this trial.[154] Although new myristoyl-pocket mutations have been detected during asciminib treatment, there is insufficient data as yet to determine their significance.

Response rates to TKI therapy based on BCR-ABL mutation status are listed in [Table 8].

BCR-ABL1 compound mutations (variants containing ≥2 mutations within the same *BCR-ABL1* allele that presumably arise sequentially) confer different levels of resistance to TKI therapy, and T315I-inclusive compound mutants confer the highest level of resistance to all TKIs, including ponatinib.[199,200] In a more recent study that used NGS to detect low-level and BCR-ABL1 compound mutations in 267 patients with heavily pretreated CP-CML from the PACE trial, no compound mutation was identified that consistently conferred resistance to ponatinib, suggesting that such compound mutations are uncommon following treatment with bosutinib, dasatinib, or nilotinib for CP-CML.[201]

BCR-ABL1 kinase domain mutational analysis is helpful in the selection of subsequent TKI therapy for patients with inadequate initial response to first-line or second-line TKI therapy.[202] The guidelines recommend BCR-ABL1 kinase domain mutational analysis for patients who do not

Version 1.2023 © 2022 National Comprehensive Cancer Network (NCCN®), All rights reserved. NCCN Guidelines® and this illustration may not be reproduced in any form without the express written permission of NCCN.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

**NCCN**
**National Comprehensive Cancer Network®**

achieve response milestones, for those with any sign of loss of response (hematologic or cytogenetic relapse), and if there is a 1-log increase in *BCR-ABL1* level with loss of MMR. Treatment options based on BCR-ABL1 kinase domain mutation status are outlined on CML-5.

BCR-ABL1 kinase domain mutational analysis provides additional guidance in the selection of subsequent TKI therapy only in patients with identifiable mutations. In patients with no identifiable mutations, the selection of subsequent TKI therapy should be based on the toxicity profile of the TKI, patient's age, ability to tolerate therapy, and presence of comorbid conditions. Adverse events of second-line TKI therapy in patients with CP-CML are summarized in Table 9.

### *BCR-ABL1–independent Mutations*
Mutations in a variety of cancer-associated genes other than *BCR-ABL1* (eg, *ASXL1, RUNX1, IKZF1, TET1/2, IDH1/2, JAK2, DNMT3A/3B, EZH2, WT1, NPM1, NRAS, KRAS, CBL, BCOR, CREBBP, TP53)* have been described in patients with CML at diagnosis; in patients with AP-CML or BP-CML.[203-210] *IKZF1* exon deletions and mutations in *ASXL1, RUNX1,* and *BCOR* genes were the most frequently described in advanced phase CML, while *IDH1/2* mutations were detected at a markedly lower frequency.[209,210] *IKZF1* and *RUNX1* alterations, both involved in cell differentiation, were identified as important markers of disease progression from CP-CML to BP-CML.[203,208] In one study that analyzed the mutation landscape of patients with CML using a panel of 92 genes associated with myeloid malignancy, the presence of mutations in genes involved in epigenetic regulation pathways at diagnosis (eg, *ASXL1, BCOR*, *TET1/2, IDH1/2, DNMT3A/3B, EZH2)* was associated with poor response to TKI therapy (CCyR at 12 months, *P* = .02; MMR at 24 months, *P* = .04; and MR4.5 at 36 months, *P* = .03) independent of other clinical factors.[206]

However, many of these studies did not indicate whether the patients had CP-CML at diagnosis, and the impact of mutations is also variable

depending on whether they occur in Ph-positive or Ph-negative clones.[209] Therefore, these results are not indicative of the frequency of mutations in cancer-associated genes in patients with CP-CML at diagnosis and results are not definitive.

### *Rising BCR-ABL1 Transcripts*
Rising *BCR-ABL1* transcripts are associated with an increased likelihood of detecting BCR-ABL1 kinase domain mutations and cytogenetic relapse.[211-215] In patients who had achieved very low levels of *BCR-ABL1* transcripts, emergence of BCR-ABL1 kinase domain mutations was more frequent in those who had a >2-fold increase in *BCR-ABL1* transcripts compared to those with stable or decreasing *BCR-ABL1* transcripts.[211] A serial rise has been reported to be more reliable than a single ≥2-fold increase in *BCR-ABL1* transcripts.[212,213] Among patients in CCyR with a ≥0.5-log increase in *BCR-ABL1* transcripts on at least two occasions, the highest risk of disease progression was associated with loss of MMR and >1-log increase in *BCR-ABL1* transcripts.[213]

Rising transcript levels should prompt investigation of treatment adherence and reassessment of coadministered medications. The precise increase in *BCR-ABL1* transcripts that warrants a mutation analysis depends on the performance characteristics of the qPCR assay.[215] Some labs have advocated a 2- to 3-fold range,[132,214,215] while others have taken a more conservative approach (5- to 10-fold).[213] Obviously, some common sense must prevail, since the amount of change in absolute terms depends on the level of molecular response. For example, a finding of any *BCR-ABL1* after achieving a DMR (MR4.5; ≤0.0032% *BCR-ABL*1 IS) is an infinite increase in *BCR-ABL1* transcripts. However, a change in *BCR-ABL1* transcripts from a barely detectable level to MR4.5 is clearly different from a 5-fold increase in *BCR-ABL1* transcripts after achieving MMR.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

Currently there are no specific guidelines for changing therapy only based on rising *BCR-ABL1* levels as detected by qPCR, and it should be done only in the context of a clinical trial.

**Dose Modifications of TKI Therapy**

Limited available evidence suggests that initiation of TKIs (bosutinib, dasatinib or nilotinib) at lower doses and dose reduction (with close monitoring) in patients who achieve optimal responses are appropriate strategies for the prevention and management of treatment-related adverse events and to avoid long-term toxicities.

The recommended starting dose of bosutinib is 400 mg daily for patients with newly diagnosed CP-CML (which is better tolerated than the 500 mg daily dose that was used in the initial randomized phase III trial) and 500 mg once daily for intolerant or resistant CP-CML. Recent recommendations from an expert panel suggest initiating bosutinib at a lower dose of 200 to 300 mg once daily with dose escalation as clinically indicated in most patients.[216] Initiation at the standard dose of 400 mg daily is recommended only for patients with high-risk disease.

The recommended starting dose of dasatinib is 100 mg once daily for patients with newly diagnosed CP-CML. Long-term follow-up results of a single-arm study in a small cohort of patients suggest that dasatinib 50 mg once daily may have similar efficacy.[217] Dasatinib at 50 mg (20 mg with careful monitoring in selected patients) should be considered for patients with clinically significant intolerance to dasatinib 100 mg once daily to avoid serious adverse events necessitating the discontinuation of dasatinib (eg, pleural effusion, myelosuppression). Treatment interruption of dasatinib at 100 mg once daily and reintroduction at a lower dose (40 mg twice daily or 60 mg once daily) has been shown to be effective for patients with intolerance to dasatinib at 100 mg once daily.[218,219]

The recommended starting dose of nilotinib is 300 mg twice daily for patients with newly diagnosed CP-CML and 400 mg twice daily for resistant or intolerant CP-CML. Limited data from small cohorts of patients suggest that lower doses of nilotinib (<600 mg per day) may be associated with better safety and efficacy than nilotinib 300 mg twice daily.[220] The ENESTswift study showed that switching to nilotinib 300 mg twice daily (which is lower than the recommended dose of 400 mg daily in the second-line setting) was effective and well-tolerated in most patients with CP-CML with intolerance to imatinib or dasatinib in the first-line setting.[221]

The recommended initial dose of ponatinib was 45 mg once daily. Initiation of ponatinib at lower dose levels (30 mg or 15 mg) has resulted in durable responses with decreased incidence of cardiovascular events.[151,152,158] The OPTIC trial (discussed earlier) demonstrated the safety and efficacy of response-adjusted dosing regimen for ponatinib.[152]

TKI de-escalation has also been shown to be feasible in patients who had received TKI therapy for ≥3 years with either a stable MMR or MR4.0 for ≥12 months.[222] Switching to nilotinib once daily at a reduced dose as maintenance therapy has also been shown to be feasible (without compromising efficacy) after achievement of an MMR on nilotinib twice-daily standard dose.[223]

However, with the exception of ponatinib (OPTIC trial), the minimum effective dose or de-escalation of TKI (bosutinib, dasatinib, or nilotinib) has yet not been established in prospective randomized clinical trials.

**Discontinuation of TKI Therapy (CML-E)**

The feasibility of discontinuation of TKI therapy (with close monitoring) in carefully selected patients who have achieved and maintained DMR (≥MR4.0; ≤0.01% *BCR-ABL1* IS) for ≥2 or more years has been evaluated in several clinical studies. Limited longer-term follow-up data from the TKI discontinuation trials are summarized in Table 10.

Version 1.2023 © 2022 National Comprehensive Cancer Network® (NCCN®), All rights reserved. NCCN Guidelines® and this illustration may not be reproduced in any form without the express written permission of NCCN.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.



# NCCN Guidelines Version 1.2023
# Chronic Myeloid Leukemia

The possibility of TFR after discontinuation of imatinib was first evaluated in the Stop Imatinib (STIM1) study in 100 patients with undetectable *BCR-ABL1* transcripts for at least 2 years (5-log reduction in *BCR-ABL1* transcripts and undetectable minimal residual disease on qPCR with a sensitivity of ≥4.5-log reduction from the standardized baseline).[224,225] With a median follow-up of 77 months after discontinuation of imatinib, the molecular recurrence-free survival was 43% at 6 months and 38% at 60 months.[225] Other subsequent studies that have evaluated the discontinuation of imatinib have also reported similar findings.[226-230]

More recent studies have also confirmed the feasibility of TFR after discontinuation of dasatinib or nilotinib in patients with CP-CML who have achieved and maintained MR4.5 for 12 months after ≥2 years of TKI therapy in the first-line or second-line setting (TFR rates ranging from 44% to 54%; Table 10).[231-237]

The feasibility of TFR following discontinuation of TKIs other than dasatinib, imatinib, or nilotinib has not yet been evaluated in clinical studies. In the EURO-SKI study that evaluated TFR after discontinuation of any first-line TKI therapy (imatinib, dasatinib, or nilotinib) in eligible patients, the type of first-line TKI therapy did not significantly affect molecular relapse-free survival.[233] Therefore, it is reasonable to assume that the likelihood of TFR following discontinuation would be similar irrespective of TKI in patients who have achieved and maintained DMR (MR4.0; ≤0.01% *BCR-ABL1* IS) for ≥2 years.

The results of the RE-STIM study demonstrated the safety of a second TKI discontinuation after a first unsuccessful attempt.[238] The rate of molecular relapse after the first TKI discontinuation attempt was the only factor significantly associated with outcome. The TFR rate at 24 months after second TKI discontinuation was higher for patients who remained in DMR within the first 3 months after the first TKI discontinuation (72% vs. 32% for other patients).

Approximately 40% to 60% of patients who discontinue TKI therapy after achieving DMR experience recurrence within 12 months of treatment cessation, in some cases as early as one month after discontinuation of TKI therapy. Resumption of TKI therapy immediately after recurrence results in the achievement of DMR in almost all patients.[224-234,236,237] TKI withdrawal syndrome (aggravation or new development of musculoskeletal pain and/or pruritus after discontinuation of TKI therapy) has been reported during the TFR period in some TKI discontinuation studies,[229,234,236,237] and the occurrence of imatinib withdrawal syndrome was associated with a lower rate of molecular relapse in the KID study.[229]

In the STIM study, molecular relapse (trigger to resume TKI therapy) was defined as positivity for *BCR-ABL1* transcripts by qPCR confirmed by a 1-log increase in *BCR-ABL1* transcripts between two successive assessments or loss of MMR at one point.[224,225] The results of the A-STIM study showed that loss of MMR (≤0.1% *BCR-ABL1* IS) could be used as a practical criterion for restarting therapy. The estimated probability of MMR loss was 35% at 12 months and 36% at 24 months after discontinuation of imatinib.[227] Several factors may help predict the risk of recurrence after discontinuation of TKI therapy (a higher Sokal risk score, female gender, lower natural killer cell counts, suboptimal response or resistance to imatinib, duration of TKI therapy, and DMR prior to TKI discontinuation).[224,225,229,231-234,236,237,239] However, only the duration of TKI therapy and DMR prior to TKI discontinuation therapy have been associated with TFR with a high level of consistency.[224,229,233,234] In the EURO-SKI study, duration of treatment with imatinib (≥6 years) and duration of DMR (MR4.0 for 3 years) were significantly associated with MMR maintenance at 6 months after discontinuation of imatinib.[233]

Based on available evidence from clinical studies that have evaluated the feasibility of TFR, the panel members feel that discontinuation of TKI therapy (with *close monitoring*) is feasible in carefully selected, consenting

Version 1.2023 © 2022 National Comprehensive Cancer Network® (NCCN®), All rights reserved. NCCN Guidelines® and this illustration may not be reproduced in any form without the express written permission of NCCN.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.



# NCCN Guidelines Version 1.2023
# Chronic Myeloid Leukemia

patients (in early CP-CML) who have achieved and maintained a DMR (≥MR4.0) for ≥2 years. Clinical studies that have evaluated the safety and efficacy of discontinuation of TKI have employed strict eligibility criteria and have mandated more frequent molecular monitoring than typically recommended for patients on TKI therapy. Access to a reliable qPCR (IS) with a sensitivity of detection of at least MR4.5 (*BCR-ABL1* ≤0.0032% IS) and the availability of test results within 2 weeks is one of the key requirements to monitor patients after discontinuation of TKI therapy and ascertain their safety.

The criteria for the selection of patients suitable for discontinuation of TKI therapy are outlined on CML-E. The guidelines emphasize that discontinuation of TKI therapy outside of a clinical trial should be considered only if _ALL_ the criteria included on the list are met. The panel acknowledges that more frequent molecular monitoring is essential following discontinuation of TKI therapy for the early identification of loss of MMR. Frequency of molecular monitoring has varied substantially among different studies, and the optimal frequency of molecular monitoring in patients with a loss of MMR after discontinuation of TKI therapy has not been established. The panel recommendations for molecular monitoring in TFR phase are outlined on CML-E.

## Management of Advanced Phase CML

Imatinib has induced favorable hematologic and cytogenetic response rates in patients with AP-CML or BP-CML.[240-244] Dasatinib,[245-247] nilotinib,[248,249] bosutinib,[250] and ponatinib[151] have demonstrated activity in imatinib-resistant or imatinib-intolerant AP-CML and/or BP-CML. Ponatinib is a treatment option for patients with a T315I mutation or patients for whom no other TKI is indicated.

Long-term follow-up data from phase II/III studies evaluating TKI therapy for disease progression to AP-CML and BP-CML are summarized in Table 11 and Table 12, respectively.

The efficacy of imatinib in combination with decitabine or cytarabine-based chemotherapy in AP-CML and myeloid BP-CML has been demonstrated in several small studies.[251-254] Hyper-CVAD in combination with imatinib or dasatinib is also effective for patients with lymphoid BP-CML, particularly when followed by allogeneic HCT.[255,256]

A significant proportion of patients with AP-CML or BP-CML treated with TKI therapy achieve a MCyR but not a concomitant CHR because of persistent cytopenias, which in turn is associated with an inferior outcome.[257] Omacetaxine has shown efficacy in patients with AP-CML that is resistant to multiple TKIs as well as in patients with a T315I mutation.[258] Among the 51 patients with AP-CML, after a median follow-up of 16 months, major hematologic response (MaHR), CHR, and minor cytogenetic response were achieved or maintained in 37%, 29%, and 11% of patients, respectively.[258] The MaHR rates were 55% and 58%, respectively, for patients with a history of a T315I mutation and for those with confirmed T315I mutation at baseline. The median PFS and OS were 5 months and 18 months, respectively. As with CP-CML, the response rates and survival outcomes were lower than that observed with ponatinib in the PACE trial for patients with AP-CML (Table 11; the estimated 5-year PFS rates were 19% for patients with CP-CML resistant or intolerant to ≥2 TKIs and 29% for those with a T315I mutation. The corresponding 5-year OS rates were 48% and 52%, respectively).[151] The most common grade 3/4 hematologic adverse events were thrombocytopenia (51%), anemia (39%), neutropenia (20%), and febrile neutropenia (14%).

Version 1.2023 © 2022 National Comprehensive Cancer Network® (NCCN®), All rights reserved. NCCN Guidelines® and this illustration may not be reproduced in any form without the express written permission of NCCN.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.



**NCCN Guidelines Version 1.2023**
**Chronic Myeloid Leukemia**

## Treatment Considerations (CML-4)

Disease progression to AP-CML or BP-CML while on TKI therapy has a worse prognosis than *de novo* AP-CML or BP-CML. Participation in clinical trials and evaluation for allogeneic HCT is recommended for all patients with AP-CML and BP-CML. In patients with disease progression to AP-CML or BP-CML, the selection of TKI therapy is based on prior therapy and/or BCR-ABL1 kinase domain mutational analysis.

*De novo* AP-CML can often be initially managed like CP-CML with single-agent TKI followed by evaluation for allogeneic HCT.[259,260] However, patients with disease progression from CP-CML to AP-CML while on a TKI therapy have a high rate of progression to BP-CML, with predictably poor survival. These patients should be considered for a clinical trial and/or allogeneic HCT. Treatment with a course of alternate TKI (not received before) can be beneficial as a "bridge" to allogeneic HCT in patients with disease progression to AP-CML. There is a lack of evidence for the definition of optimal response milestones on TKI therapy. Evaluation for allogeneic HCT should be considered if response milestones (recommended for CP-CML) are not achieved at 3, 6, and 12 months. Omacetaxine is also an option for patients with disease progression to AP-CML on TKI therapy.[258]

TKI in combination with chemotherapy (ALL-type chemotherapy for lymphoid BP-CML and AML-type chemotherapy for myeloid BP-CML) or steroids followed by allogeneic HCT is recommended for *de novo* BP-CML and disease progression to BP-CML.[261]

Central nervous system (CNS) involvement has been described in case reports of BP-CML.[262-265] Lumbar puncture and CNS prophylaxis is recommended for lymphoid BP-CML. Documented CNS involvement in patients with lymphoid BP-CML should be managed according to the standard of care for AML or ALL. Dasatinib has been reported to cross the blood brain barrier and may represent the best TKI option for patients with CNS disease.[266] TKI therapy has not been optimized for patients with CNS involvement.

### Allogeneic Hematopoietic Cell Transplant

Allogeneic HCT is a potentially curative treatment for patients with CML. Ongoing advances in alternative donor sources (such as unrelated donors and cord blood), more accurate HLA testing for a stringent selection of unrelated matched donors, and the use of reduced-intensity conditioning regimens have improved outcomes following allogeneic HCT.[267-273]

Allogeneic HCT is an appropriate treatment option for the very rare patients presenting with BP-CML at diagnosis, patients with disease that is resistant to TKIs, patients with progression to AP-CML or BP-CML while on TKI therapy, and patients with CML that is resistant and/or intolerant to all TKIs.[274-277] Several studies have confirmed that prior TKI therapy does not compromise the outcome following allogeneic HCT or increase transplant-related toxicity.[278-284]

Disease phase, HLA matching, age and sex of the donor and recipient, and time from diagnosis to transplant have been identified as pretransplant risk factors.[285] A low HCT comorbidity index is a prognostic indicator of lower non-relapse mortality and improved survival.[286] The disease phase at the time of transplant remains an important prognostic factor, and the survival outcomes following transplant are clearly better for patients in second chronic CP-CML compared to patients with AP-CML or BP-CML.[287-292] Therefore, the potential use of allogeneic HCT must be tied to faithful monitoring of disease, since the major potential pitfall in delaying transplantation is "missing" the chronic phase interval.

#### Monitoring Response After Allogeneic HCT (CML-6)

*BCR-ABL1* transcripts may persist for many years in patients after allogeneic HCT. The prognostic significance of *BCR-ABL1* positivity is

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.



# NCCN Guidelines Version 1.2023
# Chronic Myeloid Leukemia

influenced by the time of testing after allogeneic HCT. A positive qPCR assay for *BCR-ABL1* at ≥18 months after allogeneic HCT is associated with a lower risk of relapse than a positive qPCR assay for *BCR-ABL1* at 6 to 12 months after allogeneic HCT.[293-300] Early detection of *BCR-ABL1* transcripts after allogeneic HCT may be useful to identify patients who may be in need of alternative therapies before overt relapse occurs.

### Management of Post-transplant Relapse (CML-6)

Donor lymphocyte infusion (DLI) is effective in inducing durable molecular remissions in the majority of patients with relapsed CML following allogeneic HCT, though it is more effective in patients with chronic phase relapse than advanced phase relapse.[301-307] However, DLI is associated with complications such as graft-versus-host disease (GVHD), susceptibility to infections, and immunosuppression.[301] Improvements in the methods of detecting *BCR-ABL1* transcripts to predict relapse, the development of reduced-intensity conditioning regimens, modified delivery of lymphocytes with the depletion of CD8+ cells, and the use of escalating cell dosage regimens have reduced the incidence of GVHD associated with DLI.[308-312]

Imatinib induces durable cytogenetic and molecular responses in the majority of patients relapsing with chronic and advanced phase CML following allogeneic HCT, and the response rates are higher in patients with chronic phase relapse than advanced phase relapse.[313-320] Very limited data are available on the use of dasatinib and nilotinib in patients with post-transplant relapse.[321-324] There are also data suggesting that the use of DLI in combination with imatinib may be more effective at inducing rapid molecular remissions than either modality alone.[325] Recent retrospective studies have shown that TKIs are superior to DLI alone or in combination with TKI for post-transplant relapse.[326,327] However, these observations are yet to be confirmed in randomized trials. Post-transplant

TKI therapy is also effective to prevent relapse following allogeneic HCT in high-risk patients.[328-330]

Patients who are in CCyR (qPCR-negative) should undergo regular qPCR monitoring (every 3 months for 2 years, then every 3–6 months thereafter). Given the high risk for hematologic relapse in patients with prior accelerated or blast phase, post-transplant TKI therapy should be considered for at least one year in this cohort of patients who are in remission following allogeneic HCT.[328-330]

TKI with or without DLI or omacetaxine can be considered for patients who are not in remission or in cytogenetic relapse or those with an increasing level of molecular relapse. The selection of TKI depends on prior TKI, the side effect profile of the TKI under consideration, the presence of comorbidities, and BCR-ABL1 mutation status. Pre-existing mutations in the BCR-ABL1 kinase domain, frequently associated with resistance to TKIs, are detectable in the majority of patients who relapse after allogeneic HCT.[331] BCR-ABL1 mutational analysis is therefore essential prior to the selection of TKI for the treatment of post-transplant relapse.

In patients with CML that has previously failed imatinib, there are no data to support the use of post-transplant imatinib, and dasatinib, nilotinib, bosutinib, ponatinib, or omacetaxine may be more appropriate options. However, there are no data to support the use of post-transplant bosutinib, ponatinib, or omacetaxine. CNS relapse of CML following allogeneic HCT has been described in few case reports.[332,333] Dasatinib may also be an effective treatment for extramedullary relapse following allogeneic HCT.[266,334,335] Participation in a clinical trial is highly desirable.

## Emerging Treatment Options

Novel BCR-ABL1 inhibitors and small molecule inhibitors targeting several BCR-ABL1–independent pathways have demonstrated efficacy in preliminary clinical trials.[336,337] These novel agents (either as

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

## NCCN Guidelines Version 1.2023
## Chronic Myeloid Leukemia

monotherapy or in combination with currently approved TKIs) are being evaluated in ongoing clinical trials in all three phases of CML. Results from selected published clinical trials of novel agents are outlined in Table 13.

The use of low-dose interferon in combination with TKI for a limited period prior to discontinuation of TKI, and gradual de-escalation of TKI prior to discontinuation of TKI therapy in patients with DMR are also being explored in ongoing clinical trials as potential strategies to improve TFR outcome.[337,338] Pegylated interferon in combination with TKIs has demonstrated promising results, and ongoing clinical trials are evaluating the combination of second-generation TKIs with various pegylated interferons.[339]

Immunologic approaches such as the use of BCR-ABL1 immune peptides, immune checkpoint blockade, leukemia-associated antigens, and dendritic cell vaccines are also being evaluated to improve molecular response.[336]

## Management of CML During Pregnancy and Breastfeeding

The median age of disease onset is 65 years, but CML occurs in all age groups. The EUTOS population-based registry has reported that approximately 37% of patients at the time of diagnosis are of reproductive age.[340] Clinical care teams should be prepared to address issues relating to fertility and pregnancy as well as counsel these patients about the potential risks and benefits of treatment discontinuation and possible resumption of TKI therapy should CML recur during pregnancy.

### TKI Therapy and Conception

TKI therapy appears to affect some male hormones at least transiently, but does not appear to have a deleterious effect on male fertility. Furthermore, the miscarriage or fetal abnormality rate is not elevated in female partners of males on TKI therapy.[341-345]

The situation is more complex for patients assigned female at birth, as TKI therapy during pregnancy has been associated with both a higher rate of miscarriage and fetal abnormalities. Limited evidence from case reports indicates the need for close monitoring, a prolonged washout period prior to pregnancy, and prompt consideration of holding TKI therapy if pregnancy occurs while on imatinib, nilotinib, or dasatinib.[346-351] In one report on the outcome of pregnancies in 180 patients exposed to imatinib during pregnancy, 50% of pregnancies with known outcome were normal and 10% of pregnancies with known outcome had fetal abnormalities.[346] Eighteen pregnancies ended in spontaneous abortion. In another report on the outcomes of pregnancy and conception during treatment with dasatinib, among 46 patients treated with dasatinib, 15 patients (33%) delivered a normal infant.[347] Elective or spontaneous abortions were reported in 18 (39%) and 8 patients (17%), respectively, and 5 patients (11%) had an abnormal pregnancy. Fetal abnormalities were reported in 7 cases. Among 33 patients who conceived with dasatinib-treated males, 30 (91%) delivered infants who were normal at birth. A recent report of 16 pregnancy cases among patients assigned female at birth treated with bosutinib noted six live births, four abortions, and six unknown outcomes.[352] Although there is paucity of data regarding the outcome of pregnancy in patients receiving bosutinib or ponatinib or asciminib at the time of conception, these TKIs also must be considered unsafe for use during pregnancy.

Discontinuation of TKI therapy because of pregnancy in patients assigned female at birth who were not in DMR (≥MR4.0; ≤0.01%

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.



**NCCN Guidelines Version 1.2023**
**Chronic Myeloid Leukemia**

*BCR-ABL1* IS) has only been reported in a small series of patients.[353-356] In one series, among 10 patients who stopped imatinib because of pregnancy after a median of 8 months of therapy, five of the nine patients who had achieved a CHR lost the response after stopping therapy, and six had an increase in Ph-positive metaphases.[353] At 18 months after resuming therapy, all nine patients had achieved a CHR but only three females achieved a CCyR and none had achieved an MMR. In another series that reported the outcomes of seven patients who were not in DMR at the time imatinib was stopped because of pregnancy, three were in an MMR.[354] All seven patients had disease relapse. The three who had an MMR at the time imatinib was stopped were able to regain the same response once the drug was restarted, whereas the remaining four patients were not.

Depending on other factors such as age, a natural pregnancy may occur months after stopping TKI therapy. Assuming the earliest time a patient assigned female at birth could conceive and give birth naturally (without any washout period), is 10 months after stopping TKI, the likelihood is about 60% that her PCR will become positive if the patient was in DMR at the time of getting pregnant.[353,354]

Conception while on active TKI therapy is strongly discouraged due to the risk of fetal abnormalities. Prior to attempting pregnancy, patients and their partners should be counseled that no guidelines exist regarding how best to monitor CML during pregnancy, nor how best to manage progressive disease should it occur during pregnancy. Fertility preservation should be discussed with all patients of childbearing age

prior to the initiation of TKI therapy. Referral to a CML specialty center and consultation with a high-risk obstetrician is recommended.

**Planning a Pregnancy**

In patients assigned male at birth, the general recommendation is that TKI therapy need not be discontinued if a pregnancy is planned. However, experience is limited. Sperm banking can also be performed prior to starting TKI therapy, although there are no data regarding quality of sperm in males with untreated CML.

In patients assigned female at birth, due to the risk of miscarriage and fetal abnormalities during pregnancy, TKI therapy should be stopped prior to natural conception and the patient should remain off therapy during pregnancy.[346-348] Referral to an in vitro fertilization (IVF) center is recommended in coordination with the patient's obstetrician. TKI should be stopped prior to attempting a natural pregnancy or oocyte retrieval, but the optimal timing of discontinuation is unknown. Compounding the high incidence of disease recurrence off TKI therapy are the significant obstacles that exist for those choosing one of the above forms of IVF, chief among which is the lack of access to centers that perform the procedure, high costs associated with drugs and surgical procedures that may not be covered by insurance, costs of embryo/oocyte storage, and access to surrogate programs. Some patients may require more than one IVF cycle to obtain enough potentially viable embryos for implantation. In addition, patients may need to take family medical leave from work to attend IVF appointments. It is also important to note that not all states allow surrogacy.

**Treatment and Monitoring During Pregnancy**

Most of the literature regarding treatment during pregnancy consists of case reports. The use of TKI therapy, particularly during the first trimester, should be avoided. If TKI therapy should be considered during

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.



**NCCN Guidelines Version 1.2023**
**Chronic Myeloid Leukemia**

pregnancy, the potential benefit for the mother and the potential risk to the fetus of continuing TKI therapy versus the risk of treatment interruption leading to the loss of optimal disease response must be carefully evaluated on an individual basis prior to initiation of TKI therapy.

Interferon alfa-2a or peginterferon alfa-2a have been used during pregnancy and most of the data using interferons during pregnancy have been reported in patients with essential thrombocythemia.[357-362] If treatment is needed during pregnancy, it is preferable to initiate treatment with interferons and if introduced earlier, interferons can preserve molecular remission after discontinuation of TKI.[363,364] The panel recommends against the use of hydroxyurea during pregnancy, especially in the first trimester, if possible.[365-367]

Leukapheresis can be used for a rising white blood cell (WBC) count, although there are no data that recommend at what level of WBC count leukapheresis should be initiated.[368-371] Low-dose aspirin or low-molecular-weight heparin can be considered for patients with thrombocytosis.[372,373]

Monthly monitoring with qPCR and initiating treatment if the *BCR-ABL1* IS increases to >1.0% is recommended.

### Breastfeeding

TKI therapy can be restarted after delivery. However, patients on TKI therapy should be advised not to breastfeed, as TKIs pass into human breast milk.[374-377] Breastfeeding without TKI treatment may be safe with molecular monitoring, but preferably in those patients with CML who have durable DMR. It may be acceptable to avoid TKIs for the short period of the first 2 to 5 days after labor to give the child colostrum.[377,378]

Close molecular monitoring is recommended for females who extend the treatment-free period for breastfeeding. If the loss of MMR after treatment cessation is confirmed, breastfeeding needs to be terminated and TKI should be restarted.[377]

## Specific Considerations for Children with CML

CML accounts for less than 3% of all pediatric leukemias. In general, children are diagnosed at a median age of 11 to 12 years, with approximately 10% presenting in advanced phase. Due to its rarity, there are no evidence-based recommendations for the management of CML in the pediatric population. Many pediatric oncologists follow treatment guidelines that are designed for adult patients. However, clinical presentations and host factors are different between children and adults, and several factors should be considered when treating pediatric patients with CML.[379]

### Selection of TKI

Imatinib, dasatinib, and nilotinib are currently approved for treatment of CML in children.[380-382] Higher dose imatinib (340 mg/m²) has also been shown to be effective and well tolerated in children.[383-385] There are very little data on the safety and efficacy of bosutinib and ponatinib in children.[386]

The validity of prognostic scores (eg, Sokal, Euro) for risk assessment or to make treatment decisions has not been established in the pediatric population.[387] The ELTS score has demonstrated better differentiation of PFS than Sokal and Euro scores in children treated with imatinib.[388]

### Monitoring for Long-Term Side Effects

Children have a much longer life expectancy than adults and TKI therapy may be needed for many decades; therefore, there are potential long-term side effects (such as delayed growth, changes in bone metabolism, thyroid abnormalities, and effects on puberty and fertility) that may not be seen in adults.[389]

Version 1.2023 © 2022 National Comprehensive Cancer Network® (NCCN®), All rights reserved. NCCN Guidelines® and this illustration may not be reproduced in any form without the express written permission of NCCN.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

A number of studies have reported impaired longitudinal growth in children with CML treated with TKI therapy, and the effect is more significant when treatment was initiated during prepubertal age.[390-396] Growth should be monitored closely and a bone age x-ray should be obtained if longitudinal growth is delayed. A dual-energy x-ray absorptiometry (DEXA) scan should be obtained if bone mineral density is decreased on plain radiograph or if there is unprovoked fracture. Further evaluation and referral to an endocrinologist is also warranted.

In an international study (STOP IMAPED) that evaluated the discontinuation of imatinib in 14 children who were in sustained DMR, the overall probability of maintaining DMR at 6 months was 29%.[397] Further studies in a larger cohort of patients are needed to identify the criteria for discontinuation of TKI therapy in children. Therefore, discontinuation of TKI therapy in children at this time is not recommended outside the context of a clinical trial.[398]

## Immunizations

There are little data regarding the long-term impact of TKIs on the immune function of patients with CML receiving TKI therapy. Available evidence suggests that TKI therapy could potentially hinder routine immunization with some vaccines in adults and children with CML.[399-401] A study that evaluated the safety and efficacy of H1N1 influenza vaccine in patients with hematologic malignancies showed a higher seroconversion rate in adult patients with CML compared to patients with B-cell malignancies or HCT recipients.[399] The findings from another study that evaluated the impact of TKI therapy on B-cell responses to vaccination in patients with CML suggest that TKI therapy with dasatinib, imatinib, or nilotinib is associated with impaired B-cell response to polysaccharide pneumococcal (PPS) vaccine due to the off-target inhibition of kinases involved in B-cell signaling pathway.[400]

In general, the use of inactivated killed vaccines for children on TKI therapy is safe, although it is unknown whether responses are comparable to those seen in healthy children. Administration of live vaccines during TKI therapy is not recommended in general, although preliminary findings from a few recent case reports have shown that MMR and varicella vaccine could be safely given to some children with immune deficiency.[401,402] Live attenuated annual influenza vaccine (nasal spray) should be avoided, and the inactivated killed vaccine (flu shot) should be used for children receiving TKI therapy. Live vaccines could be considered after stopping TKI therapy for several weeks in patients with a DMR.[403] In the United States, all required live vaccines are completed by the age of 4 to 6 years (http://www.cdc.gov/vaccines/). As CML is rarely seen in children younger than this age, few patients face this issue.

The mRNA-based vaccines have shown safety and efficacy against the SARS-CoV-2 infection (COVID-19) among immunocompetent individuals.[404] Studies that have evaluated the efficacy of these vaccines in patients with hematologic malignancies have reported higher seroconversion rate and robust memory T-cell responses in patients with CML in contrast to patients with solid tumors or other hematologic malignancies.[405-408] The mRNA-based vaccines are considered inactivated vaccines. The FDA has given full approval for their use in individuals ≥16 years and emergency use authorization (EUA) for use in children aged 5 to 15 years. The NCCN COVID-19 Vaccination Advisory Committee recommends that COVID-19 vaccines should be given to all adult patients with cancer. See NCCN: Cancer and COVID-19 Vaccination for additional updated general information. The Centers for Disease Control and Prevention (CDC) recommends COVID-19 vaccination for adolescents ≥12 years and children aged 5 through 11 years. See the CDC's COVID-19 Vaccines for Children and Teens for dosage and administration of vaccines in children and teens.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

# NCCN Guidelines Version 1.2023
# Chronic Myeloid Leukemia

**Table 1: First-Line TKI Therapy for CP-CML: Long-Term Follow-up Data from Phase III Studies**

| Trial | Study Arms | No. of Patients | Median Follow-up | CCyR[a] | MMR[b] | Disease Progression (%) | PFS[c] | OS |
|-------|-----------|-----------------|------------------|---------|--------|-------------------------|--------|-----|
| IRIS[80,d] | Imatinib (400 mg once daily) | 553 | 11 years | 83% | — | 38 (7%) | 92% | 83% |
| | Interferon alpha plus low-dose cytarabine | 553 | | — | — | 71 (13%) | — | 79%[e] |
| DASISION[81] | Dasatinib (100 mg once daily) | 259 | 5 years | — | 76% (P = .002) | 12 (5%) | 85% | 91% |
| | Imatinib (400 mg once daily) | 260 | | — | 64% | 19 (7%) | 86% | 90% |
| ENESTnd[83] | Nilotinib (300 mg twice daily) | 282 | 10 years | — | 78% (P < .0001) | 11 (4%) | 86% | 88% |
| | Imatinib (400 mg once daily) | 283 | | — | 63% | 24 (8.5%) | 87% | 88% |
| BFORE[82,f] | Bosutinib (400 mg once daily) | 268 | 12 months | 77% (P = .0075) | 47% (P = .02) | 4 (2%) | — | — |
| | Imatinib (400 mg once daily) | 268 | | 66% | 37% | 6 (3%) | — | — |

CCyR, complete cytogenetic response; MMR, major molecular response (≤0.1% *BCR-ABL1* IS); OS, overall survival; PFS, progression-free survival;

a. Confirmed CCyR rate at 12 months was the primary endpoint of DASISION study.
b. MMR (≤0.1% *BCR-ABL1* IS) rate at 12 months was the primary endpoint of ENESTnd and BFORE studies.
c. Primary endpoint of IRIS trial in the imatinib group.
d. Due to the high rate of crossover to imatinib (66%) and the short duration of therapy (<1 year) before crossover among patients who had been randomly assigned to interferon alfa plus cytarabine, the long-term follow-up data focused on patients who had been randomly assigned to receive imatinib.
e. Data include survival among the 363 patients who crossed over to imatinib.
f. There were no differences in survival rates between the two treatment arms after a minimum follow-up of 12 months; long-term follow-up is ongoing.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

# NCCN Guidelines Version 1.2023
# Chronic Myeloid Leukemia

**Table 2: High-Dose Imatinib as First-Line Therapy for CP-CML: Long-Term Follow-up Data from Phase III Studies**

| Trial | Study Arms | No. of Patients | Median Follow-up | MMR | MR4.5 | PFS | OS |
|---|---|---|---|---|---|---|---|
| TOPS study[84,a] | Imatinib (800 mg once daily) | 319 | 42 months | 79% | — | 96% at 48 months | 93% at 48 months |
| | Imatinib (400 mg once daily) | 157 | | 76% | — | 94% at 48 months | 94% at 48 months |
| CML IV study[86,b] | Imatinib (800 mg once daily) | 420 | 10 years | 89% | 71% | 77% | 79% |
| | Imatinib (400 mg once daily) | 400 | | 92% | 67% | 80% | 80% |
| SWOG study[85,c] | Imatinib (800 mg once daily) | 73 | 12 months | 53% | 19% | 92% (4-year PFS) | 95% (4-year OS) |
| | Imatinib (400 mg once daily) | 72 | | 36% | 9% | 80% (4-year PFS) | 90% (4-year OS) |

MMR, major molecular response (≤0.1% *BCR-ABL1* IS); MR, molecular response; MR4.5: ≥4.5-log reduction in *BCR-ABL1* transcripts from baseline; OS, overall survival; PFS, progression-free survival;

a.   Primary endpoint: MMR rate at 12 months (≤0.1% *BCR-ABL1*), which corresponds to a 3-log reduction in *BCR-ABL1* transcripts compared with the standardized baseline established in IRIS study.
b.   Primary endpoint: The impact of MMR on survival at 12 months. This study had 5 treatment arms (imatinib 400 mg once daily alone; imatinib 800 mg twice daily; imatinib 400 mg once daily with interferon or cytarabine; and imatinib after interferon failure). Only the data for imatinib 400 mg once daily alone vs. imatinib 800 mg twice daily are included in this table.
c.   Primary endpoint: MR4.0 (≥4-log reduction in *BCR-ABL1* transcripts from baseline) at 12 months. Results from the first part of SWOG S0325 study; follow-up after 12 months was not required for this study.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

**NCCN Guidelines Version 1.2023**
**Chronic Myeloid Leukemia**

**Table 3A: First-Line TKI Therapy for CP-CML: Molecular Response Rates According to Risk Score**

| Trial | Study Arms | Low-Risk | | Intermediate-Risk | | High-Risk | |
|---|---|---|---|---|---|---|---|
| | | MMR | MR4.5 | MMR | MR4.5 | MMR | MR4.5 |
| DASISION[81] (Euro risk score) | Dasatinib (100 mg once daily) | 90% | 55% | 71% | 43% | 67% | 31% |
| | Imatinib (400 mg once daily) | 69% | 44% | 65% | 28% | 54% | 30% |
| ENESTnd[83] (Sokal risk score) | Nilotinib (300 mg twice daily) | — | 51% | — | 55% | — | 40% |
| | Imatinib (400 mg once daily) | — | 39% | — | 30% | — | 23% |
| BFORE[82] (Sokal risk score) | Bosutinib (400 mg once daily) | 58% | — | 45% | — | 34% | — |
| | Imatinib (400 mg once daily) | 46% | — | 39% | — | 17% | — |

**Table 3B: First-Line TKI Therapy for CP-CML: 10-Year Outcomes According to Sokal Risk Score**

| Trial | Study Arms | Low-Risk | | | Intermediate-Risk | | | High-Risk | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Disease Progression (%) | PFS | OS | Disease Progression (%) | PFS | OS | Disease Progression (%) | PFS | OS |
| ENESTnd[83] | Nilotinib (300 mg twice daily) | 2 (2%) | 94% | 95% | 2 (2%) | 87% | 88% | 7 (9%) | 74% | 77% |
| | Imatinib (400 mg once daily) | 1 (1%) | 98% | 99% | 10 (10%) | 84% | 84% | 13 (17%) | 78% | 79% |

MMR, major molecular response (≤0.1% *BCR-ABL1* IS); MR, molecular response; MR4.5: 4.5-log reduction in *BCR-ABL1* transcripts from baseline; OS, overall survival; PFS, progression-free survival

Version 1.2023 © 2022 National Comprehensive Cancer Network® (NCCN®), All rights reserved. NCCN Guidelines® and this illustration may not be reproduced in any form without the express written permission of NCCN.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

# NCCN Guidelines Version 1.2023
# Chronic Myeloid Leukemia

**National Comprehensive Cancer Network®**

## Table 4. Adverse Events of First-Line TKI Therapy in CP-CML

| Toxicity | DASISION[81] | | ENESTnd[83] | | BFORE[82] | |
|---|---|---|---|---|---|---|
| | Dasatinib 100 mg QD | Imatinib 400 mg QD | Nilotinib 300 mg BID | Imatinib 400 mg QD | Bosutinib 400 mg QD | Imatinib 400 mg QD |
| **Hematologic toxicities (Grade 3/4)** | | | | | | |
| Anemia | 13% | 9% | 6% | 7% | 3% | 5% |
| Neutropenia | 29% | 24% | 12% | 15% | 7% | 12% |
| Thrombocytopenia | 22% | 14% | 10% | 9% | 14% | 6% |
| **Biochemical abnormalities (Grade 3/4)** | | | | | | |
| Increased lipase | NR | NR | 10% | 4% | 13% | 6% |
| Increased glucose | NR | NR | 9% | <1% | 2% | 2% |
| Decreased phosphate | 7% | 28% | 9% | 13% | 5% | 17% |
| Increased ALT | NR | NR | 4% | 3% | 23% | 3% |
| Increased AST | NR | NR | NR | NR | 12% | 3% |
| **Nonhematologic toxicities (any grade)** [*] | | | | | | |
| Rash | 13% | 18% | 39% | 21% | 20% | 13% |
| Headache | 13% | 11% | 34% | 25% | 19% | 13% |
| Fatigue | 9% | 11% | 25% | 20% | 19% | 18% |
| Muscle spasms | 23% | 41% | 14% | 35% | 2% | 26% |
| Peripheral edema | 13% | 37% | 12% | 23% | 4% | 14% |
| Pleural effusion | 28% | <1% | NR | NR | NR | NR |
| Hypertension | NR | NR | 16% | 6% | NR | NR |
| Pulmonary hypertension | 5% | <1% | NR | NR | NR | NR |
| Diarrhea | 21% | 22% | 21% | 48% | 70% | 34% |
| Constipation | NR | NR | 23% | 9% | NR | NR |
| Nausea | 10% | 24% | 22% | 42% | 35% | 39% |
| Vomiting | 5% | 11% | 17% | 28% | 18% | 16% |

ALT, alanine aminotransferase; AST, aspartate aminotransferase; BID, twice daily; QD, once daily. * Non-hematologic toxicities from the DASISION study (except pleural effusion) are from the 3-year follow-up. No new adverse events were observed with 5-year follow-up.

Version 1.2023 © 2022 National Comprehensive Cancer Network® (NCCN®), All rights reserved. NCCN Guidelines® and this illustration may not be reproduced in any form without the express written permission of NCCN.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

**Table 5. Early Molecular Response (≤10% *BCR-ABL1* IS at 3 months) After First-Line TKI Therapy and Survival Outcomes**

| Trial | Study Arms | 5-Year PFS | | 5-Year OS | |
|---|---|---|---|---|---|
| | | *BCR-ABL1* ≤10% | *BCR-ABL1* >10% | *BCR-ABL1* ≤10% | *BCR-ABL1* >10% |
| **DASISION**[81] | Dasatinib (100 mg once daily) | 89% | 72% | 94% | 81% |
| | Imatinib (400 mg once daily) | 93% | 72% | 95% | 81% |
| **ENESTnd**[409] | Nilotinib (300 mg twice daily) | 95% | 78% | 98% | 82% |
| | Nilotinib (400 mg twice daily) | 96% | 89% | 96% | 93% |
| | Imatinib (400 mg once daily) | 98% | 79% | 99% | 79% |
| **CML IV Study**[120] | Imatinib (400 mg once daily) | 92% | 87% | 94% | 87% |

OS, overall survival; PFS, progression-free survival

Version 1.2023 © 2022 National Comprehensive Cancer Network® (NCCN®), All rights reserved. NCCN Guidelines® and this illustration may not be reproduced in any form without the express written permission of NCCN.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

## NCCN Guidelines Version 1.2023
## Chronic Myeloid Leukemia

**Table 6. Second-Line and Subsequent TKI Therapy for CP-CML: Long-Term Follow-up Data from Phase II/III Studies**

| TKI/Trial | Study Arms (No. of patients) | Median Follow-up | MCyR | CCyR | MMR | PFS | OS |
|---|---|---|---|---|---|---|---|
| **Dasatinib[146,a]** (100 mg once daily) | Imatinib-R (n = 124) | 7 years | — | — | 43% | 39% | 63% |
| | Imatinib-I (n = 43) | | — | — | 55% | 51% | 70% |
| **Nilotinib[147,b]** (400 mg twice daily) | Imatinib-R (n = 226) Imatinib-I (n = 95) | 4 years | 59% | 45% | — | 57% | 78% |
| **Bosutinib[149,b]** (500 mg once daily) | Imatinib and dasatinib-R (n = 38) | 4 years | 39% | 22% | — | — | 67% |
| | Imatinib and dasatinib-I (n = 50) | | 42% | 40% | — | — | 80% |
| | Imatinib and nilotinib-R (n = 26) | | 38% | 31% | — | — | 87% |
| **Ponatinib (PACE)[151,c]** (45 mg once daily) | Dasatinib or nilotinib-R or I (n = 203) | 57 months | 56% | 49% | 35% | 52% at 5 years | 76% at 5 years |
| | T315I mutation (n = 64) | | 72% | 70% | 58% | 50% at 5 years | 66% at 5 years |
| **Asciminib (ASCEMBL)[154,d]** (40 mg twice daily) | Asciminib (40 mg twice daily; n = 157) | 15 months | — | — | 25.5% at 24 weeks | — | — |
| | Bosutinib (500 mg once daily; n = 76) | | — | — | 13% at 24 weeks | — | — |

I, Intolerant; R, Resistant; CCyR, complete cytogenetic response; MCyR, major cytogenetic response; MMR, major molecular response (≤0.1% *BCR-ABL1* IS); OS, overall survival; PFS, progression-free survival;

a.  Primary endpoint: MCyR rate at 6 months when administered 100 mg once daily vs. 70 mg twice daily.
b.  Primary endpoint:  MCyR rate in patients with imatinib intolerance or imatinib-resistant disease.
c.  Primary endpoint: MCyR at any time within the first 12 months.
d.  Primary endpoint: MMR rate at 24 weeks.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

# NCCN Guidelines Version 1.2023
# Chronic Myeloid Leukemia

**Table 7. Early Molecular Response (≤10% *BCR-ABL1* IS) After Second-Line TKI Therapy and Survival Outcomes**

| TKI | Median Follow-up | Progression-Free Survival (PFS) | | | | Overall Survival (OS) | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | *BCR-ABL1* ≤10% | | *BCR-ABL1* >10% | | *BCR-ABL1* ≤10% | | *BCR-ABL1* >10% | |
| | | 3 months | 6 months | 3 months | 6 months | 3 months | 6 months | 3 months | 6 months |
| Dasatinib[146] (100 mg once daily) | 7 years | 56% | 57% | 21% | 4% | 72% | 74% | 56% | 50% |
| Nilotinib[147] (400 mg twice daily) | 4 years | 67% | 58% | 42% | 39% | 81% | 82% | 71% | 73% |

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

**NCCN Guidelines Version 1.2023**
**Chronic Myeloid Leukemia**

**Table 8. Responses to TKI Therapy Based on BCR-ABL1 Mutation Status[a]**

| BCR-ABL1 Mutations | | Bosutinib[149] | Dasatinib[197] | | Nilotinib[191] | | Ponatinib[201] |
|---|---|---|---|---|---|---|---|
| | | MCyR | CCyR | MCyR | CCyR | MCyR | MCyR |
| **Contraindicated to bosutinib** | **G250E** | 0/5 (0%) | 20/60 (33%) | 29/60 (48%) | 3/5 (60%) | 3/5 (60%) | 8/12 (67%) |
| **Contraindicated to bosutinib and dasatinib** | **F317L[b]** | 1/7 (14%) | 1/14 (7%) | 2/14 (14%) | — | — | 13/29 (45%) |
| | **V299L** | 0/2 (0%) | — | — | — | — | 3/8 (38%) |
| **Contraindicated to nilotinib** | **E255K** | — | 6/16 (38%) | 9/16 (56%) | 0/7 (0%) | 3/7 (43%) | 8/13 (62%) |
| | **E255V** | — | 4/11 (36%) | 4/11 (36%) | | | 1/4 (25%) |
| | **F359C** | 1/2 (50%) | 3/5 (60%) | 3/5 (60%) | 0/11 (0%) | 1/11 (9%) | 1/7 (14%) |
| | **F359V** | 2/3 (67%) | 14/27 (52%) | 17/27 (63%) | | | 11/20 (55%) |
| | **F359I** | 2/2 (100%) | 7/12 (58%) | 10/12 (83%) | — | — | 3/4 (75%) |
| | **Y253H** | 5/6 (83%) | 14/23 (61%) | 15/23 (65%) | 0/8 (0%) | 1/8 (13%) | 1/2 (50%) |

a. Mutations contraindicated for imatinib are too numerous to include. There are compound mutations that can cause resistance to ponatinib, but those are uncommon following treatment with bosutinib, dasatinib, or nilotinib.
b. Bosutinib has minimal activity against F317L mutation. Nilotinib may be preferred over bosutinib in patients with an F317L mutation.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

## NCCN Guidelines Version 1.2023
## Chronic Myeloid Leukemia

**Table 9. Adverse Events of Second-Line and Subsequent TKI Therapy in CP-CML**

| Toxicity (any grade) | Dasatinib[146] (100 mg once daily) | Nilotinib[147] (400 mg twice daily) | Bosutinib[149] (500 mg once daily) | Ponatinib[151] (45 mg once daily) | Asciminib (40 mg twice daily)[154] |
|---|---|---|---|---|---|
| Rash | 33% | 31% | 28% | 47% | 7% |
| Headache | — | 18% | 27% | 43% | 16% |
| Fatigue | 37% | 21% | 24% | 30% | 10% |
| Myalgias/Arthralgias | 38% | 11% | 18% | 24%/33% | 9% |
| Pleural effusion | 28% | — | 17% | — | — |
| Hypertension | — | — | 8% | 37% | 12% |
| Hemorrhage | 26% | — | — | — | — |
| Diarrhea | 42% | 12% | 83% | 20% | 12% |
| Constipation | — | 13% | 13% | 41% | — |
| Nausea | 27% | 25% | 48% | 29% | 12% |
| Vomiting | | 13% | 38% | 19% | 7% |
| Increased blood creatinine | — | — | 13% | — | — |
| Increased lipase | — | — | — | 27% | — |
| Increased ALT/AST | — | — | 15% | — | 4% |

ALT, alanine aminotransferase; AST, aspartate aminotransferase; BID, twice daily; QD, once daily

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

### NCCN Guidelines Version 1.2023
### Chronic Myeloid Leukemia

**Table 10. Summary of Limited Longer-Term Follow-up Data from the TKI Discontinuation Trials**

| Trial | Treatment Prior to Discontinuation | No. of Patients | Depth and Duration of MR Required for Discontinuation | Trigger to Resume TKI Therapy | Median Follow-up | Treatment-free Remission (TFR) Rate |
|---|---|---|---|---|---|---|
| STIM1[225] | Imatinib ± interferon | 100 | MR5.0 for at least 2 years | Loss of MR5.0 | 77 months | 38% at 60 months |
| TWISTER[230] | Imatinib ± interferon | 40 | MR4.5 for at least 2 years | Loss of MR5.0 | 103 months | 45% (molecular relapse-free survival 45% at 8 years) |
| HOVON[226] | Imatinib + cytarabine | 15 | MR4.5 for at least 2 years | Loss of MR4.5 | 36 months | 33% at 24 months |
| A-STIM[227] | Imatinib ± interferon | 80 | MR5.0 for at least 2 years | Loss of MMR | 31 months | 61% at 36 months |
| ISAV study[228] | Imatinib (after failure of interferon or hydroxyurea) | 108 | CMR for at least 18 months | Loss of MMR | 36 months | 52% at 36 months |
| KID study[229] | Imatinib ± interferon | 90 | MR4.5 for at least 2 years | Loss of MMR | 27 months | 59% at 24 months |
| Stop 2G-TKI[231] | Dasatinib/Nilotinib (first- or second-line) | 60 | MR4.5 for at least 24 months | Loss of MMR | 47 months | 54% at 48 months |
| DASFREE[234] | Dasatinib (first- or second-line) | 84 | MR4.5 for 12 months | Loss of MMR | 2 years | 46% at 24 months |
| ENESTFreedom[236] | Nilotinib (first-line) | 190 | MR4.5 for 12 months | Loss of MMR | 5 years | 43% at 5 years |
| ENESTop study[237] | Nilotinib (second-line) | 126 | MR4.5 for 12 months | Loss of MMR | 5 years | 43% at 5 years |
| DADI[235] | Dasatinib (first-line) | 68 | MR4.5 for at least 24 months | Loss of MMR | 23 months | 55% at 6 months |
| DADI[232] | Dasatinib (second-line) | 63 | MR4.0 for at least 12 months | Loss of MR4.0 | 44 months | 44% at 36 months |
| EURO-SKI[233] | Any TKI | 758 | MR4.0 for at least 1 year | Loss of MMR | 27 months | 50% at 24 months |

CMR, complete molecular response (undetectable *BCR-ABL1* by qPCR as determined by local laboratories); MMR, major molecular response (≤0.1% *BCR-ABL1* IS); MR, molecular response; MR4.0, ≤0.01% *BCR-ABL1* IS; MR4.5, ≤0.0032% *BCR-ABL1* IS or >4.5-log reduction of *BCR-ABL1* and undetectable minimal residual disease on qPCR with a sensitivity of ≥4.5-log reduction; MR5.0, 5-log reduction in *BCR ABL1* levels and undetectable minimal residual disease on qPCR with a sensitivity of ≥4.5-log reduction

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

**NCCN Guidelines Version 1.2023**
**Chronic Myeloid Leukemia**

**Table 11. TKI Therapy for Disease Progression to AP-CML: Long-Term Follow-up Data from Phase II/III Studies**

| TKI | No. of Patients | Median Follow-up | MCyR | CCyR | OS | PFS |
|---|---|---|---|---|---|---|
| **Dasatinib[245,a]** (140 mg once daily) | Imatinib-R (n = 117) | 24 months | 36% | 29% | 63% | 51% |
| | Imatinib-I (n = 41) | | 46% | 41% | | |
| **Nilotinib[248,b]** (400 mg twice daily) | Imatinib-R (n = 109) | 24 months | 30% | 19% | 70% | 33% |
| | Imatinib-I (n = 27) | | 41% | 30% | | |
| **Bosutinib[250,c]** (500 mg once daily) | Prior imatinib only (n = 49) | 48 months | 48% | 35% | 66% | — |
| | Imatinib followed by dasatinib or nilotinib (n = 30) | | 27% | 23% | 45% | — |
| **Ponatinib[151,d]** (45 mg once daily) | Dasatinib or nilotinib-R or I (n = 65) | 32 months | 45% | 28% | 48% at 5 years | 19% at 5 years |
| | T315I mutation (n = 18) | | 67% | 44% | 52% at 5 years | 29% at 5 years |

I, Intolerant; R, Resistant; CCyR, Complete cytogenetic response; MCyR, major cytogenetic response; OS, overall survival;
PFS, progression-free survival;

a.   Primary endpoint: Major hematologic response (MaHR). The rate of MaHR at 5 years was 67% for 140 mg once daily and 69% for 70 mg twice daily (Ottmann O, et al. Blood Cancer J 2018;8:88).
b.   Primary endpoint: Confirmed complete hematologic response rate, achieved in 30% of patients with imatinib-resistant disease and 37% of imatinib-intolerant patients.
c.   Primary endpoint: Confirmed overall hematologic response by 48 weeks.
d.   Primary endpoint: MaHR at any time within the first 6 months.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

**Table 12. TKI Therapy for Disease Progression to BP-CML: Long-Term Follow-up Data from Phase II/III Studies**

| TKI | No. of Patients | Median Follow-up | MCyR | CCyR | OS |
|---|---|---|---|---|---|
| **Dasatinib[247,a]** (140 mg once daily) | Lymphoid blast phase (n = 33) | 24 months | 50% | 38% | 21% |
| | Myeloid blast phase (n = 75) | | 25% | 14% | 24% |
| **Nilotinib[249,b]** (400 mg twice daily) | Lymphoid blast phase (n = 31) | 24 months | 52% | 32% | 10% |
| | Myeloid blast phase (n = 105) | | 38% | 30% | 32% |
| **Bosutinib[250,c]** (500 mg once daily) | Prior imatinib only (n = 36) | 48 months | 50% | 37% | 28% |
| | Imatinib followed by dasatinib or nilotinib (n = 28) | | 21% | 17% | 17% |
| **Ponatinib[151,d]** (45 mg once daily) | Dasatinib or nilotinib-R or -I (n = 38) | 6 months | 18% | 16% | 9% at 3 years |
| | T315I mutation (n = 24) | | 29% | 21% | |

I, Intolerant; R, Resistant; CCyR, complete cytogenetic response; MCyR, major cytogenetic response; OS, overall survival

a. Primary endpoint: Major hematologic response (MaHR).
b. Endpoints: Duration of MaHR, MCyR, and OS.
c. Primary endpoint: Confirmed overall hematologic response by 48 weeks.
d. MaHR at any time within the first 6 months.

Version 1.2023 © 2022 National Comprehensive Cancer Network® (NCCN®), All rights reserved. NCCN Guidelines® and this illustration may not be reproduced in any form without the express written permission of NCCN.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

**NCCN Guidelines Version 1.2023**
**Chronic Myeloid Leukemia**

**Table 13: Results from Selected Published Clinical Trials Evaluating Novel Treatment Options**

| Drug Class | Clinical Trial | TKI | No. of Patients | Median Follow-up | Response Rates |
|---|---|---|---|---|---|
| BCR-ABL1 inhibitors | **Phase III (REPRISE study)**[410] Newly diagnosed CP-CML | **Radotinib** (300 mg twice daily) | n = 79 | ≥48 months | MMR: 85%; MR4.5: 58% |
| | | **Radotinib** (400 mg twice daily) | n = 81 | | MMR: 83%; MR4.5: 56% |
| | | Imatinib (400 mg once daily) | n = 81 | | MMR: 75%; MR4.5: 49% |
| | **Phase II**[411] CP-CML or AP-CML with resistance or intolerance to imatinib | **Radotinib** (400 mg twice daily) | n = 77 | 23 months | MCyR: 65%; CCyR: 47%; MMR:14% |
| | **Phase III (FESTnd study)**[412] Newly diagnosed CP-CML | **Flumatinib** (600 mg once daily) | n = 196 | | EMR: 82%; MMR at 12 months: 53% |
| | | Imatinib (400 mg once daily) | n = 198 | | EMR: 53%; MMR at 12 months: 40% |
| Aurora kinase inhibitors | **Phase I**[413] CP-CML or AP/BP-CML after failure of imatinib | **Lonafarnib** (100 mg twice daily) + imatinib (400 mg once daily) | CP-CML (n = 9) | | CHR: 9%; CCyR: 4% |
| | | **Lonafarnib** (100 mg twice daily) + imatinib (600 mg once daily) | AP/BP-CML (n = 14) | | CHR: 14%; PCyR: 4% |
| | **Phase I**[414] CP-CML CML after failure of imatinib | **Tipifarnib** (300 mg twice daily) + imatinib (400 mg once daily) | n = 26 | | CHR: 68%; CCyR: 12% |
| Farnesyl transferase inhibitors | **Phase I (Dose-escalation study)**[415] AP-CML or BP-CML with resistance or intolerance to previous TKIs | **Danusertib** (180 mg/m²; 3-hour IV infusion; days 1–7;14-day cycle) | AP-CML (n = 7) | | CHR: 3% |
| | | | BP-CML (n = 9) | | CCyR: 4% |
| | **Phase II**[416] CP-CML, AP/BP-CML with T315I mutation | **Tozasertib** (5-day continuous IV infusion every 14 days at 40 mg/m²/h, 32 mg/m²/h, or 24 mg/m²/h) | CP-CML (n = 15) | | CHR: 7%; MCyR: 13%; CCyR: 13% |
| | | | AP-CML (n = 14) | | MCyR: 7%; CCyR: 7% |
| | | | BP-CML (n = 11) | | MCyR: 9% |
| JAK2 inhibitors | **Phase I (Dose-escalation study)**[417] CP-CML with no history of disease progression to AP-CML or BP-CML | **Ruxolitinib** (5, 10, and 15 mg) + nilotinib (300 mg or 400 mg twice daily) | n = 11 | | 40% had values between MMR and MR4.0; 10% had values between MR4.0 and MR4.5; and 40% had MR4.5 |

Version 1.2023 © 2022 National Comprehensive Cancer Network® (NCCN®), All rights reserved. NCCN Guidelines® and this illustration may not be reproduced in any form without the express written permission of NCCN.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

# NCCN Guidelines Version 1.2023
# Chronic Myeloid Leukemia

## References

1. Siegel RL, Miller KD, Fuchs HE, Jemal A. Cancer statistics, 2022. CA Cancer J Clin 2022;n/a:Online ahead of print. Available at: https://www.ncbi.nlm.nih.gov/pubmed/35020204.

2. Faderl S, Talpaz M, Estrov Z, et al. The biology of chronic myeloid leukemia. N Engl J Med 1999;341:164-172. Available at: http://www.ncbi.nlm.nih.gov/pubmed/10403855.

3. Melo JV. The diversity of BCR-ABL fusion proteins and their relationship to leukemia phenotype. Blood 1996;88:2375-2384. Available at: https://www.ncbi.nlm.nih.gov/pubmed/8839828.

4. Melo JV. BCR-ABL gene variants. Baillieres Clin Haematol 1997;10:203-222. Available at: https://www.ncbi.nlm.nih.gov/pubmed/9376660.

5. Sawyers CL. Chronic myeloid leukemia. N Engl J Med 1999;340:1330-1340. Available at: http://www.ncbi.nlm.nih.gov/pubmed/10219069.

6. Radich JP, Dai H, Mao M, et al. Gene expression changes associated with progression and response in chronic myeloid leukemia. Proc Natl Acad Sci U S A 2006;103:2794-2799. Available at: http://www.ncbi.nlm.nih.gov/pubmed/16477019.

7. Jamieson CHM, Ailles LE, Dylla SJ, et al. Granulocyte-macrophage progenitors as candidate leukemic stem cells in blast-crisis CML. N Engl J Med 2004;351:657-667. Available at: http://www.ncbi.nlm.nih.gov/pubmed/15306667.

8. PubMed Overview. Available at: https://pubmed.ncbi.nlm.nih.gov/about/. Accessed

9. Mitelman F. The cytogenetic scenario of chronic myeloid leukemia. Leuk Lymphoma 1993;11 Suppl 1:11-15. Available at: http://www.ncbi.nlm.nih.gov/pubmed/8251885.

10. Douet-Guilbert N, Morel F, Le Charpentier T, et al. Interphase FISH for follow-up of Philadelphia chromosome-positive chronic myeloid leukemia treatment. Anticancer Res 2004;24:2535-2539. Available at: http://www.ncbi.nlm.nih.gov/pubmed/15330210.

11. Seong DC, Kantarjian HM, Ro JY, et al. Hypermetaphase fluorescence in situ hybridization for quantitative monitoring of Philadelphia chromosome-positive cells in patients with chronic myelogenous leukemia during treatment. Blood 1995;86:2343-2349. Available at: http://www.ncbi.nlm.nih.gov/pubmed/7662980.

12. Dewald GW, Wyatt WA, Juneau AL, et al. Highly sensitive fluorescence in situ hybridization method to detect double BCR/ABL fusion and monitor response to therapy in chronic myeloid leukemia. Blood 1998;91:3357-3365. Available at: http://www.ncbi.nlm.nih.gov/pubmed/9558393.

13. Kantarjian HM, Talpaz M, Cortes J, et al. Quantitative polymerase chain reaction monitoring of BCR-ABL during therapy with imatinib mesylate (STI571; gleevec) in chronic-phase chronic myelogenous leukemia. Clin Cancer Res 2003;9:160-166. Available at: http://www.ncbi.nlm.nih.gov/pubmed/12538464.

14. Hughes T, Deininger M, Hochhaus A, et al. Monitoring CML patients responding to treatment with tyrosine kinase inhibitors: review and recommendations for harmonizing current methodology for detecting BCR-ABL transcripts and kinase domain mutations and for expressing results. Blood 2006;108:28-37. Available at: http://www.ncbi.nlm.nih.gov/pubmed/16522812.

15. Biernaux C, Loos M, Sels A, et al. Detection of major bcr-abl gene expression at a very low level in blood cells of some healthy individuals. Blood 1995;86:3118-3122. Available at: http://www.ncbi.nlm.nih.gov/pubmed/7579406.

16. Bose S, Deininger M, Gora-Tybor J, et al. The presence of typical and atypical BCR-ABL fusion genes in leukocytes of normal individuals: biologic significance and implications for the assessment of minimal residual disease. Blood 1998;92:3362-3367. Available at: http://www.ncbi.nlm.nih.gov/pubmed/9787174.

17. Baccarani M, Castagnetti F, Gugliotta G, et al. The proportion of different BCR-ABL1 transcript types in chronic myeloid leukemia. An international overview. Leukemia 2019;33:1173-1183. Available at: https://www.ncbi.nlm.nih.gov/pubmed/30675008.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

18. Ghalesardi OK, Khosravi A, Azizi E, et al. The prognostic importance of BCR-ABL transcripts in Chronic Myeloid Leukemia: A systematic review and meta-analysis. Leuk Res 2021;101:106512. Available at: https://www.ncbi.nlm.nih.gov/pubmed/33524640.

19. Lucas CM, Harris RJ, Giannoudis A, et al. Chronic myeloid leukemia patients with the e13a2 BCR-ABL fusion transcript have inferior responses to imatinib compared to patients with the e14a2 transcript. Haematologica 2009;94:1362-1367. Available at: https://www.ncbi.nlm.nih.gov/pubmed/19713230.

20. Hanfstein B, Lauseker M, Hehlmann R, et al. Distinct characteristics of e13a2 versus e14a2 BCR-ABL1 driven chronic myeloid leukemia under first-line therapy with imatinib. Haematologica 2014;99:1441-1447. Available at: https://www.ncbi.nlm.nih.gov/pubmed/24837466.

21. Jain P, Kantarjian H, Patel KP, et al. Impact of BCR-ABL transcript type on outcome in patients with chronic-phase CML treated with tyrosine kinase inhibitors. Blood 2016;127:1269-1275. Available at: https://www.ncbi.nlm.nih.gov/pubmed/26729897.

22. Castagnetti F, Gugliotta G, Breccia M, et al. The BCR-ABL1 transcript type influences response and outcome in Philadelphia chromosome-positive chronic myeloid leukemia patients treated frontline with imatinib. Am J Hematol 2017;92:797-805. Available at: https://www.ncbi.nlm.nih.gov/pubmed/28466557.

23. Pagnano KBB, Miranda EC, Delamain MT, et al. Influence of BCR-ABL Transcript Type on Outcome in Patients With Chronic-Phase Chronic Myeloid Leukemia Treated With Imatinib. Clin Lymphoma Myeloma Leuk 2017;17:728-733. Available at: https://www.ncbi.nlm.nih.gov/pubmed/28822797.

24. Lee SE, Choi SY, Kim SH, et al. Baseline BCR-ABL transcript type of e13a2 and large spleen size are predictors of poor long-term outcomes in chronic phase chronic myeloid leukemia patients who failed to achieve an early molecular response after 3 months of imatinib therapy. Leuk Lymphoma 2018;59:105-113. Available at: https://www.ncbi.nlm.nih.gov/pubmed/28540759.

25. Ercaliskan A, Eskazan AE. The impact of BCR-ABL1 transcript type on tyrosine kinase inhibitor responses and outcomes in patients with chronic myeloid leukemia. Cancer 2018;124:3806-3818. Available at: https://www.ncbi.nlm.nih.gov/pubmed/29694669.

26. Pfirrmann M, Evtimova D, Saussele S, et al. No influence of BCR-ABL1 transcript types e13a2 and e14a2 on long-term survival: results in 1494 patients with chronic myeloid leukemia treated with imatinib. J Cancer Res Clin Oncol 2017;143:843-850. Available at: https://www.ncbi.nlm.nih.gov/pubmed/28083711.

27. Genthon A, Nicolini FE, Huguet F, et al. Influence of major BCR-ABL1 transcript subtype on outcome in patients with chronic myeloid leukemia in chronic phase treated frontline with nilotinib. Oncotarget 2020;11:2560-2570. Available at: https://www.ncbi.nlm.nih.gov/pubmed/32655840.

28. Verma D, Kantarjian HM, Jones D, et al. Chronic myeloid leukemia (CML) with P190 BCR-ABL: analysis of characteristics, outcomes, and prognostic significance. Blood 2009;114:2232-2235. Available at: http://www.ncbi.nlm.nih.gov/pubmed/19531657.

29. Arun AK, Senthamizhselvi A, Mani S, et al. Frequency of rare BCR-ABL1 fusion transcripts in chronic myeloid leukemia patients. Int J Lab Hematol 2017;39:235-242. Available at: https://www.ncbi.nlm.nih.gov/pubmed/28035733.

30. Gong Z, Medeiros LJ, Cortes JE, et al. Clinical and prognostic significance of e1a2 BCR-ABL1 transcript subtype in chronic myeloid leukemia. Blood Cancer J 2017;7:e583. Available at: https://www.ncbi.nlm.nih.gov/pubmed/28708130.

31. Qin YZ, Jiang Q, Jiang H, et al. Prevalence and outcomes of uncommon BCR-ABL1 fusion transcripts in patients with chronic myeloid leukaemia: data from a single centre. Br J Haematol 2018;182:693-700. Available at: https://www.ncbi.nlm.nih.gov/pubmed/29974949.

32. Xue M, Wang Q, Huo L, et al. Clinical characteristics and prognostic significance of chronic myeloid leukemia with rare BCR-ABL1 transcripts. Leuk Lymphoma 2019;60:3051-3057. Available at: https://www.ncbi.nlm.nih.gov/pubmed/31258010.

33. Verstovsek S, Lin H, Kantarjian H, et al. Neutrophilic-chronic myeloid leukemia: low levels of p230 BCR/ABL mRNA and undetectable BCR/ABL

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

protein may predict an indolent course. Cancer 2002;94:2416-2425. Available at: https://www.ncbi.nlm.nih.gov/pubmed/12015767.

34. Langabeer SE, McCarron SL, Kelly J, et al. Chronic Myeloid Leukemia with e19a2 BCR-ABL1 Transcripts and Marked Thrombocytosis: The Role of Molecular Monitoring. Case Rep Hematol 2012;2012:458716. Available at: https://www.ncbi.nlm.nih.gov/pubmed/22937329.

35. Crampe M, Haslam K, Kelly J, et al. Characterization of a novel variant BCR-ABL1 fusion transcript in a patient with chronic myeloid leukemia: Implications for molecular monitoring. Hematol Oncol Stem Cell Ther 2017;10:85-88. Available at: https://www.ncbi.nlm.nih.gov/pubmed/27013275.

36. Langabeer SE. Standardized Molecular Monitoring for Variant BCR-ABL1 Transcripts in Chronic Myeloid Leukemia. Arch Pathol Lab Med 2015;139:969. Available at:

37. Shanmuganathan N, Hughes TP. Molecular monitoring in CML: how deep? How often? How should it influence therapy? Hematology Am Soc Hematol Educ Program 2018;2018:168-176. Available at: https://www.ncbi.nlm.nih.gov/pubmed/30504306.

38. Burmeister T, Reinhardt R. A multiplex PCR for improved detection of typical and atypical BCR-ABL fusion transcripts. Leuk Res 2008;32:579-585. Available at: https://www.ncbi.nlm.nih.gov/pubmed/17928051.

39. Bennour A, Ouahchi I, Moez M, et al. Comprehensive analysis of BCR/ABL variants in chronic myeloid leukemia patients using multiplex RT-PCR. Clin Lab 2012;58:433-439. Available at: https://www.ncbi.nlm.nih.gov/pubmed/22783572.

40. Mir R, Ahmad I, Javid J, et al. Simple multiplex RT-PCR for identifying common fusion BCR-ABL transcript types and evaluation of molecular response of the a2b2 and a2b3 transcripts to Imatinib resistance in north Indian chronic myeloid leukemia patients. Indian J Cancer 2015;52:314-318. Available at: https://www.ncbi.nlm.nih.gov/pubmed/26905124.

41. Pagani IS, Dang P, Saunders VA, et al. Clinical utility of genomic DNA Q-PCR for the monitoring of a patient with atypical e19a2 BCR-ABL1

transcripts in chronic myeloid leukemia. Leuk Lymphoma 2020:1-3. Available at: https://www.ncbi.nlm.nih.gov/pubmed/32508223.

42. Petiti J, Lo Iacono M, Dragani M, et al. Novel Multiplex Droplet Digital PCR Assays to Monitor Minimal Residual Disease in Chronic Myeloid Leukemia Patients Showing Atypical BCR-ABL1 Transcripts. J Clin Med 2020;9. Available at:

43. Cortes JE, Talpaz M, Giles F, et al. Prognostic significance of cytogenetic clonal evolution in patients with chronic myelogenous leukemia on imatinib mesylate therapy. Blood 2003;101:3794-3800. Available at: http://www.ncbi.nlm.nih.gov/pubmed/12560227.

44. O'Dwyer ME, Mauro MJ, Blasdel C, et al. Clonal evolution and lack of cytogenetic response are adverse prognostic factors for hematologic relapse of chronic phase CML patients treated with imatinib mesylate. Blood 2004;103:451-455. Available at: http://www.ncbi.nlm.nih.gov/pubmed/14512312.

45. Wang W, Cortes JE, Lin P, et al. Clinical and prognostic significance of 3q26.2 and other chromosome 3 abnormalities in CML in the era of tyrosine kinase inhibitors. Blood 2015;126:1699-1706. Available at: https://www.ncbi.nlm.nih.gov/pubmed/26243778.

46. Wang W, Tang G, Cortes JE, et al. Chromosomal rearrangement involving 11q23 locus in chronic myelogenous leukemia: a rare phenomenon frequently associated with disease progression and poor prognosis. J Hematol Oncol 2015;8:32. Available at: https://www.ncbi.nlm.nih.gov/pubmed/25888368.

47. Wang W, Cortes JE, Tang G, et al. Risk stratification of chromosomal abnormalities in chronic myelogenous leukemia in the era of tyrosine kinase inhibitor therapy. Blood 2016;127:2742-2750. Available at: https://www.ncbi.nlm.nih.gov/pubmed/27006386.

48. Verma D, Kantarjian H, Shan J, et al. Survival outcomes for clonal evolution in chronic myeloid leukemia patients on second generation tyrosine kinase inhibitor therapy. Cancer 2010;116:2673-2681. Available at: http://www.ncbi.nlm.nih.gov/pubmed/20499401.

49. Fabarius A, Kalmanti L, Dietz CT, et al. Impact of unbalanced minor route versus major route karyotypes at diagnosis on prognosis of CML.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

Ann Hematol 2015;94:2015-2024. Available at: http://www.ncbi.nlm.nih.gov/pubmed/26385387.

50. Fabarius A, Leitner A, Hochhaus A, et al. Impact of additional cytogenetic aberrations at diagnosis on prognosis of CML: long-term observation of 1151 patients from the randomized CML Study IV. Blood 2011;118:6760-6768. Available at: https://www.ncbi.nlm.nih.gov/pubmed/22039253.

51. Hehlmann R, Voskanyan A, Lauseker M, et al. High-risk additional chromosomal abnormalities at low blast counts herald death by CML. Leukemia 2020;34:2074-2086. Available at: https://www.ncbi.nlm.nih.gov/pubmed/32382082.

52. Alhuraiji A, Kantarjian H, Boddu P, et al. Prognostic significance of additional chromosomal abnormalities at the time of diagnosis in patients with chronic myeloid leukemia treated with frontline tyrosine kinase inhibitors. Am J Hematol 2018;93:84-90. Available at: https://www.ncbi.nlm.nih.gov/pubmed/29027261.

53. Bumm T, Muller C, Al-Ali H-K, et al. Emergence of clonal cytogenetic abnormalities in Ph- cells in some CML patients in cytogenetic remission to imatinib but restoration of polyclonal hematopoiesis in the majority. Blood 2003;101:1941-1949. Available at: http://www.ncbi.nlm.nih.gov/pubmed/12411298.

54. Feldman E, Najfeld V, Schuster M, et al. The emergence of Ph-, trisomy -8+ cells in patients with chronic myeloid leukemia treated with imatinib mesylate. Exp Hematol 2003;31:702-707. Available at: http://www.ncbi.nlm.nih.gov/pubmed/12901975.

55. Medina J, Kantarjian H, Talpaz M, et al. Chromosomal abnormalities in Philadelphia chromosome-negative metaphases appearing during imatinib mesylate therapy in patients with Philadelphia chromosome-positive chronic myelogenous leukemia in chronic phase. Cancer 2003;98:1905-1911. Available at: http://www.ncbi.nlm.nih.gov/pubmed/14584073.

56. Terre C, Eclache V, Rousselot P, et al. Report of 34 patients with clonal chromosomal abnormalities in Philadelphia-negative cells during imatinib treatment of Philadelphia-positive chronic myeloid leukemia.

Leukemia 2004;18:1340-1346. Available at: http://www.ncbi.nlm.nih.gov/pubmed/15190256.

57. Deininger MW, Cortes J, Paquette R, et al. The prognosis for patients with chronic myeloid leukemia who have clonal cytogenetic abnormalities in philadelphia chromosome-negative cells. Cancer 2007;110:1509-1519. Available at: http://www.ncbi.nlm.nih.gov/pubmed/17702093.

58. Jabbour E, Kantarjian HM, Abruzzo LV, et al. Chromosomal abnormalities in Philadelphia chromosome negative metaphases appearing during imatinib mesylate therapy in patients with newly diagnosed chronic myeloid leukemia in chronic phase. Blood 2007;110:2991-2995. Available at: http://www.ncbi.nlm.nih.gov/pubmed/17625066.

59. Vignetti M, Fazi P, Cimino G, et al. Imatinib plus steroids induces complete remissions and prolonged survival in elderly Philadelphia chromosome-positive patients with acute lymphoblastic leukemia without additional chemotherapy: results of the Gruppo Italiano Malattie Ematologiche dell'Adulto (GIMEMA) LAL0201-B protocol. Blood 2007;109:3676-3678. Available at: https://www.ncbi.nlm.nih.gov/pubmed/17213285.

60. Fabarius A, Haferlach C, Muller MC, et al. Dynamics of cytogenetic aberrations in Philadelphia chromosome positive and negative hematopoiesis during dasatinib therapy of chronic myeloid leukemia patients after imatinib failure. Haematologica 2007;92:834-837. Available at: https://www.ncbi.nlm.nih.gov/pubmed/17550857.

61. Baldazzi C, Luatti S, Marzocchi G, et al. Emergence of clonal chromosomal abnormalities in Philadelphia negative hematopoiesis in chronic myeloid leukemia patients treated with nilotinib after failure of imatinib therapy. Leuk Res 2009;33:e218-220. Available at: https://www.ncbi.nlm.nih.gov/pubmed/19525008.

62. Wang H, Jin J, Wang Y, et al. Clonal chromosomal abnormalities in Philadelphia-negative cells in chronic myeloid leukemia patients treated with nilotinib used in first-line therapy. Ann Hematol 2013;92:1625-1632. Available at: https://www.ncbi.nlm.nih.gov/pubmed/23793947.

63. Ni H, Sun X, Xu Y, et al. Clinical implications of clonal chromosomal abnormalities in Philadelphia negative cells in CML patients after treated

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

with tyrosine kinase inhibitors. Cancer Genet 2019;238:44-49. Available at: https://www.ncbi.nlm.nih.gov/pubmed/31425925.

64. Sheng G, Xue M, Wang Q, et al. Occurrence of chromosomal abnormalities in Philadelphia chromosome-negative metaphases in patients with chronic-phase chronic myeloid leukemia undergoing TKI treatments. Leuk Lymphoma 2019;60:3503-3511. Available at: https://www.ncbi.nlm.nih.gov/pubmed/31282805.

65. Issa GC, Kantarjian HM, Gonzalez GN, et al. Clonal chromosomal abnormalities appearing in Philadelphia chromosome–negative metaphases during CML treatment. Blood 2017;130:2084. Available at: http://www.bloodjournal.org/content/130/19/2084.abstract.

66. Karimata K, Masuko M, Ushiki T, et al. Myelodysplastic syndrome with Ph negative monosomy 7 chromosome following transient bone marrow dysplasia during imatinib treatment for chronic myeloid leukemia. Intern Med 2011;50:481-485. Available at: https://www.ncbi.nlm.nih.gov/pubmed/21372464.

67. Navarro JT, Feliu E, Grau J, et al. Monosomy 7 with severe myelodysplasia developing during imatinib treatment of Philadelphia-positive chronic myeloid leukemia: two cases with a different outcome. Am J Hematol 2007;82:849-851. Available at: https://www.ncbi.nlm.nih.gov/pubmed/17563075.

68. Bidet A, Dulucq S, Smol T, et al. Poor prognosis of chromosome 7 clonal aberrations in Philadelphia-negative metaphases and relevance of potential underlying myelodysplastic features in chronic myeloid leukemia. Haematologica 2019;104:1150-1155. Available at: https://www.ncbi.nlm.nih.gov/pubmed/30573507.

69. Soverini S, De Benedittis C, Castagnetti F, et al. In chronic myeloid leukemia patients on second-line tyrosine kinase inhibitor therapy, deep sequencing of BCR-ABL1 at the time of warning may allow sensitive detection of emerging drug-resistant mutants. BMC Cancer 2016;16:572. Available at: https://www.ncbi.nlm.nih.gov/pubmed/27485109.

70. Kizilors A, Crisa E, Lea N, et al. Effect of low-level BCR-ABL1 kinase domain mutations identified by next-generation sequencing in patients with chronic myeloid leukaemia: a population-based study. Lancet Haematol 2019;6:e276-e284. Available at: https://www.ncbi.nlm.nih.gov/pubmed/31036317.

71. Soverini S, Abruzzese E, Bocchia M, et al. Next-generation sequencing for BCR-ABL1 kinase domain mutation testing in patients with chronic myeloid leukemia: a position paper. J Hematol Oncol 2019;12:131. Available at: https://www.ncbi.nlm.nih.gov/pubmed/31801582.

72. Soverini S, Bavaro L, De Benedittis C, et al. Prospective assessment of NGS-detectable mutations in CML patients with nonoptimal response: the NEXT-in-CML study. Blood 2020;135:534-541. Available at: https://www.ncbi.nlm.nih.gov/pubmed/31877211.

73. Sokal JE, Cox E, Baccarani M, et al. Prognostic discrimination in "good-risk" chronic granulocytic leukemia. Blood 1984;63:789-799. Available at: http://www.ncbi.nlm.nih.gov/pubmed/6584184.

74. Hasford J, Pfirrmann M, Hehlmann R, et al. A new prognostic score for survival of patients with chronic myeloid leukemia treated with interferon alfa. Writing Committee for the Collaborative CML Prognostic Factors Project Group. J Natl Cancer Inst 1998;90:850-858. Available at: http://www.ncbi.nlm.nih.gov/pubmed/9625174.

75. Pfirrmann M, Baccarani M, Saussele S, et al. Prognosis of long-term survival considering disease-specific death in patients with chronic myeloid leukemia. Leukemia 2016;30:48-56. Available at: https://www.ncbi.nlm.nih.gov/pubmed/26416462.

76. Cortes JE, Talpaz M, O'Brien S, et al. Staging of chronic myeloid leukemia in the imatinib era: an evaluation of the World Health Organization proposal. Cancer 2006;106:1306-1315. Available at: http://www.ncbi.nlm.nih.gov/pubmed/16463391.

77. Arber DA, Orazi A, Hasserjian R, et al. The 2016 revision to the World Health Organization classification of myeloid neoplasms and acute leukemia. Blood 2016;127:2391-2405. Available at: http://www.ncbi.nlm.nih.gov/pubmed/27069254.

78. O'Dwyer ME, Mauro MJ, Kurilik G, et al. The impact of clonal evolution on response to imatinib mesylate (STI571) in accelerated phase CML. Blood 2002;100:1628-1633. Available at: http://www.ncbi.nlm.nih.gov/pubmed/12176881.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

79. Druker BJ. Chronic myelogenous leukemia In: DeVita VT, Lawrence TS, Rosenburg SA, eds. DeVita, Hellman, and Rosenberg's Cancer: Principles & Practice of Oncology. Vol. 2 (ed 8): Lippincott, Williams and Wilkins; 2007:2267-2304.

80. Hochhaus A, Larson RA, Guilhot F, et al. Long-term outcomes of imatinib treatment for chronic myeloid leukemia. N Engl J Med 2017;376:917-927. Available at: https://www.ncbi.nlm.nih.gov/pubmed/28273028.

81. Cortes JE, Saglio G, Kantarjian HM, et al. Final 5-year study results of DASISION: the dasatinib versus imatinib study in treatment-naive chronic myeloid leukemia patients trial. J Clin Oncol 2016;34:2333-2340. Available at: https://www.ncbi.nlm.nih.gov/pubmed/27217448.

82. Cortes JE, Gambacorti-Passerini C, Deininger MW, et al. Bosutinib Versus Imatinib for Newly Diagnosed Chronic Myeloid Leukemia: Results From the Randomized BFORE Trial. J Clin Oncol 2018;36:231-237. Available at: https://www.ncbi.nlm.nih.gov/pubmed/29091516.

83. Kantarjian HM, Hughes TP, Larson RA, et al. Long-term outcomes with frontline nilotinib versus imatinib in newly diagnosed chronic myeloid leukemia in chronic phase: ENESTnd 10-year analysis. Leukemia 2021;35:440-453. Available at: https://www.ncbi.nlm.nih.gov/pubmed/33414482.

84. Baccarani M, Druker BJ, Branford S, et al. Long-term response to imatinib is not affected by the initial dose in patients with Philadelphia chromosome-positive chronic myeloid leukemia in chronic phase: final update from the Tyrosine Kinase Inhibitor Optimization and Selectivity (TOPS) study. Int J Hematol 2014;99:616-624. Available at: https://www.ncbi.nlm.nih.gov/pubmed/24658916.

85. Deininger MW, Kopecky KJ, Radich JP, et al. Imatinib 800 mg daily induces deeper molecular responses than imatinib 400 mg daily: results of SWOG S0325, an intergroup randomized PHASE II trial in newly diagnosed chronic phase chronic myeloid leukaemia. Br J Haematol 2014;164:223-232. Available at: http://www.ncbi.nlm.nih.gov/pubmed/24383843.

86. Hehlmann R, Lauseker M, Saussele S, et al. Assessment of imatinib as first-line treatment of chronic myeloid leukemia: 10-year survival results of the randomized CML study IV and impact of non-CML determinants. Leukemia 2017;31:2398-2406. Available at: https://www.ncbi.nlm.nih.gov/pubmed/28804124.

87. Hoffmann VS, Hasford J, Deininger M, et al. Systematic review and meta-analysis of standard-dose imatinib vs. high-dose imatinib and second generation tyrosine kinase inhibitors for chronic myeloid leukemia. J Cancer Res Clin Oncol 2017;143:1311-1318. Available at: https://www.ncbi.nlm.nih.gov/pubmed/28275866.

88. Quintas-Cardama A, Han X, Kantarjian H, Cortes J. Tyrosine kinase inhibitor-induced platelet dysfunction in patients with chronic myeloid leukemia. Blood 2009;114:261-263. Available at: http://www.ncbi.nlm.nih.gov/pubmed/19414863.

89. Hughes TP, Laneuville P, Rousselot P, et al. Incidence, outcomes, and risk factors of pleural effusion in patients receiving dasatinib therapy for Philadelphia chromosome-positive leukemia. Haematologica 2019;104:93-101. Available at: https://www.ncbi.nlm.nih.gov/pubmed/30093398.

90. Porkka K, Khoury HJ, Paquette RL, et al. Dasatinib 100 mg once daily minimizes the occurrence of pleural effusion in patients with chronic myeloid leukemia in chronic phase and efficacy is unaffected in patients who develop pleural effusion. Cancer 2010;116:377-386. Available at: http://www.ncbi.nlm.nih.gov/pubmed/19924787.

91. Montani D, Bergot E, Gunther S, et al. Pulmonary arterial hypertension in patients treated by dasatinib. Circulation 2012;125:2128-2137. Available at: http://www.ncbi.nlm.nih.gov/pubmed/22451584.

92. Orlandi EM, Rocca B, Pazzano AS, Ghio S. Reversible pulmonary arterial hypertension likely related to long-term, low-dose dasatinib treatment for chronic myeloid leukaemia. Leuk Res 2012;36:e4-6. Available at: http://www.ncbi.nlm.nih.gov/pubmed/21890201.

93. Cirmi S, El Abd A, Letinier L, et al. Cardiovascular Toxicity of Tyrosine Kinase Inhibitors Used in Chronic Myeloid Leukemia: An Analysis of the FDA Adverse Event Reporting System Database (FAERS). Cancers (Basel) 2020;12. Available at: https://www.ncbi.nlm.nih.gov/pubmed/32235443.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

94. Efficace F, Baccarani M, Breccia M, et al. Chronic fatigue is the most important factor limiting health-related quality of life of chronic myeloid leukemia patients treated with imatinib. Leukemia 2013;27:1511-1519. Available at: http://www.ncbi.nlm.nih.gov/pubmed/23417029.

95. Berman E, Nicolaides M, Maki RG, et al. Altered bone and mineral metabolism in patients receiving imatinib mesylate. N Engl J Med 2006;354:2006-2013. Available at: http://www.ncbi.nlm.nih.gov/pubmed/16687713.

96. Berman E, Girotra M, Cheng C, et al. Effect of long term imatinib on bone in adults with chronic myelogenous leukemia and gastrointestinal stromal tumors. Leuk Res 2013;37:790-794. Available at: http://www.ncbi.nlm.nih.gov/pubmed/23473999.

97. Tsao AS, Kantarjian H, Cortes J, et al. Imatinib mesylate causes hypopigmentation in the skin. Cancer 2003;98:2483-2487. Available at: http://www.ncbi.nlm.nih.gov/pubmed/14635084.

98. Aleem A. Hypopigmentation of the skin due to imatinib mesylate in patients with chronic myeloid leukemia. Hematol Oncol Stem Cell Ther 2009;2:358-361. Available at: http://www.ncbi.nlm.nih.gov/pubmed/20118061.

99. Sakurai M, Kikuchi T, Karigane D, et al. Renal dysfunction and anemia associated with long-term imatinib treatment in patients with chronic myelogenous leukemia. Int J Hematol 2019;109:292-298. Available at: https://www.ncbi.nlm.nih.gov/pubmed/30680668.

100. Aichberger KJ, Herndlhofer S, Schernthaner G-H, et al. Progressive peripheral arterial occlusive disease and other vascular events during nilotinib therapy in CML. Am J Hematol 2011;86:533-539. Available at: http://www.ncbi.nlm.nih.gov/pubmed/21538470.

101. Tefferi A, Letendre L. Nilotinib treatment-associated peripheral artery disease and sudden death: yet another reason to stick to imatinib as front-line therapy for chronic myelogenous leukemia. Am J Hematol 2011;86:610-611. Available at: http://www.ncbi.nlm.nih.gov/pubmed/21630307.

102. Giles FJ, Mauro MJ, Hong F, et al. Rates of peripheral arterial occlusive disease in patients with chronic myeloid leukemia in the chronic phase treated with imatinib, nilotinib, or non-tyrosine kinase therapy: a retrospective cohort analysis. Leukemia 2013;27:1310-1315. Available at: http://www.ncbi.nlm.nih.gov/pubmed/23459450.

103. Assuncao PM, Lana TP, Delamain MT, et al. Cardiovascular Risk and Cardiovascular Events in Patients With Chronic Myeloid Leukemia Treated With Tyrosine Kinase Inhibitors. Clin Lymphoma Myeloma Leuk 2019;19:162-166. Available at: https://www.ncbi.nlm.nih.gov/pubmed/30660512.

104. Caocci G, Mulas O, Bonifacio M, et al. Recurrent arterial occlusive events in patients with chronic myeloid leukemia treated with second- and third-generation tyrosine kinase inhibitors and role of secondary prevention. Int J Cardiol 2019;288:124-127. Available at: https://www.ncbi.nlm.nih.gov/pubmed/31029498.

105. Quintas-Cardama A, Kantarjian H, O'Brien S, et al. Granulocyte-colony-stimulating factor (filgrastim) may overcome imatinib-induced neutropenia in patients with chronic-phase chronic myelogenous leukemia. Cancer 2004;100:2592-2597. Available at: http://www.ncbi.nlm.nih.gov/pubmed/15197801.

106. Quintas-Cardama A, De Souza Santos FP, Kantarjian H, et al. Dynamics and management of cytopenias associated with dasatinib therapy in patients with chronic myeloid leukemia in chronic phase after imatinib failure. Cancer 2009;115:3935-3943. Available at: http://www.ncbi.nlm.nih.gov/pubmed/19517473.

107. Santos FP, Alvarado Y, Kantarjian H, et al. Long-term prognostic impact of the use of erythropoietic-stimulating agents in patients with chronic myeloid leukemia in chronic phase treated with imatinib. Cancer 2011;117:982-991. Available at: http://www.ncbi.nlm.nih.gov/pubmed/20960502.

108. Reinhold U, Hennig E, Leiblein S, et al. FISH for BCR-ABL on interphases of peripheral blood neutrophils but not of unselected white cells correlates with bone marrow cytogenetics in CML patients treated with imatinib. Leukemia 2003;17:1925-1929. Available at: https://www.ncbi.nlm.nih.gov/pubmed/14513039.

109. Fugazza G, Miglino M, Bruzzone R, et al. Cytogenetic and fluorescence in situ hybridization monitoring in Ph+ Chronic Myeloid

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

Leukemia patients treated with imatinib mesylate. J Exp Clin Cancer Res 2004;23:295-299. Available at: https://www.ncbi.nlm.nih.gov/pubmed/15354415.

110. Landstrom AP, Ketterling RP, Knudson RA, Tefferi A. Utility of peripheral blood dual color, double fusion fluorescent in situ hybridization for BCR/ABL fusion to assess cytogenetic remission status in chronic myeloid leukemia. Leuk Lymphoma 2006;47:2055-2061. Available at: http://www.ncbi.nlm.nih.gov/pubmed/17071476.

111. Testoni N, Marzocchi G, Luatti S, et al. Chronic myeloid leukemia: a prospective comparison of interphase fluorescence in situ hybridization and chromosome banding analysis for the definition of complete cytogenetic response: a study of the GIMEMA CML WP. Blood 2009;114:4939-4943. Available at: http://www.ncbi.nlm.nih.gov/pubmed/19797518.

112. Lima L, Bernal-Mizrachi L, Saxe D, et al. Peripheral blood monitoring of chronic myeloid leukemia during treatment with imatinib, second-line agents, and beyond. Cancer 2011;117:1245-1252. Available at: http://www.ncbi.nlm.nih.gov/pubmed/21381013.

113. Hughes T, Hochhaus A, Branford S, et al. Long-term prognostic significance of early molecular response to imatinib in newly diagnosed chronic myeloid leukemia: an analysis from the International Randomized Study of Interferon and STI571 (IRIS). Blood 2010;116:3758-3765. Available at: http://www.ncbi.nlm.nih.gov/pubmed/20679528.

114. Akard LP, Cortes JE, Albitar M, et al. Correlations between cytogenetic and molecular monitoring among patients with newly diagnosed chronic myeloid leukemia in chronic phase: post hoc analyses of the rationale and insight for gleevec high-dose therapy study. Arch Pathol Lab Med 2014;138:1186-1192. Available at: http://www.ncbi.nlm.nih.gov/pubmed/24308645.

115. Branford S, Cross NCP, Hochhaus A, et al. Rationale for the recommendations for harmonizing current methodology for detecting BCR-ABL transcripts in patients with chronic myeloid leukaemia. Leukemia 2006;20:1925-1930. Available at: http://www.ncbi.nlm.nih.gov/pubmed/16990771.

116. Cross NC. Standardisation of molecular monitoring for chronic myeloid leukaemia. Best Pract Res Clin Haematol 2009;22:355-365. Available at: http://www.ncbi.nlm.nih.gov/pubmed/19959086.

117. Cross NC, White HE, Muller MC, et al. Standardized definitions of molecular response in chronic myeloid leukemia. Leukemia 2012;26:2172-2175. Available at: https://www.ncbi.nlm.nih.gov/pubmed/22504141.

118. Branford S, Fletcher L, Cross NC, et al. Desirable performance characteristics for BCR-ABL measurement on an international reporting scale to allow consistent interpretation of individual patient response and comparison of response rates between clinical trials. Blood 2008;112:3330-3338. Available at: http://www.ncbi.nlm.nih.gov/pubmed/18684859.

119. Guerin A, Chen L, Dea K, et al. Association between regular molecular monitoring and tyrosine kinase inhibitor therapy adherence in chronic myelogenous leukemia in the chronic phase. Curr Med Res Opin 2014;30:1345-1352. Available at: http://www.ncbi.nlm.nih.gov/pubmed/24640967.

120. Hanfstein B, Muller MC, Hehlmann R, et al. Early molecular and cytogenetic response is predictive for long-term progression-free and overall survival in chronic myeloid leukemia (CML). Leukemia 2012;26:2096-2102. Available at: http://www.ncbi.nlm.nih.gov/pubmed/22446502.

121. Marin D, Ibrahim AR, Lucas C, et al. Assessment of BCR-ABL1 transcript levels at 3 months is the only requirement for predicting outcome for patients with chronic myeloid leukemia treated with tyrosine kinase inhibitors. J Clin Oncol 2012;30:232-238. Available at: http://www.ncbi.nlm.nih.gov/pubmed/22067393.

122. Neelakantan P, Gerrard G, Lucas C, et al. Combining BCR-ABL1 transcript levels at 3 and 6 months in chronic myeloid leukemia: implications for early intervention strategies. Blood 2013;121:2739-2742. Available at: http://www.ncbi.nlm.nih.gov/pubmed/23380743.

123. Nazha A, Kantarjian H, Jain P, et al. Assessment at 6 months may be warranted for patients with chronic myeloid leukemia with no major

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

# NCCN Guidelines Version 1.2023
# Chronic Myeloid Leukemia

cytogenetic response at 3 months. Haematologica 2013;98:1686-1688. Available at: http://www.ncbi.nlm.nih.gov/pubmed/23812943.

124. Branford S, Yeung DT, Parker WT, et al. Prognosis for patients with CML and >10% BCR-ABL1 after 3 months of imatinib depends on the rate of BCR-ABL1 decline. Blood 2014;124:511-518. Available at: http://www.ncbi.nlm.nih.gov/pubmed/24859364.

125. Hanfstein B, Shlyakhto V, Lauseker M, et al. Velocity of early BCR-ABL transcript elimination as an optimized predictor of outcome in chronic myeloid leukemia (CML) patients in chronic phase on treatment with imatinib. Leukemia 2014;28:1988-1992. Available at: http://www.ncbi.nlm.nih.gov/pubmed/24798484.

126. Iriyama N, Fujisawa S, Yoshida C, et al. Shorter halving time of BCR-ABL1 transcripts is a novel predictor for achievement of molecular responses in newly diagnosed chronic-phase chronic myeloid leukemia treated with dasatinib: Results of the D-first study of Kanto CML study group. Am J Hematol 2015;90:282-287. Available at: http://www.ncbi.nlm.nih.gov/pubmed/25530131.

127. Hochhaus A, O'Brien SG, Guilhot F, et al. Six-year follow-up of patients receiving imatinib for the first-line treatment of chronic myeloid leukemia. Leukemia 2009;23:1054-1061. Available at: https://www.ncbi.nlm.nih.gov/pubmed/19282833.

128. Jabbour E, Kantarjian H, O'Brien S, et al. The achievement of an early complete cytogenetic response is a major determinant for outcome in patients with early chronic phase chronic myeloid leukemia treated with tyrosine kinase inhibitors. Blood 2011;118:4541-4546. Available at: http://www.ncbi.nlm.nih.gov/pubmed/21803854.

129. Druker BJ, Guilhot F, O'Brien SG, et al. Five-year follow-up of patients receiving imatinib for chronic myeloid leukemia. N Engl J Med 2006;355:2408-2417. Available at: http://www.ncbi.nlm.nih.gov/pubmed/17151364.

130. Press RD, Galderisi C, Yang R, et al. A half-log increase in BCR-ABL RNA predicts a higher risk of relapse in patients with chronic myeloid leukemia with an imatinib-induced complete cytogenetic response. Clin Cancer Res 2007;13:6136-6143. Available at: http://www.ncbi.nlm.nih.gov/pubmed/17947479.

131. de Lavallade H, Apperley JF, Khorashad JS, et al. Imatinib for newly diagnosed patients with chronic myeloid leukemia: incidence of sustained responses in an intention-to-treat analysis. J Clin Oncol 2008;26:3358-3363. Available at: http://www.ncbi.nlm.nih.gov/pubmed/18519952.

132. Marin D, Milojkovic D, Olavarria E, et al. European LeukemiaNet criteria for failure or suboptimal response reliably identify patients with CML in early chronic phase treated with imatinib whose eventual outcome is poor. Blood 2008;112:4437-4444. Available at: http://www.ncbi.nlm.nih.gov/pubmed/18716134.

133. Jabbour E, Kantarjian HM, O'Brien S, et al. Front-line therapy with second-generation tyrosine kinase inhibitors in patients with early chronic phase chronic myeloid leukemia: what is the optimal response? J Clin Oncol 2011;29:4260-4265. Available at: http://www.ncbi.nlm.nih.gov/pubmed/21990394.

134. Hehlmann R, Muller MC, Lauseker M, et al. Deep molecular response is reached by the majority of patients treated with imatinib, predicts survival, and is achieved more quickly by optimized high-dose imatinib: results from the randomized CML-study IV. J Clin Oncol 2014;32:415-423. Available at: http://www.ncbi.nlm.nih.gov/pubmed/24297946.

135. Saussele S, Hehlmann R, Fabarius A, et al. Defining therapy goals for major molecular remission in chronic myeloid leukemia: results of the randomized CML Study IV. Leukemia 2018;32:1222-1228. Available at: https://www.ncbi.nlm.nih.gov/pubmed/29479070.

136. Cervantes F, López-Garrido P, Montero MI, et al. Early intervention during imatinib therapy in patients with newly diagnosed chronic-phase chronic myeloid leukemia: a study of the Spanish PETHEMA group. Haematologica 2010;95:1317-1324. Available at: http://www.ncbi.nlm.nih.gov/pubmed/20220063.

137. Kantarjian H, Cortes J. Considerations in the management of patients with Philadelphia chromosome-positive chronic myeloid leukemia receiving tyrosine kinase inhibitor therapy. J Clin Oncol 2011;29:1512-1516. Available at: http://www.ncbi.nlm.nih.gov/pubmed/21422414.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

138. Hochhaus A, Baccarani M, Silver RT, et al. European LeukemiaNet 2020 recommendations for treating chronic myeloid leukemia. Leukemia 2020;34:966-984. Available at:
https://www.ncbi.nlm.nih.gov/pubmed/32127639.

139. Kantarjian HM, Talpaz M, O'Brien S, et al. Dose escalation of imatinib mesylate can overcome resistance to standard-dose therapy in patients with chronic myelogenous leukemia. Blood 2003;101:473-475. Available at: http://www.ncbi.nlm.nih.gov/pubmed/12393385.

140. Marin D, Goldman JM, Olavarria E, Apperley JF. Transient benefit only from increasing the imatinib dose in CML patients who do not achieve complete cytogenetic remissions on conventional doses. Blood 2003;102:2702-2704. Available at:
http://www.ncbi.nlm.nih.gov/pubmed/14504074.

141. Jabbour E, Kantarjian HM, Jones D, et al. Imatinib mesylate dose escalation is associated with durable responses in patients with chronic myeloid leukemia after cytogenetic failure on standard-dose imatinib therapy. Blood 2009;113:2154-2160. Available at:
http://www.ncbi.nlm.nih.gov/pubmed/19060245.

142. Kantarjian HM, Larson RA, Guilhot F, et al. Efficacy of imatinib dose escalation in patients with chronic myeloid leukemia in chronic phase. Cancer 2009;115:551-560. Available at:
http://www.ncbi.nlm.nih.gov/pubmed/19117345.

143. Yeung DT, Osborn MP, White DL, et al. TIDEL-II: first-line use of imatinib in CML with early switch to nilotinib for failure to achieve time-dependent molecular targets. Blood 2015;125:915-923. Available at: http://www.ncbi.nlm.nih.gov/pubmed/25519749.

144. Cortes JE, De Souza CA, Ayala M, et al. Switching to nilotinib versus imatinib dose escalation in patients with chronic myeloid leukaemia in chronic phase with suboptimal response to imatinib (LASOR): a randomised, open-label trial. Lancet Haematol 2016;3:e581-e591. Available at: https://www.ncbi.nlm.nih.gov/pubmed/27890073.

145. Cortes JE, Jiang Q, Wang J, et al. Dasatinib vs. imatinib in patients with chronic myeloid leukemia in chronic phase (CML-CP) who have not achieved an optimal response to 3 months of imatinib therapy: the DASCERN randomized study. Leukemia 2020;34:2064-2073. Available at: https://www.ncbi.nlm.nih.gov/pubmed/32265500.

146. Shah NP, Rousselot P, Schiffer C, et al. Dasatinib in imatinib-resistant or -intolerant chronic-phase, chronic myeloid leukemia patients: 7-year follow-up of study CA180-034. Am J Hematol 2016;91:869-874. Available at:
https://www.ncbi.nlm.nih.gov/pubmed/27192969.

147. Giles FJ, le Coutre PD, Pinilla-Ibarz J, et al. Nilotinib in imatinib-resistant or imatinib-intolerant patients with chronic myeloid leukemia in chronic phase: 48-month follow-up results of a phase II study. Leukemia 2013;27:107-112. Available at:
http://www.ncbi.nlm.nih.gov/pubmed/22763385.

148. Gambacorti-Passerini C, Cortes JE, Lipton JH, et al. Safety and efficacy of second-line bosutinib for chronic phase chronic myeloid leukemia over a five-year period: final results of a phase I/II study. Haematologica 2018;103:1298-1307. Available at:
https://www.ncbi.nlm.nih.gov/pubmed/29773593.

149. Cortes JE, Khoury HJ, Kantarjian HM, et al. Long-term bosutinib for chronic phase chronic myeloid leukemia after failure of imatinib plus dasatinib and/or nilotinib. Am J Hematol 2016;91:1206-1214. Available at: https://www.ncbi.nlm.nih.gov/pubmed/27531525.

150. Hochhaus A, Gambacorti-Passerini C, Abboud C, et al. Bosutinib for pretreated patients with chronic phase chronic myeloid leukemia: primary results of the phase 4 BYOND study. Leukemia 2020;34:2125-2137. Available at: https://www.ncbi.nlm.nih.gov/pubmed/32572189.

151. Cortes JE, Kim D-W, Pinilla-Ibarz J, et al. Ponatinib efficacy and safety in Philadelphia chromosome–positive leukemia: final 5-year results of the phase 2 PACE trial. Blood 2018;132:393-404. Available at: https://www.ncbi.nlm.nih.gov/pubmed/29567798.

152. Cortes J, Apperley J, Lomaia E, et al. Ponatinib dose-ranging study in chronic-phase chronic myeloid leukemia: a randomized, open-label phase 2 clinical trial. Blood 2021;138:2042-2050. Available at:
https://www.ncbi.nlm.nih.gov/pubmed/34407543.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

# NCCN Guidelines Version 1.2023
# Chronic Myeloid Leukemia

153. Hughes TP, Mauro MJ, Cortes JE, et al. Asciminib in Chronic Myeloid Leukemia after ABL Kinase Inhibitor Failure. N Engl J Med 2019;381:2315-2326. Available at: https://www.ncbi.nlm.nih.gov/pubmed/31826340.

154. Rea D, Mauro MJ, Boquimpani C, et al. A phase 3, open-label, randomized study of asciminib, a STAMP inhibitor, vs bosutinib in CML after 2 or more prior TKIs. Blood 2021;138:2031-2041. Available at: https://www.ncbi.nlm.nih.gov/pubmed/34407542.

155. Dorer DJ, Knickerbocker RK, Baccarani M, et al. Impact of dose intensity of ponatinib on selected adverse events: Multivariate analyses from a pooled population of clinical trial patients. Leuk Res 2016;48:84-91. Available at: https://www.ncbi.nlm.nih.gov/pubmed/27505637.

156. Jain P, Kantarjian H, Boddu PC, et al. Analysis of cardiovascular and arteriothrombotic adverse events in chronic-phase CML patients after frontline TKIs. Blood Adv 2019;3:851-861. Available at: https://www.ncbi.nlm.nih.gov/pubmed/30885996.

157. Caocci G, Mulas O, Abruzzese E, et al. Arterial occlusive events in chronic myeloid leukemia patients treated with ponatinib in the real-life practice are predicted by the Systematic Coronary Risk Evaluation (SCORE) chart. Hematol Oncol 2019;37:296-302. Available at: https://www.ncbi.nlm.nih.gov/pubmed/30892724.

158. Iurlo A, Cattaneo D, Orofino N, et al. Low-Dose Ponatinib in Intolerant Chronic Myeloid Leukemia Patients: A Safe and Effective Option. Clin Drug Investig 2018;38:475-476. Available at: https://www.ncbi.nlm.nih.gov/pubmed/29363026.

159. Casavecchia G, Galderisi M, Novo G, et al. Early diagnosis, clinical management, and follow-up of cardiovascular events with ponatinib. Heart Fail Rev 2020. Available at: https://www.ncbi.nlm.nih.gov/pubmed/32026180.

160. Cortes J, Lipton JH, Rea D, et al. Phase 2 study of subcutaneous omacetaxine mepesuccinate after TKI failure in patients with chronic-phase CML with T315I mutation. Blood 2012;120:2573-2580. Available at: http://www.ncbi.nlm.nih.gov/pubmed/22896000.

161. Cortes J, Digumarti R, Parikh PM, et al. Phase 2 study of subcutaneous omacetaxine mepesuccinate for chronic-phase chronic myeloid leukemia patients resistant to or intolerant of tyrosine kinase inhibitors. Am J Hematol 2013;88:350-354. Available at: http://www.ncbi.nlm.nih.gov/pubmed/23468307.

162. Garg RJ, Kantarjian H, O'Brien S, et al. The use of nilotinib or dasatinib after failure to 2 prior tyrosine kinase inhibitors: long-term follow-up. Blood 2009;114:4361-4368. Available at: http://www.ncbi.nlm.nih.gov/pubmed/19729517.

163. van Leeuwen RW, van Gelder T, Mathijssen RH, Jansman FG. Drug-drug interactions with tyrosine-kinase inhibitors: a clinical perspective. Lancet Oncol 2014;15:e315-326. Available at: https://www.ncbi.nlm.nih.gov/pubmed/24988935.

164. Osorio S, Escudero-Vilaplana V, Gomez-Centurion I, et al. Drug-to-drug interactions of tyrosine kinase inhibitors in chronic myeloid leukemia patients. Is it a real problem? Ann Hematol 2018;97:2089-2098. Available at: https://www.ncbi.nlm.nih.gov/pubmed/29955943.

165. Noens L, van Lierde M-A, De Bock R, et al. Prevalence, determinants, and outcomes of nonadherence to imatinib therapy in patients with chronic myeloid leukemia: the ADAGIO study. Blood 2009;113:5401-5411. Available at: http://www.ncbi.nlm.nih.gov/pubmed/19349618.

166. Marin D, Bazeos A, Mahon F-X, et al. Adherence is the critical factor for achieving molecular responses in patients with chronic myeloid leukemia who achieve complete cytogenetic responses on imatinib. J Clin Oncol 2010;28:2381-2388. Available at: http://www.ncbi.nlm.nih.gov/pubmed/20385986.

167. Ibrahim AR, Eliasson L, Apperley JF, et al. Poor adherence is the main reason for loss of CCyR and imatinib failure for chronic myeloid leukemia patients on long-term therapy. Blood 2011;117:3733-3736. Available at: http://www.ncbi.nlm.nih.gov/pubmed/21346253.

168. Wu EQ, Guerin A, Yu AP, et al. Retrospective real-world comparison of medical visits, costs, and adherence between nilotinib and dasatinib in chronic myeloid leukemia. Curr Med Res Opin 2010;26:2861-2869. Available at: http://www.ncbi.nlm.nih.gov/pubmed/21062136.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

169. Yood MU, Oliveria SA, Cziraky M, et al. Adherence to treatment with second-line therapies, dasatinib and nilotinib, in patients with chronic myeloid leukemia. Curr Med Res Opin 2012;28:213-219. Available at: http://www.ncbi.nlm.nih.gov/pubmed/22168217.

170. Quintas-Cardama A, Cortes JE, Kantarjian H. Practical management of toxicities associated with tyrosine kinase inhibitors in chronic myeloid leukemia. Clin Lymphoma Myeloma 2008;8 Suppl 3:S82-88. Available at: http://www.ncbi.nlm.nih.gov/pubmed/19254885.

171. Cornelison M, Jabbour EJ, Welch MA. Managing side effects of tyrosine kinase inhibitor therapy to optimize adherence in patients with chronic myeloid leukemia: the role of the midlevel practitioner. J Support Oncol 2012;10:14-24. Available at: http://www.ncbi.nlm.nih.gov/pubmed/22244674.

172. Cortes JE, Lipton JH, Miller CB, et al. Evaluating the Impact of a Switch to Nilotinib on Imatinib-Related Chronic Low-Grade Adverse Events in Patients With CML-CP: The ENRICH Study. Clin Lymphoma Myeloma Leuk 2016;16:286-296. Available at:

173. Kim DW, Saussele S, Williams LA, et al. Outcomes of switching to dasatinib after imatinib-related low-grade adverse events in patients with chronic myeloid leukemia in chronic phase: the DASPERSE study. Ann Hematol 2018;97:1357-1367. Available at: https://www.ncbi.nlm.nih.gov/pubmed/29556695.

174. Thomas J, Wang L, Clark RE, Pirmohamed M. Active transport of imatinib into and out of cells: implications for drug resistance. Blood 2004;104:3739-3745. Available at: http://www.ncbi.nlm.nih.gov/pubmed/15315971.

175. Mahon FX, Hayette S, Lagarde V, et al. Evidence that resistance to nilotinib may be due to BCR-ABL, Pgp, or Src kinase overexpression. Cancer Res 2008;68:9809-9816. Available at: http://www.ncbi.nlm.nih.gov/pubmed/19047160.

176. Hegedus C, Ozvegy-Laczka C, Apati A, et al. Interaction of nilotinib, dasatinib and bosutinib with ABCB1 and ABCG2: implications for altered anti-cancer effects and pharmacological properties. Br J Pharmacol 2009;158:1153-1164. Available at: http://www.ncbi.nlm.nih.gov/pubmed/19785662.

177. Picard S, Titier K, Etienne G, et al. Trough imatinib plasma levels are associated with both cytogenetic and molecular responses to standard-dose imatinib in chronic myeloid leukemia. Blood 2007;109:3496-3499. Available at: http://www.ncbi.nlm.nih.gov/pubmed/17192396.

178. Larson RA, Druker BJ, Guilhot F, et al. Imatinib pharmacokinetics and its correlation with response and safety in chronic-phase chronic myeloid leukemia: a subanalysis of the IRIS study. Blood 2008;111:4022-4028. Available at: http://www.ncbi.nlm.nih.gov/pubmed/18256322.

179. Bouchet S, Titier K, Moore N, et al. Therapeutic drug monitoring of imatinib in chronic myeloid leukemia: experience from 1216 patients at a centralized laboratory. Fundam Clin Pharmacol 2013;27:690-697. Available at: http://www.ncbi.nlm.nih.gov/pubmed/23113675.

180. White DL, Radich J, Soverini S, et al. Chronic phase chronic myeloid leukemia patients with low OCT-1 activity randomised to high-dose imatinib achieve better responses, and lower failure rates, than those randomized to standard-dose. Haematologica 2012;97:907-914. Available at: http://www.ncbi.nlm.nih.gov/pubmed/22207690.

181. Giannoudis A, Davies A, Lucas CM, et al. Effective dasatinib uptake may occur without human organic cation transporter 1 (hOCT1): implications for the treatment of imatinib-resistant chronic myeloid leukemia. Blood 2008;112:3348-3354. Available at: http://www.ncbi.nlm.nih.gov/pubmed/18669873.

182. Hiwase DK, Saunders V, Hewett D, et al. Dasatinib cellular uptake and efflux in chronic myeloid leukemia cells: therapeutic implications. Clin Cancer Res 2008;14:3881-3888. Available at: http://www.ncbi.nlm.nih.gov/pubmed/18559609.

183. Davies A, Jordanides NE, Giannoudis A, et al. Nilotinib concentration in cell lines and primary CD34(+) chronic myeloid leukemia cells is not mediated by active uptake or efflux by major drug transporters. Leukemia 2009;23:1999-2006. Available at: http://www.ncbi.nlm.nih.gov/pubmed/19710702.

184. White DL, Saunders VA, Dang P, et al. OCT-1-mediated influx is a key determinant of the intracellular uptake of imatinib but not nilotinib

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

# NCCN Guidelines Version 1.2023
# Chronic Myeloid Leukemia

(AMN107): reduced OCT-1 activity is the cause of low in vitro sensitivity to imatinib. Blood 2006;108:697-704. Available at: http://www.ncbi.nlm.nih.gov/pubmed/16597591.

185. Branford S, Rudzki Z, Walsh S, et al. Detection of BCR-ABL mutations in patients with CML treated with imatinib is virtually always accompanied by clinical resistance, and mutations in the ATP phosphate-binding loop (P-loop) are associated with a poor prognosis. Blood 2003;102:276-283. Available at: http://www.ncbi.nlm.nih.gov/pubmed/12623848.

186. Soverini S, Martinelli G, Rosti G, et al. ABL mutations in late chronic phase chronic myeloid leukemia patients with up-front cytogenetic resistance to imatinib are associated with a greater likelihood of progression to blast crisis and shorter survival: a study by the GIMEMA Working Party on Chronic Myeloid Leukemia. J Clin Oncol 2005;23:4100-4109. Available at: http://www.ncbi.nlm.nih.gov/pubmed/15867198.

187. Nicolini FE, Corm S, Le QH, et al. Mutation status and clinical outcome of 89 imatinib mesylate-resistant chronic myelogenous leukemia patients: a retrospective analysis from the French intergroup of CML (Fi(phi)-LMC GROUP). Leukemia 2006;20:1061-1106. Available at: http://www.ncbi.nlm.nih.gov/pubmed/16642048.

188. Soverini S, Colarossi S, Gnani A, et al. Contribution of ABL kinase domain mutations to imatinib resistance in different subsets of Philadelphia-positive patients: by the GIMEMA Working Party on Chronic Myeloid Leukemia. Clin Cancer Res 2006;12:7374-7379. Available at: http://www.ncbi.nlm.nih.gov/pubmed/17189410.

189. Khorashad JS, de Lavallade H, Apperley JF, et al. Finding of kinase domain mutations in patients with chronic phase chronic myeloid leukemia responding to imatinib may identify those at high risk of disease progression. J Clin Oncol 2008;26:4806-4813. Available at: http://www.ncbi.nlm.nih.gov/pubmed/18645191.

190. Soverini S, Gnani A, Colarossi S, et al. Philadelphia-positive patients who already harbor imatinib-resistant Bcr-Abl kinase domain mutations have a higher likelihood of developing additional mutations associated with resistance to second- or third-line tyrosine kinase inhibitors. Blood 2009;114:2168-2171. Available at: http://www.ncbi.nlm.nih.gov/pubmed/19589924.

191. Hughes T, Saglio G, Branford S, et al. Impact of baseline BCR-ABL mutations on response to nilotinib in patients with chronic myeloid leukemia in chronic phase. J Clin Oncol 2009;27:4204-4210. Available at: http://www.ncbi.nlm.nih.gov/pubmed/19652056.

192. Naqvi K, Cortes JE, Luthra R, et al. Characteristics and outcome of chronic myeloid leukemia patients with E255K/V BCR-ABL kinase domain mutations. Int J Hematol 2018;107:689-695. Available at: https://www.ncbi.nlm.nih.gov/pubmed/29464484.

193. Nicolini FE, Hayette S, Corm S, et al. Clinical outcome of 27 imatinib mesylate-resistant chronic myelogenous leukemia patients harboring a T315I BCR-ABL mutation. Haematologica 2007;92:1238-1241. Available at: http://www.ncbi.nlm.nih.gov/pubmed/17768119.

194. Jabbour E, Kantarjian H, Jones D, et al. Characteristics and outcomes of patients with chronic myeloid leukemia and T315I mutation following failure of imatinib mesylate therapy. Blood 2008;112:53-55. Available at: http://www.ncbi.nlm.nih.gov/pubmed/18403620.

195. Soverini S, Colarossi S, Gnani A, et al. Resistance to dasatinib in Philadelphia-positive leukemia patients and the presence or the selection of mutations at residues 315 and 317 in the BCR-ABL kinase domain. Haematologica 2007;92:401-404. Available at: http://www.ncbi.nlm.nih.gov/pubmed/17339191.

196. Jabbour E, Kantarjian HM, Jones D, et al. Characteristics and outcome of chronic myeloid leukemia patients with F317L BCR-ABL kinase domain mutation after therapy with tyrosine kinase inhibitors. Blood 2008;112:4839-4842. Available at: http://www.ncbi.nlm.nih.gov/pubmed/18818391.

197. Muller MC, Cortes JE, Kim D-W, et al. Dasatinib treatment of chronic-phase chronic myeloid leukemia: analysis of responses according to preexisting BCR-ABL mutations. Blood 2009;114:4944-4953. Available at: http://www.ncbi.nlm.nih.gov/pubmed/19779040.

198. Khoury HJ, Cortes JE, Kantarjian HM, et al. Bosutinib is active in chronic phase chronic myeloid leukemia after imatinib and dasatinib

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

and/or nilotinib therapy failure. Blood 2012;119:3403-3412. Available at: http://www.ncbi.nlm.nih.gov/pubmed/22371878.

199. Khorashad JS, Kelley TW, Szankasi P, et al. BCR-ABL1 compound mutations in tyrosine kinase inhibitor-resistant CML: frequency and clonal relationships. Blood 2013;121:489-498. Available at: https://www.ncbi.nlm.nih.gov/pubmed/23223358.

200. Zabriskie MS, Eide CA, Tantravahi SK, et al. BCR-ABL1 compound mutations combining key kinase domain positions confer clinical resistance to ponatinib in Ph chromosome-positive leukemia. Cancer Cell 2014;26:428-442. Available at: https://www.ncbi.nlm.nih.gov/pubmed/25132497.

201. Deininger MW, Hodgson JG, Shah NP, et al. Compound mutations in BCR-ABL1 are not major drivers of primary or secondary resistance to ponatinib in CP-CML patients. Blood 2016;127:703-712. Available at: https://www.ncbi.nlm.nih.gov/pubmed/26603839.

202. Soverini S, Branford S, Nicolini FE, et al. Implications of BCR-ABL1 kinase domain-mediated resistance in chronic myeloid leukemia. Leuk Res 2014;38:10-20. Available at: http://www.ncbi.nlm.nih.gov/pubmed/24131888.

203. Grossmann V, Kohlmann A, Zenger M, et al. A deep-sequencing study of chronic myeloid leukemia patients in blast crisis (BC-CML) detects mutations in 76.9% of cases. Leukemia 2011;25:557-560. Available at: https://www.ncbi.nlm.nih.gov/pubmed/21274004.

204. Schmidt M, Rinke J, Schafer V, et al. Molecular-defined clonal evolution in patients with chronic myeloid leukemia independent of the BCR-ABL status. Leukemia 2014;28:2292-2299. Available at: https://www.ncbi.nlm.nih.gov/pubmed/25212276.

205. Soverini S, de Benedittis C, Mancini M, Martinelli G. Mutations in the BCR-ABL1 Kinase Domain and Elsewhere in Chronic Myeloid Leukemia. Clin Lymphoma Myeloma Leuk 2015;15 Suppl:S120-128. Available at: https://www.ncbi.nlm.nih.gov/pubmed/26297264.

206. Kim T, Tyndel MS, Kim HJ, et al. Spectrum of somatic mutation dynamics in chronic myeloid leukemia following tyrosine kinase inhibitor

therapy. Blood 2017;129:38-47. Available at: https://www.ncbi.nlm.nih.gov/pubmed/27733357.

207. Togasaki E, Takeda J, Yoshida K, et al. Frequent somatic mutations in epigenetic regulators in newly diagnosed chronic myeloid leukemia. Blood Cancer J 2017;7:e559. Available at: https://www.ncbi.nlm.nih.gov/pubmed/28452984.

208. Branford S, Wang P, Yeung DT, et al. Integrative genomic analysis reveals cancer-associated mutations at diagnosis of CML in patients with high-risk disease. Blood 2018;132:948-961. Available at: https://www.ncbi.nlm.nih.gov/pubmed/29967129.

209. Branford S, Kim DDH, Apperley JF, et al. Laying the foundation for genomically-based risk assessment in chronic myeloid leukemia. Leukemia 2019;33:1835-1850. Available at: https://www.ncbi.nlm.nih.gov/pubmed/31209280.

210. Adnan Awad S, Kankainen M, Ojala T, et al. Mutation accumulation in cancer genes relates to nonoptimal outcome in chronic myeloid leukemia. Blood Adv 2020;4:546-559. Available at: https://www.ncbi.nlm.nih.gov/pubmed/32045476.

211. Branford S, Rudzki Z, Parkinson I, et al. Real-time quantitative PCR analysis can be used as a primary screen to identify patients with CML treated with imatinib who have BCR-ABL kinase domain mutations. Blood 2004;104:2926-2932. Available at: http://www.ncbi.nlm.nih.gov/pubmed/15256429.

212. Wang L, Knight K, Lucas C, Clark R. The role of serial BCR-ABL transcript monitoring in predicting the emergence of BCR-ABL kinase mutations in imatinib-treated patients with chronic myeloid leukemia. Haematologica 2006;91:235-239. Available at: http://www.ncbi.nlm.nih.gov/pubmed/16461309.

213. Kantarjian HM, Shan J, Jones D, et al. Significance of increasing levels of minimal residual disease in patients with Philadelphia chromosome-positive chronic myelogenous leukemia in complete cytogenetic response. J Clin Oncol 2009;27:3659-3663. Available at: http://www.ncbi.nlm.nih.gov/pubmed/19487383.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

# NCCN Guidelines Version 1.2023
# Chronic Myeloid Leukemia

214. Marin D, Khorashad JS, Foroni L, et al. Does a rise in the BCR-ABL1 transcript level identify chronic phase CML patients responding to imatinib who have a high risk of cytogenetic relapse? Br J Haematol 2009;145:373-375. Available at: http://www.ncbi.nlm.nih.gov/pubmed/19344397.

215. Press RD, Willis SG, Laudadio J, et al. Determining the rise in BCR-ABL RNA that optimally predicts a kinase domain mutation in patients with chronic myeloid leukemia on imatinib. Blood 2009;114:2598-2605. Available at: http://www.ncbi.nlm.nih.gov/pubmed/19625707.

216. Cortes JE, Apperley JF, DeAngelo DJ, et al. Management of adverse events associated with bosutinib treatment of chronic-phase chronic myeloid leukemia: expert panel review. J Hematol Oncol 2018;11:143. Available at: https://www.ncbi.nlm.nih.gov/pubmed/30587215.

217. Naqvi K, Jabbour E, Skinner J, et al. Long-term follow-up of lower dose dasatinib (50 mg daily) as frontline therapy in newly diagnosed chronic-phase chronic myeloid leukemia. Cancer 2020;126:67-75. Available at: https://www.ncbi.nlm.nih.gov/pubmed/31553487.

218. Bergeron A, Rea D, Levy V, et al. Lung abnormalities after dasatinib treatment for chronic myeloid leukemia: a case series. Am J Respir Crit Care Med 2007;176:814-818. Available at: http://www.ncbi.nlm.nih.gov/pubmed/17600277.

219. Serpa M, Sanabani SS, Bendit I, et al. Efficacy and tolerability after unusually low doses of dasatinib in chronic myeloid leukemia patients intolerant to standard-dose dasatinib therapy. Clin Med Insights Oncol 2010;4:155-162. Available at: http://www.ncbi.nlm.nih.gov/pubmed/21234296.

220. Tokuhira M, Kimura Y, Sugimoto K, et al. Efficacy and safety of nilotinib therapy in patients with newly diagnosed chronic myeloid leukemia in the chronic phase. Med Oncol 2018;35:38. Available at: https://www.ncbi.nlm.nih.gov/pubmed/29442179.

221. Hiwase D, Tan P, D'Rozario J, et al. Efficacy and safety of nilotinib 300mg twice daily in patients with chronic myeloid leukemia in chronic phase who are intolerant to prior tyrosine kinase inhibitors: Results from the Phase IIIb ENESTswift study. Leuk Res 2018;67:109-115. Available at: https://www.ncbi.nlm.nih.gov/pubmed/29494928.

222. Clark RE, Polydoros F, Apperley JF, et al. De-escalation of tyrosine kinase inhibitor dose in patients with chronic myeloid leukaemia with stable major molecular response (DESTINY): an interim analysis of a non-randomised, phase 2 trial. Lancet Haematol 2017;4:e310-e316. Available at: https://www.ncbi.nlm.nih.gov/pubmed/28566209.

223. Iurlo A, Cattaneo D, Bucelli C, Breccia M. Dose Optimization of Tyrosine Kinase Inhibitors in Chronic Myeloid Leukemia: A New Therapeutic Challenge. J Clin Med 2021;10:515. Available at: https://www.ncbi.nlm.nih.gov/pubmed/33535564.

224. Mahon FX, Rea D, Guilhot J, et al. Discontinuation of imatinib in patients with chronic myeloid leukaemia who have maintained complete molecular remission for at least 2 years: the prospective, multicentre Stop Imatinib (STIM) trial. Lancet Oncol 2010;11:1029-1035. Available at: http://www.ncbi.nlm.nih.gov/pubmed/20965785.

225. Etienne G, Guilhot J, Rea D, et al. Long-term follow-up of the french stop imatinib (STIM1) study in patients with chronic myeloid leukemia. J Clin Oncol 2017;35:298-305. Available at: https://www.ncbi.nlm.nih.gov/pubmed/28095277.

226. Thielen N, van der Holt B, Cornelissen JJ, et al. Imatinib discontinuation in chronic phase myeloid leukaemia patients in sustained complete molecular response: a randomised trial of the Dutch-Belgian Cooperative Trial for Haemato-Oncology (HOVON). Eur J Cancer 2013;49:3242-3246. Available at: http://www.ncbi.nlm.nih.gov/pubmed/23876833.

227. Rousselot P, Charbonnier A, Cony-Makhoul P, et al. Loss of major molecular response as a trigger for restarting tyrosine kinase inhibitor therapy in patients with chronic-phase chronic myelogenous leukemia who have stopped imatinib after durable undetectable disease. J Clin Oncol 2014;32:424-430. Available at: http://www.ncbi.nlm.nih.gov/pubmed/24323036.

228. Mori S, Vagge E, le Coutre P, et al. Age and dPCR can predict relapse in CML patients who discontinued imatinib: the ISAV study. Am J

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

Hematol 2015;90:910-914. Available at:
https://www.ncbi.nlm.nih.gov/pubmed/26178642.

229. Lee SE, Choi SY, Song HY, et al. Imatinib withdrawal syndrome and longer duration of imatinib have a close association with a lower molecular relapse after treatment discontinuation: the KID study. Haematologica 2016;101:717-723. Available at:
https://www.ncbi.nlm.nih.gov/pubmed/26888022.

230. Ross DM, Pagani IS, Shanmuganathan N, et al. Long-term treatment-free remission of chronic myeloid leukemia with falling levels of residual leukemic cells. Leukemia 2018;32:2572-2579. Available at:
https://www.ncbi.nlm.nih.gov/pubmed/30315232.

231. Rea D, Nicolini FE, Tulliez M, et al. Discontinuation of dasatinib or nilotinib in chronic myeloid leukemia: interim analysis of the STOP 2G-TKI study. Blood 2017;129:846-854. Available at:
https://www.ncbi.nlm.nih.gov/pubmed/27932374.

232. Okada M, Imagawa J, Tanaka H, et al. Final 3-year Results of the Dasatinib Discontinuation Trial in Patients With Chronic Myeloid Leukemia Who Received Dasatinib as a Second-line Treatment. Clin Lymphoma Myeloma Leuk 2018;18:353-360 e351. Available at:
https://www.ncbi.nlm.nih.gov/pubmed/29610029.

233. Saussele S, Richter J, Guilhot J, et al. Discontinuation of tyrosine kinase inhibitor therapy in chronic myeloid leukaemia (EURO-SKI): a prespecified interim analysis of a prospective, multicentre, non-randomised, trial. Lancet Oncol 2018;19:747-757. Available at:
https://www.ncbi.nlm.nih.gov/pubmed/29735299.

234. Shah NP, Garcia-Gutierrez V, Jimenez-Velasco A, et al. Dasatinib discontinuation in patients with chronic-phase chronic myeloid leukemia and stable deep molecular response: the DASFREE study. Leuk Lymphoma 2020;61:650-659. Available at:
https://www.ncbi.nlm.nih.gov/pubmed/31647335.

235. Kimura S, Imagawa J, Murai K, et al. Treatment-free remission after first-line dasatinib discontinuation in patients with chronic myeloid leukaemia (first-line DADI trial): a single-arm, multicentre, phase 2 trial. Lancet Haematol 2020;7:e218-e225. Available at:
https://www.ncbi.nlm.nih.gov/pubmed/31978329.

236. Radich JP, Hochhaus A, Masszi T, et al. Treatment-free remission following frontline nilotinib in patients with chronic phase chronic myeloid leukemia: 5-year update of the ENESTfreedom trial. Leukemia 2021;35:1344-1355. Available at:
https://www.ncbi.nlm.nih.gov/pubmed/33707652.

237. Hughes TP, Clementino NCD, Fominykh M, et al. Long-term treatment-free remission in patients with chronic myeloid leukemia after second-line nilotinib: ENESTop 5-year update. Leukemia 2021;35:1631-1642. Available at:
https://www.ncbi.nlm.nih.gov/pubmed/33980976.

238. Legros L, Nicolini FE, Etienne G, et al. Second tyrosine kinase inhibitor discontinuation attempt in patients with chronic myeloid leukemia. Cancer 2017;123:4403-4410. Available at:
https://www.ncbi.nlm.nih.gov/pubmed/28743166.

239. Ilander M, Olsson-Stromberg U, Schlums H, et al. Increased proportion of mature NK cells is associated with successful imatinib discontinuation in chronic myeloid leukemia. Leukemia 2017;31:1108-1116. Available at:
https://www.ncbi.nlm.nih.gov/pubmed/27890936.

240. Talpaz M, Silver RT, Druker BJ, et al. Imatinib induces durable hematologic and cytogenetic responses in patients with accelerated phase chronic myeloid leukemia: results of a phase 2 study. Blood 2002;99:1928-1937. Available at:
http://www.ncbi.nlm.nih.gov/pubmed/11877262.

241. Kantarjian HM, Cortes J, O'Brien S, et al. Imatinib mesylate (STI571) therapy for Philadelphia chromosome-positive chronic myelogenous leukemia in blast phase. Blood 2002;99:3547-3553. Available at:
http://www.ncbi.nlm.nih.gov/pubmed/11986206.

242. Sawyers CL, Hochhaus A, Feldman E, et al. Imatinib induces hematologic and cytogenetic responses in patients with chronic myelogenous leukemia in myeloid blast crisis: results of a phase II study. Blood 2002;99:3530-3539. Available at:
http://www.ncbi.nlm.nih.gov/pubmed/11986204.

243. Palandri F, Castagnetti F, Testoni N, et al. Chronic myeloid leukemia in blast crisis treated with imatinib 600 mg: outcome of the patients alive

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

after a 6-year follow-up. Haematologica 2008;93:1792-1796. Available at: http://www.ncbi.nlm.nih.gov/pubmed18838477.

244. Palandri F, Castagnetti F, Alimena G, et al. The long-term durability of cytogenetic responses in patients with accelerated phase chronic myeloid leukemia treated with imatinib 600 mg: the GIMEMA CML Working Party experience after a 7-year follow-up. Haematologica 2009;94:205-212. Available at: http://www.ncbi.nlm.nih.gov/pubmed/19144656.

245. Kantarjian H, Cortes J, Kim DW, et al. Phase 3 study of dasatinib 140 mg once daily versus 70 mg twice daily in patients with chronic myeloid leukemia in accelerated phase resistant or intolerant to imatinib: 15-month median follow-up. Blood 2009;113:6322-6329. Available at: http://www.ncbi.nlm.nih.gov/pubmed/19369231.

246. Ottmann O, Saglio G, Apperley JF, et al. Long-term efficacy and safety of dasatinib in patients with chronic myeloid leukemia in accelerated phase who are resistant to or intolerant of imatinib. Blood Cancer J 2018;8:88. Available at: https://www.ncbi.nlm.nih.gov/pubmed/30190469.

247. Saglio G, Hochhaus A, Goh YT, et al. Dasatinib in imatinib-resistant or imatinib-intolerant chronic myeloid leukemia in blast phase after 2 years of follow-up in a phase 3 study: efficacy and tolerability of 140 milligrams once daily and 70 milligrams twice daily. Cancer 2010;116:3852-3861. Available at: http://www.ncbi.nlm.nih.gov/pubmed/20564086.

248. le Coutre PD, Giles FJ, Hochhaus A, et al. Nilotinib in patients with Ph+ chronic myeloid leukemia in accelerated phase following imatinib resistance or intolerance: 24-month follow-up results. Leukemia 2012;26:1189-1194. Available at: http://www.ncbi.nlm.nih.gov/pubmed/22076466.

249. Giles FJ, Kantarjian HM, le Coutre PD, et al. Nilotinib is effective in imatinib-resistant or -intolerant patients with chronic myeloid leukemia in blastic phase. Leukemia 2012;26:959-962. Available at: http://www.ncbi.nlm.nih.gov/pubmed/22157807.

250. Gambacorti-Passerini C, Kantarjian HM, Kim DW, et al. Long-term efficacy and safety of bosutinib in patients with advanced leukemia following resistance/intolerance to imatinib and other tyrosine kinase inhibitors. Am J Hematol 2015;90:755-768. Available at: http://www.ncbi.nlm.nih.gov/pubmed/26040495.

251. Oki Y, Kantarjian HM, Gharibyan V, et al. Phase II study of low-dose decitabine in combination with imatinib mesylate in patients with accelerated or myeloid blastic phase of chronic myelogenous leukemia. Cancer 2007;109:899-906. Available at: http://www.ncbi.nlm.nih.gov/pubmed/17236224.

252. Quintas-Cardama A, Kantarjian H, Garcia-Manero G, et al. A pilot study of imatinib, low-dose cytarabine and idarubicin for patients with chronic myeloid leukemia in myeloid blast phase. Leuk Lymphoma 2007;48:283-289. Available at: http://www.ncbi.nlm.nih.gov/pubmed/17325887.

253. Fruehauf S, Topaly J, Buss EC, et al. Imatinib combined with mitoxantrone/etoposide and cytarabine is an effective induction therapy for patients with chronic myeloid leukemia in myeloid blast crisis. Cancer 2007;109:1543-1549. Available at: http://www.ncbi.nlm.nih.gov/pubmed/17340589.

254. Deau B, Nicolini FE, Guilhot J, et al. The addition of daunorubicin to imatinib mesylate in combination with cytarabine improves the response rate and the survival of patients with myeloid blast crisis chronic myelogenous leukemia (AFR01 study). Leuk Res 2011;35:777-782. Available at: http://www.ncbi.nlm.nih.gov/pubmed/21145590.

255. Benjamini O, Dumlao TL, Kantarjian H, et al. Phase II trial of hyper CVAD and dasatinib in patients with relapsed Philadelphia chromosome positive acute lymphoblastic leukemia or blast phase chronic myeloid leukemia. Am J Hematol 2014;89:282-287. Available at: http://www.ncbi.nlm.nih.gov/pubmed/24779033.

256. Strati P, Kantarjian H, Thomas D, et al. HCVAD plus imatinib or dasatinib in lymphoid blastic phase chronic myeloid leukemia. Cancer 2014;120:373-380. Available at: http://www.ncbi.nlm.nih.gov/pubmed/24151050.

257. Fava C, Kantarjian HM, Jabbour E, et al. Failure to achieve a complete hematologic response at the time of a major cytogenetic response with second-generation tyrosine kinase inhibitors is associated with a poor prognosis among patients with chronic myeloid leukemia in

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

# NCCN Guidelines Version 1.2023
# Chronic Myeloid Leukemia

accelerated or blast phase. Blood 2009;113:5058-5063. Available at: http://www.ncbi.nlm.nih.gov/pubmed/19282457.

258. Khoury HJ, Cortes J, Baccarani M, et al. Omacetaxine mepesuccinate in patients with advanced chronic myeloid leukemia with resistance or intolerance to tyrosine kinase inhibitors. Leuk Lymphoma 2015;56:120-127. Available at: http://www.ncbi.nlm.nih.gov/pubmed/24650054.

259. Rea D, Etienne G, Nicolini F, et al. First-line imatinib mesylate in patients with newly diagnosed accelerated phase-chronic myeloid leukemia. Leukemia 2012;26:2254-2259. Available at: http://www.ncbi.nlm.nih.gov/pubmed/22460758.

260. Ohanian M, Kantarjian HM, Quintas-Cardama A, et al. Tyrosine kinase inhibitors as initial therapy for patients with chronic myeloid leukemia in accelerated phase. Clin Lymphoma Myeloma Leuk 2014;14:155-162 e151. Available at: http://www.ncbi.nlm.nih.gov/pubmed/24332214.

261. Jain P, Kantarjian HM, Ghorab A, et al. Prognostic factors and survival outcomes in patients with chronic myeloid leukemia in blast phase in the tyrosine kinase inhibitor era: Cohort study of 477 patients. Cancer 2017;123:4391-4402. Available at: https://www.ncbi.nlm.nih.gov/pubmed/28743165.

262. Rajappa S, Uppin SG, Raghunadharao D, et al. Isolated central nervous system blast crisis in chronic myeloid leukemia. Hematol Oncol 2004;22:179-181. Available at: http://www.ncbi.nlm.nih.gov/pubmed/15995975.

263. Kim HJ, Jung CW, Kim K, et al. Isolated blast crisis in CNS in a patient with chronic myelogenous leukemia maintaining major cytogenetic response after imatinib. J Clin Oncol 2006;24:4028-4029. Available at: http://www.ncbi.nlm.nih.gov/pubmed/16921058.

264. Altintas A, Cil T, Kilinc I, et al. Central nervous system blastic crisis in chronic myeloid leukemia on imatinib mesylate therapy: a case report. J Neurooncol 2007;84:103-105. Available at: http://www.ncbi.nlm.nih.gov/pubmed/17318411.

265. Aftimos P, Nasr F. Isolated CNS lymphoid blast crisis in a patient with imatinib-resistant chronic myelogenous leukemia: case report and review of the literature. Leuk Res 2009;33:e178-180. Available at: http://www.ncbi.nlm.nih.gov/pubmed/19446330.

266. Porkka K, Koskenvesa P, Lundan T, et al. Dasatinib crosses the blood-brain barrier and is an efficient therapy for central nervous system Philadelphia chromosome-positive leukemia. Blood 2008;112:1005-1012. Available at: http://www.ncbi.nlm.nih.gov/pubmed/18477770.

267. Hansen JA, Gooley TA, Martin PJ, et al. Bone marrow transplants from unrelated donors for patients with chronic myeloid leukemia. N Engl J Med 1998;338:962-968. Available at: http://www.ncbi.nlm.nih.gov/pubmed/9521984.

268. Davies SM, DeFor TE, McGlave PB, et al. Equivalent outcomes in patients with chronic myelogenous leukemia after early transplantation of phenotypically matched bone marrow from related or unrelated donors. Am J Med 2001;110:339-346. Available at: http://www.ncbi.nlm.nih.gov/pubmed/11286947.

269. Crawley C, Szydlo R, Lalancette M, et al. Outcomes of reduced-intensity transplantation for chronic myeloid leukemia: an analysis of prognostic factors from the Chronic Leukemia Working Party of the EBMT. Blood 2005;106:2969-2976. Available at: http://www.ncbi.nlm.nih.gov/pubmed/15998838.

270. Or R, Shapira MY, Resnick I, et al. Nonmyeloablative allogeneic stem cell transplantation for the treatment of chronic myeloid leukemia in first chronic phase. Blood 2003;101:441-445. Available at: http://www.ncbi.nlm.nih.gov/pubmed/12393604.

271. Faber E, Koza V, Vitek A, et al. Reduced-intensity conditioning for allogeneic stem cell transplantation in patients with chronic myeloid leukemia is associated with better overall survival but inferior disease-free survival when compared with myeloablative conditioning - a retrospective study of the Czech National Hematopoietic Stem Cell Transplantation Registry. Neoplasma 2007;54:443-446. Available at: http://www.ncbi.nlm.nih.gov/pubmed/17688375.

272. Kebriaei P, Detry MA, Giralt S, et al. Long-term follow-up of allogeneic hematopoietic stem-cell transplantation with reduced-intensity

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

conditioning for patients with chronic myeloid leukemia. Blood 2007;110:3456-3462. Available at: http://www.ncbi.nlm.nih.gov/pubmed/17652620.

273. Warlick E, Ahn KW, Pedersen TL, et al. Reduced intensity conditioning is superior to nonmyeloablative conditioning for older chronic myelogenous leukemia patients undergoing hematopoietic cell transplant during the tyrosine kinase inhibitor era. Blood 2012;119:4083-4090. Available at: http://www.ncbi.nlm.nih.gov/pubmed/22408257.

274. Velev N, Cortes J, Champlin R, et al. Stem cell transplantation for patients with chronic myeloid leukemia resistant to tyrosine kinase inhibitors with BCR-ABL kinase domain mutation T315I. Cancer 2010;116:3631-3637. Available at: http://www.ncbi.nlm.nih.gov/pubmed/20564073.

275. Jabbour E, Cortes J, Santos FP, et al. Results of allogeneic hematopoietic stem cell transplantation for chronic myelogenous leukemia patients who failed tyrosine kinase inhibitors after developing BCR-ABL1 kinase domain mutations. Blood 2011;117:3641-3647. Available at: http://www.ncbi.nlm.nih.gov/pubmed/21156844.

276. Nicolini FE, Basak GW, Soverini S, et al. Allogeneic stem cell transplantation for patients harboring T315I BCR-ABL mutated leukemias. Blood 2011;118:5697-5700. Available at: http://www.ncbi.nlm.nih.gov/pubmed/21926354.

277. Nair AP, Barnett MJ, Broady RC, et al. Allogeneic hematopoietic stem cell transplantation is an effective salvage therapy for patients with chronic myeloid leukemia presenting with advanced disease or failing treatment with tyrosine kinase inhibitors. Biol Blood Marrow Transplant 2015;21:1437-1444. Available at: https://www.ncbi.nlm.nih.gov/pubmed/25865648.

278. Deininger M, Schleuning M, Greinix H, et al. The effect of prior exposure to imatinib on transplant-related mortality. Haematologica 2006;91:452-459. Available at: http://www.ncbi.nlm.nih.gov/pubmed/16585011.

279. Oehler VG, Gooley T, Snyder DS, et al. The effects of imatinib mesylate treatment before allogeneic transplantation for chronic myeloid leukemia. Blood 2007;109:1782-1789. Available at: http://www.ncbi.nlm.nih.gov/pubmed/17062727.

280. Jabbour E, Cortes J, Kantarjian H, et al. Novel tyrosine kinase inhibitor therapy before allogeneic stem cell transplantation in patients with chronic myeloid leukemia: no evidence for increased transplant-related toxicity. Cancer 2007;110:340-344. Available at: http://www.ncbi.nlm.nih.gov/pubmed/17559140.

281. Shimoni A, Leiba M, Schleuning M, et al. Prior treatment with the tyrosine kinase inhibitors dasatinib and nilotinib allows stem cell transplantation (SCT) in a less advanced disease phase and does not increase SCT Toxicity in patients with chronic myelogenous leukemia and philadelphia positive acute lymphoblastic leukemia. Leukemia 2009;23:190-194. Available at: http://www.ncbi.nlm.nih.gov/pubmed/18596746.

282. Breccia M, Palandri F, Iori AP, et al. Second-generation tyrosine kinase inhibitors before allogeneic stem cell transplantation in patients with chronic myeloid leukemia resistant to imatinib. Leuk Res 2010;34:143-147. Available at: http://www.ncbi.nlm.nih.gov/pubmed/19481800.

283. Lee SE, Choi SY, Kim SH, et al. Prognostic factors for outcomes of allogeneic stem cell transplantation in chronic phase chronic myeloid leukemia in the era of tyrosine kinase inhibitors. Hematology 2014;19:63-72. Available at: http://www.ncbi.nlm.nih.gov/pubmed/23684143.

284. Piekarska A, Gil L, Prejzner W, et al. Pretransplantation use of the second-generation tyrosine kinase inhibitors has no negative impact on the HCT outcome. Ann Hematol 2015;94:1891-1897. Available at: https://www.ncbi.nlm.nih.gov/pubmed/26220759.

285. Gratwohl A, Hermans J, Goldman JM, et al. Risk assessment for patients with chronic myeloid leukaemia before allogeneic blood or marrow transplantation. Chronic Leukemia Working Party of the European Group for Blood and Marrow Transplantation. Lancet 1998;352:1087-1092. Available at: http://www.ncbi.nlm.nih.gov/pubmed/9798583.

286. Pavlu J, Kew AK, Taylor-Roberts B, et al. Optimizing patient selection for myeloablative allogeneic hematopoietic cell transplantation in chronic

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

# NCCN Guidelines Version 1.2023
# Chronic Myeloid Leukemia

myeloid leukemia in chronic phase. Blood 2010;115:4018-4020. Available at: http://www.ncbi.nlm.nih.gov/pubmed/20304808.

287. Horowitz MM, Rowlings PA, Passweg JR. Allogeneic bone marrow transplantation for CML: a report from the International Bone Marrow Transplant Registry. Bone Marrow Transplant 1996;17 Suppl 3:S5-6. Available at: http://www.ncbi.nlm.nih.gov/pubmed/8769690.

288. Gratwohl A, Brand R, Apperley J, et al. Allogeneic hematopoietic stem cell transplantation for chronic myeloid leukemia in Europe 2006: transplant activity, long-term data and current results. An analysis by the Chronic Leukemia Working Party of the European Group for Blood and Marrow Transplantation (EBMT). Haematologica 2006;91:513-521. Available at: http://www.ncbi.nlm.nih.gov/pubmed/16533723.

289. Goldman JM, Majhail NS, Klein JP, et al. Relapse and late mortality in 5-year survivors of myeloablative allogeneic hematopoietic cell transplantation for chronic myeloid leukemia in first chronic phase. J Clin Oncol 2010;28:1888-1895. Available at: http://www.ncbi.nlm.nih.gov/pubmed/20212247.

290. Saussele S, Lauseker M, Gratwohl A, et al. Allogeneic hematopoietic stem cell transplantation (allo SCT) for chronic myeloid leukemia in the imatinib era: evaluation of its impact within a subgroup of the randomized German CML Study IV. Blood 2010;115:1880-1885. Available at: http://www.ncbi.nlm.nih.gov/pubmed/19965667.

291. Boehm A, Walcherberger B, Sperr WR, et al. Improved outcome in patients with chronic myeloid leukemia after allogeneic hematopoietic stem cell transplantation over the past 25 years: A single center experience. Biol Blood Marrow Transplant 2011 17:133-140. Available at: http://www.ncbi.nlm.nih.gov/pubmed/20601032.

292. Khoury HJ, Kukreja M, Goldman JM, et al. Prognostic factors for outcomes in allogeneic transplantation for CML in the imatinib era: a CIBMTR analysis. Bone Marrow Transplant 2012;47:810-816. Available at: http://www.ncbi.nlm.nih.gov/pubmed/21986636.

293. Delage R, Soiffer R, Dear K, Ritz J. Clinical significance of bcr-abl gene rearrangement detected by polymerase chain reaction after allogeneic bone marrow transplantation in chronic myelogenous leukemia.

Blood 1991;78:2759-2767. Available at: http://www.ncbi.nlm.nih.gov/pubmed/1824268.

294. Roth M, Antin J, Ash R, et al. Prognostic significance of Philadelphia chromosome-positive cells detected by the polymerase chain reaction after allogeneic bone marrow transplant for chronic myelogenous leukemia. Blood 1992;79:276-282. Available at: http://www.ncbi.nlm.nih.gov/pubmed/1728316.

295. van Rhee F, Lin F, Cross NC, et al. Detection of residual leukaemia more than 10 years after allogeneic bone marrow transplantation for chronic myelogenous leukaemia. Bone Marrow Transplant 1994;14:609-612. Available at: http://www.ncbi.nlm.nih.gov/pubmed/7858536.

296. Radich JP, Gehly G, Gooley T, et al. Polymerase chain reaction detection of the BCR-ABL fusion transcript after allogeneic marrow transplantation for chronic myeloid leukemia: results and implications in 346 patients. Blood 1995;85:2632-2638. Available at: http://www.ncbi.nlm.nih.gov/pubmed/7727789.

297. Costello RT, Kirk J, Gabert J. Value of PCR analysis for long term survivors after allogeneic bone marrow transplant for chronic myelogenous leukemia: a comparative study. Leuk Lymphoma 1996;20:239-243. Available at: http://www.ncbi.nlm.nih.gov/pubmed/8624462.

298. Mackinnon S, Barnett L, Heller G. Polymerase chain reaction is highly predictive of relapse in patients following T cell-depleted allogeneic bone marrow transplantation for chronic myeloid leukemia. Bone Marrow Transplant 1996;17:643-647. Available at: http://www.ncbi.nlm.nih.gov/pubmed/8722369.

299. Olavarria E, Kanfer E, Szydlo R, et al. Early detection of BCR-ABL transcripts by quantitative reverse transcriptase-polymerase chain reaction predicts outcome after allogeneic stem cell transplantation for chronic myeloid leukemia. Blood 2001;97:1560-1565. Available at: http://www.ncbi.nlm.nih.gov/pubmed/11238091.

300. Radich JP, Gooley T, Bryant E, et al. The significance of bcr-abl molecular detection in chronic myeloid leukemia patients "late," 18 months or more after transplantation. Blood 2001;98:1701-1707. Available at: http://www.ncbi.nlm.nih.gov/pubmed/11535500.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

301. Kolb HJ, Schattenberg A, Goldman JM, et al. Graft-versus-leukemia effect of donor lymphocyte transfusions in marrow grafted patients. Blood 1995;86:2041-2050. Available at: http://www.ncbi.nlm.nih.gov/pubmed/7655033.

302. Dazzi F, Szydlo RM, Cross NC, et al. Durability of responses following donor lymphocyte infusions for patients who relapse after allogeneic stem cell transplantation for chronic myeloid leukemia. Blood 2000;96:2712-2716. Available at: http://www.ncbi.nlm.nih.gov/pubmed/11023502.

303. Luznik L, Fuchs EJ. Donor lymphocyte infusions to treat hematologic malignancies in relapse after allogeneic blood or marrow transplantation. Cancer Control 2002;9:123-137. Available at: http://www.ncbi.nlm.nih.gov/pubmed/11965233.

304. Michallet AS, Nicolini F, Furst S, et al. Outcome and long-term follow-up of alloreactive donor lymphocyte infusions given for relapse after myeloablative allogeneic hematopoietic stem cell transplantations (HSCT). Bone Marrow Transplant 2005;35:601-608. Available at: http://www.ncbi.nlm.nih.gov/pubmed/15756285.

305. Weisser M, Tischer J, Schnittger S, et al. A comparison of donor lymphocyte infusions or imatinib mesylate for patients with chronic myelogenous leukemia who have relapsed after allogeneic stem cell transplantation. Haematologica 2006;91:663-666. Available at: http://www.ncbi.nlm.nih.gov/pubmed/16627251.

306. Chalandon Y, Passweg JR, Guglielmi C, et al. Early administration of donor lymphocyte infusions upon molecular relapse after allogeneic hematopoietic stem cell transplantation for chronic myeloid leukemia: a study by the Chronic Malignancies Working Party of the EBMT. Haematologica 2014;99:1492-1498. Available at: http://www.ncbi.nlm.nih.gov/pubmed/24997146.

307. Schmidt S, Liu Y, Hu ZH, et al. The Role of Donor Lymphocyte Infusion (DLI) in Post-Hematopoietic Cell Transplant (HCT) Relapse for Chronic Myeloid Leukemia (CML) in the Tyrosine Kinase Inhibitor (TKI) Era. Biol Blood Marrow Transplant 2020;26:1137-1143. Available at: https://www.ncbi.nlm.nih.gov/pubmed/32062061.

308. Dazzi F, Szydlo RM, Craddock C, et al. Comparison of single-dose and escalating-dose regimens of donor lymphocyte infusion for relapse after allografting for chronic myeloid leukemia. Blood 2000;95:67-71. Available at: http://www.ncbi.nlm.nih.gov/pubmed/10607686.

309. Shimoni A, Gajewski JA, Donato M, et al. Long-Term follow-up of recipients of CD8-depleted donor lymphocyte infusions for the treatment of chronic myelogenous leukemia relapsing after allogeneic progenitor cell transplantation. Biol Blood Marrow Transplant 2001;7:568-575. Available at: http://www.ncbi.nlm.nih.gov/pubmed/11760089.

310. Gilleece MH, Dazzi F. Donor lymphocyte infusions for patients who relapse after allogeneic stem cell transplantation for chronic myeloid leukaemia. Leuk Lymphoma 2003;44:23-28. Available at: http://www.ncbi.nlm.nih.gov/pubmed/12691139.

311. Posthuma EFM, Marijt EWAF, Barge RMY, et al. Alpha-interferon with very-low-dose donor lymphocyte infusion for hematologic or cytogenetic relapse of chronic myeloid leukemia induces rapid and durable complete remissions and is associated with acceptable graft-versus-host disease. Biol Blood Marrow Transplant 2004;10:204-212. Available at: http://www.ncbi.nlm.nih.gov/pubmed/14993886.

312. Simula MP, Marktel S, Fozza C, et al. Response to donor lymphocyte infusions for chronic myeloid leukemia is dose-dependent: the importance of escalating the cell dose to maximize therapeutic efficacy. Leukemia 2007;21:943-948. Available at: http://www.ncbi.nlm.nih.gov/pubmed/17361226.

313. Kantarjian HM, O'Brien S, Cortes JE, et al. Imatinib mesylate therapy for relapse after allogeneic stem cell transplantation for chronic myelogenous leukemia. Blood 2002;100:1590-1595. Available at: http://www.ncbi.nlm.nih.gov/pubmed/12176876.

314. Olavarria E, Ottmann OG, Deininger M, et al. Response to imatinib in patients who relapse after allogeneic stem cell transplantation for chronic myeloid leukemia. Leukemia 2003;17:1707-1712. Available at: http://www.ncbi.nlm.nih.gov/pubmed/12970768.

315. Anderlini P, Sheth S, Hicks K, et al. Re: Imatinib mesylate administration in the first 100 days after stem cell transplantation. Biol

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

# NCCN Guidelines Version 1.2023
# Chronic Myeloid Leukemia

**National Comprehensive Cancer Network®**

Blood Marrow Transplant 2004;10:883-884. Available at: http://www.ncbi.nlm.nih.gov/pubmed/15570257.

316. DeAngelo DJ, Hochberg EP, Alyea EP, et al. Extended follow-up of patients treated with imatinib mesylate (gleevec) for chronic myelogenous leukemia relapse after allogeneic transplantation: durable cytogenetic remission and conversion to complete donor chimerism without graft-versus-host disease. Clin Cancer Res 2004;10:5065-5071. Available at: http://www.ncbi.nlm.nih.gov/pubmed/15297408.

317. Hess G, Bunjes D, Siegert W, et al. Sustained complete molecular remissions after treatment with imatinib-mesylate in patients with failure after allogeneic stem cell transplantation for chronic myelogenous leukemia: results of a prospective phase II open-label multicenter study. J Clin Oncol 2005;23:7583-7593. Available at: http://www.ncbi.nlm.nih.gov/pubmed/16234522.

318. Palandri F, Amabile M, Rosti G, et al. Imatinib therapy for chronic myeloid leukemia patients who relapse after allogeneic stem cell transplantation: a molecular analysis. Bone Marrow Transplant 2007;39:189-191. Available at: http://www.ncbi.nlm.nih.gov/pubmed/17211436.

319. Conchon M, Sanabani SS, Bendit I, et al. The use of imatinib mesylate as a lifesaving treatment of chronic myeloid leukemia relapse after bone marrow transplantation. J Transplant 2009;2009:357093-357093. Available at: http://www.ncbi.nlm.nih.gov/pubmed/20107580.

320. Wright MP, Shepherd JD, Barnett MJ, et al. Response to tyrosine kinase inhibitor therapy in patients with chronic myelogenous leukemia relapsing in chronic and advanced phase following allogeneic hematopoietic stem cell transplantation. Biol Blood Marrow Transplant 2010;16:639-646. Available at: http://www.ncbi.nlm.nih.gov/pubmed/20005967.

321. Breccia M, Cannella L, Stefanizzi C, et al. Efficacy of dasatinib in a chronic myeloid leukemia patient with disease molecular relapse and chronic GVHD after haploidentical BMT: an immunomodulatory effect? Bone Marrow Transplant 2009;44:331-332. Available at: http://www.ncbi.nlm.nih.gov/pubmed/19219075.

322. Klyuchnikov E, Schafhausen P, Kroger N, et al. Second-generation tyrosine kinase inhibitors in the post-transplant period in patients with chronic myeloid leukemia or Philadelphia-positive acute lymphoblastic leukemia. Acta Haematol 2009;122:6-10. Available at: http://www.ncbi.nlm.nih.gov/pubmed/19602874.

323. Reinwald M, Schleyer E, Kiewe P, et al. Efficacy and pharmacologic data of second-generation tyrosine kinase inhibitor nilotinib in BCR-ABL-positive leukemia patients with central nervous system relapse after allogeneic stem cell transplantation. Biomed Res Int 2014;2014:637059. Available at: http://www.ncbi.nlm.nih.gov/pubmed/25025064.

324. Shimoni A, Volchek Y, Koren-Michowitz M, et al. Phase 1/2 study of nilotinib prophylaxis after allogeneic stem cell transplantation in patients with advanced chronic myeloid leukemia or Philadelphia chromosome-positive acute lymphoblastic leukemia. Cancer 2015;121:863-871. Available at: http://www.ncbi.nlm.nih.gov/pubmed/25387866.

325. Savani BN, Montero A, Kurlander R, et al. Imatinib synergizes with donor lymphocyte infusions to achieve rapid molecular remission of CML relapsing after allogeneic stem cell transplantation. Bone Marrow Transplant 2005;36:1009-1015. Available at: http://www.ncbi.nlm.nih.gov/pubmed/16205732.

326. Shanavas M, Messner HA, Kamel-Reid S, et al. A comparison of long-term outcomes of donor lymphocyte infusions and tyrosine kinase inhibitors in patients with relapsed CML after allogeneic hematopoietic cell transplantation. Clin Lymphoma Myeloma Leuk 2014;14:87-92. Available at: https://www.ncbi.nlm.nih.gov/pubmed/24252361.

327. Zeidner JF, Zahurak M, Rosner GL, et al. The evolution of treatment strategies for patients with chronic myeloid leukemia relapsing after allogeneic bone marrow transplant: can tyrosine kinase inhibitors replace donor lymphocyte infusions? Leuk Lymphoma 2015;56:128-134. Available at: https://www.ncbi.nlm.nih.gov/pubmed/24712979.

328. Carpenter PA, Snyder DS, Flowers MED, et al. Prophylactic administration of imatinib after hematopoietic cell transplantation for high-risk Philadelphia chromosome-positive leukemia. Blood

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

2007;109:2791-2793. Available at: http://www.ncbi.nlm.nih.gov/pubmed/17119111.

329. Olavarria E, Siddique S, Griffiths MJ, et al. Posttransplantation imatinib as a strategy to postpone the requirement for immunotherapy in patients undergoing reduced-intensity allografts for chronic myeloid leukemia. Blood 2007;110:4614-4617. Available at: http://www.ncbi.nlm.nih.gov/pubmed/17881635.

330. DeFilipp Z, Langston AA, Chen Z, et al. Does post-transplant maintenance therapy with tyrosine kinase inhibitors improve outcomes of patients with high-risk Philadelphia chromosome-positive leukemia? Clin Lymphoma Myeloma Leuk 2016;16:466-471 e461. Available at: https://www.ncbi.nlm.nih.gov/pubmed/27297665.

331. Egan DN, Beppu L, Radich JP. Patients with Philadelphia-positive leukemia with BCR-ABL kinase mutations before allogeneic transplantation predominantly relapse with the same mutation. Biol Blood Marrow Transplant 2015;21:184-189. Available at: https://www.ncbi.nlm.nih.gov/pubmed/25300870.

332. Oshima K, Kanda Y, Yamashita T, et al. Central nervous system relapse of leukemia after allogeneic hematopoietic stem cell transplantation. Biol Blood Marrow Transplant 2008;14:1100-1107. Available at: http://www.ncbi.nlm.nih.gov/pubmed/18804039.

333. Fuchs M, Reinhofer M, Ragoschke-Schumm A, et al. Isolated central nervous system relapse of chronic myeloid leukemia after allogeneic hematopoietic stem cell transplantation. BMC Blood Disord 2012;12:9. Available at: http://www.ncbi.nlm.nih.gov/pubmed/22871019.

334. Ocheni S, Iwanski GB, Schafhausen P, et al. Characterisation of extramedullary relapse in patients with chronic myeloid leukemia in advanced disease after allogeneic stem cell transplantation. Leuk Lymphoma 2009;50:551-558. Available at: http://www.ncbi.nlm.nih.gov/pubmed/19373652.

335. Nishimoto M, Nakamae H, Koh KR, et al. Dasatinib maintenance therapy after allogeneic hematopoietic stem cell transplantation for an isolated central nervous system blast crisis in chronic myelogenous leukemia. Acta Haematol 2013;130:111-114. Available at: http://www.ncbi.nlm.nih.gov/pubmed/23548721.

336. Massimino M, Stella S, Tirro E, et al. Non ABL-directed inhibitors as alternative treatment strategies for chronic myeloid leukemia. Mol Cancer 2018;17:56. Available at: https://www.ncbi.nlm.nih.gov/pubmed/29455672.

337. Annunziata M, Bonifacio M, Breccia M, et al. Current Strategies and Future Directions to Achieve Deep Molecular Response and Treatment-Free Remission in Chronic Myeloid Leukemia. Front Oncol 2020;10:883. Available at: https://www.ncbi.nlm.nih.gov/pubmed/32582549.

338. Clark RE, Polydoros F, Apperley JF, et al. De-escalation of tyrosine kinase inhibitor therapy before complete treatment discontinuation in patients with chronic myeloid leukaemia (DESTINY): a non-randomised, phase 2 trial. Lancet Haematol 2019;6:e375-e383. Available at: https://www.ncbi.nlm.nih.gov/pubmed/31201085.

339. Westerweel PE, Te Boekhorst PAW, Levin MD, Cornelissen JJ. New Approaches and Treatment Combinations for the Management of Chronic Myeloid Leukemia. Front Oncol 2019;9:665. Available at: https://www.ncbi.nlm.nih.gov/pubmed/31448223.

340. Hoffmann VS, Baccarani M, Hasford J, et al. The EUTOS population-based registry: incidence and clinical characteristics of 2904 CML patients in 20 European Countries. Leukemia 2015;29:1336-1343. Available at: https://www.ncbi.nlm.nih.gov/pubmed/25783795.

341. Ramasamy K, Hayden J, Lim Z, et al. Successful pregnancies involving men with chronic myeloid leukaemia on imatinib therapy. Br J Haematol 2007;137:374-375. Available at: https://www.ncbi.nlm.nih.gov/pubmed/17408403.

342. Breccia M, Cannella L, Montefusco E, et al. Male patients with chronic myeloid leukemia treated with imatinib involved in healthy pregnancies: report of five cases. Leuk Res 2008;32:519-520. Available at: https://www.ncbi.nlm.nih.gov/pubmed/17804066.

343. Oweini H, Otrock ZK, Mahfouz RAR, Bazarbachi A. Successful pregnancy involving a man with chronic myeloid leukemia on dasatinib. Arch Gynecol Obstet 2010. Available at: http://www.ncbi.nlm.nih.gov/pubmed/20473616.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

344. Ghalaut VS, Prakash G, Bansal P, et al. Effect of imatinib on male reproductive hormones in BCR-ABL positive CML patients: A preliminary report. J Oncol Pharm Pract 2014;20:243-248. Available at: https://www.ncbi.nlm.nih.gov/pubmed/23966360.

345. Alizadeh H, Jaafar H, Rajnics P, et al. Outcome of pregnancy in chronic myeloid leukaemia patients treated with tyrosine kinase inhibitors: short report from a single centre. Leuk Res 2015;39:47-51. Available at: https://www.ncbi.nlm.nih.gov/pubmed/25455655.

346. Pye SM, Cortes J, Ault P, et al. The effects of imatinib on pregnancy outcome. Blood 2008;111:5505-5508. Available at: http://www.ncbi.nlm.nih.gov/pubmed/18322153.

347. Cortes JE, Abruzzese E, Chelysheva E, et al. The impact of dasatinib on pregnancy outcomes. Am J Hematol 2015;90:1111-1115. Available at: https://www.ncbi.nlm.nih.gov/pubmed/26348106.

348. Barkoulas T, Hall PD. Experience with dasatinib and nilotinib use in pregnancy. J Oncol Pharm Pract 2018;24:121-128. Available at: https://www.ncbi.nlm.nih.gov/pubmed/29284357.

349. Salem W, Li K, Krapp C, et al. Imatinib treatments have long-term impact on placentation and embryo survival. Sci Rep 2019;9:2535. Available at: https://www.ncbi.nlm.nih.gov/pubmed/30796277.

350. Madabhavi I, Sarkar M, Modi M, Kadakol N. Pregnancy Outcomes in Chronic Myeloid Leukemia: A Single Center Experience. J Glob Oncol 2019;5:1-11. Available at: https://www.ncbi.nlm.nih.gov/pubmed/31584851.

351. Cortes JE, Gambacorti-Passerini C, Deininger M, et al. Pregnancy outcomes in patients treated with bosutinib. Int J Hematol Oncol 2020;9:IJH26. Available at: https://www.ncbi.nlm.nih.gov/pubmed/33005329.

352. Assi R, Kantarjian H, Keating M, et al. Management of chronic myeloid leukemia during pregnancy among patients treated with a tyrosine kinase inhibitor: a single-Center experience. Leuk Lymphoma 2021;62:909-917. Available at: https://www.ncbi.nlm.nih.gov/pubmed/33283580.

353. Ault P, Kantarjian H, O'Brien S, et al. Pregnancy among patients with chronic myeloid leukemia treated with imatinib. J Clin Oncol 2006;24:1204-1208. Available at: http://www.ncbi.nlm.nih.gov/pubmed/16446320.

354. Kuwabara A, Babb A, Ibrahim A, et al. Poor outcome after reintroduction of imatinib in patients with chronic myeloid leukemia who interrupt therapy on account of pregnancy without having achieved an optimal response. Blood 2010;116:1014-1016. Available at: https://www.ncbi.nlm.nih.gov/pubmed/20705771.

355. Lasica M, Willcox A, Burbury K, et al. The effect of tyrosine kinase inhibitor interruption and interferon use on pregnancy outcomes and long-term disease control in chronic myeloid leukemia. Leuk Lymphoma 2019:1-7. Available at: https://www.ncbi.nlm.nih.gov/pubmed/30632843.

356. Stella S, Tirro E, Massimino M, et al. Successful Management of a Pregnant Patient With Chronic Myeloid Leukemia Receiving Standard Dose Imatinib. In Vivo 2019;33:1593-1598. Available at: https://www.ncbi.nlm.nih.gov/pubmed/31471409.

357. Haggstrom J, Adriansson M, Hybbinette T, et al. Two cases of CML treated with alpha-interferon during second and third trimester of pregnancy with analysis of the drug in the new-born immediately postpartum. Eur J Haematol 1996;57:101-102. Available at: https://www.ncbi.nlm.nih.gov/pubmed/8698119.

358. Kuroiwa M, Gondo H, Ashida K, et al. Interferon-alpha therapy for chronic myelogenous leukemia during pregnancy. Am J Hematol 1998;59:101-102. Available at: https://www.ncbi.nlm.nih.gov/pubmed/9723590.

359. Lipton JH, Derzko CM, Curtis J. Alpha-interferon and pregnancy in a patient with CML. Hematol Oncol 1996;14:119-122. Available at: https://www.ncbi.nlm.nih.gov/pubmed/9119356.

360. Al Bahar S, Pandita R, Nath SV. Pregnancy in chronic myeloid leukemia patients treated with alpha interferon. Int J Gynaecol Obstet 2004;85:281-282. Available at: https://www.ncbi.nlm.nih.gov/pubmed/15145269.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

# NCCN Guidelines Version 1.2023
## Chronic Myeloid Leukemia

361. Beauverd Y, Radia D, Cargo C, et al. Pegylated interferon alpha-2a for essential thrombocythemia during pregnancy: outcome and safety. A case series. Haematologica 2016;101:e182-184. Available at: https://www.ncbi.nlm.nih.gov/pubmed/26819057.

362. Balsat M, Etienne M, Elhamri M, et al. Successful pregnancies in patients with BCR-ABL-positive leukemias treated with interferon-alpha therapy during the tyrosine kinase inhibitors era. Eur J Haematol 2018;101:774-780. Available at: https://www.ncbi.nlm.nih.gov/pubmed/30179268.

363. Burchert A, Muller MC, Kostrewa P, et al. Sustained molecular response with interferon alfa maintenance after induction therapy with imatinib plus interferon alfa in patients with chronic myeloid leukemia. J Clin Oncol 2010;28:1429-1435. Available at: https://www.ncbi.nlm.nih.gov/pubmed/20142590.

364. Abruzzese E, Turkina AG, Apperley JF, et al. Pregnancy Management in CML Patients: To Treat or Not to Treat? Report of 224 Outcomes of the European Leukemia Net (ELN) Database. Blood 2019;134:498-498. Available at: https://doi.org/10.1182/blood-2019-124430.

365. Baykal C, Zengin N, Coskun F, et al. Use of hydroxyurea and alpha-interferon in chronic myeloid leukemia during pregnancy: a case report. Eur J Gynaecol Oncol 2000;21:89-90. Available at: https://www.ncbi.nlm.nih.gov/pubmed/10726630.

366. Thauvin-Robinet C, Maingueneau C, Robert E, et al. Exposure to hydroxyurea during pregnancy: a case series. Leukemia 2001;15:1309-1311. Available at: https://www.ncbi.nlm.nih.gov/pubmed/11480579.

367. Fadilah SA, Ahmad-Zailani H, Soon-Keng C, Norlaila M. Successful treatment of chronic myeloid leukemia during pregnancy with hydroxyurea. Leukemia 2002;16:1202-1203. Available at: https://www.ncbi.nlm.nih.gov/pubmed/12040456.

368. Ali R, Ozkalemkas F, Ozkocaman V, et al. Successful pregnancy and delivery in a patient with chronic myelogenous leukemia (CML), and management of CML with leukapheresis during pregnancy: a case report

and review of the literature. Jpn J Clin Oncol 2004;34:215-217. Available at: https://www.ncbi.nlm.nih.gov/pubmed/15121759.

369. Koh LP, Kanagalingam D. Pregnancies in patients with chronic myeloid leukemia in the era of imatinib. Int J Hematol 2006;84:459-462. Available at: https://www.ncbi.nlm.nih.gov/pubmed/17189230.

370. Palani R, Milojkovic D, Apperley JF. Managing pregnancy in chronic myeloid leukaemia. Ann Hematol 2015;94 Suppl 2:S167-176. Available at: http://www.ncbi.nlm.nih.gov/pubmed/25814083.

371. Staley EM, Simmons SC, Feldman AZ, et al. Management of chronic myeloid leukemia in the setting of pregnancy: when is leukocytapheresis appropriate? A case report and review of the literature. Transfusion 2018;58:456-460. Available at: https://www.ncbi.nlm.nih.gov/pubmed/29230832.

372. James AH, Brancazio LR, Price T. Aspirin and reproductive outcomes. Obstet Gynecol Surv 2008;63:49-57. Available at: https://www.ncbi.nlm.nih.gov/pubmed/18081940.

373. Deruelle P, Coulon C. The use of low-molecular-weight heparins in pregnancy--how safe are they? Curr Opin Obstet Gynecol 2007;19:573-577. Available at: https://www.ncbi.nlm.nih.gov/pubmed/18007136.

374. Russell MA, Carpenter MW, Akhtar MS, et al. Imatinib mesylate and metabolite concentrations in maternal blood, umbilical cord blood, placenta and breast milk. J Perinatol 2007;27:241-243. Available at: https://www.ncbi.nlm.nih.gov/pubmed/17377606.

375. Ali R, Ozkalemkas F, Kimya Y, et al. Imatinib use during pregnancy and breast feeding: a case report and review of the literature. Arch Gynecol Obstet 2009;280:169-175. Available at: http://www.ncbi.nlm.nih.gov/pubmed/19083009.

376. Drugs and Lactation Database (LactMed) [Internet]. Bethesda (MD): National Library of Medicine (US); 2006-. Available at: https://www.ncbi.nlm.nih.gov/books/NBK501922/.

377. Chelysheva E, Aleshin S, Polushkina E, et al. Breastfeeding in Patients with Chronic Myeloid Leukaemia: Case Series with Measurements of Drug Concentrations in Maternal Milk and Literature

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

# NCCN Guidelines Version 1.2023
# Chronic Myeloid Leukemia

Review. Mediterr J Hematol Infect Dis 2018;10:e2018027. Available at: https://www.ncbi.nlm.nih.gov/pubmed/29755704.

378. Abruzzese E, Trawinska MM, Perrotti AP, De Fabritiis P. Tyrosine kinase inhibitors and pregnancy. Mediterr J Hematol Infect Dis 2014;6:e2014028. Available at: https://www.ncbi.nlm.nih.gov/pubmed/24804001.

379. Hijiya N, Suttorp M. How I treat chronic myeloid leukemia in children and adolescents. Blood 2019;133:2374-2384. Available at: https://www.ncbi.nlm.nih.gov/pubmed/30917954.

380. Suttorp M, Schulze P, Glauche I, et al. Front-line imatinib treatment in children and adolescents with chronic myeloid leukemia: results from a phase III trial. Leukemia 2018;32:1657-1669. Available at: https://www.ncbi.nlm.nih.gov/pubmed/29925908.

381. Gore L, Kearns PR, de Martino ML, et al. Dasatinib in Pediatric Patients With Chronic Myeloid Leukemia in Chronic Phase: Results From a Phase II Trial. J Clin Oncol 2018;36:1330-1338. Available at: https://www.ncbi.nlm.nih.gov/pubmed/29498925.

382. Hijiya N, Maschan A, Rizzari C, et al. Phase 2 study of nilotinib in pediatric patients with Philadelphia chromosome-positive chronic myeloid leukemia. Blood 2019;134:2036-2045. Available at: https://www.ncbi.nlm.nih.gov/pubmed/31511239.

383. Millot F, Guilhot J, Nelken B, et al. Imatinib mesylate is effective in children with chronic myelogenous leukemia in late chronic and advanced phase and in relapse after stem cell transplantation. Leukemia 2006;20:187-192. Available at: https://www.ncbi.nlm.nih.gov/pubmed/16341042.

384. Champagne MA, Fu CH, Chang M, et al. Higher dose imatinib for children with de novo chronic phase chronic myelogenous leukemia: a report from the Children's Oncology Group. Pediatr Blood Cancer 2011;57:56-62. Available at: https://www.ncbi.nlm.nih.gov/pubmed/21465636.

385. Giona F, Putti MC, Micalizzi C, et al. Long-term results of high-dose imatinib in children and adolescents with chronic myeloid leukaemia in

chronic phase: the Italian experience. Br J Haematol 2015;170:398-407. Available at: https://www.ncbi.nlm.nih.gov/pubmed/25891192.

386. Nickel RS, Daves M, Keller F. Treatment of an adolescent with chronic myeloid leukemia and the T315I mutation with ponatinib. Pediatr Blood Cancer 2015;62:2050-2051. Available at: https://www.ncbi.nlm.nih.gov/pubmed/25939962.

387. Gurrea Salas D, Glauche I, Tauer JT, et al. Can prognostic scoring systems for chronic myeloid leukemia as established in adults be applied to pediatric patients? Ann Hematol 2015;94:1363-1371. Available at: https://www.ncbi.nlm.nih.gov/pubmed/25894600.

388. Millot F, Guilhot J, Suttorp M, et al. Prognostic discrimination based on the EUTOS long-term survival score within the International Registry for Chronic Myeloid Leukemia in children and adolescents. Haematologica 2017;102:1704-1708. Available at: https://www.ncbi.nlm.nih.gov/pubmed/28838993.

389. Samis J, Lee P, Zimmerman D, et al. Recognizing endocrinopathies associated with tyrosine kinase inhibitor therapy in children with chronic myelogenous leukemia. Pediatr Blood Cancer 2016;63:1332-1338. Available at: https://www.ncbi.nlm.nih.gov/pubmed/27100618.

390. Suttorp M, Millot F. Treatment of pediatric chronic myeloid leukemia in the year 2010: use of tyrosine kinase inhibitors and stem-cell transplantation. Hematology Am Soc Hematol Educ Program 2010;2010:368-376. Available at: https://www.ncbi.nlm.nih.gov/pubmed/21239821.

391. Shima H, Tokuyama M, Tanizawa A, et al. Distinct impact of imatinib on growth at prepubertal and pubertal ages of children with chronic myeloid leukemia. J Pediatr 2011;159:676-681. Available at: https://www.ncbi.nlm.nih.gov/pubmed/21592517.

392. Bansal D, Shava U, Varma N, et al. Imatinib has adverse effect on growth in children with chronic myeloid leukemia. Pediatr Blood Cancer 2012;59:481-484. Available at: https://www.ncbi.nlm.nih.gov/pubmed/22052850.

393. Rastogi MV, Stork L, Druker B, et al. Imatinib mesylate causes growth deceleration in pediatric patients with chronic myelogenous

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

leukemia. Pediatr Blood Cancer 2012;59:840-845. Available at: https://www.ncbi.nlm.nih.gov/pubmed/22378641.

394. Narayanan KR, Bansal D, Walia R, et al. Growth failure in children with chronic myeloid leukemia receiving imatinib is due to disruption of GH/IGF-1 axis. Pediatr Blood Cancer 2013;60:1148-1153. Available at: https://www.ncbi.nlm.nih.gov/pubmed/23322583.

395. Boddu D, Thankamony P, Guruprasad CS, et al. Effect of imatinib on growth in children with chronic myeloid leukemia. Pediatr Hematol Oncol 2019;36:189-197. Available at: https://www.ncbi.nlm.nih.gov/pubmed/31298597.

396. Sabnis HS, Keenum C, Lewis RW, et al. Growth disturbances in children and adolescents receiving long-term tyrosine kinase inhibitor therapy for Chronic Myeloid Leukaemia or Philadelphia Chromosome-positive Acute Lymphoblastic Leukaemia. Br J Haematol 2019;185:795-799. Available at: https://www.ncbi.nlm.nih.gov/pubmed/30407613.

397. de Bruijn CMA, Millot F, Suttorp M, et al. Discontinuation of imatinib in children with chronic myeloid leukaemia in sustained deep molecular remission: results of the STOP IMAPED study. Br J Haematol 2019. Available at: https://www.ncbi.nlm.nih.gov/pubmed/30843196.

398. Millot F, Claviez A, Leverger G, et al. Imatinib cessation in children and adolescents with chronic myeloid leukemia in chronic phase. Pediatr Blood Cancer 2014;61:355-357. Available at: https://www.ncbi.nlm.nih.gov/pubmed/24106110.

399. de Lavallade H, Garland P, Sekine T, et al. Repeated vaccination is required to optimize seroprotection against H1N1 in the immunocompromised host. Haematologica 2011;96:307-314. Available at: https://www.ncbi.nlm.nih.gov/pubmed/20971824.

400. de Lavallade H, Khoder A, Hart M, et al. Tyrosine kinase inhibitors impair B-cell immune responses in CML through off-target inhibition of kinases important for cell signaling. Blood 2013;122:227-238. Available at: https://www.ncbi.nlm.nih.gov/pubmed/23719297.

401. Suttorp M, Webster Carrion A, Hijiya N. Chronic Myeloid Leukemia in Children: Immune Function and Vaccinations. J Clin Med 2021;10. Available at: https://www.ncbi.nlm.nih.gov/pubmed/34575167.

402. Bettoni da Cunha-Riehm C, Hildebrand V, Nathrath M, et al. Vaccination with Live Attenuated Vaccines in Four Children With Chronic Myeloid Leukemia While on Imatinib Treatment. Front Immunol 2020;11:628. Available at: https://www.ncbi.nlm.nih.gov/pubmed/32362894.

403. Hijiya N, Millot F, Suttorp M. Chronic myeloid leukemia in children: clinical findings, management, and unanswered questions. Pediatr Clin North Am 2015;62:107-119. Available at: https://www.ncbi.nlm.nih.gov/pubmed/25435115.

404. Creech CB, Walker SC, Samuels RJ. SARS-CoV-2 Vaccines. JAMA 2021;325:1318-1320. Available at: https://www.ncbi.nlm.nih.gov/pubmed/33635317.

405. Chowdhury O, Bruguier H, Mallett G, et al. Impaired antibody response to COVID-19 vaccination in patients with chronic myeloid neoplasms. Br J Haematol 2021;194:1010-1015. Available at: https://www.ncbi.nlm.nih.gov/pubmed/34132395.

406. Greenberger LM, Saltzman LA, Senefeld JW, et al. Antibody response to SARS-CoV-2 vaccines in patients with hematologic malignancies. Cancer Cell 2021;39:1031-1033. Available at: https://www.ncbi.nlm.nih.gov/pubmed/34331856.

407. Harrington P, Doores KJ, Radia D, et al. Single dose of BNT162b2 mRNA vaccine against severe acute respiratory syndrome coronavirus-2 (SARS-CoV-2) induces neutralising antibody and polyfunctional T-cell responses in patients with chronic myeloid leukaemia. Br J Haematol 2021;194:999-1006. Available at: https://www.ncbi.nlm.nih.gov/pubmed/34085278.

408. Harrington P, Harrison CN, Dillon R, et al. Evidence of robust memory T-cell responses in patients with chronic myeloproliferative neoplasms following infection with severe acute respiratory syndrome coronavirus-2 (SARS-CoV-2). Br J Haematol 2021;193:692-696. Available at: https://www.ncbi.nlm.nih.gov/pubmed/33719038.

Version 1.2023 © 2022 National Comprehensive Cancer Network® (NCCN®), All rights reserved. NCCN Guidelines® and this illustration may not be reproduced in any form without the express written permission of NCCN.

Printed by Richard Elias on 4/4/2023 8:40:51 AM. For personal use only. Not approved for distribution. Copyright © 2023 National Comprehensive Cancer Network, Inc., All Rights Reserved.

# NCCN Guidelines Version 1.2023
# Chronic Myeloid Leukemia

409. Hochhaus A, Saglio G, Hughes TP, et al. Long-term benefits and risks of frontline nilotinib vs imatinib for chronic myeloid leukemia in chronic phase: 5-year update of the randomized ENESTnd trial. Leukemia 2016;30:1044-1054. Available at: https://www.ncbi.nlm.nih.gov/pubmed/26837842

410. Do YR, Kwak JY, Kim JA, et al. Long-term data from a phase 3 study of radotinib versus imatinib in patients with newly diagnosed, chronic myeloid leukaemia in the chronic phase (RERISE). Br J Haematol 2020;189:303-312. Available at: https://www.ncbi.nlm.nih.gov/pubmed/32012231

411. Kim SH, Menon H, Jootar S, et al. Efficacy and safety of radotinib in chronic phase chronic myeloid leukemia patients with resistance or intolerance to BCR-ABL1 tyrosine kinase inhibitors. Haematologica 2014;99:1191-1196. Available at: https://www.ncbi.nlm.nih.gov/pubmed/24705186

412. Zhang L, Meng L, Liu B, et al. Flumatinib versus Imatinib for Newly Diagnosed Chronic Phase Chronic Myeloid Leukemia: A Phase III, Randomized, Open-label, Multi-center FESTnd Study. Clin Cancer Res 2021;27:70-77. Available at: https://www.ncbi.nlm.nih.gov/pubmed/32928796

413. Cortes J, Jabbour E, Daley GQ, et al. Phase 1 study of lonafarnib (SCH 66336) and imatinib mesylate in patients with chronic myeloid leukemia who have failed prior single-agent therapy with imatinib. Cancer 2007;110:1295-1302. Available at: https://www.ncbi.nlm.nih.gov/pubmed/17623836

414. Cortes J, Quintas-Cardama A, Garcia-Manero G, et al. Phase 1 study of tipifarnib in combination with imatinib for patients with chronic myelogenous leukemia in chronic phase after imatinib failure. Cancer 2007;110:2000-2006. Available at: https://www.ncbi.nlm.nih.gov/pubmed/17849425

415. Borthakur G, Dombret H, Schafhausen P, et al. A phase I study of danusertib (PHA-739358) in adult patients with accelerated or blastic phase chronic myeloid leukemia and Philadelphia chromosome-positive acute lymphoblastic leukemia resistant or intolerant to imatinib and/or other second generation c-ABL therapy. Haematologica 2015;100:898-904. Available at: https://www.ncbi.nlm.nih.gov/pubmed/25887498

416. Seymour JF, Kim DW, Rubin E, et al. A phase 2 study of MK-0457 in patients with BCR-ABL T315I mutant chronic myelogenous leukemia and philadelphia chromosome-positive acute lymphoblastic leukemia. Blood Cancer J 2014;4:e238. Available at: https://www.ncbi.nlm.nih.gov/pubmed/25127392

417. Sweet K, Hazlehurst L, Sahakian E, et al. A phase I clinical trial of ruxolitinib in combination with nilotinib in chronic myeloid leukemia patients with molecular evidence of disease. Leuk Res 2018;74:89-96. Available at: https://www.ncbi.nlm.nih.gov/pubmed/30340199