# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE: TASIGNA (NILOTINIB)
PRODUCTS LIABILITY LITIGATION

Case No. 6:21-md-3006-RBD-DAB
(MDL No. 3006)

This document relates to all actions.
_____

## PRETRIAL ORDER NO. 12

This cause is before the Court *sua sponte*. In light of the Court's recent Order denying summary judgment MDL-wide (Doc. 336), the parties are **DIRECTED** to submit a joint notice by **Friday, February 16, 2024**, identifying their positions on whether the Court should enter a Suggestion of Remand. The notice should address whether there are any issues remaining for resolution prior to remand and, if so, why the transferor judges should not handle such issues after remand. The issues should be identified with sufficient particularity to allow the Court to assess the parties' positions and whether resolution is more appropriate for the MDL or the transferor judges' determination. The parties are further **DIRECTED** to appear for a hearing to discuss remand on **Wednesday, February 28, 2024**, at 10:00 a.m. in Courtroom 4A of the Orlando Federal Courthouse.

**IT IS SO ORDERED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 1, 2024.



ROY B. DALTON, JR.
United States District Judge